# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

## COMPLAINT FOR A CIVIL CASE

Hiran Rodriguez, et al.

---

*Plaintiff(s).*

Civil Action No. **25 - 197**

Jury Trial: Yes.

**SECT. I MAG.2**

Meta Platforms, Inc., Apple Inc., et al.

---

*Defendant(s)*

## 1. The Parties to This Complaint

### A. Plaintiff

**Name:** Hiran Rodriguez

**Street Address:** 820 Grove Avenue

**City and County:** Metairie, Jefferson Parish

**State and Zip Code:** Louisiana, 70003-7024

**Telephone Number:** 504-202-4232

**E-mail Address:** hiranrodriguez@outlook.com

### B. Defendants

Meta Platforms, Inc., Apple Inc., T-Mobile USA, Inc., AT&T Enterprises, LLC, X Corp., a Nevada Corporation, Kansas City Southern Railroad Co., LCMC Healthcare Partners, LLC, Third District Volunteer Fire Department, Gray Television, Inc., The Associated Press, Jefferson Parish, Jefferson Parish Sheriff's Office, Joseph P. Lopinto III, Andrés Fuentes, Gloria Pazmino, Haleluya Hadero, Susanne Rust, Ryan McCafferty, Paul MacInnes, Jonathan Liew, James Ochoa, Demicia Inman, Jamie Spangher, Maya Gebeily, Versha Sharma, Elon Musk, Mark Elliot Zuckerberg and Does 1–10.

Defendant 1:

Name: Meta Platforms, Inc.

Job or Title (if known): Mark Zuckerberg (Director)

Street Address: 1 Meta Way

City and County: Menlo Park, San Mateo County

State and Zip Code: California, 94025

Telephone Number:

E-mail Address (if known):


Defendant 2:

Name: Apple Inc.

Job or Title (if known): Tim Cook (Director, CEO)

Street Address: 1 Apple Park Way

City and County: Cupertino, Santa Clara County

State and Zip Code: California, 95014

Telephone Number:

E-mail Address (if known):

Defendant 3:

Name: T-Mobile USA, Inc.

Job or Title (if known): G. Michael Sievert (President, CEO)

Street Address: 12920 SE 38th Street

City and County: Bellevue, King County

State and Zip Code: Washington, 98006

Telephone Number:

E-mail Address (if known):


Defendant 4:

Name: AT&T Enterprises, LLC

Job or Title (if known): John Stankey (CEO)

Street Address: 208 S Akard Street

City and County: Dallas, Dallas County

State and Zip Code: Texas, 75202

Telephone Number:

E-mail Address (if known):

Defendant 5:

Name: X Corp., a Nevada Corporation (formerly Twitter, Inc.)

Job or Title (if known): Elon Musk (Owner/Director)

Street Address: 1355 Market Street, Suite 900

City and County: Bastrop County

State and Zip Code: Texas, 78602

Telephone Number: _____

E-mail Address (if known): _____


Defendant 6:

Name: The Kansas City Southern Railway Company

Job or Title (if known): Patrick J. Ottensmeyer (President, CEO)

Street Address: 427 W. 12th Street

City and County: Kansas City, Jackson County

State and Zip Code: Missouri, 64105

Telephone Number: _____

E-mail Address (if known): _____

Defendant 7:

Name: LCMC Healthcare Partners, LLC

Job or Title (if known): _____

Street Address: 200 Henry Clay Avenue

City and County: New Orleans, Orleans Parish

State and Zip Code: Louisiana, 70118

Telephone Number: +1 (504) 503-4937

E-mail Address (if known): _____


Defendant 8:

Name: Third District Volunteer Fire Department

Job or Title (if known): _____

Street Address: 10415 Jefferson Highway

City and County: River Ridge, Jefferson Parish

State and Zip Code: Louisiana, 70123

Telephone Number: _____

E-mail Address (if known): _____

Defendant 9:

Name: Gray Television, Inc.

Job or Title (if known): Hilton H. Howell, Jr. (CEO)

Street Address: 4370 Peachtree Road NE

City and County: Atlanta, Fulton County

State and Zip Code: Georgia, 30319

Telephone Number: _____

E-mail Address (if known): _____


Defendant 10:

Name: The Associated Press

Job or Title (if known): Daisy Veerasingham (CEO/President)

Street Address: 200 Liberty Street

City and County: New York, New York County

State and Zip Code: New York, 10281

Telephone Number: _____

E-mail Address (if known): _____

Defendant 11:

Name: Jefferson Parish

Job or Title (if known): Local Government Entity

Street Address: 1221 Elmwood Park Boulevard

City and County: Jefferson, Jefferson Parish

State and Zip Code: Louisiana, 70123

Telephone Number: _____

E-mail Address (if known): _____


Defendant 12:

