# SUN RISING MINISTRIES

# HIRAN RODRIGUEZ

Hiran Rodriguez
Sun Rising Ministries
820 Grove Ave, Metairie, Louisiana, 70003
Metairie, Louisiana, 70003
hiranrodriguez@outlook.com
5042024232

December 17, 2024.

Meta Platforms, Inc.
Attention Legal Department
1 Hacker Way
Menlo Park, CA 94025

**Legal Demand for Resolution of Hacked Meta and Facebook Accounts**

Attention Legal Department,

I am writing to formally demand immediate action regarding the unauthorized breach of my Meta(Facebook) accounts. This hacking incident has caused significant harm to my reputation, disrupted my personal and professional engagements, and compromised sensitive information stored on and accessed through my accounts.

Account Details:
1. Facebook Account Email: sunrisingministries@protonmail.com
2. Profile Name: Hiran Rodriguez.
3. Nonprofit Corporation Page: Sun Rising Ministries

- Facebook: rodriguezhiran1
- Instagram: sunrisingministries

The unauthorized activity began in June 2024 and included an unauthorized livestream, among other activities. Despite my attempts to regain access, I have been unable to log into these accounts, and I suspect that Meta Platforms, Inc. may have knowledge of this situation and hacking due to potential internal involvement and lapses in security measures.

I demand the following actions be taken immediately:
1. Conduct a thorough investigation into the hacking incident.
2. Restore full access to my accounts after verifying my identity.
3. Implement additional security measures to prevent further unauthorized access.
4. Provide a detailed report on the findings of your investigation, including any actions taken to resolve the matter.

This situation has caused significant distress and damage to my personal and professional reputation. If this matter is not resolved promptly, I will be forced to explore all available legal remedies, including but not limited to filing a complaint with the Federal Trade Commission (FTC), reporting violations under the General Data Protection Regulation (GDPR), and initiating civil litigation.

I request that you confirm receipt of this letter and provide a written response outlining the steps being taken to address this matter no later than 14 days from the date of this letter (12/30/2024). You may contact me directly at 5042024232 or hiranrodriguez@outlook.com.

This letter is not intended as a complete statement of my rights, remedies, or claims, all of which are expressly reserved.

-
- Attempts to Resolve:Sincerely,
HIRAN RODRIGUEZ
SUN RISING MINISTRIES
12/17/2024

## SUN RISING MINISTRIES

820 Grove Ave
Metairie, LA 70003



Apple Inc.
Legal Department
One Apple Park Way
Cupertino, CA 95014

# Re: Your Correspondence to Apple

**From:** Apple <...-do-not-reply@apple.com>
**To:** hiranrodriguez@outlook.com
**Date:** Thu, Jan 16, 2025, 3:35 PM

📎 Hiran Rodriguez.pdf

Hello Hiran,

Thank you for your recent correspondence to Apple.

Our records indicate that your Apple Account concern has since been addressed. If our records are in error, please contact an Apple representative at 800-APL-CARE (800-275-2273). Help is available seven days a week from 7:00 a.m. to 10:00 p.m. CT.

If you're concerned that an unauthorized person might have access to your Apple Account, the steps found in https://support.apple.com/en-us/102560 can help you regain control of your account.

To learn more about how to review the security of an Apple Account, please view the articles below:
https://support.apple.com/en-us/102614
https://support.apple.com/en-us/101593
https://support.apple.com/en-us/102627
https://support.apple.com/en-us/118574

Should you require additional assistance, please visit Apple's Support Page at https://support.apple.com/contact.

We appreciate your support of Apple products and services.

Kind regards,
Apple

This message was sent to you from an email address that does not accept incoming messages. Any replies to this message will not be read. If you have questions, please visit support.apple.com/contact.

Dear Sir/Madam,

I am writing to formally demand immediate action regarding the unauthorized breach of my Apple and iCloud accounts,
as well as the associated compromise of my iPhone device. This hacking incident has caused significant harm to my reputation,
disrupted my personal and professional engagements, and compromised sensitive information stored on and accessed through my accounts.

Account and Device Details:

1. iCloud Account Emails: Hiran.rodriguez@icloud.com, hiranrodriguez1@icloud.com, Sunrisingministries@icloud.com

2. Device: iPhone 12, iOS 18.2

Nature of the Incident:

- On or around June 2024, unauthorized parties accessed my Apple and iCloud accounts, bypassing your platform's security protocols.

- My accounts were used without my authorization to compromise my iPhone and other linked devices. Additionally, inappropriate
activities, including potential access to personal data, have been directed at my accounts.

- Access to my iCloud accounts was also hindered, and I suspect Apple has knowledge or involvement in this matter.

Attempts to Resolve:

Despite attempting to address the issue through Apple's support channels, I have yet to receive an

- Filing a civil lawsuit for negligence and breach of duty.

- Reporting this breach to relevant regulatory authorities, including the Federal Trade Commission (FTC) and data protection agencies.

Contact Information:

You may contact me directly at 5042024232 or hiranrodriguez@outlook.com to confirm receipt of this letter and provide updates regarding the resolution.

This letter is not a waiver of any rights, remedies, or claims I may have, all of which are expressly reserved.

