UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HIRAN RODRIGUEZ**                                   **CIVIL ACTION**

**VERSUS**                                            **NO. 25-197**

**META PLATFORMS, INC, ET AL**                        **SECTION: "I" (2)**

**O R D E R**

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a).  The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of this court.  All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this 29th day of January, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

January 30, 2025
**REALLOTTED TO**
**SECT. E**