AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Hiran Rodriguez | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 25-197 SECTION "I" (2) |
| Meta Platforms, Inc., et al. | ) |
| *Defendant/Respondent* | ) |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Jan 30 2025

CAROL L. MICHEL
CLERK

SP         EDSS

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are:  $ _____0.00_____, and my take-home pay or wages are:  $ _____0.00_____ per
(specify pay period) _____0.00_____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I was briefly employed by Al My Sons Moving & Storage from August to September 2024, earning a total of approximately $300.

I have had no income since then and do not expect any next month. I have no job, no steady income, and no benefits.

4. Amount of money that I have in cash or in a checking or savings account:  $ _____0.00_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I do not own any real estate, vehicles, or other assets of significant value.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I currently do not pay rent or utilities as I stay with family. I rely on occasional assistance for food and necessities.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

No dependents.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I have no outstanding financial obligations.

I am unable to afford court fees without causing financial hardship.

I do not have employment prospects, savings, or consistent financial support.

I respectfully request that the court grant my application so I can proceed without prepaying fees.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  January 30, 2025.

HR 01/30/2025

_____
*Hiran Rodriguez*
Applicant's signature

Hiran Rodriguez
Printed name

[ Print ]   [ Save As... ]   [ Add Attachment ]                                   [ Reset ]

**Stacy Pecoraro**

| | |
|---|---|
| From: | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Thursday, January 30, 2025 9:53 PM |
| To: | LAEDml_Pro Se |
| Subject: | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Thursday, January 30, 2025 - 21:53 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003.*

*Filer's Phone Number: 5042024232*

*Case Number (if known): 25-197 SECTION "I" (2)*

*Case Name: Hiran Rodriguez v. Meta Platforms Inc., et al.*

*Document 1 Description: Application to Proceed in District Court Without Prepaying Fees or Costs*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1