UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-197** |
| **META PLATFORMS, INC., ET AL.** | **SECTION "E" (2)** |

### ORDER OF RECUSAL

The undersigned, taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial conduct, and considering that she owns stock in AT&T, Inc., must disqualify herself from acting herein because of such relationship to the aforesaid company,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 31st day of January, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

January 31, 2025
REALLOTTED TO
**SECT. A**