UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 25-197 |
| META PLATFORMS, INC., ET AL | * | SECTION "A" (2) |

## **ORDER**

Considering Plaintiff's application to proceed *in forma pauperis* and information set forth in the affidavit required by 28 U.S.C. § 1915(a)(1) (*see* ECF No. 5),

IT IS ORDERED that the motion is GRANTED; Plaintiff may proceed in forma pauperis.

New Orleans, Louisiana, this  3rd day  of February, 2025.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE