UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

CAROL L. MICHEL                                                  500 POYDRAS ST., ROOM C-151
  CLERK                                                            NEW ORLEANS, LA 70130

February 4, 2025

TO:   Hiran Rodriguez                    RE:  CA:   25-cv-197 A(2)
      820 Grove Avenue
      Metairie, LA 70003

The application to proceed in forma pauperis pursuant to Title 28, USC, Section 1915, in the above-captioned action has been granted by the Court.

Rule 4 of the Federal Rules of Civil Procedure provides for service of the summons and complaint by the United States Marshal at the request of a party permitted to proceed in forma pauperis. If you wish to have service effected by the U. S. Marshal, you must furnish the enclosed certified copy of the Court's Order granting leave to proceed in forma pauperis along with a completed summons, USM Form 285 and a copy of the complaint for each defendant to be served.

The USM 285 Forms can be obtained from the U. S. Marshal's Office at the address listed below:

      500 Poydras Street
      Hale Boggs Federal Building, Room B724
      New Orleans, Louisiana 70130

Forward the completed summon(s), complaint(s) and USM 285 Form(s) and the certified copy of the Pauper Order to the U.S. Marshal's Office, 500 Poydras Street, Hale Boggs Federal Building, Rm. B724, New Orleans, Louisiana 70130.

      Carol L. Michel
      Clerk, U.S. District Court
      Eastern District of Louisiana

      By: *Lanie Bryant*
      Deputy Clerk