U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Feb 11 2025

CAROL L. MICHEL
CLERK
SP                                    EDSS

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

HIRAN RODRIGUEZ

_____
*Plaintiff/Petitioner*

v.                                              Civil Action No. 2:25-cv-00197-JCZ-DPC

META PLATFORMS, INC., ET AL

_____  )
*Defendant/Respondent*

PLAINTIFF'S CONSOLIDATED MOTION FOR FEDERAL INJUNCTION, TEMPORARY RESTRAINING ORDER, SUPPRESSION OF EVIDENCE, DISMISSAL OF STATE COURT CHARGES, AND APPOINTMENT OF DIGITAL FORENSIC INVESTIGATORS WITH SUBPOENAS FOR META PLATFORMS, INC., AND LCMC HEALTHCARE PARTNERS, LLC.

NOW COMES Plaintiff, Hiran Rodriguez, pro se, demanding immediate federal intervention to halt the ongoing legal and extralegal attacks against him.

Plaintiff has been targeted in a coordinated campaign of harassment, illegal surveillance, and prosecutorial abuse—orchestrated by Jefferson Parish Sheriff's Office (JPSO) and state authorities—in direct retaliation for Plaintiff's federal civil rights lawsuit. This blatant abuse of power violates constitutional protections and cannot be allowed to continue.

Plaintiff Demands Immediate Relief as Follows:

1. Motion for Federal Injunction and TRO Against State Prosecution

• Stop the unconstitutional criminal case against Plaintiff in state court.

• Enjoin JPSO and Louisiana state authorities from further retaliation.

• Prevent ongoing harassment, surveillance, and extrajudicial intimidation.

2. Motion to Suppress Illegally Obtained Evidence

• Strike down all evidence obtained via illegal search, fabricated reports, and digital surveillance.

• Declare all statements and digital records inadmissible under the Fourth Amendment.

3. Motion to Dismiss State Court Charges With Prejudice

- The state's prosecution is malicious, retaliatory, and an obstruction of justice.

- Plaintiff's constitutional rights are being violated under the First and Fourth Amendments.

4. Motion for Appointment of Court-Approved Digital Forensic Investigators

- Investigate and expose illegal hacking, surveillance, and online harassment.

- Trace all unauthorized access to Plaintiff's devices and personal data.

- Preserve, authenticate, and document all forensic evidence for federal prosecution.

5. Motion for Subpoenas to Obtain Critical Evidence

A. Digital Harassment & Online Evidence

- Meta Platforms, Inc. (Facebook & Instagram) Subpoena

- Metadata, message logs, IP logs, and login history of individuals targeting Plaintiff with coordinated digital attacks and harassment.

B. Law Enforcement Misconduct & Unlawful Search

- JPSO Subpoena

- Surveillance footage from police vehicles stationed near Plaintiff's home.

- Body camera footage of all officers involved.

- Call logs, GPS data, and internal JPSO communications proving unlawful targeting.

C. Medical & Emergency Records

- LCMC Healthcare Partners, LLC (Ambulance Provider) Subpoena

- Full list of ambulance drivers, employment records, and incident reports related to Plaintiff's case for further legal action.

6. Referral of JPSO Officers for Federal Criminal Investigation

- Detective Devin J. Wirtz, Officer Nathan Rome, and other unknown JPSO officers must be investigated by the U.S. Department of Justice for:

- Unlawful surveillance and civil rights violations.

- Evidence fabrication and perjury in official reports.

- Malicious prosecution under color of law.

## I. FACTUAL BACKGROUND

Plaintiff has been subjected to systematic harassment, surveillance, and false prosecution by JPSO and other state actors as retaliation for his federal civil rights lawsuit. The ongoing state criminal case is a deliberate attempt to silence and obstruct Plaintiff's access to justice.

Plaintiff demands that this Court act immediately to halt these abuses of power.

## II. LEGAL BASIS FOR RELIEF

1. The State Prosecution is Retaliatory and Violates Federal Law

- The timing, nature, and circumstances of the state's charges prove that this is a malicious prosecution designed to intimidate Plaintiff.

5

- The Supreme Court in Hartman v. Moore, 547 U.S. 250 (2006) has ruled that retaliatory prosecution violates the First Amendment.

2. Federal Jurisdiction Preempts the State Case

- This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) over Plaintiff's civil rights claims.

- The state prosecution obstructs federal proceedings, which is grounds for federal intervention under 28 U.S.C. § 2283 (Anti-Injunction Act).

3. JPSO's Prosecution Represents a Conflict of Interest

- JPSO is a named Defendant in Plaintiff's federal lawsuit.

- Allowing JPSO to simultaneously prosecute Plaintiff while defending itself in federal court is a blatant due process violation.

4. Plaintiff Faces Immediate and Irreparable Harm

- Without an injunction, Plaintiff risks unjust conviction, loss of constitutional rights, and further harassment.

- The balance of equities and public interest weigh entirely in Plaintiff's favor.

6

Plaintiff demands that this Court take immediate action by:

1. Issuing an Emergency Injunction halting all state court criminal proceedings against Plaintiff.

2. Granting a TRO and Preliminary Injunction preventing further retaliation.

3. Suppressing all illegally obtained evidence from the unlawful search and digital surveillance.

4. Dismissing the state court charges with prejudice.

5. Appointing court-approved digital forensic investigators to trace illegal surveillance and document misconduct.

6. Issuing subpoenas to Meta Platforms, JPSO, and LCMC Healthcare Partners to obtain critical evidence.

7. Referring JPSO officers for federal criminal prosecution.

8. Granting any additional relief this Court deems just and proper.

## IV. NOTICE OF SUBMISSION

Plaintiff submits this motion for IMMEDIATE REVIEW. Given the ongoing constitutional violations and irreparable harm, Plaintiff demands an expedited hearing.

## V. CERTIFICATE OF SERVICE

Plaintiff has filed this motion with the Clerk of Court and service upon Defendants is pending in accordance with Federal Rule of Civil Procedure 4.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez

820 Grove Ave, Metairie, Louisiana, 70003-7024

Pro Se Plaintiff

+1 (504)-203-8459

## eFile-ProSe

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, February 11, 2025 3:59 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Tuesday, February 11, 2025 - 03:59 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003.*

*Filer's Phone Number: 5042038459*

*Case Number (if known): 2:25-cv-00197-JCZ-DPC*

*Case Name: Hiran Rodriguez v. Meta Platforms, Inc., et al*

*Document 1 Description: Consolidated Motion*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*Please keep this email for historical records.*

1