U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Feb 13 2025

CAROL L. MICHEL
CLERK

SP                                    EDSS

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

HIRAN RODRIGUEZ

*Plaintiff/Petitioner*

v.   Case No. 2:25-cv-00197-JCZ-DPC

META PLATFORMS, INC., ET AL

*Defendant/Respondent*   )

# NOTICE OF SERVICE AND REQUEST FOR JUDICIAL ACKNOWLEDGMENT OF FILED MOTIONS

**TO THE HONORABLE COURT:**

Plaintiff **Hiran Rodriguez**, proceeding **pro se**, hereby submits this **Notice of Service and Request for Judicial Acknowledgment of Filed Motions** and states the following:

1. NOTICE OF SERVICE OF PROCESS

Plaintiff, in good faith and in compliance with Rule 4(c)(3) of the Federal Rules of Civil Procedure, has duly transmitted the Summons and Complaint, along with all required copies, to the United States Marshal's Office (USMS) for service upon all named Defendants.

Plaintiff respectfully requests that this Notice of Service be entered into the case record to confirm compliance with service requirements.

2. REQUEST FOR CASE FILE ENTRY OF PREVIOUSLY FILED MOTIONS

Plaintiff has previously submitted the following motions for the Court's review:

1. Motion for Temporary Restraining Order and Preliminary Injuction Against State Court Proceedings – Filed on Monday, February 10, 2025 07:25 PM

2. Consolidated Motion – Filed on Tuesday, February 11, 2025 01:59 AM

3. Motion for Emergency Relief (TRO) to Halt Charges in Gretna Court filed on Wednesday, February 12, 2025 09:23 PM

However, as of the date of this filing, Plaintiff has not received confirmation that these motions have been entered into the case docket or that they have been assigned for judicial review.

WHEREFORE, Plaintiff respectfully requests:

1. That this Notice of Service of Process be formally entered into the case docket.

2. That the Court direct the Clerk of Court to confirm the status of Plaintiff's previously filed motions and ensure they are properly recorded in the case file.

3. That the Court provide any necessary guidance regarding re-filing or judicial review of said motions, if required.

Respectfully submitted,

Signed: *Hiran Rodriguez*

HR 02/13/2025

Hiran Rodriguez

Plaintiff, Pro Se

820 Grove Ave, Metairie, Louisiana, 70003-7024

Phone: +1 (504)-203-8459

Date: February 13, 2025

## eFile-ProSe

| | |
|---|---|
| From: | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Thursday, February 13, 2025 3:52 AM |
| To: | eFile-ProSe |
| Subject: | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Thursday, February 13, 2025 - 03:52 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003.*

*Filer's Phone Number: 5042038459*

*Case Number (if known): 2:25-cv-00197-JCZ-DPC*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: Notice of Service of Process and Request for Judicial Acknowledgement of Filed Motions*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*Please keep this email for historical records.*

1