# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

|  |  |  |
|---|---|---|
|  | ) |  |
| HIRAN RODRIGUEZ, *Plaintiff(s)* | ) | **CIVIL ACTION NO.** 2:25-cv-00197-JCZ-DPC |
| v. | ) | **JUDGE:** JAY C. ZAINEY |
| META PLATFORMS, INC., ET AL, *Defendant(s)* | ) | **MAGISTRATE JUDGE:** DONNA PHILLIPS CURRAULT |
|  | ) |  |

## PLAINTIFF'S RICO CASE STATEMENT

*(Pursuant to RICO Standing Order of the Eastern District of Louisiana)*

---

**1. Violations of 18 U.S.C. § 1962**

## 1. Violations of 18 U.S.C. § 1962

Plaintiff alleges that Defendants engaged in **violations of**:

- **18 U.S.C. § 1962(a):** Defendants received income through racketeering activity and reinvested that income into further illegal activity.

- **18 U.S.C. § 1962(b):** Defendants acquired and maintained control over businesses and entities through unlawful means.

- **18 U.S.C. § 1962(c):** Defendants operated as part of an enterprise conducting a pattern of racketeering.

- **18 U.S.C. § 1962(d):** Defendants conspired to violate RICO through an organized scheme of criminal conduct.

---

## 2. List of Defendants and Their Alleged Misconduct

Each Defendant engaged in racketeering activity, including:

- **Meta Platforms, Inc., Apple Inc., T-Mobile, AT&T, X Corp.** → Facilitated unauthorized electronic surveillance, cyberstalking, and data theft.

- **Kansas City Southern Railway Co., Canadian Pacific Kansas City Limited (CPKC)** → Engaged in noise terrorism and coordinated psychological warfare.

- **Jefferson Parish Sheriff's Office, LCMC Healthcare, Third District Volunteer Fire Department** → Conducted unlawful harassment campaigns, excessive noise disturbances, and community intimidation.

- **Gray Television, Associated Press, and Individual Journalists** → Spread defamatory content, disinformation, and contributed to reputational harm.

- **Elon Musk, Mark Zuckerberg, and Other Tech Executives** → Enabled illegal wiretapping, user tracking, and data exploitation for criminal purposes.

## 3. List of Additional Wrongdoers

Other entities and individuals who contributed to Defendants' **criminal enterprise and coordinated harassment**:

- **Unknown employees of named corporate Defendants**
- **Law enforcement officers acting under color of law**
- **Contractors, cyber-operatives, and private investigators engaged in stalking and intimidation**

## 4. Victims and Injuries Sustained

Plaintiff **Hiran Rodriguez** suffered:

- **Emotional distress, psychological trauma, and anxiety** due to ongoing cyberstalking, defamation, and harassment.
- **Financial damages exceeding $150 billion** from economic interference, reputational destruction, and loss of business opportunities.
- **Loss of privacy and security** through unauthorized surveillance, data breaches, and digital espionage.

## 5. Pattern of Racketeering Activity

The **criminal enterprise** engaged in repeated acts of racketeering, including:

3

**Predicate Acts (18 U.S.C. § 1961)**

| Predicate Act | Statutory Violation | Dates & Description |
|---|---|---|
| Wire Fraud | 18 U.S.C. § 1343 | Defendants used electronic communications to spread false information, steal data, and suppress Plaintiff's rights. |
| Mail Fraud | 18 U.S.C. § 1341 | Defendants transmitted fraudulent documents and letters to deceive government entities and Plaintiff. |
| Obstruction of Justice | 18 U.S.C. § 1503 | Efforts to suppress evidence, threaten witnesses, and interfere with legal proceedings. |
| Retaliation Against Witnesses | 18 U.S.C. § 1513 | Direct targeting and harassment of Plaintiff for seeking legal action. |
| Interstate Stalking | 18 U.S.C. § 2261A | Defendants engaged in cyberstalking, physical intimidation, and psychological coercion. |

**Fraud-Based Predicate Acts (Detailed per FRCP 9(b))**

- **Time, Place & Method:**
  - **Social media platforms, telecommunication networks, and private surveillance contractors** were used to **illegally track, monitor, and harass Plaintiff.**
  - **Defendants shared, manipulated, and weaponized Plaintiff's personal data to engage in systematic reputational and financial harm.**

4

## 6. Description of the Criminal Enterprise

The **enterprise** consists of a **network of corporations, law enforcement agencies, media outlets, and private contractors** conspiring to commit **repeated and ongoing acts of fraud, harassment, and intimidation.**

**Enterprise Structure & Conduct**

- **Meta, Apple, AT&T, T-Mobile, and X Corp.** provided **electronic tracking, data mining, and surveillance services** to government entities and private actors.
- **Jefferson Parish Sheriff's Office, LCMC Healthcare, and Third District Volunteer Fire Department** engaged in **physical and psychological intimidation** against Plaintiff.
- **Kansas City Southern Railway Co. & CPKC** participated in **noise terrorism campaigns, disrupting Plaintiff's sleep, personal life, and well-being.**
- **Media Defendants** conspired to **publish defamatory articles and content, amplifying psychological warfare against Plaintiff.**

---

## 7. Relationship Between Enterprise & Racketeering Activity

- **Racketeering activities were essential to the enterprise's objectives.**
- Defendants **acted in concert to use illegal surveillance, cyberstalking, and defamation to control and retaliate against Plaintiff.**
- The enterprise **functioned beyond lawful business practices**, using **corporate-government collusion** to **silence, intimidate, and destroy targeted individuals.**

---

## 8. Financial Benefits to the Enterprise

5

- **Meta, Apple, AT&T, and T-Mobile** profited from **data sales, government contracts, and privacy exploitation**.
- **Jefferson Parish Sheriff's Office, LCMC, and others** received **funding for unconstitutional surveillance and intimidation tactics**.
- **Media outlets & journalists gained financial incentives** from **sensationalized false reporting** targeting Plaintiff.

## 9. Effects on Interstate Commerce

- Defendants' **cyberstalking, financial interference, and defamation campaigns** significantly harmed **Plaintiff's ability to conduct business across state lines.**
- The illegal activities **impacted telecommunications, online commerce, and digital security industries**.

## 10. Damages Sought

Plaintiff seeks:

- **$150 billion in compensatory damages.**
- **$100 billion in punitive damages.**
- **Treble damages under 18 U.S.C. § 1964(c).**
- **Immediate injunctive relief** prohibiting Defendants from further unlawful activities.

## 11. Additional Information

Plaintiff **requests immediate forensic investigations and court-ordered subpoenas** for:

6

1. **Defendants' electronic logs, internal communications, and financial records** proving RICO activity.
2. **Surveillance logs from Meta, AT&T, Apple, and other Defendants.**
3. **Financial transaction records showing payments for cyber-surveillance.**

---

## CONCLUSION

Defendants have engaged in **a vast, organized criminal enterprise designed to target, harass, and destroy Plaintiff's life and livelihood.** Plaintiff demands **maximum legal remedies, full exposure of Defendants' misconduct, and immediate relief to prevent ongoing harm.**

---

**Signed:**

*Hiran Rodriguez 02/14/2025*

**Hiran Rodriguez**

Plaintiff, Pro Se

820 Grove Ave, Metairie, Louisiana, 70003-7024

Phone: +1 (504)-203-8459

Date: **February 14, 2025**

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, February 14, 2025 1:53 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Friday, February 14, 2025 - 01:53 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003.*

*Filer's Phone Number: 5042038459*

*Case Number (if known): 2:25-cv-00197-JCZ-DPC*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: PLAINTIFF'S RICO CASE STATEMENT*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1