U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Feb 14 2025

CAROL L. MICHEL
CLERK

SP                    EDSS

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

HIRAN RODRIGUEZ                       )
_____
*Plaintiff/Petitioner*

v.                                    Civil Action No. 2:25-cv-00197-JCZ-DPC

META PLATFORMS, INC., ET AL           )
_____
*Defendant/Respondent*                )

# RICO CASE STATEMENT

Pursuant to the RICO Standing Order of this Court, Plaintiff submits the following RICO Case Statement in compliance with 18 U.S.C. §§ 1961–1968 and Federal Rule of Civil Procedure 11.

1. Violations of 18 U.S.C. § 1962

Plaintiff alleges that Defendants have violated the following provisions of 18 U.S.C. § 1962:

- Section 1962(c) – Conduct or participation in an enterprise engaged in racketeering.
- Section 1962(d) – Conspiracy to violate RICO.

These claims arise from Defendants' coordinated enterprise engaging in digital surveillance, harassment, electronic fraud, wire fraud, and obstruction of justice.

2. Defendants and Their Misconduct

The following Defendants engaged in a pattern of racketeering activity:

| Defendant | Role & Misconduct |
| --- | --- |
| Meta Platforms, Inc. | Enabled digital surveillance, suppressed evidence of harassment, facilitated doxxing and cyberstalking. |
| Apple Inc. | Negligence in cybersecurity allowing unauthorized access to Plaintiff's devices. |

| | |
|---|---|
| T-Mobile USA Inc. | Permitted unauthorized interception and tracking of Plaintiff's phone data. |
| AT&T Enterprises, LLC | Breached customer security, enabling unauthorized surveillance. |
| X Corp. (Twitter) | Provided platform for harassment, failed to prevent coordinated online attacks. |
| Kansas City Southern Railway Company | Involvement in retaliation and surveillance against Plaintiff. |
| LCMC Healthcare Partners LLC | Complicit in unauthorized medical record access and emergency response delays. |
| Jefferson Parish Sheriff's Office (JPSO) | Engaged in unlawful surveillance, cyberstalking, fabricated criminal charges. |
| Joseph P. Lopinto, III (Sheriff) | Directed and oversaw illegal monitoring and intimidation of Plaintiff |
| Andres Fuentes (FOX 8) | Used media to discredit Plaintiff, spread false information, and assist in harassment. |
| Gloria Pazmino (CNN), Haleluya Hadera (AP), Susanne Rust (LA Times) | Participated in defamation and coordinated cyber harassment. |
| Ryan McCafferty (Yardbarker), Paul MacInnes (The Guardian) | Engaged in online defamation campaigns targeting Plaintiff. |

| | |
|---|---|
| Jonathan Liew, James Ochoa, Demicia Inman, Jamie Spangher, Maya Gebeily, Versha Sherma | Various roles in facilitating harassment, defamation, and obstructing justice. |
| Elon Musk (CEO, X Corp.)<br><br>Mark Zuckerberg (CEO, Meta) | Negligence in preventing platform abuse, direct involvement in digital suppression of Plaintiff. |

3. Additional Wrongdoers

Other unidentified individuals, including hackers, corporate security teams, and government officials, have engaged in acts of intimidation, unauthorized data access, and physical surveillance.

4. Victim and Injuries

Plaintiff suffered economic, emotional, and reputational harm, including:

• Financial losses due to unlawful interference in personal and business affairs.

• Emotional distress caused by harassment, defamation, and digital surveillance.

• Reputational harm from false media reports and online attacks.

4

5. Pattern of Racketeering Activity

| Predicate Act | Statute Violated |
|---|---|
| Unauthorized Computer Access | 18 U.S.C. § 1030 (CFAA) |
| Wire Fraud | 18 U.S.C. § 1343 |
| Electronic Surveillance | 18 U.S.C. §§ 2510-2523 (ECPA) |
| Stalking & Harassment | 18 U.S.C. § 2261A |
| Witness Retaliation | 18 U.S.C. §§ 1512, 1513 |

These acts formed a coordinated scheme spanning multiple states and impacting interstate commerce.

6. The Enterprise

(a) The enterprise consists of:

- ☑ Media corporations

- ☑ Law enforcement agencies

- ☑ Technology companies

5

(b) Structure, Purpose, and Function

This enterprise was structured to target, harass, and discredit Plaintiff using a coordinated system of cyberattacks, surveillance, and media defamation.

7. Injury and Damages

Plaintiff seeks::

$150 billion dollars HR 02/13/2025 in compensatory damages.

$100 billion dollars in punitive damages.

• Injunctive relief prohibiting further harassment and unauthorized surveillance.

8. Violations Under Specific RICO Sections

• § 1962(a): Illicit income was received by corporate entities and law enforcement officials through illegal surveillance contracts and data exploitation.

• § 1962(b): Defendants used threats, intimidation, and cyberattacks to control and suppress Plaintiff's freedom of speech and legal rights.

• § 1962(c): Defendants actively participated in coordinated cybercrimes and suppression tactics.

- § 1962(d): Defendants engaged in a criminal conspiracy to obstruct Plaintiff's legal and constitutional rights.

9. Additional Claims

Plaintiff also asserts the following federal claims:

- Computer Fraud and Abuse Act (18 U.S.C. § 1030)

- Interstate Stalking (18 U.S.C. § 2261A)

- Electronic Communications Privacy Act (18 U.S.C. §§ 2510-2523)

- Abuse of Power by Law Enforcement (18 U.S.C. § 242)

- Witness Tampering or Retaliation (18 U.S.C. §§ 1512, 1513)

Plaintiff asserts the following state law claims:

- Defamation

- Invasion of Privacy

- Intentional Infliction of Emotional Distress

CONCLUSION

Plaintiff respectfully submits this RICO Case Statement in compliance with the Court's Standing Order.

Respectfully submitted,

*Hiran Rodriguez*
HR 02/13/2025

Hiran Rodriguez

820 Grove Ave, Metairie, LA 70003-7024

Phone: 504-203-8459

Email: hiranrodriguez@outlook.com

Pro Se Plaintiff

Date: February 13, 2025

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, February 14, 2025 1:53 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Friday, February 14, 2025 - 01:53 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003.*

*Filer's Phone Number: 5042038459*

*Case Number (if known): 2:25-cv-00197-JCZ-DPC*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: PLAINTIFF'S RICO CASE STATEMENT*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1