Case 2:25-cv-00197-JCZ-DPC   Document 21   Filed 02/18/25   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Feb 18 2025
CAROL L. MICHEL
CLERK
SP                    EDSS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

HIRAN RODRIGUEZ

*Plaintiff(s)*

v.

META PLATFORMS, INC., ET AL

*Defendant(s)*

Civil Action No. 25-cv-197 A(2)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  X Corp., a Nevada Corporation
(formerly Twitter, Inc.)
1355 Market Street, Suite 900
Bastrop County, TX 78602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hiran Rodriguez
820 Grove Avenue
Metairie, LA 70003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

*Lanie Bryant*
Deputy clerk's signature

Date: Feb 04 2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-197 A(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __X Corp, a Nevada Corporation__
was received by me on *(date)* __02/13/2025__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Abby Sarmiento__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__X Corp, a Nevada Corporation__ on *(date)* __02/18/2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __02/18/2025__

Server's signature: __HR 02/18/2025__

Printed name and title: __Hiram Rodriguez, President, Director__

Server's address: __820 Grove Ave, Metairie, LA 70003 - 7024__

Additional information regarding attempted service, etc:

WoltersKluwer.com
Abby Sarmiento
Intake Specialist
CT Corporation System
3867 Plaza Tower Dr. Baton Rouge, LA 70816

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, February 18, 2025 12:48 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Tuesday, February 18, 2025 - 12:48 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024*

*Filer's Phone Number: +1 (504)-203-8459*

*Case Number (if known): NO. 25-197 SECTION "A" (2)*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: Proof of Service on X Corp, a Nevada Corporation on 02/18/2025*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1