UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 25-197<br><br>SECTION "1" (2)<br><br>JUDGE: JAY C. ZAINEY<br><br>MAGISTRATE JUDGE: DONNA P. CURRAULT |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, Apple Inc., submits for hearing the accompanying Motion to Dismiss on April 2, 2025, at 10:30 a.m., before the Honorable Jay C. Zainey of the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, LA 70130.

Respectfully submitted,

IRWIN FRITCHIE URQUHART MOORE
& DANIELS LLC

*/s/ Elizabeth R.R. Showalter*
QUENTIN F. URQUHART, JR. (La. #14475)
ELIZABETH R.R. SHOWALTER (La. #32650)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
qurquhart@irwinllc.com
lrichard@irwinllc.com
*Counsel for Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2025, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff's counsel by e-mail or United States Mail, postage prepaid.

*/s/ Elizabeth R.R. Showalter*
Elizabeth R.R. Showalter