Case 2:25-cv-00197-JCZ-DPC   Document 27   Filed 02/25/25   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Feb 25 2025

SP   CAROL L. MICHEL
CLERK   EDSS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

HIRAN RODRIGUEZ

*Plaintiff(s)*

v.

META PLATFORMS, INC., ET AL

*Defendant(s)*

Civil Action No. 25-cv-197 A(2)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jefferson Parish Sheriff's Office
1233 Westbank Expressway
Harvey, LA 70058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hiran Rodriguez
820 Grove Avenue
Metairie, LA 70003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

*Lanie Bryant*
Deputy clerk's signature

Date: Feb 04 2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jefferson Parish Sheriff's Office
was received by me on *(date)* 02/13/2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michelle Lennie , who is
designated by law to accept service of process on behalf of *(name of organization)* Jefferson Parish Sheriff's Office
_____ on *(date)* 02/25/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/25/2025

HR 02/25/2025
*Server's signature*

Hiram Rodriguez, President, Director
*Printed name and title*

820 Grove Ave, Metairie, LA, 70003-7024
*Server's address*

Additional information regarding attempted service, etc:

Michelle Lennie
Judicial Process Supervisor
1233 Westbank Expressway
Harvey, LA 70058.

**Stacy Pecoraro**

| | |
|---|---|
| From: | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Tuesday, February 25, 2025 11:42 AM |
| To: | LAEDml_Pro Se |
| Subject: | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Tuesday, February 25, 2025 - 11:42 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.*

*Filer's Phone Number: 5042038459*

*Case Number (if known): 25-197 SECTION "A" (2)*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: Proof of Service on Jefferson Parish Sheriff's Office on February 25, 2025.*

*Document 2 Description: Proof of Service on Sheriff Joseph P. Lopinto III on February 25, 2025.*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1