Case 2:25-cv-00197-JCZ-DPC   Document 29   Filed 02/25/25   Page 1 of 5

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Feb 25 2025

CAROL L. MICHEL
CLERK
SP                    EDSS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**PLAINTIFF(S):** Hiran Rodriguez

**VERSUS**

**DEFENDANT(S):** Meta Platforms, Inc., et al.

CIVIL ACTION

No. 25-197

SECTION: "A"(2)

### MOTION to Submit Video Evidence regarding incident of February 23, 2025, and Request for Judicial Consideration.

NOW COMES the Plaintiff, Hiran Rodriguez, pro se, who respectfully moves this Honorable Court for leave to submit video evidence documenting harassment by train operators on February 23, 2025, and in support thereof states as follows:

## 1. FACTUAL BACKGROUND

1. On Sunday, February 23, 2025, at approximately 7:55 PM, Plaintiff arrived home and was subjected to targeted harassment by train operators through illegally obtained surveillance and excessive use of train horns directed at Plaintiff.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 25th day of February, 2025.

HR 02/25/2025
(SIGNATURE)

HR 02/25/2025
(Signature)

Hiran Rodriguez
(Name)

820 Grove Ave
(Address)

Metairie     LA     70003-7024
(City)       (State)   (Zip)

504 203 8459
(Telephone)

02/25/2025
(Signature Date)

2. The security camera footage captures the entirety of the incident and demonstrates the train operator's awareness of Plaintiff's presence through unauthorized surveillance.

3. Plaintiff seeks to submit two (2) video files as evidence:

- Short version (Time Stamp: 01:29 minutes)
- This video succinctly captures the harassment, specifically the train operator blasting the horn at Plaintiff.

- Long version (Time Stamp: 23:04 minutes)
- This video shows the full sequence of events from when Plaintiff arrived home, exited the car, and the continued train horn harassment over a 20-minute period.

2. TIMESTAMPS OF TRAIN HORN HARASSMENT

The video evidence contains clear audio and visual confirmation of the train horn harassment at the following timestamps:

- 07:57 PM - Loud, intentional train horn blast directed at Plaintiff
- 08:06:30 PM - Another loud, intentional train horn blast in Plaintiff's vicinity.

2

3. LEGAL BASIS FOR REQUEST

4. Federal Rules of Evidence 401 states that evidence is relevant if it makes a fact more or less probable. The submitted video files directly substantiate Plaintiff's claims of harassment, unauthorized surveillance, and misconduct by the train operators.

5. Federal Rule of Evidence 901 requires authentication of evidence, which Plaintiff satisfies through the timestamps, continuous video recording, and Plaintiff's personal attestation of the incident.

6. The proper submission of this evidence will ensure the Court has a complete and fair record regarding the ongoing harassment Plaintiff has endured.

4. REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Grant leave to file the video evidence documenting the February 23, 2025, incident into the Court record;

B. Admit the security footage as authenticated evidence under the Federal Rules of Evidence;

C. Consider the evidence in all future proceedings related to this case; and

D. Grant any other relief this Court deems just and proper.

Respectfully submitted,

HR 02/25/2025

Hiran Rodriguez

820 Grove Ave, Metairie, Louisiana, 70003-70024.

504-203-8459

hiranrodriguez@outlook.com

02/25/2025

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, February 25, 2025 6:08 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Tuesday, February 25, 2025 - 06:07 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.*

*Filer's Phone Number: 5042038459*

*Case Number (if known): SECTION "A" (2)*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: Notice of Submission*

*Document 2 Description: Motion to Submit Video Evidence regarding incident of February 23, 2025, and Request for Judicial Consideration.*

*Document 3 Description: Proposed Order*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1