# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_Hiran Rodriguez_
**PLAINTIFF(S)**

**VERSUS**

_Meta Platforms, Inc., et al._
**DEFENDANT(S)**

**CIVIL ACTION**

No. 25-197

SECTION: "A"(2)

## ORDER

Considering the Motion _to Submit Video Evidence regarding incident of February 25, 2025, and Request for Judicial Consideration_,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20___.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE