# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Hiram Rodriguez
**PLAINTIFF(S)**

**VERSUS**

Meta Platforms, Inc., et al.
**DEFENDANT(S)**

CIVIL ACTION

No. 25-197

SECTION: "A" (2)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Submit Video Evidence regarding incident of February 23, 2025, and Request for Judicial Consideration is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ ___.m.

HR 02/25/2025
(Signature)

Hiram Rodriguez
(Name)

820 Grove Ave.
(Address)

Metairie      LA      70003-7024
(City)        (State)   (Zip)

504 205 8459
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 25th day of February, 2025.

02/25/2025
(SIGNATURE)