UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 25-197<br><br>SECTION "1" (2)<br><br>JUDGE: JAY C. ZAINEY<br><br>MAGISTRATE JUDGE: DONNA P. CURRAULT |

**MOTION TO DISMISS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Apple Inc. ("Apple"), who moves this Court to dismiss this action, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) and Federal Rule of Civil Procedure 12(b)(6). Apple respectfully submits that Plaintiff's claims against it should be dismissed because the Complaint fails to allege sufficient facts to support a

plausible cause of action against it. Specifically, Plaintiff's Complaint fails to allege any conduct on the part of Apple, let alone facts sufficient to support any cause of action against Apple arising out of his alleged email account breach. Dismissal is therefore warranted.

**WHEREFORE**, Defendant, Apple Inc., respectfully requests that the Court enter an Order dismissing Plaintiff's claim against it with prejudice and for other such relief as the Court deems just and proper.

        Respectfully submitted,
        IRWIN FRITCHIE URQUHART MOORE
        & DANIELS LLC

        */s/ Elizabeth R.R. Showalter*
        QUENTIN F. URQUHART, JR. (La. #14475)
        ELIZABETH R.R. SHOWALTER (La. #32650)
        400 Poydras Street, Suite 2700
        New Orleans, Louisiana 70130
        Telephone: (504) 310-2100
        Facsimile: (504) 310-2101
        qurquhart@irwinllc.com
        lrichard@irwinllc.com
        *Counsel for Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2025, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff's counsel by e-mail or Untied States Mail, postage prepaid.

        */s/ Elizabeth R.R. Showalter*
        Elizabeth R.R. Showalter