U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Feb 26 2025

CAROL L. MICHEL
CLERK

SP   EDSS

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

HIRAN RODRIGUEZ

*Plaintiff(s)*

)

v.

) Civil Action No. 25-cv-197 A(2)

) Judge: Jay C. Zainey

META PLATFORMS, INC., ET AL.

Magistrate Judge: Donna Phillips Currault

)

*Defendant(s)*

PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO DISMISS

## INTRODUCTION

Plaintiff, Hiran Rodriguez, respectfully submits this Supplemental Response in Opposition to Defendant Apple Inc.'s Motion to Dismiss. Plaintiff asserts that Apple, in conjunction with other defendants, has actively interfered with this legal proceeding by accessing private information and disseminating it through various news platforms, as demonstrated in "Exhibit B." This coordinated effort has created a defamatory narrative falsely associating Plaintiff with actions taken by the Trump administration, resulting in irreparable harm to Plaintiff's reputation and compromising the integrity of this legal case.

## ARGUMENT

1. Coordinated Timing and Defamatory Publication

As demonstrated in "Exhibit B," on February 15, 2025, multiple defamatory articles were published within minutes of each other by platforms such as MSN, Politico, and The Mirror. These articles falsely attributed actions to Plaintiff that he did not take, including mass firings of government employees and political purges. This coordinated timing demonstrates:

- Unauthorized access to Plaintiff's private information.

- A deliberate and coordinated effort by Defendants to interfere with Plaintiff's legal proceedings.

This constitutes:

- Violations of the Electronic Communications Privacy Act (18 U.S.C. §§ 2510-2523).

- Violations of the Computer Fraud and Abuse Act (18 U.S.C. § 1030).

2. False and Defamatory Narrative

The articles described in "Exhibit B" create a false and defamatory narrative that portrays Plaintiff as responsible for politically motivated actions with negative impacts on public services. For example:

- The Politico article references actions ascribed to "Trump's purges," but falsely attributes these actions to Plaintiff's private decisions.

- The articles in The Mirror and MSN reinforce this narrative, further damaging Plaintiff's reputation.

This defamation has caused significant harm, including damage to Plaintiff's personal and professional reputation, as well as financial and emotional distress.

3. Interference with Legal Proceedings

The coordinated timing and defamatory nature of the articles described in "Exhibit B" demonstrate a deliberate effort to interfere with Plaintiff's legal proceedings. This interference includes:

• Creating a defamatory and prejudicial public narrative about Plaintiff's actions.

• Undermining the integrity of the judicial process by influencing public perception and potentially impacting the fairness of these proceedings.

This interference constitutes a violation of Plaintiff's constitutional right to due process under the Fourteenth Amendment.

4. Trespassing, Stalking, and Surveillance

4

Plaintiff asserts that Defendants engaged in trespassing, stalking, and surveillance activities to obtain private information about Plaintiff's actions. This information was then used to create defamatory articles, as evidenced by the information in "Exhibit B." These actions constitute:

- Invasion of privacy.

- Violations of Plaintiff's Fourth Amendment right against unreasonable searches and seizures.

- Violations of federal and state laws prohibiting harassment and stalking.

5. Coordinated Efforts Among Defendants

Plaintiff asserts that Apple, Meta Platforms, Inc., and other defendants have acted in concert to facilitate the dissemination of defamatory content and interfere with Plaintiff's legal rights. These coordinated efforts support Plaintiff's claims for:

- Civil Rights Conspiracy under 18 U.S.C. § 241.

- Violations under RICO (18 U.S.C. §§ 1961-1968).

6. Plaintiff's Complaint Raises Substantial Issues and is Not Frivolous

5

Contrary to Defendant's assertion, Plaintiff's complaint raises substantial issues of public importance, including violations of federal statutes and constitutional rights. The coordinated and defamatory publications described in "Exhibit B" demonstrate a pattern of interference that has caused significant harm to Plaintiff's reputation and legal case.

7. Request for Leave to Amend

If the Court finds any deficiencies in Plaintiff's complaint, Plaintiff respectfully requests leave to amend the complaint under Federal Rule of Civil Procedure 15(a)(2) to provide additional factual details and evidence in support of Plaintiff's claims.

CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendant Apple Inc.'s Motion to Dismiss and allow this case to proceed to discovery. In the alternative, Plaintiff requests leave to amend the complaint to cure any deficiencies identified by the Court.

Respectfully submitted,

HR 02/26/2025

Hiran Rodriguez

Plaintiff, Pro Se

820 Grove Avenue

Metairie, Louisiana, 70003-7024

Phone: +1 (504)-203-8459

**Stacy Pecoraro**

| | |
|---|---|
| From: | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Wednesday, February 26, 2025 11:09 AM |
| To: | LAEDml_Pro Se |
| Subject: | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Wednesday, February 26, 2025 - 11:08 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024*

*Filer's Phone Number: 504-203-8459*

*Case Number (if known): 2:2025cv00197*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: Plaintiff's Supplemental Response in Opposition to Defendant Apple Inc.'s Motion to Dismiss 02/26/2025*

*Document 2 Description:*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1