# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**HIRAN RODRIGUEZ**

*Plaintiff(s)*

)

*v.*

**Civil Action No. 25-197**

)

**Judge: Jay C. Zainey**

**META PLATFORMS, INC., ET AL.**

**Magistrate Judge: Donna Phillips Curranlt**

)

*Defendant(s)*

## EXHIBIT B

Evidence of Defamation, Unauthorized Surveillance, and Coordinated Publication

Description:

This exhibit contains evidence of unauthorized surveillance, harassment, and coordinated defamatory publications by the defendants, including Apple Inc. The evidence demonstrates a pattern of unlawful behavior aimed at damaging Plaintiff's reputation, interfering with Plaintiff's legal rights, and profiting from Plaintiff's private information. This includes screenshots of articles on Plaintiff's iPhone, emails from Apple, and Web Forensics Instant Acquisition Reports verifying the authenticity of online articles shared on Apple News.

Table of Contents for Exhibit B

1. Email from news@insideapple.apple.com

• Date: December 1, 2024, 8:19 AM

• Description: Email sent to Plaintiff stating "The more you get, the more you'll get." This email demonstrates Apple's awareness of Plaintiff's attempts to report unauthorized access and harassment, suggesting that Apple was surveilling Plaintiff's activities.

2. IC3 Complaint

• Date: December 1, 2024, 8:35 AM

• Description: Screenshot of Plaintiff's IC3 complaint filed with the FBI. Evidence that Apple was aware of Plaintiff's actions through illegal surveillance of Plaintiff's private reports.

3. Screenshot of Apple News Article on Plaintiff's iPhone 13 Home Screen

• Date: February 15, 2025

• Description: Screenshot showing a Politico article on Plaintiff's iPhone 13 Home Screen. This serves as evidence of Apple's direct role in disseminating defamatory content.

4. Politico Article: "Stunned Federal Workers Brace for the Real-World Repercussions of Trump's Purges"

• Date: February 15, 2025, 7:00 AM EST

• Authors: Liz Crampton, Marcia Brown, Danny Nguyen, Ben Lefebvre, Catherine Morehouse, and Eric Bazail-Eimil

• Description: Article falsely linking Plaintiff to actions attributed to "Trump's purges," creating a defamatory narrative about Plaintiff's actions.

5. Web Forensics Instant Acquisition Report (1)

• Description: Report capturing a screenshot of the Politico article from Apple News to verify the authenticity of the article's link and content.

• Pages: 12 pages

6. USA Today Article: "Took Away My Hope." Federal Workers Say Trump Mass Firings Upended Their Lives

• Date: February 16, 2025, 6:06 AM ET

• Authors: Phillip M. Bailey, Zac Anderson, Terry Collins, Jeanine Santucci

• Description: Article perpetuating the false narrative that Plaintiff is responsible for mass firings of federal workers.

• Pages: 9 pages

7. Web Forensics Instant Acquisition Report (2)

• Description: Report capturing a screenshot of the USA Today article from Apple News to verify the authenticity of the article's link and content.

• Pages: 12 pages

8. The Mirror US Article: "Elon Musk Fires Hundreds of Nuclear Employees, Then Starts Bringing Them Back in 'Frightening' DOGE Mistake"

• Author: Niamh Kirk

• Description: Article published by The Mirror US perpetuating a defamatory narrative linking Plaintiff's actions to negative consequences affecting public services.

• Pages: 12 pages

Respectfully submitted,

Hiran Rodriguez

HR 02/26/2025

Hiran Rodriguez 02/26/2025

Hiran Rodriguez

Plaintiff, Pro Se

820 Grove Avenue

Metairie, Louisiana, 70003-7024

Phone: +1 (504)-203-8459

hiranrodriguez@outlook.com

 Final days to get an Apple Gift Card.

Apple
News@InsideApple.Apple.com

developer@sunrisingministries.com
developer@sunrisingministries.com

Date: On Sun, Dec 1, 2024 at 8:19 AM

The Apple Store Shopping Event

# The more you get, the more you'll get.

Don't miss out on an Apple Gift Card when you buy an eligible product.* Online and in-store through December 2.

Shop all

10:39 5G 42

Cupertino
43°
Cloudy
H:60° L:38°

Weather

POLITICO
"Like a tornado hit": Stunned federal workers t...

News

FaceTime
SAT 15
Calendar
Photos
Camera

8
Mail
Notes
Reminders
Clock

News
tv
TV
Podcasts
App Store

Maps
Health
Wallet
1
Settings

Search

1

 POLITICO

LABOR

# Stunned federal workers brace for the real-world repercussions of Trump's purges

The Trump administration could face political backlash from voters in Republican and Democratic states who suddenly find a host of services vanish.

