UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | * | CIVIL ACTION NO. 25-197 |
| | * | DIVISION: A(2) |
| *Plaintiff* | * | |
| | * | |
| v. | * | |
| | * | JUDGE JAY ZAINEY |
| | * | |
| META PLATFORMS INC, ET AL. | * | MAG. JUDGE |
| | * | DONNA PHILLIPS CURRAULT |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * *

**DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, TO QUASH RETURN OF SERVICE OF PROCESS PURSUANT TO FRCP 12(B)(5)**

**NOW INTO COURT,** through undersigned counsel, come the Jefferson Parish Sheriff's Office and Sheriff Joseph P. Lopinto, III, who move this Honorable Court to dismiss the Plaintiff's Complaint with pursuant to Fed. R.Civ.P. 12(b)(5). The service returns in the record, R. Doc 27 and R. Doc. 28, reflect that Plaintiff personally effected service in violation of Fed.R.Civ.P. 4(c)(2), which prohibits service by a party to a proceeding. Alternatively, should the Court not be inclined to dismiss this proceeding, Defendants pray that the returns be quashed.

**WHEREFORE**, for the reasons set forth in the accompanying Memorandum in Support, this Motion should be **GRANTED** and this matter dismissed, or alternatively, that the returns filed in the record for these Defendants be quashed.

Respectfully Submitted:

**RODRIGUE & ARCURI, LLP**

*/s/Blake J. Arcuri*
Blake J. Arcuri (LSBN 32322)
Laura C. Rodrigue (LSBN 30428)
1615 Poydras St., Ste. 1250

1

>New Orleans, LA 70112
>Tel: (504) 592-4600; Fax: (504) 399-183
>bja@rodriguearcuri.com; lcr@rodriguearcuri.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of March, 2025, the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF System, and that service was provided to any non-participant via U.S. mail and/or electronic mail.

>/s/Blake J. Arcuri
>Blake J. Arcuri (LSBN 32322)

2