UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | * | CIVIL ACTION NO. 25-197 |
| | * | DIVISION: A(2) |
| *Plaintiff* | * | |
| | * | |
| v. | * | |
| | * | JUDGE JAY ZAINEY |
| | * | |
| META PLATFORMS INC, ET AL. | * | MAG. JUDGE |
| | * | DONNA PHILLIPS CURRAULT |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendants, the Jefferson Parish Sheriff's Office and Sheriff Joseph P. Lopinto, III, will bring on for submission the attached Defendants' Motion to Dismiss, or Alternatively, to Quash Return of Service of Process Pursuant to FRCP 12(b)(5), before the Honorable Jay Zainey, United States Judge, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the 2nd of April, 2025, at 10:30 a.m., or on such other date or time which the Court deems appropriate.

Respectfully Submitted:

**RODRIGUE & ARCURI, LLP**

*/s/Blake J. Arcuri*
Blake J. Arcuri (LSBN 32322)
Laura C. Rodrigue (LSBN 30428)
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
Tel: (504) 592-4600; Fax: (504) 399-183
bja@rodriguearcuri.com; lcr@rodriguearcuri.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of March, 2025, the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF System, and that service was provided to any non-participant via U.S. mail and/or electronic mail.

                                       /s/Blake J. Arcuri
                                       Blake J. Arcuri (LSBN 32322)