UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing *Ex Parte* Motion for Extension of Time by Defendant, Meta Platforms, Inc. (the "Motion");

IT IS ORDERED that the Motion should be and the same is hereby GRANTED, and Defendant Meta Platforms, Inc. shall have until and through April 1, 2025, to respond to Plaintiff's Complaint.

New Orleans, Louisiana, on this the _____ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE