UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXTENSION OF TIME
### BY DEFENDANT META PLATFORMS, INC.

Pursuant to Local Rule 7.8, with a full reservation of rights and defenses, Defendant Meta Platforms, Inc. ("Meta"), respectfully moves for an extension of twenty-one (21) days, until April 1, 2025, to respond to Plaintiff's Complaint (Doc. 1). Plaintiff purported to serve Meta on February 18, 2025, but the service was improper and ineffective. (*See* Doc. 15). Nonetheless, in an abundance of caution, without waiving any rights or defenses, Meta moves for an extension until and through April 1, 2025, to respond to the Complaint. No previous extension has been applied for or granted in this Court for Meta, no objection to this extension has been lodged in the record, and the granting of this Motion will not materially impede the progress of this case or prejudice any party.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:     *s/Laura E. Carlisle*
        LAURA E. CARLISLE (33760)
        SOPHIA R. CEFOLIA (41188)
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000
        E-mail: lcarlisle@bakerdonelson.com
        E-mail: scefolia@bakerdonelson.com

**ATTORNEYS FOR DEFENDANTS,
META PLATFORMS, INC. AND
MARK ELLIOTT ZUCKERBERG**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of electronic filing to all counsel of record. I also hereby certify that I have served the following non-ECF participants via electronic mail:

    Hiran Rodriguez
    820 Grove Avenue
    Metairie, Louisiana 70003
    Email: hiranrodriguez@outlook.com
    PLAINTIFF, APPEARING PRO SE

This the 7th day of March 2025.

        *s/Laura E. Carlisle*
        LAURA E. CARLISLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing *Ex Parte* Motion for Extension of Time by Defendant, Meta Platforms, Inc. (the "Motion");

IT IS ORDERED that the Motion should be and the same is hereby GRANTED, and Defendant Meta Platforms, Inc. shall have until and through April 1, 2025, to respond to Plaintiff's Complaint.

New Orleans, Louisiana, on this the _____ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE