UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ**<br>　　Plaintiff, | * |
| | * |
| v. | |
| | *    CIVIL ACTION |
| META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10<br>　　Defendants | *    NO: 25-197<br><br>*    SECTION "1" (2)<br><br>*    JUDGE: JAY C. ZAINEY<br><br>*    MAGISTRATE JUDGE: DONNA P. CURRAULT<br><br>*<br><br>* |

_____

**MOTION TO DISMISS**
_____

**NOW INTO COURT**, through undersigned counsel, comes defendant, Jefferson Parish, who respectfully moves this Honorable Court to dismiss Plaintiff's action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) and Federal Rule of Civil Procedure ("FRCP") 12(b)(5) and 12(b)(6). Jefferson Parish respectfully asserts that it was improperly served and the Complaint itself is frivolous and fails to state a plausible claim against Jefferson Parish. Given Plaintiff alleges no facts sufficient to support any cause of action against an improperly served Jefferson Parish; a dismissal of the Complaint is warranted.

**WHEREFORE,** Defendant, Jefferson Parish, respectfully requests that this Honorable Court enter into an Order dismissing Plaintiff's claim(s) against it with prejudice and for other such relief as

the Court deems just and proper.

                                          **RESPECTFULLY SUBMMITTED,**

                                          **THE PARISH OF JEFFERSON**
                                          **TONI G. HURLEY, PARISH ATTORNEY**

                                          */s/ Colin Cisco*
                                          **COLIN C. CISCO, LA Bar No. 37071**
                                          Senior Assistant Parish Attorney
                                          Jefferson Parish Attorney's Office
                                          1221 Elmwood Park Blvd., Suite 701
                                          Jefferson, Louisiana 70123
                                          Tel. (504) 736-6300
                                          Fax. (504) 736-6307
                                          colin.cisco@jeffparish.gov

                                          **CERTIFICATE OF SERVICE**

     I hereby certify that on this 7th day of February, 2025, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff by e-mail or Untied States Mail, postage prepaid.

                                          */s/ Colin Cisco*
                                          COLIN C. CISCO, LA Bar No. 37071