## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ**<br>　　Plaintiff, | * | |
| | * | |
| v. | | |
| | * | **CIVIL ACTION** |
| META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10<br>　　Defendants | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | **NO: 25-197**<br><br>**SECTION "1" (2)**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE: DONNA P. CURRAULT** |

_____

## NOTICE OF SUBMISSION
_____

**PLEASE TAKE NOTICE** that Defendant, Jefferson Parish, submits for hearing the accompanying Motion to Dismiss on April 2, 2025 at 10:30 a.m., before the Honorable Jay C. Zainey of the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, LA 70130.

THE PARISH OF JEFFERSON
TONI G. HURLEY, PARISH ATTORNEY

*Colin Cisco*
**COLIN C. CISCO, LA Bar No. 37071**
Senior Assistant Parish Attorney
Jefferson Parish Attorney's Office
1221 Elmwood Park Blvd., Suite 701
Jefferson, Louisiana 70123
Tel. (504) 736-6300
Fax. (504) 736-6307
colin.cisco@jeffparish.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2025, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff by e-mail or Untied States Mail, postage prepaid.

*Colin Cisco*
COLIN C. CISCO, LA Bar No. 37071