UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION TO SUBSTITUTE BY DEFENDANT META PLATFORMS, INC.

Defendant Meta Platforms, Inc. ("Meta") respectfully moves to substitute the *Ex Parte* Motion for Extension attached hereto as Exhibit "A" for the previously filed motion docketed at Doc. 34, and the Corporate Disclosure Statement attached hereto as Exhibit "B" for the previously filed statement docketed at Doc. 35. Meta files this Motion in an abundance of caution as both previously filed documents include an error in the signature block. More specifically, Doc. 34 and Doc. 35 identify an additional defendant, Mark Zuckerberg, who is not party to either filing. Meta files this Motion strictly in an abundance of caution, as neither prior filing is intended to serve as an appearance, submission, waiver or otherwise by Mr. Zuckerberg.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:     *s/Laura E. Carlisle*
    LAURA E. CARLISLE (33760)
    SOPHIA R. CEFOLIA (41188)
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Facsimile: (504) 636-4000
    E-mail: lcarlisle@bakerdonelson.com
    E-mail: scefolia@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
META PLATFORMS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of electronic filing to all counsel of record. I also hereby certify that I have served the following non-ECF participants via electronic mail:

    Hiran Rodriguez
    820 Grove Avenue
    Metairie, Louisiana 70003
    Email: hiranrodriguez@outlook.com
    PLAINTIFF, APPEARING PRO SE

This the 7th day of March 2025.

                                                  *s/Laura E. Carlisle*
                                                LAURA E. CARLISLE