# EXHIBIT "A"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**_EX PARTE_ MOTION FOR EXTENSION OF TIME
BY DEFENDANT META PLATFORMS, INC.**

Pursuant to Local Rule 7.8, with a full reservation of rights and defenses, Defendant Meta Platforms, Inc. ("Meta"), respectfully moves for an extension of twenty-one (21) days, until April 1, 2025, to respond to Plaintiff's Complaint (Doc. 1). Plaintiff purported to serve Meta on February 18, 2025, but the service was improper and ineffective. (*See* Doc. 15). Nonetheless, in an abundance of caution, without waiving any rights or defenses, Meta moves for an extension until and through April 1, 2025, to respond to the Complaint. No previous extension has been applied for or granted in this Court for Meta, no objection to this extension has been lodged in the record, and the granting of this Motion will not materially impede the progress of this case or prejudice any party.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By: ____*s/Laura E. Carlisle*____
LAURA E. CARLISLE (33760)
SOPHIA R. CEFOLIA (41188)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana   70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail:  lcarlisle@bakerdonelson.com
E-mail:  scefolia@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
META PLATFORMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of electronic filing to all counsel of record. I also hereby certify that I have served the following non-ECF participants via electronic mail:

Hiran Rodriguez
820 Grove Avenue
Metairie, Louisiana 70003
Email: hiranrodriguez@outlook.com
PLAINTIFF, APPEARING PRO SE

This the 7th day of March 2025.

____*s/Laura E. Carlisle*____
LAURA E. CARLISLE

2