# EXHIBIT "B"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CORPORATE DISCLOSURE STATEMENT
BY META PLATFORMS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Meta Platforms, Inc., states that it is a publicly traded corporation incorporated in Delaware with its principal place of business in Menlo Park, California. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:       *s/Laura E. Carlisle*
          LAURA E. CARLISLE (33760)
          SOPHIA R. CEFOLIA (41188)
          201 St. Charles Avenue, Suite 3600
          New Orleans, Louisiana  70170
          Telephone: (504) 566-5200
          Facsimile: (504) 636-4000
          E-mail:  lcarlisle@bakerdonelson.com
          E-mail:  scefolia@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
META PLATFORMS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of electronic filing to all counsel of record. I also hereby certify that I have served the following non-ECF participants via electronic mail:

   Hiran Rodriguez
   820 Grove Avenue
   Metairie, Louisiana 70003
   Email: hiranrodriguez@outlook.com
   PLAINTIFF, APPEARING PRO SE

This the 7th day of March 2025.

                              *s/Laura E. Carlisle*
                              LAURA E. CARLISLE

2