UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing *Ex Parte* Motion to Substitute by Defendant, Meta Platforms, Inc. (the "Motion");

IT IS ORDERED that the Motion should be and the same is hereby GRANTED, and the *Ex Parte* Motion for Extension of Time attached as Exhibit "A" to the Motion shall be substituted for Doc. 34 in the record, and the Corporate Disclosure Statement attached as Exhibit "B" to the Motion shall be substituted for Doc. 35 in the record.

New Orleans, Louisiana, on this the _____ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE