U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED          Mar 7 2025

CAROL L. MICHEL
CLERK

SP                                    EDSS

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

|  |  |
|---|---|
| HIRAN RODRIGUEZ _____ ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* ) | DIVISION: A(2) |
|  ) | JUDGE JAY C. ZAINEY |
| *v.* ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
|  ) ) |  |
| META PLATFORMS, INC., ET AL, _____ ) |  |
| *Defendant(s)* |  |
|  ) |  |

**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO**

**QUASH SERVICE OF PROCESS**

## I. INTRODUCTION

Plaintiff, Hiran Rodriguez, Pro Se, respectfully submits this Opposition to the Motion to Dismiss or, Alternatively, to Quash Service of Process filed by Defendants Jefferson Parish Sheriff's Office and Sheriff Joseph P. Lopinto III, pursuant to Federal Rule of Civil Procedure 12(b)(5).

This Opposition is supported by the attached Supplemental Affidavit of Service, which confirms that service was accepted by a supervisor authorized to accept service on behalf of both the Jefferson Parish Sheriff's Office and Sheriff Joseph P. Lopinto III.

Plaintiff contends that service was proper or, at a minimum, substantially compliant. Even if the Court finds defects in service, dismissal is unwarranted as Defendants had actual notice and suffered no prejudice. In the alternative, Plaintiff requests an order quashing service with instructions to effect proper service.

## II. LEGAL ARGUMENT

1. Service Was Proper or Substantially Compliant

• The Supplemental Affidavit confirms that a supervisor at the Jefferson Parish Sheriff's Office, authorized to accept service, accepted service for both the entity and Sheriff Joseph P. Lopinto III individually.

• Rule 4(e)(2)(C) of the Federal Rules of Civil Procedure allows service at the individual's place of employment through an authorized agent.

• Any minor procedural defects should not warrant dismissal, especially when service was accepted by a person authorized to do so.

2. Defendants Had Actual Notice and Suffered No Prejudice

• Defendants filed a motion in response, which is a clear acknowledgment of receipt and awareness of the lawsuit.

• Actual notice is sufficient to overcome minor procedural defects in service, as established by case law.

• Defendants have suffered no prejudice by the method of service used.

3. Request for Alternative Relief if Service Found Improper

• If the Court finds service improper, Plaintiff requests an order quashing service rather than dismissing the case.

• Additionally, Plaintiff requests an extension of time to re-serve the Sheriff personally if necessary, ensuring compliance with due process.

4. Reassertion of the Merits of the Claims

• The Complaint raises substantial claims under the following statutes:

• The RICO Act (18 U.S.C. §§ 1961–1968) for racketeering and organized criminal activities.

• The Computer Fraud and Abuse Act (CFAA) (18 U.S.C. § 1030) for unauthorized access to computer systems.

• The Electronic Communications Privacy Act (ECPA) (18 U.S.C. §§ 2510–2523) for illegal interception of communications.

• Civil rights conspiracy (18 U.S.C. § 241) for coordinated efforts to infringe on constitutional rights.

• Dismissing the case on procedural grounds would unjustly prevent Plaintiff from litigating these serious allegations involving harassment, stalking, unauthorized access, and reputational damage.

5. Request for Instructions to U.S. Marshals if Necessary

• If the Court requires, Plaintiff requests an order directing the U.S. Marshals to serve the Summons and Complaint on Sheriff Joseph P. Lopinto III personally at his business address to ensure proper service and avoid further delays.

• This request is made to prevent Defendants from using procedural technicalities to evade responsibility for their actions.

III. DEMAND FOR JUSTICE AND ACCOUNTABILITY

Plaintiff asserts that the actions of the Defendants—including noise harassment, false accusations, unauthorized surveillance, and attempts to damage Plaintiff's reputation—are part of a malicious campaign intended to cause emotional distress and irreparable harm. The trauma and damages inflicted on Plaintiff must be addressed in a court of law without delay or dismissal on mere procedural grounds.

The harassment, stalking, unauthorized access, and other criminal acts described in the Complaint are not minor grievances but grave violations of federal law and Plaintiff's constitutional rights. Allowing Defendants to escape liability on a technicality would be an injustice that undermines the integrity of the judicial system.

IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. DENY Defendants' Motion to Dismiss.

2. Alternatively, quash the service of process with instructions to effect proper service.

3. Grant an extension of time for service if necessary to ensure proper adjudication of the claims.

4. Instruct the U.S. Marshals to effect service if the Court deems current service improper, to prevent further evasion by Defendants.

5. Order Defendants to compensate Plaintiff for all damages suffered, including but not limited to emotional distress, reputational damage, and any financial losses incurred due to their actions.

6. Grant any other relief this Court deems just and proper, including but not limited to sanctions against Defendants for their egregious conduct.

---

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez, Pro Se

6

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Phone: +1 (504)-203-8459

Email: hiranrodriguez@outlook.com

Dated: March 7, 2025.

## Stacy Pecoraro

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply<br><do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, March 7, 2025 6:10 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |

*A new EDSS Filing has been submitted. The filing was submitted on Friday, March 7, 2025 - 06:10 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.*

*Filer's Phone Number: 5042038459*

*Case Number (if known): 2:25-cv-00197-JCZ-DPC*

*Case Name: Rodriguez v. Meta Platforms, Inc et al*

*Document 1 Description: Opposition to Defendants' Motion to Dismiss Or, Alternatively, To Quash Service of Process.*

*Document 2 Description: Supplemental Affidavit of Service for Jefferson Parish Sheriff's Office and Sheriff Joseph P. Lopinto III*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*

1