# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| **HIRAN RODRIGUEZ** </br> *Plaintiff(s)* </br></br> v. </br></br> **META PLATFORMS, INC., ET AL** </br> *Defendant(s)* | CASE NO.: 25-197-JCZ-DPC </br></br> JUDGE: JAY C. ZAINEY |

## ORDER

Considering the Motion PLAINTIFF'S COMPREHENSIVE MOTION FOR ISSUANCE OF SUBPOENAS TO ALL DEFENDANTS, ASSOCIATED PARTIES, AND THIRD PARTIES FOR DISCOVERY OF EVIDENCE RELATING TO TARGETING, DEFAMATION, NOISE HARASSMENT. CIVIL RIGHTS CONSPIRACY, AND RICO VIOLATIONS.

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this_____ day of_____, 20_____.

_____
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**