# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ  
**PLAINTIFF(S)**

**CIVIL ACTION**

No. 25-197-JCZ-DPC

**VERSUS**

SECTION: "A" (2)

META PLATFORMS, INC., ET AL,  
**DEFENDANT(S)**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Subpoenas on All Defendants is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ __.m.

HR 03/08/2025  
(Signature)

HIRAN RODRIGUEZ  
(Name)

820 GROVE AVE  
(Address)

METAIRIE    LA    70003-7024  
(City)      (State)   (Zip)

+1 (504)-203-8459  
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 8th day of March, 20 25.

HR 03/08/2025  
(SIGNATURE)