# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | DIVISION: A(2) |
| | JUDGE JAY C. ZAINEY |
| v. ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) ) | |
| META PLATFORMS, INC., ET AL, ) | |
| *Defendant(s)* | |
| ) | |

**NOTICE OF FILING EXHIBIT A**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Hiran Rodriguez, Pro Se, hereby files Exhibit A: Evidence of Harassment and Defamation by Meta Platforms, Inc. in support of Plaintiff's Comprehensive Motion for Issuance of Subpoenas To All Defendants, Associated Parties, and Third Parties, for Discovery of Evidence Relating to Targeting, Defamation, Noise Harassment, Civil Rights Conspiracy, and RICO Violations.

Exhibit A includes:

• Exhibit A-1: Screenshots and descriptions of targeted harassment and defamatory content on Meta's platforms.

• Exhibit A-2: Evidence indicating coordinated efforts of defamation and harassment.

• Additional Subparts: Any additional supporting documents, screenshots, and descriptions relevant to Plaintiff's claims.

This filing is made to ensure the Court and all parties have access to the evidence substantiating the Plaintiff's claims and to support the relief requested in the motions filed by Plaintiff.

## CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that on March 10, 2025, a true and correct copy of the foregoing NOTICE OF FILING EXHIBIT A, along with the attached EXHIBIT A: EVIDENCE OF HARASSMENT AND DEFAMATION BY META PLATFORMS, INC., was served on all appearing defendants electronically and to others via the U.S. Marshal if applicable.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez

Plaintiff, Pro Se

820 Grove Avenue,

Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

Phone: 504-203-8459

Date: March 10, 2025

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

HIRAN RODRIGUEZ  )
_____ )   CIVIL ACTION NO. 25-197

    *Plaintiff(s)*      DIVISION: A(2)

    JUDGE JAY C. ZAINEY

    *v.*  )   MAG. JUDGE DONNA PHILLIPS CURRAULT

)
)

META PLATFORMS, INC., ET AL,
_____ )

    *Defendant(s)*

)

**EXHIBIT A: EVIDENCE OF HARRASMENT AND DEFAMATION BY META PLATFORMS, INC.**

# DESCRIPTION & INDEX OF EXHIBITS | PAGE 2

**Description:** Screenshots from Meta Platforms, Inc. and related social media platforms demonstrating harassment and defamation against Plaintiff. The exhibits highlight a pattern of coordinated harassment, defamatory content, and the challenges faced in resolving these issues through Meta's support channels.

**Date of Submission: March 10, 2025**

## INDEX OF EXHIBITS

| Exhibit No. | Description | Page No. |
|---|---|---|
| Exhibit A- 1 | Description and Screenshot from Facebook's official page | Page 3 |
| Exhibit A- 2 | Exhibit A-2 Description | Page 4 |
| Exhibit A- 2 | Exhibit A-2 Screenshot from Meta's CEO's Facebook Page | Page 5 |
| Exhibit A- 3 | Exhibit A-3 Description | Page 6 |
| Exhibit A- 3 | Exhibit A-3 Screenshot from Meta's CEO's Facebook Page | Page 7 |
| Exhibit A- 4 | Exhibit A-4 Description | Page 8 |
| Exhibit A- 4 | Exhibit A-4 Screenshot from Facebook's official page | Page 9 |
| Exhibit A- 5 | Exhibit A-5 Description | Page 10 |
| Exhibit A- 5 | Exhibit A-5 Screenshot from Facebook's official page | Page 11 |

Exhibit A-1 | Page 3

**Exhibit A-1: Screenshot from Facebook's official page**

• **Timestamp**: Saturday, March 8, 2025 at 1:20 PM

• **Description**: A post from Facebook's official page stating: "Brain rot? We like to think of it more as 'mental fermentation.'"

• **Perceived Intent:** The language used in the post suggests an attempt to mock or belittle, potentially contributing to a pattern of defamation and harassment.

• **Impact:** Public engagement (40.8K reactions, 7.3K comments, 3.3K shares) indicates widespread visibility, which could harm the Plaintiff's reputation and well-being.



Exhibit A-2 | Page 4

**Exhibit A-3: Screenshot of Facebook post by Mark Zuckerberg**

• **Timestamp:** Wednesday, February 12, 2025 at 8:26 PM

• **Description:** Facebook post by Mark Zuckerberg featuring a hoodie with the text "Kim is my lawyer," accompanied by the caption "the only appropriate hoodie Kris Jenner." The post, tagged with Ray-Ban Meta, has garnered 476K reactions, 96.5K comments, and 17.6K shares. The casual and seemingly humorous tone could be interpreted as dismissive or mocking, particularly in the context of ongoing litigation and data requests by Plaintiff, suggesting a corporate culture that may trivialize user complaints and legal actions.

• **Perceived Intent:** The casual and seemingly humorous nature of the post, particularly referencing a lawyer in a lawsuit context, could be perceived as a subtle mockery or dismissal of ongoing legal challenges and complaints filed by the Plaintiff. The timing and tone may suggest a lack of seriousness towards legal accountability and transparency.

• **Impact:** This post could contribute to the perception of Meta Platforms, Inc. adopting a flippant attitude towards user grievances and legal actions. The perceived mockery may exacerbate the Plaintiff's claims of harassment and defamation, supporting allegations of a corporate culture that minimizes or ridicules valid legal and privacy concerns.

