U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Mar 9 2025

CAROL L. MICHEL
CLERK
SP                                    EDSS

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | DIVISION: A(2) |
| | JUDGE JAY C. ZAINEY |
| v. | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| META PLATFORMS, INC., ET AL, | |
| *Defendant(s)* | |

**MOTION FOR JUDICIAL NOTICE OF DELAYING TACTICS AND BAD FAITH**

**TO THE HONORABLE COURT:**

Plaintiff, Hiran Rodriguez, respectfully moves this Court for an Order taking judicial notice of the delaying tactics and bad faith conduct of Meta Platforms, Inc., Jefferson Parish, and Jefferson Parish Sheriff's Office. This motion is made pursuant to Federal Rule of Evidence 201 and is based on the following grounds:

**1. Pattern of Delaying Tactics:**

• Defendants have repeatedly filed motions with no substantive basis, causing unnecessary delays.

• Meta Platforms, Inc.'s motion for extension of time and Jefferson Parish's motion to dismiss are intended solely to obstruct proceedings.

**2. Meritless Service Argument:**

• Defendants' claims of improper service lack merit because:

• Service was made on the registered agent, not by Plaintiff directly.

• The registered agent's acceptance of service satisfies the service requirements.

• Deputies of Jefferson Parish were aware of the proceedings and continued to act beyond their authority.

**3. Bad Faith Conduct:**

- The baseless arguments of improper service by Defendants demonstrate a coordinated attempt to delay and obstruct justice.

- The filings contain misleading representations intended to protract litigation.

### 4. Request for Judicial Notice:

- Plaintiff requests that the Court take judicial notice of the following:

- The timing and content of Defendants' filings.

- The meritless nature of the claims of improper service.

- The coordinated nature of the delays, suggesting a shared strategy to obstruct justice.

### 5. Relief Requested:

- That the Court issue an Order recognizing the delaying tactics and bad faith conduct of Defendants.

- That the Court restrict Defendants from filing further motions without prior approval to prevent continued abuse of process.

**Date:** March 9, 2025

Respectfully submitted,

Hiran Rodriguez

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

---

**PROPOSED ORDER FOR JUDICIAL NOTICE**

**IT IS HEREBY ORDERED:**

1. The Court takes judicial notice of the pattern of delaying tactics and bad faith conduct by Meta Platforms, Inc., Jefferson Parish, and Jefferson Parish Sheriff's Office.

2. Defendants are restricted from filing any further motions without prior Court approval.

Date: _____

_____

**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that a true and correct copy of the foregoing Motion and proposed order was served on all Defendants who have made an appearance on the record by electronic service on March 9, 2025.

Defendants who have not yet made an appearance are in the process of being served by the U.S. Marshal Service with the summons and complaint.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez, Plaintiff, Pro Se

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

Date: March 9, 2025

**eFile-ProSe**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Sunday, March 9, 2025 10:15 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Sunday, March 9, 2025 - 22:14 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Notice of Submission

Document 2 Description: Opposition to Meta's Motion for Extension

Document 3 Description: Motion to Strike Jefferson Parish's Motion to Dismiss

Document 4 Description: Motion for Judicial Notice of Delaying Tactics and Bad Faith

Document 5 Description: Motion for Sanctions: Punishing Frivolous Filings

Please keep this email for historical records.

1