U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Mar 9 2025

CAROL L. MICHEL
CLERK

SP                               EDSS

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | |
| ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | DIVISION: A(2) |
| | JUDGE JAY C. ZAINEY |
| v. ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) ) | |
| META PLATFORMS, INC., ET AL, ) | |
| *Defendant(s)* | |
| ) | |

**MOTION FOR SANCTIONS: PUNISHING FRIVOLOUS FILINGS**

**TO THE HONORABLE COURT:**

Plaintiff, Hiran Rodriguez, respectfully moves this Court for an Order imposing sanctions against Meta Platforms, Inc., Jefferson Parish, and Jefferson Parish Sheriff's Office for filing frivolous motions intended solely to delay and obstruct these proceedings. This motion is made pursuant to Federal Rule of Civil Procedure 11 and is based on the following grounds:

**1. Frivolous and Baseless Filings:**

• Defendants filed motions alleging improper service despite service being completed on the registered agent in compliance with procedural rules.

• The registered agent's acceptance of service renders Defendants' claims baseless.

• Defendants' filings were made without evidentiary support and for the improper purpose of causing delay.

**2. Delaying and Obstructive Tactics:**

• The timing and nature of the filings demonstrate a coordinated strategy to obstruct justice and prolong litigation.

• Defendants' actions constitute an abuse of the judicial process intended to exhaust Plaintiff's resources.

### 3. Request for Sanctions:

• Plaintiff requests that the Court impose the following sanctions:

• Monetary sanctions to cover Plaintiff's legal fees and costs incurred in responding to the frivolous filings.

• An Order striking all filings asserting improper service as baseless.

• A requirement that Defendants obtain prior approval from the Court before filing any further motions.

### 4. Request for Expedited Hearing:

• Due to the ongoing abuse of process and to prevent further prejudice to Plaintiff, an expedited hearing on this motion is requested.

**Date:** March 9, 2025

**Respectfully submitted,**

*Hiran Rodriguez*

Hiran Rodriguez

3

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

---

**PROPOSED ORDER FOR SANCTIONS**

IT IS HEREBY ORDERED:

1. Meta Platforms, Inc., Jefferson Parish, and Jefferson Parish Sheriff's Office shall pay Plaintiff's reasonable legal fees and costs incurred in responding to their frivolous filings.

2. All filings by these Defendants asserting improper service are struck from the record as baseless.

3. Defendants shall obtain prior Court approval before filing any further motions.

Date: _____

_____

**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that a true and correct copy of the foregoing Motion and proposed order was served on all Defendants who have made an appearance on the record by electronic service on March 9, 2025.

Defendants who have not yet made an appearance are in the process of being served by the U.S. Marshal Service with the summons and complaint.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez, Plaintiff, Pro Se

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

Date: March 9, 2025

**eFile-ProSe**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Sunday, March 9, 2025 10:15 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Sunday, March 9, 2025 - 22:14 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Notice of Submission

Document 2 Description: Opposition to Meta's Motion for Extension

Document 3 Description: Motion to Strike Jefferson Parish's Motion to Dismiss

Document 4 Description: Motion for Judicial Notice of Delaying Tactics and Bad Faith

Document 5 Description: Motion for Sanctions: Punishing Frivolous Filings

Please keep this email for historical records.

1