# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | DIVISION: A(2) |
| | JUDGE JAY C. ZAINEY |
| v.  ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) ) | |
| META PLATFORMS, INC., ET AL, ) | |
| *Defendant(s)* | |
| ) | |

**NOTICE OF SUBMISSION**

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiff, Hiran Rodriguez, hereby submits the following motions for consideration by the Court:

**1. Motion for Judicial Notice of Delaying Tactics and Bad Faith**

• Requesting the Court to take judicial notice of Defendants' pattern of delay and bad faith conduct.

• Filed on March 9, 2025.

**2. Motion for Sanctions: Punishing Frivolous Filings**

• Seeking sanctions against Meta Platforms, Inc., Jefferson Parish, and Jefferson Parish Sheriff's Office for filing baseless and obstructive motions.

• Filed on March 9, 2025.

**3. Opposition to Meta's Motion for Extension**

• Opposing Meta's request for an extension of time to respond to the Complaint and requesting denial of the motion.

• Filed on March 9, 2025.

**4. Motion to Strike Jefferson Parish's Motion to Dismiss**

- Requesting the Court to strike Jefferson Parish's Motion to Dismiss due to improper service arguments lacking a legal basis.

- Filed on March 9, 2025.

**Hearing Date:**

Plaintiff respectfully requests that the Court schedule a hearing on these motions at the earliest available date or include these matters in the next scheduled hearing.

**Service:**

This Notice of Submission has been served electronically on all Defendants who have made an appearance on the record as of March 9, 2025.

---

**CERTIFICATE OF SERVICE**

I, Hiran Rodriguez, hereby certify that a true and correct copy of the foregoing Notice of Submission was served on all Defendants who have made an appearance on the record by electronic service on March 9, 2025.

Defendants who have not yet made an appearance are in the process of being served by the U.S. Marshal Service with the summons and complaint.

**Respectfully submitted,**

*Hiran Rodriguez*

Hiran Rodriguez, Plaintiff, Pro Se

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

Date: March 9, 2025