Case 2:25-cv-00197-JCZ-DPC   Document 44   Filed 03/09/25   Page 1 of 7

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Mar 9 2025

CAROL L. MICHEL
CLERK
SP                                    EDSS

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

HIRAN RODRIGUEZ                    )
_____        )   CIVIL ACTION NO. 25-197
                                   )
         *Plaintiff(s)*                 DIVISION: A(2)

                                       JUDGE JAY C. ZAINEY

         v.                        )   MAG. JUDGE DONNA PHILLIPS CURRAULT
                                   )
                                   )
META PLATFORMS, INC., ET AL,
_____        )

         *Defendant(s)*

                                   )

**MOTION TO STRIKE JEFFERSON PARISH'S MOTION TO DISMISS**

**TO THE HONORABLE COURT:**

Plaintiff, **Hiran Rodriguez,** respectfully submits this **Motion to Strike** Jefferson Parish's Motion to Dismiss, and in support thereof, states as follows:

## 1. PROPER SERVICE WAS EFFECTUATED

• **Service Details:**

• Plaintiff personally delivered the **summons and complaint** to a **paralegal** in the office of Mrs. **Toni Hurley**, the Parish Attorney, at the **Parish Attorney's Office** for Jefferson Parish.

• **Two individuals—an unidentified paralegal/attorney** and a **paralegal**—reviewed the summons and complaint before service was accepted.

• The **receptionist** at the Parish Attorney's Office **called the Jefferson Parish Sheriff's Office** to ask where Plaintiff could serve the summons and complaint for the Sheriff's Office and then **provided the address to Plaintiff in writing,** specifying **"Building B".**

• **Compliance with Rule 4(e):**

• Service to the **registered agent's office** is valid under **Rule 4(e)(2)(C)** of the Federal Rules of Civil Procedure, which permits serving a managing or general agent.

2

- The acceptance of service by the paralegal, following review by multiple individuals, establishes **proper service** on behalf of **Jefferson Parish**.

---

## 2. ABSENCE OF LEGAL AND FACTUAL BASIS FOR IMPROPER SERVICE ARGUMENT

- **Failure of Jefferson Parish's Argument:**

- The assertion that service was improper is **both factually incorrect and legally unsupported. Service was duly accepted** by an **authorized representative** at the Parish Attorney's Office for **Jefferson Parish.**

- The Parish Attorney's Office explicitly acknowledged that they could **only accept service** for **Jefferson Parish** and **not for the Jefferson Parish Sheriff's Office**, confirming that these are **separate entities** for the purpose of service of process.

- The **receptionist**, after consulting with the **Sheriff's Office** by phone, provided the **address for service** on the **Sheriff's Office** in writing. This information was given in **good faith** and does **not impact the validity** of service on **Jefferson Parish** itself.

- **Clarification of Service Procedures:**

- Plaintiff's understanding that the **Jefferson Parish Sheriff's Office** must be served separately was based on information provided by the **paralegal** and the other **unidentified individual**. This

clarification does **not negate or undermine** the proper service already **effectuated** on **Jefferson Parish.**

- **Dilatory Tactics Indicated:**

- The motion to dismiss based on the claim of improper service appears to be a **deliberate attempt to delay proceedings** rather than a **good faith legal argument.** Such tactics warrant **judicial scrutiny** for potential **bad faith** and **abuse of process.**

## 3. RELIEF REQUESTED

**Plaintiff** respectfully requests that the Court:

1. **GRANT** this Motion to Strike Jefferson Parish's Motion to Dismiss.

2. **ORDER** Jefferson Parish to file a substantive response to the Complaint within 7 days.

3. **REQUEST** that the Court **admonish** Jefferson Parish for filing **baseless motions** intended to cause **delay**.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE JEFFERSON PARISH'S MOTION TO DISMISS**

**CONSIDERING** Plaintiff's **Motion to Strike Jefferson Parish's Motion to Dismiss**, and the Court having reviewed the motion, the record, and applicable law:

**IT IS HEREBY ORDERED** that **Plaintiff's Motion to Strike is GRANTED.**

**IT IS FURTHER ORDERED** that Jefferson Parish shall file **a substantive response** to the Complaint within **7 days** of this Order.

**IT IS FURTHER ORDERED** that the Court **admonishes** Jefferson Parish for filing **baseless motions** intended to **delay proceedings.**

New Orleans, Louisiana, this _____ day of _____, 20_____.

_____

**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that a true and correct copy of the foregoing Motion and proposed order was served on all Defendants who have made an appearance on the record by electronic service on March 9, 2025.

Defendants who have not yet made an appearance are in the process of being served by the U.S. Marshal Service with the summons and complaint.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez, Plaintiff, Pro Se

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

Date: March 9, 2025

**eFile-ProSe**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Sunday, March 9, 2025 10:15 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Sunday, March 9, 2025 - 22:14 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Notice of Submission

Document 2 Description: Opposition to Meta's Motion for Extension

Document 3 Description: Motion to Strike Jefferson Parish's Motion to Dismiss

Document 4 Description: Motion for Judicial Notice of Delaying Tactics and Bad Faith

Document 5 Description: Motion for Sanctions: Punishing Frivolous Filings

Please keep this email for historical records.