Case 2:25-cv-00197-JCZ-DPC   Document 45   Filed 03/09/25   Page 1 of 8

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Mar 9 2025

CAROL L. MICHEL
CLERK

SP                                    EDSS

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

HIRAN RODRIGUEZ )

       *Plaintiff(s)*

) CIVIL ACTION NO. 25-197

) DIVISION: A(2)

) JUDGE JAY C. ZAINEY

v. ) MAG. JUDGE DONNA PHILLIPS CURRAULT

)
)

META PLATFORMS, INC., ET AL,

)

       *Defendant(s)*

)

**OPPOSITION TO META'S MOTION FOR EXTENSION**

TO THE HONORABLE COURT:

**Plaintiff, Hiran Rodriguez**, respectfully submits this Opposition to Meta's Motion for Extension and states as follows:

**1. Meta's Motion Lacks Legal Basis**

- **Improper Grounds for Extension:**

- Meta Platforms, Inc. filed a Motion for Extension on **March 7, 2025**, requesting more time to respond despite having **ample opportunity** to prepare a defense.

- The request lacks any **valid legal justification** and appears to be a **dilatory tactic** to delay the proceedings.

- **Prejudice to Plaintiff:**

- Granting an extension would **unjustly prejudice** Plaintiff by delaying the timely resolution of this case.

- The deadline for Meta to respond is **March 11, 2025**; any extension would only serve to **obstruct justice** and **frustrate the judicial process.**

## 2. No Good Cause for Extension

- **Absence of Justifiable Cause:**

- Meta's Motion fails to present **good cause** as required under **Rule 6(b)(1) of the Federal Rules of Civil Procedure.**

- The Motion is **devoid of any factual or legal basis** justifying an extension beyond the original deadline.

- **Potential for Evidence Tampering:**

- Extending the deadline could enable Meta to **conceal, destroy, or alter evidence,** causing **irreparable harm to Plaintiff's case.**

## 3. Risk of Default Judgment

- **Approaching Deadline:**

- **The deadline for Meta to respond to the Complaint is March 11, 2025.**

- Should Meta fail to file a substantive response by this date, **default judgment** would be appropriate.

- **Request for Immediate Response:**

- Plaintiff respectfully requests the Court to **deny the extension** and order Meta to **immediately file a substantive response.**

---

### 4. Sanctions for Dilatory Tactics

- **Pattern of Delay:**

- Meta's actions exhibit a clear pattern of **dilatory tactics** aimed at **delaying proceedings** without cause.

- Such tactics warrant the Court's intervention to **impose sanctions** to deter further abuse of the judicial process.

- **Request for Sanctions:**

- Plaintiff requests the Court to **impose sanctions** on Meta for filing a **baseless motion** and to **award costs incurred in** opposing this Motion.

---

### 5. Relief Requested

Plaintiff respectfully requests that the Court:

1. **DENY** Meta's Motion for Extension.

4

2. **ORDER** Meta Platforms, Inc. to file a substantive response to the Complaint **by March 11, 2025,** the original deadline.

3. **AWARD SANCTIONS** to Plaintiff for costs incurred in opposing the Motion for Extension.

---

**PROPOSED ORDER**

## ORDER

Considering the **Opposition to Meta's Motion for Extension** filed by **Plaintiff, Hiran Rodriguez**, the Court hereby **ORDERS** that:

1. Meta's **Motion for Extension** is **DENIED**.

2. Meta Platforms, Inc. shall file a **substantive response** to the Complaint by **March 11, 2025,** as originally scheduled.

3. **Failure to comply** will result in the **entry of a default judgment** against Meta Platforms, Inc. for the **full amount of damages** requested in the Complaint, **totaling $50 billion.**

4. Plaintiff is awarded **reasonable costs and sanctions** for opposing the Motion for Extension, to be paid by Meta Platforms, Inc. within **7 days of** this Order.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Hiran Rodriguez, hereby certify that a true and correct copy of the foregoing Opposition to Meta's Motion for Extension and proposed order was served on all Defendants who have made an appearance on the record by electronic service on March 9, 2025.

Defendants who have not yet made an appearance are in the process of being served by the U.S. Marshal Service with the summons and complaint.

Respectfully submitted,



**Hiran Rodriguez, Plaintiff, Pro Se**

820 Grove Avenue, Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

504-203-8459

Date: March 9, 2025

**eFile-ProSe**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Sunday, March 9, 2025 10:15 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Sunday, March 9, 2025 - 22:14 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Notice of Submission

Document 2 Description: Opposition to Meta's Motion for Extension

Document 3 Description: Motion to Strike Jefferson Parish's Motion to Dismiss

Document 4 Description: Motion for Judicial Notice of Delaying Tactics and Bad Faith

Document 5 Description: Motion for Sanctions: Punishing Frivolous Filings

Please keep this email for historical records.

1