U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARK ELLIOT ZUCKERBERG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 META WAY MENLO PARK, CALIFORNIA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE METAIRIE, LA 70003-7024

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 02/07/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 2·13·25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JORDAN L., PHYSICAL SECURITY

Date: 03/04/2025   Time: 11:48 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
JJ #32533

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

# OF USM: 1
# OF MILES: 36
# OF HOURS: 2

Form USM-2

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 10, 2025 12:37 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Monday, March 10, 2025 - 12:37 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Summons Returned Executed on Meta Platforms, Inc. on March 6, 2025.

Document 2 Description: Summons Returned Executed on Mark Zuckerberg on March 6, 2025.

Document 3 Description:

Document 4 Description:

Document 5 Description:

The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.

1

## eFile-ProSe

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 10, 2025 12:46 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Monday, March 10, 2025 - 12:46 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Summons Returned Executed on Meta Platforms, Inc. on March 6, 2025. 11:40 AM

Document 2 Description: Summons Returned Executed on Mark Zuckerberg on March 6, 2025. 11:40 AM

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

1