UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* **Motion to Substitute by Defendant Meta Platforms, Inc.** (Rec. Doc. 37) (the "Motion");

**IT IS ORDERED** that the Motion should be and the same is hereby **GRANTED**, and the *Ex Parte* Motion for Extension of Time attached as Exhibit "A" to the Motion **shall be substituted for Rec. Doc. 34 in the record**, and the Corporate Disclosure Statement attached as Exhibit "B" to the Motion **shall be substituted for Rec. Doc. 35 in the record.**

New Orleans, Louisiana, on this the  10th  day of March 2025.

_____
UNITED STATES DISTRICT JUDGE