UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ | CIVIL ACTION |
| VERSUS | NO. 25-197 |
| META PLATFORMS, INC. ET AL. | SECTION "A" (2) |

## ORDER

Considering the *Ex Parte* **Motion for Extension of Time by Defendant Meta Platforms, Inc. (Rec. Doc. 34)**, filed on March 7, 2025 and substituted on March 10, 2025 (*see* Rec. Doc. 37),

Accordingly;

**IT IS ORDERED** that the motion is **GRANTED** and Defendant Meta Platforms, Inc. shall have until and through **Tuesday, April 1, 2025** to respond to Plaintiff's Complaint.

March 10, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE