

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Mar 11 2025

CAROL L. MICHEL
CLERK

SP                               EDSS

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

HIRAN RODRIGUEZ                )
_____ )   CIVIL ACTION NO. 25-197
                               )
         *Plaintiff(s)*         )   DIVISION: A(2)
                               )
                               )   JUDGE JAY C. ZAINEY
                               )
         v.                     )   MAG. JUDGE DONNA PHILLIPS CURRAULT
                               )
                               )
                               )
META PLATFORMS, INC., ET AL,    )
_____ )
                               )
         *Defendant(s)*         )
                               )
                               )

**NOTICE OF DEFAULT**

**To the Clerk of Court:**

Plaintiff, **Hiran Rodriguez,** respectfully submits this Notice of Default against the following Defendants who have failed to file an answer or otherwise respond to the Complaint by the deadline of **March 11, 2025:**

1. T-Mobile USA, Inc.

3. AT&T Enterprises, LLC

4. X Corp., a Nevada Corporation

5. The Kansas City Southern Railway Company

6. Gray Television, Inc.

**Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure**, Plaintiff respectfully requests the **Clerk to enter default** against the above-named Defendants for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice of Default was served on all Defendants who have made an appearance on the record by **electronic service** on **March 11, 2025**. Defendants who have not yet made an appearance are in the process of being served by the **U.S. Marshal Service** with the summons and complaint.

Respectfully submitted,

*Hiran Rodriguez*

**Hiran Rodriguez, Plaintiff, Pro Se**

820 Grove Avenue

Metairie, Louisiana, 70003-7024

**Email:** hiranrodriguez@outlook.com

**Phone:** 504-203-8459

**Date:** March 11, 2025

## eFile-ProSe

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, March 11, 2025 12:03 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Tuesday, March 11, 2025 - 00:02 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Notice of Default

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

1