UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ**<br><br>**Plaintiff,**<br><br>v.<br><br>**META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10**<br><br>**Defendants.** | **Civil Action No. 2:25-cv-00197-JCZ-DPC**<br><br>Section "1" (2)<br><br>District Judge:     Jay C. Zainey<br>Magistrate Judge:   Donna P. Currault |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), Defendant X Corp., through undersigned counsel, makes the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

   [ X ] Yes         [   ] No

If "No", proceed to Question 2. If "Yes", respond to the following:

    a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
    b. **State that there is no such corporation.**

No publicly held corporation owns 10% or more of the stock of X Corp.

2. **Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

    [ ] Yes    [ X ] No

If "No," sign and submit the form. If "Yes," respond to the following:

    a. **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):**

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

    Respectfully submitted,

    */s/ Valerie Theng Matherne*
    **VALERIE THENG MATHERNE (#25898)**
    **CHLOE L. KRAKE (#41301)**
    **COURINGTON, KIEFER, SOMMERS,**
    **MARULLO, MATHERNE & BELL, L.L.C.**
    P. O. Box 2350
    New Orleans, LA 70176
    616 Girod Street
    New Orleans, LA 70130
    Telephone: (504) 524-5510
    Facsimile:  (504) 524-7887
    Email:   vmatherne@courington-law.com
           ckrake@courington-law.com

    ***Attorneys for Defendant X Corp.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of March, 2025, a copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to Plaintiff by e-mail or United States Mail, postage prepaid.

      /s/ Valerie Theng Matherne
      **VALERIE THENG MATHERNE (#25898)**