UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Hiran Rodriguez,<br><br>    Plaintiff,<br><br>v.<br><br>Meta Platforms, Inc., Apple Inc., T-Mobile USA, Inc., AT&T Enterprises, LLC, X Corp., a Nevada Corporation, Kansas City Southern Railroad Co., LCMC Healthcare Partners, LLC, Third District Volunteer Fire Department, Gray Television, Inc., The Associated Press, Jefferson Parish, Jefferson Parish Sheriff's Office, Joseph P. Lopinto, III, Andres Fuentes, Gloria Pazmino, Haleluya Hadero, Susanne Rust, Ryan McCafferty, Paul MacInnes, Jonathan Liew, James Ochoa, Demicia Inman, Jamie Spangher, Maya Gebeily, Versha Sharma, Elon Musk, Mark Elliott Zuckerberg, and Does 1-10,<br><br>    Defendants. | Civil Action No. 2:25-cv-00197<br><br>Section A(2)<br><br>Judge Jay C. Zainey<br><br>Magistrate Judge Donna Phillips Currault |

## DEFENDANT KANSAS CITY SOUTHERN RAILWAY CO.'S MOTION TO DISMISS

NOW COMES Defendant, the Kansas City Southern Railway Company ("KCSR") through undersigned counsel, and respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915(e), to dismiss Plaintiff Hiran Rodriguez's Complaint in its entirety. His Complaint lacks a single fact to support any claims against KCSR; multiple claims fail as a matter of law; and his Complaint

1

should be dismissed with prejudice because his claims are patently frivolous and irrational.

WHEREFORE, for the foregoing reasons as discussed more fully in the accompanying Memorandum in Support, KCSR respectfully prays that this Court grant its Motion to Dismiss and dismiss Plaintiff Hiran Rodriguez's claims against it with prejudice.

| | |
|---|---|
| March 11, 2025 | Respectfully submitted, |
| | BREAZEALE, SACHSE & WILSON, L.L.P., |
| | By: */s/ Philip J. Giorlando*<br>Eve B. Masinter (La. Bar No. 1218)<br>Philip J. Giorlando (La. Bar No. 38234)<br>First Bank & Trust Tower, Suite 1500<br>909 Poydras Street<br>New Orleans, LA 70112-4004<br>Telephone: (504) 619-1800<br>Fax: (504) 584-5452<br>eve.masinter@bswllp.com<br>philip.giorlando@bswllp.com |
| | DORSEY & WHITNEY LLP<br>F. Matthew Ralph (#0323202) (*Motion for Pro Hac Vice Admission Forthcoming*)<br>ralph.matthew@dorsey.com<br>J. Steele Kowalczyk (#0505641) (*Motion for Pro Hac Vice Admission Forthcoming*)<br>kowalczyk.steele@dorsey.com<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone: (612) 340-2600 |
| | *Attorneys for the*<br>*Kansas City Southern Railway Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2025, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system and served on the Plaintiff by U.S. Mail.

                                                                                                */s/ Philip J. Giorlando*_____
                                                                                                  Philip J. Giorlando

5234394.v1