UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Hiran Rodriguez,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Meta Platforms, Inc., Apple Inc., T-Mobile USA, Inc., AT&T Enterprises, LLC, X Corp., a Nevada Corporation, Kansas City Southern Railroad Co., LCMC Healthcare Partners, LLC, Third District Volunteer Fire Department, Gray Television, Inc., The Associated Press, Jefferson Parish, Jefferson Parish Sheriff's Office, Joseph P. Lopinto, III, Andres Fuentes, Gloria Pazmino, Haleluya Hadero, Susanne Rust, Ryan McCafferty, Paul MacInnes, Jonathan Liew, James Ochoa, Demicia Inman, Jamie Spangher, Maya Gebeily, Versha Sharma, Elon Musk, Mark Elliott Zuckerberg, and Does 1-10,<br><br>　　　　Defendants. | Civil Action No. 2:25-cv-00197<br><br>Section A(2)<br><br>Judge Jay C. Zainey<br><br>Magistrate Judge Donna Phillips Currault |

## **NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion to Dismiss of Defendant the Kansas City Southern Railway Company will be submitted for consideration to the Honorable Jay C. Zainey, District Judge of the United States District Court for the Eastern District of Louisiana, on <u>April 2, 2025 at 10:30 a.m.</u>

4329565.v1

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.,

By: */s/ Philip J. Giorlando*
Eve B. Masinter (La. Bar No. 1218)
Philip J. Giorlando (La. Bar No. 38234)
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 584-5452
eve.masinter@bswllp.com
philip.giorlando@bswllp.com

DORSEY & WHITNEY LLP

F. Matthew Ralph (#0323202) (*Motion for Pro Hac Vice Admission Forthcoming*)
ralph.matthew@dorsey.com
J. Steele Kowalczyk (#0505641) (*Motion for Pro Hac Vice Admission Forthcoming*)
kowalczyk.steele@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

***Attorneys for Kansas City Southern Railway Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2025, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system and served on the Plaintiff by U.S. Mail.

          */s/ Philip J. Giorlando*_____
          Philip J. Giorlando

4329565.v1