UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ**<br><br>**Plaintiff,**<br><br>v.<br><br>META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10<br><br>**Defendants.** | Civil Action No. 2:25-cv-00197-JCZ-DPC<br><br>Section "1" (2)<br><br>District Judge:   Jay C. Zainey<br>Magistrate Judge:   Donna P. Currault |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Defendant X Corp., which moves this Court to dismiss this action under Federal Rule of Civil Procedure 12(b)(2), or under Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

X Corp. respectfully submits that Plaintiff fails to establish this Court has personal jurisdiction over X Corp., and therefore Plaintiff's claims against X Corp. should be dismissed.

{01416596.DOCX;2}

X Corp. also respectfully submits that Plaintiff's claims against it should be dismissed because the Complaint fails to allege sufficient facts to support a plausible cause of action against it. Twelve of Plaintiff's claims are based on conclusory and speculative contentions that Defendants accessed his unspecified personal devices, accounts, and data, and that they defamed, harassed, and cyberstalked him. Three other claims have no clear factual basis at all. In sum, Plaintiff fails to state any claim against X Corp. upon which relief can be granted. As such, as further explained in Defendant's Memorandum in Support, dismissal of Plaintiff's Complaint is warranted.

WHEREFORE, Defendant X Corp. respectfully requests that the Court enter an order dismissing Plaintiff's claim against it and for other such relief as the Court deems just and proper.

Respectfully submitted,

/s/ Valerie Theng Matherne
**VALERIE THENG MATHERNE (#25898)**
**CHLOE L. KRAKE (#41301)**
**COURINGTON, KIEFER, SOMMERS,**
**MARULLO, MATHERNE & BELL, L.L.C.**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile: (504) 524-7887
Email: vmatherne@courington-law.com
ckrake@courington-law.com

**Attorneys for Defendant X Corp.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of March, 2025, the foregoing Motion to Dismiss was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff by e-mail or United States Mail, postage prepaid.

      /s/ Valerie Theng Matherne
      **VALERIE THENG MATHERNE (#25898)**