UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ**<br><br>**Plaintiff,**<br><br>v.<br><br>META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10<br><br>**Defendants.** | Civil Action No. 2:25-cv-00197-JCZ-DPC<br><br>Section "1" (2)<br><br>District Judge:    Jay C. Zainey<br>Magistrate Judge:  Donna P. Currault |

## NOTICE OF SUBMISSION

**NOW INTO COURT,** that Defendant X Corp. submits for hearing the accompanying Motion to Dismiss on April 2, 2025, at 10:30 a.m., before the Honorable Jay C. Zainey of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

{01416599.DOCX;1}

Respectfully submitted,

*/s/ Valerie Theng Matherne*
**VALERIE THENG MATHERNE (#25898)**
**CHLOE L. KRAKE (#41301)**
**COURINGTON, KIEFER, SOMMERS,**
**MARULLO, MATHERNE & BELL, L.L.C.**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile:  (504) 524-7887
Email:   vmatherne@courington-law.com
             ckrake@courington-law.com

***Attorneys for Defendant X Corp.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2025, the foregoing Notice of Submission was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff by e-mail or United States Mail, postage prepaid.

*/s/ Valerie Theng Matherne*
**VALERIE THENG MATHERNE (#25898)**