UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ<br><br>**Plaintiff,**<br><br>v.<br><br>META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10<br><br>**Defendants.** | Civil Action No. 2:25-cv-00197-JCZ-DPC<br><br>Section "1" (2)<br><br>District Judge:     Jay C. Zainey<br>Magistrate Judge:   Donna P. Currault |

**DEFENDANT X CORP.'S RESPONSE TO PLAINTIFF'S "MOTION TO SUBMIT VIDEO EVIDENCE REGARDING [SIC] INCIDENT [SIC] OF FEBRUARY 25, 2025, AND REQUEST FOR JUDICIAL CONSIDERATION" (REC. NO. 29)**

Plaintiff's "Motion to Submit Video Evidence regarding [sic] incident [sic] of February 25, 2025, and Request for Judicial Consideration" (Rec. No. 29; "RJN") should be denied. In the RJN, Plaintiff "seeks leave to submit [purported] video evidence documenting harassment by train operators on February 23, 2025," and asks the Court to, among other things, "[a]dmit the security

{01416842.DOCX;2}

footage as authenticated evidence under the Federal Rules of Evidence, and "[c]onsider the evidence in all future proceedings related to this case." *Id.* at 1, 4.

Plaintiff's RJN should be denied because Plaintiff fails to show the purported video files—which he has not provided to the Court or to X Corp.—meet the requirements for judicial notice under Federal Rule of Evidence 201(b). That rule permits the Court to take judicial notice of facts that are "not subject to reasonable dispute," *i.e.*, facts that are "generally known within the trial court's territorial jurisdiction" or that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *Id.* Plaintiff fails to make any showing whatsoever that the purported video files meet either of these requirements. Therefore, the Court may not take judicial notice of them and should not consider them with respect to the proceedings in this case–including X Corp.'s motion to dismiss. Rec No. 59.

Even if the Court could take judicial notice of the video files (it should not), Plaintiff's arguments that they are relevant or properly authenticated are unavailing. Plaintiff's argument that the "submitted video files directly substantiate Plaintiff's claims of harassment, unauthorized surveillance, and misconduct by the train operators," RJN at 3, is entirely conclusory and fails to explain how the purported video files are relevant to *any* of his claims against X Corp. *See* Fed. R. Evid. 401.  His argument that the video files are authenticated through "timestamps, continuous video recording, and Plaintiff's personal attestation of the incident," *id.*, likewise fails, because Plaintiff's statements in his brief do not constitute "evidence sufficient to support a finding that the [video files are] what [Plaintiff] claims [they are]." Fed. R. Evid. 901.

In sum, Plaintiff fails to show his purported video files—which, again, he has not proffered to the Court nor the parties—meet the requirements for judicial notice. As such, Plaintiff's RJN should be denied.

Respectfully submitted,

/s/Valerie Theng Matherne
**VALERIE THENG MATHERNE (#25898)**
**CHLOE L. KRAKE (#41301)**
**COURINGTON, KIEFER, SOMMERS,**
**MARULLO, MATHERNE & BELL, L.L.C.**
P. O. Box 2350
New Orleans, LA 70176
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile: (504) 524-7887
Email:   vmatherne@courington-law.com
             ckrake@courington-law.com

***Attorneys for Defendant X Corp.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court by using the CM/ECF system.

*/s/Valerie Theng Matherne*
**VALERIE THENG MATHERNE (#25898)**