UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ					CIVIL ACTION

VERSUS						NO: 25-197

META PLATFORMS, INC, ET AL			SECTION: "A" (2)

**O R D E R**

Before the Clerk is Plaintiff's **Notice of Default** (Rec. Doc. 51) filed March 11, 2025 .

Any person who is at least 18 years old <u>and not a party</u> may serve a summons and complaint. Fed. Rule of Civ. Proc. Rule 4(c)(2).

The summons returns (Rec. Docs. 18-22) reflect that Plaintiff personally served the summons and complaint.

Accordingly, **IT IS ORDERED** that motion is **DENIED**.

New Orleans, Louisiana, this 12th day of March 2025.

CAROL L. MICHEL, CLERK

*Jennifer D.S. Limjuco*

Jennifer D.S. Limjuco, Deputy Clerk