UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | * * | CIVIL ACTION NO.: 25-cv-197 A(2) |
| VERSUS | * * | SECTION: "A" District Judge Jay C. Zainey |
| META PLATFORMS, INC., ET AL | * * | DIVISION: "2" Magistrate Judge Donna Phillips Currault |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Time to Respond to Complaint and upon Defendants' certification of requirements in accordance with Local Civil Rule 7.8,

**IT IS HEREBY ORDERED** that Defendants' *Ex Parte* Motion for Extension of Time to Respond to Complaint is GRANTED.

**IT IS FURTHER ORDERED** that Defendants' deadline to respond to Plaintiff's Complaint is extended to April 1, 2025.

Signed in New Orleans, Louisiana, this __12th__ day of __March__, 2025.

_____
HON. JAY C. ZAINEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA