| | |
|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 07 2025
CAROL L. MICHEL
CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARK ELLIOT ZUCKERBERG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 META WAY MENLO PARK, CALIFORNIA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE METAIRIE, LA 70003-7024

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 02/07/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 11 | | 2·13·25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JORDAN L., PHYSICAL SECURITY

Date: 03/04/2025  Time: 11:48 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
JJ #32533

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

# OF USM: 1
# OF MILES: 36
# OF HOURS: 2

Form USM-2

| U.S. Department of Justice | | | | **PROCESS RECEIPT AND RETURN** | | |
|---|---|---|---|---|---|---|
| United States Marshals Service | | | | *See Instructions for Service of Process by U.S. Marshal* | | |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
META PLATFORMS, INC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 META WAY MENLO PARK, CALIFORNIA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE METAIRIE, LA 70003-7024

Number of process to be served with this Form 285: **2**
Number of parties to be served in this case: **27**
Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 02/07/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 34 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 2·13·25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JORDAN L., PHYSICAL SECURITY
Date: 03/06/2025   Time: 11:40 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: #32533

Costs shown on attached USMS Cost Sheet >>

REMARKS

# OF DUSM: 1
# OF MILES: 36
# OF HOURS: 2

___Fee___
___Process___
X_Dktd
___CtRmD___
___Dockt___

Form USM-