**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Hiran Rodriguez | 2:25-cv-00197-JCZ-DPZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Meta Platforms, Inc., et al | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ryan McCafferty, Journalist for Yardbarker.com / Sporting News
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
YB Media, LLC 1534 Plaza Lane, #146 Burlingame, CA 94010

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Hiran Rodriguez
820 Grove Ave, Metairie, Louisiana, 70003-7024.

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Sporting News Headquarters 120 Interstate North Pkwy SE Atlanta, GA 30339 | Defendant is a journalist for Yardbarker.com and Sporting News.
Due to security at media offices, process service may need to be coordinated with YB Media, LLC's legal department or Sporting News' office.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: +1 (504)-203-8459
DATE: February 7, 2025.

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 34 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 2-13-25 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date 2/21/25    Time 4:20 ☒ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**
NOT located at this address.

# of DUSMs: 1
# of hours for all DUSMs: 1
# of round trip miles for all vehicles: 30

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

※ Returned UNEXECUTED ※

Fee
Process
X Dist
Ck'mDp
Doc.No

Form USM-285
Rev 03

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for Service of Process by U.S. Marshal

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ELON MUSK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1355 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE METAIRIE, LA 70003-7024

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 27
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 02/07/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 34
District to Serve: No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 2·13·21

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 02/31/2025   Time: 3:30 pm

Address (complete only if different than shown above)

Signature of U.S Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: MOVED 6 YEAR AGO, TOOK OFF. ADVISED NO ADDRESS LEFT for them.

RECEIVED
'25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

RETURNED UNEXECUTED

# of DUSMs: 1
# of hours for all DUSMs: 1
# of round trip miles for all vehicles: 1

Fee ____
Process ____

Form USM-2
Rev 03

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF<br>Hiran Rodriguez | COURT CASE NUMBER<br>2:25-cv-00197-JCZ-DPZ |
|---|---|
| DEFENDANT<br>Meta Platforms, Inc., et al | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Susanne Rust, Journalist for the Los Angeles Times
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Los Angeles Times Headquarters 2300 E. Imperial Highway El Segundo, CA 90245

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Hiran Rodriguez
820 Grove Ave, Metairie, Louisiana, 70003-7024

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Defendant is a journalist for the Los Angeles Times. Due to security at the LA Times offices, process service may need to be coordinated with the legal department or security desk. Email address: susanne.rust@latimes.com
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: +1 (504)-203-8459
DATE: February 7, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 34 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>2·13·25 |

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 2/21/25   Time: 11:30  [X] am  [ ] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
#4432

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

1st Attempt: Process was denied by legal counsel Jeff Glasser. L.A. Times will not receive process for individual journalists.
1 DUSM / 2 hours / RT mi 32

___ Fee _____
___ Process _____
X Dktd
___ CtRmDep _____
___ Doc.No. _____

Form USM-