

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* ) | SECTION: "A" (2) |
| ) | JUDGE JAY C. ZAINEY |
| v. ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) | |
| META PLATFORMS, INC., ET AL, ) | |
| *Defendant(s)* | |
| ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' LATE FILINGS FOR FAILURE TO COMPLY WITH COURT DEADLINES AND RULE 6(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW INTO COURT comes Plaintiff, **Hiran Rodriguez**, appearing pro se, who respectfully moves this Honorable Court to **strike Defendants' untimely filings** for failure to comply with **court-ordered deadlines** and Rule **6(b) of the Federal Rules of Civil Procedure,** which governs extensions of time.

## I. INTRODUCTION

Plaintiff files this motion to prevent Defendants from **manipulating procedural deadlines** in bad faith to **delay litigation, obstruct justice, and avoid accountability**. Multiple Defendants have:

• **Missed their original deadlines** to file responsive pleadings.

• **Failed to request an extension before their deadlines expired.**

• **Filed untimely responses after the deadline without proper justification.**

• **Caused unnecessary delays and procedural unfairness** to Plaintiff.

This motion seeks to **strike Defendants' untimely filings, bar further late submissions,** and **impose sanctions** for their willful disregard of court deadlines.

## II. PROCEDURAL HISTORY

1. Plaintiff **properly served** the summons and complaint on multiple Defendants.

2. Under **Federal Rule of Civil Procedure 12(a)**, Defendants had **21 days from service** to file a responsive pleading.

3. Many Defendants **failed to meet their deadlines** and only sought extensions **after the deadlines expired**, violating Rule **6(b)(1)(B)**.

4. The Court, in its discretion, granted extensions, but Defendants failed to show good cause or excusable neglect, as required under Rule 6(b)(1).

5. Some Defendants **strategically delayed their** filings, taking advantage of the extensions while causing harm to Plaintiff.

## III. ARGUMENT

**A. Defendants Violated Court Deadlines and Rule 6(b)**

**Rule 6(b)(1) governs extensions of time** and states:

• If a motion for extension is filed **before the deadline expires**, the court may grant it for **good cause**.

• If a motion for extension is **filed after the deadline**, the party must show **excusable neglect** to justify the delay.

Here, **Defendants failed to meet these requirements**:

• Several **waited until after the deadline** to seek extensions.

• Others **filed responses without requesting an extension first**.

• Defendants **failed to provide valid reasons** for their delays.

Under federal law, **failure to comply with deadlines may result in filings being stricken from the record.**

B. The Court Has Authority to Strike Late Filings

Courts have **broad discretion** to strike untimely filings that prejudice the opposing party. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962) (holding that courts have inherent power to enforce deadlines).

Here, **Defendants' late filings unfairly burden Plaintiff** by forcing responses to untimely pleadings, delaying case progression, and giving Defendants a procedural advantage.

C. **Plaintiff Has Been Prejudiced by Defendants' Delay Tactics**

• Defendants' delays **have unfairly impacted Plaintiff,** forcing additional work and litigation costs.

• Allowing **untimely filings rewards Defendants** for their failure to follow the rules.

• The **purpose of deadlines is to ensure fairness and efficiency**—Defendants should not be permitted to ignore them.

IV. **RELIEF REQUESTED**

For these reasons, Plaintiff respectfully requests that the Court:

1. **STRIKE Defendants' late-filed responsive pleadings** from the record.

2. **BAR Defendants from submitting additional filings** without leave of court.

3. **IMPOSE MONETARY SANCTIONS** against Defendants and their attorneys for procedural abuse and bad-faith litigation tactics.

4. **GRANT any further relief** the Court deems just and appropriate.

## V. CONCLUSION

Defendants **failed to comply with court deadlines**, acted in **bad faith**, and prejudiced Plaintiff through **deliberate delay tactics**. Plaintiff respectfully asks this Court to **enforce its deadlines** by striking the untimely filings and imposing appropriate sanctions.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez

Plaintiff, Pro Se

820 Grove Avenue

Metairie, LA 70003

Phone: (504) 203-8459

Email: hiranrodriguez@outlook.com

Dated: **March 13, 2025**

**CERTIFICATE OF SERVICE**

I, Hiran Rodriguez, hereby certify that a true and correct copy of the foregoing Motion and proposed order was served on all Defendants who have made an appearance on the record by electronic service on **March 13, 2025**.

Defendants who have not yet made an appearance are in the process of being served by the **U.S. Marshal Service** with the summons and complaint.

**Respectfully submitted,**

*Hiran Rodriguez*

**Hiran Rodriguez,**

**Plaintiff, Pro Se**

820 Grove Avenue

Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

Phone: (504) 203-8459

Dated: **March 13, 2025.**

# eFile-ProSe

**From:** systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Thursday, March 13, 2025 3:55 PM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted

A new EDSS Filing has been submitted. The filing was submitted on Thursday, March 13, 2025 - 15:55 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' LATE FILINGS

Document 2 Description: PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' LATE FILINGS

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

**Stacy Pecoraro**

From: systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov>
Sent: Thursday, March 13, 2025 3:40 PM
To: LAEDml_Pro Se
Subject: New EDSS Filing Submitted

*A new EDSS Filing has been submitted. The filing was submitted on Thursday, March 13, 2025 - 15:39 from IP Address 10.164.8.193*

*Submitted values are:*

*Filer's Full Name: Hiran Rodriguez*

*Filer's Email Address: hiranrodriguez@outlook.com*

*Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.*

*Filer's Phone Number: 504-203-8459*

*Case Number (if known): 2:25-cv-00197-JCZ-DPC*

*Case Name: Rodriguez v. Meta Platforms, Inc., et al*

*Document 1 Description: Plaintiff's Motion to Strike Defendant's Late Filings for Failure to Comply with Court Deadlines and Rule 6(b)*

*Document 2 Description: Proposed Order Granting Plaintiff's Motion to Strike Defendant's Late Filings*

*Document 3 Description:*

*Document 4 Description:*

*Document 5 Description:*

*The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.*