# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

HIRAN RODRIGUEZ

*Plaintiff(s)*

v.

META PLATFORMS, INC., ET AL,

*Defendant(s)*

CIVIL ACTION NO. 25-197

SECTION: "A" (2)

JUDGE JAY C. ZAINEY

MAG. JUDGE DONNA PHILLIPS CURRAULT

## ORDER

CONSIDERING Plaintiff's **Motion to Strike Defendants' Late Filings for Failure to Comply with Court Deadlines and Rule 6(b) of the Federal Rules of Civil Procedure**, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's **Motion to Strike** is **GRANTED**.

IT IS FURTHER ORDERED that:

1. **All late-filed responses, pleadings, or motions submitted by Defendants after their respective deadlines are STRICKEN from the record.**

2. **Defendants are BARRED from submitting additional late filings** without first obtaining leave of Court.

3. **Defendants' failure to comply with deadlines has prejudiced Plaintiff,** and as such, any future late filings will be subject to further sanctions.

4. **Any additional relief deemed just and appropriate may be granted as necessary.**

New Orleans, Louisiana, this _____ day of _____, 2025.

_____

**HON. JAY C. ZAINEY**

**UNITED STATES DISTRICT JUDGE**