

# UNITED STATES DISTRICT COURT
для the
Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* ) | DIVISION: "1" (2) |
| ) | JUDGE JAY C. ZAINEY |
| v. ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) | |
| META PLATFORMS, INC., ET AL, ) | |
| *Defendant(s)* ) | |
| ) | |

**PLAINTIFF'S NOTICE TO THE COURT AND MOTION FOR CLARIFICATION REGARDING SUBMISSION OF VIDEO EVIDENCE AND REQUEST FOR SANCTIONS AGAINST X CORP. FOR BAD-FAITH LITIGATION CONDUCT**

NOW INTO COURT, comes Plaintiff, **Hiran Rodriguez**, appearing pro se, who respectfully submits this Notice to the Court and Motion for Clarification regarding the submission of video evidence in support of Plaintiff's claims. Plaintiff further moves for sanctions against Defendant **X Corp.** and its attorneys for **bad-faith litigation conduct and obstruction of justice**, as follows:

## I. NOTICE REGARDING X CORP.'S IMPROPER RESPONSE

1. Plaintiff previously filed a **Motion to Submit Video Evidence** regarding an incident on February 23, 2025 **(Rec. Doc. 29)**.

2. On March 12, 2025, Plaintiff **personally appeared** at the Clerk of Court's office for the **United States District Court for the Eastern District of Louisiana** and was informed that the motion was **still under review** and that submission of the video evidence was **not yet ripe** for formal consideration.

3. Despite this, Defendant **X Corp. filed an opposition (Rec. Doc. 60)** objecting to the admission of the video **before the Court had ruled on its submission**.

4. Plaintiff submits that X Corp.'s response is **procedurally improper and premature** since the Court has not yet issued a decision on whether the video evidence will be accepted.

5. Plaintiff requests that the Court **strike** or **disregard** Defendant X Corp.'s response **(Rec. Doc. 60)** until the Court has ruled on the pending motion.

2

## II. MOTION FOR CLARIFICATION REGARDING PROCEDURE FOR SUBMISSION OF VIDEO EVIDENCE

6. Given that Plaintiff was informed by the **Clerk of Court** that the submission of the video evidence was not yet appropriate, Plaintiff seeks **judicial clarification** regarding the **proper procedure and timing** for formally submitting the video evidence after a ruling on the pending motion.

7. Plaintiff respectfully requests that the Court issue an **order providing procedural guidance** to ensure full compliance with **local court rules and evidentiary procedures**.

## III. MOTION FOR SANCTIONS AGAINST X CORP. AND ITS ATTORNEYS FOR BAD-FAITH LITIGATION CONDUCT

8. **X Corp. and its legal counsel** have engaged in a **pattern of obstructive litigation tactics** designed to **delay proceedings, undermine Plaintiff's evidence, and misrepresent the procedural status of filings.**

9. **Bad-faith conduct exhibited by X Corp. and its attorneys includes, but is not limited to:**

- **Prematurely opposing** Plaintiff's Motion to Submit Video Evidence before the Court issued a ruling.

- **Strategically timing filings** to interfere with Plaintiff's litigation efforts.

- Asserting that Plaintiff's claims are "**frivolous**" while simultaneously **suggesting unauthorized surveillance or preemptively countering Plaintiff's filings**, raising concerns about potential misconduct.

- **Evasive litigation tactics**, including refusal to engage with material facts and reliance on **generalized denials rather than substantive rebuttals**.

10. Plaintiff asserts that these actions **constitute bad-faith litigation tactics, obstruction of justice, and abuse of process.**

11. Accordingly, Plaintiff **moves for sanctions** against Defendant **X Corp. and its attorneys**, including but not limited to:

- **Striking portions of X Corp.'s Motion to Dismiss** that rely on **misrepresentations or willful evasion of key factual allegations.**

- **Monetary sanctions** against X Corp.'s legal counsel for **procedural abuse and obstruction of Plaintiff's ability to fairly litigate this case.**

- **An order compelling X Corp. to directly address** key factual allegations that it improperly dismissed as "frivolous" without engaging in a substantive response.

12. Plaintiff further requests that the Court **compel X Corp. to disclose** whether it obtained any information related to Plaintiff's filings through unauthorized surveillance, improper access to Plaintiff's communications, or unethical pre-litigation tactics.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. **Disregard or strike** Defendant X Corp.'s Response to Plaintiff's Motion to Submit Video Evidence **(Rec. Doc. 60)** as procedurally **improper and premature;**

2. **Issue guidance clarifying** the procedure for **formal submission of video evidence** following a ruling on the pending motion **(Rec. Doc. 29);**

3. **Impose sanctions** against X Corp. and its attorneys for **bad-faith litigation tactics, procedural abuse, and obstruction of justice;**

4. **Compel Defendant X Corp. to disclose** whether it obtained information used to preemptively counter Plaintiff's filings through **improper or unauthorized means;** and

5. **Grant any further relief** that the Court deems just and proper.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez,

5

Plaintiff, Pro Se

820 Grove Ave

Metairie, LA 70003

Phone: (504) 203-8459

Email: hiranrodriguez@outlook.com

Dated: **March 13, 2025**

## CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that a true and correct copy of the foregoing Motion and proposed order was served on all Defendants who have made an appearance on the record by electronic service on **March 13, 2025**.

Defendants who have not yet made an appearance are in the process of being served by the **U.S. Marshal Service** with the summons and complaint.

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez,

**Plaintiff, Pro Se**

820 Grove Avenue

Metairie, Louisiana, 70003-7024

Email: hiranrodriguez@outlook.com

Phone: (504) 203-8459

**Dated: March 13, 2025.**

**Stacy Pecoraro**

| | |
|---|---|
| From: | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Thursday, March 13, 2025 7:11 AM |
| To: | LAEDml_Pro Se |
| Subject: | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Thursday, March 13, 2025 - 07:10 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024.

Filer's Phone Number: 5042038459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Plaintiff's Motion for Clarification and Sanctions

Document 2 Description: Proposed Order

Document 3 Description:

Document 4 Description:

Document 5 Description:

The submitted documents will arrive in your EDSS Filings bucket within 15 minutes.

1