# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | |
| _____ ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | DIVISION: "1" (2) |
| | JUDGE JAY C. ZAINEY |
| v. ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) | |
| META PLATFORMS, INC., ET AL, | |
| _____ ) | |
| *Defendant(s)* | |
| ) | |

**PLAINTIFF'S NOTICE TO THE COURT AND MOTION FOR CLARIFICATION REGARDING SUBMISSION OF VIDEO EVIDENCE AND REQUEST FOR SANCTIONS AGAINST X CORP. FOR BAD-FAITH LITIGATION CONDUCT**

[PROPOSED] ORDER

CONSIDERING the foregoing "Plaintiff's Notice to the Court and Motion for Clarification Regarding Submission of Video Evidence and Request for Sanctions Against X Corp. for Bad-Faith Litigation Conduct," and for good cause shown,

IT IS HEREBY **ORDERED** that:

1. Plaintiff's request for **clarification** regarding the proper procedure for submission of video evidence is **GRANTED**. The Court directs Plaintiff to submit the video evidence **within [X days]** of the Court's ruling on Plaintiff's pending Motion to Submit Video Evidence (**Rec. Doc. 29**), following the Clerk's procedural guidelines.

2. **Defendant X Corp.'s Response to Plaintiff's Motion to Submit Video Evidence (Rec. Doc. 60) is STRICKEN** as premature and procedurally improper, as the Court has not yet ruled on Plaintiff's motion to admit video evidence.

3. Plaintiff's **Motion for Sanctions is GRANTED IN PART**. The Court finds that Defendant X Corp. engaged in **improper litigation conduct** by opposing the submission of video evidence before the Court had ruled on its admissibility.

- Defendant X Corp. is hereby **admonished for premature filings** and is cautioned against further procedural abuses.

- The Court **reserves ruling on monetary sanctions** at this time but **may impose further sanctions** if additional improper conduct is found.

4. Plaintiff's request for an **order compelling X Corp. to disclose whether it obtained unauthorized information regarding Plaintiff's filings** is TAKEN UNDER ADVISEMENT pending further briefing.

5. Any **further relief deemed just and appropriate** may be issued by the Court as needed.

**New Orleans, Louisiana**, this \_\_\_\_ day of March 2025.

_____

JUDGE JAY C. ZAINEY

UNITED STATES DISTRICT JUDGE