# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | ) | |
| _____ | ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | | SECTION: "A" (2) |
| | | JUDGE JAY C. ZAINEY |
| v. | ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| | ) | |
| META PLATFORMS, INC., ET AL, | | |
| _____ | ) | |
| *Defendant(s)* | | |
| | ) | |

**PLAINTIFF'S MOTION TO CORRECT DOCKET ENTRIES AND ADDRESS CLERK'S OFFICE MISCONDUCT**

**NOW COMES** Plaintiff **Hiran Rodriguez**, *pro se*, who respectfully moves this Honorable Court to correct docket entries and address misconduct by personnel in the Clerk's Office, specifically **Stacy Pecoraro** and **Brad Newell** of the Pro Se Unit/Writ Section. In support, Plaintiff states as follows:

## MISCLASSIFICATION AND MISORDERING OF FILED DOCUMENTS

1. On **March 13, 2025,** Plaintiff properly submitted the following filings via the **Electronic Document Submission System (EDSS):**

• Motion for Sanctions and Clarification Regarding Submission of Video Evidence

• Motion to Strike Defendant's Late Filings for Failure to Comply with Court Deadlines and Rule 6(b)

2. Despite Plaintiff's clear labeling and submission of these motions, **the Clerk's Office docketed them in the incorrect order and misclassified them as follows:**
• **Document 75** was improperly labeled as "Miscellaneous Relief" instead of **"Motion for Sanctions and Clarification Regarding Submission of Video Evidence."**

• **Document 76** was docketed before Document 75, creating a misleading sequence of filings that could negatively impact Plaintiff's legal strategy.

2

## DELIBERATE REFUSAL TO FILE THE CORRECT VERSION OF PLAINTIFF'S SUBMISSION

3. Court rules require that motions be double-spaced. Upon realizing that the **original proposed order** was not double-spaced, Plaintiff submitted a corrected version at **3:55 PM** on **March 13, 2025**, only **15 minutes after the initial submission.**

4. **Despite this timely correction, the Clerk's Office deliberately chose to file the non-compliant version,** thereby creating procedural harm and potential embarrassment.

5. This act was **intentional**, as the correction was filed within minutes, yet it was ignored in favor of the improper version.

### Allegations of Clerk's Office Misconduct

6. The repeated errors and refusal to correct them suggest **intentional misconduct** rather than mere clerical mistakes.

7. Plaintiff has reason to believe that **Stacy Pecoraro** and **Brad Newell** of the **Pro Se Unit/Writ Section** are **intentionally manipulating filings** in a way that:

- **Misrepresents** the nature of Plaintiff's motions before the Court.

- **Disrupts the order of filings,** thereby distorting Plaintiff's legal strategy.

- **Ignores proper filing protocol**, despite clear and timely corrections.

• **Targets Plaintiff as a pro se litigant,** resulting in unfair treatment.

8. Plaintiff has **attempted to resolve this issue directly with the Clerk's Office,** but these concerns have been ignored, leaving judicial intervention as the only remedy.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

A. Order **the Clerk's Office to correct the docket entries** so that Document 75 and Document 76 appear in their **correct order and with their proper titles.**

B. Ensure that Plaintiff's corrected submission **(submitted at 3:55 PM on March 13, 2025 and at 9:37 AM on March 15, 2025)** is properly filed in place of the incorrect version.

C. **Conduct an internal review into the actions of Stacy Pecoraro and Brad Newell** regarding their handling of Plaintiff's filings, with potential disciplinary action if misconduct is found.

D. **Implement safeguards to prevent further filing manipulation,** ensuring all pro se litigants receive fair and accurate docketing.

E. **Grant any other relief the Court deems just and proper.**

4

Respectfully submitted,

*Hiran Rodriguez*

**Hiran Rodriguez**,

Plaintiff, *Pro Se*

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

Date: **03/15/2025**

CERTIFICATE OF SERVICE

I hereby certify that on 03/15/2025, I served a true and correct copy of the foregoing **Motion to Correct Docket Entries and Address Clerk's Office Misconduct** upon all counsel of record via electronic service.

## eFile-ProSe

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, March 15, 2025 11:57 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Saturday, March 15, 2025 - 11:56 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Motion to Correct Docket Entries and Address Clerk's Office Misconduct

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

1