**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| | |
|---|---|
| **PLAINTIFF**<br>Hiran Rodriguez | **COURT CASE NUMBER**<br>2:25-cv-00197-JCZ-DPZ |
| **DEFENDANT**<br>Meta Platforms, Inc., et al | **TYPE OF PROCESS**<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Demicia Inman, Journalist for VIBE Magazine
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Penske Media Corporation (VIBE Magazine Office) 11175 Santa Monica Blvd, Los Angeles, CA 90025 — Old Address

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Hiran Rodriguez
820 Grove Ave, Metairie, Louisiana, 70003-7024

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
www.vibe.com/author/demicia-inman/
Defendant is a journalist for VIBE Magazine (Penske Media Corporation). Due to security at Penske Media Corporation's corporate offices, process service may need to be coordinated with the legal department or security desk.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: +1 (504)-203-8459
DATE: February 7, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 34
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk
Date: 2·13·25

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
Date: 3/11/25   Time: 1530   [X] pm

Address *(complete only different than shown above)*
11355 W. Olympic Blvd.   *(PMC New Address)
Los Angeles CA 90064

Signature of U.S. Marshal or Deputy: #51714

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
1st Attempt: 12:30pm, 2/21/25. D. Inman works from home on Fridays. —H.V. #4482
1 DUSM / 2 hours / 30 mi RT
2nd Attempt: 10:43, 2/27/25 D. Inman not present on site.
3rd Attempt 3/11/25 @ 1530pm, security guard informed, she couldn't verify if D. Inman was on site and their preferred contact for delivery were not available, nor her supervisor.

**eFile-ProSe**

| | |
|---|---|
| **From:** | systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, March 15, 2025 10:57 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Saturday, March 15, 2025 - 22:56 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Summons Returned Unexecuted by U.S Marshal Service for Defendant Demicia Inman

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.