# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | ) | SECTION: "A" (2) |
| | | JUDGE JAY C. ZAINEY |
| v. | ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| | ) | |
| META PLATFORMS, INC., ET AL, | ) | |
| *Defendant(s)* | | |
| | ) | |

**PLAINTIFF'S MOTION TO CORRECT SERVICE, ALLOW ALTERNATIVE SERVICE, AND EXTEND TIME**

**NOW INTO COURT**, comes **Plaintiff, Hiran Rodriguez**, proceeding *pro se* and in *forma pauperis*, who respectfully moves this Honorable Court to:

1. **Correct the service record** to reflect ongoing service efforts by the U.S. Marshals.

2. **Allow alternative service** for defendants whose summonses were returned unexecuted.

3. **Confirm that proper service of The Associated Press will also satisfy service for Haleluya Hadero.**

4. **Extend the time for service by 60 days** to allow completion of service efforts.

I. BACKGROUND

1. Plaintiff filed this lawsuit on **January 29, 2025**, naming **27 defendants**.

2. The Court's **March 14, 2025 Order (Rec. Doc. 77)** stated that **only Meta Platforms, Inc. and Mark Zuckerberg** had been properly served and that many other service attempts were defective.

3. On **March 14, 2025, at 11:30 AM**, Plaintiff received a call from the **U.S. Marshals Service** regarding service on **Andrés Fuentes,** requesting his office location within the building. .

4. During this conversation, Plaintiff **requested that the U.S. Marshals properly serve all defendants who had not yet been correctly served.**

2

5. At **12:25 PM**, Plaintiff **called the office of Andrés Fuentes' attorney and left a message with the receptionist** requesting service details.

6. At **4:17 PM**, Plaintiff **received a call back from Andrés Fuentes' attorney**, who stated that **service was unnecessary** as Fuentes had **appeared voluntarily** in the case.

## II. SERVICE STATUS UPDATE

The **current status of each defendant's service** is as follows:

**Properly Served (Per Court Order)**

1. Meta Platforms, Inc.

2. Mark Zuckerberg

**Currently Being Served by U.S. Marshals**

3. Apple Inc.

4. T-Mobile USA, Inc.

5. AT&T Enterprises, LLC

6. X Corp. (formerly Twitter)

7. Kansas City Southern Railroad Co.

8. LCMC Healthcare Partners, LLC

9. Third District Volunteer Fire Department

10. Gray Television, Inc.

11. The Associated Press

12. Jefferson Parish

13. Jefferson Parish Sheriff's Office

14. Sheriff Joseph P. Lopinto III

15. Elon Musk


**Defendants Who Have Appeared but Have NOT Been Served (Requesting Court Acknowledgment)**

16. **Haleluya Hadero** (Requesting the Court to confirm that serving **The Associated Press** also satisfies service on **Hadero once re-service** is completed)

17. **Andrés Fuentes** (Attorney stated service was unnecessary; request court confirmation)

Summons Returned Unexecuted (Requesting Alternative Service)

18. **Ryan McCafferty** (Address incorrect; Plaintiff is attempting to locate a new address. **Defendant is actively avoiding service and has not responded to Plaintiff's emails requesting proper service information.**)

19. **Susanne Rust** (LA Times attorney **refused to accept service** on her behalf. **Defendant is actively avoiding service and has not responded to Plaintiff's emails requesting proper service information**; request alternative service by email.)

20. **Demicia Inman** (Summons returned unexecuted on 03/15/2025). **Defendant is actively avoiding service and has not responded to Plaintiff's emails requesting proper service information.**)

21. **Jamie Spangher** (No known address; **request permission to serve via LinkedIn Messages.** May be located in the European Union (EU).

**Defendants Located in the UK (U.S. Marshals Cannot Serve Internationally)**

22. **Maya Gebeily**

23. **Paul MacInnes**

24. **Jonathan Liew**

Request alternative service via email and professional social media accounts

**Currently Being Served in Their Home State (Confirmed by Marshals)**

25. **Gloria Pazmino**

26. **James Ochoa**

27. **Versha Sharma**

## III. REQUESTS FOR COURT ORDERS

Given the above status, Plaintiff **respectfully requests** the following orders:

**1. Correction of Service Record**

Plaintiff requests the **Court to acknowledge that multiple defendants are currently being served** by the **U.S. Marshals** and **update the record accordingly**.

## 2. Recognition of Service for Defendants Who Appeared

• **Haleluya Hadero:** Since The Associated Press's attorney represents Haleluya Hadero, **Plaintiff requests the Court to recognize that once The Associated Press is properly served, service should also be considered complete for Haleluya Hadero.**

• **Andrés Fuentes:** Plaintiff was told by Fuentes' attorney at **4:17 PM on March 14, 2025,** **that service was unnecessary** because he appeared voluntarily. Plaintiff requests the **Court recognize this waiver of service.**

## 4. Extension of Time to Complete Service

Plaintiff is **proceeding in forma pauperis** and reliant on the **U.S. Marshals for service.** Given **delays in locating defendants,** Plaintiff requests **a 60-day extension** under **Federal Rule of Civil Procedure 4(m)** to complete service on the remaining defendants.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff **respectfully requests** that this Honorable Court:

1. **Correct the service record to reflect ongoing U.S. Marshals' service efforts.**

2. Acknowledge Haleluya Hadero and Andrés Fuentes' service status.

3. Grant permission for alternative service on defendants whose summonses were unexecuted.

4. Allow international service for UK defendants.

5. **Extend the deadline for service by 60 days** to allow completion of service efforts.

Plaintiff **further requests any other relief this Court deems just and proper.**

Respectfully submitted,

*Hiran Rodriguez*

**Hiran Rodriguez**

*Pro Se Plaintiff*

Phone: (504) 203-8459

E-mail: hiranrodriguez@outlook.com

Date: 03/16/2025

## eFile-ProSe

**From:** systems_unit@laed.uscourts.gov on behalf of Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Sunday, March 16, 2025 7:07 AM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted

A new EDSS Filing has been submitted. The filing was submitted on Sunday, March 16, 2025 - 07:06 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: PLAINTIFF'S MOTION TO CORRECT SERVICE, ALLOW ALTERNATIVE SERVICE, AND EXTEND TIME

Document 2 Description: Proposed Order

Document 3 Description: Certificate of Service

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

1