# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | SECTION: "A" (2) |
| | JUDGE JAY C. ZAINEY |
| v. ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| META PLATFORMS, INC., ET AL, ) | |
| *Defendant(s)* | |

## CERTIFICATE OF SERVICE

I, **Hiran Rodriguez**, hereby certify that a true and correct copy of the foregoing Motion **"PLAINTIFF'S MOTION TO CORRECT SERVICE, ALLOW ALTERNATIVE SERVICE, AND EXTEND TIME"** was served on all Defendants who have made an appearance by electronic service on **March 16, 2025**. Defendants who have not yet made an appearance are **in the process of being served by the U.S. Marshal Service with the summons and complaint.**

Respectfully submitted,

*Hiran Rodriguez*

**Hiran Rodriguez,**

**Plaintiff,** *Pro Se*

820 Grove Ave, Metairie, LA 70003

Phone: (504) 203-8459

Date: **March 16, 2025**