UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ

**PLAINTIFF(S)**

VERSUS

META PLATFORMS, INC., ET AL

**DEFENDANT(S)**

CIVIL ACTION

No. 25-1197

SECTION: A(2)

## ORDER

Considering the Motion to Correct and Extend Service ,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE