# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

|  |  |
|---|---|
| HIRAN RODRIGUEZ _____ ) *Plaintiff(s)* | ) ) ) ) | CIVIL ACTION NO. 25-197 SECTION: "A" (2) JUDGE JAY C. ZAINEY |
| *v.* | ) ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| META PLATFORMS, INC., ET AL, _____ *Defendant(s)* | ) ) ) |  |

**PLAINTIFF'S NOTICE OF SUBMISSION OF PENDING OPPOSITIONS AND MOTIONS**

**NOW INTO COURT**, comes Plaintiff **Hiran Rodriguez**, proceeding **pro se**, who respectfully submits this **Notice of Submission**, notifying the Court that the following pending **oppositions and motions** have been properly filed and are ripe for judicial determination.

## I. PENDING OPPOSITIONS

The following oppositions to Defendants' **Motions to Dismiss** have been fully briefed and await ruling:

1. **Response in Opposition to Defendant Apple, Inc.'s Motion to Dismiss** (Rec. Doc. 31)

2. **Response in Opposition to Defendant Jefferson Parish Sheriff's Office Motion to Dismiss/Quash Service** (Rec. Doc. 38)

3. **Response in Opposition to Defendant X Corp.'s Motion to Dismiss** (Rec. Doc. 74)

4. **Response in Opposition to Defendant Kansas City Southern Railway Company's Motion to Dismiss** (Rec. Doc. 80)

5. **Response in Opposition to Defendants The Associated Press and Haleluya Hadero's Motion to Dismiss** (Rec. Doc. TBD)

6. **Response in Opposition to Defendant AT&T Enterprises, LLC's Motion to Dismiss** (Rec. Doc. TBD)

7. **Response in Opposition to Defendant LCMC Healthcare Partners, LLC's Motion to Dismiss** (Rec. Doc. TBD)

## II. PENDING MOTIONS

Additionally, the following **motions filed by Plaintiff** are fully submitted and require adjudication:

1. **Motion to Strike Jefferson Parish's Motion to Dismiss** (Rec. Doc. 44)

2. **Motion to Strike Defendants' Late Filing**s (Rec. Doc. 75)

3. **Motion to Correct Docket Entries and Address Clerk's Office Misconduct** (Rec. Doc. 85)

4. **Motion for Reconsideration** (Rec. Doc. 87)

5. **Motion to Correct Service, Allow Alternative Service, and Extend Time** (Rec. Doc. 90)

6. **Motion to Recuse Judge Jay C. Zainey Pursuant to 28 U.S.C. § 455(a) and (b)** (Rec. Doc. 91)

## III. REQUEST FOR CONSIDERATION

Plaintiff respectfully requests that the Court promptly consider these **fully briefed matters** and issue rulings accordingly, in the interest of **judicial efficiency and fair adjudication** of this case.

---

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

*Pro Se Plaintiff*

820 Grove Ave, Metairie, Louisiana, 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

Dated: **March 19, 2025**

## **CERTIFICATE OF SERVICE**

I, **Hiran Rodriguez**, Plaintiff **pro se,** hereby certify that on **March 19, 2025**, I electronically submitted the following documents through the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana:**

- **Plaintiff's Notice of Submission of Pending Oppositions and Motions**
- **Any other related filings submitted concurrently**

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure**, notice of this filing will be electronically served via **CM/ECF** to all counsel **of record who have made an appearance in this case. For those defendants who have not yet made an appearance**, I further certify that **they are currently in the process of being served by the United States Marshal Service** in accordance with **Federal Rule of Civil Procedure 4(c)(3).**

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

*Pro Se Plaintiff*

5

820 Grove Ave, Metairie, Louisiana, 70003-7024.

(504) 203-8459

hiranrodriguez@outlook.com

**Date:** March 19, 2025
6

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Wednesday, March 19, 2025 11:43 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Wednesday, March 19, 2025 - 23:42.

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Plaintiff's Notice of Submission of Pending Oppositions and Motions

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

1