# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ _____ *Plaintiff(s)* | ) ) ) ) | CIVIL ACTION NO. 25-197  SECTION: "A" (2)  JUDGE JAY C. ZAINEY |
| *v.* | ) ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| META PLATFORMS, INC., ET AL, _____ *Defendant(s)* | ) ) ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LCMC HEALTHCARE PARTNERS, LLC'S MOTION TO DISMISS**

NOW COMES Plaintiff, **Hiran Rodriguez** ("Plaintiff"), appearing *pro se,* and respectfully submits this **Response in Opposition to Defendant LCMC Healthcare Partners, LLC's ("LCMC") Motion to Dismiss** (Rec. Doc. 64). For the reasons set forth below, Defendant's Motion should be **denied in its entirety.**

### I. INTRODUCTION

LCMC seeks dismissal on the grounds that Plaintiff allegedly failed to state a claim under Rule **12(b)(6) a**nd improperly served LCMC in violation of Rule **12(b)(5)**. However, these arguments lack merit, as Plaintiff has sufficiently alleged **specific facts** detailing LCMC's wrongful conduct and has undertaken all necessary steps to effectuate proper service. Dismissal at this stage would be **premature** and contrary to the principles of fair **adjudication** under federal law.

### II. LEGAL STANDARD

A motion to dismiss under Rule **12(b)(6)** may only be granted if no plausible claim for relief is presented. *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009). The Court must **accept all well-pleaded facts as true a**nd draw all reasonable inferences **in favor of Plaintiff**. *Bell Atl. Corp. v.*

*Twombly*, 550 U.S. 544, 570 (2007). Moreover, a pro **se complaint** must be construed **liberally**, allowing a fair opportunity for factual development. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

**III. ARGUMENT**

**I. PLAINTIFF HAS STATED A VALID CLAIM AGAINST LCMC**

LCMC incorrectly asserts that Plaintiff's Complaint lacks specific factual allegations. On the contrary, Plaintiff has detailed how LCMC:

• **Participated in a conspiracy to deprive Plaintiff of rights**, violating federal civil rights statutes;

• **Engaged in negligent hiring**, **supervision**, and **retention**, creating an **unsafe environment** that harmed Plaintiff;

• **Failed to uphold duties of care i**n a manner consistent with **Louisiana law.**

These claims are supported by **specific factual allegations**, which, when taken as true, **satisfy the pleading standards under Iqbal and Twombly.**

LCMC's **Rule 12(b)(5) motion** should be **denied**, as Plaintiff has taken proper measures to effectuate service. Even assuming arguendo that service was defective, the appropriate remedy is to permit **curative service,** not dismissal. *See Thompson v. Deutsche Bank Nat'l Trust Co.*, 775 F.3d 298, 304 (5th Cir. 2014). Plaintiff has already sought **alternative service through the U.S. Marshals,** demonstrating his diligence in ensuring compliance.

### III. LCMC'S MOTION IS PREMATURE AND PROCEDURALLY IMPROPER

LCMC seeks **early dismissa**l despite pending discovery obligations. This Court has **broad discretion** to defer ruling on such motions when discovery could yield additional facts. *See Anderson v. Liberty Lobby*, *Inc.*, 477 U.S. 242, 250 (1986). Given the **complexity of claims** and the need for factual resolution, **dismissal at this stage is unwarranted**.

### IV. CONCLUSION

For the foregoing reasons, Plaintiff **respectfully requests that the Court DENY Defendant LCMC Healthcare Partners, LLC's Motion to Dismiss in its entirety** and grant such other and further relief as it deems just and proper.

4

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

*Plaintiff, Pro Se*

820 Grove Avenue

Metairie, Louisiana, 70003-7024

Phone: (504) 203-8459

Email: hiranrodriguez@outlook.com

Dated: **March 19, 2025**

5

## **CERTIFICATE OF SERVICE**

I, **Hiran Rodriguez**, Plaintiff **pro se,** hereby certify that on **March 19, 2025**, I electronically submitted the following documents through the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana:**

- **Plaintiff's Response in Opposition to Defendants LCMC Healthcare Partners, LLC's Motion to Dismiss**
- **Any other related filings submitted concurrently**

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure 5(b)(2)(E),** electronic notice of this filing will be electronically served via **CM/ECF** to all counsel **of record who have made an appearance in this case. For those defendants who have not yet made an appearance**, I further certify that **they are currently in the process of being served by the United States Marshal Service** in accordance with **Federal Rule of Civil Procedure 4(c)(3).**

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

6

**Hiran Rodriguez**

*Pro Se Plaintiff*

820 Grove Ave, Metairie, Louisiana, 70003-7024.

(504) 203-8459

hiranrodriguez@outlook.com

Date: **March 19, 2025**

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, March 20, 2025 1:07 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |

A new EDSS Filing has been submitted. The filing was submitted on Thursday, March 20, 2025 - 01:06.

Submitted values are:

Filer's Full Name: Hiran Rodriguez

Filer's Email Address: hiranrodriguez@outlook.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 820 Grove Ave, Metairie, LA, 70003-7024

Filer's Phone Number: 504-203-8459

Case Number (if known): 2:25-cv-00197-JCZ-DPC

Case Name: Rodriguez v. Meta Platforms, Inc., et al

Document 1 Description: Plaintiff's Response in Opposition

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

eFile-ProSe

1