UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ                                                CIVIL ACTION

VERSUS                                                              NO. 25-197

META PLATFORMS, INC. ET AL.                          SECTION "A" (2)

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73, the

captioned matter is referred to United States Magistrate Judge Donna Phillips Currault for hearing,

including evidentiary hearing if necessary, and a submission of a Report and Recommendation.

**IT IS FURTHER ORDERED** that all deadlines in this matter are **STAYED** pending the

Court's review of the Magistrate Judge's Report and Recommendation.

The stay on deadlines in this order includes, but is not limited to: deadlines for Plaintiff to

effectuate service on the defendants, deadlines for the defendants to respond to this lawsuit, and

deadlines for any party to respond in opposition or reply in support thereof any pending motion.

March 20, 2025

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE