# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

HIRAN RODRIGUEZ
Plaintiff(s)

v.

META PLATFORMS, INC., ET AL,
Defendant(s)

CIVIL ACTION NO. 25-197
SECTION: "A" (2)
JUDGE JAY C. ZAINEY
MAG. JUDGE DONNA PHILLIPS CURRAULT

**NOTICE OF OBJECTION AND MOTION TO DEFER RULING ON PRO HAC VICE ADMISSION OF KENNETH M. TRUJILLO-JAMISON**

**NOW INTO COURT**, comes Plaintiff, **Hiran Rodriguez**, appearing ***pro se*,** who respectfully submits this **Notice of Objection and Motion to Defer Ruling** concerning Defendant **X Corp.'s** Ex Parte Motion for Pro Hac Vice Admission of **Kenneth M. Trujillo-Jamison**, filed on **March 24, 2025.**

---

**I. TIMING AND APPEARANCE OF IMPROPRIETY**

The appearance of Mr. Trujillo-Jamison coincides directly with Plaintiff's **motion for an evidentiary hearing**, recent filings **objecting to judicial conduct,** and **requests for emergency protective relief**. This timing suggests possible strategic coordination to influence or obstruct discovery or the administration of justice.

---

**II. POTENTIAL CONFLICTS OF INTEREST**

Plaintiff reasonably believes Mr. Trujillo-Jamison may have **prior or ongoing affiliations** with individuals, corporate entities, or surveillance contractors involved in this case, including **X Corp.'s internal legal or compliance departments.** Any such undisclosed involvement may trigger ethical violations under **28 U.S.C. § 455 and ABA Model Rule 1.7.**

---

## III. REQUEST FOR DISCLOSURE

Plaintiff respectfully requests that the Court **defer ruling** on the pro hac vice motion until Defendants disclose the **date of retention** and any **prior substantive communications** involving Mr. Trujillo-Jamison related to this litigation.

---

## IV. RESERVATION OF RIGHTS

Plaintiff reiterates his **continuing objection** to the participation of **District Judge Jay C. Zainey** in this matter, as set forth in **Rec. Doc. 91.** Plaintiff specifically objects to the issuance or endorsement of any **judicial orders**, including final rulings or signings of proposed orders, by Judge Zainey during the pendency of this objection. Plaintiff further objects to any party's request for relief that would require Judge Zainey's participation.

While Plaintiff acknowledges the **limited referral** of certain matters to **Magistrate Judge Donna Phillips Curranult**, Plaintiff reserves all rights to challenge the final **adoption**, **execution**, or **review** of any Report and Recommendation by Judge Zainey on the grounds of **judicial bias**, **due process violations**, and **28 U.S.C. § 455 noncompliance.**

---

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully requests that this Court:

**1.** Defer or stay any ruling on the Motion for Admission Pro Hac Vice;

**2.** Order limited disclosure by X Corp. and Mr. Trujillo-Jamison regarding any conflict, prior involvement, or communications relevant to this case;

**3.** Preserve Plaintiff's right to object to or seek disqualification should further evidence of impropriety emerge.

---

**Respectfully submitted,**

Hiran Rodriguez

**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

***Pro Se Plaintiff***

820 Grove Ave, Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: **March 24, 2025**

## CERTIFICATE OF SERVICE

I, **Hiran Rodriguez**, ***Plaintiff pro se*,** hereby certify that on **March 24, 2025**, I electronically submitted the following documents through the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana:**

- **Notice of Objection and Motion to Defer Ruling on Pro Hac Vice Admission of Kenneth M. Trujillo-Jamison**

- **Any other related filings submitted concurrently**

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure**, notice of this filing will be electronically served via **CM/ECF** to all counsel **of record who have made an appearance in this case. For those defendants who have not yet made an appearance**, I further certify that **they are currently in the process of being served by the United States Marshal Service** in accordance with **Federal Rule of Civil Procedure 4(c)(3).**

**Respectfully submitted,**

Hiran Rodriguez

**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

***Pro Se Plaintiff***

820 Grove Ave, Metairie, Louisiana, 70003-7024.

(504) 203-8459

hiranrodriguez@outlook.com

Date: **March 24, 2025**

**Stacy Pecoraro**

---

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Monday, March 24, 2025 9:40 PM
**To:** LAEDml_Pro Se
**Subject:** New EDSS Filing Submitted

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 24, 2025 - 21:40.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197-JCZ-DPC

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE OF OBJECTION AND MOTION TO DEFER RULING ON PRO HAC VICE ADMISSION OF KENNETH M. TRUJILLO-JAMISON