UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 25-197 |
| META PLATFORMS, INC., ET AL | * | SECTION "A" (2) |

## ORDER

On March 20, 2025, Judge Zainey referred this matter for hearing, including evidentiary hearing if necessary, and a submission of a Report and Recommendation pursuant to 28 U.S.C § 631(b)(1)(B) and Local Rule 73. ECF No. 102. Pending before me is Plaintiff's Motion Requesting Evidentiary Hearing. ECF No. 104.

Plaintiff requests an evidentiary hearing on his Emergency Motion for Protective Order and Injunctive Relief, which Judge Zainey denied on March 21, 2025. ECF Nos. 98, 103. There is no need for an evidentiary hearing on motions that have been denied. As to any other pending matter subject to the referral, should an evidentiary hearing be found necessary, the undersigned will issue an Order scheduling same without the need for any party to file a motion. Accordingly,

IT IS ORDERED that that Plaintiff's Motion Requesting Evidentiary Hearing (ECF No. 104) is DENIED.

New Orleans, Louisiana, this __26th__ day of March, 2025.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE