UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 25-197 |
| META PLATFORMS, INC., ET AL | * | SECTION "A" (2) |

**ORDER**

Pending before me are Defendant X Corp.'s *Ex Parte* Motion to Appear *Pro Hac Vice* for Kenneth M. Trujillo-Jamison and Plaintiff's Motion to Defer Ruling on X Corp's motion. ECF Nos. 105, 107.

Defendant's motion fails to comply with Local Rule 83.2.5. Specifically, the attached affidavit states only that there are currently "no criminal or disciplinary proceedings against me," but does not state whether *any* disciplinary proceeding or criminal charges *have ever been* instituted against him, as required by Local Rule 83.2.5. Accordingly,

IT IS FURTHER ORDERED Defendant X Corp.'s *Ex Parte* Motion to Appear *Pro Hac Vice* for Kenneth M. Trujillo-Jamison (ECF No. 105) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Motion to Defer Ruling on X Corp's motion (ECF No. 107) is DENIED AS MOOT.

New Orleans, Louisiana, this ___26th___ day of March, 2025.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

1