# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ | ) |
| _____ | ) |
| *Plaintiff(s)* | |
| | CIVIL ACTION NO. 25-197 |
| | SECTION: "A" (2) |
| *v.* | JUDGE JAY C. ZAINEY |
| | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| | ) |
| | ) |
| META PLATFORMS, INC., ET AL, | ) |
| _____ | ) |
| *Defendant(s)* | |
| | ) |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MARK ELLIOT**

**ZUCKERBERG**

**(Pursuant to Fed. R. Civ. P. 55(a))**

I, **HIRAN RODRIGUEZ**, declare under penalty of perjury under **28 U.S.C. § 1746** that the following is true and correct:

**1.** I am the Plaintiff in this matter and respectfully request entry of default against Defendant **Mark Elliot Zuckerberg** pursuant to **Rule 55(a)** of the **Federal Rules of Civil Procedure**.

**2.** Defendant was personally served by the **U.S. Marshals Service** on **March 6, 2025**, with a copy of the Summons and Complaint, as recorded in the docket.

**3.** Pursuant to **Rule 12(a)(1)(A)(i)**, Defendant's response was due by **March 27, 2025.**

**4.** As of today, **March 28, 2025**, no answer, motion, or responsive pleading has been filed by Defendant Zuckerberg.

**5.** While counsel for Meta Platforms, Inc. entered an appearance on Zuckerberg's behalf, **no formal motion to extend** the March 27 deadline was filed before it expired, nor was any order issued by the Court altering his deadline.

**6.** I respectfully request that the Clerk **enter default against Mark Elliot Zuckerberg** in accordance with **Rule 55(a),** preserving all further rights to move for default judgment.

---

**Respectfully submitted,**



**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

***Pro Se Plaintiff***

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, **Hiran Rodriguez**, Plaintiff *pro se*, hereby certify that on **March 28, 2025**, I electronically submitted the following documents through the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana**:

• **Request for Entry of Default Against Defendant Mark Elliot Zuckerberg**

• **Memorandum in Support of Entry of Default**

• **Proposed Order for Entry of Default**

• **This Certificate of Service**

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure**, notice of this filing will be electronically served via **CM/ECF** to all counsel of record who have made an appearance in this case.

For any defendants who have not yet entered an appearance, I further certify that they are in the process of being served by the **United States Marshal Service** in accordance with **Federal Rule of Civil Procedure 4(c)(3)**.

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

***Pro Se Plaintiff***

820 Grove Ave

 Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, March 28, 2025 12:21 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Request for Entry of Default Against Defendant Mark Elliot Zuckerberg.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, March 28, 2025 - 00:21.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Request for Entry of Default Against Defendant Mark Elliot Zuckerberg.pdf