UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

|  |  |
|---|---|
| HIRAN RODRIGUEZ ) ) *Plaintiff(s)* | CIVIL ACTION NO. 2:25-CV-00197<br>SECTION: "A" (2) |
| v. | JUDGE JAY C. ZAINEY |
| ) ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| META PLATFORMS, INC., ET AL, ) ) *Defendant(s)* ) |  |

**MEMORANDUM IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

**AGAINST DEFENDANT MARK ELLIOT ZUCKERBERG**

Plaintiff, **Hiran Rodriguez**, appearing *pro se*, submits this Memorandum of Law in support of the Request for Entry of Default against Defendant **Mark Elliot Zuckerberg**, and respectfully states the following:

**I. BACKGROUND AND SERVICE**

Defendant Zuckerberg was **personally served** by the **U.S. Marshals Service** on **March 6, 2025,** as reflected in the official docket. Under **Federal Rule of Civil Procedure 12(a)(1)(A)(i)**, he was required to respond to the Complaint within **21 days,** making the response deadline **March 27, 2025.**

As of the date of this filing—**March 28, 2025**—Zuckerberg has failed to plead, move, or otherwise respond to the Complaint. Accordingly, he is in default under **Rule 55(a).**

**II. PROCEDURAL ATTEMPT TO EVADE DEFAULT MUST BE REJECTED**

2

Defendants filed an Ex Parte Motion at **Rec. Doc. 94** purporting to request a joint extension for both Meta Platforms, Inc. and Mark Zuckerberg to file a response by **April 17, 2025.**

This filing is **procedurally deficient and legally ineffective** as to Zuckerberg.

Plaintiff notes that Defendants' filing in **Rec. Doc. 94** does not constitute a proper motion to extend Defendant Zuckerberg's March 27, 2025 deadline. To be valid under **Fed. R. Civ. P. 6(b)(1)(A)**, a motion for extension of time must **(1)** be filed before the expiration of the deadline; **(2)** set forth good cause; and **(3)** clearly request specific relief. Defendant Zuckerberg's deadline was triggered by **valid personal service on March 6, 2025**, and is governed separately from Meta Platforms, Inc.

The motion filed at **Rec. Doc. 94** fails on all counts:

• It improperly merges two separate procedural timelines;

• It provides no factual or legal basis for extending Zuckerberg's deadline;

• It fails to cite any authority supporting a joint or "implied" extension.

As the Fifth Circuit has stated, "Courts must enforce deadlines unless there is both a motion to extend and a showing of good cause." *Hetzel v. Bethlehem Steel Corp.*, **50 F.3d 360, 367 (5th Cir. 1995).** Mere confusion or generalized assertions of delay **do not constitute good cause**. See also *Lujan v. Nat'l Wildlife Fed'n*, **497 U.S. 871, 896 n.5 (1990)** (holding that procedural rules must be "enforced to ensure fairness and finality").

Accordingly, Defendant Zuckerberg's time to respond expired on **March 27, 2025**, and no timely or valid motion for extension has been granted. He is in default as of March 28, 2025, and the entry of default is proper and mandatory under **Rule 55(a).**

**III. CONCLUSION**

For all of the foregoing reasons, Plaintiff respectfully requests that the Clerk **enter default forthwith** against Defendant **Mark Elliot Zuckerberg,** preserving Plaintiff's rights to seek default judgment and additional relief under **Rule 55(b).**

**Respectfully submitted,**

**/s/ Hiran Rodriguez**

*Hiran Rodriguez*

**Hiran Rodriguez**

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

## **CERTIFICATE OF SERVICE**

I, **Hiran Rodriguez**, Plaintiff *pro se*, hereby certify that on **March 28, 2025**, I electronically submitted the following documents through the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana**:

• **Request for Entry of Default Against Defendant Mark Elliot Zuckerberg**

• **Memorandum in Support of Entry of Default**

• **Proposed Order for Entry of Default**

• **This Certificate of Service**

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure**, notice of this filing will be electronically served via **CM/ECF** to all counsel of record who have made an appearance in this case.

For any defendants who have not yet entered an appearance, I further certify that they are in the process of being served by the **United States Marshal Service** in accordance with **Federal Rule of Civil Procedure 4(c)(3)**.

**Respectfully submitted,**



**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003

 (504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

7

## eFile-ProSe

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Friday, March 28, 2025 12:31 AM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** MEMORANDUM IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, March 28, 2025 - 00:30.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** MEMORANDUM IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT