# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | |
| _____ ) | |
| *Plaintiff(s)* | |
| | CIVIL ACTION NO. 2:25-CV-00197 |
| | SECTION: "A" (2) |
| *v.* | JUDGE JAY C. ZAINEY |
| ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) | |
| META PLATFORMS, INC., ET AL, | |
| _____ ) | |
| *Defendant(s)* | |
| ) | |

**[PROPOSED] ORDER FOR ENTRY OF DEFAULT**

Considering Plaintiff's Request for Entry of Default (Rec. Doc. ___) against Defendant **Mark Elliot Zuckerberg**, and finding that:

• Defendant was personally served on **March 6, 2025**;

• No responsive pleading or motion has been filed as of **March 27, 2025**;

• No valid motion for extension was granted;

**IT IS ORDERED** that the Clerk of Court shall enter default against **Mark Elliot Zuckerberg** pursuant to **Federal Rule of Civil Procedure 55(a)**.

New Orleans, Louisiana, this ____ day of _____, 2025.

_____

**DEPUTY CLERK**

**U.S. DISTRICT COURT — EASTERN DISTRICT OF LOUISIANA**

# **CERTIFICATE OF SERVICE**

I, **Hiran Rodriguez**, Plaintiff *pro se*, hereby certify that on **March 28, 2025**, I electronically submitted the following documents through the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana**:

• **Request for Entry of Default Against Defendant Mark Elliot Zuckerberg**

• **Memorandum in Support of Entry of Default**

• **Proposed Order for Entry of Default**

• **This Certificate of Service**

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure**, notice of this filing will be electronically served via **CM/ECF** to all counsel of record who have made an appearance in this case.

For any defendants who have not yet entered an appearance, I further certify that they are in the process of being served by the **United States Marshal Service** in accordance with **Federal Rule of Civil Procedure 4(c)(3)**.

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

**Hiran Rodriguez**

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003

 (504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

4

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, March 28, 2025 12:29 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Proposed Order.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, March 28, 2025 - 00:28.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Proposed Order for Entry of Default for Request for Entry of Default Against Defendant Mark Elliot Zuckerberg

1