# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

|  |  |
|---|---|
| HIRAN RODRIGUEZ )<br>_____ )<br>*Plaintiff(s)*<br><br>v.<br><br>)<br>)<br>META PLATFORMS, INC., ET AL,<br>_____ )<br>*Defendant(s)*<br>) | CIVIL ACTION NO. 2:25-CV-00197<br>SECTION: "A" (2)<br><br>JUDGE JAY C. ZAINEY<br>MAG. JUDGE DONNA PHILLIPS CURRAULT |

**PLAINTIFF'S FORMAL OPPOSITION TO DEFENDANTS' EX PARTE MOTION TO RETROACTIVELY EXTEND MARK ZUCKERBERG'S RESPONSE DEADLINE**

**NOW INTO COURT** comes Plaintiff, **Hiran Rodriguez**, appearing *pro se,* and respectfully submits this formal opposition to Defendants' Ex Parte Motion for Extension of Time and to Confirm Response Deadline (Doc. 94), which improperly seeks to retroactively extend Defendant **Mark Elliot Zuckerberg's deadline to respond** to the Complaint.

---

**I. BACKGROUND AND PROCEDURAL CONTEXT**

On **March 6, 2025**, Defendant Zuckerberg was personally served by the **U.S. Marshals Service**, with service returned and entered on the docket.

Under Rule **12(a)(1)(A)(i)** of the Federal Rules of Civil Procedure, his response was due **within 21 days**, i.e., **on or before March 27, 2025**.

Defendants now attempt, via an ex parte filing, to **retroactively merge Zuckerberg's procedural deadline with that of Meta Platforms, Inc**.—even though:

• Zuckerberg was **served separately;**

2

• No timely **Rule 6(b)** motion was filed for him;

• No showing of **good cause or excusable neglect** has been made;

• Plaintiff's **Request for Entry of Default** was filed on **March 28, 2025**, in compliance with **Rule 55(a)**.

---

## II. DEFENDANTS CANNOT RETROACTIVELY REWRITE FEDERAL DEADLINES

Defendants' ex parte request **(Doc. 94)** is a procedural sleight of hand. It is:

• **Not styled as a motion on behalf of Zuckerberg;**

• **Filed before default attached but never cured;**

• **Silent on legal authority for altering Rule 12 deadlines;**

• Designed to confuse separate deadlines and avoid accountability.

3

Federal courts consistently hold that a party's failure to timely answer or move to extend time **results in default by operation of law.** No procedural rule allows Meta's extension to **automatically transfer** to Zuckerberg. To permit such a maneuver would gut Rule 12's integrity and reward procedural gamesmanship.

### III. PLAINTIFF'S DEFAULT REQUEST IS VALID AND UNCHALLENGED

Plaintiff's **Request for Entry of Default** and **Memorandum in Support** (filed March 28, 2025) were:

• Filed immediately after the deadline expired;

• Properly served via CM/ECF to all appearing counsel;

• Supported by a valid affidavit and procedural compliance under **Rule 55(a).**

Zuckerberg has not filed any responsive pleading, formal notice of appearance, or separate motion under Rule 6(b). Nothing in Doc. 94 constitutes a sufficient legal response.

## IV. THIS COURT SHOULD PRESERVE PROCEDURAL FAIRNESS AND ENFORCE DEFAULT

To allow Defendants to sidestep rules by conflating identities and deadlines would set a dangerous precedent and undermine judicial efficiency. Plaintiff has relied on clear procedural timelines and the integrity of the Court's docket. This Court should **uphold the Rule 12 and Rule 55 framework** and deny any relief that would undermine it.

## V. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Honorable Court:

1. **Deny any portion of Doc. 94** that seeks to extend or revive Mark Zuckerberg's expired deadline;

2. **Sustain Plaintiff's Request for Entry of Default** as filed on March 28, 2025;

3. And **reject Defendants' procedural mischaracterization** of response deadlines as to separate parties.

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

820 Grove Ave, Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

## [PROPOSED] ORDER DENYING EX PARTE MOTION TO EXTEND MARK ZUCKERBERG'S RESPONSE DEADLINE

Considering Plaintiff's Opposition and the record before the Court:

**IT IS ORDERED** that Defendants' Ex Parte Motion for Extension of Time and to Confirm Response Deadline (Doc. 94) is **DENIED** to the extent it seeks to retroactively extend the response deadline of Defendant **Mark Elliot Zuckerberg** beyond March 27, 2025.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Entry of Default, filed March 28, 2025, remains valid and properly submitted under Rule 55(a).

**New Orleans**, **Louisiana**, this \_\_\_\_ day of _____, 2025.

_____

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

*Subject to Plaintiff's continuing objection to participation of Judge Jay C. Zainey (Rec. Doc. 91).*

## CERTIFICATE OF SERVICE

I, **Hiran Rodriguez**, *sui juris*, hereby certify, pursuant to Local Rule 5.4 and the Federal Rules of Civil Procedure, that on **March 28, 2025**, I submitted the foregoing **Opposition to Defendants' Ex Parte Motion to Extend Mark Zuckerberg's Deadline**, including the **[Proposed] Order**, via the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana**.

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure,** notice of this filing will be electronically served via CM/ECF to all counsel of record who have appeared in this case. For Defendants who have not yet made an appearance, service is in progress through the **United States Marshal Service pursuant to Rule 4(c)(3).**

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003

 (504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, March 28, 2025 7:14 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | PLAINTIFF'S FORMAL OPPOSITION TO DEFENDANTS' EX PARTE MOTION TO RETROACTIVELY EXTEND MARK ZUCKERBERG'S RESPONSE DEADLINE (DOC. 94).pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, March 28, 2025 - 07:14.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024.

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** PLAINTIFF'S FORMAL OPPOSITION TO DEFENDANTS' EX PARTE MOTION TO RETROACTIVELY EXTEND MARK ZUCKERBERG'S RESPONSE DEADLINE

1