# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ <br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> META PLATFORMS, INC., ET AL, <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 2:25-CV-00197 <br> SECTION: "A" (2) <br> DISTRICT JUDGE: JAY C. ZAINEY <br> MAG. JUDGE: DONNA PHILLIPS CURRAULT |

**EMERGENCY SUI JURIS PETITION FOR IMMEDIATE JUDICIAL NOTICE AND**

**DEMAND FOR PRE-DISCOVERY INTERVENTION**

**NOW COMES Hiran Rodriguez**, *sui juris*, giving lawful notice to this Court of immediate and continuing surveillance and digital trespass occurring outside the boundaries of discovery and without lawful authority. This petition **reaffirms** and **incorporates the jurisdictional challenge** entered in the original complaint filed **January 29, 2025**. No part of this petition shall be construed as **consent to jurisdiction** or waiver of standing objections. The undersigned Petitioner declares that the injury is **real**, **documented**, **and ongoing**, warranting judicial notice and **pre-discovery intervention**. The threat to liberty and privacy is escalating and must be preserved on the record.

Petitioner possesses **forensic evidence** documenting unauthorized telemetry capture, outbound data transfers, SSL certificate manipulation, and mobile device infiltration through known API endpoints associated with **Meta Platforms, Inc**. This misconduct is occurring **contemporaneously with this case** and **outside lawful authorization**. The surveillance and digital contact appear **intentional**, **unrelenting**, and absent any demonstrated legal basis. These actions continue **despite incomplete service** upon all named parties and in clear contempt of pending proceedings. Therefore, the Petitioner **demands preservation of digital evidence**, cessation of unlawful surveillance, and **judicial oversight** prior to discovery.

The record reflects numerous filings and judicial responses, yet the specific nature of cyber-intrusion and evolving digital harm necessitate this narrowly tailored notice. The facts at hand implicate **violations of the First, Fourth, Fifth, and Ninth Amendments** and require immediate attention under this Court's **equitable and supervisory authority**. The undersigned

2

does not waive any previously filed jurisdictional objections, nor consents to presumptions of agency or representation. This petition shall not be construed as a motion, argument, or submission to foreign venue, but as a **lawful notice of harm** and **demand for record** preservation under the laws of equity and constitutional redress. **Wherefore**, this emergency petition is respectfully entered.

### CERTIFICATION / VERIFICATION / VALIDATION

I, **Hiran Rodriguez**, *sui juris*, certify under penalty of perjury under the laws of the United States of America that the foregoing is **true** and **correct**.

So help me God on this day, March 28, 2025, as is hereby so attested!

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003

Phone: (504) 203-8459

Email: hiranrodriguez@outlook.com

**Dated:** March 28, 2025

## [PROPOSED] ORDER GRANTING JUDICIAL NOTICE AND RECORD PRESERVATION

CONSIDERING the **Emergency Sui Juris Notice and Demand for Pre-Discovery Intervention** filed by Plaintiff Hiran Rodriguez, and the supporting factual allegations concerning unlawful surveillance and ongoing digital harm:

**IT IS ORDERED** that this Court takes judicial notice under Federal Rule of Evidence 201(d) and (f) of the facts and forensic indicators submitted by Plaintiff.

**IT IS FURTHER ORDERED** that all named Defendants are instructed to preserve all digital and internal records, including:

- Telemetry logs,
- SSL certificates and access traffic,
- API and account access records
- Internal communications concerning Plaintiff,
- Any third-party instructions or surveillance-related activities.

**IT IS FURTHER ORDERED** that no Defendant shall engage in any further digital contact, interception, or surveillance of Plaintiff or Plaintiff's devices, unless authorized by this Court.

**New Orleans**, **Louisiana**, this _____ day of _____, 2025.

_____
U.S. DISTRICT JUDGE / MAGISTRATE JUDGE

*Subject to Plaintiff's continuing objection to the participation of Judge Jay C. Zainey. See Rec. Doc. 91*

## **CERTIFICATE OF SERVICE**

I, **Hiran Rodriguez**, *sui juris*, hereby certify that on **March 28, 2025**, I submitted the foregoing **Emergency Sui Juris Notice and Demand for Pre-Discovery Intervention**, along with the accompanying **[Proposed] Order**, via the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana.**

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure**, notice of this filing will be electronically served via **CM/ECF** to all counsel of record who have appeared in this case. For Defendants who have not yet made an appearance, service is in progress through the **United States Marshal Service** pursuant to **Rule 4(c)(3).**

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 28, 2025

8

# eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, March 28, 2025 2:40 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | EMERGENCY SUI JURIS PETITION FOR IMMEDIATE JUDICIAL NOTICE AND%0ADEMAND FOR PRE-DISCOVERY INTERVENTION.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, March 28, 2025 - 14:40.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** EMERGENCY SUI JURIS PETITION FOR IMMEDIATE JUDICIAL NOTICE AND DEMAND FOR PRE-DISCOVERY INTERVENTION