UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ | CIVIL ACTION |
| VERSUS | NO: 25-197 |
| META PLATFORMS, INC, ET AL | SECTION: "A" (2) |

**O R D E R**

    Before the Clerk is Plaintiff's Motion for Entry of Default as to Mark Elliot Zuckerberg (Rec. Doc. 112) filed on March 28, 2025.

    All deadlines in this matter have been stayed pursuant to the Order of Reference to United States Magistrate Judge (Rec. Doc. 102) entered on March 20, 2025.

    Accordingly, **IT IS ORDERED** that the motion is **DENIED**.

    New Orleans, Louisiana, this 31st day of March 2025.

CAROL L. MICHEL, CLERK

*Jennifer D.S. Limjuco*
Jennifer D.S. Limjuco, Deputy Clerk