U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Mar 31 2025

CAROL L. MICHEL
CLERK

SP                                    EDSS

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| HIRAN RODRIGUEZ | ) | |
| _____ | ) | CIVIL ACTION NO. 2:25-CV-00197 |
| *Plaintiff(s)* | | SECTION: "A" (2) |
| | | DISTRICT JUDGE: JAY C. ZAINEY |
| *v.* | ) | MAG. JUDGE: DONNA PHILLIPS CURRAULT |
| | ) | |
| META PLATFORMS, INC., ET AL, | ) | |
| _____ | ) | |
| *Defendant(s)* | | |
| | ) | |

**EMERGENCY MOTION FOR SANCTIONS, DISQUALIFICATION OF COUNSEL,**

**AND JUDICIAL INTERVENTION DUE TO ONGOING HARASSMENT BY**

**DEFENDANTS KANSAS CITY SOUTHERN RAILWAY COMPANY, LCMC**

**HEALTHCARE PARTNERS, LLC, AND JEFFERSON PARISH SHERIFF'S OFFICE**

**NOW INTO COURT** comes Plaintiff, **Hiran Rodriguez**, *sui juris,* and respectfully moves

this Honorable Court, pursuant to its **inherent supervisory authority, Rule 11 of the Federal**

**Rules of Civil Procedure**, and the **U.S. Constitution**, for emergency relief in the form of:

• **Sanctions,**

• **Disqualification of Counsel, and**

• **Immediate Protective Order** against the Defendants **Kansas City Southern Railway**

   **Company (KCS), LCMC Healthcare**

**Partners, LLC (LCMC), and the Jefferson Parish Sheriff's Office (JPSO)** for ongoing

harassment, obstruction, surveillance, and abuse tied to this litigation.

---

## I. COORDINATED PATTERN OF HARASSMENT AND RETALIATION

Plaintiff has experienced continuous and targeted harassment, including:

• Weaponized train horn blasts by KCS,

• Ambulance sirens and drive-bys by LCMC vehicles,

• JPSO's inaction and enabling of these tactics despite being named as a Defendant.

The timing and repetition of these events are not random. They directly align with Plaintiff's legal filings and activity, evidencing a **deliberate campaign of intimidation**.

---

## II. FAILURE OF COUNSEL TO INTERVENE OR ACKNOWLEDGE MISCONDUCT

Despite repeated evidence and formal notice, the following attorneys have refused to respond, acknowledge, or intervene:

• Eve B. Masinter and Philip J. Giorlando **(KCS)**

• Hailey Grace Cummiskey and Roland M. Vandenweghe, Jr. **(LCMC)** • Blake J. Arcuri and Laura C. Rodrigue **(JPSO / Lopinto)**

These attorneys also ignored **informal discovery requests** sent **March 20–22, 2025**, seeking records and evidence relevant to this harassment. Their silence is not neutrality—it is **procedural stonewalling** and **ethical dereliction.**

3

**III. PLAINTIFF'S EVIDENCE AND DIGITAL SUBMISSIONS**  Plaintiff has

compiled and shared a secure OneDrive folder with all twenty counsel of record

Titled: "Ongoing Evidence of Noise Harassment & Surveillance — March, 2025"

"[https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96](https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96)

[H zw– March 2025](https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96)"

This folder includes:

• Time-stamped video and audio recordings,

• Surveillance patterns aligned with court filings and private actions

This evidence was shared with all twenty defense attorneys on **March 24, 2025**. Not one

confirmed receipt or responded, further reinforcing bad faith litigation behavior.

## IV. VIOLATIONS OF LAW AND PLAINTIFF'S RIGHTS

The conduct described violates:

• **Rule 11(b)(1)** – improper purpose and harassment

• **18 U.S.C. § 1512** – obstruction and intimidation

• **18 U.S.C. § 241** – conspiracy against civil rights

• **First, Fourth, Fifth, and Fourteenth Amendments**

---

## V. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. **Disqualify** the named attorneys from representing KCS, LCMC, and JPSO in this matter;

2. **Impose monetary and procedural sanctions**;

3. **Order an immediate cease and desist** of noise, surveillance, and proximity-based

   harassment;

4. **Compel preservation and production** of logs, dispatch records, and employee

   assignments;

5. Accept Plaintiff's digital evidence for in-camera or sealed review;

6. **Grant any further relief** the Court deems just and necessary to protect Plaintiff and the

   integrity of this proceeding.

