# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

|  |  |  |
|---|---|---|
| HIRAN RODRIGUEZ | ) | |
| _____ ) | | CIVIL ACTION NO. 2:25-CV-00197 |
| *Plaintiff(s)* | | SECTION: "A" (2) |
| | | DISTRICT JUDGE: JAY C. ZAINEY |
| v. | ) | MAG. JUDGE: DONNA PHILLIPS CURRAULT |
| | ) | |
| META PLATFORMS, INC., ET AL, | | |
| _____ ) | | |
| *Defendant(s)* | | |
| | ) | |

**PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY FOR GOOD CAUSE TO PERMIT REVIEW OF PENDING EMERGENCY MOTION**

NOW COMES Plaintiff, **Hiran Rodriguez**, appearing *sui juris*, and respectfully moves this Honorable Court to **lift the stay entered on March 20, 2025 (Rec. Doc. 102)** to allow judicial consideration of **pending emergency motions**, including but not limited to:

• Motion to Disqualify Counsel for Defendant X Corp. **(Rec. Doc. 111)**

• Emergency Motion for Sanctions, Disqualification of Counsel, and Judicial Intervention **(Rec. Doc. 116)**

---

**I. BACKGROUND**

This Court issued an Order **(Rec. Doc. 102)** staying all deadlines and referring the matter to the Magistrate Judge. Since that time, significant developments have occurred that warrant immediate review:

1. **Ongoing Harassment and Misconduct**: Plaintiff has presented substantial, verified evidence of harassment and obstruction allegedly committed by defense counsel and parties (**see Rec. Doc. 116).**

2. **Preservation of Evidence at Risk**: Continued delay prejudices Plaintiff's ability to secure key evidence that is subject to spoliation or obstruction.

3. **Irreparable Harm**: The stay has been invoked to deny Plaintiff's right to default **(Rec. Doc. 117)** and delay adjudication of serious ethical violations raised in **Rec. Docs. 111 and 116.**

2

## II. LEGAL STANDARD

A district court may lift a stay "for good cause" or "to prevent manifest injustice." *See Clinton v. Jones, 520 U.S. 681, 707 (1997)*; *Landis v. North American Co.,* 299 U.S. 248, 254 (1936). Courts must balance:

- Hardship and prejudice to the parties;

- Judicial economy;

- The risk of irreparable harm or injustice.

In this case, each of the relevant factors weighs strongly in favor of lifting the stay.

## III. ARGUMENT

The current stay, while administratively convenient, is causing active procedural harm:

- **Critical motions regarding misconduct and ethical breaches remain unreviewed**, denying Plaintiff a fair forum.

• The **denial of a default motion** under a procedural stay conflicts with the equitable purpose of such relief.

• **No Report and Recommendation** has been issued by the Magistrate Judge in the intervening period, and the stay now operates as a *de facto* suppression of urgent legal grievances.

---

**IV. RELIEF REQUESTED**

**WHEREFORE**, Plaintiff respectfully prays this Court:

1. **Lift the Stay (Rec. Doc. 102)** for the limited purpose of adjudicating pending motions at **Rec. Docs. 111 and 116;**

2. Grant such other relief as may be just and proper in the interest of due process and equity.

Respectfully submitted this **31st day of March, 2025**.

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *Sui Juris*

4

820 Grove Ave, Metairie, LA, 70003-7024

hiranrodriguez@outlook.com

(504) 203-8459

# CERTIFICATE OF SERVICE

I, **Hiran Rodriguez,** *sui juris,* certify that on **March 31, 2025**, I submitted:

• **PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY FOR GOOD CAUSE TO PERMIT REVIEW OF PENDING EMERGENCY MOTION**

• **This Certificate of Service**

via the **Electronic Document Submission System (EDSS)** of the **U.S. District Court** for the **Eastern District of Louisiana**. Notice will be electronically served on all counsel of record through **CM/ECF**. Service upon parties not yet appearing is ongoing via the **U.S. Marshal Service.**

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *Sui juris*

*Pro Se Plaintiff*

6

(504) 203-8459

820 Grove Ave Metairie,

LA, 70003-7024

hiranrodriguez@outlook.com

**Dated:** March 31, 2025

# Stacy Pecoraro

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 31, 2025 4:55 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY FOR GOOD CAUSE TO PERMIT REVIEW OF PENDING EMERGENCY MOTION.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 31, 2025 - 16:55.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY FOR GOOD CAUSE TO PERMIT REVIEW OF PENDING EMERGENCY MOTION

1