# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | ) | |
| _____ | ) | CIVIL ACTION NO. 2:25-CV-00197 |
| *Plaintiff(s)* | | SECTION: "A" (2) |
| | | DISTRICT JUDGE: JAY C. ZAINEY |
| v. | ) | MAG. JUDGE: DONNA PHILLIPS CURRAULT |
| | ) | |
| META PLATFORMS, INC., ET AL, | | |
| _____ | ) | |
| *Defendant(s)* | | |
| | ) | |

**NOTICE OF SUBMISSION OF PENDING MOTIONS AND PRESERVATION OF OBJECTION TO JUDICIAL PARTICIPATION**

NOW INTO COURT comes Plaintiff, **Hiran Rodriguez**, appearing *pro se*, to respectfully notify the Court that the following fully briefed and ripe motions are submitted for consideration and determination at the next scheduled hearing date, which is currently set for **April 2, 2025 at 10:30 AM before Judge Jay C. Zainey**, despite Plaintiff's preserved objection to his continued participation pursuant to **28 U.S.C. § 455(a) and (b) and Rec. Doc. 100**:

**1. Motion to Lift Stay – Rec. Doc. 122**

**2. Motion to Disqualify Counsel for Defendant X Corp. – Rec. Doc. 111**

**3. Motion for Entry of Default as to Mark Zuckerberg – Rec. Doc. 112**

**4. Emergency Motion for Sanctions, Disqualification of Counsel, and Judicial Intervention – Rec. Docs. 116 and 121**

**5. Emergency Sui Juris PETITION for Immediate Judicial Notice and Demand for Pre-Discovery Intervention – Rec. Doc. 115**

**6. Motion to Strike Defendants' Late Filings – Rec. Docs. 75, 81, 82, 83, 84**

**7. Motion to Correct Service, Allow Alternative Service, and Extend Time – Rec. Docs. 89 and 90**

**8. Motion to Modify Scheduling Order to Permit Early Discovery – Rec. Doc. 99**

**9. Pending Oppositions to Defendants' Motions to Dismiss and Motions to Strike – Rec. Docs. 31, 38, 44, 45, 74, 79, 80, 92, 93, 95, 96, 97, 99**

**Preservation of Judicial Challenge**

Plaintiff respectfully **renews and preserves** his objection to the continued participation of Judge Jay C. Zainey, pursuant to **28 U.S.C. § 455(a) and (b)** and **Rec. Doc. 100**, following the Court's denial of Plaintiff's motion for recusal. Plaintiff reserves all rights regarding appellate and collateral review.

## III. REQUEST FOR CONSIDERATION

Plaintiff requests that the above motions be taken up at the next scheduled hearing or otherwise considered in due course in the interest of judicial economy and fairness.

## PROPOSED ORDER

Considering the foregoing Notice and the status of the pending motions:

**IT IS ORDERED** that the motions referenced herein shall be considered at the hearing scheduled for **April 2, 2025 at 10:30 AM**, or at the Court's earliest convenience.

**New Orleans, Louisiana, this \_\_\_ day of _____, 2025.**

_____
U.S DISTRICT JUDGE/MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, **Hiran Rodriguez,** *sui juris,* certify that on **March 31, 2025**, I submitted:

• **Notice of Submission of Pending Motions and Preservation of Objection to Judicial Participation**

• **Proposed Order**

• **This Certificate of Service**

via the **Electronic Document Submission System (EDSS)** of the **U.S. District Court** for the **Eastern District of Louisiana**. Notice will be electronically served on all counsel of record through **CM/ECF**. Service upon parties not yet appearing is ongoing via the **U.S. Marshal Service.**

**Respectfully submitted,**

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *Sui Juris*

*Pro Se Plaintiff*

820 Grove Ave, Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated: March 31, 2025**

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 31, 2025 8:07 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NOTICE OF SUBMISSION OF PENDING MOTIONS AND PRESERVATION OF%0AOBJECTION TO JUDICIAL PARTICIPATION.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 31, 2025 - 20:06.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE OF SUBMISSION OF PENDING MOTIONS AND PRESERVATION OF OBJECTION TO JUDICIAL PARTICIPATION