# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

HIRAN RODRIGUEZ                                     )

_____ )          CIVIL ACTION NO. 2:25-CV-00197
*Plaintiff(s)*                                            SECTION: "A" (2)
                                                          DISTRICT JUDGE: JAY C. ZAINEY
           v.                          )          MAG. JUDGE: DONNA PHILLIPS CURRAULT

                                       )
META PLATFORMS, INC., ET AL,
_____ )
*Defendant(s)*

                                       )

**MOTION TO VACATE CLERK'S DENIAL OF ENTRY OF DEFAULT (REC. DOC. 117)**

**NOW INTO COURT** comes Plaintiff, **Hiran Rodriguez**, appearing *pro se*, who respectfully moves this Honorable Court to vacate the Clerk's denial of entry of default (**Rec. Doc. 117**) as to Defendant Mark Elliot Zuckerberg, and in support states the following:

1. On March 28, 2025, Plaintiff submitted a Request for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a), supported by proof of service and lack of responsive pleading by Defendant Mark Elliot Zuckerberg. (Rec. Doc. 112).

2. On April 1, 2025, the Clerk of Court denied the request, citing the stay entered in Rec. Doc. 102.

3. However, Rule 55(a) provides for the **ministerial entry** of default by the Clerk upon a proper showing that "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend."

4. The Clerk's action is **procedural** and **non-discretionary**, and not subject to the judicial stay issued in Rec. Doc. 102, which relates to judicial rulings and substantive proceedings—not ministerial acts required by the Federal Rules.

5. Plaintiff expressly stated in **Rec. Doc. 122** that the stay should not be construed to preclude clerical entries such as default under **Rule 55(a)**, and reserved the right to move for default judgment at a later time.

6. Accordingly, Plaintiff respectfully requests that this Court issue an order vacating **Rec. Doc. 117,** and directing the Clerk to enter default against Defendant Mark Elliot Zuckerberg pursuant to **Rule 55(a).**

**WHEREFORE**, Plaintiff prays that this Motion be GRANTED and that **Rec. Doc. 117** be vacated.

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**Hiran Rodriguez,** *Sui Juris*

*Pro Se Plaintiff*

820 Grove Ave, Metairie, LA 70003 (504)

203-8459

hiranrodriguez@outlook.com

**Dated: March 31, 2025**

## CERTIFICATE OF SERVICE

I, **Hiran Rodriguez,** *sui juris,* certify that on **March 31, 2025**, I submitted:

• **MOTION TO VACATE CLERK'S DENIAL OF ENTRY OF DEFAULT (REC. DOC. 117).**

• **Any other filings submitted concurrently.**

via the **Electronic Document Submission System (EDSS)** of the **U.S. District Court** for the **Eastern District of Louisiana**. Notice will be electronically served on all counsel of record through **CM/ECF**. Service upon parties not yet appearing is ongoing via the **U.S. Marshal Service.**

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**Hiran Rodriguez,** *sui juris*

*Pro Se Plaintiff*

**Dated:** March 31, 2025

(504) 203-8459

820 Grove Ave

Metairie, LA, 70003-7024

hiranrodriguez@outlook.com

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, March 31, 2025 10:01 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | MOTION TO VACATE CLERK'S DENIAL OF ENTRY OF DEFAULT.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 31, 2025 - 22:00.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** (504) 203-8459

**Filer's Case Number (If Known):** 2:20-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** MOTION TO VACATE CLERK'S DENIAL OF ENTRY OF DEFAULT