# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

HIRAN RODRIGUEZ

*Plaintiff(s)*

*v.*

META PLATFORMS, INC., ET AL,

*Defendant(s)*

CIVIL ACTION NO. 2:25-CV-00197
SECTION: "A" (2)
DISTRICT JUDGE: JAY C. ZAINEY
MAG. JUDGE: DONNA PHILLIPS CURRAULT

**PLAINTIFF'S EMERGENCY MOTION TO STAY AND VACATE JUDICIAL RULINGS BY JUDGE ZAINEY AND OBJECTION TO FURTHER PARTICIPATION PURSUANT TO 28 U.S.C. § 455 (a) AND (b),**

## II. LEGAL STANDARD

Under **28 U.S.C. § 455(a) and (b)**, a judge shall disqualify himself where his impartiality might reasonably be questioned or where he has personal knowledge of disputed evidentiary facts.

Once a recusal motion is filed and denied, **continued participation by the judge must be challenged promptly** to preserve objection and avoid waiver. Courts have recognized that even the appearance of bias justifies withdrawal and staying proceedings. *See Liljeberg v. Health Services Acquisition Corp*., 486 U.S. 847 (1988).

---

## III. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. **Stay all judicial rulings and actions** by Judge Zainey—especially on matters set for April 2, 2025 at 10:30 AM—pending reassignment or resolution of Plaintiff's objections to his continued participation.

2. **Vacate all rulings** entered by Judge Zainey following the denial of the recusal motion on March 20, 2025 (Rec. Doc. 100), including any orders impacting Plaintiff's rights, discovery access, or ability to oppose pending motions.

3. Reassign the case to a different District Judge pursuant to **28 U.S.C. § 455(f)** and relevant jurisprudence.

4. Grant any further relief that the Court deems just and equitable to preserve due process and judicial integrity.

---

**Respectfully Submitted,**

Hiran Rodriguez

/s/ Hiran Rodriguez

**Hiran Rodriguez, *Sui Juris***

*Pro Se Plaintiff*

820 Grove Ave, Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** March 31, 2025

**PROPOSED ORDER**

Considering Plaintiff's **Emergency Motion to Stay and Vacate Judicial Rulings by Judge Zainey and Objection to Further Participation Pursuant to 28 U.S.C. § 455:**

IT IS ORDERED that Plaintiff's motion is hereby **GRANTED**.

IT IS FURTHER ORDERED that:

1. All rulings entered by Judge Jay C. Zainey following March 20, 2025 (the date of the denial of Recusal, Rec. Doc. 100), are hereby **VACATED**.

2. All further judicial rulings, including but not limited to those set for hearing on **April 2, 2025 (Rec. Docs. 30, 32, 36, 39, 44, 53, 58, 59, 64)**, are **STAYED** pending reassignment or resolution of Plaintiff's objection to Judge Zainey's continued participation.

3. The Clerk of Court is directed to refer this matter for reassignment to a different District Judge pursuant to **28 U.S.C. § 455.**

**New Orleans, Louisiana, this ___ day of ____________, 2025.**

---

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, **Hiran Rodriguez**, *sui juris*, certify that on **March 31, 2025**, I submitted:

• **EMERGENCY MOTION TO STAY AND VACATE JUDICIAL RULINGS BY JUDGE ZAINEY AND OBJECTION TO FURTHER PARTICIPATION PURSUANT TO 28 U.S.C. § 455**

• **The accompanying [PROPOSED] ORDER**

• **Any other filings submitted concurrently**

via the **Electronic Document Submission System (EDSS)** of the **U.S. District Court** for the **Eastern District of Louisiana**. Notice will be electronically served on all counsel of record through CM/ECF. Service upon parties not yet appearing is ongoing via the **U.S. Marshal Service.**

/s/ Hiran Rodriguez

Hiran Rodriguez

*Pro Se Plaintiff*

**Dated:** March 31, 2025

(504) 203-8459

820 Grove Ave

Metairie, LA, 70003-7024

hiranrodriguez@outlook.com

**eFile-ProSe**

---

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Monday, March 31, 2025 11:24 PM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** PLAINTIFF'S EMERGENCY MOTION TO STAY AND VACATE JUDICIAL RULINGS BY JUDGE ZAINEY AND OBJECTION TO FURTHER PARTICIPATION %0D%0APURSUANT TO 28 U.S.C. § 455 (a) AND (b).pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, March 31, 2025 - 23:23.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Gove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** PLAINTIFF'S EMERGENCY MOTION TO STAY AND VACATE JUDICIAL RULINGS BY JUDGE ZAINEY AND OBJECTION TO FURTHER PARTICIPATION