# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ _____ *Plaintiff(s)* | ) ) ) ) ) | CIVIL ACTION NO. 2:25-CV-00197 SECTION: "A" (2) DISTRICT JUDGE: JAY C. ZAINEY |
| v. | ) ) | MAG. JUDGE: DONNA PHILLIPS CURRAULT |
| META PLATFORMS, INC., ET AL, _____ *Defendant(s)* | ) ) ) | |

**PLAINTIFF'S PETITION FOR RECONSIDERATION OF CLERK'S DENIAL OF ENTRY OF DEFAULT AND DEMAND FOR SANCTIONS UNDER RULE 55(a) AND CONSTITUTIONAL AUTHORITY**

**NOW INTO COURT**, through undersigned, comes PLAINTIFF, **HIRAN RODRIGUEZ**, a natural living soul, who respectfully invokes this Court's ministerial duty and petitions for:

1. Reconsideration of the Clerk's Denial of Entry of Default (Rec. Doc. 126);

2. Immediate entry of default *nunc pro tunc* under Rule 55(a);

3. Partial lifting of stay solely for ministerial entry of said default; and

4. Imposition of sanctions against MARK ZUCKERBERG and ELON MUSK for procedural obstruction, contemptuous conduct, and willful evasion of judicial process.

## I. INTRODUCTION

This PETITION arises from the deliberate and strategic failure of Defendant MARK ZUCKERBERG, and similarly situated Defendant ELON MUSK, to appear, plead, or defend after perfected service. Their procedural inaction triggered the mandatory operation of **Federal Rule of Civil Procedure 55(a).**

The Court's March 20, 2025 stay (Rec. Doc. 117) does not extinguish the Clerk's non-discretionary obligation to enter default once a Defendant fails to defend after lawful service.

2

The stay, intended to pause deadlines, cannot override procedural mandates or constitutional guarantees under the **Fifth** and **Fourteenth Amendments**.

The Clerk's denial thus violates PLAINTIFF'S right to redress and due process. Moreover, extrajudicial conduct by ELON MUSK—captured and authenticated—constitutes digital interference and bad faith.

## II. JURISDICTIONAL FOUNDATION

Jurisdiction is properly invoked under Article III §2 of the Constitution, the **Civil Rights Act of 1866**, and the inherent judicial power to enter default and impose sanctions for contempt and obstruction.

## III. JURISDICTIONAL CHALLENGE

PLAINTIFF reserves all rights under the **Ninth** and **Tenth Amendments** and challenges any reliance by the Court on administrative codes, local rules, or general orders not duly enacted by

3

Congress or authorized by statute at large. The U.S. Constitution and Statutes at Large are the supreme law.

## IV. FACTS AND CONCLUSIONS OF LAW

1. Defendant MARK ZUCKERBERG was lawfully served and has not filed any responsive pleading.

2. Defendant ELON MUSK has publicly acknowledged this litigation while evading service.

3. Rule 55(a) mandates entry of default once a party "has failed to plead or otherwise defend."

4. The Court's stay is discretionary; Rule 55(a) is mandatory.

5. PLAINTIFF has attached authenticated **Exhibit A** (Kopjra Digital Forensics Report) and **Exhibit B** (Verified Social Media Evidence) establishing knowledge and bad faith interference by ELON MUSK.

6. Failure to enter default denies PLAINTIFF access to redress and prejudices constitutional standing.

## V. EXHIBIT A – KOPJRA WEB FORENSICS REPORT

Attached as **Exhibit A** is a digital forensic report dated April 2, 2025, capturing a tweet by Defendant ELON MUSK at https://x.com/elonmusk/status/1907116125919302056. The acquisition meets ISO/IEC 27037:2012 standards, with SSL logs, packet capture, and SHA-256 integrity verification.

This tweet—issued while Musk refused legal appearance—demonstrates contempt for judicial proceedings and strategic manipulation of public narrative. This confirms actual knowledge of the case and willful interference.

