**EXHIBIT A| KOPJRA INSTANT WEB FORENSICS REPORT**

**Authenticated** digital forensic acquisition dated **April 2, 2025**, preserving a tweet from **Defendant Elon Mus**k

(https://x.com/elonmusk/status/1907116125919302056). This tweet was captured and verified using **ISO/IEC 27037:2012**-compliant methodologies, complete with **SHA-256** file fingerprints and network packet capture. The **forensic snapshot** confirms Defendant Musk's extrajudicial interference with pending proceedings despite his failure to appear. Submitted in support of Plaintiff's **Motion for Reconsideration and Sanctions**



# WEB FORENSICS
# I N S T A N T

Mod. PO 13 A 01 EN v1

*Methodological Report*

Instant Forensic Acquisition

April 2, 2025



Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com

# 1. Assignment

The company Kopjra Srl, with registered office in Via Rizzoli 1/2, 40125 Bologna, Italy, VAT number 03904120247 (hereafter referred to as "Kopjra"), as per the session of forensic acquisition run automatically with the aid of the *SaaS* (*Software as a Service*) Web Forensics Instant, hereby formulates a methodological report to describe the technical rules, the processes adopted and the results obtained.

This methodological report refers to the activity of forensic acquisition of digital evidence executed on 04/02/2025 at 4:49 AM UTC+0000 and with regard to the *URLs* (*Uniform Resource Locator*) listed in the corresponding table in paragraph 4 (Detailed Information Summary on the Forensic Actions Carried Out).

The acquisition was carried out automatically with the aid of *SaaS* developed by Kopjra which allows the acquisition of digital evidence, that is to say any content available on the *Internet*, through an automatically controlled web browser run in a forensic environment. The evidentiary value is ensured by the methodology of acquisition, which follows dutifully the international standard on forensic Information Technology ISO/IEC 27037:2012 "Guidelines for identification, collection, acquisition and preservation of digital evidence".

A summary of the acquisition, which includes, among other information, the SHA-256 fingerprints of all the files generated, is available in paragraph 4

# 2. Methodology

The ISO/IEC 27037:2012 standard defines the guidelines for identification, collection, acquisition and preservation of digital evidence. This norm details how to obtain digital elements with evidentiary value, which can be potentially admitted in court, and validates the four fundamental procedures specified above. The acquisition process described hereunder is compliant to ISO/IEC 27037:2012 as regards the acquisition and preservation stages

In addition to ISO/IEC 27037:2012, the following guidelines have been taken into consideration:

- *Computer Security and Incident Handling* - NIST (National Institute of Standards and Technology), 2012;
- *Best Practices for Computer Forensics* - SWGDE (Scientific Working Group on Digital Evidence), 2012;
- *Good Practice Guide for Digital Evidence* - ACPO (Association of Chief Police Officers), 2012;
- *Cloud Computing Forensic Science Challenges* - NIST, 2012.

The ISO/IEC 27037:2012 standard and the above mentioned guidelines represent the so-called "international best practices" which constitute the summary of the methodological and technical rules that must be applied in the forensic practice, and are also quoted by the Italian law which ratifies the Budapest Convention on Cybercrime (Law No. 48, 18 March 2008), by the Italian Code of the Digital Administration (*Codice dell'Amministrazione Digitale*) and by the eIDAS (electronic IDentification Authentication and Signature) Regulation. It is possible to consider the rules of authenticity and integrity of digital evidence established by the best practices not as "simple practical instructions which bring no sanction, but as tangible implicit prohibitions guarded by the sanction of inadmissibility" (Italian Supreme Court of Cassation, Section IV, Judgement No. 40903, 28 June 2016).

This methodology involves the acquisition of all the data streams exchanged between the machine that hosts the automatic *web browser* and the remote servers, not only as regards the *HTTP* (*Hypertext Transfer Protocol*) protocol, but also with regard to the resolution of the domain names following the *DNS* (*Domain Name System*) protocol.

