# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ<br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>META PLATFORMS, INC., ET AL,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 2:25-CV-00197<br><br>SECTION: "A" (2)<br><br>DISTRICT JUDGE: JAY C. ZAINEY<br><br>MAG. JUDGE: DONNA PHILLIPS CURRAULT |

**NOTICE OF CONSTITUTIONAL INJURY AND REQUEST FOR JUDICIAL RECOGNITION**

**NOW INTO COURT**, comes PLAINTIFF, **HIRAN RODRIGUEZ**, appearing in propria persona, to give formal judicial notice of ongoing constitutional injury arising directly from the acts and omissions of DEFENDANTS.

PLAINTIFF respectfully submits **Exhibit C**, a 22-page Teladoc Health Record from January through March 2025, which evidences:

• Multiple telehealth consultations due to psychological distress, including symptoms consistent with **PTSD**, **generalized anxiety**, and **adjustment disorder**;

• Repeated references to **harassment**, **reputational pressure**, and **mental harm** tied to the events forming the basis of this action;

• Physician-recommended **referrals for psychiatric evaluation**, further establishing the legitimacy of said harm.

This medical evidence substantiates PLAINTIFF'S standing, establishes **actual injury** under **Article III**, and justifies **damages**, **injunctive relief**, and **court supervision**.

PLAINTIFF therefore prays this Honorable Court will:

1. Accept Exhibit C as admissible under **Rule 902(11)** and **28 U.S.C. § 1746**;

2

2. Acknowledge its relevance in assessing **sanctions**, **default relief**, and **protective motions**;

3. Grant such further relief as justice may require.


**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**HIRAN RODRIGUEZ**

820 Grove Avenue

Metairie, LA 70003

(504) 202-4232

*Pro Se Plaintiff*

**Dated:** April 3, 2025

3

# AFFIDAVIT OF MEDICAL HARM

I, **HIRAN RODRIGUEZ**, of sound mind and lawful standing, do hereby affirm the following:

1. I am the PLAINTIFF in Rodriguez v. Meta Platforms, Inc., Civil Action No. 2:25-cv-00197, pending in the U.S. District Court for the Eastern District of Louisiana.

2. I have personally experienced prolonged emotional, psychological, and physical distress, caused directly by the acts, omissions, and retaliation described in my civil complaint.

3. I sought professional medical treatment through Teladoc from January through March 2025 to document, evaluate, and mitigate these injuries.

4. I was medically diagnosed with the following conditions:

---

**a. Generalized Anxiety Disorder (F41.1)**

A chronic psychological condition marked by **excessive and uncontrollable worr**y, restlessness, sleep difficulty, and irritability. It is known to impair cognitive clarity and interfere with legal and social functioning.

**Legal Relevance**: Directly tied by physicians to trauma and reputational harm originating from Defendants' actions.

4

**b. Adjustment Disorder with Anxiety (F43.22)**

A psychological reaction to acute external stress—especially legal, public, or reputational trauma. Symptoms include **panic-like episodes, emotional instability**, and **inability to adapt to hostile external stimuli.**

**Legal Relevance**: Supports the constitutional standing for ongoing harm due to litigation-related stressors.

**c. Otalgia, Bilateral (H92.03)**

Pain in both ears, often stress-exacerbated. In my case, this condition correlates with **somatic stress responses**, neuromuscular tension, and environmental exposure to auditory triggers.

**Legal Relevance**: A physiological marker of mental trauma manifesting in physical injury.

**d. Tinnitus, Unspecified Ear (H93.19)**

Perceived ringing in the ears without external sound. It is triggered or worsened by **anxiety**, **neurological strain**, and sleep deprivation. My records reflect this condition coinciding with harassment periods.

**Legal Relevance**: Reflects sustained nervous system hyperactivation, a constitutional injury compounded by Defendant conduct.

---

5. These diagnoses are not speculative. They are recorded across **multiple professional sessions** and include evidence-based referrals.

6. I affirm that all reported symptoms were real, contemporaneous, and medically verified. I did not exaggerate or fabricate any report.

7. These injuries continue to **restrict my ability to litigate**, impair my sleep, damage my interpersonal trust, and reduce my overall quality of life.

I affirm all the foregoing under **penalty of perjury** under the laws of the United States of America.

Executed this **April 3, 2025.**

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**HIRAN RODRIGUEZ**

*Pro Se Plaintiff*

So help me God on this day, **April 3, 2025**, as is hereby so attested!

**REFERENCE TO DIGITAL EVIDENCE FOLDER**

PLAINTIFF hereby incorporates by reference the digital evidence archive titled:

**"Ongoing Evidence of Noise Harassment and Surveillance"**,

which contains video recordings, audio files, time-stamped logs, and first-hand documentation relevant to the claims asserted in this action.

This evidence has been made accessible to all twenty appearing counsel of record and to the Court via secure OneDrive link:

https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96Hzw

*Hiran Rodriguez*

7

Access has been granted to all counsel via their CM/ECF registered email addresses. PLAINTIFF maintains an internal activity log of all file updates, timestamps, and counsel accesses to preserve integrity and notice.

This repository shall be supplemented as additional harassment incidents occur and is maintained pursuant to the PLAINTIFF'S obligations under **Fed. R. Civ. P. 26(e)** and the ongoing evidentiary doctrine under **Rule 1006.**

**eFile-ProSe**

| | |
|---|---|
| From: | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Thursday, April 3, 2025 6:00 AM |
| To: | eFile-ProSe |
| Subject: | New EDSS Filing Submitted |
| Attachments: | NOTICE OF CONSTITUTIONAL INJURY AND REQUEST FOR JUDICIAL%0ARECOGNITION_.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 3, 2025 - 06:00.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE OF CONSTITUTIONAL INJURY AND REQUEST FOR JUDICIAL RECOGNITION