# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

|  |  |
|---|---|
| HIRAN RODRIGUEZ  ) |   |
| _____ ) | CIVIL ACTION NO. 2:25-CV-00197 |
| *Plaintiff(s)* | SECTION: "A" (2) |
|  | DISTRICT JUDGE: JAY C. ZAINEY |
| v.                       ) | MAG. JUDGE: DONNA PHILLIPS CURRAULT |
|  ) |  |
| META PLATFORMS, INC., ET AL, |  |
| _____ ) |  |
| *Defendant(s)* |  |
|  ) |  |

**RENEWED PETITION FOR ENTRY OF DEFAULT NUNC PRO TUNC AGAINST DEFENDANT MARK ZUCKERBERG AND ENTRY OF DEFAULT AGAINST DEFENDANT META PLATFORMS, INC. UNDER RULE 55(a)**

NOW INTO COURT, comes PLAINTIFF, **HIRAN RODRIGUEZ**, appearing *sui juris*, and respectfully files this Renewed Petition for Entry of Default pursuant to **Federal Rule of Civil Procedure 55(a)** against:

1. Defendant **MARK ELLIOT ZUCKERBERG,** served on **March 6, 2025**, who failed to plead or otherwise defend by the court-recognized deadline of **March 27, 2025;**

2. Defendant **META PLATFORMS, INC.**, also served on **March 6, 2025**, who failed to plead or otherwise defend by the extended court deadline of **April 1, 2025** (Rec. Doc. 49).

---

### I. MANDATORY OPERATION OF RULE 55(a)

Federal Rule of Civil Procedure 55(a) provides:

*"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."*

This mandate is **not subject to judicial discretion.** It imposes a **ministerial obligation** on the Clerk to enter default once:

- Service of process is perfected and proven;

- The defendant fails to appear, plead, or otherwise defend;

2

• No extension or protective order bars enforcement.

These elements are satisfied for both Zuckerberg and Meta Platforms, Inc.

## II. DEFENDANTS FAILED TO DEFEND

### A. Mark Zuckerberg

• Served on March 6, 2025 (Rec. Docs. 46, 68);

• No answer or responsive pleading by March 27;

• PLAINTIFF filed a Rule 55(a) request on March 28 (Rec. Doc. 112);

• No good cause or motion to dismiss filed.

### B. Meta Platforms, Inc.

• Served on March 6, 2025;

• Granted extended deadline to April 1, 2025 (Rec. Doc. 49);

• No answer or defense filed as of April 3, 2025.

Both parties have violated procedural obligations and triggered mandatory entry of default.

## III. UNLAWFUL INTERFERENCE WITH RULE 55(a)

PLAINTIFF's prior request for default (Rec. Doc. 112) was denied by judicial order (Rec. Doc. 117) and reaffirmed at Rec. Doc. 128. Both denials cite the general stay pending the Magistrate's report.

However, **a general judicial stay does not and cannot nullify the mandatory ministerial duties under Rule 55(a)**. The stay entered at Rec. Doc. 117 was used as a **procedural shield** to:

• Prevent default from being entered against Zuckerberg;

• Now protect Meta Platforms, Inc. despite a clear Rule 55(a) violation.

## IV. CONSTITUTIONAL PRESERVATION AND RESERVATION OF RIGHTS

The denial of default entry:

• Violates **due process** under the Fifth Amendment;

• Denies PLAINTIFF equal access to procedural remedies;

4

• Conflicts with **Article III** separation of powers by obstructing ministerial acts.

PLAINTIFF preserves all rights to:

• Interlocutory appeal;

• Judicial complaint under 28 U.S.C. § 351;

• Writ of mandamus if the Clerk continues to act under improper judicial override.

---

**V. RELIEF REQUESTED**

PLAINTIFF respectfully demands the following:

1. That the Clerk be directed to **enter default nunc pro tunc** against **Mark Zuckerberg**, as of March 28, 2025;

2. That the Clerk be further directed to **enter default against Meta Platforms, Inc.**, as of April 3, 2025;

3. That the Court **partially lift the stay entered at Rec. Doc. 117** for the **limited and procedural purpose** of executing Rule 55(a);

4. That the Court affirm the record that these defaults are **mandatory, ministerial**, and **non-discretionary** under federal law;

5. That PLAINTIFF be granted leave to file a Motion for Default Judgment under Rule 55(b) following entry.

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**HIRAN RODRIGUEZ**

*Pro Se Plaintiff, sui juris*

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** April 3, 2025

6

## **NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's **Renewed Petition for Entry of Default Nunc Pro Tunc against Defendant Mark Zuckerberg** and **Entry of Default against Defendant Meta Platforms, Inc**., together with the attached **Proposed Order,** shall be submitted for consideration to the Honorable Court on the earliest date permitted under the Local Civil Rules, or as otherwise directed by the Court.

This filing seeks ministerial enforcement of Rule 55(a) and does not request judicial discretion. Plaintiff affirms that the procedural prerequisites for default have been satisfied and preserved on the record.

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**HIRAN RODRIGUEZ**

*Pro Se Plaintiff, sui juris*

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** April 3, 2025

## **CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ**, hereby certify that a true and correct copy of the foregoing:

• **Renewed Petition for Entry of Default Nunc Pro Tunc against Mark Zuckerberg,**

• **Petition for Entry of Default against Meta Platforms, Inc.,**

• **Proposed Order, and**

• **Notice of Submission,**

has been submitted through the **Electronic Document Submission System (EDSS)** of the **United States District Court** for the **Eastern District of Louisiana** on this **3rd day of April, 2025.**

Notice will be electronically served upon all counsel of record via the Court's CM/ECF system. Service upon any parties not yet appearing remains ongoing via **U.S. Marshal** or other authorized methods of service.

Executed on this day in good faith and under penalty of perjury under the laws of the United States of America.

/s/ Hiran Rodriguez

*Hiran Rodriguez*

**HIRAN RODRIGUEZ**

*Pro Se Plaintiff, sui juris*

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** April 3, 2025

# **ORDER**

CONSIDERING the foregoing **Renewed Petition for Entry of Default**, the Court finds that:

• Defendant **Mark Zuckerberg** was lawfully served on **March 6, 2025**, and failed to plead or otherwise defend by **March 27, 2025;**

• Defendant **Meta Platforms, Inc.** was also lawfully served on **March 6, 2025**, and failed to plead or otherwise defend by the extended deadline of **April 1, 2025;**

• Rule 55(a) of the Federal Rules of Civil Procedure mandates that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, **the clerk must enter the party's default";**

• The Clerk's prior refusal to enter default based on judicial override does not negate this mandatory rule;

• A general stay order (Rec. Doc. 117) does not preclude ministerial compliance with Rule 55(a).

---

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is DIRECTED to enter **default nunc pro tunc** against Defendant **Mark Zuckerberg** as of **March 28, 2025;**

2. The Clerk is further DIRECTED to **enter default against Defendant Meta Platforms, Inc.** as of **April 3, 2025;**

3. The Court's general stay (Rec. Doc. 117) is **partially lifted** solely for purposes of effectuating these ministerial entries under Rule 55(a);

4. Plaintiff is authorized to proceed with a Rule 55(b) motion for **default judgment** at the appropriate time.

New Orleans, Louisiana, this _____ day of _____, 2025

_____

UNITED STATES DISTRICT JUDGE