eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 3, 2025 11:09 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | RENEWED PETITION FOR ENTRY OF DEFAULT NUNC PRO TUNC AGAINST%0ADEFENDANT MARK ZUCKERBERG AND ENTRY OF DEFAULT AGAINST%0ADEFENDANT META PLATFORMS, INC. UNDER RULE 55(a)_copy.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 3, 2025 - 23:09.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** RENEWED PETITION FOR ENTRY OF DEFAULT NUNC PRO TUNC AGAINST DEFENDANT MARK ZUCKERBERG AND ENTRY OF DEFAULT AGAINST DEFENDANT