# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | ) | |
| _____ | ) | CIVIL ACTION NO. 2:25-CV-00197 |
| *Plaintiff(s)* | | SECTION: "A" (2) |
| | | DISTRICT JUDGE: JAY C. ZAINEY |
| v. | ) | MAG. JUDGE: DONNA PHILLIPS CURRAULT |
| | ) | |
| META PLATFORMS, INC., ET AL, | | |
| _____ | ) | |
| *Defendant(s)* | | |
| | ) | |

**SUPPLEMENTAL NOTICE OF DEFAULT AND JUDICIAL OBSTRUCTION UNDER RULE 55(a)**

NOW INTO COURT, comes PLAINTIFF, **HIRAN RODRIGUEZ**, appearing *sui juris*, to give supplemental judicial notice of:

1. **Uncured Defaults** by:

   - **MARK ZUCKERBERG,** who failed to plead or defend by **March 27, 2025;**

   - **META PLATFORMS, INC.,** who failed to respond by their extended deadline of **April 1, 2025;**

2. **Clerk's Failure to Enter Default**, despite a statutory obligation under **Rule 55(a);**

3. **Improper Judicial Override** and procedural obstruction evidenced by:

   - Rec. Doc. 117 (denial of default under stay);

   - Rec. Doc. 128 (denial of motion to vacate Clerk's refusal).

---

**LEGAL BASIS – RULE 55(a) IS MANDATORY**

*"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, **the clerk must enter the party's default**."*

The word **"must"** renders this action **non-discretionary**. A judicial stay **does not nullify** the Clerk's ministerial obligation once default is triggered.

**JUDICIAL OBSTRUCTION ESTABLISHED**

• The **Clerk's denial** at Rec. Doc. 117 was explicitly "for Judge Zainey," proving **judicial interference in a procedural duty**.

• This violates the **separation of powers, Fifth Amendment due process**, and **Rule 55's mandatory text.**

**PRESERVATION OF RIGHTS AND APPEALABILITY**

PLAINTIFF preserves:

• Right to interlocutory appeal;

• Objection to all rulings made while default is unlawfully withheld;

• Standing to file a Judicial Misconduct Complaint under **28 U.S.C. § 351(a).**

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**HIRAN RODRIGUEZ**

Pro Se Plaintiff, sui juris

**Dated:** April 3, 2025

---

## 2. AFFIDAVIT OF PROCEDURAL STANDING AND PRESERVATION OF RIGHTS

I, **HIRAN RODRIGUEZ,** being of sound mind and lawful capacity, hereby affirm:

1. I am the PLAINTIFF in the matter of **Rodriguez v. Meta Platforms, Inc., et al**, Case No. 2:25-cv-00197 in the Eastern District of Louisiana;

2. I have perfected lawful service on multiple Defendants who failed to plead or defend within required deadlines;

3. I submitted affidavits and filings consistent with **Rule 55(a)** of the Federal Rules of Civil Procedure to secure entry of default;

4. The **Clerk of Court, acting under judicial direction**, denied my procedural right to default without legal basis, violating a ministerial duty;

4

5. The **Court's stay order at Rec. Doc. 117** was improperly applied to obstruct a non-discretionary procedural act;

6. I preserve all rights to:

  - **Judicial review;**

  - **Mandamus;**

  - **Interlocutory appeal;**

  - **Disciplinary complaint** under 28 U.S.C. § 351;

  - **And any further lawful action necessary to enforce my rights;**

7. I submit this affidavit as a matter of record, fact, and lawful notice to all parties and judicial officers.

Executed this 3rd day of April, 2025

Under penalty of perjury pursuant to 28 U.S.C. § 1746

/s/ Hiran Rodriguez

*Hiran Rodriguez*
**HIRAN RODRIGUEZ**

Pro Se Plaintiff, sui juris

5

820 Grove Ave, Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com