eFile-ProSe

| | |
|---|---|
| From: | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Thursday, April 3, 2025 11:47 PM |
| To: | eFile-ProSe |
| Subject: | New EDSS Filing Submitted |
| Attachments: | SUPPLEMENTAL NOTICE OF DEFAULT AND JUDICIAL OBSTRUCTION UNDER RULE 55(a).pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 3, 2025 - 23:47.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** SUPPLEMENTAL NOTICE OF DEFAULT AND JUDICIAL OBSTRUCTION UNDER RULE 55(a)