# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | ) | |
| _____ | ) | CIVIL ACTION NO. 2:25-CV-00197 |
| *Plaintiff(s)* | | SECTION: "A" (2) |
| | | DISTRICT JUDGE: JAY C. ZAINEY |
| v. | ) | MAG. JUDGE: DONNA PHILLIPS CURRAULT |
| | ) | |
| META PLATFORMS, INC., ET AL, | | |
| _____ | ) | |
| *Defendant(s)* | | |
| | ) | |

**NOTICE TO THE COURT OF JUDICIAL MISCONDUCT FILING AND PRESERVATION OF RECORD**

NOW INTO COURT, comes PLAINTIFF, **HIRAN RODRIGUEZ**, appearing *sui juris,* to respectfully notify this Honorable Court and the public record that a formal complaint has been or will imminently be submitted to the **Judicial Council of the Fifth Circuit** and/or the **Chief Judge of this District** pursuant to:

- **28 U.S.C. § 351(a)** (Complaints Against Judges);
- **Canon 2 and Canon 3 of the Code of Conduct for United States Judges**; and
- **PLAINTIFF'S constitutional right to impartial adjudication and due process under the Fifth Amendment.**

This action is taken in response to repeated and continuing procedural irregularities, including but not limited to:

1. **The refusal of the Clerk to enter default under Rule 55(a)** after proper service and unexcused failure to defend by parties including **Mark Zuckerberg** and **Meta Platforms, Inc.**, as documented in Rec. Docs. 112, 117, 126, and 128;

2. **Improper judicial override of a ministerial act** expressly mandated by law;

3. **Denial of PLAINTIFF'S Recusal Motion (Rec. Doc. 91)** despite clear and ongoing conflicts;

4. **Irregular docket control**, in which emergency and dispositive motions remain unaddressed while defense filings receive priority treatment.

This Notice is filed **not as a motion**, but as a **judicial record preservation mechanism** to:

• Affirm PLAINTIFF'S procedural standing under federal law;

• Prevent future adverse rulings from being enforced without appellate context;

• Notify the Court and opposing parties of ongoing escalation through appropriate Article III channels.

**RESERVATION OF RIGHTS**

PLAINTIFF expressly reserves the right to seek:

• Mandamus relief under 28 U.S.C. § 1651;

• Supervisory action from the Chief Judge of this District;

• Review by the Judicial Council of the Fifth Circuit under Rule 26 of the Rules for Judicial-Conduct and Judicial-Disability Proceedings;

• Damages for bad faith conduct under 28 U.S.C. § 1927 and the Court's inherent powers.

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**HIRAN RODRIGUEZ,** *Sui Juris*

3

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated**: April 4, 2025