## eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, April 4, 2025 7:01 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NOTICE TO THE COURT OF JUDICIAL MISCONDUCT FILING AND PRESERVATION OF%0ARECORD.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, April 4, 2025 - 07:00.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** hiranrodriguez@outlook.com

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE TO THE COURT OF JUDICIAL MISCONDUCT FILING AND PRESERVATION OF RECORD