# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ** | § | **CIVIL ACTION** |
| | § | **NO. 2:25-CV-00197** |
| *PLAINTIFF* | | |
| | § | **JUDGE JAY C. ZAINEY** |
| VS. | | **SECTION A** |
| | § | |
| **META PLATFORMS, INC.,** *ET AL* | | **MAGISTRATE JUDGE** |
| | § | **DONNA PHILLIPS CURRAULT** |
| *DEFENDANTS* | § | **DIVISION 2** |
| | § | |
| | § | **JURY TRIAL REQUESTED** |
| | § | |
| | § | |
| | § | |

## RULE 26 DISCLOSURE STATEMENT AND SWORN AFFIDAVIT OF DIGITAL HARM, INFRINGEMENT, AND TRESPASS

TABLE OF CONTENTS

1. Introduction

2. Digital Trespass – Specific Server Locations

3. Custom Audience Exploitation – Named Third Parties

4. Data Extraction Mechanism – edge-mqtt.facebook.com

5. Sworn Affidavit of Digital Harm

6. Notice of Damages and Standing

7. Affirmation Under Penalty of Law

---

I. INTRODUCTION

This Disclosure is made under obligation to Rule 26 and affirms personal knowledge of unlawful data seizure, privacy invasion, and commercial exploitation conducted via surveillance software and digital interception mechanisms operated by Meta Platforms, Inc. and its downstream clients.

Plaintiff affirms that no lawful contract, agreement, waiver, or knowing consent exists authorizing the Defendants to extract, store, sell, or stream behavioral telemetry, biometric input, or digital profile data. This includes metadata, private associations, facial coordinates, and personal device usage patterns.

Plaintiff asserts standing as a private American individual and original data subject. All enumerated harm stems from activities conducted between January 1, 2004 and March 2, 2025, culminating in the unlawful inclusion of MY PERSON in thousands of custom audience marketing experiments.

---

2. DIGITAL TRESPASS – SPECIFIC SERVER LOCATIONS

SITE #1 – Henrico County, VA

Meta's Henrico facility is hereby listed as a known processing site for illegal data transfer and surveillance relay based on traffic logs and DNS path tracing.

SITE #2 – Ashburn, VA (IAD09 Server Complex)

Meta's "iad09" cluster in Ashburn, Virginia is specifically named as the endpoint for encrypted MQTT streaming sessions, including behavioral telemetry relayed in real-time from the device of the Plaintiff via covert socket connection.

EVIDENCE: Forensic network traces confirm data packets associated with edge-mqtt.facebook.com initiated unauthorized tunneling behavior to this site, allowing live unconsented device monitoring and commercial profiling.

---

3. CUSTOM AUDIENCE EXPLOITATION – NAMED THIRD PARTIES

As extracted from the March 2025 Forensic Report, the following parties knowingly accessed, utilized, or were beneficiaries of MY data through Meta's Custom Audience system, in commercial breach of privacy, consent, and due process rights:

SELECTED EXAMPLES FROM FULL LIST

1. Amazon.com, Inc.

2. Best Buy

3. FOX Sports

4. Call of Duty / Activision

4

5. Comedy Central

6. Crowd Control Digital

7. Pfizer

8. PayPal

9. iHeartMedia

10. The Walt Disney Company

11. Warner Music Group

12. Victoria Justice Brand Channel

13. Universal Music Group (Global)

14. T-Mobile

15. JPMorgan Chase

FULL ROSTER ON RECORD: Over 2,400 named advertisers were shown to have received or processed MY behavioral data for campaign segmentation without first-party consent, contractual basis, or constitutional authority.

4. DATA EXTRACTION MECHANISM – edge-mqtt.facebook.com

The extraction and telemetry of MY personal behavior was performed covertly through Meta's use of MQTT protocol over encrypted socket layer, bypassing user visibility, firewalls, or browser disclosure.

Endpoint Confirmed: edge-mqtt.facebook.com

Session Duration: Persistent background link

Target Site: Meta Ashburn IAD09 Server Center

Behavior: Bidirectional tunneling, real-time biometric/behavioral streaming, not logged in HTTP logs.

This method violates the Electronic Communications Privacy Act and the spirit of the Fourth and Ninth Amendments.

5. SWORN AFFIDAVIT OF DIGITAL HARM

I, HIRAN RODRIGUEZ, under penalty of law, do solemnly swear and affirm:

• MY personal data, behavioral activity, biometric inputs, and digital location signals were intercepted and transmitted via covert protocols without MY informed consent.

• The transmission included persistent MQTT sessions from MY DEVICE to Meta's IAD09 facility in Ashburn, Virginia.

• The software infrastructure used encrypted socket tunneling (edge-mqtt.facebook.com), which bypassed user awareness, browser-based consent, or opt-out pathways.

• I was included in Custom Audience targeting by over 2,000 third parties, all of whom benefitted from MY private data unlawfully extracted under color of digital platform usage.

• No contractual instrument, agreement, waiver, or license was knowingly signed, granted, or agreed to by ME that permits this conduct.

6. NOTICE OF DAMAGES AND STANDING

The total financial injury, data value conversion, and digital exploitation arising from Defendants' unlawful interception and resale of MY PERSONALLY IDENTIFIABLE BEHAVIORAL DATA exceeds the minimum threshold for federal civil jurisdiction.

CLAIMED HARM: NO LESS THAN $21,640,000.00 (TWENTY-ONE MILLION, SIX HUNDRED FORTY THOUSAND LAWFUL DOLLARS)

This calculation reflects:

• The unauthorized targeting of MY PERSON in at least 2,300 advertising campaigns

• The average commercial data acquisition cost ranging from $8 to $30 per user segment per month

• At least 60 months (5 years) of uninterrupted behavioral targeting, streaming, and unauthorized profile development

• Plus separate emotional, reputational, and psychological harm, valued independently at $3,000,000.00 under tort thresholds

8

NO ADMINISTRATIVE REMEDY, POLICY CONSENT, OR IMPLIED LICENSE WAS EVER GIVEN BY ME.

This establishes standing for constitutional redress, commercial compensation, and injunctive relief in equity.

---

7. AFFIRMATION UNDER PENALTY OF LAW

I, HIRAN RODRIGUEZ, hereby affirm all statements made herein are true, correct, and based upon firsthand knowledge and material fact. This document shall constitute notice to all parties, including META PLATFORMS INC. and each named third-party recipient.

so help me God on this day April 6, 2025, as is hereby so attested!

HIRAN RODRIGUEZ

Authorized Affiant and Real Party of Interest

Signature _Hiran Rodriguez_____