**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Sunday, April 6, 2025 1:44 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | RULE 26 DISCLOSURE STATEMENT AND SWORN AFFIDAVIT OF%0ADIGITAL HARM, INFRINGEMENT, AND TRESPASS.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Sunday, April 6, 2025 - 13:43.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** (504) 203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** RULE 26 DISCLOSURE STATEMENT AND SWORN AFFIDAVIT OF DIGITAL HARM, INFRINGEMENT, AND TRESPASS