**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| META PLATFORMS, INC. | SUMMONS AND COMPLAINT |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE KANSAS CITY SOUTHERN RAILWAY COMPANY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
427 WEST 12TH STREET, KANSAS CITY, MO 64105

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 27 |
| | Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE AS EFFECTUATED.
-

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Hiran Rodriguez* | | (504) 203-8459 | 04/04/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 45 | *White Men* | 4-7-25 |

I hereby certify and return that ☒ I have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc , at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Noah Garcia - Attorney | 4/9/25 | 1:00 | ☐ am ☒ pm |

| Address (complete only if different than shown above) | Signature of U S Marshal or Deputy |
|---|---|
| X *(signature)*, Esq. | *(signature)* Dhsm |

Costs shown on attached USMS Cost Sheet >>

REMARKS

I deputy
1.8 miles

**RECEIVED**
**By USMS WMO at 1:30 pm, Apr 07, 2025**

WMO

Form USM-285
Rev 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-197 A(2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Kansas City Southern Railway Company
was received by me on *(date)* 4/7/25 .

☑ I personally served the summons on the individual at *(place)* 427 West 12th St, Kansas City
Noah Garcia — attorney                        on *(date)* 4/9/25      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/9/25 _____

_____
Server's signature

Jason Robert Dason
Printed name and title

400 E 9th St. Kansas City, Mo
Server's address

Additional information regarding attempted service, etc:

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 10, 2025 9:35 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | 25-197 USM 285 Completed KC Railway Co.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 10, 2025 - 09:35.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Summons Returned Executed for The Kansas City Southern Railway Company 04/09/2025