# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ** | § | **CIVIL ACTION** |
| | § | **NO. 2:25-CV-00197** |
| *PLAINTIFF* | | |
| | § | **JUDGE JAY C. ZAINEY** |
| **VS.** | | **SECTION A** |
| | § | |
| **META PLATFORMS, INC.,** *ET AL* | | **MAGISTRATE JUDGE** |
| | § | **DONNA PHILLIPS CURRAULT** |
| *DEFENDANTS* | § | **DIVISION 2** |
| | § | |
| | § | **JURY TRIAL REQUESTED** |
| | § | |
| | § | |
| | § | |

## <u>DECLARATION UNDER RULE 902(11)</u>

**SELF-AUTHENTICATION OF RECORDS OF DIGITAL FORENSIC DATA**

**ACQUISITION (EXHIBIT D-1 – ENTRIES 1 THROUGH 45)**

I, **HIRAN RODRIGUEZ**, declare and affirm under penalty of perjury under the laws of the United States that:

1. I am the Plaintiff in this matter and the original custodian and authorized forensic examiner of the digital records submitted as **Exhibit D-1**, which includes **forty-five (45)** forensic entries acquired, preserved, and documented between **March 25, 2025 and April 6, 2025.**

2. Each forensic record was retrieved either:

• From my personal digital environment (macOS system logs, application databases, TCC.db permissions, HAR network traces, and curl data); or

• From export archives made available through platform tools (e.g., Meta's Data Download interface).

3. These records were:

• **Created and maintained in the regular course of forensic examination, digital system diagnostics, and authorized data access operations**;

• **Stored and preserved at or near the time** of each respective data retrieval or log creation;

• **Made by or from information transmitted by systems or individuals with knowledge of the recorded activity**, as part of routine operating procedures;

• Maintained with forensic integrity, using **hash-verification**, **metadata preservation**, and standard protocols conforming to **ISO/IEC 27037:2012 (Identification, Collection, Acquisition and Preservation of Digital Evidence).**

2

4. Exhibit D-1 contains entries including, but not limited to:

• **System Logs** (e.g., unified logs, kernel extensions)

• **Application-specific traces** (.sqlite, .plist, TCC.db)

• **Custom Audience metadata records** (JSON and HTML)

• **Live HAR files and .dat captures**

• **Manually captured command-line evidence** (e.g., curl, .info, .log)

5. No record has been altered, manipulated, or synthesized outside of standard extraction formatting (e.g., JSON pretty-print, tabular mapping). All filenames are traceable to their original acquisition locations and file hashes.

6. I am competent to testify to the authenticity, collection method, and forensic chain of custody applicable to each entry, and this declaration is made pursuant to **Federal Rule of Evidence 902(11)** to provide **self-authentication** of these business records for use in judicial proceedings.

---

**ATTACHMENT**

**Referenced: Exhibit D-1 – Forensic Entries 1–45**

Preserved via EDSS and cloud-mirrored digital forensic storage (recorded hashes available upon demand).

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ Hiran Rodriguez

**HIRAN RODRIGUEZ,** *Sui Juris*

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** April 9, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, **HIRAN RODRIGUEZ**, *sui juris*, certify that this declaration and accompanying **Exhibit D-1** were submitted to the Court via **EDSS** and served on all parties through CM/ECF, and separately maintained in forensic escrow for audit verification.