Name: Jefferson Parish Sheriff's Office

Job or Title (if known): Law Enforcement Agency

Street Address: 1233 Westbank Expressway

City and County: Harvey, Jefferson Parish

State and Zip Code: Louisiana, 70058

Telephone Number: _____

E-mail Address (if known): _____

Defendant 13:

Name: Sheriff Joseph P. Lopinto III

Job or Title (if known): Sheriff of Jefferson Parish

Street Address: 1233 Westbank Expressway

City and County: Harvey, Jefferson Parish

State and Zip Code: Louisiana, 70058

Telephone Number: _____

E-mail Address (if known): _____


Defendant 14:

Name: Andrés Fuentes

Job or Title (if known): Journalist (Gray Television, FOX 8 WVUE-TV New Orleans)

Street Address: (To be comfirmed)

City and County: (To be comfirmed)

State and Zip Code: (To be comfirmed)

Telephone Number: _____

E-mail Address (if known): andres.fuentes@fox8live.com

Defendant 15:

Name: Gloria Pazmino

Job or Title (if known): Journalist (Cable News Network)

Street Address: (To be comfirmed)

City and County: (To be comfirmed)

State and Zip Code: (To be comfirmed)

Telephone Number: 

E-mail Address (if known): 


Defendant 16:

Name: Haleluya Hadero

Job or Title (if known): Journalist   (The Associated Press or other media defendant)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number: 

E-mail Address (if known):

Defendant 17:

Name: Susanne Rust

Job or Title (if known): Journalist (The Los Angeles Times or other media defendant)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number: 

E-mail Address (if known): 


Defendant 18:

Name: Ryan McCafferty

Job or Title (if known): Journalist (YARDBARKER)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number: 

E-mail Address (if known):

Defendant 19:

Name: Paul MacInnes

Job or Title (if known): Journalist (Newsweek, The Guardian, Guardian Media Group)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number: _____

E-mail Address (if known): _____


Defendant 20:

Name: Jonathan Liew

Job or Title (if known): Journalist (The Guardian, Guardian Media Group)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number: _____

E-mail Address (if known): _____

Defendant 21:

Name: James Ochoa

Job or Title (if known): Journalist (other media defendant)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number:

E-mail Address (if known):


Defendant 22:

Name: Demicia Inman

Job or Title (if known): Journalist (other media defendant)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number:

E-mail Address (if known):

Defendant 23:

Name: Jamie Spangher

Job or Title (if known): Journalist (other media defendant)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number:

E-mail Address (if known):


Defendant 24:

Name: Maya Gebeily

Job or Title (if known): Journalist (other media defendant)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be comfirmed)

Telephone Number:

E-mail Address (if known):

Defendant 25:

Name: Versha Sharma

Job or Title (if known): Journalist (Teen Vougue)

Street Address: (To be confirmed)

City and County: (To be confirmed)

State and Zip Code: (To be confirmed)

Telephone Number:

E-mail Address (if known):


Defendant 26:

Name: Elon Musk

Job or Title (if known): CEO, X Corp. (formerly Twitter, Inc.)

Street Address: 1355 Market Street, Suite 900

City and County: San Francisco, San Francisco County

State and Zip Code: California, 94103

Telephone Number:

E-mail Address (if known):

Defendant 27:

Name: Mark Elliot Zuckerberg

Job or Title (if known): CEO, Meta Platforms, Inc.

Street Address: 1 Meta Way

City and County: Menlo Park, San Mateo County

State and Zip Code: California, 94025

Telephone Number: _____

E-mail Address (if known): _____


Defendant 28:

Name: _____

Job or Title (if known): _____

Street Address: _____

City and County: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address (if known): _____

## Jurisdictional Challenge and Invocation of Rights

Plaintiff hereby challenges the administrative jurisdiction of this Court and demands that the case proceed under **Article III of the United States Constitution**. Plaintiff invokes the full protection of the Constitution, including the **Seventh Amendment's right to a trial by jury**, and all rights preserved under common law and equity. Plaintiff reserves all rights and explicitly declines to consent to any jurisdictional authority inconsistent with these rights. This includes, but is not limited to, administrative or statutory jurisdiction that would abrogate Plaintiff's constitutional protections or limit equitable remedies available under common law.

## Basis for Jurisdiction

Federal question jurisdiction is proper pursuant to the following statutes and constitutional provisions:

- Computer Fraud and Abuse Act (18 U.S.C. § 1030)
- Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2523)
- Civil Rights Conspiracy Statute (18 U.S.C. § 241)
- Interstate Stalking (18 U.S.C. § 2261A)
- Abuse of Power Under Color of Law (18 U.S.C. § 242)
- RICO (18 U.S.C. §§ 1961–1968)

- Violations of the First, Fourth, and Fourteenth Amendments to the United States Constitution.