Sincerely,

Hiran Rodriguez

January 16, 2025
Apple Inc.
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA, 70816.

Subject: Follow-Up: Breach of Apple and iCloud Accounts

Dear Apple Inc.,

Thank you for your response dated January 16, 2025. Unfortunately, your email does not adequately address my claims regarding the breach of my Apple and iCloud accounts, the compromise of my iPhone, or the subsequent harm caused.

I have clearly documented that unauthorized parties accessed my accounts and devices, bypassing your security protocols. These actions disrupted my personal and professional life, and your vague response citing general support resources fails to resolve the issue or account for the damages incurred.

I demand the following:
1. A detailed explanation of what specific actions Apple has taken to secure my accounts and devices.
2. Confirmation of any known breaches or vulnerabilities in Apple's systems during the period in question.
3. Prompt resolution and remediation of my accounts, including the removal of any unauthorized access or changes.
4. Compensation for damages caused by your failure to protect my accounts and the delayed resolution of this matter.

Should Apple fail to provide a satisfactory resolution within 7 days, I will escalate this issue further, including filing complaints with the Federal Trade Commission (FTC) and pursuing legal remedies for negligence and breach of duty.

Sincerely yours,

Hiran Rodriguez

504-202-4232

hiranrodriguez@outlook.com

*Hiran Rodriguez*

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003

+1 (504) 202-4232

hiranrodriguez@outlook.com

December 16, 2024


AT&T Legal Department

208 S. Akard St.

Dallas, TX 75202


Subject: Formal Legal Demand for Investigation into Privacy Violations and Unauthorized Access


To Whom It May Concern,


I am writing to formally demand that AT&T investigate and take immediate action regarding unauthorized access to my home network and internet services, which has led to significant privacy violations, emotional distress, and financial harm. As an AT&T customer in New Orleans, I entrusted your company to provide secure and reliable internet services.

However, I have identified multiple instances of suspicious activity suggesting that my home network has been compromised. Specifically:

1. **Unauthorized access to connected devices**: My personal devices appear to have been accessed without my consent through the AT&T network.

2. **Network exploitation for surveillance**: Logs and analytics point to potential misuse of the network, including unauthorized livestreams and monitoring of private activities.

3. **IP address tracking**: I suspect my assigned IP addresses have been used to facilitate these intrusions.

These actions constitute violations of federal and state laws, including but not limited to the Computer Fraud and Abuse Act (18 U.S.C. § 1030) and wiretapping statutes (18 U.S.C. § 2511).

I am formally requesting the following:

1. **Logs and analytics**: Provide detailed logs, analytics, and records of IP address usage for my home network to help identify unauthorized activity.
2. **Investigation and disclosure**: Conduct a thorough investigation into any suspicious activity on my account or devices connected to my AT&T network.
3. **Remediation and protection**: Implement immediate measures to secure my home network and ensure that unauthorized parties cannot access it in the future.
4. **Damages**: I reserve the right to seek monetary compensation for the harm caused by these violations, including financial losses, emotional distress, and reputational damage.

Failure to adequately address this matter within **14 days** of receipt of this letter may leave me with no choice but to escalate this issue through legal proceedings or regulatory complaints, including filing with the Federal Communications Commission (FCC) and the Federal Trade Commission (FTC).

Please contact me at your earliest convenience to confirm receipt of this letter and outline your intended course of action. I look forward to your prompt response.

Sincerely,

Hiran Rodriguez

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003

+1 (504) 202-4232

hiranrodriguez@outlook.com

December 16, 2024


MetroPCS Legal Department

T-Mobile USA, Inc.

12920 SE 38th Street

Bellevue, WA 98006


Subject: Formal Legal Demand for Investigation into Privacy Violations and Unauthorized Access


To Whom It May Concern,

I am writing to formally demand that MetroPCS investigate and take immediate action regarding unauthorized access to my mobile device, which has caused significant privacy violations, emotional distress, and financial harm. As a MetroPCS customer, I entrusted your company to protect my personal information and ensure the security of my mobile services.

However, I have identified that my device has been compromised. Specifically:

1. Unauthorized microphone and camera access: My device has been exploited to livestream private activities without my consent.

2. Potential misuse of MetroPCS network services: These unauthorized activities may have been facilitated through vulnerabilities in your system or improper access by third parties.

These actions constitute violations of federal and state laws, including but not limited to the Computer Fraud and Abuse Act (18 U.S.C. § 1030) and wiretapping statutes (18 U.S.C. § 2511).

I am formally requesting the following:

1. Investigation and disclosure: A full investigation into any suspicious activity on my account or device that occurred through MetroPCS systems.

2. Remediation and protection: Immediate measures to secure my account and ensure that no unauthorized parties can access my personal information or device in the future.

3. Damages: I reserve the right to seek monetary compensation for the harm caused by these violations, which include financial losses, emotional distress, and reputational damage.

Failure to adequately address this matter within 14 days of receipt of this letter may leave me with no choice but to escalate this issue through legal proceedings or regulatory complaints, including filing with the Federal Communications Commission (FCC) and the Federal Trade Commission (FTC).

Please contact me at your earliest convenience to confirm receipt of this letter and outline your intended course of action. I look forward to a prompt resolution of this matter.

Sincerely,

Hiran Rodriguez