Firefighters walk along a mountainside to battle the spread of the Hughes Fire in Castaic, California, on Jan. 22. | Ethan Swope/AP

By LIZ CRAMPTON, MARCIA BROWN, DANNY NGUYEN, BEN LEFEBVRE, CATHERINE MOREHOUSE and ERIC BAZAIL-EIMIL
02/15/2025 07:00 AM EST

   

The *files* that constitute the digital evidence are preserved as objects in a versioning-enabled *object store bucket.* The final deletion of the object will occur after 14 days from the appending of the delete mark.

## 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
|---|---|
| 02/16/2025 15:45:31.484 UTC+0000 | Start of the proceedings |
| 02/16/2025 15:45:31.486 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 02/16/2025 15:45:32.400 UTC+0000 | Starting the environment status check *script* |
| 02/16/2025 15:45:32.407 UTC+0000 | Starting the *web browser* automatically and starting the WACZ file recording |
| 02/16/2025 15:45:34.409 UTC+0000 | Navigating a *web* page and corresponding *screenshot* generation and MHTML *file*: https://apple.news/ATdXLuMBgRqOtmtlgFDSDZw |
| 02/16/2025 15:45:51.402 UTC+0000 | Ending the recording of the WACZ file and closing the *web browser* |
| 02/16/2025 15:45:51.403 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (*digital evidence copy*) |
| 02/16/2025 15:45:51.510 UTC+0000 | Generation of the *XML* file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
| | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

# 4. Detailed Information Summary on Forensic Activities Performed

### Summary Table of the Session of Forensic Acquisition

| *ID* | SESSION NAME | DATE | *CONTAINER OS* | PUBLIC OUTBOUND *IP* |
|---|---|---|---|---|
| a7f8bfb1-3600-4a04-af52-022a45257285 | Instant Forensics Acquisition | 02/16/2025 3:45 PM UTC+0000 | Linux Debian 11 Bullseye | 34.34.151.117 |

### Summary table of the Docker *container*

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.2.0 |
| SHA-256 fingerprint of the Docker image used to create the environment | 3a75c24724bec1c23cd08bee35cb3e3e3447d97ffa1833c2bb8c45e8cdf4b136 |

### Summary Table of the Identified *URLs*

| *URL* | DATE AND TIME |
|---|---|
| https://apple.news/ATdXLuMBgRqOtmtlgFDSDZw | 02/16/2025 3:45 PM UTC+0000 |

### Summary Table of the Generated Files

| *FILE* NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | d347e3c3e2eaeae68a10b45a19582cd48e4a80766a3a3419edf9a42540094f8d | PCAP |
| initialization.log | 414883920bd7c0db0cd093f8d3303201f04959adfd169432bf2b9c625594cc16 | *Log* |
| networkTraffic.log | 410cb6e71552990dd27c16f081a45fe7b234c222fbef15798825eef74e63543f | *Log* |
| page.mhtml | bc35b02de3226d5175dcede3c69ef8f86006b80e5da06e00d11ef9451275384a | Source and resources |
| page.wacz | a195f897bc09248015bbe9a0202bd23a7f0028e4a4ad0cba108e23fe9a69788a | WACZ archive |
| screenshotViewport.jpg | 9e213276632c0fec5da7a987dd4d45c5faeaa115cbf9a15863b6729beeee7599 | *Screenshot* |
| session.log | 78a5f9019968a30430a3e072bc52872ad593a7a50d6476be1b58a19877e3f2cb | *Log* |
| sslkeys.keys | 7ed99de0b8ecd166a00997aef4e191bf7db5c7a92e646434742429dd6ec3f7ee | Keys |

These *files* are sorted and stored in a *ZIP* file. The list below provides a short description of each *file* type:

- *PCAP*: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- *Keys*: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- *Screenshot*: *JPG file* corresponding to the *viewport screenshot* automatically generated during the session;
- *Log*: *log file* automatically generated during the session;
- *Source and resources*: web page *source file*, in MHTML format, with images, automatically captured during the session;
- *WACZ Archive*: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- *XML*: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

## 5. *Viewport screenshots* automatically generated

EUROPE PRO E&E NEWS

LABOR

# Stunned federal workers brace for the real-world repercussions of Trump's purges

The Trump administration could face political backlash from voters in Republican and Democratic states who suddenly find a host of services vanish.