Exhibit A-2 | Page 5



Exhibit A-3 | Page 6

**Exhibit A-3: Screenshot of Facebook post by Mark Zuckerberg**

• **Timestamp:** Monday, March 10, 2025 at 3:43 AM

• **Description:** Facebook post by Mark Zuckerberg featuring a video of a poker game with the caption, "Sorry Volk 😂". The post has garnered significant interaction with 258K reactions, 77.1K comments, and 12.3K shares. The light-hearted tone and use of the laughing emoji suggest a casual, humorous context.

• **Perceived Intent:** The caption, combined with the informal setting, may be perceived as trivializing ongoing serious legal matters involving Meta Platforms, Inc. The reference to a poker game and the light-hearted caption could be interpreted as an indirect message about risk-taking and a lack of seriousness towards the Plaintiff's claims. The phrase "Sorry Volk 😂" appears to be a flippant or mocking comment, potentially directed towards the Plaintiff. The timing and informal tone suggest a deliberate attempt to trivialize the lawsuit's significance, displaying a lack of concern for the legal consequences.

**Impact:** This post could further reinforce the perception that Meta's leadership does not take the Plaintiff's allegations seriously, potentially aggravating claims of harassment and a dismissive attitude towards accountability. The timing and tone may suggest a deliberate attempt to undermine or mock the gravity of the ongoing legal actions. The dismissive attitude could further substantiate arguments of contempt towards the judicial process, thereby strengthening the Plaintiff's position.

6



Exhibit A-4 | Page 8

**Exhibit A-4: Screenshot from Facebook's official page**

**Timestamp:** Monday, March 10, 2025 at 3:58 AM.

(prior to Meta's motion for an extension filed on Friday, March 7).

• **Description:** An official Facebook post featuring a video by Spicymoustache, with the caption: "Well, we know what fun project we're tackling this weekend. 🧹🗑 Thanks, Spicymoustache. 🖤". This post was made before Meta Platforms, Inc. filed a motion requesting an extension of 21 days to respond to the lawsuit.

• **Perceived Intent:** The timing and tone of the post suggest it was directed towards the Plaintiff, potentially as a preemptive, mocking reference to the lawsuit and impending deadlines. The playful and dismissive language implies a lack of seriousness about the legal proceedings, possibly indicating an attempt to belittle the Plaintiff's claims.

• **Impact**: The perceived dismissiveness may support arguments of harassment and bad faith conduct by Meta, indicating a strategic effort to trivialize the legal claims and undermine the Plaintiff's credibility. The post's timing could also suggest premeditation in Meta's legal strategy, potentially bolstering claims of bad faith and willful blindness.

Exhibit A-4 | Page 9



Exhibit A-5 | Page 10

**Exhibit A-5: Screenshot from Facebook's official page**

**Timestamp:** Monday, March 10, 2025 at 4:24 AM

• **Description:** An official Facebook post featuring a video by "Famous Bachelors" with the caption:

"Which one of these Valentine's Day activities are you and your besties gonna try (and why is it 'Flee the Forest Creature')? 🖤 🐻 ✉️"

The video shows a group of young men in a seemingly startled or fearful state with exaggerated facial expressions, accompanied by playful emojis.

• **Perceived Intent:** The choice of the phrase "Flee the Forest Creature" paired with the timing of the post on Valentine's Day suggests a possible indirect mockery aimed at the Plaintiff. The exaggerated fear depicted may imply ridicule or an attempt to undermine the Plaintiff's credibility in an ongoing legal dispute, given the context of other posts perceived as targeted harassment.

• **Impact**: The post may serve as evidence of a pattern of dismissive and mocking behavior by Meta Platforms, Inc., potentially supporting claims of harassment and defamation. The timing and context could further substantiate arguments of bad faith and intentional intimidation, impacting the Plaintiff's reputation and mental well-being.

Exhibit A-5 | Page 11



## CONCLUSION AND PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

1. **Acknowledge and fully consider the evidence** presented in Exhibit A and its subparts, which substantiate claims of targeted harassment, defamation, civil rights violations, and other unlawful conduct by Meta Platforms, Inc., in support of Plaintiff's Comprehensive Motion for Issuance of Subpoenas.

2. **Deny Meta's Motion for Extension of Time** to respond to the Complaint, as the evidence clearly demonstrates bad faith tactics and deliberate delays intended to obstruct justice and prevent the timely resolution of these serious claims.

3. **Order the immediate issuance of subpoenas** to all defendants, associated parties, and third parties to preserve and produce all evidence relevant to the claims of defamation, harassment, civil rights conspiracy, and RICO violations without further delay.

4. **Compel Meta Platforms, Inc.** to provide a complete and unreacted export of all personal data and information collected about Plaintiff directly to the registered email address, as previously requested, and to do so without obstruction or delay.

5. **Grant a default judgment in favor of the Plaintiff** in the amount of **$50 billion** against Meta Platforms, Inc. for their willful misconduct, defamation, harassment, and violations of civil rights and RICO statutes, due to their failure to timely and properly respond to the summons and complaint.

6. **Impose sanctions against Meta Platforms, Inc.** for engaging in frivolous filings and for their willful attempts to delay and obstruct justice, including but not limited to monetary sanctions and any other relief this Court deems appropriate.

7. **Order expedited consideration** of all pending motions filed by Plaintiff, given the clear and ongoing harm demonstrated by the evidence, and issue a ruling that addresses the merits of these motions promptly.

8. **Grant any further relief** this Court deems just, proper, and necessary to ensure that justice is served and to prevent further harm to the Plaintiff's rights and interests.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez, Plaintiff, Pro Se

Date: March 10, 2025

Email: hiranrodriguez@outlook.com

Address: 820 Grove Ave, Metairie, LA, 70003-7024.

Phone: 504-203-8459