---

**Respectfully submitted,**

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003 (504)

203-8459

hiranrodriguez@outlook.com

**Dated:** March 31,, 2025

**DECLARATION OF HIRAN RODRIGUEZ IN SUPPORT OF EMERGENCY MOTION**

Pursuant to **28 U.S.C. § 1746**, **I**, **Hiran Rodriguez**, declare as follows:

1. I am the Plaintiff in this action and submit this declaration in support of my Emergency Motion for Sanctions and Disqualification**.**

2. Since the filing of this lawsuit, I have endured continuous and targeted harassment involving:

• Repeated horn blasts by Kansas City Southern Railway trains near my home,

• Ambulance pass-bys and siren use by LCMC Healthcare Partners vehicles,

• Intimidation, inaction, and surveillance enabled or ignored by the Jefferson Parish Sheriff's Office.

3. These events are documented in a OneDrive folder titled:

"https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2u s96H zw– March 2025"

which was shared with all twenty counsel of record on **March 24, 2025.**

4. I submitted informal discovery requests on **March 20–22, 2025**, asking Defendants to preserve and produce employee names, schedules, internal communications, logs, and surveillance-related data.

5. I have suffered sleep deprivation, distress, and physical and psychological harm as a result of this retaliation.

6. The defense attorneys for each Defendant named in the motion have failed to take any ethical, legal, or corrective action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 31, 2025** in Metairie, Louisiana.

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

---

**[PROPOSED] ORDER**

CONSIDERING Plaintiff's Emergency Motion for Sanctions, Disqualification of Counsel, and Judicial Intervention:

**IT IS ORDERED** that:

1.  Attorneys Eve B. Masinter, Philip J. Giorlando, Hailey Grace Cummiskey, Roland M. Vandenweghe Jr., Blake J. Arcuri, and Laura C. Rodrigue are disqualified from further representation of Kansas City Southern Railway Company, LCMC Healthcare Partners, LLC, and Jefferson Parish Sheriff's Office.

2.  Defendants are enjoined from engaging in further surveillance, horn blasts, siren-based intimidation, or interference with Plaintiff.

3.  All relevant evidence, including digital communications, dispatch logs, and employee schedules, shall be preserved and produced within 10 days.

4.  Plaintiff's OneDrive folder titled "Ongoing Evidence of Noise Harassment and

Surveillance – March 2025" is accepted into the record and available for in-camera review upon request.

New Orleans, Louisiana, this ____ day of _____, 2025.

_____

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

*Subject to Plaintiff's continuing objection to the participation of Judge Jay C. Zainey* **(Rec. Doc. 91)**

## <u>CERTIFICATE OF SERVICE</u>

I, **Hiran Rodriguez,** *sui juris,* certify that on **March 31, 2025**, I submitted:

• **Emergency Motion for Sanctions and Disqualification**

• **Declaration in Support of Emergency Motion**

• **[Proposed] Order**

• **Reference to Plaintiff's OneDrive evidence folder • This Certificate of Service**

via the **Electronic Document Submission System (EDSS)** of the **U.S. District Court** for the **Eastern District of Louisiana**. Notice will be electronically served on all counsel of record through **CM/ECF**. Service upon parties not yet appearing is ongoing via the **U.S. Marshal Service.**

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

(504) 203-8459

820 Grove Ave Metairie,

LA, 70003-7024

hiranrodriguez@outlook.com

**Dated:** March 31, 2025

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 31, 2025 4:09 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Emergency Motion for Sanctions and Disqualification of Counsel.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 31, 2025 - 16:09.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Emergency Motion for Sanctions and Disqualification of Counsel