## VI. EXHIBIT B – VERIFIED DIGITAL MISCONDUCT

**Exhibit B** is a verified submission of screenshots dated April 1, 2025, demonstrating Defendant MUSK's public endorsement of judicial candidates and disparagement of opposing judges while under service evasion. The images document conduct consistent with **intentional interference, reputational harm, and procedural evasion.**

## VII. STATEMENT OF CLAIM

PLAINTIFF asserts the following causes:

• **Constitutional denial of procedural access**

• **Violation of Rule 55(a)**

• **Retaliation and interference (42 U.S.C. § 1983)**

• **Extrajudicial contempt (inherent authority)**

• **Civil obstruction under 18 U.S.C. §§ 1512 & 1513**

• **Reputational and emotional damage**

---

## VIII. CONDITIONAL FINALIZATION

PLAINTIFF affirms that all RIGHTS are preserved. PLAINTIFF does not consent to any implied waiver, joinder, or conversion of constitutional standing. PLAINTIFF proceeds under the **Bill of Rights** and the **Constitution for the United States of America**.

---

## IX. PRAYER FOR RELIEF

**WHEREFORE**, PLAINTIFF prays that this Court:

1. GRANT this PETITION;

2. ORDER the Clerk to enter default against Defendant MARK ZUCKERBERG and other defaulting parties;

3. LIFT the stay for that limited purpose;

4. IMPOSE sanctions upon ELON MUSK for obstruction, contempt, and reputational abuse;

5. AWARD fees, damages, and equitable relief as justice requires.

**Respectfully submitted,**

*Hiran Rodriguez*

**HIRAN RODRIGUEZ**

820 Grove Ave, Metairie, LA 70003

(504) 202-4232 | hiranrodriguez@outlook.com

*Pro Se PLAINTIFF*

**Dated:** April 3, 2025

## CERTIFICATE OF SERVICE

I, **HIRAN RODRIGUEZ**, hereby certify that a true and correct copy of the foregoing PETITION and attached EXHIBITS A & B were submitted via the **Electronic Document Submission System (EDSS)** of the **U.S. District Court** for the **Eastern District of Louisiana.** Notice will be electronically served on all counsel of record through CM/ECF. Service upon parties not yet appearing is ongoing via the **U.S. Marshal Service**.

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**HIRAN RODRIGUEZ**

*Pro Se PLAINTIFF*

**Dated:** April 3, 2025.

820 Grove Ave, Metairie, LA 70003

Phone: (504) 203-8459

Email: hiranrodriguez@outlook.com

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the foregoing PETITION will be submitted for consideration to the Honorable Court on the next available hearing date in accordance with Local Rule 7.2 and the Federal Rules of Civil Procedure.

Respectfully submitted,

*Hiran Rodriguez*

**HIRAN RODRIGUEZ**

*Pro Se PLAINTIFF*

**Dated:** April 3, 2025

## PROPOSED ORDER

Considering the foregoing Petition:

IT IS ORDERED that PLAINTIFF'S Petition is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall enter DEFAULT *nunc pro tunc* against MARK ZUCKERBERG and any other unresponsive parties.

IT IS FURTHER ORDERED that the stay previously entered (Rec. Doc. 117) is PARTIALLY LIFTED for that limited purpose.

IT IS FURTHER ORDERED that sanctions against Defendant ELON MUSK shall be assessed upon further submission.

New Orleans, Louisiana, this ___ day of _____, 2025.

_____

UNITED STATES DISTRICT JUDGE

## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 3, 2025 1:50 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | PLAINTIFF'S PETITION FOR RECONSIDERATION OF CLERK'S DENIAL OF%0AENTRY OF DEFAULT AND DEMAND FOR SANCTIONS UNDER RULE 55(a) AND%0ACONSTITUTIONAL AUTHORITY.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 3, 2025 - 01:50.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** PLAINTIFF'S PETITION FOR RECONSIDERATION OF CLERK'S DENIAL OF ENTRY OF DEFAULT AND DEMAND FOR SANCTIONS UNDER RULE 55(a)