For each relevant *file*, that is to say the *PCAP file* that corresponds to the acquired network traffic, the *file* which contains the *SSL/TLS* (*Secure Sockets Layer/Transport Layer Security*) traffic decryption keys, the MHTML *file* containing the page source together to all its resources, the WACZ *file* (Web Archive Collection Zipped), the *viewport screenshot*, as well as all the *log files* generated during the automatic session, a SHA-256 fingerprint is generated, and exported on a corresponding timestamped and digitally signed *XML file*, making it possible, therefore, to state incontrovertibly the conclusion of the acquisition and its subsequent integrity.

The acquisition was carried out on a dedicated *Docker container*, autonomously managed and run on a managed cluster hosted on the Google Cloud Platform (GCP) public *cloud provider*, based in Belgium (UE), connected to the *Internet* via the provider's proprietary infrastructure.

The Docker *container* ran the Linux Debian 11 Bullseye Operating System. Into the Docker *container* image were installed a *web browser*, the tshark *packet sniffer*, node and npm packets. The supplementary *Software* was installed through the official distribution channels.

The Docker *container* is connected to the Ethernet network of the Kubernetes Pod, which is connected with a *bridge* to the public network interface of the node into the Kubertenes *cluster*. At this stage, the connection is routed directly on the *Internet* through the virtual and physical infrastructure of GCP.

The security of the *hardware* and virtual infrastructure is ensured by the service provider, while the security of the application and of the environments is ensured by the adoption of all industrial *best practices* available.

When starting the session of forensic acquisition, the application will run a *script* to verify the initial status of the environment and generate a *log file*. Thanks to this *script* a set of different information will be retrieved, such as the details of the Docker *container*, cpu, memory, network, disks, processes e and time synchronization of the container. At this stage a time reference will also be obtained through the *NTP* (*Network Time Protocol*) protocol.

It is evident that through this methodology the authenticity and origin of the contents are secured. Moreover, the extraction of the contents which are the subject of the investigation can be repeated at any time starting from the same network traffic acquired.

The *files* that constitute the digital evidence are preserved as objects in a versioning-enabled *object store bucket*. The final deletion of the object will occur after 14 days from the appending of the delete mark.

# 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
| --- | --- |
| 04/02/2025 04:49:09.916 UTC+0000 | Start of the proceedings |
| 04/02/2025 04:49:09.918 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 04/02/2025 04:49:10.379 UTC+0000 | Starting the environment status check *script* |
| 04/02/2025 04:49:10.403 UTC+0000 | Starting the *web browser* automatically and starting the WACZ file recording |
| 04/02/2025 04:49:11.728 UTC+0000 | Navigating a *web* page and corresponding *screenshot* generation and MHTML *file*: https://x.com/elonmusk/status/1907116125919302056?s=46 |
| 04/02/2025 04:49:20.289 UTC+0000 | Ending the recording of the WACZ file and closing the *web browser* |
| 04/02/2025 04:49:20.290 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (*digital evidence copy*) |
| 04/02/2025 04:49:20.504 UTC+0000 | Generation of the *XML* file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
| | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

# 4. Detailed Information Summary on Forensic Activities Performed

## Summary Table of the Session of Forensic Acquisition

| ID | SESSION NAME | DATE | CONTAINER OS | PUBLIC OUTBOUND IP |
|---|---|---|---|---|
| b1a0ea19-48db-4ec1-ab34-f80c1d4539f0 | Instant Forensics Acquisition | 04/02/2025 4:49 AM UTC+0000 | Linux Debian 11 Bullseye | 35.205.147.81 |

## Summary table of the Docker *container*

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.2.2 |
| SHA-256 fingerprint of the Docker image used to create the environment | 01129f6b8ddf1b2d78d3efe79ca5125368a8e54d9f18271d14ad11de58ef457a |

## Summary Table of the Identified *URLs*

| URL | DATE AND TIME |
|---|---|
| https://x.com/elonmusk/status/1907116125919302056?s=46 | 04/02/2025 4:49 AM UTC+0000 |