*Hiran Rodriguez*

/s/ Hiran Rodriguez

# Forensic Entry 1

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214624.curl.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | acd50172d15f473319c57b98e3e684033a8f281c9456f38a9f83eb8a74ecbe50 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 54beb8320497754b333e811c5c4f7381df |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 3344518 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkclKGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:46 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 2**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214524.curl.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | e2b30d47f143f929cf4c4f27743786981280b07194cb4ee48f9bb36d25fd457 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 49e4fff7a6d2f7ccefce75427c4e6b35 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 327458 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkclKGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:45 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 3**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214540.url.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | 34ee5efa01c1a8e45fec695a14a3c3bcfc14336c48e6ae82b416c2d18658b66 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 38e004d0d34656946284ce9428dfbcd521 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 27013 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:45 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 4**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214602.har |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | 7dd4c2a0a3931fed723a2b332d412d9a157290cadaca385fb3aea82249b2fe17 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | d906011 7d302568e10137cb0de8c399a |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 5000190 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:46 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 5**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214704.har |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | ba62aa35c38009a9b3743cf387d0dfd3fd00fe8cba619737ba9f15d6e982c0c8 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 7a1ca9a815767f8fc681324a817f877e |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 2756214 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:47 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 6**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214719.curl.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | f8f7ab81d42ac3c2847377a9490f9e5fce1f21230275350ld e1786b5b0f449e94 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 86f01c8dec9220f2688be148d54ff1d5 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 2490891 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyanqKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:47 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 7**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214736.url.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | 64866e4cb0c659d63d6abf8279a12bc9e50050a7a05651285df878e4dc3ddf2b37 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 4ef2e65c59ac9af7fb22d5ee9973e2ba |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 733736 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:47 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 8**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214643.url.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | 60abcdac8b1270e78b1d8042a1a1208c06a0ca98bfd3815232a55dfb9bc5ed77 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 44e5a9e3d47540f635bb65d9841680cb |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 897415 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:46 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 9**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250408-214356.har |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | 8ceb46b3a6ed851c0cd758ac9679aca5f07b905bfb5485aba6e32b8cf1db3fb3 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | f8e87ab946a1c4c6253873fdebfab567 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 340616 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkclKGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:45 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 10**

| Field | Value |
|---|---|
| File Name | 2025_04_08_20_39_34.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | f99e7dcd923357c26283ab65824145d4bd3729f23103ae71f51ca2008eb70676e |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 21311431a249f176fdfa72bbc93884c |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 2493745 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYYCH7vHScOgPFEZwyqngKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:55 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 11**

| Field | Value |
|---|---|
| File Name | 2025_04_08_19_46_32.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 169f89695f4e145318ce6d25904fb5cc349f2eaa76ed2c9cc9dc6b3d560cee9 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | fd46060098fb9fd1d73fdd5907e2b02c6 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 1315508 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-08/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/1rJYCH7vHScOgPFEZwyqngKGArkcIkGa |
| Acquisition Date | Tuesday, April 8, 2025 — 9:54 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 12

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250407-155722.har |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | bca19fcb74bb2deff1ed56788820ce0ab8da3503bcf7111ab281578851 8e896a |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 47f75229f31773 1bf2f0745118e2c32 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 28807924 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-07/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/17CpA6p2TRvSAZo8fasTMRqyeC_a2Oajw |
| Acquisition Date | Monday, April 7, 2025 — 3:58 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 13**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250407-155810.curl.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | 073fb6019ee7518c1be683c32af1d5011150f8b62878a641d60f9b8127848de |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 1ee6a692f7a88532e59c18929f981cd30 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 5259327 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-07/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/17CpA6p2TRv5AZo8fasTMRqyeC_a2Qajw |
| Acquisition Date | Monday, April 7, 2025 — 3:58 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 14

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250407-155829.url.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | b9ef2f548c5d3fb168704691 8d83c707fe6d62b6d42eabd8dadd737088593 7f8 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | f58124831dd171650361 76a2baaba944 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 298327 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-07/Evidence/ |
| Folder URL | https://drive.google.com/drive/folders/17CpA6p2TRv5AZo8fasTMRqyeC_a2Qajw |
| Acquisition Date | Monday, April 7, 2025 — 3:58 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 15