## Statement of Claim

**Claim I:** Violation of the Computer Fraud and Abuse Act (CFAA)

Defendants, acting in concert, unlawfully accessed and compromised Plaintiff's personal devices and accounts, causing significant personal, professional, and financial harm.

**Claim II:** Violation of the Electronic Communications Privacy Act (ECPA)

Defendants intercepted and monitored Plaintiff's private electronic communications without authorization, infringing on federal protections against electronic surveillance.

**Claim III:** Violation of the First Amendment

Defendants' coordinated defamation, harassment, and cyberstalking campaigns aimed to chill Plaintiff's lawful expression, religious practice, and organizational mission.

**Claim IV:** Violation of the Fourth Amendment

Defendants' unauthorized access and monitoring of Plaintiff's devices and personal data constitute unlawful searches and seizures, infringing on Plaintiff's constitutional protections.

**Claim V:** Violation of the Fourteenth Amendment

Through the actions described, Defendants deprived Plaintiff of due process and equal protection under the law.

**Claim VI:** Civil Rights Conspiracy (18 U.S.C. § 241)

Defendants conspired to interfere with Plaintiff's constitutional rights, coordinating efforts to defame, surveil, and harass Plaintiff across multiple states and platforms.

**Claim VII:** Violations under RICO (18 U.S.C. §§ 1961–1968)

Defendants operated as an organized enterprise, engaging in a pattern of racketeering activities, including defamation, unauthorized access, and systematic harassment.

**Claim VIII:** Defamation

Defendants published and disseminated false statements about Plaintiff, resulting in severe reputational damage and financial loss.

**Claim IX:** Intentional Infliction of Emotional Distress

The relentless harassment, stalking, and defamation caused Plaintiff profound emotional distress, endangering his safety and well-being.

**Claim X:** Violation of Louisiana State Privacy and Data Protection Laws

Defendants violated Louisiana's constitutional and statutory privacy protections by accessing Plaintiff's personal data without consent and using it to defame and harass him.

**Claim XI:** Tortious Interference with Contractual Relations and Prospective Economic Advantage

Defendants' coordinated defamation and harassment led to the loss of business relationships and funding opportunities for Plaintiff's religious organization. This disruption caused significant financial damage.

**Claim XII:** Fraud and Misrepresentation

Defendants knowingly published false and defamatory statements, deceiving the public, damaging Plaintiff's reputation, and obstructing his religious and community work.

**Claim XIII:** Negligence

Defendants failed to exercise reasonable care in ensuring their actions did not harm Plaintiff, leading to substantial harm to his finances, reputation, and emotional well-being.

**Claim XIV:** Breach of Duty of Good Faith and Fair Dealing

Defendants breached their duty to act in an ethical and lawful manner, causing ongoing harm to Plaintiff.

**Claim XV:** Jurisdictional and Due Process Violations

Defendants and administrative entities have failed to honor Plaintiff's constitutional rights, infringing upon due process protections under the Fifth and Fourteenth Amendments.

**Relief Sought**

1. Compensatory damages in excess of $50 billion for economic losses, reputational harm, emotional distress, and organizational disruption caused by Defendants' actions.

2. Punitive damages of $100 billion to punish Defendants and prevent such egregious conduct in the future.

3. Permanent injunctive relief prohibiting Defendants from further unauthorized surveillance, harassment, defamation, and constitutional violations.

4. An order compelling Defendants to disclose all methods and tools used to access Plaintiff's devices and intercept communications.

5. Mandatory public retractions of false statements, apologies from Defendants, and measures to restore Plaintiff's reputation.

6. Restitution and disgorgement of any financial benefits Defendants gained through unauthorized surveillance, defamatory publications, and other unlawful activities.

7. Enhanced costs and fees to cover attorneys' fees, expert witness fees, and all costs incurred due to Defendants' misconduct.

8. Appointment of a Special Master to oversee compliance with injunctive orders and ensure Defendants' adherence to corrective measures.

9. Expedited discovery and subpoenas to gather evidence, prevent further harm, and secure crucial evidence.

10. Additional equitable or legal relief deemed appropriate by the Court, including pre-judgment interest and treble damages under RICO.

**Certification and Closing**

Plaintiff certifies that all information contained in this complaint is true and accurate to the best of Plaintiff's knowledge.

HR

**Date of signing:** January 26, 2025

*Hiran Rodriguez* 01/26/2025

**Hiran Rodriguez**

Plaintiff, Pro Se

820 Grove Avenue, Metairie, Louisiana, 70003-7024.

Phone: +1 (504)-202-4232

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Wednesday, January 29, 2025 7:47 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Wednesday, January 29, 2025 - 07:46 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003.*

*Filer's Phone Number: 5042024232*

*Case Number (if known):*

*Case Name: Hiran Rodriguez et al v. Meta Platforms Inc., Apple Inc. et al*

*Document 1 Description: Civil Cover Sheet*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*