Advertisement

AD

screenshotViewport.jpg





Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com



USA
TODAY

Government and Politics

Add Topic +

POLITICS

# 'Took away my hope.' Federal workers say Trump mass firings upended their lives

Phillip M. Bailey, Zac Anderson, Terry Collins and Jeanine Santucci USA TODAY

Published 6:06 a.m. ET Feb. 16, 2025 | Updated 8:24 a.m. ET Feb. 16, 2025

The termination notice came just before Valentine's Day, and Elena Moseyko's heart was shattered as she broke down crying in front of her two young children.

She has bills to pay – a mortgage, preschool tuition, a car payment – and a scared family.

"I feel so angry now at the administration because I traumatized my kids," she said. "I wish I would've never joined the federal government."

Moseyko joined the U.S. Department of Veterans Affairs last year as a data scientist. She'd been "happily employed" in the private sector for a consulting firm but thought a government job seemed more stable.

Instead, her life was turned upside down last week after President Donald Trump's administration began instituting mass layoffs as part of an aggressive effort to trim the federal workforce.

USA TODAY spoke to federal workers fired from the departments of Education, Veterans Affairs, Agriculture and Transportation who said they were shocked, angry and emotionally distraught by the terminations. They were scrambling over the weekend to figure out how to file for unemployment benefits and reviewing their budgets to adjust to a new financial reality.

# 4. Detailed Information Summary on Forensic Activities Performed

### Summary Table of the Session of Forensic Acquisition

| *ID* | SESSION NAME | DATE | *CONTAINER OS* | PUBLIC OUTBOUND *IP* |
|---|---|---|---|---|
| 57d886ed-25cb-450c-898f-94e4bb23207a | Instant Forensics Acquisition | 02/16/2025 3:42 PM UTC+0000 | Linux Debian 11 Bullseye | 34.34.151.117 |

### Summary table of the Docker *container*

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.2.0 |
| SHA-256 fingerprint of the Docker image used to create the environment | 3a75c24724bec1c23cd08bee35cb3e3e3447d97ffa1833c2bb8c45e8cdf4b136 |

### Summary Table of the Identified *URLs*

| *URL* | DATE AND TIME |
|---|---|
| https://apple.news/AoG3hbTMYSKeD8tfaLSbzmw | 02/16/2025 3:42 PM UTC+0000 |

### Summary Table of the Generated Files

| *FILE* NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | 9cd984b23bf77cbc285d6e9e7c26e3ca11b578e63fb89b497a571fdec4a9b8d2 | PCAP |
| initialization.log | 1fcda9bce721071182abb91920b2df6bf08edd555f4477083bc16746cc5f1558 | *Log* |
| networkTraffic.log | bc6d866c5fee42e433562553560ca32b5978ab3972cdb688f8418495699e79a3 | *Log* |
| page.mhtml | 332b29c6b98cffdb0f83a2d146a97ad177e3069b81928e3b1b4034fadee1b6c0 | Source and resources |
| page.wacz | b05cc8d092201bdc8fc410b57bdeeb0ab0c018f0abcc5a5aa31578b72f03deae | WACZ archive |
| screenshotViewport.jpg | 86607737888c062294d041244f8f744ac0dce5224ea9ec36bc20add87df31890 | *Screenshot* |
| session.log | 921092840647de015a536a8b8f827374dc3daf4eec814c0c9583ce8c1f699ccc | *Log* |
| sslkeys.keys | 5abfb1150e9dc0ee992b42f5870f38b5c081cdc58c5e62a45161980aab58ca79 | Keys |

These *files* are sorted and stored in a *ZIP* file. The list below provides a short description of each *file* type:

- *PCAP*: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- *Keys*: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- *Screenshot*: *JPG file* corresponding to the *viewport screenshot* automatically generated during the session;
- *Log*: *log file* automatically generated during the session;
- *Source and resources*: web page *source file*, in MHTML format, with images, automatically captured during the session;
- *WACZ Archive*: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- *XML*: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

## 5. *Viewport screenshots* automatically generated

USA TODAY NEWS Home U.S. Sports Entertainment Life Money Tech Travel Opinion Crosswords Newsletters For Subscribers Medi

**'Took away my hope.' Federal workers say Trump mass firings upended their lives**

PHILLIP M. BAILEY, ZAC ANDERSON, TERRY COLLINS, JEANINE SANTUCCI USA TODAY
4 hours ago

Show Caption

The termination notice came just before Valentine's Day, and Elena Moseyko's heart was shattered as she broke down crying in front of her two young children.