## Summary Table of the Generated Files

| FILE NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | 6192b0ea5e1f016f33eb2c1e6d5e0d4069be712b2f8e4b9372977973a2102147 | PCAP |
| initialization.log | 7ab8acf59dc372f964438a60b6f2a83d06c67db8691a066f7d12fffd8ebeff44 | Log |
| networkTraffic.log | ea4eff39d9266059e3569c622a9e8fcae81158b86fbb8c9bd6bbfaebcbd37013 | Log |
| page.mhtml | 3fe9b690b699150defbd03cd3e708db77934839be435fbb603c300289d1e2ff8 | Source and resources |
| page.wacz | db6826fee590c3437a8e3abacf8681b7fbffb4f255c807936d5e6dbb1d01c027 | WACZ archive |
| screenshotViewport.jpg | 06aecf1ea6b7bca7f67a6980aa434a29539d83bb6cffd7ce52edb7adc675ef98 | Screenshot |
| session.log | dc1e205e72f1ccfb66d7625580b779d0b5f475d9564988bb2c765f5783fe2ba5 | Log |
| sslkeys.keys | 680d5c3ab36e1cff4b522eb4d64005fb78242252bbc912e25a42e3c967b3cea8 | Keys |

These *files* are sorted and stored in a *ZIP* file. The list below provides a short description of each *file* type:

- *PCAP*: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- *Keys*: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- *Screenshot*: *JPG file* corresponding to the *viewport screenshot* automatically generated during the session;
- *Log*: *log file* automatically generated during the session;
- *Source and resources*: web page *source file*, in MHTML format, with images, automatically captured during the session;
- *WACZ Archive*: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- *XML*: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

## 5. *Viewport screenshots* automatically generated



screenshotViewport.jpg

# 6. *Log File* of the Forensic Acquisition Process Initialization

The term *log* is used to designate the sequential and chronological registry of the operations that have been executed by a user, an administrator or automatically, on an application or a system.

The *log file*, also known as "Event Log", is the document on which these operations are saved and, in case it is necessary, accessed at a later time to analyse the available information for the purposes of the verifiability of the process.