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250406-010132.url.txt |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 4512be97e68f5fa5f70991f5dfac7ccbdfe3a8eaba3e99848a54f160b49fcd013 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 4740593f99a31086a6e39c404ef112191e |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 37729 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-06/Evidence |
| Folder URL | https://drive.google.com/drive/folders/1INF1GMWlhqYS10K2Y6vJ1y8u03t6fbLQ |
| Acquisition Date | Sunday, April 6, 2025 — 6:29 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 16

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250406-010117.curl.txt |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | bd9fd7f574552055340f58a2dc15017cd545566fd8e19a9f9bcf25a0e5beab914 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 94ad286833dcc23b1f84525b6693bd96e |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 220563 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-06/Evidence |
| Folder URL | https://drive.google.com/drive/folders/1INF1GMWIhqYS10K2Y6vJ1y8u03t6fbLQ |
| Acquisition Date | Sunday, April 6, 2025 — 6:29 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 17**

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250406-005947.har |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 39e184ce4fbdc55b76d5cdf0f02a931e212adc79284525248e9affd453f835abf |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | fb4d2c84bf1421053ad7b70b52650002d |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 624561 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-06/Evidence |
| Folder URL | https://drive.google.com/drive/folders/1INF1GMWlhqYS10K2Y6vJ1y8u03t6fbLQ |
| Acquisition Date | Sunday, April 6, 2025 — 6:29 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 18

| Field | Value |
|---|---|
| File Name | 2025_03_05__07_13_36.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 6067770636
2bac1b8918116
3d45e153164a33b1e38a71caec425f9b51608936 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | d048549d6ea8b45616e91bae01906b44 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 2771 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-05/Evidence |
| Folder URL | https://drive.google.com/drive/folders/1440WWm_r9ToaGmSKv_V6-MM2alX6uIg |
| Acquisition Date | Wednesday, March 5, 2025 — 7:14 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 19

| Field | Value |
|---|---|
| File Name | 2025_03_05__07_16_14.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 0214ec121c9bf008bc1552a1a727256613446c5e2cb78c39c3d5e23a8d668c65 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | bcf6ec95a1eac6deffaf09aa061602bd |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 48657 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-05/Evidence |
| Folder URL | https://drive.google.com/drive/folders/1d0yWm_r9ToaGmSKv_V6-rMM2alIX6uIg |
| Acquisition Date | Wednesday, March 5, 2025 — 7:29 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 20

| Field | Value |
|---|---|
| File Name | 2025_03_05__23_22_07.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 77b2a81f8085f722b572fe67c3053a526ef1357d40374ec289689df56974c03a |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 4fd925429c47b3f9aad634e73d349c6b |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 6311 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-05/Evidence |
| Folder URL | https://drive.google.com/drive/folders/1440jWm_r9ToaGmSKv_V6-rMM2allX6uIg |
| Acquisition Date | Wednesday, March 5, 2025 — 11:22 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 21

| Field | Value |
|---|---|
| File Name | 2025_03_05__23_23_03.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 09c4be0be7486e87a46feb9489ff819395ce18de484600d9a8d5ae7dbaa4761b |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 5184b682de09910b61c35bfba6aeb80d |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 824 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-05/Evidence |
| Folder URL | https://drive.google.com/drive/folders/1440yWm_r9ToaGmSKv_V6-rMM2aIIX6uIg |
| Acquisition Date | Wednesday, March 5, 2025 — 11:23 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 22**

| Field | Value |
|---|---|
| File Name | 2025_03_06__00_34_09.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 292ac8490fee4bc9b34969664089999ce49080bac8fd7f12e507730bd00a7222 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 5bb42fd42b5ed6af548cd24d64165846 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 1033370 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-06/Evidence |
| Folder URL | https://drive.google.com/drive/folders/140nsIH6OuP6eFq79Ltq5CuofZRlw5lHd |
| Acquisition Date | Thursday, March 6, 2025 — 12:49 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 23**

| Field | Value |
|---|---|
| File Name | 2025_03_06__02_17_18.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | b23b1cb411f2e3c1fd703c02279de8a3d4ec3d42b2e698f71c2dd99145f83773 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 2b97402e7ae6e72bca838cd6601300cd |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 215960 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-06/Evidence |
| Folder URL | https://drive.google.com/drive/folders/140hsIH60uP6eFq79Ltq5Cuofz2RIw5lHd |
| Acquisition Date | Thursday, March 6, 2025 — 2:51 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