She has bills to pay – a mortgage, preschool tuition, a car payment –

screenshotViewport.jpg





Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com





The decision has been branded a 'frightening mistake' ( Image: Getty Images)

NEWS | SPORTS | ENTERTAINMENT | LIFESTYLE | NFL

# Elon Musk fires hundreds of nuclear employees, then starts bringing them back in 'frightening' DOGE mistake

Elon Musk's DOGE has been hit with a huge backlash over firing crucial workers at a nuclear agency after 'security threats' and the agency is now struggling to rehire them

By Niamh Kirk, Lifestyle Writer

07:47 ET, FEB 15 2025 | UPDATED 09:01 ET, FEB 15 2025

The *files* that constitute the digital evidence are preserved as objects in a versioning-enabled *object store bucket*. The final deletion of the object will occur after 14 days from the appending of the delete mark.

## 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
|---|---|
| 02/16/2025 15:47:22.668 UTC+0000 | Start of the proceedings |
| 02/16/2025 15:47:22.670 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 02/16/2025 15:47:22.982 UTC+0000 | Starting the environment status check *script* |
| 02/16/2025 15:47:22.990 UTC+0000 | Starting the *web browser* automatically and starting the WACZ file recording |
| 02/16/2025 15:47:24.177 UTC+0000 | Navigating a *web* page and corresponding *screenshot* generation and MHTML *file*: https://www.themirror.com/news/us-news/elon-musk-fires-hundreds-nuclear-976825.amp |
| 02/16/2025 15:47:31.671 UTC+0000 | Ending the recording of the WACZ file and closing the *web browser* |
| 02/16/2025 15:47:31.671 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (*digital evidence copy*) |
| 02/16/2025 15:47:31.726 UTC+0000 | Generation of the *XML* file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
| | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

# 4. Detailed Information Summary on Forensic Activities Performed

### Summary Table of the Session of Forensic Acquisition

| *ID* | SESSION NAME | DATE | *CONTAINER OS* | PUBLIC OUTBOUND *IP* |
|---|---|---|---|---|
| b87afb5f-1ee0-4c7d-98cb-5322251d754b | Instant Forensics Acquisition | 02/16/2025 3:47 PM UTC+0000 | Linux Debian 11 Bullseye | 34.34.151.117 |

### Summary table of the Docker *container*

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.2.0 |
| SHA-256 fingerprint of the Docker image used to create the environment | 3a75c24724bec1c23cd08bee35cb3e3e3447d97ffa1833c2bb8c45e8cdf4b136 |

### Summary Table of the Identified *URLs*

| *URL* | DATE AND TIME |
|---|---|
| https://www.themirror.com/news/us-news/elon-musk-fires-hundreds-nuclear-976825.amp | 02/16/2025 3:47 PM UTC+0000 |

### Summary Table of the Generated Files

| *FILE* NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | 304cf9470e4aa06e885082c97ca3f53a37aaeffed9e02a587da6ce301a242731 | PCAP |
| initialization.log | 1228ff5f56c552576c4534eea6533dc57aa41300a0c2588590dfd30d9816fff6 | *Log* |
| networkTraffic.log | 0a589ffa35e223bcb357b5253b05d6149a2d1a7258a6477cea3fe5ce4a41db32 | *Log* |
| page.mhtml | 8fbee9416c722ce94942618a1d06c6117928dea31982def00f164416a6c2c38e | Source and resources |
| page.wacz | ee7ee66381566785a0c15dbf02b1b8846c4dfc8db299c9726a2fdac2c3e3d063 | WACZ archive |
| screenshotViewport.jpg | 1852ffff4e29d623c6d003634013cc5234f39c7b78f474f61865fa4127641057 | *Screenshot* |
| session.log | ed2f7f37846ca3b6af7efc5a6ed7c0bc861336676c3778812f016d2f1005aa1f | *Log* |
| sslkeys.keys | 0a9c3168d9e105768ac312397c8f717e247e794bb67356e18f665414c9e37fc3 | Keys |

These *files* are sorted and stored in a *ZIP* file. The list below provides a short description of each *file* type:

- *PCAP*: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- *Keys*: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- *Screenshot*: *JPG file* corresponding to the *viewport screenshot* automatically generated during the session;
- *Log*: *log file* automatically generated during the session;
- *Source and resources*: web page *source file*, in MHTML format, with images, automatically captured during the session;
- *WACZ Archive*: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- *XML*: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