The *log file* pertaining to the forensic acquisition process initialization contains a lot of information on the initial status of the environment, such as the image details of the Docker container, processor, memory, network, disks, processes and time synchronization of the container.

```
########## Starting Acquisition ##########
2025-04-02T06:49+02:00
########## DOCKER DETAILS ##########
DOCIM $ echo ${DOCKERIMAGE_URL}
eu.gcr.io/kopjra/wf-core:v0.2.2
DOCHS $ echo ${DOCKERIMAGE_SHA256}
01129f6b8ddf1b2d78d3efe79ca5125368a8e54d9f18271d14ad11de58ef457a
########## INSTANCE DETAILS ##########
IMGID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/image
projects/gke-node-images/global/images/gke-1309-gke1127000-cos-113-18244-291-9-c-cgpv1-pre
LOCIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/ip
172.28.16.55
PUBIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/access-configs/0/external-ip
35.205.147.81
MACAD $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/mac
42:01:ac:1c:10:37
INSID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/id
1543148294769314496
INSTY $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/machine-type
projects/258946861480/machineTypes/n2-highmem-2
AVAZO $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/zone
projects/258946861480/zones/europe-west1-b
########## SYSTEM OVERVIEW ##########
SYSOV $ sudo lshw -short
H/W path      Device  Class        Description
=========================================================
                      system       Computer
/0                    bus          Motherboard
/0/0                  memory       16GiB System memory
/0/1                  processor    Intel(R) Xeon(R) CPU @ 2.80GHz
/0/100                bridge       440FX - 82441FX PMC [Natoma]
/0/100/1              bridge       82371AB/EB/MB PIIX4 ISA
/0/100/1.3            bridge       82371AB/EB/MB PIIX4 ACPI
/0/100/3              generic      Virtio SCSI
/0/100/3/0            generic      Virtual I/O device
/0/100/4              network      Virtio network device
/0/100/4/0            network      Virtual I/O device
/0/100/5              generic      Virtio RNG
/0/100/5/0            generic      Virtual I/O device
/0/2                  system       PnP device PNP0b00
/0/3                  input        PnP device PNP0303
/0/4                  input        PnP device PNP0f13
/0/5                  communication PnP device PNP0501
/0/6                  communication PnP device PNP0501
/0/7                  communication PnP device PNP0501
/0/8                  communication PnP device PNP0501
/1            eth0    network      Ethernet interface
########## RAM DETAILS ##########
MEMOR $ sudo lshw -C memory
  *-memory
       description: System memory
       physical id: 0
       size: 16GiB
########## CPU DETAILS ##########
CPUDT $ sudo lscpu
Architecture:                    x86_64
CPU op-mode(s):                  32-bit, 64-bit
Byte Order:                      Little Endian
Address sizes:                   46 bits physical, 48 bits virtual
CPU(s):                          2
On-line CPU(s) list:             0,1
```

```
Thread(s) per core:                          2
Core(s) per socket:                          1
Socket(s):                                   1
NUMA node(s):                                1
Vendor ID:                                   GenuineIntel
CPU family:                                  6
Model:                                       85
Model name:                                  Intel(R) Xeon(R) CPU @ 2.80GHz
Stepping:                                    7
CPU MHz:                                     2800.246
BogoMIPS:                                    5600.49
Hypervisor vendor:                           KVM
Virtualization type:                         full
L1d cache:                                   32 KiB
L1i cache:                                   32 KiB
L2 cache:                                    1 MiB
L3 cache:                                    33 MiB
NUMA node0 CPU(s):                           0,1
Vulnerability Gather data sampling:          Not affected
Vulnerability Itlb multihit:                 Not affected
Vulnerability L1tf:                          Not affected
Vulnerability Mds:                           Not affected
Vulnerability Meltdown:                      Not affected
Vulnerability Mmio stale data:               Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Vulnerability Reg file data sampling:        Not affected