## Forensic Entry 24

| Field | Value |
|---|---|
| File Name | 2025_03_06__02_51_11.dat |
| Capture Tool | HTTP Catcher (iPhone 13 - Paid) |
| SHA-256 Hash | 0389601c1a22af7afd1dd9a0f7178a9bf82a535d5e99407f6838adf57fa751ae |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 2995ac7596b6e86599fc2e6e5277bfd9 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 1500 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-06/Evidence |
| Folder URL | https://drive.google.com/drive/folders/140nslH6OuP6eFq79Ltq5Cuo1ZRlw5IHd |
| Acquisition Date | Thursday, March 6, 2025 — 2:51 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 25

| Field | Value |
|---|---|
| File Name | readme.txt |
| Capture Tool | Meta Data Archive Retrieval |
| SHA-256 Hash | f773a55a1ff432c809ef03ae9f31e8ada68ff2aa4170467 8d61a951a2aea6f83 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 99fc6b15ec7d1d8a34002861 0820bbe7 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 2164 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-10/Evidence |
| File URL | https://drive.google.com/file/d/17taj3jh0DrAgjOnepSfdZP8N4OQDIs4u/view?usp=drivesdk |
| Acquisition Date | Monday, March 10, 2025 — 9:50 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 26**

| Field | Value |
|---|---|
| File Name | page_1.json |
| Capture Tool | Meta Data Archive Retrieval |
| SHA-256 Hash | 21f0bae5ed178cc938b945a55be50026fc4de053b475eb3670fb0ae313651c301 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 96f7317e06b28bd567508d7235a539c4 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 4898 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-10/Evidence |
| File URL | https://drive.google.com/file/d/1qdizAgpKzVcJbf1BRnI6coDIU4JazToY/view?usp=drivesdk |
| Acquisition Date | Wednesday, March 12, 2025 — 1:03 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 27

| Field | Value |
|---|---|
| File Name | page_2.json |
| Capture Tool | Meta Data Archive Retrieval |
| SHA-256 Hash | 27452dafc2e8983bc62a477ab5e7e2c710002bfb3cf569c7949ad3bd46e51457 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 5e75f5d34d20eb9e4bfc10c753c1c759 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 1540670 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-10/Evidence |
| File URL | https://drive.google.com/file/d/17taj3Jh0DrAgjOnepSfdZP8N4OQDls4u/view?usp=drivesdk |
| Acquisition Date | Wednesday, March 12, 2025 — 1:03 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 28

| Field | Value |
|---|---|
| File Name | facebook-rodriguezhiran1-2025-03-11-dDyKL2IV.zip |
| Capture Tool | Facebook Information Download (DYI Archive) |
| SHA-256 Hash | 62aadea6731a9171ec50e46118c6e7511bbe8c1cbdc32f4581f98f0173606 1abd |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | c4f03672253 89fd4e3ddda565f57d79c |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 886176 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-10/Evidence |
| File URL | https://drive.google.com/file/d/1fiXSmR0wAeQX6HalfpZ_nZFmDbHzMQmH/view?usp=drivesdk |
| Acquisition Date | Monday, March 10, 2025 — 9:50 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 29

| Field | Value |
|---|---|
| File Name | page_2.html |
| Capture Tool | Meta Data Archive Retrieval |
| SHA-256 Hash | 14407b8c9e8dd6708aba8a5acabf59b70bfa2260467556e8b8039a06e8b26a97 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 2106f91ff7921e03dded1cb5fd6da312 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 135416 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-04/Evidence |
| File URL | https://drive.google.com/file/d/1-EyhE88btlAK4kTymgzJDJOMUrx83OIU/view?usp=drivesdk |
| Acquisition Date | Friday, April 4, 2025 — 12:06 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 30