## 5. *Viewport screenshots* automatically generated



screenshotViewport.jpg





Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com

No                    IC3 complaint

## Information About The Subject(s)

**Name:**

James Ochoa

**Business Name:**

The Street

**Country:**

United States of America

**Website/Social Media Account:**

https://metrozone.newsroomlabs.com/article-intro/21071207?brid=2861ea0a&lang=en

•          •          •          •

**Name:**

Demicia Inman

**Business Name:**

Vibe

**Country:**

United States of America

**Website/Social Media Account:**

https://metrozone.newsroomlabs.com/article-intro/21066068?brid=2861ea0a&lang=en

•          •          •          •

**Name:**

Jamie Spangher

**Business Name:**

90 Min

**Website/Social Media Account:**

https://metrozone.newsroomlabs.com/article-content/21066064

• • • •

**Name:**
Maya Gebeily

**Business Name:**
Reuters

**Website/Social Media Account:**
https://metrozone.newsroomlabs.com/article-content/21066321?brid=2861ea0a&lang=en

• • • •

**Name:**
Versha Sharma

**Business Name:**
Teen Vogue

**Website/Social Media Account:**
https://www.teenvogue.com/story/kamala-harris-but-a-donald-trump-win-would-be-catastrophic

• • • •

**Name:**
Mark Elliot Zuckerberg

**Business Name:**
Meta Platforms, Inc.

**Address:**
1 Hacker Way, Menlo Park, CA 94025.

**Website/Social Media Account:**
https://m.facebook.com/zuck/

• • • •

**Name:**
Elon Musk

**Business Name:**
X

**Country:**
United States of America

**State:**
Texas

**Website/Social Media Account:**
https://x.com/elonmusk?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor&mx=2

• • • •

**Country:**
United States of America

• • • •

**Name:**
Metro PCS

**Business Name:**
Metro PCS

**Country:**
United States of America

• • • •

**Name:**
Apple Inc.

**Country:**
United States of America

**Website/Social Media Account:**
Apple.com

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out**

**on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

AFFIDAVIT OF HIRAN RODRIGUEZ AND SUN RISING MINISTRIES

STATE OF LOUISIANA
COUNTY OF JEFFERSON

1.   My name is Hiran Rodriguez, residing at 820 Grove Ave, Metairie, Louisiana 70003, and I am the Founder and Leader of Sun Rising Ministries, a nonprofit Christian church and ministry headquartered in Metairie, Louisiana.

2.   I am submitting this affidavit on behalf of myself and Sun Rising Ministries to document repeated acts of cyber harassment, cyberstalking, extortion, hacking, surveillance, defamation, and other illegal activities that have targeted both myself personally and the ministry.

3.   Purpose of the Affidavit

4.   The purpose of this affidavit is to provide a factual record of the incidents that have caused emotional, reputational, and financial harm to me personally and to Sun Rising Ministries, and to request immediate legal action to address these harms.

5.   These actions are intended to:

Intimidate, harass, and defame my character as an individual.

Damage the reputation and operations of Sun Rising Ministries.

Disrupt the financial stability and growth of the ministry.

1.   Acts of Cyber Harassment and Hacking

6.  I have been subjected to ongoing surveillance, unauthorized access to my devices and accounts, and the interception of private communications, including:

Unauthorized access to my personal and professional email accounts, text messages, and phone calls.

Hacking attempts targeting my devices and the ministry's digital systems.

Unauthorized use of microphones and cameras on my devices to monitor my activities.

7.  These actions have been persistent and calculated, involving advanced techniques to evade detection and interfere with both personal and organizational operations.

10. The actions against me and Sun Rising Ministries constitute violations of multiple state and federal laws, including but not limited to:

Unauthorized access to computers and digital systems under the Computer Fraud and Abuse Act (CFAA).

Defamation, intimidation, and harassment under Louisiana Revised Statute 14:40.3 and related statutes.

Trespassing on digital and physical property.

Criminal possession of computer-related material and hacking with ill intent.

Extortion involving threats to release sensitive information.

11. I respectfully request the following actions:

A formal investigation by local law enforcement to identify and prosecute the perpetrators.

Immediate measures to protect both myself and Sun Rising Ministries from further harm.

Recovery of financial damages and restitution for both personal and organizational losses.

Legal remedies to prevent future unauthorized access or harassment, including injunctive relief.

THESE ACTS HAVE TARGETED BOTH MYSELF AND SUN RISING MINISTRIES, INTENDING TO HARM OUR REPUTATIONS, FINANCES, AND OPERATIONS. THEREFORE, THIS AFFIDAVIT IS SUBMITTED JOINTLY TO SEEK JUSTICE AND LEGAL REMEDIES FOR BOTH.

## Other Information

**Are there any other witnesses or persons affected by this incident?**
Sun Rising Ministries

**Is this an update to a previously filed complaint?**
No

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is

voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:**
Hiran Rodriguez