Vulnerability Retbleed:                      Mitigation; Enhanced IBRS
Vulnerability Spec rstack overflow:          Not affected
Vulnerability Spec store bypass:             Mitigation; Speculative Store Bypass disabled via prctl
Vulnerability Spectre v1:                    Mitigation; usercopy/swapgs barriers and __user pointer sanitization
Vulnerability Spectre v2:                    Mitigation; Enhanced / Automatic IBRS; IBPB conditional; RSB filling; PBRSB-eIBRS SW sequence; BHI SW loop, KVM SW
Vulnerability Tsx async abort:               Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Flags:                                       fpu vme de pse tsc msr pae mce cx8 apic sep mtrr pge mca cmov pat pse36 clflush mmx fxsr sse sse2 ss ht syscall nx
########## DISKS DETAILS ##########
BLKDT $ sudo lsblk
NAME      MAJ:MIN RM  SIZE RO TYPE MOUNTPOINT
sda         8:0    0  100G  0 disk
|-sda1      8:1    0 95.8G  0 part /etc/resolv.conf
|-sda2      8:2    0   16M  0 part
|-sda3      8:3    0    2G  0 part
|-sda4      8:4    0   16M  0 part
|-sda5      8:5    0    2G  0 part
|-sda6      8:6    0  512B  0 part
|-sda7      8:7    0  512B  0 part
|-sda8      8:8    0   16M  0 part
|-sda9      8:9    0  512B  0 part
|-sda10     8:10   0  512B  0 part
|-sda11     8:11   0    8M  0 part
`-sda12     8:12   0   32M  0 part
sdb         8:16   0    1G  0 disk
HDDDT $ sudo df
Filesystem      1K-blocks     Used Available Use% Mounted on
overlay          98831908 25341104  73474420  26% /
tmpfs               65536        0     65536   0% /dev
tmpfs             8192984        0   8192984   0% /sys/fs/cgroup
/dev/sda1        98831908 25341104  73474420  26% /etc/hosts
shm                 65536        0     65536   0% /dev/shm
tmpfs             1572864       12   1572852   1% /run/secrets/kubernetes.io/serviceaccount
tmpfs             8192984        0   8192984   0% /proc/acpi
tmpfs             8192984        0   8192984   0% /proc/scsi
tmpfs             8192984        0   8192984   0% /sys/firmware
########## NETWORK DETAILS ##########
NETWO $ sudo lshw -C network
  *-network
       description: Ethernet controller
       product: Virtio network device
       vendor: Red Hat, Inc.
       physical id: 4
       bus info: pci@0000:00:04.0
       version: 00
       width: 32 bits
       clock: 33MHz
       capabilities: bus_master cap_list
       configuration: driver=virtio-pci latency=0
       resources: irq:10 ioport:c000(size=64) memory:c0000000-c000007f
  *-virtio1 UNCLAIMED
       description: Virtual I/O device
       physical id: 0
```

```
            bus info: virtio@1
            configuration: driver=virtio_net
    *-network
        description: Ethernet interface
        physical id: 1
        logical name: eth0
        serial: fa:ce:1e:96:54:88
        size: 10Gbit/s
        capabilities: ethernet physical
        configuration: autonegotiation=off broadcast=yes driver=veth driverversion=1.0 duplex=full ip=172.24.0.58 link=yes multicast=yes port=twisted pair
IFCON $ sudo ifconfig -a
eth0: flags=4163<UP,BROADCAST,RUNNING,MULTICAST>  mtu 1460
        inet 172.24.0.58  netmask 255.255.255.0  broadcast 172.24.0.255
        ether fa:ce:1e:96:54:88  txqueuelen 0  (Ethernet)
        RX packets 2096741  bytes 1135832490 (1.0 GiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 2270572  bytes 738213376 (704.0 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
lo: flags=73<UP,LOOPBACK,RUNNING>  mtu 65536
        inet 127.0.0.1  netmask 255.0.0.0
        loop  txqueuelen 1000  (Local Loopback)
        RX packets 142186  bytes 602034424 (574.1 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 142186  bytes 602034424 (574.1 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
NETST $ sudo netstat -r
Kernel IP routing table
Destination     Gateway        Genmask         Flags  MSS Window  irtt Iface
default         172.24.0.1     0.0.0.0         UG      0 0         0 eth0
172.24.0.0      172.24.0.1     255.255.255.0   UG      0 0         0 eth0
172.24.0.1      0.0.0.0        255.255.255.255 UH      0 0         0 eth0
HOSTS $ sudo cat /etc/hosts
# Kubernetes-managed hosts file.
127.0.0.1       localhost
::1     localhost ip6-localhost ip6-loopback
fe00::0 ip6-localnet
fe00::0 ip6-mcastprefix
fe00::1 ip6-allnodes
fe00::2 ip6-allrouters
172.24.0.58     wf-core-wrk-prod-65f977857-bq7w2