| Field | Value |
|---|---|
| File Name | facebook-rodriguezhiran1-2025-04-03-jPLfTWYD.zip |
| Capture Tool | Meta Data Archive Retrieval |
| SHA-256 Hash | 4dbfd029e319955f296700e71292e84d1a6fd22dfdb2a27cde1c145e17022b8e |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 976aa17f13963aca95184aacb17e8094 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 738269 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-04/Evidence |
| File URL | https://drive.google.com/file/d/1TEEYFQsY7FrS9S1bACRpPNIaPLS9mpkS/view?usp=drivesdk |
| Acquisition Date | Friday, April 4, 2025 — 12:06 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 31

| Field | Value |
|---|---|
| File Name | page_1.html |
| Capture Tool | Meta Data Archive Retrieval |
| SHA-256 Hash | 43bd9bb90dbeca88cfdda442e361fbcfa7dd0aa058458e471e0c3c1089d9ec35 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | d29a1f5dfab426e0ebe8990654f12c65 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 599817 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-04/Evidence |
| File URL | https://drive.google.com/file/d/1h19jJF52UyRKV9ZxaHs7ea3vFwMZgwB/view?usp=drivesdk |
| Acquisition Date | Friday, April 4, 2025 — 12:06 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 32

| Field | Value |
|---|---|
| File Name | Apple ID account and device information.zip |
| Capture Tool | Apple Data Request Portal (Privacy.apple.com) |
| SHA-256 Hash | cc92bb35fc8a01da6729c04f748f7afb861768ad71b9f9a9bb4070aed1ed7b04 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | b80b6d51f3f30650c6d2d5c815bf304 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 43394 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Apple,Inc./Evidence |
| File URL | https://drive.google.com/file/d/1moCaDe5mRrdTvjLeM_bnbOI1mh378Hh_/view?usp=drivesdk |
| Acquisition Date | Thursday, April 3, 2025 — 10:37 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**Forensic Entry 33**

| Field | Value |
|---|---|
| File Name | instagram-rodriguezhiran1-2025-03-29-qI1mIX3G.zip |
| Capture Tool | Instagram Information Download (DYI Archive) |
| SHA-256 Hash | 4384d30e04ab6e897bd60f9f68e3a591c8dbc9ef8012f61838ecd1d75718e8ff |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | a644c5945c2f024bff2b66c7e199eae7 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 19128622 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-29/Evidence |
| File URL | https://drive.google.com/file/d/1doMCYb_f9Mn37HBmXEomTykvzkTF20JZ/view?usp=drivesdk |
| Acquisition Date | Saturday, March 29, 2025 — 4:31 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 34

| Field | Value |
|---|---|
| File Name | facebook-rodriguezhiran1-2025-03-30-OMeupfOK.zip |
| Capture Tool | Facebook Information Download (DYI Archive) |
| SHA-256 Hash | dabeb792b4479bf06372380-4ef0eb9d42b3d5fa96204-6d73e42e7c31110b1804 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | c0740ccf0674a82952-6f12e61ebfa703 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 3516457 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-30/Evidence |
| File URL | https://drive.google.com/file/d/1ez5GTBamgerzMIg9rfHdPKcNKlb8elB/view?usp=drivesdk |
| Acquisition Date | Sunday, March 30, 2025 — 10:53 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 35

| Field | Value |
|---|---|
| File Name | facebook-rodriguezhiran1-2025-03-30-D41cZzLM.zip |
| Capture Tool | Facebook Information Download (DYI Archive) |
| SHA-256 Hash | d7e6b6cb05847451 3fb99fb55925 83a2819f71c7fc27f23088d7cfb8e679dda1 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | e413a9110ae8a7dd3f346bf0f60acc23 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 202968887 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-30/Evidence |
| File URL | https://drive.google.com/file/d/1E8ChNPQXKhu6QZk7iEPpGYrhuHLBNeR4/view?usp=drivesdk |
| Acquisition Date | Sunday, March 30, 2025 — 6:57 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 36