MYIPV $ dig +short myip.opendns.com @resolver1.opendns.com
35.205.147.81
DIGDT $ dig a google.com
; <<>> DiG 9.16.50-Debian <<>> a google.com
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 41162
;; flags: qr rd ra; QUERY: 1, ANSWER: 6, AUTHORITY: 0, ADDITIONAL: 1
;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 512
;; QUESTION SECTION:
;google.com.                    IN      A
;; ANSWER SECTION:
google.com.             30      IN      A       74.125.133.101
google.com.             30      IN      A       74.125.133.102
google.com.             30      IN      A       74.125.133.138
google.com.             30      IN      A       74.125.133.139
google.com.             30      IN      A       74.125.133.113
google.com.             30      IN      A       74.125.133.100
;; Query time: 23 msec
;; SERVER: 172.28.0.10#53(172.28.0.10)
;; WHEN: Wed Apr 02 04:49:15 UTC 2025
;; MSG SIZE  rcvd: 135
PINGV $ ping -c 5 google.com
PING google.com (64.233.184.113) 56(84) bytes of data.
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=1 ttl=114 time=1.49 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=2 ttl=114 time=0.317 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=3 ttl=114 time=0.359 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=4 ttl=114 time=0.335 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=5 ttl=114 time=0.321 ms
--- google.com ping statistics ---
5 packets transmitted, 5 received, 0% packet loss, time 4042ms
rtt min/avg/max/mdev = 0.317/0.564/1.492/0.463 ms
########## OS DETAILS ##########
UNAME $ sudo uname -a
Linux wf-core-wrk-prod-65f977857-bq7w2 6.1.123+ #1 SMP PREEMPT_DYNAMIC Thu Jan 16 17:10:14 UTC 2025 x86_64 GNU/Linux
LSBRE $ sudo lsb_release -a
No LSB modules are available.
```

```
Distributor ID: Debian
Description:    Debian GNU/Linux 11 (bullseye)
Release:       11
Codename:      bullseye
########## PROCESS DETAILS ##########
PSAUX $ sudo ps -aux
USER       PID %CPU %MEM    VSZ    RSS TTY      STAT START   TIME COMMAND
root         1  0.0  0.0   2480    584 ?        Ss   Mar26   0:00 /bin/sh -c Xvfb :99 -screen 0 1280x800x16 & node dist/src/index.js
root         8  0.0  0.2 747800  47920 ?        Sl   Mar26   0:03 Xvfb :99 -screen 0 1280x800x16
root         9  0.0  7.1 388052064 1179432 ?    Sl   Mar26   8:59 node dist/src/index.js
root       514  0.0  0.0  74496   3360 ?        Ss   Mar26   0:28 ntpd
root     14207  2.1  0.8 352112 133500 ?        Sl   04:49   0:00 tshark -i eth0 -w /tmp/tmp-9-FmJLGyANixF8/acquisition.pcap -f not port 3389
root     14227  0.1  0.0  17372   8688 ?        S    04:49   0:00 /usr/bin/dumpcap -n -i eth0 -f not port 3389 -Z none -w /tmp/tmp-9-FmJLGyANixF8/acquis
root     14228  0.1  0.0   3896   3172 ?        S    04:49   0:00 /bin/bash /app/dist/start.sh
root     14627  0.0  0.0   8252   4724 ?        S    04:49   0:00 sudo ps -aux
root     14628  0.0  0.0   6992   3156 ?        R    04:49   0:00 ps -aux
########## TIME DETAILS ##########
DATEV $ date
Wed Apr  2 04:49:19 UTC 2025
NTPQ1 $ sudo ntpq -c rv
associd=0 status=0615 leap_none, sync_ntp, 1 event, clock_sync,
version="ntpd 4.2.8p15@1.3728-o Wed Sep 23 11:46:38 UTC 2020 (1)",
processor="x86_64", system="Linux/6.1.123+", leap=00, stratum=3,
precision=-24, rootdelay=5.646, rootdisp=9.776, refid=45.87.76.3,
reftime=eb973ec7.91e21549  Wed, Apr  2 2025  4:42:47.569,
clock=eb974050.4537be77  Wed, Apr  2 2025  4:49:20.270, peer=17647, tc=6,
mintc=3, offset=-1.216135, frequency=+0.000, sys_jitter=0.382488,
clk_jitter=0.102, clk_wander=0.000, tai=37, leapsec=201701010000,
expire=202506280000
NTPQ2 $ sudo ntpq -pn
     remote          refid      st t when poll reach   delay   offset  jitter
==============================================================================
 0.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 1.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 2.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 3.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
*45.87.76.3      244.220.219.218  2 u   65   64  377   5.097   -1.270   0.386
-195.13.1.153    10.0.0.5         2 u   70  128  377  11.868   +0.616   0.518
+45.87.78.35     244.220.219.218  2 u   45   64  377   5.107   -1.323   0.027
+45.87.77.15     109.68.160.223   2 u   34   64  377   5.179   -0.907   0.413
-213.213.212.103 193.190.230.37   2 u  120  128  377  14.946   +2.130   1.453
-162.159.200.1   10.26.8.185      3 u   33  128  377   5.412   +0.492   0.266
```