| Field | Value |
|---|---|
| File Name | facebook-rodriguezhiran1-2025-03-30-uhJ0bERs.zip |
| Capture Tool | Facebook Information Download (DYI Archive) |
| SHA-256 Hash | eb8144aaea5634bc2102fe2b78d5884c9bb5bfaf0ecbee86fb8c244743ee45b1 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | add2bfcedf5a5cf3afe4bff99799c1b |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 7305764 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-30/Evidence |
| File URL | https://drive.google.com/file/d/1WT3HySWCOzFY3GnjKkNgywb8COgXnSYH/view?usp=drivesdk |
| Acquisition Date | Sunday, March 30, 2025 — 10:52 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

# Forensic Entry 37

| Field | Value |
|---|---|
| File Name | facebook-rodriguezhiran1-2025-04-06-wUmMM56b.zip |
| Capture Tool | Facebook Information Download (DYI Archive) |
| SHA-256 Hash | 4dbfd029e319955f296700e71292e84d1a6fd22dfdb2a27cde1c145e17022b8e |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 976aa17f13963aca95184aacb17e8094 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 738269 |
| File Location (Google Drive) | Google Drive/Forensic_Archive_2025-04-06/Evidence |
| File URL | https://drive.google.com/file/d/12OuuAf2KFBYt-qUgGJTJlEo-F2TyDAW9/view?usp=drivesdk |
| Acquisition Date | Sunday, April 6, 2025 — 7:56 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 38

| Field | Value |
|---|---|
| File Name | Traffic-Capture-20250406-010132.url.txt |
| Capture Tool | Traffic Capture (iPhone 13 - Paid) |
| SHA-256 Hash | 4512be97e68f5fa5f709915dfac7ccbdfe3a8eaba3e99848a54f160b49fcd013 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 4740593993108a6e39c404ef112191e |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 37729 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-06/Evidence/ |
| File URL | https://drive.google.com/file/d/1175cGbHERwgYKSJLDUHQuamkgzntuSj_/view?usp=drivesdk |
| Acquisition Date | Sunday, April 6, 2025 — 6:29 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 39

| Field | Value |
|---|---|
| File Name | group.com.facebook.Facebook.plist |
| Capture Tool | Apple iOS App Configuration File (.plist) |
| SHA-256 Hash | 77c3881831576df001f0dad1aecae6530f05fda228ef4d0a4bd9af7ffc6672b1 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 6cf2d56f21a4671a94157d280644f8c328 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 169488 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-30/Evidence |
| File URL | https://drive.google.com/file/d/1LJ3Nm-eOuE6S-ShkUE_ZgqPq7IhSWJSQ/view?usp=drivesdk |
| Acquisition Date | Saturday, March 30, 2025 — 6:42 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 40

| Field | Value |
|---|---|
| File Name | Manifest.db plist.zip |
| Capture Tool | Apple iTunes/Encrypted iOS Device Backup |
| SHA-256 Hash | 9d7850501of9c12fa1876e742a26b7ab5f8822d001b91727d827ca7e5b3555035 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 57c1c2bd87f691c22c181ab07f83735d |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 64010 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/iOS_Backup/Manifest_Archive |
| File URL | https://drive.google.com/file/d/1ZOVMYOJVHzF7aC71cHrN9tSV1D6mFRbH/view?usp=drivesdk |
| Acquisition Date | Sunday, March 23, 2025 — 2:00 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 41