# 7. *Log file* of the packet sniffer

The log file of tshark packet sniffer - an open-source library designed to analyse the Internet protocols and their generated traffic - shows the number of packets that have been acquired and the ones that have been discarded due to network issues. This information can be verified by accessing and analysing the PCAP file available inside the ZIP file that contains the digital evidence.

```
Running as user "root" and group "root". This could be dangerous.
Capturing on 'eth0'
2125 packets captured
```

# 8. Kopjra

Kopjra is a cyber intelligence company specializing in online investigations, OSINT (Open Source Intelligence) and network forensics. Kopjra has created Legal Tech Italy, the permanent observatory on the evolution of the legal tech sector in Italy.

It focuses on providing complex SaaS (Software as a Service) and API (Application Programming Interface) solutions and is an expert in the methodologies of acquisition on the Internet according to the international standard on forensic Information Technology ISO/IEC 27037:2012.

Every day, Kopjra is committed to assisting Italy's most important media groups, and their legal counsellors, to protect online intellectual property and support law enforcement against cyber piracy.

On several occasions the company has been a party-appointed expert witness for major Italian companies, primarily in disputes about infringement of intellectual property rights.

Tommaso Grotto, co-founder and sole director, and Emanuele Casadio, co-founder and chief technology officer, have contributed, among other authors, to the books "*Il processo di adeguamento al GDPR*" ("The Adapting Process to GDPR"), "*La prova digitale*" ("Digital Evidence"), "Italian Legal Tech Report" and "*Legal tech, smart contract e big data per professionisti e imprese*" ("Legal Tech, Smart Contract and Big Data for Professionals and Businesses"), published in 2018, 2020, 2021 and 2022 respectively, by Giuffrè Francis Lefebvre and Wolters Kluwer Italia.

Since 2019, Tommaso Grotto is Fellow at ISLC (Information Society Law Center) of the University of Milan, since 2020 he is Professor of the Postgraduate Course "Legal Technology" and since 2021 of the Postgraduate Course "Cybercrime and Digital Investigation" of the University of Milan.

In 2020, Emanuele Casadio was included in the Selected Reserve List of the Carabinieri Corps. Riserva Selezionata dell'Arma dei Carabinieri.

Kopjra holds the **ISO/IEC 27001:2013** and **ISO/IEC 27037:2017** certifications.

This document is issued for the uses permitted by Law.

Bologna, lì

On behalf of Kopjra Srl







Kopjra Srl

Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com

**EXHIBIT B | RELEVANCE AND IMPACT SUMMARY**

These authenticated screenshots document Defendant Elon Musk using his X platform to publicly advocate for specific judicial candidates and voter actions on April 1, 2025, while knowingly avoiding legal appearance in this proceeding. The timestamped activity confirms Musk's active control of the platform and knowledge of ongoing judicial matters, raising substantial concerns over intent to influence public opinion, judicial neutrality, and the administration of justice. This behavior constitutes extrajudicial interference and confirms Plaintiff's assertion that Defendant Musk is leveraging his platform for procedural obstruction, contemptuous ridicule, and indirect influence upon the judiciary.

These authenticated screenshots document Defendant Elon Musk using his X platform to publicly advocate for specific judicial candidates and voter actions on April 1, 2025, while knowingly avoiding legal appearance in this proceeding. The timestamped activity confirms Musk's active control of the platform and knowledge of ongoing judicial matters, raising substantial concerns over intent to influence public opinion, judicial neutrality, and the administration of justice. This behavior constitutes extrajudicial interference and confirms Plaintiff's assertion that Defendant Musk is leveraging his platform for procedural obstruction, contemptuous ridicule, and indirect influence upon the judiciary.

**EXHIBIT B | DEFAMATION, BAD FAITH, AND PLATFORM REACH**

Defendant Elon Musk's use of the X platform, which reaches over 218 million followers, to promote judicial candidates and attack the integrity of the judiciary while refusing to submit to this Court's jurisdiction constitutes a coordinated campaign of bad faith. By exercising substantial media influence without legal accountability, Musk weaponizes his public persona to undermine Plaintiff's claims, judicial neutrality, and the broader public trust in the adjudicatory process.

Furthermore, Musk's commentary and amplified endorsements—while evading legal service—have caused reputational harm to Plaintiff and fostered a hostile digital climate that invites ridicule, misinformation, and defamation. This behavior is not only procedurally contemptuous but also exposes Plaintiff to continued public harassment, emotional distress, and interference with ongoing litigation.