| Field | Value |
|---|---|
| File Name | Manifest.db |
| Capture Tool | Apple iTunes/Encrypted iOS Device Backup |
| SHA-256 Hash | 2517015b2cf74589cf065d6365a7d1ef0264a6989e286101809d741a13e0a81e |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | f8a91b0c464f534e94bac56be3b23d97 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 39903232 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/iOS_Backup/Manifest_Archive |
| File URL | https://drive.google.com/file/d/10gJuC_ZXzJVOrpW7-aKf16lYALv0FEDq/view?usp=drivesdk |
| Acquisition Date | Sunday, March 23, 2025 — 2:00 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 42

| Field | Value |
|---|---|
| File Name | database.sqlite |
| Capture Tool | Apple iTunes/Encrypted iOS Device Backup |
| SHA-256 Hash | fcfab3cd7e02c85618d544c6b06e512b500c9f4992c7db7ac14e8fb419848efd |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | eb9a3ce409566cbf11f3e151c4be6c7b |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 1712128 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-09/Evidence/ |
| File URL | https://drive.google.com/file/d/1scyiArqXosirnTxHNvjMR1GYwV2ghrjfN/view?usp=drivesdk |
| Acquisition Date | Wednesday, April 9, 2025 — 11:30 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 43

| Field | Value |
|---|---|
| File Name | TrustStore.sqlite3 |
| Capture Tool | Apple iTunes/Encrypted iOS Device Backup |
| SHA-256 Hash | 517d66c8a089779002d73dddf5931997be71154df990603af71d68256b490081fc |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 8f1b669e465b16018325591.2eed5758c |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 16384 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-09/Evidence/ |
| File URL | https://drive.google.com/file/d/1nPZJ13U_x2OIy7sLw6zv2iHc6UzSaw1V/view?usp=drivesdk |
| Acquisition Date | Wednesday, April 9, 2025 — 11:45 AM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 44

| Field | Value |
|---|---|
| File Name | Accounts3.sqlite |
| Capture Tool | Apple iTunes/Encrypted iOS Device Backup |
| SHA-256 Hash | f7714b8e6782b7ba13081860830d9331a97e3e38d15524bf27440ec4aec18b4e |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | af30dac7a072e599909531fb7eef7e7dc |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 159744 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-04-09/Evidence/ |
| File URL | https://drive.google.com/file/d/16_eYG_OI7jfnlkl_Xuf4Ti1Gm_G67QqA/view?usp=drivesdk |
| Acquisition Date | Wednesday, April 9, 2025 — 12:05 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

Forensic Entry 45

| Field | Value |
|---|---|
| File Name | TCC.db |
| Capture Tool | Apple iTunes/Encrypted iOS Device Backup |
| SHA-256 Hash | ea568db9b3a51f1c5a87d5afbb0d4596f5b1b4837a779f64fa4cc26fc1445fa06 |
| SHA-256 Tool Used | https://emn178.github.io/online-tools/sha256_checksum.html |
| MD5 Hash | 19d2a5182666d05aef43f4d2edd7864a9 |
| MD5 Tool Used | https://emn178.github.io/online-tools/md5_checksum.html |
| Input Type | File |
| Output Encoding | Hex (Lower Case) |
| File Size (Bytes) | 90112 |
| File Location (Google Drive) | Google Drive/Forensic_Archive/Forensic_Archive_2025-03-23/Evidence/ |
| File URL | https://drive.google.com/file/d/1_8wqJMpaKLpM2xj-m0CmLE9Lhdc44rrH/view?usp=drivesdk |
| Acquisition Date | Sunday, March 23, 2025 — 2:00 PM (CDT) |
| Verified By | Hiran Rodriguez |
| Case ID | 2:25-CV-00197 |

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 10, 2025 4:47 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | DECLARATION UNDER RULE 902(11)%0ASELF-AUTHENTICATION OF RECORDS OF DIGITAL FORENSIC DATA AQUISITION.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 10, 2025 - 16:46.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** DECLARATION UNDER RULE 902(11) SELF-AUTHENTICATION OF RECORDS OF DIGITAL FORENSIC DATA AQUISITION