Plaintiff submits that these acts, taken together, demonstrate a pattern of intentional misconduct that supports sanctions, default, and public injunctive relief against ongoing abuse of media platforms to attack litigants and the judiciary.

## EXHIBIT B | SOCIAL MEDIA EVIDENCE SUMMARY

**Source**: Elon Musk's Public X (Twitter) Account

**Date Captured**: Tuesday April 1, 2025 11:00 PM

**Authenticated Screenshots**: See attached JPEGs

---

## SUMMARY OF CONTENT

## EXHIBIT B | SCREENSHOT 1

## FILE NAME | IMG_4948

• Elon Musk posts a pinned tweet urging his 218.5M followers to vote for "Superjudge Brad Schimel" and support voter ID legislation in Wisconsin.

• A top reply questions the ethics of Musk using his private platform to influence elections in states where he holds no legal stake.

• The post had 29M views, 86K likes, and 19K retweets, demonstrating significant reach and coordinated influence.

**EXHIBIT B | SCREENSHOT 2**

**FILE NAME | IMG_4941**

• Musk reposts a quote stating: "Everything DOGE does is an open book," casting himself as a transparent actor despite evading judicial process.

• Below, he posts an image of an SR-71 "Archangel-12" reconnaissance jet—widely associated with stealth, surveillance, and black operations—potentially a symbolic message to litigants or judicial observers.

**EXHIBIT B | SCREENSHOTS 3 & 4**

**FILE NAMES | IMG_4944 & IMG_4945**

• Musk reposts Trump War Room, attacking "far-left judges" and praising Schimel.

• The repost accuses judicial actors of being "fake judges" and suggests they should be "ashamed of themselves."

• Musk also reposts an ad offering $50 incentives for Schimel campaigners, raising serious questions of coordination, inducement, and improper electioneering.

## EXHIBIT B | PERCEIVED INTENT

• Influence Judicial Selection: Musk is actively using his personal and corporate media reach to promote judicial candidates whose decisions align with his political and economic interests. The content and timing of these posts demonstrate a calculated effort to shift electoral outcomes through undue influence.

• Discredit and Intimidate Judges: By amplifying rhetoric labeling opposing judges as "fake" or "activists," Musk seeks to delegitimize the judiciary and create public hostility against jurists who may rule unfavorably. The posts weaponize popular support to chill lawful judicial independence.

• Evade Accountability While Projecting Transparency: Musk portrays himself as an open-book actor—"under extreme scrutiny"—despite refusing to submit to service or appear in this case. This juxtaposition reinforces a narrative of selective transparency while maintaining operational evasion and procedural contempt.

• Signal Surveillance and Power: The inclusion of an SR-71 "Archangel-12" post—alongside court-disparaging rhetoric—raises questions about psychological messaging aimed at intimidation or mockery. The symbolism resonates with dominance, secrecy, and asymmetric control, particularly alarming when directed at courts, litigants, or the public.

## EXHIBIT B | RELEVANCE TO PROCEEDINGS

• These exhibits directly establish Defendant Musk's ongoing and intentional interference in matters of judicial selection while evading judicial process, which supports Plaintiff's assertions under:

• 42 U.S.C. § 1983 (Retaliation, Deprivation of Rights)

• 18 U.S.C. §§ 1962 & 1513 (RICO and Retaliation)

• Federal and State Defamation

• First Amendment (Chilling of Religious Speech and Redress)

• Fourteenth Amendment (Equal Protection, Due Process)

• The platform's massive reach (218M+ followers) transforms these posts into targeted instruments of harassment, influencing the public narrative while Musk simultaneously avoids accountability before this Court.

• These posts show a coordinated bad faith pattern: evading service, ridiculing the judiciary, inciting public commentary against lawful institutions, and concealing active participation behind the façade of a media persona.

**EXHIBIT B | SCREENSHOT 1**

FILE NAME: IMG_4948



**EXHIBIT B | SCREENSHOT 2**

FILE NAME | IMG_4941



## EXHIBIT B | SCREENSHOTS 3 & 4

FILE NAMES | IMG_4944 & IMG_4945



