**EXHIBIT D-2**

**Custom Audience Entities (2004-01-01 - 2025-03-02)**


**Rodriguez v. Meta Platforms, Inc., et al.**

**United States District Court for the Eastern District of Louisiana**

**Civil Action No. 2:25-cv-00197**

2025-03-02  0001. Data unavailable

2025-03-02  0002. Precision

2025-03-02  0003. PHD France

2025-03-02  0004. LaFontaine KIA Dearborn, Dennis Eakin Kia, Toms River Mitsubishi

2025-03-02  0005. Breathe For Change

2025-03-02  0006. YZ'S Market

2025-03-02  0007. Airbnb

2025-03-02  0008. Old Navy

2025-03-02  0009. Marvel Puzzle Quest

2025-03-02  0010. DEPT UK

2025-03-02  0011. Insomniac Events

2025-03-02  0012. Leonard Brands

2025-03-02  0013. Musely

2025-03-02  0014. JackThreads

2025-03-02  0015. Limited Edition 204

2025-03-02  0016. Away That Day

2025-03-02  0017. Reprise ES

2025-03-02  0018. Sykes Millionaire Challenge

2025-03-02  0019. BMW of Allentown, Circle BMW, BMW of Tenafly, BMW of Turnersville

2025-03-02  0020. Skillshare

2025-03-02  0021. Coral Luxury US, All Family Gift, Family Gifts

2025-03-02  0022. Conn's HomePlus

2025-03-02  0023. LastPass

2025-03-02  0024. TikTok En

2025-03-02  0025. Percipio Holdings, Inc.

2025-03-02  0026. PayPal

2025-03-02  0027. UM Detroit

2025-03-02  0028. All Family Gift, All Family Gifts

2025-03-02  0029. Swanson Russell

2025-03-02  0030. Dragon Mania Legends

2025-03-02  0031. Miller High Life

2025-03-02  0032. MoneyLion

2025-03-02  0033. Team Sports Fanatics, April Jersey Store

2025-03-02  0034. Alex Azra

2025-03-02  0035. Uber Eats

2025-03-02  0036. Affordable Dentures & Implants

2025-03-02  0037. Wix

2025-03-02  0038. Gymexo

2025-03-02  0039. The Gatorade Company

2025-03-02  0040. Eulerity

2025-03-02  0041. Engage Media

2025-03-02  0042. PreciseTarget

2025-03-02  0043. Serra Toyota Birmingham

2025-03-02  0044. Research Study Rockstar

2025-03-02  0045. Michaels Stores

2025-03-02  0046. Randy Wise Chevrolet

2025-03-02  0047. Wantable

2025-03-02  0048. Jenkins Nissan

2025-03-02  0049. The Detox Dudes

2025-03-02  0050. CSR Racing

2025-03-02  0051. Genentech

2025-03-02  0052. Just Us Skin Care

2025-03-02  0053. Smart Passive Income with Pat Flynn

2025-03-02  0054. BET

2025-03-02  0055. GEICO

2025-03-02  0056. Simplyk Bénévolat

2025-03-02  0057. 360i

2025-03-02  0058. UM Australia

2025-03-02  0059. Audacy Social Conquest

2025-03-02  0060. BM 004

2025-03-02  0061. Flip.shop

2025-03-02  0062. Tazo Tea

2025-03-02  0063. Fairway Buick GMC

2025-03-02  0064. P2 Public Affairs

2025-03-02  0065. OneMain Business

2025-03-02  0066. Southwest Airlines

2025-03-02  0067. THIRD EAR

2025-03-02  0068. Thirdwave

2025-03-02  0069. Fresno Lexus

2025-03-02  0070. Fabian Ramirez

2025-03-02  0071. GCommerce

2025-03-02  0072. Team Rodriguez&&

2025-03-02  0073. Kardiel

2025-03-02  0074. Cadillac of Tucson

2025-03-02  0075. Aegis Media Innov8

2025-03-02  0076. SUGARED + BRONZED

2025-03-02  0077. Simpli.fi

2025-03-02  0078. Handle the Heat

2025-03-02  0079. The Christian Broadcasting Network

2025-03-02  0080. Way2target

2025-03-02  0081. Daygame

2025-03-02  0082. Acura of Westchester

2025-03-02  0083. Vescovo Toyota of Las Cruces, Lee Toyota

2025-03-02  0084. Socialistics

2025-03-02  0085. NP Thyroid® (Thyroid Tablets, USP)

2025-03-02  0086. Evony - The King's Return

2025-03-02  0087. Purple Media

2025-03-02  0088. AptDeco

2025-03-02  0089. Kinesso Poland

2025-03-02  0090. VOX Global

2025-03-02  0091. Rally For Rivers - Cauvery Calling, Isha Foundation, Sadhguru Hindi, Sadhguru

2025-03-02  0092. Happy Mammoth

2025-03-02  0093. Shareably

2025-03-02  0094. MediaCom USA

2025-03-02  0095. Fritos

2025-03-02  0096. BJ's Wholesale Club

2025-03-02  0097. Corro

2025-03-02  0098. Starcom USA, Best Buy

2025-03-02  0099. Blue Shield of California

2025-03-02  0100. Basketball Arena, Miniclip, Darts Of Fury, Golf Battle, Football Rivals

2025-03-02  0101. Verb Products

2025-03-02  0102. Scheels

2025-03-02  0103. Afrobeats Central

2025-03-02  0104. Simon & Schuster

2025-03-02  0105. Kulturbolaget

2025-03-02  0106. Crunchyroll

2025-03-02  0107. Emc_TCCC

2025-03-02  0108. Resolution Agency

2025-03-02  0109. MEC Australia

2025-03-02  0110. E11EVEN MIAMI

2025-03-02  0111. Launchpad INTL

2025-03-02  0112. Dee Murthy

2025-03-02  0113. Magnolias

2025-03-02  0114. Room & Board

2025-03-02  0115. Sparkart Group, Inc.

2025-03-02  0116. Microsoft Customer Insights Center

2025-03-02  0117. American Kidney Fund

2025-03-02  0118. Brunner

2025-03-02  0119. Shopify

2025-03-02  0120. Puzzmo

2025-03-02  0121. GALE Media

2025-03-02  0122. neuapp

2025-03-02  0123. Omnicom Resolution

2025-03-02  0124. Wish

2025-03-02  0125. Prime Student

2025-03-02  0126. Flag & Anthem

2025-03-02  0127. Free People

2025-03-02  0128. Angela ï¿½

2025-03-02  0129. Publix

2025-03-02  0130. Brooks Running

2025-03-02  0131. playforgain

2025-03-02  0132. Horizon Horseback

2025-03-02  0133. Magnolia Pictures

2025-03-02  0134. Stacy's Pita Chips

2025-03-02  0135. PrettyLittleThing

2025-03-02  0136. Louis Vuitton

2025-03-02  0137. Sony Music Colombia

2025-03-02  0138. Netflix

2025-03-02  0139. CB Chevrolet in San Luis Obispo

2025-03-02  0140. Sakara Life

2025-03-02  0141. Bumble

2025-03-02  0142. Spiceology

2025-03-02  0143. GQ Italia

2025-03-02  0144. Grunt Style

2025-03-02  0145. 703digital

2025-03-02  0146. Emporium Presents

2025-03-02  0147. Tatti Lashes

2025-03-02  0148. Pourri

2025-03-02  0149. Florida Credit Union

2025-03-02  0150. FRAME

2025-03-02  0151. Gopuff

2025-03-02  0152. Touch of Modern

2025-03-02  0153. Klick - Edge

2025-03-02  0154. Bonneville International

2025-03-02  0155. Jeff Wyler Fairfield Kia

2025-03-02  0156. Amplifon Group

2025-03-02  0157. Banggood

2025-03-02  0158. Relistor® (methylnaltrexone bromide)

2025-03-02  0159. Family Gifts 5

2025-03-02  0160. Extend Pets

2025-03-02  0161. Hallmark Chrysler Dodge Jeep Ram

2025-03-02  0162. Rite Aid

2025-03-02  0163. Blue State

2025-03-02  0164. Coinbase

2025-03-02  0165. Jeff Wyler Eastgate Chrysler Dodge Jeep Ram

2025-03-02  0166. Bread Beauty Supply

2025-03-02  0167. GOP

2025-03-02  0168. zeotap

2025-03-02  0169. I-95 Nissan

2025-03-02  0170. DeepSync Labs

2025-03-02  0171. HRD Games, LLC

2025-03-02  0172. The Jet-Ski Doctor

2025-03-02  0173. Serra Honda

2025-03-02  0174. Dave Cao

2025-03-02  0175. WBCI

2025-03-02  0176. Shelf Inc.

2025-03-02  0177. Zenith Slovakia

2025-03-02  0178. Pandora

2025-03-02  0179. Edelman DC

2025-03-02  0180. Universal Studios Hollywood

2025-03-02  0181. Mazda CX5 22

2025-03-02  0182. JCK Enterprises, LLC

2025-03-02  0183. Florida World, Where my stories begins, Love My Family

2025-03-02  0184. Multitud Digital

2025-03-02  0185. Truth and Love Coaching International

2025-03-02  0186. Interactive Avenues

2025-03-02  0187. Gap Inc

2025-03-02  0188. Thing.Shop

2025-03-02  0189. Huntington National Bank

2025-03-02  0190. Dot Matters

2025-03-02  0191. Happify by Twill

2025-03-02  0192. Grubhub

2025-03-02  0193. F1 + F3 len moi

2025-03-02  0194. Quora

2025-03-02  0195. Nextdoor for Business

2025-03-02  0196. JM14

2025-03-02  0197. Square

2025-03-02  0198. Paramus Chevrolet

2025-03-02  0199. nuuly

2025-03-02  0200. Forma Pilates

2025-03-02  0201. Findlay Nissan Henderson

2025-03-02  0202. Ruggable

2025-03-02  0203. Sage Dental

2025-03-02  0204. Oregon Ice Cream

2025-03-02  0205. Facebook Analytics

2025-03-02  0206. Tusk Strategies

2025-03-02  0207. MasterClass

2025-03-02  0208. Tincre

2025-03-02  0209. Afro Nation

2025-03-02  0210. Paragon Honda

2025-03-02  0211. Hairfinity

2025-03-02  0212. Action Network

2025-03-02  0213. Proposal Prep by Best Kept

2025-03-02  0214. Juicy Couture

2025-03-02  0215. Performics Test Page

2025-03-02  0216. 2K

2025-03-02  0217. Deezer

2025-03-02  0218. Invisalign

2025-03-02  0219. Liquid I.V.

2025-03-02  0220. Sony Music France

2025-03-02  0221. MC UK - GBP

2025-03-02  0222. Ulta Beauty

2025-03-02  0223. Kilt 'Em

2025-03-02  0224. Fun.com

2025-03-02  0225. Jill

2025-03-02  0226. Threepipe

2025-03-02  0227. Dr. Squatch

2025-03-02  0228. Unilever Canada

2025-03-02  0229. TivoliVredenburg

2025-03-02  0230. WideFoc.us

2025-03-02  0231. St. Luke's Health

2025-03-02  0232. Tombras

2025-03-02  0233. Ruffles

2025-03-02  0234. Silk + Sonder

2025-03-02  0235. Petit Moments

2025-03-02  0236. Gorgie

2025-03-02  0237. Forward Media Italy

2025-03-02  0238. Crumbl Cookies

2025-03-02  0239. Toms River Mitsubishi

2025-03-02  0240. Glossier

2025-03-02  0241. Garnier Colombia

2025-03-02  0242. Morris Bart, LLC

2025-03-02  0243. Code3

2025-03-02  0244. LSU AgCenter Botanic Gardens

2025-03-02  0245. Jockey

2025-03-02  0246. Betterment

2025-03-02  0247. Eko Health

2025-03-02  0248. Electric Promotions

2025-03-02  0249. HQ CDM

2025-03-02  0250. Robert Beck

2025-03-02  0251. FreePrints App

2025-03-02  0252. Warner Music Canada

2025-03-02  0253. Russ Darrow Kia of Madison, Russ Darrow Kia of Wauwatosa

2025-03-02  0254. Empower

2025-03-02  0255. FESTIVAL LES ARDENTES

2025-03-02  0256. Keeps

2025-03-02  0257. Elicit Music

2025-03-02  0258. SiriusXM

2025-03-02  0259. Live Nation Belgium

2025-03-02  0260. Stuart Weitzman

2025-03-02  0261. Maude

2025-03-02  0262. JJXX

2025-03-02  0263. PM PUIG

2025-03-02  0264. therankedmusic

2025-03-02  0265. Lauren Daigle

2025-03-02  0266. ViiV Healthcare

2025-03-02  0267. WE ARE TALA

2025-03-02  0268. Eli Lilly and Company

2025-03-02  0269. Climb

2025-03-02  0270. Danny Wimmer Presents

2025-03-02  0271. Shaqâ€™s Fun House

2025-03-02  0272. Jessica Goicoechea - Goi

2025-03-02  0273. ã‚¢ãƒ—ãƒ-ã'ãƒšã,¯ãƒˆãƒ»ã,¸ãƒ£ãƒ'ãƒ³æ ªå¼•ä¼šç¤¾

2025-03-02  0274. Glamnetic

2025-03-02  0275. Operam Inc

2025-03-02  0276. Socialyte

2025-03-02  0277. Warner Music Spain

2025-03-02  0278. FCA Mexico

2025-03-02  0279. CSL

2025-03-02  0280. LES VISIONNAIRES

2025-03-02  0281. Hoffman York

2025-03-02  0282. Performics Belgium

2025-03-02  0283. LP Generic Business

2025-03-02  0284. Digital Tading Desk

2025-03-02  0285. Live Nation Norway

2025-03-02  0286. Publicis Media Luxe

2025-03-02  0287. Aleph - Costa Rica

2025-03-02  0288. Drink Accelerator

2025-03-02  0289. Home Chef

2025-03-02  0290. LIVE NATION ES

2025-03-02  0291. Orion Publishing Group

2025-03-02  0292. FM4 Indiekiste mit

2025-03-02  0293. DefJam

2025-03-02  0294. Limelight Belfast

2025-03-02  0295. Accenture Adaptly Media Clients

2025-03-02  0296. RTIC Outdoors

2025-03-02  0297. Groupe EPI

2025-03-02  0298. Maybelline New York

2025-03-02  0299. Socialyse Adm FR

2025-03-02  0300. HarperCollins

2025-03-02  0301. Propeller

2025-03-02  0302. Marathon Strategies

2025-03-02  0303. Toyota of Dartmouth

2025-03-02  0304. JN Chevrolet

2025-03-02  0305. Mars United Commerce

2025-03-02  0306. Amazon Home

2025-03-02  0307. Instacart

2025-03-02  0308. Fedyna Services Limited

2025-03-02  0309. Chase

2025-03-02  0310. Merkle Data Partner

2025-03-02  0311. Maestro Dobel Tequila

2025-03-02  0312. Brand Polling

2025-03-02  0313. Tuft & Needle

2025-03-02  0314. Phathom Pharmaceuticals

2025-03-02  0315. Crossmedia

2025-03-02  0316. Bespoke Post

2025-03-02  0317. Call of Duty

2025-03-02  0318. P&G Social Global

2025-03-02  0319. Comedy Central

2025-03-02  0320. MetLife

2025-03-02  0321. Coral Luxury US, Family Gifts, All Family Gift

2025-03-02  0322. WO

2025-03-02  0323. Champs Sports

2025-03-02  0324. Intuit Credit Karma

2025-03-02  0325. Freshpet

2025-03-02  0326. GunrockMarketing

2025-03-02  0327. Fiehrer Buick GMC

2025-03-02  0328. JOANN Fabric and Craft Stores

2025-03-02  0329. Brand Networks

2025-03-02  0330. Savannah Bee Company

2025-03-02  0331. Torrid

2025-03-02  0332. Facetune by Lightricks

2025-03-02  0333. iHeartDogs

2025-03-02  0334. Avant Gardner

2025-03-02  0335. lensun solar energy

2025-03-02  0336. Voiply

2025-03-02  0337. Dynata Advertising Solutions

2025-03-02  0338. Otsuka America Pharmaceutical, Inc.

2025-03-02  0339. Bones Coffee Company

2025-03-02  0340. Jeff Wyler Springfield Hyundai

2025-03-02  0341. AR Homes by Arthur Rutenberg

2025-03-02  0342. LinkedIn

2025-03-02  0343. UM Canada

2025-03-02  0344. Xoom

2025-03-02  0345. Sony Rewards

2025-03-02  0346. Henry Curtis Ford

2025-03-02  0347. Hypnosis Training Academy

2025-03-02  0348. PBS

2025-03-02  0349. Goodgame Studios

2025-03-02  0350. Fandango at Home

2025-03-02  0351. M+R

2025-03-02  0352. Ad Insights

2025-03-02  0353. Nextdoor

2025-03-02  0354. w/Tributary

2025-03-02  0355. AU 77

2025-03-02  0356. All Family Gifts

2025-03-02  0357. EMEA

2025-03-02  0358. DDC Testing

2025-03-02  0359. ACTwireless

2025-03-02  0360. Exxon & Mobil Stations

2025-03-02  0361. Liniad

2025-03-02  0362. Lovesac

2025-03-02  0363. AI

2025-03-02  0364. XIFAXANÂ® (rifaximin) 550 mg tablets

2025-03-02  0365. Smarty Social Media

2025-03-02  0366. MethodGroupe

2025-03-02  0367. Aerial Video A to Z

2025-03-02  0368. Clarins

2025-03-02  0369. BluFish

2025-03-02  0370. Zenith Chile

2025-03-02  0371. United Influencers

2025-03-02  0372. ThredUp

2025-03-02  0373. SimplePrints

2025-03-02  0374. Grwn

2025-03-02  0375. Health Union LLC

2025-03-02  0376. Universal Music Switzerland

2025-03-02  0377. DraftKings

2025-03-02  0378. Cleo

2025-03-02  0379. Bolivar Ford, Riata Ford

2025-03-02  0380. BrandMuscle - etatslla

2025-03-02  0381. TransUnion Digital

2025-03-02  0382. MPP Business test account

2025-03-02  0383. Decoded Advertising

2025-03-02  0384. WebMD

2025-03-02  0385. Nordstrom

2025-03-02  0386. FabFitFun

2025-03-02  0387. Call of Duty: Mobile

2025-03-02  0388. Antwerpen Chrysler Jeep Dodge Ram

2025-03-02  0389. The Strategy Group Company

2025-03-02  0390. Colleen Mauer Designs

2025-03-02  0391. Kavala Collective

2025-03-02  0392. FleishmanHillard

2025-03-02  0393. FactorÃa Publica

2025-03-02  0394. Westerra Credit Union

2025-03-02  0395. Walgreens

2025-03-02  0396. iFrog Marketing Solutions

2025-03-02  0397. Ford Motor Company

2025-03-02  0398. Slime Obsidian

2025-03-02  0399. BerlinRosen

2025-03-02  0400. Reprise Media México

2025-03-02  0401. KBMG Data Services Development

2025-03-02  0402. Papa Johns Pizza

2025-03-02  0403. Verizon

2025-03-02  0404. Novartis

2025-03-02  0405. MEC - Los Angeles

2025-03-02  0406. De Helling

2025-03-02  0407. Universal Music Recordings

2025-03-02  0408. Best Buy

2025-03-02  0409. CM Games

2025-03-02  0410. TrustGodbro Clothing

2025-03-02  0411. Suit Up Brands LLC

2025-03-02  0412. TopTier Trader

2025-03-02  0413. Athleta

2025-03-02  0414. Rgmntco

2025-03-02  0415. eFavormart

2025-03-02  0416. No_Comment

2025-03-02  0417. CAVA

2025-03-02  0418. Chunfang Wu

2025-03-02  0419. Milani

2025-03-02  0420. Victoria Warehouse

2025-03-02  0421. Bonefish Grill

2025-03-02  0422. Sony Music Austria

2025-03-02  0423. ICRUSH

2025-03-02  0424. ESPN

2025-03-02  0425. Ourisman Chevrolet of Rockville, Todd Wenzel Chevrolet of Hudsonville

2025-03-02  0426. Bonus Track

2025-03-02  0427. Awesome Tee 66

2025-03-02  0428. First Interstate Center for the Arts

2025-03-02  0429. BetterHelp

2025-03-02  0430. Shop.Thing Tshirts

2025-03-02  0431. Coca-Cola Philippines

2025-03-02  0432. Dee-1

2025-03-02  0433. The Relationship School

2025-03-02  0434. Amplify.ai

2025-03-02  0435. Lands' End

2025-03-02  0436. Captiv8

2025-03-02  0437. Grey Goose

2025-03-02  0438. Calvin Klein GCC

2025-03-02  0439. Triple G Events

2025-03-02  0440. Mediaplus Hamburg GmbH & Co. KG

2025-03-02  0441. Carter's

2025-03-02  0442. CÃ´ng Ty Æ¯ng HoÃ ng PhÃºc

2025-03-02  0443. IZEA Worldwide, Inc.

2025-03-02  0444. Campbell Ewald

2025-03-02  0445. HCN

2025-03-02  0446. Data Axle USA

2025-03-02  0447. Boarderie

2025-03-02  0448. Blueprint Interactive

2025-03-02  0449. Scooter's Coffee

2025-03-02  0450. National Audubon Society

2025-03-02  0451. Love Wellness

2025-03-02  0452. Warner Music Australia

2025-03-02  0453. We are Rodriguez

2025-03-02  0454. Gameloft

2025-03-02  0455. RCKT.

2025-03-02  0456. Born Again Concerts

2025-03-02  0457. MetaTeam

2025-03-02  0458. PetSmart Charities

2025-03-02  0459. INFINITI of Las Vegas

2025-03-02  0460. Morgan Fidelity Associates, Inc.

2025-03-02  0461. Bfx

2025-03-02  0462. wellrestedweeones

2025-03-02  0463. PMG

2025-03-02  0464. Nguyen Thi Hai Yen

2025-03-02  0465. Serra Hyundai

2025-03-02  0466. AbelsonTaylor Group

2025-03-02  0467. JibJab Catapult

2025-03-02  0468. Aisle 518 Strategies, LLC

2025-03-02  0469. Flaus

2025-03-02  0470. WhatsApp, Windows, Skype

2025-03-02  0471. Collections Etc

2025-03-02  0472. Sol Beer US

2025-03-02  0473. QVC

2025-03-02  0474. SocialRadar

2025-03-02  0475. Swagbucks

2025-03-02  0476. Supercell

2025-03-02  0477. BM 01002

2025-03-02  0478. ZEPOSIAÂ® (ozanimod)

2025-03-02  0479. Masters of Balayage

2025-03-02  0480. Coffee Dose

2025-03-02  0481. Bishop Robert Barron

2025-03-02  0482. Bangerhead

2025-03-02  0483. Rothy's

2025-03-02  0484. hims

2025-03-02  0485. Shambala

2025-03-02  0486. Forward Media Argentina

2025-03-02  0487. Quang Khai BM1

2025-03-02  0488. Amazon Music

2025-03-02  0489. Expedia

2025-03-02  0490. Entravision Latam - Puerto Rico

2025-03-02  0491. M1 máº«u 1, N1 17/8 - P

2025-03-02  0492. BM 07

2025-03-02  0493. Vizzy Hard Seltzer

2025-03-02  0494. SBX Proxy

2025-03-02  0495. Lithia Motors

2025-03-02  0496. Classic Kia

2025-03-02  0497. Handy

2025-03-02  0498. Family Gifts, AFAGift

2025-03-02  0499. Capacity Interactive - Digital Marketing Consulting for the Arts

2025-03-02  0500. Canopy

2025-03-02  0501. Snacks.com, Frito-Lay

2025-03-02  0502. Coors Light

2025-03-02  0503. ZitSticka

2025-03-02  0504. Initiative Wellness

2025-03-02  0505. 4th Quarter Collective, LLC

2025-03-02  0506. Cadence

2025-03-02  0507. CVS Pharmacy

2025-03-02  0508. CountryWired INC.

2025-03-02  0509. LocaliQ

2025-03-02  0510. Live Tour Promotions

2025-03-02  0511. Camille Brinch Jewellery

2025-03-02  0512. Alya Skin Australia

2025-03-02  0513. Kabam

2025-03-02  0514. HBO Max Belgium

2025-03-02  0515. 8 Ball Pool

2025-03-02  0516. Water Street Music Hall

2025-03-02  0517. DIFF

2025-03-02  0518. Pampelone Clothing

2025-03-02  0519. Foam and Substance

2025-03-02  0520. Merch Traffic

2025-03-02  0521. Dojo

2025-03-02  0522. Test Global

2025-03-02  0523. Unique Vacations Limited

2025-03-02  0524. KURU Footwear

2025-03-02  0525. Mic Drop Comedy

2025-03-02  0526. American Management Association

2025-03-02  0527. factory 54

2025-03-02  0528. swayhairextensions

2025-03-02  0529. Hong Phong Vu BM1

2025-03-02  0530. HEYDUDE

2025-03-02  0531. Tropical Smoothie Cafe

2025-03-02  0532. Grundéns

2025-03-02  0533. The Rave / Eagles Club

2025-03-02  0534. LiveRamp

2025-03-02  0535. Dimensions Fragrance

2025-03-02  0536. Bombora

2025-03-02  0537. Tanrevel

2025-03-02  0538. ZenithOptimedia Portugal

2025-03-02  0539. Warner Bros. Games

2025-03-02  0540. For Rodriguez &

2025-03-02  0541. Maison de Sabré

2025-03-02  0542. Siren Group

2025-03-02  0543. I'd Rather Be With My Dog

2025-03-02  0544. Volkswagen of West Islip

2025-03-02  0545. RW Consulting

2025-03-02  0546. L'Oréal Social CDO - Cockpit & Advertising

2025-03-02  0547. DiscountMugs

2025-03-02  0548. SwellShark

2025-03-02  0549. Muver

2025-03-02  0550. Alo Moves

2025-03-02  0551. Live Nation Polska

2025-03-02  0552. ASUS

2025-03-02  0553. Reverb

2025-03-02  0554. Tropical Bros

2025-03-02  0555. The Influence Agency

2025-03-02  0556. JCG LLC

2025-03-02  0557. Penguin España

2025-03-02  0558. TEG Live Europe

2025-03-02  0559. VarleyClothing

2025-03-02  0560. Cure Media

2025-03-02  0561. Alo Yoga

2025-03-02  0562. Island Records

2025-03-02  0563. Latched Mama

2025-03-02  0564. Warner Music Sweden

2025-03-02  0565. Kevin Gottlieb

2025-03-02  0566. We are mitÃº

2025-03-02  0567. Summersalt

2025-03-02  0568. SmartAsset.com

2025-03-02  0569. Angler AI

2025-03-02  0570. Magnum Photos

2025-03-02  0571. Amazon Basics, Amazon Alexa, Amazon Fashion

2025-03-02  0572. Freya - Test Account

2025-03-02  0573. NICKS

2025-03-02  0574. iRESTORE Hair Growth System

2025-03-02  0575. Wavemaker Deutschland

2025-03-02  0576. AEG Presents UK

2025-03-02  0577. Olipop

2025-03-02  0578. Kurt Geiger

2025-03-02  0579. IPSY

2025-03-02  0580. Tostitos

2025-03-02  0581. VaynerMedia APAC

2025-03-02  0582. æ ªå¼•ä¼šç¾ã‚ªã‚¾ãƒ³ãƒ•ã‚¡ƒƒ•ã‚¡ƒˆã‚¡ƒ¼ã‚¬¯

2025-03-02  0583. Rescue: The Behavior Change Agency

2025-03-02  0584. Seiza

2025-03-02  0585. SmartPak

2025-03-02  0586. EVERSANA INTOUCH

2025-03-02  0587. PHD colombia S.A.S

2025-03-02  0588. Live Nation Finland

2025-03-02  0589. Verified

2025-03-02  0590. Talent Groupe CH

2025-03-02  0591. Bobo's Oat Bars

2025-03-02  0592. Sara's Business

2025-03-02  0593. Vunzige Deuntjes

2025-03-02  0594. MEC Italia

2025-03-02  0595. Panasonic Personal Care USA

2025-03-02  0596. Gordon McKernan Injury Attorneys

2025-03-02  0597. Publicis Health Media

2025-03-02  0598. Liberated Brands

2025-03-02  0599. Enso Rings

2025-03-02  0600. BM A12

2025-03-02  0601. Blogger: Isaac Saenz

2025-03-02  0602. NOTO Houston

2025-03-02  0603. Oceansapart Global

2025-03-02  0604. Pltnum

2025-03-02  0605. Happy Products

2025-03-02  0606. David Stuebe's Business

2025-03-02  0607. Meditation Magazine

2025-03-02  0608. Apalon

2025-03-02  0609. Media Plus+

2025-03-02  0610. Zimmerman Advertising

2025-03-02  0611. Ayla & Co

2025-03-02  0612. Nurses Life

2025-03-02  0613. Fred Haas Toyota World

2025-03-02  0614. Bang Productions Television

2025-03-02  0615. Boyd & Associates

2025-03-02  0616. Faraday.io

2025-03-02  0617. Kanvas

2025-03-02  0618. Booyah Advertising

2025-03-02  0619. Wake Research

2025-03-02  0620. Solka

2025-03-02  0621. NovartisOneÂ²

2025-03-02  0622. Ads Preview Workaround

2025-03-02  0623. Louisville Democratic Party, House Majority Project

2025-03-02  0624. Huggies UK

2025-03-02  0625. Feld Entertainment, Inc.

2025-03-02  0626. BM 00702

2025-03-02  0627. Jonathan Budd, Powur

2025-03-02  0628. The Vintage Pearl

2025-03-02  0629. Marketing

2025-03-02  0630. Hyperion Financial Group

2025-03-02  0631. Sunset Ford

2025-03-02  0632. CatchyFreebies.com

2025-03-02  0633. ×¢×ž×™™×ª ×•×•×

2025-03-02  0634. TruSignal

2025-03-02  0635. Teste 1

2025-03-02  0636. L.A. Concerts

2025-03-02  0637. grownbrilliance

2025-03-02  0638. Ketone-IQ

2025-03-02  0639. Gisou

2025-03-02  0640. Omnicom Media Group

2025-03-02  0641. EDGE Entertainment Digital

2025-03-02  0642. Funny or Not

2025-03-02  0643. Chime

2025-03-02  0644. Caraway

2025-03-02  0645. Cover FX

2025-03-02  0646. REVOLVE

2025-03-02  0647. Papinelle Sleepwear

2025-03-02  0648. Admixer

2025-03-02  0649. Duluth Trading Company

2025-03-02  0650. True Anthem

2025-03-02  0651. Monarch

2025-03-02  0652. Gaston Luga

2025-03-02  0653. Monster

2025-03-02  0654. Warner Music Ireland

2025-03-02  0655. Ruder Finn

2025-03-02  0656. The 3am Club

2025-03-02  0657. Wayfair

2025-03-02  0658. CoxNext

2025-03-02  0659. Influential

2025-03-02  0660. 100130874778177

2025-03-02  0661. Lithia Hyundai of Reno

2025-03-02  0662. onX Hunt

2025-03-02  0663. MiQ US

2025-03-02  0664. Dragonfly Brands

2025-03-02  0665. Found

2025-03-02  0666. CONVERSE

2025-03-02  0667. Ts2272017

2025-03-02  0668. Friends At Work

2025-03-02  0669. Telenav

2025-03-02  0670. Givebutter

2025-03-02  0671. Snow Days

2025-03-02  0672. Hyperglow

2025-03-02  0673. Direct Auto Insurance

2025-03-02  0674. 1-800 Contacts

2025-03-02  0675. Division D

2025-03-02  0676. Spotify LATAM BM

2025-03-02  0677. RenÃ© Furterer

2025-03-02  0678. Rallye Acura

2025-03-02  0679. Warby Parker

2025-03-02  0680. Interstate Nissan

2025-03-02  0681. Wunderman Performance Media

2025-03-02  0682. Social Fulcrum

2025-03-02  0683. Anderson Martin

2025-03-02  0684. Novartis Clinical Trials

2025-03-02  0685. Amazon Pets

2025-03-02  0686. Fingerhut

2025-03-02  0687. The Citizenry

2025-03-02  0688. Casely

2025-03-02  0689. Predictive Media Analytics, LLC

2025-03-02  0690. Dice Dreams

2025-03-02  0691. Isha Foundation

2025-03-02  0692. Koons Kia of Woodbridge

2025-03-02  0693. Listerine

2025-03-02  0694. Sears Holdings Corp

2025-03-02  0695. #ficafit

2025-03-02  0696. Rogue Fitness

2025-03-02  0697. AARP

2025-03-02  0698. Cleveland Clinic

2025-03-02  0699. Jason Capital Account #2

2025-03-02  0700. Choices by Revlon

2025-03-02  0701. Universal Orlando Resort

2025-03-02  0702. Holding Page

2025-03-02  0703. BM5 chay sach 3

2025-03-02  0704. Freeletics

2025-03-02  0705. Critical Mass

2025-03-02  0706. Harbor Freight

2025-03-02  0707. Giant Partners

2025-03-02  0708. YinoLinkæ™è⁻ᵇ

2025-03-02  0709. Shinesty

2025-03-02  0710. LM250 9

2025-03-02  0711. Give Back Beauty

2025-03-02  0712. NBA

2025-03-02  0713. Moroch

2025-03-02  0714. Max Connect Digital

2025-03-02  0715. Nickel and Suede

2025-03-02  0716. discovery+

2025-03-02  0717. Inner Circle

2025-03-02  0718. Goodlive Artists

2025-03-02  0719. Big Slap

2025-03-02  0720. Best Videos

2025-03-02  0721. Mattress Firm

2025-03-02  0722. Webpals Mobile

2025-03-02  0723. Ranker.com

2025-03-02  0724. Flat Tummy Co

2025-03-02  0725. Solawave

2025-03-02  0726. Front Gate Tickets

2025-03-02  0727. 1000heads - US Office

2025-03-02  0728. Pierce Media

2025-03-02  0729. AuDigent

2025-03-02  0730. HMS Global - GBP

2025-03-02  0731. TFM Media

2025-03-02  0732. Superfly

2025-03-02  0733. Valley Vet Supply

2025-03-02  0734. Mayo Clinic

2025-03-02  0735. Destroy All Lines

2025-03-02  0736. InnovAsian

2025-03-02  0737. Zynga Inc.

2025-03-02  0738. Quantum Physics

2025-03-02  0739. Humane World for Animals

2025-03-02  0740. Leverate Media

2025-03-02  0741. Toyota Of Glendale, Tustin Toyota

2025-03-02  0742. Bai

2025-03-02  0743. Alfred A. Knopf

2025-03-02  0744. Global Leadership Network

2025-03-02  0745. Wegmans

2025-03-02  0746. Ideal Coverings

2025-03-02  0747. TruDiagnostic

2025-03-02  0748. Adwerx

2025-03-02  0749. GoAudience

2025-03-02  0750. Trunk Club

2025-03-02  0751. Soundwave Consulting

2025-03-02  0752. Reingold

2025-03-02  0753. Price Acura

2025-03-02  0754. Hopjump

2025-03-02  0755. Volkswagen of Orland Park

2025-03-02  0756. David Chevrolet

2025-03-02  0757. Throne Rush

2025-03-02  0758. SunChips

2025-03-02  0759. Estee Lauder MÃ©xico

2025-03-02  0760. Helix Sleep

2025-03-02  0761. Tulster

2025-03-02  0762. Sanity Skin

2025-03-02  0763. Jianxian's business account

2025-03-02  0764. Pure Honda Ferndale

2025-03-02  0765. Billings Gazette

2025-03-02  0766. Nutrafol

2025-03-02  0767. Blue 449

2025-03-02  0768. KraftMaid Cabinetry

2025-03-02  0769. VS-Ronaldo Silva 1 - bm 5

2025-03-02  0770. Diggerland USA

2025-03-02  0771. Climate Reality Action Fund, Bill Conway, MN vs Trump, Councilman Johnny G. Farias

2025-03-02  0772. Hopscotch Music Festival

2025-03-02  0773. Miniclip, Darts Of Fury

2025-03-02  0774. United Gold Group

2025-03-02  0775. Lumen Technologies

2025-03-02  0776. The Fitness Marshall, Vizzy Hard Seltzer

2025-03-02  0777. HYFN

2025-03-02  0778. Second test personal user page

2025-03-02  0779. Function of Beauty

2025-03-02  0780. BlueChew

2025-03-02  0781. Frontier Touring

2025-03-02  0782. Art Label Studios 2024

2025-03-02  0783. Common Entertainment

2025-03-02  0784. Mike Molstead Motors

2025-03-02  0785. Clash Royale, Clash Royale ES

2025-03-02  0786. Peloton

2025-03-02  0787. The Foxy Hipster

2025-03-02  0788. Sub Pop Records

2025-03-02  0789. Vivara

2025-03-02  0790. Opus Live

2025-03-02  0791. Connected Vivaki

2025-03-02  0792. Moon Active

2025-03-02  0793. Capitol Music Group

2025-03-02  0794. eBay

2025-03-02  0795. Smashbox Cosmetics

2025-03-02  0796. Alex Feather Akimov's Business

2025-03-02  0797. Dentsu Digital Italy

2025-03-02  0798. BIG IDEA GROUP

2025-03-02  0799. Qelbree® (viloxazine)

2025-03-02  0800. STAAR Global

2025-03-02  0801. Universal Music Norge

2025-03-02  0802. Sony Music Spain

2025-03-02  0803. AbbVie

2025-03-02  0804. SOSHE Beauty

2025-03-02  0805. H&M - Paid Social

2025-03-02  0806. Arising Empire

2025-03-02  0807. CubeSmart Self Storage

2025-03-02  0808. MoneyGram

2025-03-02  0809. Words With Friends

2025-03-02  0810. Life.Church

2025-03-02  0811. Trials World

2025-03-02  0812. Wavemaker-NZ Loreal

2025-03-02  0813. 471887696173235

2025-03-02  0814. moveconcertsarg

2025-03-02  0815. Harvest Hill Beverage Company

2025-03-02  0816. Quakmedia - Agencia de Marketing Digital

2025-03-02  0817. Digital House

2025-03-02  0818. OMD Entertainment

2025-03-02  0819. Smile Direct Club

2025-03-02  0820. GoldSilver

2025-03-02  0821. Dr Pepper Snapple Group

2025-03-02  0822. Barstool Sports

2025-03-02  0823. DSW Designer Shoe Warehouse

2025-03-02  0824. California Cryobank

2025-03-02  0825. J3

2025-03-02  0826. Hulu

2025-03-02  0827. Frank And Oak

2025-03-02  0828. Alter Art

2025-03-02  0829. StackSocial

2025-03-02  0830. Happy Family Organics

2025-03-02  0831. Carmichael Lynch

2025-03-02  0832. North Coast Music Festival

2025-03-02  0833. Yallie K Enterprises LLC

2025-03-02  0834. Honcho.co

2025-03-02  0835. Premiere Speakers Bureau

2025-03-02  0836. Entravision Latam - Honduras

2025-03-02  0837. Matterkind US

2025-03-02  0838. Haworth Media

2025-03-02  0839. Smartfood

2025-03-02  0840. Velawcity

2025-03-02  0841. FanDuel

2025-03-02  0842. Beauty Factory

2025-03-02  0843. Ranker 2

2025-03-02  0844. Guardian Childcare & Education

2025-03-02  0845. Spark Foundry USA

2025-03-02  0846. Universal Music Malaysia

2025-03-02  0847. Aleph Uruguay

2025-03-02  0848. Trafalgar Releasing

2025-03-02  0849. Secret Sounds

2025-03-02  0850. GroupM Danmark

2025-03-02  0851. Sony Music Switzerland

2025-03-02  0852. NeoPerformance

2025-03-02  0853. Pura Vida

2025-03-02  0854. Tell Your People

2025-03-02  0855. Tropic of C

2025-03-02  0856. On

2025-03-02  0857. Sony Music Brasil

2025-03-02  0858. First Avenue & 7th St Entry

2025-03-02  0859. Cooking Vinyl

2025-03-02  0860. Test Page

2025-03-02  0861. L'atelier HK

2025-03-02  0862. The Church of Jesus Christ of Latter-day Saints

2025-03-02  0863. M Booth

2025-03-02  0864. MOJO

2025-03-02  0865. Digitas North America

2025-03-02  0866. KeepGoing First Aid

2025-03-02  0867. Spark Foundry

2025-03-02  0868. Red Digital

2025-03-02  0869. Dentsu Greece

2025-03-02  0870. The KISS Marketing Agency

2025-03-02  0871. BroBible

2025-03-02  0872. CharityStars

2025-03-02  0873. Sold Out Advertising

2025-03-02  0874. Inspire Brands

2025-03-02  0875. Klick - Epic

2025-03-02  0876. Zenith France

2025-03-02  0877. NIV Bible

2025-03-02  0878. St. Jude Children's Research Hospital

2025-03-02  0879. Live Nation France

2025-03-02  0880. Bravado

2025-03-02  0881. Coral Luxury US

2025-03-02  0882. Doritos

2025-03-02  0883. Jack Archer

2025-03-02  0884. Warner Music Poland

2025-03-02  0885. Knitting Factory Entertainment

2025-03-02  0886. Foot Locker

2025-03-02  0887. Live Nation Concerts

2025-03-02  0888. FitnFemale

2025-03-02  0889. DASH TWO

2025-03-02  0890. Accelerate FP

2025-03-02  0891. Radius Chicago

2025-03-02  0892. JustFab

2025-03-02  0893. Real Chemistry

2025-03-02  0894. Aleph Guatemala

2025-03-02  0895. Hourglass Cosmetics

2025-03-02  0896. KSR Group

2025-03-02  0897. Aleph Ecuador

2025-03-02  0898. Walmart.com

2025-03-02  0899. Zillow

2025-03-02  0900. Beth Stelling

2025-03-02  0901. Katalyst Advantage

2025-03-02  0902. TIBBS & BONES

2025-03-02  0903. Butler/Till

2025-03-02  0904. Outback Presents

2025-03-02  0905. Postmates

2025-03-02  0906. Cuffe & Taylor

2025-03-02  0907. Gadget Entertainment

2025-03-02  0908. Carat USA

2025-03-02  0909. Live Nation Alabama & Mississippi

2025-03-02  0910. Wiland Data Tactics

2025-03-02  0911. The Assembly Music

2025-03-02  0912. PacSun

2025-03-02  0913. SkinnyDipped

2025-03-02  0914. Match

2025-03-02  0915. Greenhouse Talent NL

2025-03-02  0916. Veltrac Music

2025-03-02  0917. TRUFFLE

2025-03-02  0918. Yamaha Music USA

2025-03-02  0919. i.am.gia

2025-03-02  0920. Z2 Comics

2025-03-02  0921. Edikted

2025-03-02  0922. Universal Music México

2025-03-02  0923. Herbivore Botanicals

2025-03-02  0924. Tort Group

2025-03-02  0925. Aleph - Dominican Republic

2025-03-02  0926. Called

2025-03-02  0927. Omnilife

2025-03-02  0928. Sony Music Netherlands

2025-03-02  0929. Live Nation Sweden

2025-03-02  0930. T4 Social Media LLC

2025-03-02  0931. Reward Agency - 08

2025-03-02  0932. Nestlé HK ç›´é€•æ›¸å®¶

2025-03-02  0933. Grand Central Publishing

2025-03-02  0934. The League

2025-03-02  0935. L'Oréal Suisse

2025-03-02  0936. Strawberries & Creem

2025-03-02  0937. Foursquare City Guide

2025-03-02  0938. Sure Sure

2025-03-02  0939. NHL

2025-03-02  0940. Infectious Music

2025-03-02  0941. starrising777

2025-03-02  0942. Island Records UK

2025-03-02  0943. Topeka

2025-03-02  0944. Aleph El Salvador

2025-03-02  0945. Dow

2025-03-02  0946. Whalar

2025-03-02  0947. T&M Holding

2025-03-02  0948. SharkNinja

2025-03-02  0949. Warner Music Germany

2025-03-02  0950. Miracle Toyota of North Augusta

2025-03-02  0951. Doctor Music Concerts

2025-03-02  0952. Intuit QuickBooks

2025-03-02  0953. Kohl's

2025-03-02  0954. TargetSmart

2025-03-02  0955. myQ

2025-03-02  0956. Park Advertising

2025-03-02  0957. Ribbow Media Group

2025-03-02  0958. Simon Malls

2025-03-02  0959. Discover

2025-03-02  0960. noatishby

2025-03-02  0961. Pepsi

2025-03-02  0962. barkTHINS

2025-03-02  0963. Amazon.co.uk, Amazon.com

2025-03-02  0964. Indipendente Concerti

2025-03-02  0965. Intermate Media GmbH

2025-03-02  0966. Warner Music Africa

2025-03-02  0967. Social

2025-03-02  0968. Wizard Live

2025-03-02  0969. GETmusic

2025-03-02  0970. Universal Music Deutschland

2025-03-02  0971. Disney

2025-03-02  0972. Absolute Merch

2025-03-02  0973. Bonnie

2025-03-02  0974. Collectiv Presents

2025-03-02  0975. Wiland Audiences

2025-03-02  0976. LADbible

2025-03-02  0977. Resorts World Las Vegas

2025-03-02  0978. CMS Music Media Ltd

2025-03-02  0979. Test

2025-03-02  0980. 9:30 Club

2025-03-02  0981. Vodafone Group

2025-03-02  0982. FB App

2025-03-02  0983. Greenhouse Talent

2025-03-02  0984. Uniagency

2025-03-02  0985. Cardon

2025-03-02  0986. Universal Music Legends

2025-03-02  0987. 310 Nutrition

2025-03-02  0988. Universal Music Romania

2025-03-02  0989. OmnicomMediaGroup Nederland

2025-03-02  0990. Ashley

2025-03-02  0991. Monqui Presents

2025-03-02  0992. Disney Streaming

2025-03-02  0993. Universal Music Thailand

2025-03-02  0994. Wmg gps adx

2025-03-02  0995. Culture Pop

2025-03-02  0996. Online Trainer/Coach

2025-03-02  0997. Havas Media Group USA LLC

2025-03-02  0998. Universal Music Ireland

2025-03-02  0999. Hong Kong Zoom Interactive Network Marketing Technology Limited

2025-03-02  1000. Swimply

2025-03-02  1001. E! News

2025-03-02  1002. af_drinks

2025-03-02  1003. Milk Makeup - 6S

2025-03-02  1004. Blavity

2025-03-02  1005. Plein Air

2025-03-02  1006. FB Only SMB Channel Test Page

2025-03-02  1007. Betfair Interactive US LLC

2025-03-02  1008. Coolside Limited

2025-03-02  1009. Makeup.com by L'Oreal

2025-03-02  1010. Socialflow

2025-03-02  1011. HMI Social

2025-03-02  1012. Scentiment

2025-03-02  1013. SONYA DAKAR

2025-03-02  1014. Purdue Global

2025-03-02  1015. CLOUT Festival

2025-03-02  1016. Acorns

2025-03-02  1017. Boncom

2025-03-02  1018. Bornlogic

2025-03-02  1019. TDC Audiences

2025-03-02  1020. GMI Maxus IDR WPP

2025-03-02  1021. Unilever Philippines

2025-03-02  1022. Winn-Dixie

2025-03-02  1023. WhatsApp

2025-03-02  1024. Target

2025-03-02  1025. NA-KD.com

2025-03-02  1026. Satullo

2025-03-02  1027. Zenithoptimedia Taiwan

2025-03-02  1028. Martell

2025-03-02  1029. Filtr

2025-03-02  1030. Allied Global Marketing

2025-03-02  1031. Illinois Lottery

2025-03-02  1032. Progressive

2025-03-02  1033. JCPenney

2025-03-02  1034. Geologie

2025-03-02  1035. Planet Fitness

2025-03-02  1036. Kiehl's

2025-03-02  1037. Slynd® (drospirenone)

2025-03-02  1038. EMI Records

2025-03-02  1039. the7stars

2025-03-02  1040. Mazda USA

2025-03-02  1041. Black Promoters Collective

2025-03-02  1042. AEG Presents France

2025-03-02  1043. All Family Gift, Coral Luxury US

2025-03-02  1044. Solved

2025-03-02  1045. L'Oréal Paris

2025-03-02  1046. L'Oréal Group

2025-03-02  1047. Fulton & Roark

2025-03-02  1048. Drive Toyota

2025-03-02  1049. ondonewyork

2025-03-02  1050. JSHealth

2025-03-02  1051. UM NY

2025-03-02  1052. Live Nation Australia

2025-03-02  1053. Delivery Hero

2025-03-02  1054. Vogue France

2025-03-02  1055. Amazon.com

2025-03-02  1056. Fingerpaint Saratoga

2025-03-02  1057. Car Price Secrets

2025-03-02  1058. FutureAdvisor

2025-03-02  1059. Jeff Wyler Eastgate Nissan, Serra Toyota Birmingham

2025-03-02  1060. Eggland's Best Eggs

2025-03-02  1061. Noise New Media

2025-03-02  1062. Interscope Records

2025-03-02  1063. Brand survey

2025-03-02  1064. Poppi

2025-03-02  1065. Heather McMahan

2025-03-02  1066. Instagram Ad Ops

2025-03-02  1067. Hint

2025-03-02  1068. VaynerMedia

2025-03-02  1069. Another Planet Entertainment

2025-03-02  1070. Epsilon Audience Data Provider

2025-03-02  1071. Universal Music France

2025-03-02  1072. WMX

2025-03-02  1073. Entertainment on Facebook

2025-03-02  1074. The Home Depot

2025-03-02  1075. BEN: Product Brand Intelligence

2025-03-02  1076. SKIMS

2025-03-02  1077. Dentsu X UK

2025-03-02  1078. Resolution Media

2025-03-02  1079. Nielsen Marketing Cloud

2025-03-02  1080. Hearts & Science

2025-03-02  1081. Reality Labs

2025-03-02  1082. Starcom USA

2025-03-02  1083. OMD USA

2025-03-02  1084. Meta for Business

2025-03-02  1085. Notion Live Events

2025-03-02  1086. Clover

2025-03-02  1087. Live Nation Canada

2025-03-02  1088. Michael Kors

2025-03-02  1089. Relatable

2025-03-02  1090. NEUW Denim

2025-03-02  1091. eBay.co.uk

2025-03-02  1092. wavo.me

2025-03-02  1093. Spotify

2025-03-02  1094. Mastercard

2025-03-02  1095. All Family Gift

2025-03-02  1096. La Roche-Posay

2025-03-02  1097. GroupM Media India

2025-03-02  1098. Ark Swimwear

2025-03-02  1099. Spring Creek Group

2025-03-02  1100. ThinkSwell

2025-03-02  1101. Gupta Media

2025-03-02  1102. Unicorn Innovations

2025-03-02  1103. L'ange

2025-03-02  1104. UM APAC

2025-03-02  1105. UMusic Australia

2025-03-02  1106. XaxisKorea

2025-03-02  1107. Acxiom

2025-03-02  1108. Apple Services

2025-03-02  1109. Experian Marketing Services - Audiences

2025-03-02  1110. amelieteje

2025-03-02  1111. Dea Kudibal

2025-03-02  1112. Gupta Media Holdings, LLC

2025-03-02  1113. Havas Media

2025-03-02  1114. American Sporstwear, S.A.

2025-03-02  1115. Elementary Innovation Pte. Ltd.

2025-03-02  1116. Wyze

2025-03-02  1117. Partisan Records

2025-03-02  1118. Deep Root Analytics

2025-03-02  1119. UM MENA

2025-03-02  1120. Oracle Data Cloud CA

2025-03-02  1121. iHeartCountry

2025-03-02  1122. Fused - Universal Music

2025-03-02  1123. Gina Tricot

2025-03-02  1124. Live Nation UK

2025-03-02  1125. AEG Presents

2025-03-02  1126. Polydor

2025-03-02  1127. Scruff of the Neck

2025-03-02  1128. Open Influence

2025-03-02  1129. Univision

2025-03-02  1130. iProspect Detroit

2025-03-02  1131. mandanadayani

2025-03-02  1132. VET Tv- Veteran Television

2025-03-02  1133. DoorDash

2025-03-02  1134. Agh sdef

2025-03-02  1135. Labelium Australia and New Zealand

2025-03-02  1136. Greta Boutique

2025-03-02  1137. The Children's Place

2025-03-02  1138. ASW Group

2025-03-02  1139. Hunter Del Caribe

2025-03-02  1140. Dollar General

2025-03-02  1141. Hampton Creative

2025-03-02  1142. Rezonate Media

2025-03-02  1143. CMI Media Group and Compas

2025-03-02  1144. Condé Nast

2025-03-02  1145. Anotherland Music

2025-03-02  1146. MyMuse

2025-03-02  1147. Harper's Bazaar

2025-03-02  1148. Summerfest

2025-03-02  1149. Angus Media

2025-03-02  1150. APRILSKIN ì—•ì•´í""ë¦¬Š¤í‚¨

2025-03-02  1151. umusic NZ

2025-03-02  1152. AEG Presents - Media

2025-03-02  1153. Coral Luxury US, All Family Gift

2025-03-02  1154. National Debt Relief

2025-03-02  1155. Heartbeat

2025-03-02  1156. L'Oréal Chile

2025-03-02  1157. Calvin Klein

2025-03-02  1158. RainCloud Media

2025-03-02  1159. Sojern

2025-03-02  1160. GroupM

2025-03-02  1161. Live Bearded

2025-03-02  1162. Amazon Alexa

2025-03-02  1163. cacaFly

2025-03-02  1164. Democratic Party

2025-03-02  1165. Macy's

2025-03-02  1166. Meta

2025-03-02  1167. Warner Music Singapore

2025-03-02  1168. EA - Electronic Arts

2025-03-02  1169. MRG Live

2025-03-02  1170. Edelman Digital NYC

2025-03-02  1171. Warner Music France

2025-03-02  1172. Grant Cardone

2025-03-02  1173. Resolve

2025-03-02  1174. Sundays

2025-03-02  1175. Sweed

2025-03-02  1176. Essence

2025-03-02  1177. RODEOHOUSTON

2025-03-02  1178. Musical Earth

2025-03-02  1179. Wiland Data Targeting

2025-03-02  1180. Team BC

2025-03-02  1181. Molson Coors

2025-03-02  1182. Instagram

2025-03-02  1183. Zenith - PGD

2025-03-02  1184. Tommy Hilfiger

2025-03-02  1185. Dennis Eakin Kia, LaFontaine KIA Dearborn

2025-03-02  1186. Uber

2025-03-02  1187. Wallapop

2025-03-02  1188. Scientia Pet, bSerenePet

2025-03-02  1189. UMe Music Team

2025-03-02  1190. Big Concerts

2025-03-02  1191. The Orchard

2025-03-02  1192. HealixGlobal

2025-03-02  1193. Dallas Cowboys

2025-03-02  1194. White Claw

2025-03-02  1195. Miller's Ale House

2025-03-02  1196. WMcCann RJ

2025-03-02  1197. NOTO Philadelphia

2025-03-02  1198. Mindshare USA

2025-03-02  1199. Pinterest Inc

2025-03-02  1200. BuzzFeed Branded Distribution

2025-03-02  1201. Tommy Hilfiger ME

2025-03-02  1202. Conill Advertising

2025-03-02  1203. Amazon.com, Amazon Home

2025-03-02  1204. Centricity Music

2025-03-02  1205. AutoCanada

2025-03-02  1206. Bell Media

2025-03-02  1207. Zondervan Books

2025-03-02  1208. CNN Digital - Audience Dev

2025-03-02  1209. Launchpad Ignite

2025-03-02  1210. Huggies

2025-03-02  1211. Aleph - Panama

2025-03-02  1212. Rent. Solutions

2025-03-02  1213. Initiative

2025-03-02  1214. Immerse Agency, LLC

2025-03-02  1215. fource.cz

2025-03-02  1216. Neko Test Page

2025-03-02  1217. T-Mobile

2025-03-02  1218. Universal Music Canada

2025-03-02  1219. Avon

2025-03-02  1220. Capital One

2025-03-02  1221. L'OrÃ©al Uruguay

2025-03-02  1222. Ring

2025-03-02  1223. Finish Line

2025-03-02  1224. EMT

2025-03-02  1225. CrossInstall

2025-03-02  1226. CSB

2025-03-02  1227. OLLY

2025-03-02  1228. TORY BURCH

2025-03-02  1229. Cortica

2025-03-02  1230. Aza

2025-03-02  1231. Funded Commerce Ads

2025-03-02  1232. Gooseberry Intimates

2025-03-02  1233. The QYOU

2025-03-02  1234. L'atelier TW

2025-03-02  1235. Trans-System, Inc.

2025-03-02  1236. IProspect Fort Worth

2025-03-02  1237. Sony Music Entertainment

2025-03-02  1238. YellowHammer Media Group

2025-03-02  1239. L'Oréal Professionnel

2025-03-02  1240. RIMOWA

2025-03-02  1241. FIGS

2025-03-02  1242. BHLDN Weddings

2025-03-02  1243. Jeff Wyler Eastgate KIA

2025-03-02  1244. Serra Toyota Birmingham, Serra Toyota of Decatur, Rairdon's Honda of Marysville

2025-03-02  1245. Hylink Digital Solutions

2025-03-02  1246. OfferUp

2025-03-02  1247. Good Social Company

2025-03-02  1248. Matthew 6:26 LLC

2025-03-02  1249. Infusion Marketing Group

2025-03-02  1250. SimpleReach Inc

2025-03-02  1251. Good Apple

2025-03-02  1252. Fandango

2025-03-02  1253. Starcom Sweden AB

2025-03-02  1254. Chewy

2025-03-02  1255. BOSS

2025-03-02  1256. 223 - Droga 5

2025-03-02  1257. Family Gifts, All Family Gift

2025-03-02  1258. ZipRecruiter

2025-03-02  1259. DISH

2025-03-02  1260. Acura of Fremont

2025-03-02  1261. HotSnap

2025-03-02  1262. All Family Gift, Coral Luxury US, Family Gifts

2025-03-02  1263. Rebecca Zung

2025-03-02  1264. MEC

2025-03-02  1265. BobbyParrish

2025-03-02  1266. Live Nation Denmark

2025-03-02  1267. MAAPS / Overman Enterprises

2025-03-02  1268. Fingerpaint

2025-03-02  1269. FB Growth Marketing

2025-03-02  1270. VaynerMedia Canada

2025-03-02  1271. BoostMobile - New/Post-Harmony

2025-03-02  1272. Grupo Axo

2025-03-02  1273. Sony Music Italy

2025-03-02  1274. Boston Scientific

2025-03-02  1275. Sony Music Germany

2025-03-02  1276. Progress Rum

2025-03-02  1277. Goldenvoice

2025-03-02  1278. Universal Music Group: Global Digital Marketing

2025-03-02  1279. We Are Saatchi

2025-03-02  1280. Move With Us

2025-03-02  1281. Cash App

2025-03-02  1282. PETERMAYER

2025-03-02  1283. Warner Music Denmark

2025-03-02  1284. Joom

2025-03-02  1285. Zales

2025-03-02  1286. Universal Music Danmark

2025-03-02  1287. The Ford Store San Leandro

2025-03-02  1288. AEG Presents Asia

2025-03-02  1289. Nexters

2025-03-02  1290. ManebÃ-

2025-03-02  1291. Nordstrom Rack

2025-03-02  1292. aim'n

2025-03-02  1293. TEG DAINTY

2025-03-02  1294. Fanatics

2025-03-02  1295. Sony Electronics

2025-03-02  1296. Amazon.com, Amazon.co.uk

2025-03-02  1297. Parents

2025-03-02  1298. Skill Incubator

2025-03-02  1299. MissionWired

2025-03-02  1300. MDX_3

2025-03-02  1301. æ ªâ¼•ä¼šç¤¾ã,¤ãƒŽãƒ™ãƒ¼ã,·ãƒ§ãƒ³ã,¨ã,¤ãƒ‰

2025-03-02  1302. Primark

2025-03-02  1303. Reaction Presents

2025-03-02  1304. Universal Music South Africa

2025-03-02  1305. Universal Music Italia

2025-03-02  1306. Rosental Organics

2025-03-02  1307. Lashify

2025-03-02  1308. SocialAmp

2025-03-02  1309. Wonderfront Festival

2025-03-02  1310. Shareablee

2025-03-02  1311. Anthropologie

2025-03-02  1312. Nissan of Omaha

2025-03-02  1313. Bell Canada, Bell Canada (FranÃ§ais)

2025-03-02  1314. Universal Music Austria

2025-03-02  1315. Swanson Health

2025-03-02  1316. rolling loud

2025-03-02  1317. Sleepgram

2025-03-02  1318. CurlMix

2025-03-02  1319. Lime

2025-03-02  1320. Royal Buick GMC of Tucson

2025-03-02  1321. Greens Club

2025-03-02  1322. The Goat Agency

2025-03-02  1323. Vannen Watches

2025-03-02  1324. MILLIONS

2025-03-02  1325. LOOPS

2025-03-02  1326. Annapurna Pictures

2025-03-02  1327. Express

2025-03-02  1328. OnlyFans

2025-03-02  1329. Tim Short Ford of La Follette

2025-03-02  1330. Leif Johnson

2025-03-02  1331. Compulse

2025-03-02  1332. REV77

2025-03-02  1333. Intuit TurboTax

2025-03-02  1334. Drive with Lyft

2025-03-02  1335. Adobe

2025-03-02  1336. We Play

2025-03-02  1337. Facebook

2025-03-02  1338. Exchange LA

2025-03-02  1339. Linear 360

2025-03-02  1340. Kash Kick 2

2025-03-02  1341. Hearst Television

2025-03-02  1342. Twillory

2025-03-02  1343. P&G Professional EspaÃ±a

2025-03-02  1344. Change Research

2025-03-02  1345. Cozy Earth

2025-03-02  1346. Warner Music Austria

2025-03-02  1347. The Ridge

2025-03-02  1348. Captain

2025-03-02  1349. FLOAT FEST

2025-03-02  1350. Kitbag

2025-03-02  1351. Eva Rankinï¿½

2025-03-02  1352. MC2 LIVE

2025-03-02  1353. Live Nation Germany - Austria - Switzerland

2025-03-02  1354. T4F

2025-03-02  1355. Reprise Chile

2025-03-02  1356. WITHIN

2025-03-02  1357. RÃ©my Martin

2025-03-02  1358. Fashion Nova

2025-03-02  1359. Groot Hospitality

2025-03-02  1360. Assembly

2025-03-02  1361. Concord

2025-03-02  1362. EarnIn

2025-03-02  1363. Live Nation Italia

2025-03-02  1364. Mindshare Sverige

2025-03-02  1365. æ ªå¼•ä¼šç¾¼ãƒ¡ãƒ‡ãƒ£ãƒ£ãƒƒãƒ¢ã‚¸ã‚¹ã,¹_2

2025-03-02  1366. Louis Vuitton Brazil

2025-03-02  1367. eHealth

2025-03-02  1368. Kecelioglu E-Ticaret New

2025-03-02  1369. Bridg Channel

2025-03-02  1370. CareZone

2025-03-02  1371. Lending Store

2025-03-02  1372. Warner Music Norway

2025-03-02  1373. Cronin

2025-03-02  1374. INH Hair

2025-03-02  1375. J Vineyards & Winery

2025-03-02  1376. Goodway Tier 3 Digital

2025-03-02  1377. OCESA Personal

2025-03-02  1378. Brilliant Earth

2025-03-02  1379. Merkle Incorporated

2025-03-02  1380. Jeff Wyler Chevrolet of Columbus

2025-03-02  1381. Q Link Wireless

2025-03-02  1382. Universal Music Sweden

2025-03-02  1383. Burson Global

2025-03-02  1384. Chobani

2025-03-02  1385. Bianca MuÃ±iz, Elyse Wellness, Desi Bartlett, Haute House Flower, Paige_Previvor, PhexxiÂ®, Annie Murphy

2025-03-02  1386. Dermaclara

2025-03-02  1387. IProspect NY

2025-03-02  1388. Classic Chrysler Dodge Jeep Ram Madison, Gator Chrysler Dodge Jeep Ram, Gary Miller Chrysler Dodge Jeep Ram

2025-03-02  1389. Arnold Palmer Spiked, Movo

2025-03-02  1390. Lifeway

2025-03-02  1391. Current

2025-03-02  1392. Albertsons

2025-03-02  1393. ZJX

2025-03-02  1394. Typology

2025-03-02  1395. The Glover Park Group

2025-03-02  1396. TFO

2025-03-02  1397. Loma Vista Recordings

2025-03-02  1398. Global Health on Facebook

2025-03-02  1399. Shopify New York

2025-03-02  1400. Garage

2025-03-02  1401. Karsten Jahnke Konzerte

2025-03-02  1402. Hyperice

2025-03-02  1403. Republic NOLA

2025-03-02  1404. Ross University School of Veterinary Medicine

2025-03-02  1405. truth

2025-03-02  1406. Coors Light, Miller Lite

2025-03-02  1407. DSplus

2025-03-02  1408. Selfie Leslie

2025-03-02  1409. Money Map Press

2025-03-02  1410. The Lyrical Lemonade Summer Smash Festival

2025-03-02  1411. Secret Entourage

2025-03-02  1412. FanDuel Racing

2025-03-02  1413. All Family Gift, Family Gifts, Coral Luxury US

2025-03-02  1414. Tres Colori Jewelry

2025-03-02  1415. Bell Ford's Fall Savings Event, Bell Ford

2025-03-02  1416. Datonics

2025-03-02  1417. Starcom Denmark

2025-03-02  1418. Synchrony

2025-03-02  1419. Functional Care

2025-03-02  1420. Tempo OMD Social Adv

2025-03-02  1421. Checkout 51

2025-03-02  1422. Avoq

2025-03-02  1423. Solaura

2025-03-02  1424. Performance Marketing - USD - Spotify AB

2025-03-02  1425. Great American Pure Flix

2025-03-02  1426. 4C

2025-03-02  1427. Vince Kelvin

2025-03-02  1428. American Eagle

2025-03-02  1429. Xfinity

2025-03-02  1430. King Soopers, Kroger, Dillons, Ralphs, Gerbes, QFC, Fred Meyer, City Market, Fry's Food Stores, Bakers, Pick 'n Save, Smith's Food and Drug Stores

2025-03-02  1431. Meetsocial HK Digital Marketing Co.ï¼Œltd-1

2025-03-02  1432. Best Buy, Starcom USA

2025-03-02  1433. Lerma Agency

2025-03-02  1434. Bob Hannon Consulting

2025-03-02  1435. bubly

2025-03-02  1436. X-VIN

2025-03-02  1437. Cracker Barrel Old Country Store

2025-03-02  1438. Convergence Media

2025-03-02  1439. Dansko, LLC

2025-03-02  1440. Sephora

2025-03-02  1441. Absolute AirFlow & Plumbing

2025-03-02  1442. Beautiful T-Shirt14

2025-03-02  1443. MODCo T2

2025-03-02  1444. Unit 3C

2025-03-02  1445. Etsy

2025-03-02  1446. Allergan BIOCELL

2025-03-02  1447. VIN AMP, 2Mazda, Apple Sport Imports, Dealer OMG

2025-03-02  1448. Test For Pixel

2025-03-02  1449. Dr. Livingood

2025-03-02  1450. M&C Saatchi Performance

2025-03-02  1451. Revive

2025-03-02  1452. Walmart

2025-03-02  1453. Search Influence

2025-03-02  1454. Edwards Chevrolet Downtown

2025-03-02  1455. The New York Times

2025-03-02  1456. Elevation, Ltd.

2025-03-02  1457. Possible

2025-03-02  1458. AdParlor

2025-03-02  1459. WPS Health Insurance - Health Plan

2025-03-02  1460. PlayStation

2025-03-02  1461. The Points Guy

2025-03-02  1462. CreditCards.com

2025-03-02  1463. Adrian Duncan

2025-03-02  1464. Jackson Hewitt

2025-03-02  1465. Bolster

2025-03-02  1466. Croud Ads

2025-03-02  1467. Pet Airways

2025-03-02  1468. JXM

2025-03-02  1469. Boston Comedy Festival

2025-03-02  1470. Hagerty

2025-03-02  1471. Family Gifts, Coral Luxury US, All Family Gift

2025-03-02  1472. COS

2025-03-02  1473. Quarterlab

2025-03-02  1474. No Limit Entertainment

2025-03-02  1475. Crowd Control Digital

2025-03-02  1476. Anti Agency Group

2025-03-02  1477. Noisy Trumpet

2025-03-02  1478. OMD PanamÃ¡

2025-03-02  1479. Helyx Marketing

2025-03-02  1480. Understatement Underwear

2025-03-02  1481. FOX Sports

2025-03-02  1482. Victoria Justice

2025-03-02  1483. Okori Kazakhstan

2025-03-02  1484. Topsify

2025-03-02  1485. SoFi

2025-03-02  1486. Kay Jewelers

2025-03-02  1487. Wolven

2025-03-02  1488. AutoCruitment

2025-03-02  1489. Big Think Agency

2025-03-02  1490. Caddis Sports

2025-03-02  1491. Alexis Ren

2025-03-02  1492. Miami Dolphins

2025-03-02  1493. ADARA

2025-03-02  1494. Maelys Cosmetics

2025-03-02  1495. Universal Music Brasil

2025-03-02  1496. Banggood Fashion, Banggood

2025-03-02  1497. Ghostwriter Consultancy & Events

2025-03-02  1498. Affinity Answers

2025-03-02  1499. Facebook Insertion Orders

2025-03-02  1500. adidas

2025-03-02  1501. Wavemaker Canada

2025-03-02  1502. APM Monaco

2025-03-02  1503. Starcom UK PUIG

2025-03-02  1504. ZenithMedia Germany

2025-03-02  1505. Backstreetmerch.com

2025-03-02  1506. Coach

2025-03-02  1507. JG Summit

2025-03-02  1508. Republic Records

2025-03-02  1509. Integral Strength

2025-03-02  1510. Wavemaker Malaysia

2025-03-02  1511. Universal Music Polska

2025-03-02  1512. CCI æ ªå¼•ä¼šç¤¾cartacommunications

2025-03-02  1513. Melkweg Amsterdam

2025-03-02  1514. Decca Records

2025-03-02  1515. Wavemaker Hong Kong

2025-03-02  1516. Sony Music UK

2025-03-02  1517. Adult Swim

2025-03-02  1518. Troubadour Presents

2025-03-02  1519. Center

2025-03-02  1520. WS NA

2025-03-02  1521. Activision Mobile

2025-03-02  1522. Dil Mil

2025-03-02  1523. Ethos Life

2025-03-02  1524. Bluefocus

2025-03-02  1525. Kawasaki USA

2025-03-02  1526. Kore Nutrition

2025-03-02  1527. Lay's

2025-03-02  1528. BM 30 MAIL 01

2025-03-02  1529. EYSUVISÂ® (loteprednol etabonate ophthalmic suspension) 0.25%

2025-03-02  1530. Aero Opco LLC

2025-03-02  1531. Rational 360

2025-03-02  1532. Fabric Technologies

2025-03-02  1533. Kroger

2025-03-02  1534. Airbnb, Airbnb ï¼ˆã¨ã‚ãƒ°ãƒ¼ã‚ãƒ³ãƒ‰ãƒ°ï¼‰

2025-03-02  1535. Linktree

2025-03-02  1536. Kent Clothier

2025-03-02  1537. Active International

2025-03-02  1538. Seychelle Media

2025-03-02  1539. MetaVision Media

2025-03-02  1540. SmartHeart

2025-03-02  1541. Good American

2025-03-02  1542. ZenithOptimedia Thailand

2025-03-02  1543. Guinness

2025-03-02  1544. Eyeota

2025-03-02  1545. Miniclip

2025-03-02  1546. MediaSales

2025-03-02  1547. Accelerated Intelligence Ltd

2025-03-02  1548. Edelman West

2025-03-02  1549. Bruckner Yaar Levi

2025-03-02  1550. Pier 1

2025-03-02  1551. Zenith USA

2025-03-02  1552. Chris Chen

2025-03-02  1553. ROR Partners

2025-03-02  1554. Playboy

2025-03-02  1555. Marc Jacobs

2025-03-02  1556. Last Tour

2025-03-02  1557. Echo Promotion

2025-03-02  1558. Indeed

2025-03-02  1559. Neustar FB Syndication

2025-03-02  1560. Universal Music Spain

2025-03-02  1561. HolStrength

2025-03-02  1562. Lincoln Hall + Schubas

2025-03-02  1563. Sev Laser Aesthetics

2025-03-02  1564. Sony Music Poland

2025-03-02  1565. Keurig

2025-03-02  1566. Diverse Media New Zealand

2025-03-02  1567. For Wellness

2025-03-02  1568. Amobee DMP

2025-03-02  1569. ClearOne Advantage, LLC

2025-03-02  1570. Step

2025-03-02  1571. UNDER THE INFLUENCE

2025-03-02  1572. Walt Disney World

2025-03-02  1573. Katherine Kwok FB Biz

2025-03-02  1574. Totspot

2025-03-02  1575. Trendy Butler

2025-03-02  1576. Nomad Apparel Co.

2025-03-02  1577. Motorola

2025-03-02  1578. Invest529

2025-03-02  1579. Sling TV

2025-03-02  1580. Lowe's Home Improvement

2025-03-02  1581. Audience Town

2025-03-02  1582. BSN

2025-03-02  1583. SupplyX

2025-03-02  1584. Fb-Ig-Stage

2025-03-02  1585. Reprise Media ZA

2025-03-02  1586. Team One USA

2025-03-02  1587. Craftsy

2025-03-02  1588. Amazon Alexa, Amazon.com

2025-03-02  1589. Fiverr

2025-03-02  1590. Swank A Posh

2025-03-02  1591. PetSmart

2025-03-02  1592. MullenLowe U.S.

2025-03-02  1593. Smith Micro Software

2025-03-02  1594. Learning A-Z

2025-03-02  1595. 22squared

2025-03-02  1596. Universal Music Colombia

2025-03-02  1597. PushSpring

2025-03-02  1598. Frankies Bikinis

2025-03-02  1599. Hilton Newsroom

2025-03-02  1600. Corida

2025-03-02  1601. Jordan Peterson

2025-03-02  1602. Rareform

2025-03-02  1603. Vuori

2025-03-02  1604. Sony Music Australia

2025-03-02  1605. Universal Music Latino

2025-03-02  1606. Preflect Ads

2025-03-02  1607. Sentara Health

2025-03-02  1608. Mushroom

2025-03-02  1609. D'Alessandro e Galli

2025-03-02  1610. Lounge Underwear

2025-03-02  1611. JBL

2025-03-02  1612. Allstate

2025-03-02  1613. Rakuten

2025-03-02  1614. The Bellwether

2025-03-02  1615. Sam's Club

2025-03-02  1616. EntravisiÃ³n PanamÃ¡

2025-03-02  1617. AirSculpt

2025-03-02  1618. Eddie Bauer

2025-03-02  1619. Publicis_Media_Luxe

2025-03-02  1620. TIAA

2025-03-01  1621. Predictive Media Analytics, LLC

2025-03-01  1622. Freeletics

2025-03-01  1623. The Fitness Marshall, Vizzy Hard Seltzer

2025-03-01  1624. Chase

2025-03-01  1625. Possible

2025-03-01  1626. FanDuel Racing

2025-03-01  1627. SimpleReach Inc

2025-03-01  1628. Kawasaki USA

2025-03-01  1629. Coors Light, Miller Lite

2025-03-01  1630. Kanvas

2025-03-01  1631. Sephora

2025-03-01  1632. Maestro Dobel Tequila

2025-03-01  1633. Siren Group

2025-03-01  1634. AU 77

2025-03-01  1635. Apalon

2025-03-01  1636. Angler AI

2025-03-01  1637. Tostitos

2025-03-01  1638. Paragon Honda

2025-03-01  1639. 8 Ball Pool

2025-03-01  1640. Lovesac

2025-03-01  1641. Fb-Ig-Stage

2025-03-01  1642. Supercell

2025-03-01  1643. GALE Media

2025-03-01  1644. Royal Buick GMC of Tucson

2025-03-01  1645. Brooks Running

2025-03-01  1646. GCommerce

2025-03-01  1647. Warner Bros. Games

2025-03-01  1648. MEC - Los Angeles

2025-03-01  1649. Best Buy, Starcom USA

2025-03-01  1650. Fairway Buick GMC

2025-03-01  1651. Absolute AirFlow & Plumbing

2025-03-01  1652. Affinity Answers

2025-03-01  1653. Affordable Dentures & Implants

2025-03-01  1654. Clash Royale, Clash Royale ES

2025-03-01  1655. SUGARED + BRONZED

2025-03-01  1656. NBA

2025-03-01  1657. Plein Air

2025-03-01  1658. Henry Curtis Ford

2025-03-01  1659. JN Chevrolet

2025-03-01  1660. Flaus

2025-03-01  1661. Amazon Music

2025-03-01  1662. QVC

2025-03-01  1663. National Debt Relief

2025-03-01  1664. Bombora

2025-03-01  1665. Totspot

2025-03-01  1666. Lifeway

2025-03-01  1667. Chobani

2025-03-01  1668. Russ Darrow Kia of Madison, Russ Darrow Kia of Wauwatosa

2025-03-01  1669. Seiza

2025-03-01  1670. Humane World for Animals

2025-03-01  1671. BM5 chay sach 3

2025-03-01  1672. Liberated Brands

2025-03-01  1673. Fused - Universal Music

2025-03-01  1674. Zenithoptimedia Taiwan

2025-03-01  1675. Alya Skin Australia

2025-03-01  1676. Socialyte

2025-03-01  1677. Allied Global Marketing

2025-03-01  1678. M&C Saatchi Performance

2025-03-01  1679. ACTwireless

2025-03-01  1680. Banggood Fashion, Banggood

2025-03-01  1681. Shopify

2025-03-01  1682. Glossier

2025-03-01  1683. Adwerx

2025-03-01  1684. Bianca Muñiz, Elyse Wellness, Desi Bartlett, Haute House Flower, Paige_Previvor, Phexxi®, Annie Murphy

2025-03-01  1685. INFINITI of Las Vegas

2025-03-01  1686. Bluefocus

2025-03-01  1687. barkTHINS

2025-03-01  1688. American Management Association

2025-03-01  1689. Cortica

2025-03-01  1690. Vizzy Hard Seltzer

2025-03-01  1691. Finish Line

2025-03-01  1692. TopTier Trader

2025-03-01  1693. Dr. Squatch

2025-03-01  1694. HBO Max Belgium

2025-03-01  1695. CrossInstall

2025-03-01  1696. ESPN

2025-03-01  1697. Sam's Club

2025-03-01  1698. Crunchyroll

2025-03-01  1699. Fabric Technologies

2025-03-01  1700. Health Union LLC

2025-03-01  1701. Liniad

2025-03-01  1702. BobbyParrish

2025-03-01  1703. Reingold

2025-03-01  1704. WhatsApp, Windows, Skype

2025-03-01  1705. Serra Hyundai

2025-03-01  1706. Crumbl Cookies

2025-03-01  1707. Team Sports Fanatics, April Jersey Store

2025-03-01  1708. UMe Music Team

2025-03-01  1709. Island Records UK

2025-03-01  1710. Warner Music Sweden

2025-03-01  1711. Tusk Strategies

2025-03-01  1712. RCKT.

2025-03-01  1713. Purdue Global

2025-03-01  1714. hims

2025-03-01  1715. Bangerhead

2025-03-01  1716. Universal Music Deutschland

2025-03-01  1717. Molson Coors

2025-03-01  1718. Test Global

2025-03-01  1719. MRG Live

2025-03-01  1720. Bumble

2025-03-01  1721. White Claw

2025-03-01  1722. Sev Laser Aesthetics

2025-03-01  1723. Reverb

2025-03-01  1724. ZenithMedia Germany

2025-03-01  1725. Cuffe & Taylor

2025-03-01  1726. JCG LLC

2025-03-01  1727. Mushroom

2025-03-01  1728. Miracle Toyota of North Augusta

2025-03-01  1729. TEG DAINTY

2025-03-01  1730. D'Alessandro e Galli

2025-03-01  1731. Live Nation Finland

2025-03-01  1732. Playboy

2025-03-01  1733. PHD colombia S.A.S

2025-03-01  1734. Lounge Underwear

2025-03-01  1735. Mic Drop Comedy

2025-03-01  1736. Step

2025-03-01  1737. Hunter Del Caribe

2025-03-01  1738. BetterHelp

2025-03-01  1739. Gooseberry Intimates

2025-03-01  1740. myQ

2025-03-01  1741. TORY BURCH

2025-03-01  1742. The Ridge

2025-03-01  1743. CNN Digital - Audience Dev

2025-03-01  1744. The Rave / Eagles Club

2025-03-01  1745. Dallas Cowboys

2025-03-01  1746. umusic NZ

2025-03-01  1747. Amazon Pets

2025-03-01  1748. Merch Traffic

2025-03-01  1749. Ketone-IQ

2025-03-01  1750. AEG Presents Asia

2025-03-01  1751. Black Promoters Collective

2025-03-01  1752. LocaliQ

2025-03-01  1753. GMI Maxus IDR WPP

2025-03-01  1754. Wolven

2025-03-01  1755. OCESA Personal

2025-03-01  1756. MOJO

2025-03-01  1757. Fulton & Roark

2025-03-01  1758. Teste 1

2025-03-01  1759. JSHealth

2025-03-01  1760. Electric Promotions

2025-03-01  1761. Miller's Ale House

2025-03-01  1762. Jockey

2025-03-01  1763. MEC Australia

2025-03-01  1764. Tommy Hilfiger ME

2025-03-01  1765. The Orchard

2025-03-01  1766. Climb

2025-03-01  1767. Blogger: Isaac Saenz

2025-03-01  1768. Hairfinity

2025-03-01  1769. Bread Beauty Supply

2025-03-01  1770. ZenithOptimedia Thailand

2025-03-01  1771. CountryWired INC.

2025-03-01  1772. Shambala

2025-03-01  1773. Camille Brinch Jewellery

2025-03-01  1774. Code3

2025-03-01  1775. NICKS

2025-03-01  1776. ClearOne Advantage, LLC

2025-03-01  1777. Radius Chicago

2025-03-01  1778. NA-KD.com

2025-03-01  1779. 310 Nutrition

2025-03-01  1780. Tincre

2025-03-01  1781. Mastercard

2025-03-01  1782. Vodafone Group

2025-03-01  1783. Robert Beck

2025-03-01  1784. BluFish

2025-03-01  1785. Zenith Chile

2025-03-01  1786. DIFF

2025-03-01  1787. Live Nation Australia

2025-03-01  1788. Give Back Beauty

2025-03-01  1789. Dea Kudibal

2025-03-01  1790. Forward Media Italy

2025-03-01  1791. Performics Test Page

2025-03-01  1792. Backstreetmerch.com

2025-03-01  1793. American Sporstwear, S.A.

2025-03-01  1794. Awesome Tee 66

2025-03-01  1795. Life.Church

2025-03-01  1796. ZenithOptimedia Portugal

2025-03-01  1797. Volkswagen of Orland Park

2025-03-01  1798. Live Nation Polska

2025-03-01  1799. Accelerated Intelligence Ltd

2025-03-01  1800. Anthropologie

2025-03-01  1801. ICRUSH

2025-03-01  1802. WITHIN

2025-03-01  1803. wellrestedweeones

2025-03-01  1804. Beautiful T-Shirt14

2025-03-01  1805. Rgmntco

2025-03-01  1806. Instacart

2025-03-01  1807. BM 07

2025-03-01  1808. Swank A Posh

2025-03-01  1809. Anotherland Music

2025-03-01  1810. Checkout 51

2025-03-01  1811. Bfx

2025-03-01  1812. Smarty Social Media

2025-03-01  1813. REV77

2025-03-01  1814. Winn-Dixie

2025-03-01  1815. Pier 1

2025-03-01  1816. Jeff Wyler Eastgate Nissan, Serra Toyota Birmingham

2025-03-01  1817. Rareform

2025-03-01  1818. Global Leadership Network

2025-03-01  1819. No Limit Entertainment

2025-03-01  1820. David Stuebe's Business

2025-03-01  1821. Annapurna Pictures

2025-03-01  1822. Ourisman Chevrolet of Rockville, Todd Wenzel Chevrolet of Hudsonville

2025-03-01  1823. Pandora

2025-03-01  1824. Casely

2025-03-01  1825. Nextdoor

2025-03-01  1826. Progress Rum

2025-03-01  1827. Accelerate FP

2025-03-01  1828. CSR Racing

2025-03-01  1829. AR Homes by Arthur Rutenberg

2025-03-01  1830. Interactive Avenues

2025-03-01  1831. w/Tributary

2025-03-01  1832. OfferUp

2025-03-01  1833. BM 00702

2025-03-01  1834. iFrog Marketing Solutions

2025-03-01  1835. Square

2025-03-01  1836. Call of Duty

2025-03-01  1837. WO

2025-03-01  1838. We are Rodriguez

2025-03-01  1839. Champs Sports

2025-03-01  1840. Rescue: The Behavior Change Agency

2025-03-01  1841. UM Australia

2025-03-01  1842. Ayla & Co

2025-03-01  1843. Forward Media Argentina

2025-03-01  1844. Nexters

2025-03-01  1845. Cleveland Clinic

2025-03-01  1846. Joom

2025-03-01  1847. MissionWired

2025-03-01  1848. APRILSKIN ì—•ì•´í",ë¦´ìŠ¤í,¨

2025-03-01  1849. FitnFemale

2025-03-01  1850. Universal Music Austria

2025-03-01  1851. Oceansapart Global

2025-03-01  1852. Entravision Latam - Honduras

2025-03-01  1853. Match

2025-03-01  1854. Carmichael Lynch

2025-03-01  1855. Concord

2025-03-01  1856. Hint

2025-03-01  1857. Pierce Media

2025-03-01  1858. Amplify.ai

2025-03-01  1859. Coral Luxury US, Family Gifts, All Family Gift

2025-03-01  1860. IZEA Worldwide, Inc.

2025-03-01  1861. Dot Matters

2025-03-01  1862. VaynerMedia APAC

2025-03-01  1863. Gadget Entertainment

2025-03-01  1864. CMS Music Media Ltd

2025-03-01  1865. PacSun

2025-03-01  1866. Milani

2025-03-01  1867. Hearst Television

2025-03-01  1868. Milk Makeup - 6S

2025-03-01  1869. Island Records

2025-03-01  1870. Truth and Love Coaching International

2025-03-01  1871. Prime Student

2025-03-01  1872. Reaction Presents

2025-03-01  1873. Amazon Alexa

2025-03-01  1874. BoostMobile - New/Post-Harmony

2025-03-01  1875. Datonics

2025-03-01  1876. Jonathan Budd, Powur

2025-03-01  1877. Avant Gardner

2025-03-01  1878. Reprise Media México

2025-03-01  1879. Cadillac of Tucson

2025-03-01  1880. Test For Pixel

2025-03-01  1881. Randy Wise Chevrolet

2025-03-01  1882. Multitud Digital

2025-03-01  1883. Snacks.com, Frito-Lay

2025-03-01  1884. Bonneville International

2025-03-01  1885. Cronin

2025-03-01  1886. National Audubon Society

2025-03-01  1887. Wantable

2025-03-01  1888. SmartHeart

2025-03-01  1889. Blue 449

2025-03-01  1890. Toyota of Dartmouth

2025-03-01  1891. Tres Colori Jewelry

2025-03-01  1892. CareZone

2025-03-01  1893. Choices by Revlon

2025-03-01  1894. Tulster

2025-03-01  1895. PetSmart Charities

2025-03-01  1896. Sling TV

2025-03-01  1897. Kavala Collective

2025-03-01  1898. THIRD EAR

2025-03-01  1899. Westerra Credit Union

2025-03-01  1900. MiQ US

2025-03-01  1901. Handle the Heat

2025-03-01  1902. Lashify

2025-03-01  1903. Frank And Oak

2025-03-01  1904. Exxon & Mobil Stations

2025-03-01  1905. Tuft & Needle

2025-03-01  1906. UM MENA

2025-03-01  1907. MetLife

2025-03-01  1908. Smart Passive Income with Pat Flynn

2025-03-01  1909. Hyperion Financial Group

2025-03-01  1910. Indeed

2025-03-01  1911. Intuit Credit Karma

2025-03-01  1912. Thing.Shop

2025-03-01  1913. Happify by Twill

2025-03-01  1914. TIAA

2025-03-01  1915. #ficafit

2025-03-01  1916. Blueprint Interactive

2025-03-01  1917. Nordstrom

2025-03-01  1918. Chunfang Wu

2025-03-01  1919. Limited Edition 204

2025-03-01  1920. Isha Foundation

2025-03-01  1921. Free People

2025-03-01  1922. 471887696173235

2025-03-01  1923. Bolster

2025-03-01  1924. Decoded Advertising

2025-03-01  1925. Sure Sure

2025-03-01  1926. Big Concerts

2025-03-01  1927. Opus Live

2025-03-01  1928. ã‚¢ã‚¤ãƒ—ãƒ-ã‚¹ãƒšã‚¯ãƒˆãƒ»ã‚¸ãƒ£ãƒˆãƒ‘ãƒ³æ ªå¼•ä¼šç¤¾

2025-03-01  1929. Grand Central Publishing

2025-03-01  1930. AEG Presents UK

2025-03-01  1931. Wavemaker Deutschland

2025-03-01  1932. Collectiv Presents

2025-03-01  1933. Snow Days

2025-03-01  1934. KeepGoing First Aid

2025-03-01  1935. Universal Music Group: Global Digital Marketing

2025-03-01  1936. MILLIONS

2025-03-01  1937. Sony Music Brasil

2025-03-01  1938. Socialistics

2025-03-01  1939. FabFitFun

2025-03-01  1940. Antwerpen Chrysler Jeep Dodge Ram

2025-03-01  1941. Amplifon Group

2025-03-01  1942. Bones Coffee Company

2025-03-01  1943. Digital House

2025-03-01  1944. Universal Music Ireland

2025-03-01  1945. Secret Sounds

2025-03-01  1946. Kevin Gottlieb

2025-03-01  1947. Mindshare Sverige

2025-03-01  1948. Gina Tricot

2025-03-01  1949. Swimply

2025-03-01  1950. EVERSANA INTOUCH

2025-03-01  1951. Croud Ads

2025-03-01  1952. eFavormart

2025-03-01  1953. Nissan of Omaha

2025-03-01  1954. Q Link Wireless

2025-03-01  1955. FutureAdvisor

2025-03-01  1956. GunrockMarketing

2025-03-01  1957. The Detox Dudes

2025-03-01  1958. Bishop Robert Barron

2025-03-01  1959. Grubhub

2025-03-01  1960. Swanson Health

2025-03-01  1961. Horizon Horseback

2025-03-01  1962. KURU Footwear

2025-03-01  1963. Ruggable

2025-03-01  1964. Reprise ES

2025-03-01  1965. Solka

2025-03-01  1966. Fabian Ramirez

2025-03-01  1967. Morgan Fidelity Associates, Inc.

2025-03-01  1968. Warner Music Spain

2025-03-01  1969. Geologie

2025-03-01  1970. 4th Quarter Collective, LLC

2025-03-01  1971. Emporium Presents

2025-03-01  1972. DASH TWO

2025-03-01  1973. LSU AgCenter Botanic Gardens

2025-03-01  1974. E! News

2025-03-01  1975. Hampton Creative

2025-03-01  1976. Slynd® (drospirenone)

2025-03-01  1977. Latched Mama

2025-03-01  1978. CB Chevrolet in San Luis Obispo

2025-03-01  1979. ZEPOSIA® (ozanimod)

2025-03-01  1980. SimplePrints

2025-03-01  1981. CM Games

2025-03-01  1982. Wish

2025-03-01  1983. noatishby

2025-03-01  1984. Calvin Klein GCC

2025-03-01  1985. Guinness

2025-03-01  1986. Zynga Inc.

2025-03-01  1987. Ruffles

2025-03-01  1988. Captiv8

2025-03-01  1989. Greenhouse Talent

2025-03-01  1990. Kulturbolaget

2025-03-01  1991. Triple G Events

2025-03-01  1992. Aleph El Salvador

2025-03-01  1993. Dow

2025-03-01  1994. Aleph Ecuador

2025-03-01  1995. Tell Your People

2025-03-01  1996. SiriusXM

2025-03-01  1997. Aero Opco LLC

2025-03-01  1998. Sleepgram

2025-03-01  1999. Summerfest

2025-03-01  2000. F1 + F3 len moi

2025-03-01  2001. Rémy Martin

2025-03-01  2002. Grunt Style

2025-03-01  2003. Reprise Chile

2025-03-01  2004. Lowe's Home Improvement

2025-03-01  2005. Way2target

2025-03-01  2006. Just Us Skin Care

2025-03-01  2007. NIV Bible

2025-03-01  2008. Goodway Tier 3 Digital

2025-03-01  2009. Relistor® (methylnaltrexone bromide)

2025-03-01  2010. CAVA

2025-03-01  2011. PreciseTarget

2025-03-01  2012. Tazo Tea

2025-03-01  2013. Hypnosis Training Academy

2025-03-01  2014. Coors Light

2025-03-01  2015. Audacy Social Conquest

2025-03-01  2016. SmartAsset.com

2025-03-01  2017. Florida World, Where my stories begins, Love My Family

2025-03-01  2018. Aegis Media Innov8

2025-03-01  2019. The Vintage Pearl

2025-03-01  2020. Nomad Apparel Co.

2025-03-01  2021. Second test personal user page

2025-03-01  2022. Coinbase

2025-03-01  2023. HEYDUDE

2025-03-01  2024. Olipop

2025-03-01  2025. Topeka

2025-03-01  2026. Huggies UK

2025-03-01  2027. 100130874778177

2025-03-01  2028. Ads Preview Workaround

2025-03-01  2029. M+R

2025-03-01  2030. Grey Goose

2025-03-01  2031. Sykes Millionaire Challenge

2025-03-01  2032. Smartfood

2025-03-01  2033. The Relationship School

2025-03-01  2034. Conn's HomePlus

2025-03-01  2035. JOANN Fabric and Craft Stores

2025-03-01  2036. Dee Murthy

2025-03-01  2037. Resolution Agency

2025-03-01  2038. Clover

2025-03-01  2039. Classic Chrysler Dodge Jeep Ram Madison, Gator Chrysler Dodge Jeep Ram, Gary Miller Chrysler Dodge Jeep Ram

2025-03-01  2040. Lending Store

2025-03-01  2041. Pltnum

2025-03-01  2042. Feld Entertainment, Inc.

2025-03-01  2043. Pourri

2025-03-01  2044. VS-Ronaldo Silva 1 - bm 5

2025-03-01  2045. Rallye Acura

2025-03-01  2046. Ross University School of Veterinary Medicine

2025-03-01  2047. The Strategy Group Company

2025-03-01  2048. Campbell Ewald

2025-03-01  2049. Banggood

2025-03-01  2050. Facebook

2025-03-01  2051. Found

2025-03-01  2052. YinoLinkæ™è˜°

2025-03-01  2053. grownbrilliance

2025-03-01  2054. Maybelline New York

2025-03-01  2055. Gisou

2025-03-01  2056. Immerse Agency, LLC

2025-03-01  2057. Freya - Test Account

2025-03-01  2058. Bai

2025-03-01  2059. Jordan Peterson

2025-03-01  2060. Verified

2025-03-01  2061. Bolivar Ford, Riata Ford

2025-03-01  2062. Masters of Balayage

2025-03-01  2063. BerlinRosen

2025-03-01  2064. Nextdoor for Business

2025-03-01  2065. J Vineyards & Winery

2025-03-01  2066. Mazda CX5 22

2025-03-01  2067. Velawcity

2025-03-01  2068. Dee-1

2025-03-01  2069. GoldSilver

2025-03-01  2070. Old Navy

2025-03-01  2071. Division D

2025-03-01  2072. Away That Day

2025-03-01  2073. Percipio Holdings, Inc.

2025-03-01  2074. MetaTeam

2025-03-01  2075. Gaston Luga

2025-03-01  2076. SocialAmp

2025-03-01  2077. Whalar

2025-03-01  2078. Emc_TCCC

2025-03-01  2079. Shaqâ€™s Fun House

2025-03-01  2080. TEG Live Europe

2025-03-01  2081. VaynerMedia Canada

2025-03-01  2082. Shareablee

2025-03-01  2083. factory 54

2025-03-01  2084. Ring

2025-03-01  2085. Fiverr

2025-03-01  2086. Unique Vacations Limited

2025-03-01  2087. L'OrÃ©al Social CDO - Cockpit & Advertising

2025-03-01  2088. Socialflow

2025-03-01  2089. Vannen Watches

2025-03-01  2090. Quakmedia - Agencia de Marketing Digital

2025-03-01  2091. We are mitÃº

2025-03-01  2092. LIVE NATION ES

2025-03-01  2093. Sony Music Switzerland

2025-03-01  2094. Universal Music Recordings

2025-03-01  2095. INH Hair

2025-03-01  2096. playforgain

2025-03-01  2097. Sony Music Italy

2025-03-01  2098. Penguin EspaÃ±a

2025-03-01  2099. Goldenvoice

2025-03-01  2100. Trunk Club

2025-03-01  2101. Bell Ford's Fall Savings Event, Bell Ford

2025-03-01  2102. Pampelone Clothing

2025-03-01  2103. Genentech

2025-03-01  2104. Words With Friends

2025-03-01  2105. Collections Etc

2025-03-01  2106. Hong Phong Vu BM1

2025-03-01  2107. Swagbucks

2025-03-01  2108. Giant Partners

2025-03-01  2109. Webpals Mobile

2025-03-01  2110. CatchyFreebies.com

2025-03-01  2111. Quang Khai BM1

2025-03-01  2112. Breathe For Change

2025-03-01  2113. Big Think Agency

2025-03-01  2114. VIN AMP, 2Mazda, Apple Sport Imports, Dealer OMG

2025-03-01  2115. NP Thyroid® (Thyroid Tablets, USP)

2025-03-01  2116. Scheels

2025-03-01  2117. Vescovo Toyota of Las Cruces, Lee Toyota

2025-03-01  2118. AARP

2025-03-01  2119. Freshpet

2025-03-01  2120. Mike Molstead Motors

2025-03-01  2121. OneMain Business

2025-03-01  2122. Arnold Palmer Spiked, Movo

2025-03-01  2123. Amazon Alexa, Amazon.com

2025-03-01  2124. Shopify New York

2025-03-01  2125. Big Slap

2025-03-01  2126. 9:30 Club

2025-03-01  2127. Spiceology

2025-03-01  2128. Dansko, LLC

2025-03-01  2129. Invisalign

2025-03-01  2130. Chime

2025-03-01  2131. Anti Agency Group

2025-03-01  2132. Flat Tummy Co

2025-03-01  2133. Moon Active

2025-03-01  2134. Mattress Firm

2025-03-01  2135. H&M - Paid Social

2025-03-01  2136. Tort Group

2025-03-01  2137. Sub Pop Records

2025-03-01  2138. 2K

2025-03-01  2139. Liquid I.V.

2025-03-01  2140. Starcom UK PUIG

2025-03-01  2141. FOX Sports

2025-03-01  2142. Maude

2025-03-01  2143. BlueChew

2025-03-01  2144. Art Label Studios 2024

2025-03-01  2145. Monster

2025-03-01  2146. Common Entertainment

2025-03-01  2147. Kilt 'Em

2025-03-01  2148. Caraway

2025-03-01  2149. Facebook Insertion Orders

2025-03-01  2150. Bridg Channel

2025-03-01  2151. STAAR Global

2025-03-01  2152. Frankies Bikinis

2025-03-01  2153. Southwest Airlines

2025-03-01  2154. Meditation Magazine

2025-03-01  2155. Tropical Smoothie Cafe

2025-03-01  2156. Skill Incubator

2025-03-01  2157. Rebecca Zung

2025-03-01  2158. BM 01002

2025-03-01  2159. Soundwave Consulting

2025-03-01  2160. The Glover Park Group

2025-03-01  2161. InnovAsian

2025-03-01  2162. Dennis Eakin Kia, LaFontaine KIA Dearborn

2025-03-01  2163. Car Price Secrets

2025-03-01  2164. Brunner

2025-03-01  2165. Classic Kia

2025-03-01  2166. Quantum Physics

2025-03-01  2167. Social Fulcrum

2025-03-01  2168. SocialRadar

2025-03-01  2169. Bobo's Oat Bars

2025-03-01  2170. neuapp

2025-03-01  2171. Amazon Basics, Amazon Alexa, Amazon Fashion

2025-03-01  2172. Betterment

2025-03-01  2173. Eko Health

2025-03-01  2174. Digital Tading Desk

2025-03-01  2175. Jill

2025-03-01  2176. CVS Pharmacy

2025-03-01  2177. CLOUT Festival

2025-03-01  2178. Karsten Jahnke Konzerte

2025-03-01  2179. Hyperice

2025-03-01  2180. Bonnie

2025-03-01  2181. Frontier Touring

2025-03-01  2182. NHL

2025-03-01  2183. Duluth Trading Company

2025-03-01  2184. Louis Vuitton Brazil

2025-03-01  2185. Empower

2025-03-01  2186. Socialyse Adm FR

2025-03-01  2187. TivoliVredenburg

2025-03-01  2188. Goodlive Artists

2025-03-01  2189. Rothy's

2025-03-01  2190. VarleyClothing

2025-03-01  2191. Proposal Prep by Best Kept

2025-03-01  2192. Gordon McKernan Injury Attorneys

2025-03-01  2193. United Influencers

2025-03-01  2194. Universal Music Switzerland

2025-03-01  2195. Silk + Sonder

2025-03-01  2196. Hopscotch Music Festival

2025-03-01  2197. Activision Mobile

2025-03-01  2198. Toyota Of Glendale, Tustin Toyota

2025-03-01  2199. Republic NOLA

2025-03-01  2200. Alex Feather Akimov's Business

2025-03-01  2201. APM Monaco

2025-03-01  2202. Kurt Geiger

2025-03-01  2203. 1000heads - US Office

2025-03-01  2204. FCA Mexico

2025-03-01  2205. LP Generic Business

2025-03-01  2206. Universal Music Norge

2025-03-01  2207. Ruder Finn

2025-03-01  2208. De Helling

2025-03-01  2209. Angela ï¿½

2025-03-01  2210. Magnum Photos

2025-03-01  2211. Captain

2025-03-01  2212. Coolside Limited

2025-03-01  2213. Sakara Life

2025-03-01  2214. Loma Vista Recordings

2025-03-01  2215. Netflix

2025-03-01  2216. Cardon

2025-03-01  2217. Brilliant Earth

2025-03-01  2218. TIBBS & BONES

2025-03-01  2219. Live Bearded

2025-03-01  2220. Solawave

2025-03-01  2221. Happy Products

2025-03-01  2222. Limelight Belfast

2025-03-01  2223. Omnicom Media Group

2025-03-01  2224. DefJam

2025-03-01  2225. FRAME

2025-03-01  2226. Absolute Merch

2025-03-01  2227. starrising777

2025-03-01  2228. Hoffman York

2025-03-01  2229. Groot Hospitality

2025-03-01  2230. Connected Vivaki

2025-03-01  2231. Called

2025-03-01  2232. Tropic of C

2025-03-01  2233. Universal Music MÃ©xico

2025-03-01  2234. Cozy Earth

2025-03-01  2235. BIG IDEA GROUP

2025-03-01  2236. iRESTORE Hair Growth System

2025-03-01  2237. Live Nation Norway

2025-03-01  2238. Funny or Not

2025-03-01  2239. Culture Pop

2025-03-01  2240. Arising Empire

2025-03-01  2241. Cover FX

2025-03-01  2242. Tatti Lashes

2025-03-01  2243. therankedmusic

2025-03-01  2244. CCI æ ªå¼•ä¼šç¾¾cartacommunications

2025-03-01  2245. Drink Accelerator

2025-03-01  2246. Trans-System, Inc.

2025-03-01  2247. Grwn

2025-03-01  2248. Fun.com

2025-03-01  2249. REVOLVE

2025-03-01  2250. Online Trainer/Coach

2025-03-01  2251. On

2025-03-01  2252. JG Summit

2025-03-01  2253. The Children's Place

2025-03-01  2254. Warner Music Africa

2025-03-01  2255. Omnilife

2025-03-01  2256. Summersalt

2025-03-01  2257. Sony Music Netherlands

2025-03-01  2258. L'OrÃ©al Uruguay

2025-03-01  2259. Z2 Comics

2025-03-01  2260. IProspect Fort Worth

2025-03-01  2261. Live Nation Germany - Austria - Switzerland

2025-03-01  2262. Suit Up Brands LLC

2025-03-01  2263. Good American

2025-03-01  2264. California Cryobank

2025-03-01  2265. Alo Moves

2025-03-01  2266. NOTO Philadelphia

2025-03-01  2267. BHLDN Weddings

2025-03-01  2268. mandanadayani

2025-03-01  2269. Tanrevel

2025-03-01  2270. Reward Agency - 08

2025-03-01  2271. Dentsu Digital Italy

2025-03-01  2272. Peloton

2025-03-01  2273. WE ARE TALA

2025-03-01  2274. Premiere Speakers Bureau

2025-03-01  2275. Publicis Media Luxe

2025-03-01  2276. RTIC Outdoors

2025-03-01  2277. Groupe EPI

2025-03-01  2278. Delivery Hero

2025-03-01  2279. BEN: Product Brand Intelligence

2025-03-01  2280. ondonewyork

2025-03-01  2281. Doctor Music Concerts

2025-03-01  2282. Juicy Couture

2025-03-01  2283. Elementary Innovation Pte. Ltd.

2025-03-01  2284. Morris Bart, LLC

2025-03-01  2285. Garage

2025-03-01  2286. Athleta

2025-03-01  2287. OmnicomMediaGroup Nederland

2025-03-01  2288. MAAPS / Overman Enterprises

2025-03-01  2289. MEC Italia

2025-03-01  2290. Garnier Colombia

2025-03-01  2291. Aleph - Dominican Republic

2025-03-01  2292. Bonus Track

2025-03-01  2293. Strawberries & Creem

2025-03-01  2294. Foam and Substance

2025-03-01  2295. Beauty Factory

2025-03-01  2296. KSR Group

2025-03-01  2297. CSL

2025-03-01  2298. discovery+

2025-03-01  2299. Propeller

2025-03-01  2300. RIMOWA

2025-03-01  2301. CharityStars

2025-03-01  2302. Wavemaker Canada

2025-03-01  2303. Universal Music Danmark

2025-03-01  2304. Stuart Weitzman

2025-03-01  2305. TFM Media

2025-03-01  2306. Estee Lauder México

2025-03-01  2307. Superfly

2025-03-01  2308. Unilever Canada

2025-03-01  2309. Deezer

2025-03-01  2310. aim'n

2025-03-01  2311. Cooking Vinyl

2025-03-01  2312. Topsify

2025-03-01  2313. Adult Swim

2025-03-01  2314. Rosental Organics

2025-03-01  2315. Bonefish Grill

2025-03-01  2316. BroBible

2025-03-01  2317. NeoPerformance

2025-03-01  2318. Alexis Ren

2025-03-01  2319. Lincoln Hall + Schubas

2025-03-01  2320. Wavemaker-NZ Loreal

2025-03-01  2321. Florida Credit Union

2025-03-01  2322. Monarch

2025-03-01  2323. MyMuse

2025-03-01  2324. Alter Art

2025-03-01  2325. LOOPS

2025-03-01  2326. Noisy Trumpet

2025-03-01  2327. Function of Beauty

2025-03-01  2328. eHealth

2025-03-01  2329. Capacity Interactive - Digital Marketing Consulting for the Arts

2025-03-01  2330. Shelf Inc.

2025-03-01  2331. Honcho.co

2025-03-01  2332. Zenith Slovakia

2025-03-01  2333. Ulta Beauty

2025-03-01  2334. Jeff Wyler Chevrolet of Columbus

2025-03-01  2335. Jason Capital Account #2

2025-03-01  2336. For Rodriguez &

2025-03-01  2337. Boarderie

2025-03-01  2338. I-95 Nissan

2025-03-01  2339. TFO

2025-03-01  2340. Simon & Schuster

2025-03-01  2341. Friends At Work

2025-03-01  2342. Koons Kia of Woodbridge

2025-03-01  2343. P2 Public Affairs

2025-03-01  2344. Musical Earth

2025-03-01  2345. Action Network

2025-03-01  2346. Volkswagen of West Islip

2025-03-01  2347. Sage Dental

2025-03-01  2348. Dave Cao

2025-03-01  2349. Hopjump

2025-03-01  2350. Airbnb

2025-03-01  2351. Flag & Anthem

2025-03-01  2352. Yallie K Enterprises LLC

2025-03-01  2353. LaFontaine KIA Dearborn, Dennis Eakin Kia, Toms River Mitsubishi

2025-03-01  2354. Max Connect Digital

2025-03-01  2355. Haworth Media

2025-03-01  2356. Blavity

2025-03-01  2357. Pura Vida

2025-03-01  2358. Move With Us

2025-03-01  2359. Cadence

2025-03-01  2360. Magnolia Pictures

2025-03-01  2361. Compulse

2025-03-01  2362. Alo Yoga

2025-03-01  2363. Glamnetic

2025-03-01  2364. Pet Airways

2025-03-01  2365. onX Hunt

2025-03-01  2366. L'atelier HK

2025-03-01  2367. PBS

2025-03-01  2368. NOTO Houston

2025-03-01  2369. Basketball Arena, Miniclip, Darts Of Fury, Golf Battle, Football Rivals

2025-03-01  2370. Adrian Duncan

2025-03-01  2371. Sanity Skin

2025-03-01  2372. Universal Studios Hollywood

2025-03-01  2373. Smith Micro Software

2025-03-01  2374. The Ford Store San Leandro

2025-03-01  2375. The Church of Jesus Christ of Latter-day Saints

2025-03-01  2376. Resorts World Las Vegas

2025-03-01  2377. Brand Polling

2025-03-01  2378. Nickel and Suede

2025-03-01  2379. Republic Records

2025-03-01  2380. ManebÃ

2025-03-01  2381. Warby Parker

2025-03-01  2382. Alex Azra

2025-03-01  2383. Holding Page

2025-03-01  2384. Throne Rush

2025-03-01  2385. XIFAXANÂ® (rifaximin) 550 mg tablets

2025-03-01  2386. Democratic Party

2025-03-01  2387. ASUS

2025-03-01  2388. Universal Music Spain

2025-03-01  2389. Bruckner Yaar Levi

2025-03-01  2390. For Wellness

2025-03-01  2391. MediaSales

2025-03-01  2392. M1 máº«u 1, N1 17/8 - P

2025-03-01  2393. Xfinity

2025-03-01  2394. Oregon Ice Cream

2025-03-01  2395. Trendy Butler

2025-03-01  2396. The Foxy Hipster

2025-03-01  2397. Front Gate Tickets

2025-03-01  2398. OnlyFans

2025-03-01  2399. L.A. Concerts

2025-03-01  2400. SOSHE Beauty

2025-03-01  2401. Monqui Presents

2025-03-01  2402. Avon

2025-03-01  2403. moveconcertsarg

2025-03-01  2404. Airbnb, Airbnb ï¼ˆã,¨ã,¢ãƒ"ãƒ¼ã,¢ãƒ³ãƒ‰ãƒ"ãƒ¼ï¼‰

2025-03-01  2405. FIGS

2025-03-01  2406. Jianxian's business account

2025-03-01  2407. Swanson Russell

2025-03-01  2408. Jeff Wyler Springfield Hyundai

2025-03-01  2409. Wayfair

2025-03-01  2410. BM 004

2025-03-01  2411. Infusion Marketing Group

2025-03-01  2412. Miniclip, Darts Of Fury

2025-03-01  2413. Xoom

2025-03-01  2414. AbelsonTaylor Group

2025-03-01  2415. Engage Media

2025-03-01  2416. United Gold Group

2025-03-01  2417. TrustGodbro Clothing

2025-03-01  2418. Illinois Lottery

2025-03-01  2419. UNDER THE INFLUENCE

2025-03-01  2420. MC UK - GBP

2025-03-01  2421. Dimensions Fragrance

2025-03-01  2422. Best Buy

2025-03-01  2423. Troubadour Presents

2025-03-01  2424. Poppi

2025-03-01  2425. Petit Moments

2025-03-01  2426. Team BC

2025-03-01  2427. L'atelier TW

2025-03-01  2428. Family Gifts, Coral Luxury US, All Family Gift

2025-03-01  2429. Keeps

2025-03-01  2430. Acura of Westchester

2025-03-01  2431. Boncom

2025-03-01  2432. The Influence Agency

2025-03-01  2433. cacaFly

2025-03-01  2434. ThredUp

2025-03-01  2435. Global Health on Facebook

2025-03-01  2436. AEG Presents France

2025-03-01  2437. Vuori

2025-03-01  2438. Love Wellness

2025-03-01  2439. Scentiment

2025-03-01  2440. Bell Media

2025-03-01  2441. Functional Care

2025-03-01  2442. T4F

2025-03-01  2443. nuuly

2025-03-01  2444. HMI Social

2025-03-01  2445. Digitas North America

2025-03-01  2446. Echo Promotion

2025-03-01  2447. Edikted

2025-03-01  2448. i.am.gia

2025-03-01  2449. Live Nation Denmark

2025-03-01  2450. Veltrac Music

2025-03-01  2451. Live Nation France

2025-03-01  2452. AEG Presents - Media

2025-03-01  2453. RW Consulting

2025-03-01  2454. CSB

2025-03-01  2455. Heather McMahan

2025-03-01  2456. Kiehl's

2025-03-01  2457. Universal Music Sweden

2025-03-01  2458. SKIMS

2025-03-01  2459. ×¢×ž×™™×ª ×•×•×·

2025-03-01  2460. Water Street Music Hall

2025-03-01  2461. FB Growth Marketing

2025-03-01  2462. GroupM Media India

2025-03-01  2463. Martell

2025-03-01  2464. Relatable

2025-03-01  2465. Data Axle USA

2025-03-01  2466. Another Planet Entertainment

2025-03-01  2467. Intermate Media GmbH

2025-03-01  2468. Wonderfront Festival

2025-03-01  2469. HotSnap

2025-03-01  2470. Reality Labs

2025-03-01  2471. GETmusic

2025-03-01  2472. Gupta Media Holdings, LLC

2025-03-01  2473. Havas Media

2025-03-01  2474. Noise New Media

2025-03-01  2475. La Roche-Posay

2025-03-01  2476. Zondervan Books

2025-03-01  2477. Harper's Bazaar

2025-03-01  2478. Caddis Sports

2025-03-01  2479. Victoria Warehouse

2025-03-01  2480. Labelium Australia and New Zealand

2025-03-01  2481. FLOAT FEST

2025-03-01  2482. T4 Social Media LLC

2025-03-01  2483. Simon Malls

2025-03-01  2484. Dentsu Greece

2025-03-01  2485. EarnIn

2025-03-01  2486. BuzzFeed Branded Distribution

2025-03-01  2487. 703digital

2025-03-01  2488. Red Digital

2025-03-01  2489. Infectious Music

2025-03-01  2490. the7stars

2025-03-01  2491. Typology

2025-03-01  2492. TRUFFLE

2025-03-01  2493. Selfie Leslie

2025-03-01  2494. Mediaplus Hamburg GmbH & Co. KG

2025-03-01  2495. WMcCann RJ

2025-03-01  2496. Live Nation Canada

2025-03-01  2497. Tempo OMD Social Adv

2025-03-01  2498. NEUW Denim

2025-03-01  2499. Warner Music Poland

2025-03-01  2500. Crowd Control Digital

2025-03-01  2501. Test

2025-03-01  2502. Live Nation UK

2025-03-01  2503. Sweed

2025-03-01  2504. Meta for Business

2025-03-01  2505. Edelman Digital NYC

2025-03-01  2506. Universal Music Malaysia

2025-03-01  2507. L'OrÃ©al Chile

2025-03-01  2508. Live Nation Concerts

2025-03-01  2509. Zenith - PGD

2025-03-01  2510. Warner Music Denmark

2025-03-01  2511. Afro Nation

2025-03-01  2512. Funded Commerce Ads

2025-03-01  2513. Assembly

2025-03-01  2514. Cure Media

2025-03-01  2515. Jack Archer

2025-03-01  2516. Sold Out Advertising

2025-03-01  2517. Greens Club

2025-03-01  2518. Influential

2025-03-01  2519. æ ªå¼•ä¼šç¾ãƒ¡ãƒ‡ã‚£ãƒ£ãƒ•ã‚¯ã‚'ã'_2

2025-03-01  2520. NestlÃ© HK ç›´é€•æ‚¨å®¶

2025-03-01  2521. XaxisKorea

2025-03-01  2522. Express

2025-03-01  2523. Smashbox Cosmetics

2025-03-01  2524. Harvest Hill Beverage Company

2025-03-01  2525. Born Again Concerts

2025-03-01  2526. Eva Rankinï¿½

2025-03-01  2527. Hulu

2025-03-01  2528. Best Videos

2025-03-01  2529. Polydor

2025-03-01  2530. Primark

2025-03-01  2531. L'OrÃ©al Group

2025-03-01  2532. CubeSmart Self Storage

2025-03-01  2533. Tommy Hilfiger

2025-03-01  2534. AbbVie

2025-03-01  2535. OMD Entertainment

2025-03-01  2536. Admixer

2025-03-01  2537. Angus Media

2025-03-01  2538. Bornlogic

2025-03-01  2539. OMD PanamÃ¡

2025-03-01  2540. Sony Music UK

2025-03-01  2541. MEC

2025-03-01  2542. The 3am Club

2025-03-01  2543. AuDigent

2025-03-01  2544. FB App

2025-03-01  2545. Ark Swimwear

2025-03-01  2546. BOSS

2025-03-01  2547. Melkweg Amsterdam

2025-03-01  2548. GroupM

2025-03-01  2549. COS

2025-03-01  2550. Live Nation Belgium

2025-03-01  2551. Corida

2025-03-01  2552. Universal Music Thailand

2025-03-01  2553. Live Nation Italia

2025-03-01  2554. Understatement Underwear

2025-03-01  2555. Elicit Music

2025-03-01  2556. Vivara

2025-03-01  2557. Warner Music Ireland

2025-03-01  2558. IPSY

2025-03-01  2559. Afrobeats Central

2025-03-01  2560. Wizard Live

2025-03-01  2561. Guardian Childcare & Education

2025-03-01  2562. Gopuff

2025-03-01  2563. Kitbag

2025-03-01  2564. The Assembly Music

2025-03-01  2565. Diverse Media New Zealand

2025-03-01  2566. Warner Music Austria

2025-03-01  2567. AutoCanada

2025-03-01  2568. Decca Records

2025-03-01  2569. FreePrints App

2025-03-01  2570. Warner Music Canada

2025-03-01  2571. True Anthem

2025-03-01  2572. Shinesty

2025-03-01  2573. Wavemaker Hong Kong

2025-03-01  2574. Vogue France

2025-03-01  2575. Launchpad INTL

2025-03-01  2576. Orion Publishing Group

2025-03-01  2577. JJXX

2025-03-01  2578. FESTIVAL LES ARDENTES

2025-03-01  2579. MasterClass

2025-03-01  2580. Trafalgar Releasing

2025-03-01  2581. MDX_3

2025-03-01  2582. OLLY

2025-03-01  2583. Scooter's Coffee

2025-03-01  2584. LADbible

2025-03-01  2585. Sony Music Poland

2025-03-01  2586. Zenith France

2025-03-01  2587. Mindshare USA

2025-03-01  2588. Maison de Sabré

2025-03-01  2589. Partisan Records

2025-03-01  2590. Warner Music Australia

2025-03-01  2591. Carat USA

2025-03-01  2592. PM PUIG

2025-03-01  2593. Tropical Bros

2025-03-01  2594. Preflect Ads

2025-03-01  2595. JBL

2025-03-01  2596. Greenhouse Talent NL

2025-03-01  2597. Performics Belgium

2025-03-01  2598. Motorola

2025-03-01  2599. ViiV Healthcare

2025-03-01  2600. Miami Dolphins

2025-03-01  2601. Universal Music South Africa

2025-03-01  2602. fource.cz

2025-03-01  2603. Sony Music Austria

2025-03-01  2604. Scruff of the Neck

2025-03-01  2605. Indipendente Concerti

2025-03-01  2606. Herbivore Botanicals

2025-03-01  2607. PrettyLittleThing

2025-03-01  2608. Sony Music Spain

2025-03-01  2609. Live Nation Sweden

2025-03-01  2610. Victoria Justice

2025-03-01  2611. Sparkart Group, Inc.

2025-03-01  2612. MC2 LIVE

2025-03-01  2613. Unilever Philippines

2025-03-01  2614. Entertainment on Facebook

2025-03-01  2615. RODEOHOUSTON

2025-03-01  2616. Neko Test Page

2025-03-01  2617. HMS Global - GBP

2025-03-01  2618. Wmg gps adx

2025-03-01  2619. Warner Music Germany

2025-03-01  2620. rolling loud

2025-03-01  2621. SharkNinja

2025-03-01  2622. Inner Circle

2025-03-01  2623. Home Chef

2025-03-01  2624. Universal Music Romania

2025-03-01  2625. Ribbow Media Group

2025-03-01  2626. EDGE Entertainment Digital

2025-03-01  2627. North Coast Music Festival

2025-03-01  2628. GroupM Danmark

2025-03-01  2629. AEG Presents

2025-03-01  2630. ThinkSwell

2025-03-01  2631. The League

2025-03-01  2632. Forma Pilates

2025-03-01  2633. 22squared

2025-03-01  2634. Quarterlab

2025-03-01  2635. Progressive

2025-03-01  2636. Pinterest Inc

2025-03-01  2637. AdParlor

2025-03-01  2638. BMW of Allentown, Circle BMW, BMW of Tenafly, BMW of Turnersville

2025-03-01  2639. T-Mobile

2025-03-01  2640. VaynerMedia

2025-03-01  2641. Acxiom

2025-03-01  2642. MetaVision Media

2025-03-01  2643. NovartisOneÂ²

2025-03-01  2644. Threepipe

2025-03-01  2645. DeepSync Labs

2025-03-01  2646. Ideal Coverings

2025-03-01  2647. Eddie Bauer

2025-03-01  2648. Family Gifts, AFAGift

2025-03-01  2649. Coral Luxury US, All Family Gift

2025-03-01  2650. MPP Business test account

2025-03-01  2651. Invest529

2025-03-01  2652. Hilton Newsroom

2025-03-01  2653. Zales

2025-03-01  2654. Cleo

2025-03-01  2655. Resolution Media

2025-03-01  2656. Facebook Analytics

2025-03-01  2657. UM NY

2025-03-01  2658. HolStrength

2025-03-01  2659. MODCo T2

2025-03-01  2660. Agh sdef

2025-03-01  2661. PushSpring

2025-03-01  2662. Postmates

2025-03-01  2663. GoAudience

2025-03-01  2664. Linktree

2025-03-01  2665. P&G Professional EspaÃ±a

2025-03-01  2666. Alfred A. Knopf

2025-03-01  2667. Makeup.com by L'Oreal

2025-03-01  2668. T&M Holding

2025-03-01  2669. Last Tour

2025-03-01  2670. Sony Music Australia

2025-03-01  2671. Universal Music Latino

2025-03-01  2672. Eggland's Best Eggs

2025-03-01  2673. SkinnyDipped

2025-03-01  2674. Ranker.com

2025-03-01  2675. Vunzige Deuntjes

2025-03-01  2676. Havas Media Group USA LLC

2025-03-01  2677. Warner Music Singapore

2025-03-01  2678. Universal Music France

2025-03-01  2679. Universal Music Brasil

2025-03-01  2680. JXM

2025-03-01  2681. Exchange LA

2025-03-01  2682. Allergan BIOCELL

2025-03-01  2683. Meetsocial HK Digital Marketing Co.ï¼Œltd-1

2025-03-01  2684. AirSculpt

2025-03-01  2685. FanDuel

2025-03-01  2686. IProspect NY

2025-03-01  2687. eBay.co.uk

2025-03-01  2688. Brand survey

2025-03-01  2689. Conill Advertising

2025-03-01  2690. TargetSmart

2025-03-01  2691. Nielsen Marketing Cloud

2025-03-01  2692. Wiland Data Targeting

2025-03-01  2693. Satullo

2025-03-01  2694. Amazon.com

2025-03-01  2695. Phathom Pharmaceuticals

2025-03-01  2696. All Family Gift

2025-03-01  2697. Univision

2025-03-01  2698. Wegmans

2025-03-01  2699. Test Page

2025-03-01  2700. Starcom USA

2025-03-01  2701. St. Jude Children's Research Hospital

2025-03-01  2702. Data unavailable

2025-03-01  2703. St. Luke's Health

2025-03-01  2704. VOX Global

2025-03-01  2705. X-VIN

2025-03-01  2706. Spotify LATAM BM

2025-03-01  2707. Rent. Solutions

2025-03-01  2708. Linear 360

2025-03-01  2709. Foot Locker

2025-03-01  2710. Foursquare City Guide

2025-03-01  2711. Spark Foundry

2025-03-01  2712. JibJab Catapult

2025-03-01  2713. Reprise Media ZA

2025-03-01  2714. 360i

2025-03-01  2715. DSW Designer Shoe Warehouse

2025-03-01  2716. Room & Board

2025-03-01  2717. Drive Toyota

2025-03-01  2718. Instagram Ad Ops

2025-03-01  2719. Sojern

2025-03-01  2720. WMX

2025-03-01  2721. Amazon.co.uk, Amazon.com

2025-03-01  2722. OMD USA

2025-03-01  2723. Epsilon Audience Data Provider

2025-03-01  2724. American Eagle

2025-03-01  2725. American Kidney Fund

2025-03-01  2726. Kash Kick 2

2025-03-01  2727. CMI Media Group and Compas

2025-03-01  2728. bubly

2025-03-01  2729. All Family Gift, Coral Luxury US

2025-03-01  2730. Family Gifts, All Family Gift

2025-03-01  2731. Launchpad Ignite

2025-03-01  2732. Amazon.com, Amazon.co.uk

2025-03-01  2733. Universal Music Polska

2025-03-01  2734. Amobee DMP

2025-03-01  2735. L'Oréal Paris

2025-03-01  2736. Sony Music Germany

2025-03-01  2737. Disney Streaming

2025-03-01  2738. Filtr

2025-03-01  2739. iProspect Detroit

2025-03-01  2740. Ford Motor Company

2025-03-01  2741. Kecelioglu E-Ticaret New

2025-03-01  2742. Kore Nutrition

2025-03-01  2743. Craftsy

2025-03-01  2744. Oracle Data Cloud CA

2025-03-01  2745. UMusic Australia

2025-03-01  2746. Heartbeat

2025-03-01  2747. Edwards Chevrolet Downtown

2025-03-01  2748. Quora

2025-03-01  2749. Expedia

2025-03-01  2750. Rezonate Media

2025-03-01  2751. Rakuten

2025-03-01  2752. Tombras

2025-03-01  2753. Fanatics

2025-03-01  2754. zeotap

2025-03-01  2755. Barstool Sports

2025-03-01  2756. E11EVEN MIAMI

2025-03-01  2757. Ashley

2025-03-01  2758. SupplyX

2025-03-01  2759. Dentsu X UK

2025-03-01  2760. Aleph Uruguay

2025-03-01  2761. Ranker 2

2025-03-01  2762. Knitting Factory Entertainment

2025-03-01  2763. Starcom Denmark

2025-03-01  2764. wavo.me

2025-03-01  2765. amelieteje

2025-03-01  2766. The Bellwether

2025-03-01  2767. Ghostwriter Consultancy & Events

2025-03-01  2768. Aleph - Costa Rica

2025-03-01  2769. Panasonic Personal Care USA

2025-03-01  2770. Condé Nast

2025-03-01  2771. Calvin Klein

2025-03-01  2772. Universal Music Italia

2025-03-01  2773. Notion Live Events

2025-03-01  2774. Louis Vuitton

2025-03-01  2775. The KISS Marketing Agency

2025-03-01  2776. Entravisión Panamá

2025-03-01  2777. VET Tv- Veteran Television

2025-03-01  2778. LES VISIONNAIRES

2025-03-01  2779. StackSocial

2025-03-01  2780. Yamaha Music USA

2025-03-01  2781. Hourglass Cosmetics

2025-03-01  2782. Aza

2025-03-01  2783. Great American Pure Flix

2025-03-01  2784. Walmart.com

2025-03-01  2785. WS NA

2025-03-01  2786. Jeff Wyler Eastgate Chrysler Dodge Jeep Ram

2025-03-01  2787. Unit 3C

2025-03-01  2788. L'ange

2025-03-01  2789. Verizon

2025-03-01  2790. Wiland Audiences

2025-03-01  2791. Hearts & Science

2025-03-01  2792. Happy Family Organics

2025-03-01  2793. AI

2025-03-01  2794. Inspire Brands

2025-03-01  2795. Lumen Technologies

2025-03-01  2796. Unicorn Innovations

2025-03-01  2797. Rational 360

2025-03-01  2798. Macy's

2025-03-01  2799. Nguyen Thi Hai Yen

2025-03-01  2800. Gymexo

2025-03-01  2801. We Are Saatchi

2025-03-01  2802. Wiland Data Tactics

2025-03-01  2803. Merkle Incorporated

2025-03-01  2804. Intuit QuickBooks

2025-03-01  2805. Boston Scientific

2025-03-01  2806. Target

2025-03-01  2807. We Play

2025-03-01  2808. Operam Inc

2025-03-01  2809. Gupta Media

2025-03-01  2810. Katalyst Advantage

2025-03-01  2811. Meta

2025-03-01  2812. LastPass

2025-03-01  2813. CreditCards.com

2025-03-01  2814. Hagerty

2025-03-01  2815. Vince Kelvin

2025-03-01  2816. Savannah Bee Company

2025-03-01  2817. adidas

2025-03-01  2818. iHeartDogs

2025-03-01  2819. Zenith USA

2025-03-01  2820. HYFN

2025-03-01  2821. YellowHammer Media Group

2025-03-01  2822. Bravado

2025-03-01  2823. SONYA DAKAR

2025-03-01  2824. Sara's Business

2025-03-01  2825. Butler/Till

2025-03-01  2826. JCPenney

2025-03-01  2827. Initiative Wellness

2025-03-01  2828. Spring Creek Group

2025-03-01  2829. Experian Marketing Services - Audiences

2025-03-01  2830. Uber

2025-03-01  2831. PETERMAYER

2025-03-01  2832. BSN

2025-03-01  2833. The Goat Agency

2025-03-01  2834. Essence

2025-03-01  2835. LiveRamp

2025-03-01  2836. EYSUVIS® (loteprednol etabonate ophthalmic suspension) 0.25%

2025-03-01  2837. Good Apple

2025-03-01  2838. DraftKings

2025-03-01  2839. SunChips

2025-03-01  2840. Microsoft Customer Insights Center

2025-03-01  2841. UM Canada

2025-03-01  2842. DISH

2025-03-01  2843. Etsy

2025-03-01  2844. Lime

2025-03-01  2845. Eli Lilly and Company

2025-03-01  2846. Active International

2025-03-01  2847. TikTok En

2025-03-01  2848. ZJX

2025-03-01  2849. Dil Mil

2025-03-01  2850. Otsuka America Pharmaceutical, Inc.

2025-03-01  2851. Amazon.com, Amazon Home

2025-03-01  2852. Current

2025-03-01  2853. Handy

2025-03-01  2854. Wyze

2025-03-01  2855. SwellShark

2025-03-01  2856. Aisle 518 Strategies, LLC

2025-03-01  2857. Cash App

2025-03-01  2858. RainCloud Media

2025-03-01  2859. Lands' End

2025-03-01  2860. Faraday.io

2025-03-01  2861. Wake Research

2025-03-01  2862. PHD France

2025-03-01  2863. CoxNext

2025-03-01  2864. JackThreads

2025-03-01  2865. Mars United Commerce

2025-03-01  2866. Billings Gazette

2025-03-01  2867. Serra Toyota Birmingham, Serra Toyota of Decatur, Rairdon's Honda of Marysville

2025-03-01  2868. Louisville Democratic Party, House Majority Project

2025-03-01  2869. Huntington National Bank

2025-03-01  2870. Fritos

2025-03-01  2871. Gap Inc

2025-03-01  2872. Marvel Puzzle Quest

2025-03-01  2873. Extend Pets

2025-03-01  2874. UM APAC

2025-03-01  2875. Doritos

2025-03-01  2876. Marketing

2025-03-01  2877. The Gatorade Company

2025-03-01  2878. Leonard Brands

2025-03-01  2879. SmartPak

2025-03-01  2880. FleishmanHillard

2025-03-01  2881. Ethos Life

2025-03-01  2882. Seychelle Media

2025-03-01  2883. Hyperglow

2025-03-01  2884. Burson Global

2025-03-01  2885. Paramus Chevrolet

2025-03-01  2886. Direct Auto Insurance

2025-03-01  2887. Facetune by Lightricks

2025-03-01  2888. The New York Times

2025-03-01  2889. Starcom USA, Best Buy

2025-03-01  2890. Moroch

2025-03-01  2891. Media Plus+

2025-03-01  2892. Papa Johns Pizza

2025-03-01  2893. Puzzmo

2025-03-01  2894. DEPT UK

2025-03-01  2895. Novartis Clinical Trials

2025-03-01  2896. Bell Canada, Bell Canada (Français)

2025-03-01  2897. Edelman DC

2025-03-01  2898. Good Social Company

2025-03-01  2899. MoneyLion

2025-03-01  2900. EMT

2025-03-01  2901. Dr. Livingood

2025-03-01  2902. truth

2025-03-01  2903. Elevation, Ltd.

2025-03-01  2904. Parents

2025-03-01  2905. Valley Vet Supply

2025-03-01  2906. Simplyk Bénévolat

2025-03-01  2907. 4C

2025-03-01  2908. Acorns

2025-03-01  2909. HQ CDM

2025-03-01  2910. Pure Honda Ferndale

2025-03-01  2911. No_Comment

2025-03-01  2912. Crossmedia

2025-03-01  2913. Thirdwave

2025-03-01  2914. Verb Products

2025-03-01  2915. Grant Cardone

2025-03-01  2916. Goodgame Studios

2025-03-01  2917. Fandango at Home

2025-03-01  2918. Discover

2025-03-01  2919. Dice Dreams

2025-03-01  2920. Muver

2025-03-01  2921. Serra Toyota Birmingham

2025-03-01  2922. Sony Rewards

2025-03-01  2923. Avoq

2025-03-01  2924. I'd Rather Be With My Dog

2025-03-01  2925. Entravision Latam - Puerto Rico

2025-03-01  2926. Miller High Life

2025-03-01  2927. Anderson Martin

2025-03-01  2928. All Family Gifts

2025-03-01  2929. Telenav

2025-03-01  2930. Fresno Lexus

2025-03-01  2931. Michaels Stores

2025-03-01  2932. Edelman West

2025-03-01  2933. Walt Disney World

2025-03-01  2934. Daygame

2025-03-01  2935. Jenkins Nissan

2025-03-01  2936. Nurses Life

2025-03-01  2937. GOP

2025-03-01  2938. 223 - Droga 5

2025-03-01  2939. All Family Gift, Coral Luxury US, Family Gifts

2025-03-01  2940. AptDeco

2025-03-01  2941. Bob Hannon Consulting

2025-03-01  2942. The Points Guy

2025-03-01  2943. AutoCruitment

2025-03-01  2944. BrandMuscle - etatslla

2025-03-01  2945. Magnolias

2025-03-01  2946. Stacy's Pita Chips

2025-03-01  2947. Givebutter

2025-03-01  2948. Research Study Rockstar

2025-03-01  2949. CONVERSE

2025-03-01  2950. Marathon Strategies

2025-03-01  2951. David Chevrolet

2025-03-01  2952. Lithia Motors

2025-03-01  2953. Iensun solar energy

2025-03-01  2954. Fandango

2025-03-01  2955. Secret Entourage

2025-03-01  2956. Hong Kong Zoom Interactive Network Marketing Technology Limited

2025-03-01  2957. BM 30 MAIL 01

2025-03-01  2958. Tim Short Ford of La Follette

2025-03-01  2959. Publicis Health Media

2025-03-01  2960. Jeff Wyler Fairfield Kia

2025-03-01  2961. Performance Marketing - USD - Spotify AB

2025-03-01  2962. Qelbree® (viloxazine)

2025-03-01  2963. iHeartCountry

2025-03-01  2964. Amazon Home

2025-03-01  2965. Wunderman Performance Media

2025-03-01  2966. MethodGroupe

2025-03-01  2967. Publix

2025-03-01  2968. Blue State

2025-03-01  2969. UM Detroit

2025-03-01  2970. King Soopers, Kroger, Dillons, Ralphs, Gerbes, QFC, Fred Meyer, City Market, Fry's Food Stores, Bakers, Pick 'n Save, Smith's Food and Drug Stores

2025-03-01  2971. Sol Beer US

2025-03-01  2972. Interstate Nissan

2025-03-01  2973. YZ'S Market

2025-03-01  2974. Evony - The King's Return

2025-03-01  2975. Musely

2025-03-01  2976. Lithia Hyundai of Reno

2025-03-01  2977. LinkedIn

2025-03-01  2978. TruSignal

2025-03-01  2979. Coral Luxury US, All Family Gift, Family Gifts

2025-03-01  2980. Search Influence

2025-03-01  2981. Katherine Kwok FB Biz

2025-03-01  2982. HCN

2025-03-01  2983. The Jet-Ski Doctor

2025-03-01  2984. Cã´ng Ty Æ¯ng HoÃ ng PhÃºc

2025-03-01  2985. Precision

2025-03-01  2986. LM250 9

2025-03-01  2987. Fingerpaint

2025-03-01  2988. The Christian Broadcasting Network

2025-03-01  2989. PayPal

2025-03-01  2990. Kinesso Poland

2025-03-01  2991. Critical Mass

2025-03-01  2992. MediaCom USA

2025-03-01  2993. Call of Duty: Mobile

2025-03-01  2994. BJ's Wholesale Club

2025-03-01  2995. Albertsons

2025-03-01  2996. Lay's

2025-03-01  2997. Starcom Sweden AB

2025-03-01  2998. Uber Eats

2025-03-01  2999. HRD Games, LLC

2025-03-01  3000. Rite Aid

2025-03-01  3001. Rogue Fitness

2025-03-01  3002. Torrid

2025-03-01  3003. Aerial Video A to Z

2025-03-01  3004. Shareably

2025-03-01  3005. Merkle Data Partner

2025-03-01  3006. Climate Reality Action Fund, Bill Conway, MN vs Trump, Councilman Johnny G. Farias

2025-03-01  3007. Corro

2025-03-01  3008. JCK Enterprises, LLC

2025-03-01  3009. Fedyna Services Limited

2025-03-01  3010. Intuit TurboTax

2025-03-01  3011. Insomniac Events

2025-03-01  3012. Kabam

2025-03-01  3013. Bespoke Post

2025-03-01  3014. Zimmerman Advertising

2025-03-01  3015. Skillshare

2025-03-01  3016. Booyah Advertising

2025-03-01  3017. Shop.Thing Tshirts

2025-03-01  3018. Fred Haas Toyota World

2025-03-01  3019. Boyd & Associates

2025-03-01  3020. WideFoc.us

2025-03-01  3021. All Family Gift, Family Gifts, Coral Luxury US

2025-03-01  3022. Sears Holdings Corp

2025-03-01  3023. M Booth

2025-03-01  3024. Ts2272017

2025-03-01  3025. ZitSticka

2025-03-01  3026. WPS Health Insurance - Health Plan

2025-03-01  3027. Eulerity

2025-03-01  3028. Matthew 6:26 LLC

2025-03-01  3029. Acura of Fremont

2025-03-01  3030. Ad Insights

2025-03-01  3031. Klick - Edge

2025-03-01  3032. Findlay Nissan Henderson

2025-03-01  3033. Matterkind US

2025-03-01  3034. RenÃ© Furterer

2025-03-01  3035. Coffee Dose

2025-03-01  3036. Nordstrom Rack

2025-03-01  3037. Family Gifts 5

2025-03-01  3038. Kay Jewelers

2025-03-01  3039. Kroger

2025-03-01  3040. The Home Depot

2025-03-01  3041. GEICO

2025-03-01  3042. Outback Presents

2025-03-01  3043. Leverate Media

2025-03-01  3044. Initiative

2025-03-01  3045. J3

2025-03-01  3046. Omnicom Resolution

2025-03-01  3047. PMG

2025-03-01  3048. Allstate

2025-03-01  3049. Fingerpaint Saratoga

2025-03-01  3050. Solved

2025-03-01  3051. Sentara Health

2025-03-01  3052. Open Influence

2025-03-01  3053. TDC Audiences

2025-03-01  3054. Spotify

2025-03-01  3055. Wallapop

2025-03-01  3056. Scientia Pet, bSerenePet

2025-03-01  3057. EA - Electronic Arts

2025-03-01  3058. Clarins

2025-03-01  3059. Kohl's

2025-03-01  3060. Kent Clothier

2025-03-01  3061. Huggies

2025-03-01  3062. Mazda USA

2025-03-01  3063. DoorDash

2025-03-01  3064. swayhairextensions

2025-03-01  3065. Jeff Wyler Eastgate KIA

2025-03-01  3066. Michael Kors

2025-03-01  3067. DDC Testing

2025-03-01  3068. TruDiagnostic

2025-03-01  3069. BM A12

2025-03-01  3070. Gameloft

2025-03-01  3071. Talent Groupe CH

2025-03-01  3072. Coca-Cola Philippines

2025-03-01  3073. FM4 Indiekiste mit

2025-03-01  3074. First Interstate Center for the Arts

2025-03-01  3075. Center

2025-03-01  3076. Pepsi

2025-03-01  3077. Park Advertising

2025-03-01  3078. æ ªå¼•ä¼šç¤¾ã,¤ãƒŽãƒ™ãƒ¼ã,·ãƒ§ãƒ³ã,¨ã,¤ãƒ‰

2025-03-01  3079. Beth Stelling

2025-03-01  3080. Resolve

2025-03-01  3081. Interscope Records

2025-03-01  3082. Gorgie

2025-03-01  3083. Live Tour Promotions

2025-03-01  3084. Lerma Agency

2025-03-01  3085. Sony Music Entertainment

2025-03-01  3086. The QYOU

2025-03-01  3087. Sundays

2025-03-01  3088. Dojo

2025-03-01  3089. Sony Electronics

2025-03-01  3090. Instagram

2025-03-01  3091. Grupo Axo

2025-03-01  3092. Universal Music Legends

2025-03-01  3093. WhatsApp

2025-03-01  3094. Destroy All Lines

2025-03-01  3095. æ ªå¼•ä¼šç¤¾ã,ªã,¾ãƒ³ãƒ•ãƒfãƒˆãƒ¯ãƒ¼ã,¯

2025-03-01  3096. GQ Italia

2025-03-01  3097. Social

2025-03-01  3098. Danny Wimmer Presents

2025-03-01  3099. Warner Music France

2025-03-01  3100. Disney

2025-03-01  3101. L'Oréal Suisse

2025-03-01  3102. Capital One

2025-03-01  3103. eBay

2025-03-01  3104. Twillory

2025-03-01  3105. Jessica Goicoechea - Goi

2025-03-01  3106. Aleph - Panama

2025-03-01  3107. Wavemaker Malaysia

2025-03-01  3108. ASW Group

2025-03-01  3109. af_drinks

2025-03-01  3110. L'Oréal Professionnel

2025-03-01  3111. Greta Boutique

2025-03-01  3112. Capitol Music Group

2025-03-01  3113. Okori Kazakhstan

2025-03-01  3114. JustFab

2025-03-01  3115. Apple Services

2025-03-01  3116. Helix Sleep

2025-03-01  3117. Sony Music Colombia

2025-03-01  3118. Maelys Cosmetics

2025-03-01  3119. Centricity Music

2025-03-01  3120. First Avenue & 7th St Entry

2025-03-01  3121. Integral Strength

2025-03-01  3122. Wix

2025-03-01  3123. Helyx Marketing

2025-03-01  3124. Live Nation Alabama & Mississippi

2025-03-01  3125. HarperCollins

2025-03-01  3126. Sony Music France

2025-03-01  3127. Accenture Adaptly Media Clients

2025-03-01  3128. Publicis_Media_Luxe

2025-03-01  3129. Uniagency

2025-03-01  3130. Papinelle Sleepwear

2025-03-01  3131. EMI Records

2025-03-01  3132. Lauren Daigle

2025-03-01  3133. Nutrafol

2025-03-01  3134. Universal Music Canada

2025-03-01  3135. Warner Music Norway

2025-03-01  3136. Universal Music Colombia

2025-03-01  3137. Fashion Nova

2025-03-01  3138. Deep Root Analytics

2025-03-01  3139. Aleph Guatemala

2025-03-01  3140. Enso Rings

2025-03-01  3141. Smile Direct Club

2025-03-01  3142. Fingerhut

2025-03-01  3143. Team Rodriguez&&

2025-03-01  3144. Diggerland USA

2025-03-01  3145. Miniclip

2025-03-01  3146. 1-800 Contacts

2025-03-01  3147. KraftMaid Cabinetry

2025-03-01  3148. P&G Social Global

2025-03-01  3149. CurlMix

2025-03-01  3150. WBCI

2025-03-01  3151. Jackson Hewitt

2025-03-01  3152. Dragon Mania Legends

2025-03-01  3153. Change Research

2025-03-01  3154. Klick - Epic

2025-03-01  3155. Spark Foundry USA

2025-03-01  3156. Adobe

2025-03-01  3157. ZipRecruiter

2025-03-01  3158. KBMG Data Services Development

2025-03-01  3159. Flip.shop

2025-03-01  3160. Dr Pepper Snapple Group

2025-03-01  3161. MullenLowe U.S.

2025-03-01  3162. Fiehrer Buick GMC

2025-03-01  3163. The Citizenry

2025-03-01  3164. Dynata Advertising Solutions

2025-03-01  3165. Planet Fitness

2025-03-01  3166. Learning A-Z

2025-03-01  3167. HealixGlobal

2025-03-01  3168. Solaura

2025-03-01  3169. Mayo Clinic

2025-03-01  3170. Trials World

2025-03-01  3171. SBX Proxy

2025-03-01  3172. Real Chemistry

2025-03-01  3173. Dermaclara

2025-03-01  3174. Coach

2025-03-01  3175. PetSmart

2025-03-01  3176. Walmart

2025-03-01  3177. Neustar FB Syndication

2025-03-01  3178. Voiply

2025-03-01  3179. Canopy

2025-03-01  3180. Serra Honda

2025-03-01  3181. Rally For Rivers - Cauvery Calling, Isha Foundation, Sadhguru Hindi, Sadhguru

2025-03-01  3182. Walgreens

2025-03-01  3183. Eyeota

2025-03-01  3184. Harbor Freight

2025-03-01  3185. Price Acura

2025-03-01  3186. BET

2025-03-01  3187. Marc Jacobs

2025-03-01  3188. EMEA

2025-03-01  3189. Toms River Mitsubishi

2025-03-01  3190. Money Map Press

2025-03-01  3191. JM14

2025-03-01  3192. The Lyrical Lemonade Summer Smash Festival

2025-03-01  3193. Listerine

2025-03-01  3194. Sunset Ford

2025-03-01  3195. Chris Chen

2025-03-01  3196. Revive

2025-03-01  3197. Novartis

2025-03-01  3198. Carter's

2025-03-01  3199. Dollar General

2025-03-01  3200. FactorÃ-a Publica

2025-03-01  3201. PlayStation

2025-03-01  3202. Universal Orlando Resort

2025-03-01  3203. Zillow

2025-03-01  3204. Convergence Media

2025-03-01  3205. Coral Luxury US

2025-03-01  3206. Purple Media

2025-03-01  3207. Blue Shield of California

2025-03-01  3208. Drive with Lyft

2025-03-01  3209. Hylink Digital Solutions

2025-03-01  3210. Hallmark Chrysler Dodge Jeep Ram

2025-03-01  3211. Slime Obsidian

2025-03-01  3212. FB Only SMB Channel Test Page

2025-03-01  3213. Betfair Interactive US LLC

2025-03-01  3214. Kardiel

2025-03-01  3215. Keurig

2025-03-01  3216. Dragonfly Brands

2025-03-01  3217. SoFi

2025-03-01  3218. DSplus

2025-03-01  3219. Bang Productions Television

2025-03-01  3220. ADARA

2025-03-01  3221. Chewy

2025-03-01  3222. WebMD

2025-03-01  3223. Brand Networks

2025-03-01  3224. ROR Partners

2025-03-01  3225. Happy Mammoth

2025-03-01  3226. Comedy Central

2025-03-01  3227. Synchrony

2025-03-01  3228. DiscountMugs

2025-03-01  3229. Boston Comedy Festival

2025-03-01  3230. Team One USA

2025-03-01  3231. Touch of Modern

2025-03-01  3232. All Family Gift, All Family Gifts

2025-03-01  3233. Colleen Mauer Designs

2025-03-01  3234. MoneyGram

2025-03-01  3235. Cracker Barrel Old Country Store

2025-03-01  3236. Leif Johnson

2025-03-01  3237. Audience Town

2025-03-01  3238. Simpli.fi

2025-02-28  3239. Functional Care

2025-02-28  3240. CONVERSE

2025-02-28  3241. Money Map Press

2025-02-28  3242. Dermaclara

2025-02-28  3243. Sony Electronics

2025-02-28  3244. Bruckner Yaar Levi

2025-02-28  3245. Gymexo

2025-02-28  3246. Zynga Inc.

2025-02-28  3247. Pure Honda Ferndale

2025-02-28  3248. Athleta

2025-02-28  3249. Maison de Sabré

2025-02-28  3250. Interactive Avenues

2025-02-28  3251. Breathe For Change

2025-02-28  3252. RW Consulting

2025-02-28  3253. Hopjump

2025-02-28  3254. Maestro Dobel Tequila

2025-02-28  3255. 223 - Droga 5

2025-02-28  3256. Hopscotch Music Festival

2025-02-28  3257. Coca-Cola Philippines

2025-02-28  3258. L'Oréal Professionnel

2025-02-28  3259. factory 54

2025-02-28  3260. Starcom USA, Best Buy

2025-02-28  3261. Disney Streaming

2025-02-28  3262. Preflect Ads

2025-02-28  3263. Gadget Entertainment

2025-02-28  3264. Primark

2025-02-28  3265. Team Sports Fanatics, April Jersey Store

2025-02-28  3266. Elevation, Ltd.

2025-02-28  3267. Fabian Ramirez

2025-02-28  3268. Jason Capital Account #2

2025-02-28  3269. Fingerpaint

2025-02-28  3270. MissionWired

2025-02-28  3271. VS-Ronaldo Silva 1 - bm 5

2025-02-28  3272. Shareablee

2025-02-28  3273. Calvin Klein GCC

2025-02-28  3274. Merkle Data Partner

2025-02-28  3275. Facebook Insertion Orders

2025-02-28  3276. Greenhouse Talent

2025-02-28  3277. PM PUIG

2025-02-28  3278. David Chevrolet

2025-02-28  3279. Scooter's Coffee

2025-02-28  3280. Opus Live

2025-02-28  3281. Wegmans

2025-02-28  3282. Best Buy, Starcom USA

2025-02-28  3283. VaynerMedia Canada

2025-02-28  3284. BM 004

2025-02-28  3285. TORY BURCH

2025-02-28  3286. Second test personal user page

2025-02-28  3287. Chewy

2025-02-28  3288. MDX_3

2025-02-28  3289. Aza

2025-02-28  3290. mandanadayani

2025-02-28  3291. The Influence Agency

2025-02-28  3292. Ark Swimwear

2025-02-28  3293. GoAudience

2025-02-28  3294. EA - Electronic Arts

2025-02-28  3295. Doctor Music Concerts

2025-02-28  3296. æ ªå¼•ä¼šç¾¤ã,¤ãƒŽãƒ™ãƒ¼ã,·ãƒ§ãƒ³ã,¨ã,¤ãƒ‰

2025-02-28  3297. Max Connect Digital

2025-02-28  3298. Tommy Hilfiger ME

2025-02-28  3299. I-95 Nissan

2025-02-28  3300. Love Wellness

2025-02-28  3301. Panasonic Personal Care USA

2025-02-28  3302. Edelman West

2025-02-28  3303. AptDeco

2025-02-28  3304. NICKS

2025-02-28  3305. Jockey

2025-02-28  3306. Isha Foundation

2025-02-28  3307. Miller High Life

2025-02-28  3308. Decoded Advertising

2025-02-28  3309. Kanvas

2025-02-28  3310. The Lyrical Lemonade Summer Smash Festival

2025-02-28  3311. Tanrevel

2025-02-28  3312. BHLDN Weddings

2025-02-28  3313. Expedia

2025-02-28  3314. GMI Maxus IDR WPP

2025-02-28  3315. Trans-System, Inc.

2025-02-28  3316. PHD colombia S.A.S

2025-02-28  3317. Allied Global Marketing

2025-02-28  3318. NA-KD.com

2025-02-28  3319. BJ's Wholesale Club

2025-02-28  3320. Shareably

2025-02-28  3321. Test Global

2025-02-28  3322. Edelman DC

2025-02-28  3323. hims

2025-02-28  3324. CountryWired INC.

2025-02-28  3325. Walgreens

2025-02-28  3326. INFINITI of Las Vegas

2025-02-28  3327. DIFF

2025-02-28  3328. Fb-Ig-Stage

2025-02-28  3329. ZenithOptimedia Thailand

2025-02-28  3330. Vacationvip.com, RODEOHOUSTON

2025-02-28  3331. CSB

2025-02-28  3332. Crumbl Cookies

2025-02-28  3333. Aleph El Salvador

2025-02-28  3334. United Gold Group

2025-02-28  3335. MOJO

2025-02-28  3336. Active International

2025-02-28  3337. Blue Shield of California

2025-02-28  3338. Bishop Robert Barron

2025-02-28  3339. TIAA

2025-02-28  3340. BM5 chay sach 3

2025-02-28  3341. Audacy Social Conquest

2025-02-28  3342. Audience Town

2025-02-28  3343. Fandango at Home

2025-02-28  3344. SupplyX

2025-02-28  3345. J Vineyards & Winery

2025-02-28  3346. Prime Student

2025-02-28  3347. Cronin

2025-02-28  3348. Eli Lilly and Company

2025-02-28  3349. Kardiel

2025-02-28  3350. Bangerhead

2025-02-28  3351. iFrog Marketing Solutions

2025-02-28  3352. JN Chevrolet

2025-02-28  3353. Sony Music Australia

2025-02-28  3354. Universal Music Switzerland

2025-02-28  3355. NBA

2025-02-28  3356. Words With Friends

2025-02-28  3357. Critical Mass

2025-02-28  3358. Chase

2025-02-28  3359. Affordable Dentures & Implants

2025-02-28  3360. Pet Airways

2025-02-28  3361. All Family Gift, Coral Luxury US, Family Gifts

2025-02-28  3362. Florida World, Where my stories begins, Love My Family

2025-02-28  3363. Bonneville International

2025-02-28  3364. Matterkind US

2025-02-28  3365. playforgain

2025-02-28  3366. EMT

2025-02-28  3367. FactorÃa Publica

2025-02-28  3368. Cadillac of Tucson

2025-02-28  3369. Accelerate FP

2025-02-28  3370. SwellShark

2025-02-28  3371. DiscountMugs

2025-02-28  3372. Coors Light

2025-02-28  3373. barkTHINS

2025-02-28  3374. Eddie Bauer

2025-02-28  3375. XIFAXANÂ® (rifaximin) 550 mg tablets

2025-02-28  3376. Tombras

2025-02-28  3377. Coral Luxury US, All Family Gift, Family Gifts

2025-02-28  3378. Funny or Not

2025-02-28  3379. Helix Sleep

2025-02-28  3380. Dentsu Digital Italy

2025-02-28  3381. Jordan Peterson

2025-02-28  3382. Verified

2025-02-28  3383. Activision Mobile

2025-02-28  3384. Live Nation Norway

2025-02-28  3385. No Limit Entertainment

2025-02-28  3386. Exchange LA

2025-02-28  3387. Oregon Ice Cream

2025-02-28  3388. Louisville Democratic Party, House Majority Project

2025-02-28  3389. PHD France

2025-02-28  3390. Jonathan Budd, Powur

2025-02-28  3391. KeepGoing First Aid

2025-02-28  3392. VOX Global

2025-02-28  3393. Harbor Freight

2025-02-28  3394. Puzzmo

2025-02-28  3395. Grubhub

2025-02-28  3396. WideFoc.us

2025-02-28  3397. MoneyGram

2025-02-28  3398. Kore Nutrition

2025-02-28  3399. Papa Johns Pizza

2025-02-28  3400. Search Influence

2025-02-28  3401. LinkedIn

2025-02-28  3402. Collections Etc

2025-02-28  3403. Koons Kia of Woodbridge

2025-02-28  3404. Carter's

2025-02-28  3405. NP Thyroid® (Thyroid Tablets, USP)

2025-02-28  3406. Blue State

2025-02-28  3407. Nordstrom

2025-02-28  3408. Boyd & Associates

2025-02-28  3409. Torrid

2025-02-28  3410. Matthew 6:26 LLC

2025-02-28  3411. Uber Eats

2025-02-28  3412. Airbnb, Airbnb ï¼ˆã,¨ã,¢ãƒ"ãƒ¼ã,¢ãƒ³ãƒ‰ãƒ"ãƒ¼ï¼‰

2025-02-28  3413. Blue 449

2025-02-28  3414. Greta Boutique

2025-02-28  3415. Reprise Media MÃ©xico

2025-02-28  3416. Shambala

2025-02-28  3417. Skillshare

2025-02-28  3418. Current

2025-02-28  3419. Nissan of Omaha

2025-02-28  3420. Tazo Tea

2025-02-28  3421. TikTok En

2025-02-28  3422. AARP

2025-02-28  3423. Rothy's

2025-02-28  3424. SKIMS

2025-02-28  3425. Freeletics

2025-02-28  3426. Facebook Analytics

2025-02-28  3427. Tusk Strategies

2025-02-28  3428. Liberated Brands

2025-02-28  3429. United Influencers

2025-02-28  3430. FleishmanHillard

2025-02-28  3431. Cracker Barrel Old Country Store

2025-02-28  3432. AutoCanada

2025-02-28  3433. Gupta Media Holdings, LLC

2025-02-28  3434. Hint

2025-02-28  3435. Reprise Media ZA

2025-02-28  3436. TFO

2025-02-28  3437. Qelbree® (viloxazine)

2025-02-28  3438. Hulu

2025-02-28  3439. Southwest Airlines

2025-02-28  3440. rolling loud

2025-02-28  3441. Hyperglow

2025-02-28  3442. Purdue Global

2025-02-28  3443. Publix

2025-02-28  3444. Camille Brinch Jewellery

2025-02-28  3445. BM 30 MAIL 01

2025-02-28  3446. Pepsi

2025-02-28  3447. Tres Colori Jewelry

2025-02-28  3448. Morris Bart, LLC

2025-02-28  3449. UM Australia

2025-02-28  3450. Scientia Pet, bSerenePet

2025-02-28  3451. Dr. Livingood

2025-02-28  3452. Xoom

2025-02-28  3453. Forward Media Argentina

2025-02-28  3454. Ranker.com

2025-02-28  3455. Craftsy

2025-02-28  3456. Brand Networks

2025-02-28  3457. RCKT.

2025-02-28  3458. Tincre

2025-02-28  3459. Flip.shop

2025-02-28  3460. Anotherland Music

2025-02-28  3461. Forma Pilates

2025-02-28  3462. GCommerce

2025-02-28  3463. Alfred A. Knopf

2025-02-28  3464. Aleph - Dominican Republic

2025-02-28  3465. Petit Moments

2025-02-28  3466. Grwn

2025-02-28  3467. Poppi

2025-02-28  3468. Bolster

2025-02-28  3469. Propeller

2025-02-28  3470. T&M Holding

2025-02-28  3471. CLOUT Festival

2025-02-28  3472. Gorgie

2025-02-28  3473. Resolve

2025-02-28  3474. Westerra Credit Union

2025-02-28  3475. Musical Earth

2025-02-28  3476. UMe Music Team

2025-02-28  3477. HRD Games, LLC

2025-02-28  3478. Alter Art

2025-02-28  3479. The Assembly Music

2025-02-28  3480. Performics Belgium

2025-02-28  3481. FanDuel Racing

2025-02-28  3482. Flaus

2025-02-28  3483. MRG Live

2025-02-28  3484. Garage

2025-02-28  3485. Merch Traffic

2025-02-28  3486. Kay Jewelers

2025-02-28  3487. truth

2025-02-28  3488. First Interstate Center for the Arts

2025-02-28  3489. SONYA DAKAR

2025-02-28  3490. 310 Nutrition

2025-02-28  3491. BlueChew

2025-02-28  3492. BM 07

2025-02-28  3493. M1 máº°«u 1, N1 17/8 - P

2025-02-28  3494. Okori Kazakhstan

2025-02-28  3495. Fashion Nova

2025-02-28  3496. Solaura

2025-02-28  3497. Entravision Latam - Honduras

2025-02-28  3498. The Goat Agency

2025-02-28  3499. Adwerx

2025-02-28  3500. MetaVision Media

2025-02-28  3501. Mindshare Sverige

2025-02-28  3502. Hampton Creative

2025-02-28  3503. Fabric Technologies

2025-02-28  3504. Seychelle Media

2025-02-28  3505. Brunner

2025-02-28  3506. Cozy Earth

2025-02-28  3507. Match

2025-02-28  3508. We are mitÃº

2025-02-28  3509. Hylink Digital Solutions

2025-02-28  3510. FRAME

2025-02-28  3511. Partisan Records

2025-02-28  3512. Soundwave Consulting

2025-02-28  3513. Boston Comedy Festival

2025-02-28  3514. Z2 Comics

2025-02-28  3515. Sony Music Brasil

2025-02-28  3516. æ ªå¼•ä¼šç¤¾ãƒ¡ãƒ‡ã£ã£ãƒªã¯ã ã, ã,¹_2

2025-02-28  3517. Martell

2025-02-28  3518. Boncom

2025-02-28  3519. Ross University School of Veterinary Medicine

2025-02-28  3520. Data Axle USA

2025-02-28  3521. ×¢×ž×™™×ª ×•×•×¨

2025-02-28  3522. Bob Hannon Consulting

2025-02-28  3523. Alya Skin Australia

2025-02-28  3524. Water Street Music Hall

2025-02-28  3525. Geologie

2025-02-28  3526. Zondervan Books

2025-02-28  3527. Absolute AirFlow & Plumbing

2025-02-28  3528. Banggood Fashion, Banggood

2025-02-28  3529. The Bellwether

2025-02-28  3530. Dow

2025-02-28  3531. Caraway

2025-02-28  3532. Dennis Eakin Kia, LaFontaine KIA Dearborn

2025-02-28  3533. Duluth Trading Company

2025-02-28  3534. Merkle Incorporated

2025-02-28  3535. UM NY

2025-02-28  3536. Health Union LLC

2025-02-28  3537. BluFish

2025-02-28  3538. Dil Mil

2025-02-28  3539. Flat Tummy Co

2025-02-28  3540. Ourisman Chevrolet of Rockville, Todd Wenzel Chevrolet of Hudsonville

2025-02-28  3541. Bobo's Oat Bars

2025-02-28  3542. RenÃ© Furterer

2025-02-28  3543. Dee Murthy

2025-02-28  3544. Campbell Ewald

2025-02-28  3545. SmartHeart

2025-02-28  3546. Muver

2025-02-28  3547. PayPal

2025-02-28  3548. Doritos

2025-02-28  3549. Jeff Wyler Fairfield Kia

2025-02-28  3550. Coral Luxury US, Family Gifts, All Family Gift

2025-02-28  3551. Pltnum

2025-02-28  3552. Smartfood

2025-02-28  3553. No_Comment

2025-02-28  3554. Resolution Agency

2025-02-28  3555. Walt Disney World

2025-02-28  3556. Rally For Rivers - Cauvery Calling, Isha Foundation, Sadhguru Hindi, Sadhguru

2025-02-28  3557. Nordstrom Rack

2025-02-28  3558. Dice Dreams

2025-02-28  3559. DraftKings

2025-02-28  3560. Bolivar Ford, Riata Ford

2025-02-28  3561. Liquid I.V.

2025-02-28  3562. Cuffe & Taylor

2025-02-28  3563. NOTO Philadelphia

2025-02-28  3564. Cover FX

2025-02-28  3565. Ruffles

2025-02-28  3566. F1 + F3 len moi

2025-02-28  3567. SUGARED + BRONZED

2025-02-28  3568. Goodgame Studios

2025-02-28  3569. Universal Orlando Resort

2025-02-28  3570. Limited Edition 204

2025-02-28  3571. WO

2025-02-28  3572. MPP Business test account

2025-02-28  3573. Mazda CX5 22

2025-02-28  3574. Pandora

2025-02-28  3575. NIV Bible

2025-02-28  3576. Bespoke Post

2025-02-28  3577. ZJX

2025-02-28  3578. Michaels Stores

2025-02-28  3579. Bang Productions Television

2025-02-28  3580. Amazon Pets

2025-02-28  3581. CurlMix

2025-02-28  3582. Paramus Chevrolet

2025-02-28  3583. Etsy

2025-02-28  3584. Heartbeat

2025-02-28  3585. Progress Rum

2025-02-28  3586. Pourri

2025-02-28  3587. Old Navy

2025-02-28  3588. Stacy's Pita Chips

2025-02-28  3589. The Relationship School

2025-02-28  3590. Lending Store

2025-02-28  3591. The 3am Club

2025-02-28  3592. AU 77

2025-02-28  3593. PrettyLittleThing

2025-02-28  3594. Maude

2025-02-28  3595. HarperCollins

2025-02-28  3596. BOSS

2025-02-28  3597. Common Entertainment

2025-02-28  3598. Initiative

2025-02-28  3599. Kurt Geiger

2025-02-28  3600. Triple G Events

2025-02-28  3601. Resorts World Las Vegas

2025-02-28  3602. Lumen Technologies

2025-02-28  3603. Miami Dolphins

2025-02-28  3604. First Avenue & 7th St Entry

2025-02-28  3605. Adobe

2025-02-28  3606. Home Chef

2025-02-28  3607. Ribbow Media Group

2025-02-28  3608. EDGE Entertainment Digital

2025-02-28  3609. Amazon Basics, Amazon Alexa, Amazon Fashion

2025-02-28  3610. Betfair Interactive US LLC

2025-02-28  3611. Tostitos

2025-02-28  3612. af_drinks

2025-02-28  3613. discovery+

2025-02-28  3614. EntravisiÃ³n PanamÃ¡

2025-02-28  3615. Inner Circle

2025-02-28  3616. Mastercard

2025-02-28  3617. Rareform

2025-02-28  3618. Aleph - Costa Rica

2025-02-28  3619. Bai

2025-02-28  3620. H&M - Paid Social

2025-02-28  3621. Car Price Secrets

2025-02-28  3622. CM Games

2025-02-28  3623. American Sporstwear, S.A.

2025-02-28  3624. Sam's Club

2025-02-28  3625. GroupM Media India

2025-02-28  3626. Trendy Butler

2025-02-28  3627. MEC

2025-02-28  3628. JG Summit

2025-02-28  3629. DefJam

2025-02-28  3630. NHL

2025-02-28  3631. Fanatics

2025-02-28  3632. Amazon Alexa

2025-02-28  3633. REVOLVE

2025-02-28  3634. Warner Music Canada

2025-02-28  3635. Warner Music Ireland

2025-02-28  3636. Cash App

2025-02-28  3637. Ruder Finn

2025-02-28  3638. Parents

2025-02-28  3639. American Management Association

2025-02-28  3640. Troubadour Presents

2025-02-28  3641. Teste 1

2025-02-28  3642. GunrockMarketing

2025-02-28  3643. MAAPS / Overman Enterprises

2025-02-28  3644. Rite Aid

2025-02-28  3645. Social

2025-02-28  3646. TFM Media

2025-02-28  3647. Jill

2025-02-28  3648. 8 Ball Pool

2025-02-28  3649. Big Slap

2025-02-28  3650. Tort Group

2025-02-28  3651. eHealth

2025-02-28  3652. iRESTORE Hair Growth System

2025-02-28  3653. Danny Wimmer Presents

2025-02-28  3654. Aero Opco LLC

2025-02-28  3655. Sakara Life

2025-02-28  3656. Jeff Wyler Eastgate KIA

2025-02-28  3657. Pura Vida

2025-02-28  3658. Online Trainer/Coach

2025-02-28  3659. Royal Buick GMC of Tucson

2025-02-28  3660. Coolside Limited

2025-02-28  3661. VaynerMedia APAC

2025-02-28  3662. Angela ï¿½

2025-02-28  3663. 471887696173235

2025-02-28  3664. Avoq

2025-02-28  3665. Milani

2025-02-28  3666. nuuly

2025-02-28  3667. Liniad

2025-02-28  3668. Spiceology

2025-02-28  3669. Annapurna Pictures

2025-02-28  3670. Pier 1

2025-02-28  3671. Handy

2025-02-28  3672. Extend Pets

2025-02-28  3673. Avon

2025-02-28  3674. Life.Church

2025-02-28  3675. Understatement Underwear

2025-02-28  3676. Kilt 'Em

2025-02-28  3677. Empower

2025-02-28  3678. Bianca MuÃ±iz, Elyse Wellness, Desi Bartlett, Haute House Flower, Paige_Previvor, PhexxiÂ®, Annie Murphy

2025-02-28  3679. Glossier

2025-02-28  3680. Frankies Bikinis

2025-02-28  3681. Giant Partners

2025-02-28  3682. Skill Incubator

2025-02-28  3683. FOX Sports

2025-02-28  3684. AuDigent

2025-02-28  3685. CubeSmart Self Storage

2025-02-28  3686. Arising Empire

2025-02-28  3687. Publicis Media Luxe

2025-02-28  3688. Invisalign

2025-02-28  3689. Helyx Marketing

2025-02-28  3690. Affinity Answers

2025-02-28  3691. Rogue Fitness

2025-02-28  3692. Acura of Westchester

2025-02-28  3693. Trunk Club

2025-02-28  3694. Blogger: Isaac Saenz

2025-02-28  3695. Capacity Interactive - Digital Marketing Consulting for the Arts

2025-02-28  3696. Mattress Firm

2025-02-28  3697. Wavemaker Deutschland

2025-02-28  3698. Vivara

2025-02-28  3699. Smarty Social Media

2025-02-28  3700. T4F

2025-02-28  3701. Sentara Health

2025-02-28  3702. Called

2025-02-28  3703. Mediaplus Hamburg GmbH & Co. KG

2025-02-28  3704. Solawave

2025-02-28  3705. Beautiful T-Shirt14

2025-02-28  3706. Gameloft

2025-02-28  3707. TEG Live Europe

2025-02-28  3708. GQ Italia

2025-02-28  3709. Meditation Magazine

2025-02-28  3710. Volkswagen of Orland Park

2025-02-28  3711. Culture Pop

2025-02-28  3712. Freya - Test Account

2025-02-28  3713. Betterment

2025-02-28  3714. Motorola

2025-02-28  3715. Limelight Belfast

2025-02-28  3716. Loma Vista Recordings

2025-02-28  3717. Humane World for Animals

2025-02-28  3718. 22squared

2025-02-28  3719. Louis Vuitton Brazil

2025-02-28  3720. Amplifon Group

2025-02-28  3721. Haworth Media

2025-02-28  3722. Island Records

2025-02-28  3723. Fiverr

2025-02-28  3724. Secret Sounds

2025-02-28  3725. Serra Toyota Birmingham, Serra Toyota of Decatur, Rairdon's Honda of Marysville

2025-02-28  3726. Swanson Russell

2025-02-28  3727. AutoCruitment

2025-02-28  3728. MoneyLion

2025-02-28  3729. Trials World

2025-02-28  3730. Hallmark Chrysler Dodge Jeep Ram

2025-02-28  3731. KURU Footwear

2025-02-28  3732. EVERSANA INTOUCH

2025-02-28  3733. ACTwireless

2025-02-28  3734. SmartPak

2025-02-28  3735. Wantable

2025-02-28  3736. InnovAsian

2025-02-28  3737. Warner Music Africa

2025-02-28  3738. David Stuebe's Business

2025-02-28  3739. Gopuff

2025-02-28  3740. The QYOU

2025-02-28  3741. Digital Tading Desk

2025-02-28  3742. Supercell

2025-02-28  3743. MediaSales

2025-02-28  3744. Seiza

2025-02-28  3745. TopTier Trader

2025-02-28  3746. Guardian Childcare & Education

2025-02-28  3747. Alo Moves

2025-02-28  3748. Engage Media

2025-02-28  3749. Shaq's Fun House

2025-02-28  3750. Kulturbolaget

2025-02-28  3751. Reprise Chile

2025-02-28  3752. Facebook

2025-02-28  3753. The Rave / Eagles Club

2025-02-28  3754. WhatsApp, Windows, Skype

2025-02-28  3755. Vince Kelvin

2025-02-28  3756. FitnFemale

2025-02-28  3757. Live Tour Promotions

2025-02-28  3758. Milk Makeup - 6S

2025-02-28  3759. LM250 9

2025-02-28  3760. Happy Products

2025-02-28  3761. Concord

2025-02-28  3762. The Church of Jesus Christ of Latter-day Saints

2025-02-28  3763. Diverse Media New Zealand

2025-02-28  3764. BetterHelp

2025-02-28  3765. Scruff of the Neck

2025-02-28  3766. Jeff Wyler Chevrolet of Columbus

2025-02-28  3767. 2K

2025-02-28  3768. Amazon Alexa, Amazon.com

2025-02-28  3769. Universal Music Spain

2025-02-28  3770. Canopy

2025-02-28  3771. Smith Micro Software

2025-02-28  3772. Live Nation Finland

2025-02-28  3773. CatchyFreebies.com

2025-02-28  3774. SocialRadar

2025-02-28  3775. Bonus Track

2025-02-28  3776. Whalar

2025-02-28  3777. swayhairextensions

2025-02-28  3778. Amazon.com, Amazon Home

2025-02-28  3779. Sony Music Austria

2025-02-28  3780. MetaTeam

2025-02-28  3781. L'Oréal Uruguay

2025-02-28  3782. Unique Vacations Limited

2025-02-28  3783. OLLY

2025-02-28  3784. Fulton & Roark

2025-02-28  3785. VIN AMP, 2Mazda, Apple Sport Imports, Dealer OMG

2025-02-28  3786. OmnicomMediaGroup Nederland

2025-02-28  3787. Suit Up Brands LLC

2025-02-28  3788. TrustGodbro Clothing

2025-02-28  3789. RIMOWA

2025-02-28  3790. Rallye Acura

2025-02-28  3791. Siren Group

2025-02-28  3792. Best Buy

2025-02-28  3793. Valley Vet Supply

2025-02-28  3794. ZenithOptimedia Portugal

2025-02-28  3795. SBX Proxy

2025-02-28  3796. HYFN

2025-02-28  3797. Kash Kick 2

2025-02-28  3798. Klick - Edge

2025-02-28  3799. Infusion Marketing Group

2025-02-28  3800. Indeed

2025-02-28  3801. Iensun solar energy

2025-02-28  3802. Wake Research

2025-02-28  3803. Lifeway

2025-02-28  3804. Foam and Substance

2025-02-28  3805. HEYDUDE

2025-02-28  3806. VarleyClothing

2025-02-28  3807. Wunderman Performance Media

2025-02-28  3808. National Audubon Society

2025-02-28  3809. Talent Groupe CH

2025-02-28  3810. Electric Promotions

2025-02-28  3811. Dimensions Fragrance

2025-02-28  3812. The Ford Store San Leandro

2025-02-28  3813. HBO Max Belgium

2025-02-28  3814. Vunzige Deuntjes

2025-02-28  3815. Democratic Party

2025-02-28  3816. Novartis Clinical Trials

2025-02-28  3817. Proposal Prep by Best Kept

2025-02-28  3818. Action Network

2025-02-28  3819. Randy Wise Chevrolet

2025-02-28  3820. Gap Inc

2025-02-28  3821. Sleepgram

2025-02-28  3822. WebMD

2025-02-28  3823. FIGS

2025-02-28  3824. Amplify.ai

2025-02-28  3825. aim'n

2025-02-28  3826. Family Gifts, AFAGift

2025-02-28  3827. OCESA Personal

2025-02-28  3828. The New York Times

2025-02-28  3829. Chunfang Wu

2025-02-28  3830. The Jet-Ski Doctor

2025-02-28  3831. Champs Sports

2025-02-28  3832. Musely

2025-02-28  3833. Fingerhut

2025-02-28  3834. Genentech

2025-02-28  3835. Cleveland Clinic

2025-02-28  3836. Airbnb

2025-02-28  3837. JSHealth

2025-02-28  3838. FabFitFun

2025-02-28  3839. ZipRecruiter

2025-02-28  3840. Ts2272017

2025-02-28  3841. Holding Page

2025-02-28  3842. Sears Holdings Corp

2025-02-28  3843. MEC - Los Angeles

2025-02-28  3844. OneMain Business

2025-02-28  3845. Hearst Television

2025-02-28  3846. Nutrafol

2025-02-28  3847. Dee-1

2025-02-28  3848. Gordon McKernan Injury Attorneys

2025-02-28  3849. Sol Beer US

2025-02-28  3850. Conn's HomePlus

2025-02-28  3851. Born Again Concerts

2025-02-28  3852. Katherine Kwok FB Biz

2025-02-28  3853. Classic Kia

2025-02-28  3854. BM 00702

2025-02-28  3855. Emporium Presents

2025-02-28  3856. Nomad Apparel Co.

2025-02-28  3857. Way2target

2025-02-28  3858. Daygame

2025-02-28  3859. onX Hunt

2025-02-28  3860. Diggerland USA

2025-02-28  3861. Instacart

2025-02-28  3862. St. Luke's Health

2025-02-28  3863. Edwards Chevrolet Downtown

2025-02-28  3864. SunChips

2025-02-28  3865. Sure Sure

2025-02-28  3866. ZEPOSIAÂ® (ozanimod)

2025-02-28  3867. BMW of Allentown, Circle BMW, BMW of Tenafly, BMW of Turnersville

2025-02-28  3868. UNDER THE INFLUENCE

2025-02-28  3869. LADbible

2025-02-28  3870. Front Gate Tickets

2025-02-28  3871. Grand Central Publishing

2025-02-28  3872. Webpals Mobile

2025-02-28  3873. WE ARE TALA

2025-02-28  3874. ADARA

2025-02-28  3875. UM MENA

2025-02-28  3876. Ad Insights

2025-02-28  3877. Verb Products

2025-02-28  3878. JackThreads

2025-02-28  3879. Huntington National Bank

2025-02-28  3880. Lashify

2025-02-28  3881. Dave Cao

2025-02-28  3882. Universal Music MÃ©xico

2025-02-28  3883. EarnIn

2025-02-28  3884. Universal Music Danmark

2025-02-28  3885. Herbivore Botanicals

2025-02-28  3886. Tropic of C

2025-02-28  3887. Connected Vivaki

2025-02-28  3888. Fandango

2025-02-28  3889. Universal Music Colombia

2025-02-28  3890. STAAR Global

2025-02-28  3891. Jessica Goicoechea - Goi

2025-02-28  3892. Trafalgar Releasing

2025-02-28  3893. Sara's Business

2025-02-28  3894. T4 Social Media LLC

2025-02-28  3895. Marvel Puzzle Quest

2025-02-28  3896. Leonard Brands

2025-02-28  3897. The Detox Dudes

2025-02-28  3898. Family Gifts 5

2025-02-28  3899. Angus Media

2025-02-28  3900. Kecelioglu E-Ticaret New

2025-02-28  3901. Big Think Agency

2025-02-28  3902. Family Gifts, All Family Gift

2025-02-28  3903. Zales

2025-02-28  3904. Universal Studios Hollywood

2025-02-28  3905. Penguin EspaÃ±a

2025-02-28  3906. Interstate Nissan

2025-02-28  3907. Listerine

2025-02-28  3908. Vescovo Toyota of Las Cruces, Lee Toyota

2025-02-28  3909. Lands' End

2025-02-28  3910. Team Rodriguez&&

2025-02-28  3911. The Vintage Pearl

2025-02-28  3912. Publicis Health Media

2025-02-28  3913. Faraday.io

2025-02-28  3914. Fairway Buick GMC

2025-02-28  3915. Givebutter

2025-02-28  3916. Away That Day

2025-02-28  3917. Volkswagen of West Islip

2025-02-28  3918. Blueprint Interactive

2025-02-28  3919. Friends At Work

2025-02-28  3920. Amazon Music

2025-02-28  3921. Snacks.com, Frito-Lay

2025-02-28  3922. Jeff Wyler Springfield Hyundai

2025-02-28  3923. Banggood

2025-02-28  3924. Bread Beauty Supply

2025-02-28  3925. Bones Coffee Company

2025-02-28  3926. Dynata Advertising Solutions

2025-02-28  3927. Warby Parker

2025-02-28  3928. neuapp

2025-02-28  3929. Bell Ford's Fall Savings Event, Bell Ford

2025-02-28  3930. ZitSticka

2025-02-28  3931. WBCI

2025-02-28  3932. Hyperion Financial Group

2025-02-28  3933. Relistor® (methylnaltrexone bromide)

2025-02-28  3934. Thing.Shop

2025-02-28  3935. SocialAmp

2025-02-28  3936. KBMG Data Services Development

2025-02-28  3937. Novartis

2025-02-28  3938. Simpli.fi

2025-02-28  3939. Comedy Central

2025-02-28  3940. Zenith Slovakia

2025-02-28  3941. SimpleReach Inc

2025-02-28  3942. L'Oréal Social CDO - Cockpit & Advertising

2025-02-28  3943. Hoffman York

2025-02-28  3944. Rosental Organics

2025-02-28  3945. BM 01002

2025-02-28  3946. AR Homes by Arthur Rutenberg

2025-02-28  3947. For Rodriguez &

2025-02-28  3948. Function of Beauty

2025-02-28  3949. Choices by Revlon

2025-02-28  3950. AI

2025-02-28  3951. Starcom UK PUIG

2025-02-28  3952. Admixer

2025-02-28  3953. Coffee Dose

2025-02-28  3954. EYSUVIS® (loteprednol etabonate ophthalmic suspension) 0.25%

2025-02-28  3955. Freshpet

2025-02-28  3956. CoxNext

2025-02-28  3957. Snow Days

2025-02-28  3958. Lithia Hyundai of Reno

2025-02-28  3959. Mike Molstead Motors

2025-02-28  3960. APM Monaco

2025-02-28  3961. Rescue: The Behavior Change Agency

2025-02-28  3962. Dragonfly Brands

2025-02-28  3963. Colleen Mauer Designs

2025-02-28  3964. Brooks Running

2025-02-28  3965. Acorns

2025-02-28  3966. Nurses Life

2025-02-28  3967. Aisle 518 Strategies, LLC

2025-02-28  3968. Boarderie

2025-02-28  3969. Moroch

2025-02-28  3970. CBS Sports

2025-02-28  3971. MC UK - GBP

2025-02-28  3972. AbbVie

2025-02-28  3973. LaFontaine KIA Dearborn, Dennis Eakin Kia, Toms River Mitsubishi

2025-02-28  3974. Rebecca Zung

2025-02-28  3975. Centricity Music

2025-02-28  3976. Elicit Music

2025-02-28  3977. Chime

2025-02-28  3978. Reingold

2025-02-28  3979. FCA Mexico

2025-02-28  3980. Universal Music Norge

2025-02-28  3981. FESTIVAL LES ARDENTES

2025-02-28  3982. Paragon Honda

2025-02-28  3983. Backstreetmerch.com

2025-02-28  3984. Miracle Toyota of North Augusta

2025-02-28  3985. Forward Media Italy

2025-02-28  3986. Karsten Jahnke Konzerte

2025-02-28  3987. Deezer

2025-02-28  3988. Strawberries & Creem

2025-02-28  3989. Wavemaker Canada

2025-02-28  3990. 1000heads - US Office

2025-02-28  3991. IProspect Fort Worth

2025-02-28  3992. LP Generic Business

2025-02-28  3993. JOANN Fabric and Craft Stores

2025-02-28  3994. Republic NOLA

2025-02-28  3995. King Soopers, Kroger, Dillons, Ralphs, Gerbes, QFC, Fred Meyer, City Market, Fry's Food Stores, Bakers, Pick 'n Save, Smith's Food and Drug Stores

2025-02-28  3996. Hyperice

2025-02-28  3997. Nickel and Suede

2025-02-28  3998. Fresno Lexus

2025-02-28  3999. Oceansapart Global

2025-02-28  4000. Ads Preview Workaround

2025-02-28  4001. Wish

2025-02-28  4002. Bluefocus

2025-02-28  4003. Good Social Company

2025-02-28  4004. Live Nation Italia

2025-02-28  4005. Exxon & Mobil Stations

2025-02-28  4006. All Family Gift, Family Gifts, Coral Luxury US

2025-02-28  4007. Smart Passive Income with Pat Flynn

2025-02-28  4008. Price Acura

2025-02-28  4009. P2 Public Affairs

2025-02-28  4010. Scheels

2025-02-28  4011. 9:30 Club

2025-02-28  4012. Warner Bros. Games

2025-02-28  4013. The Fitness Marshall, Vizzy Hard Seltzer

2025-02-28  4014. Universal Music Sweden

2025-02-28  4015. Goldenvoice

2025-02-28  4016. Swagbucks

2025-02-28  4017. Pierce Media

2025-02-28  4018. Alex Azra

2025-02-28  4019. Kabam

2025-02-28  4020. TIBBS & BONES

2025-02-28  4021. Typology

2025-02-28  4022. Shopify

2025-02-28  4023. Good American

2025-02-28  4024. Lime

2025-02-28  4025. YinoLinkæ™è¯ᵇ

2025-02-28  4026. Gisou

2025-02-28  4027. Omnicom Media Group

2025-02-28  4028. Sony Music Entertainment

2025-02-28  4029. Molson Coors

2025-02-28  4030. Coach

2025-02-28  4031. Maybelline New York

2025-02-28  4032. grownbrilliance

2025-02-28  4033. Jeff Wyler Eastgate Nissan, Serra Toyota Birmingham

2025-02-28  4034. Eko Health

2025-02-28  4035. Best Videos

2025-02-28  4036. Accenture Adaptly Media Clients

2025-02-28  4037. Superfly

2025-02-28  4038. RTIC Outdoors

2025-02-28  4039. Feld Entertainment, Inc.

2025-02-28  4040. Serra Toyota Birmingham

2025-02-28  4041. Clover

2025-02-28  4042. PMG

2025-02-28  4043. eFavormart

2025-02-28  4044. Topeka

2025-02-28  4045. Sony Music Poland

2025-02-28  4046. Awesome Tee 66

2025-02-28  4047. Slime Obsidian

2025-02-28  4048. Tatti Lashes

2025-02-28  4049. Warner Music Spain

2025-02-28  4050. Rational 360

2025-02-28  4051. Wiland Audiences

2025-02-28  4052. umusic NZ

2025-02-28  4053. OMD PanamÃ¡

2025-02-28  4054. Live Nation Australia

2025-02-28  4055. Adult Swim

2025-02-28  4056. Ideal Coverings

2025-02-28  4057. Aleph Uruguay

2025-02-28  4058. Universal Music Brasil

2025-02-28  4059. Melkweg Amsterdam

2025-02-28  4060. Unit 3C

2025-02-28  4061. Synchrony

2025-02-28  4062. FM4 Indiekiste mit

2025-02-28  4063. WMX

2025-02-28  4064. Live Nation Alabama & Mississippi

2025-02-28  4065. Uber

2025-02-28  4066. Beth Stelling

2025-02-28  4067. BuzzFeed Branded Distribution

2025-02-28  4068. Beauty Factory

2025-02-28  4069. HealixGlobal

2025-02-28  4070. WITHIN

2025-02-28  4071. Groupe EPI

2025-02-28  4072. StackSocial

2025-02-28  4073. Instagram

2025-02-28  4074. Just Us Skin Care

2025-02-28  4075. Silk + Sonder

2025-02-28  4076. Quora

2025-02-28  4077. Sub Pop Records

2025-02-28  4078. Linear 360

2025-02-28  4079. Room & Board

2025-02-28  4080. Precision

2025-02-28  4081. Kavala Collective

2025-02-28  4082. iHeartCountry

2025-02-28  4083. Nextdoor for Business

2025-02-28  4084. OfferUp

2025-02-28  4085. Wiland Data Targeting

2025-02-28  4086. Simplyk Bénévolat

2025-02-28  4087. Mindshare USA

2025-02-28  4088. Uniagency

2025-02-28  4089. GroupM

2025-02-28  4090. Warner Music Germany

2025-02-28  4091. Media Plus+

2025-02-28  4092. Park Advertising

2025-02-28  4093. Sony Music Netherlands

2025-02-28  4094. Sony Music Colombia

2025-02-28  4095. Topsify

2025-02-28  4096. American Kidney Fund

2025-02-28  4097. Happy Mammoth

2025-02-28  4098. Drink Accelerator

2025-02-28  4099. AEG Presents Asia

2025-02-28  4100. Reality Labs

2025-02-28  4101. Lincoln Hall + Schubas

2025-02-28  4102. Anti Agency Group

2025-02-28  4103. HotSnap

2025-02-28  4104. Estee Lauder México

2025-02-28  4105. Hourglass Cosmetics

2025-02-28  4106. Lowe's Home Improvement

2025-02-28  4107. Ghostwriter Consultancy & Events

2025-02-28  4108. FreePrints App

2025-02-28  4109. BEN: Product Brand Intelligence

2025-02-28  4110. wavo.me

2025-02-28  4111. Fun.com

2025-02-28  4112. Sephora

2025-02-28  4113. Capital One

2025-02-28  4114. Jackson Hewitt

2025-02-28  4115. TDC Audiences

2025-02-28  4116. Sage Dental

2025-02-28  4117. Ethos Life

2025-02-28  4118. Nickelodeon, Lucky Charms

2025-02-28  4119. Linktree

2025-02-28  4120. MetLife

2025-02-28  4121. Allergan BIOCELL

2025-02-28  4122. Discover

2025-02-28  4123. Universal Music Latino

2025-02-28  4124. True Anthem

2025-02-28  4125. Ketone-IQ

2025-02-28  4126. Wix

2025-02-28  4127. L.A. Concerts

2025-02-28  4128. HQ CDM

2025-02-28  4129. Influential

2025-02-28  4130. Bornlogic

2025-02-28  4131. FutureAdvisor

2025-02-28  4132. Socialyte

2025-02-28  4133. Monster

2025-02-28  4134. Stuart Weitzman

2025-02-28  4135. Zenith - PGD

2025-02-28  4136. Plein Air

2025-02-28  4137. Republic Records

2025-02-28  4138. Marathon Strategies

2025-02-28  4139. Unilever Canada

2025-02-28  4140. Digitas North America

2025-02-28  4141. Greenhouse Talent NL

2025-02-28  4142. Foursquare City Guide

2025-02-28  4143. Tell Your People

2025-02-28  4144. Live Nation Belgium

2025-02-28  4145. Robert Beck

2025-02-28  4146. Kiehl's

2025-02-28  4147. Decca Records

2025-02-28  4148. Interscope Records

2025-02-28  4149. Omnicom Resolution

2025-02-28  4150. Juicy Couture

2025-02-28  4151. DeepSync Labs

2025-02-28  4152. Croud Ads

2025-02-28  4153. Clarins

2025-02-28  4154. YZ'S Market

2025-02-28  4155. Eyeota

2025-02-28  4156. Zimmerman Advertising

2025-02-28  4157. VET Tv- Veteran Television

2025-02-28  4158. Marc Jacobs

2025-02-28  4159. Island Records UK

2025-02-28  4160. Revive

2025-02-28  4161. Team One USA

2025-02-28  4162. Open Influence

2025-02-28  4163. MethodGroupe

2025-02-28  4164. Tempo OMD Social Adv

2025-02-28  4165. Finish Line

2025-02-28  4166. Collectiv Presents

2025-02-28  4167. LIVE NATION ES

2025-02-28  4168. HMI Social

2025-02-28  4169. Postmates

2025-02-28  4170. YellowHammer Media Group

2025-02-28  4171. HMS Global - GBP

2025-02-28  4172. Gaston Luga

2025-02-28  4173. JJXX

2025-02-28  4174. SiriusXM

2025-02-28  4175. Orion Publishing Group

2025-02-28  4176. Infectious Music

2025-02-28  4177. Live Nation Germany - Austria - Switzerland

2025-02-28  4178. DASH TWO

2025-02-28  4179. Mic Drop Comedy

2025-02-28  4180. Touch of Modern

2025-02-28  4181. Gooseberry Intimates

2025-02-28  4182. JXM

2025-02-28  4183. JBL

2025-02-28  4184. Sony Music Spain

2025-02-28  4185. Accelerated Intelligence Ltd

2025-02-28  4186. Filtr

2025-02-28  4187. Reaction Presents

2025-02-28  4188. Launchpad INTL

2025-02-28  4189. Cortica

2025-02-28  4190. Rgmntco

2025-02-28  4191. Progressive

2025-02-28  4192. Knitting Factory Entertainment

2025-02-28  4193. Zenith USA

2025-02-28  4194. GEICO

2025-02-28  4195. Live Nation Concerts

2025-02-28  4196. Frontier Touring

2025-02-28  4197. Art Label Studios 2024

2025-02-28  4198. Shinesty

2025-02-28  4199. Wavemaker Hong Kong

2025-02-28  4200. Kent Clothier

2025-02-28  4201. MullenLowe U.S.

2025-02-28  4202. Immerse Agency, LLC

2025-02-28  4203. The Home Depot

2025-02-28  4204. P&G Professional EspaÃ±a

2025-02-28  4205. Live Nation Sweden

2025-02-28  4206. Victoria Justice

2025-02-28  4207. CCI æ ªå¼•ä¼šç¤¾cartacommunications

2025-02-28  4208. Live Nation UK

2025-02-28  4209. The League

2025-02-28  4210. Totspot

2025-02-28  4211. Live Nation Canada

2025-02-28  4212. SlyndÂ® (drospirenone)

2025-02-28  4213. Ulta Beauty

2025-02-28  4214. Ruggable

2025-02-28  4215. Quarterlab

2025-02-28  4216. AEG Presents - Media

2025-02-28  4217. Burson Global

2025-02-28  4218. Delivery Hero

2025-02-28  4219. Tulster

2025-02-28  4220. Keeps

2025-02-28  4221. Angler AI

2025-02-28  4222. Socialyse Adm FR

2025-02-28  4223. Global Health on Facebook

2025-02-28  4224. starrising777

2025-02-28  4225. Clash Royale, Clash Royale ES

2025-02-28  4226. TargetSmart

2025-02-28  4227. ROR Partners

2025-02-28  4228. Dragon Mania Legends

2025-02-28  4229. SharkNinja

2025-02-28  4230. Neko Test Page

2025-02-28  4231. CreditCards.com

2025-02-28  4232. All Family Gift, All Family Gifts

2025-02-28  4233. Convergence Media

2025-02-28  4234. The Christian Broadcasting Network

2025-02-28  4235. Fred Haas Toyota World

2025-02-28  4236. I'd Rather Be With My Dog

2025-02-28  4237. Grant Cardone

2025-02-28  4238. Billings Gazette

2025-02-28  4239. Wiland Data Tactics

2025-02-28  4240. Direct Auto Insurance

2025-02-28  4241. Swanson Health

2025-02-28  4242. Lay's

2025-02-28  4243. Entravision Latam - Puerto Rico

2025-02-28  4244. M Booth

2025-02-28  4245. Jenkins Nissan

2025-02-28  4246. Learning A-Z

2025-02-28  4247. DSW Designer Shoe Warehouse

2025-02-28  4248. Michael Kors

2025-02-28  4249. T-Mobile

2025-02-28  4250. zeotap

2025-02-28  4251. Allstate

2025-02-28  4252. Essence

2025-02-28  4253. Magnolia Pictures

2025-02-28  4254. Labelium Australia and New Zealand

2025-02-28  4255. Relatable

2025-02-28  4256. Chris Chen

2025-02-28  4257. Emc_TCCC

2025-02-28  4258. Rent. Solutions

2025-02-28  4259. PBS

2025-02-28  4260. Social Fulcrum

2025-02-28  4261. Chobani

2025-02-28  4262. Zenith Chile

2025-02-28  4263. Univision

2025-02-28  4264. FB Growth Marketing

2025-02-28  4265. Free People

2025-02-28  4266. Rezonate Media

2025-02-28  4267. Drive Toyota

2025-02-28  4268. ThredUp

2025-02-28  4269. Elementary Innovation Pte. Ltd.

2025-02-28  4270. L'Oréal Chile

2025-02-28  4271. L'Oréal Paris

2025-02-28  4272. All Family Gift

2025-02-28  4273. Center

2025-02-28  4274. AEG Presents France

2025-02-28  4275. Notion Live Events

2025-02-28  4276. X-VIN

2025-02-28  4277. Fingerpaint Saratoga

2025-02-28  4278. Selfie Leslie

2025-02-28  4279. Flag & Anthem

2025-02-28  4280. eBay.co.uk

2025-02-28  4281. Change Research

2025-02-28  4282. Enso Rings

2025-02-28  4283. Universal Music France

2025-02-28  4284. Hagerty

2025-02-28  4285. Toyota Of Glendale, Tustin Toyota

2025-02-28  4286. Captiv8

2025-02-28  4287. Sold Out Advertising

2025-02-28  4288. Bravado

2025-02-28  4289. Dansko, LLC

2025-02-28  4290. Experian Marketing Services - Audiences

2025-02-28  4291. Simon & Schuster

2025-02-28  4292. MyMuse

2025-02-28  4293. Spring Creek Group

2025-02-28  4294. Conill Advertising

2025-02-28  4295. The Orchard

2025-02-28  4296. Noisy Trumpet

2025-02-28  4297. LES VISIONNAIRES

2025-02-28  4298. Gina Tricot

2025-02-28  4299. VaynerMedia

2025-02-28  4300. Heather McMahan

2025-02-28  4301. Spark Foundry USA

2025-02-28  4302. Katalyst Advantage

2025-02-28  4303. Agh sdef

2025-02-28  4304. LiveRamp

2025-02-28  4305. the7stars

2025-02-28  4306. Bell Media

2025-02-28  4307. Coral Luxury US, All Family Gift

2025-02-28  4308. Hilton Newsroom

2025-02-28  4309. Acxiom

2025-02-28  4310. Satullo

2025-02-28  4311. Vodafone Group

2025-02-28  4312. Target

2025-02-28  4313. Evony - The King's Return

2025-02-28  4314. Aleph Ecuador

2025-02-28  4315. Meetsocial HK Digital Marketing Co.ï¼Œltd-1

2025-02-28  4316. Crowd Control Digital

2025-02-28  4317. Phathom Pharmaceuticals

2025-02-28  4318. Ranker 2

2025-02-28  4319. Red Digital

2025-02-28  4320. Brand survey

2025-02-28  4321. Disney

2025-02-28  4322. Tommy Hilfiger

2025-02-28  4323. FanDuel

2025-02-28  4324. NestlÃ© HK ç›´é€•æ¸¸å®¶

2025-02-28  4325. Vizzy Hard Seltzer

2025-02-28  4326. Resolution Media

2025-02-28  4327. Apple Services

2025-02-28  4328. Starcom Denmark

2025-02-28  4329. Nielsen Marketing Cloud

2025-02-28  4330. Epsilon Audience Data Provider

2025-02-28  4331. 1-800 Contacts

2025-02-28  4332. OMD USA

2025-02-28  4333. WMcCann RJ

2025-02-28  4334. NEUW Denim

2025-02-28  4335. Meta

2025-02-28  4336. Live Nation France

2025-02-28  4337. Dr. Squatch

2025-02-28  4338. Florida Credit Union

2025-02-28  4339. Purple Media

2025-02-28  4340. ASW Group

2025-02-28  4341. Dentsu X UK

2025-02-28  4342. L'OrÃ©al Group

2025-02-28  4343. L'ange

2025-02-28  4344. Intermate Media GmbH

2025-02-28  4345. Honcho.co

2025-02-28  4346. Butler/Till

2025-02-28  4347. Ashley

2025-02-28  4348. Universal Music Austria

2025-02-28  4349. FB Only SMB Channel Test Page

2025-02-28  4350. Amazon.com

2025-02-28  4351. Dollar General

2025-02-28  4352. Microsoft Customer Insights Center

2025-02-28  4353. Performance Marketing - USD - Spotify AB

2025-02-28  4354. Voiply

2025-02-28  4355. Swimply

2025-02-28  4356. Verizon

2025-02-28  4357. #ficafit

2025-02-28  4358. Oracle Data Cloud CA

2025-02-28  4359. Anderson Martin

2025-02-28  4360. Coral Luxury US

2025-02-28  4361. UM APAC

2025-02-28  4362. Walmart

2025-02-28  4363. Telenav

2025-02-28  4364. Marketing

2025-02-28  4365. Secret Entourage

2025-02-28  4366. Miniclip

2025-02-28  4367. Bell Canada, Bell Canada (Français)

2025-02-28  4368. Casely

2025-02-28  4369. PETERMAYER

2025-02-28  4370. Aegis Media Innov8

2025-02-28  4371. Spotify LATAM BM

2025-02-28  4372. AbelsonTaylor Group

2025-02-28  4373. Illinois Lottery

2025-02-28  4374. Kroger

2025-02-28  4375. Real Chemistry

2025-02-28  4376. Good Apple

2025-02-28  4377. Huggies

2025-02-28  4378. Starcom Sweden AB

2025-02-28  4379. Nextdoor

2025-02-28  4380. Ford Motor Company

2025-02-28  4381. Kinesso Poland

2025-02-28  4382. Jeff Wyler Eastgate Chrysler Dodge Jeep Ram

2025-02-28  4383. BET

2025-02-28  4384. Wallapop

2025-02-28  4385. Serra Honda

2025-02-28  4386. Intuit QuickBooks

2025-02-28  4387. PushSpring

2025-02-28  4388. Henry Curtis Ford

2025-02-28  4389. DEPT UK

2025-02-28  4390. Pinterest Inc

2025-02-28  4391. Xfinity

2025-02-28  4392. Solka

2025-02-28  4393. Launchpad Ignite

2025-02-28  4394. Swank A Posh

2025-02-28  4395. All Family Gift, Coral Luxury US

2025-02-28  4396. Amazon Home

2025-02-28  4397. Antwerpen Chrysler Jeep Dodge Ram

2025-02-28  4398. Foot Locker

2025-02-28  4399. The Citizenry

2025-02-28  4400. American Eagle

2025-02-28  4401. Inspire Brands

2025-02-28  4402. Q Link Wireless

2025-02-28  4403. THIRD EAR

2025-02-28  4404. Operam Inc

2025-02-28  4405. Masters of Balayage

2025-02-28  4406. We Play

2025-02-28  4407. Findlay Nissan Henderson

2025-02-28  4408. Neustar FB Syndication

2025-02-28  4409. Keurig

2025-02-28  4410. MiQ US

2025-02-28  4411. Truth and Love Coaching International

2025-02-28  4412. Warner Music France

2025-02-28  4413. Eggland's Best Eggs

2025-02-28  4414. Corro

2025-02-28  4415. Toms River Mitsubishi

2025-02-28  4416. Test Page

2025-02-28  4417. Smile Direct Club

2025-02-28  4418. DoorDash

2025-02-28  4419. Macy's

2025-02-28  4420. Intuit Credit Karma

2025-02-28  4421. Research Study Rockstar

2025-02-28  4422. Happify by Twill

2025-02-28  4423. J3

2025-02-28  4424. Eulerity

2025-02-28  4425. Spark Foundry

2025-02-28  4426. Starcom USA

2025-02-28  4427. Walmart.com

2025-02-28  4428. Bonnie

2025-02-28  4429. Universal Music Malaysia

2025-02-28  4430. We are Rodriguez

2025-02-28  4431. Instagram Ad Ops

2025-02-28  4432. Sojern

2025-02-28  4433. CMI Media Group and Compas

2025-02-28  4434. Jianxian's business account

2025-02-28  4435. Unicorn Innovations

2025-02-28  4436. DSplus

2025-02-28  4437. Dr Pepper Snapple Group

2025-02-28  4438. PetSmart

2025-02-28  4439. Sundays

2025-02-28  4440. CAVA

2025-02-28  4441. Acura of Fremont

2025-02-28  4442. Hearts & Science

2025-02-28  4443. Universal Music Polska

2025-02-28  4444. Condé Nast

2025-02-28  4445. BoostMobile - New/Post-Harmony

2025-02-28  4446. Sony Rewards

2025-02-28  4447. UM Canada

2025-02-28  4448. St. Jude Children's Research Hospital

2025-02-28  4449. Mazda USA

2025-02-28  4450. Wayfair

2025-02-28  4451. Kohl's

2025-02-28  4452. MODCo T2

2025-02-28  4453. Brilliant Earth

2025-02-28  4454. Tropical Smoothie Cafe

2025-02-28  4455. Data unavailable

2025-02-28  4456. Nexters

2025-02-28  4457. Division D

2025-02-28  4458. BrandMuscle - etatslla

2025-02-28  4459. Sling TV

2025-02-28  4460. Avant Gardner

2025-02-28  4461. Square

2025-02-28  4462. Amobee DMP

2025-02-28  4463. Handle the Heat

2025-02-28  4464. SmartAsset.com

2025-02-28  4465. Happy Family Organics

2025-02-28  4466. Sykes Millionaire Challenge

2025-02-28  4467. Hypnosis Training Academy

2025-02-28  4468. JCK Enterprises, LLC

2025-02-28  4469. Frank And Oak

2025-02-28  4470. Velawcity

2025-02-28  4471. Found

2025-02-28  4472. Grey Goose

2025-02-28  4473. Joom

2025-02-28  4474. Goodway Tier 3 Digital

2025-02-28  4475. Booyah Advertising

2025-02-28  4476. Rakuten

2025-02-28  4477. CSR Racing

2025-02-28  4478. LastPass

2025-02-28  4479. Cᾱng Ty Ǣ̄ng HoᾹng PhᾹ°c

2025-02-28  4480. Call of Duty

2025-02-28  4481. w/Tributary

2025-02-28  4482. Havas Media Group USA LLC

2025-02-28  4483. Amazon.co.uk, Amazon.com

2025-02-28  4484. Netflix

2025-02-28  4485. Serra Hyundai

2025-02-28  4486. Cure Media

2025-02-28  4487. IPSY

2025-02-28  4488. MEC Australia

2025-02-28  4489. National Debt Relief

2025-02-28  4490. Coinbase

2025-02-28  4491. 100130874778177

2025-02-28  4492. Multitud Digital

2025-02-28  4493. Crossmedia

2025-02-28  4494. Call of Duty: Mobile

2025-02-28  4495. JCPenney

2025-02-28  4496. Mars United Commerce

2025-02-28  4497. JibJab Catapult

2025-02-28  4498. JM14

2025-02-28  4499. Klick - Epic

2025-02-28  4500. Aerial Video A to Z

2025-02-28  4501. Shop.Thing Tshirts

2025-02-28  4502. BerlinRosen

2025-02-28  4503. PreciseTarget

2025-02-28  4504. PetSmart Charities

2025-02-28  4505. WPS Health Insurance - Health Plan

2025-02-28  4506. Threepipe

2025-02-28  4507. Blavity

2025-02-28  4508. Harvest Hill Beverage Company

2025-02-28  4509. DISH

2025-02-28  4510. Afro Nation

2025-02-28  4511. DDC Testing

2025-02-28  4512. Eva Rankinï¿½

2025-02-28  4513. Edikted

2025-02-28  4514. Move With Us

2025-02-28  4515. EMEA

2025-02-28  4516. 4th Quarter Collective, LLC

2025-02-28  4517. Aleph Guatemala

2025-02-28  4518. Captain

2025-02-28  4519. Kawasaki USA

2025-02-28  4520. Cadence

2025-02-28  4521. therankedmusic

2025-02-28  4522. Hong Phong Vu BM1

2025-02-28  4523. Wonderfront Festival

2025-02-28  4524. Absolute Merch

2025-02-28  4525. Greens Club

2025-02-28  4526. Big Concerts

2025-02-28  4527. Drive with Lyft

2025-02-28  4528. L'atelier HK

2025-02-28  4529. OMD Entertainment

2025-02-28  4530. Dentsu Greece

2025-02-28  4531. M+R

2025-02-28  4532. UMusic Australia

2025-02-28  4533. Tuft & Needle

2025-02-28  4534. Fritos

2025-02-28  4535. 360i

2025-02-28  4536. All Family Gifts

2025-02-28  4537. Sunset Ford

2025-02-28  4538. Grupo Axo

2025-02-28  4539. On

2025-02-28  4540. Thirdwave

2025-02-28  4541. De Helling

2025-02-28  4542. Magnum Photos

2025-02-28  4543. Cardon

2025-02-28  4544. myQ

2025-02-28  4545. Coors Light, Miller Lite

2025-02-28  4546. Digital House

2025-02-28  4547. Vogue France

2025-02-28  4548. Huggies UK

2025-02-28  4549. Afrobeats Central

2025-02-28  4550. Leif Johnson

2025-02-28  4551. HCN

2025-02-28  4552. Aleph - Panama

2025-02-28  4553. MediaCom USA

2025-02-28  4554. Cleo

2025-02-28  4555. NovartisOneÂ²

2025-02-28  4556. Carat USA

2025-02-28  4557. Apalon

2025-02-28  4558. Capitol Music Group

2025-02-28  4559. Monqui Presents

2025-02-28  4560. PlayStation

2025-02-28  4561. Quakmedia - Agencia de Marketing Digital

2025-02-28  4562. Lovesac

2025-02-28  4563. The Foxy Hipster

2025-02-28  4564. Pampelone Clothing

2025-02-28  4565. Leverate Media

2025-02-28  4566. RODEOHOUSTON

2025-02-28  4567. Tim Short Ford of La Follette

2025-02-28  4568. Nguyen Thi Hai Yen

2025-02-28  4569. Performics Test Page

2025-02-28  4570. Alex Feather Akimov's Business

2025-02-28  4571. BM A12

2025-02-28  4572. Universal Music Thailand

2025-02-28  4573. Groot Hospitality

2025-02-28  4574. Quantum Physics

2025-02-28  4575. Bonefish Grill

2025-02-28  4576. MEC Italia

2025-02-28  4577. The Points Guy

2025-02-28  4578. Test For Pixel

2025-02-28  4579. Toyota of Dartmouth

2025-02-28  4580. OnlyFans

2025-02-28  4581. The Strategy Group Company

2025-02-28  4582. KSR Group

2025-02-28  4583. P&G Social Global

2025-02-28  4584. BobbyParrish

2025-02-28  4585. SimplePrints

2025-02-28  4586. Black Promoters Collective

2025-02-28  4587. CareZone

2025-02-28  4588. ESPN

2025-02-28  4589. TivoliVredenburg

2025-02-28  4590. BSN

2025-02-28  4591. Lerma Agency

2025-02-28  4592. Dojo

2025-02-28  4593. Fedyna Services Limited

2025-02-28  4594. Sony Music France

2025-02-28  4595. KraftMaid Cabinetry

2025-02-28  4596. Dea Kudibal

2025-02-28  4597. Hairfinity

2025-02-28  4598. Radius Chicago

2025-02-28  4599. Hong Kong Zoom Interactive Network Marketing Technology Limited

2025-02-28  4600. Basketball Arena, Miniclip, Darts Of Fury, Golf Battle, Football Rivals

2025-02-28  4601. La Roche-Posay

2025-02-28  4602. Initiative Wellness

2025-02-28  4603. LocaliQ

2025-02-28  4604. Bumble

2025-02-28  4605. Zenithoptimedia Taiwan

2025-02-28  4606. E11EVEN MIAMI

2025-02-28  4607. Sony Music Italy

2025-02-28  4608. Olipop

2025-02-28  4609. TruDiagnostic

2025-02-28  4610. Intuit TurboTax

2025-02-28  4611. Dot Matters

2025-02-28  4612. L'atelier TW

2025-02-28  4613. REV77

2025-02-28  4614. Echo Promotion

2025-02-28  4615. Premiere Speakers Bureau

2025-02-28  4616. Vuori

2025-02-28  4617. Unilever Philippines

2025-02-28  4618. wellrestedweeones

2025-02-28  4619. Corida

2025-02-28  4620. Warner Music Austria

2025-02-28  4621. Lauren Daigle

2025-02-28  4622. Universal Music Canada

2025-02-28  4623. Kevin Gottlieb

2025-02-28  4624. Wmg gps adx

2025-02-28  4625. Code3

2025-02-28  4626. WhatsApp

2025-02-28  4627. eBay

2025-02-28  4628. Maelys Cosmetics

2025-02-28  4629. ã‚¢ã¤ãƒ—ãƒ-ã,¹ãƒšã,¯ãƒˆãƒ»ã,¸ãƒ£ãƒ'ãƒ³æ ªå¼•ä¼šç¤¾

2025-02-28  4630. Socialflow

2025-02-28  4631. Simon Malls

2025-02-28  4632. Arnold Palmer Spiked, Movo

2025-02-28  4633. Checkout 51

2025-02-28  4634. Sparkart Group, Inc.

2025-02-28  4635. 703digital

2025-02-28  4636. PacSun

2025-02-28  4637. Bombora

2025-02-28  4638. Twillory

2025-02-28  4639. Smashbox Cosmetics

2025-02-28  4640. Cooking Vinyl

2025-02-28  4641. Mayo Clinic

2025-02-28  4642. Climate Reality Action Fund, Bill Conway, MN vs Trump, Councilman Johnny G. Farias

2025-02-28  4643. Shopify New York

2025-02-28  4644. The Glover Park Group

2025-02-28  4645. FLOAT FEST

2025-02-28  4646. noatishby

2025-02-28  4647. Yallie K Enterprises LLC

2025-02-28  4648. Universal Music Recordings

2025-02-28  4649. Shelf Inc.

2025-02-28  4650. Universal Music Romania

2025-02-28  4651. Bridg Channel

2025-02-28  4652. The Gatorade Company

2025-02-28  4653. Calvin Klein

2025-02-28  4654. NOTO Houston

2025-02-28  4655. FB App

2025-02-28  4656. Yamaha Music USA

2025-02-28  4657. Alo Yoga

2025-02-28  4658. Invest529

2025-02-28  4659. Climb

2025-02-28  4660. Moon Active

2025-02-28  4661. Louis Vuitton

2025-02-28  4662. Summersalt

2025-02-28  4663. Give Back Beauty

2025-02-28  4664. Omnilife

2025-02-28  4665. Another Planet Entertainment

2025-02-28  4666. iProspect Detroit

2025-02-28  4667. Warner Music Sweden

2025-02-28  4668. Bfx

2025-02-28  4669. Gupta Media

2025-02-28  4670. White Claw

2025-02-28  4671. Universal Music Italia

2025-02-28  4672. Deep Root Analytics

2025-02-28  4673. Planet Fitness

2025-02-28  4674. SkinnyDipped

2025-02-28  4675. moveconcertsarg

2025-02-28  4676. BIG IDEA GROUP

2025-02-28  4677. SOSHE Beauty

2025-02-28  4678. Goodlive Artists

2025-02-28  4679. Classic Chrysler Dodge Jeep Ram Madison, Gator Chrysler Dodge Jeep Ram, Gary Miller Chrysler Dodge Jeep Ram

2025-02-28  4680. GoldSilver

2025-02-28  4681. GOP

2025-02-28  4682. Warner Music Norway

2025-02-28  4683. Zillow

2025-02-28  4684. M&C Saatchi Performance

2025-02-28  4685. IZEA Worldwide, Inc.

2025-02-28  4686. Harper's Bazaar

2025-02-28  4687. bubly

2025-02-28  4688. CharityStars

2025-02-28  4689. GroupM Danmark

2025-02-28  4690. MC2 LIVE

2025-02-28  4691. Sony Music Germany

2025-02-28  4692. Carmichael Lynch

2025-02-28  4693. Victoria Warehouse

2025-02-28  4694. JustFab

2025-02-28  4695. Horizon Horseback

2025-02-28  4696. Summerfest

2025-02-28  4697. Wavemaker-NZ Loreal

2025-02-28  4698. HolStrength

2025-02-28  4699. i.am.gia

2025-02-28  4700. Caddis Sports

2025-02-28  4701. RainCloud Media

2025-02-28  4702. Savannah Bee Company

2025-02-28  4703. LOOPS

2025-02-28  4704. ZenithMedia Germany

2025-02-28  4705. QVC

2025-02-28  4706. Monarch

2025-02-28  4707. CB Chevrolet in San Luis Obispo

2025-02-28  4708. Latched Mama

2025-02-28  4709. Reverb

2025-02-28  4710. Garnier Colombia

2025-02-28  4711. amelieteje

2025-02-28  4712. UM Detroit

2025-02-28  4713. Hunter Del Caribe

2025-02-28  4714. Live Nation Denmark

2025-02-28  4715. fource.cz

2025-02-28  4716. ondonewyork

2025-02-28  4717. We Are Saatchi

2025-02-28  4718. AirSculpt

2025-02-28  4719. CMS Music Media Ltd

2025-02-28  4720. Reprise ES

2025-02-28  4721. GALE Media

2025-02-28  4722. Miniclip, Darts Of Fury

2025-02-28  4723. Universal Music Deutschland

2025-02-28  4724. SoFi

2025-02-28  4725. Family Gifts, Coral Luxury US, All Family Gift

2025-02-28  4726. Live Nation Polska

2025-02-28  4727. Tropical Bros

2025-02-28  4728. Outback Presents

2025-02-28  4729. Ring

2025-02-28  4730. Peloton

2025-02-28  4731. Sweed

2025-02-28  4732. WS NA

2025-02-28  4733. Universal Music South Africa

2025-02-28  4734. Magnolias

2025-02-28  4735. Test

2025-02-28  4736. CSL

2025-02-28  4737. L'Oréal Suisse

2025-02-28  4738. Meta for Business

2025-02-28  4739. Winn-Dixie

2025-02-28  4740. Integral Strength

2025-02-28  4741. Zenith France

2025-02-28  4742. Assembly

2025-02-28  4743. COS

2025-02-28  4744. Universal Music Legends

2025-02-28  4745. Veltrac Music

2025-02-28  4746. Dallas Cowboys

2025-02-28  4747. Ayla & Co

2025-02-28  4748. Sony Music UK

2025-02-28  4749. Amazon.com, Amazon.co.uk

2025-02-28  4750. The KISS Marketing Agency

2025-02-28  4751. Warner Music Denmark

2025-02-28  4752. adidas

2025-02-28  4753. D'Alessandro e Galli

2025-02-28  4754. Reward Agency - 08

2025-02-28  4755. Morgan Fidelity Associates, Inc.

2025-02-28  4756. Publicis_Media_Luxe

2025-02-28  4757. TruSignal

2025-02-28  4758. Spotify

2025-02-28  4759. APRILSKIN ì—•ì•´í""ë¦¬ìŠ¤í¸¨

2025-02-28  4760. Albertsons

2025-02-28  4761. cacaFly

2025-02-28  4762. LSU AgCenter Botanic Gardens

2025-02-28  4763. Quang Khai BM1

2025-02-28  4764. ClearOne Advantage, LLC

2025-02-28  4765. Grunt Style

2025-02-28  4766. Lithia Motors

2025-02-28  4767. Crunchyroll

2025-02-28  4768. Solved

2025-02-28  4769. Great American Pure Flix

2025-02-28  4770. Guinness

2025-02-28  4771. Lounge Underwear

2025-02-28  4772. Datonics

2025-02-28  4773. Fiehrer Buick GMC

2025-02-28  4774. Warner Music Poland

2025-02-28  4775. Warner Music Australia

2025-02-28  4776. Team BC

2025-02-28  4777. CrossInstall

2025-02-28  4778. Socialistics

2025-02-28  4779. EMI Records

2025-02-28  4780. Wavemaker Malaysia

2025-02-28  4781. Facetune by Lightricks

2025-02-28  4782. AEG Presents

2025-02-28  4783. The Ridge

2025-02-28  4784. TRUFFLE

2025-02-28  4785. INH Hair

2025-02-28  4786. CVS Pharmacy

2025-02-28  4787. Edelman Digital NYC

2025-02-28  4788. Vannen Watches

2025-02-28  4789. Sony Music Switzerland

2025-02-28  4790. Barstool Sports

2025-02-28  4791. Universal Music Ireland

2025-02-28  4792. æ ªå¼•ä¼šç¤¾ã,ªã,¾ãƒ³ãƒ•ãƒƒãƒˆãƒ¯ãƒ¼ã,¯

2025-02-28  4793. MILLIONS

2025-02-28  4794. Boston Scientific

2025-02-28  4795. California Cryobank

2025-02-28  4796. IProspect NY

2025-02-28  4797. 4C

2025-02-28  4798. AEG Presents UK

2025-02-28  4799. Havas Media

2025-02-28  4800. Destroy All Lines

2025-02-28  4801. Compulse

2025-02-28  4802. Express

2025-02-28  4803. RÃ©my Martin

2025-02-28  4804. Russ Darrow Kia of Madison, Russ Darrow Kia of Wauwatosa

2025-02-28  4805. MasterClass

2025-02-28  4806. XaxisKorea

2025-02-28  4807. Wyze

2025-02-28  4808. Sanity Skin

2025-02-28  4809. Mushroom

2025-02-28  4810. Glamnetic

2025-02-28  4811. Entertainment on Facebook

2025-02-28  4812. Adrian Duncan

2025-02-28  4813. Makeup.com by L'Oreal

2025-02-28  4814. Kitbag

2025-02-28  4815. Wizard Live

2025-02-28  4816. Predictive Media Analytics, LLC

2025-02-28  4817. E! News

2025-02-28  4818. ViiV Healthcare

2025-02-28  4819. For Wellness

2025-02-28  4820. Scentiment

2025-02-28  4821. Anthropologie

2025-02-28  4822. Polydor

2025-02-28  4823. BroBible

2025-02-28  4824. NeoPerformance

2025-02-28  4825. ManebÃ

2025-02-28  4826. Last Tour

2025-02-28  4827. iHeartDogs

2025-02-28  4828. Playboy

2025-02-28  4829. ThinkSwell

2025-02-28  4830. The Children's Place

2025-02-28  4831. Funded Commerce Ads

2025-02-28  4832. Throne Rush

2025-02-28  4833. GETmusic

2025-02-28  4834. ASUS

2025-02-28  4835. Wolven

2025-02-28  4836. JCG LLC

2025-02-28  4837. Papinelle Sleepwear

2025-02-28  4838. Alexis Ren

2025-02-28  4839. Step

2025-02-28  4840. ICRUSH

2025-02-28  4841. AdParlor

2025-02-28  4842. Noise New Media

2025-02-28  4843. Indipendente Concerti

2025-02-28  4844. Universal Music Group: Global Digital Marketing

2025-02-28  4845. Sev Laser Aesthetics

2025-02-28  4846. CNN Digital - Audience Dev

2025-02-28  4847. Jack Archer

2025-02-28  4848. Live Bearded

2025-02-28  4849. Warner Music Singapore

2025-02-28  4850. Fused - Universal Music

2025-02-28  4851. Miller's Ale House

2025-02-28  4852. TEG DAINTY

2025-02-28  4853. Global Leadership Network

2025-02-28  4854. Percipio Holdings, Inc.

2025-02-28  4855. Insomniac Events

2025-02-28  4856. Brand Polling

2025-02-28  4857. Possible

2025-02-28  4858. Otsuka America Pharmaceutical, Inc.

2025-02-28  4859. North Coast Music Festival

2025-02-27  4860. Summerfest

2025-02-27  4861. Happy Products

2025-02-27  4862. Free People

2025-02-27  4863. Tell Your People

2025-02-27  4864. Shelf Inc.

2025-02-27  4865. The Orchard

2025-02-27  4866. FitnFemale

2025-02-27  4867. Radius Chicago

2025-02-27  4868. Bonefish Grill

2025-02-27  4869. Sparkart Group, Inc.

2025-02-27  4870. Alo Yoga

2025-02-27  4871. Reaction Presents

2025-02-27  4872. GETmusic

2025-02-27  4873. Helix Sleep

2025-02-27  4874. Warner Music Singapore

2025-02-27  4875. Online Trainer/Coach

2025-02-27  4876. Olipop

2025-02-27  4877. Smashbox Cosmetics

2025-02-27  4878. Sweed

2025-02-27  4879. Big Concerts

2025-02-27  4880. Disney Streaming

2025-02-27  4881. SkinnyDipped

2025-02-27  4882. VaynerMedia Canada

2025-02-27  4883. Dow

2025-02-27  4884. NeoPerformance

2025-02-27  4885. Live Nation Australia

2025-02-27  4886. Brand Networks

2025-02-27  4887. TruSignal

2025-02-27  4888. MoneyGram

2025-02-27  4889. Truth and Love Coaching International

2025-02-27  4890. iFrog Marketing Solutions

2025-02-27  4891. Bonneville International

2025-02-27  4892. Warner Music Denmark

2025-02-27  4893. EMI Records

2025-02-27  4894. Live Nation Canada

2025-02-27  4895. Shopify New York

2025-02-27  4896. Universal Music Sweden

2025-02-27  4897. AEG Presents France

2025-02-27  4898. Move With Us

2025-02-27  4899. For Wellness

2025-02-27  4900. Global Leadership Network

2025-02-27  4901. ZenithMedia Germany

2025-02-27  4902. Playboy

2025-02-27  4903. Love Wellness

2025-02-27  4904. Ashley

2025-02-27  4905. playforgain

2025-02-27  4906. Old Navy

2025-02-27  4907. Oceansapart Global

2025-02-27  4908. Selfie Leslie

2025-02-27  4909. Aleph Guatemala

2025-02-27  4910. Accelerated Intelligence Ltd

2025-02-27  4911. Universal Music Polska

2025-02-27  4912. MyMuse

2025-02-27  4913. Emc_TCCC

2025-02-27  4914. Elementary Innovation Pte. Ltd.

2025-02-27  4915. Dr. Squatch

2025-02-27  4916. TIBBS & BONES

2025-02-27  4917. Florida Credit Union

2025-02-27  4918. FLOAT FEST

2025-02-27  4919. L'Oréal Professionnel

2025-02-27  4920. Captiv8

2025-02-27  4921. Uniagency

2025-02-27  4922. Warner Music Spain

2025-02-27  4923. Wavemaker Hong Kong

2025-02-27  4924. SKIMS

2025-02-27  4925. American Sporstwear, S.A.

2025-02-27  4926. L'Oréal Chile

2025-02-27  4927. Frontier Touring

2025-02-27  4928. LES VISIONNAIRES

2025-02-27  4929. Beauty Factory

2025-02-27  4930. Team BC

2025-02-27  4931. Mediaplus Hamburg GmbH & Co. KG

2025-02-27  4932. Anthropologie

2025-02-27  4933. Partisan Records

2025-02-27  4934. æ ª¼•ä¼šç¤¾ã,ªã,¾ãƒ³ãƒ•ãƒƒãƒˆãƒ¯ãƒ¼ã,¯

2025-02-27  4935. Born Again Concerts

2025-02-27  4936. Greenhouse Talent

2025-02-27  4937. L'atelier HK

2025-02-27  4938. Harvest Hill Beverage Company

2025-02-27  4939. Kitbag

2025-02-27  4940. Tropic of C

2025-02-27  4941. ViiV Healthcare

2025-02-27  4942. Live Nation Italia

2025-02-27  4943. Gina Tricot

2025-02-27  4944. Unilever Philippines

2025-02-27  4945. Diverse Media New Zealand

2025-02-27  4946. White Claw

2025-02-27  4947. JustFab

2025-02-27  4948. therankedmusic

2025-02-27  4949. Aleph El Salvador

2025-02-27  4950. Universal Music Ireland

2025-02-27  4951. Louis Vuitton Brazil

2025-02-27  4952. VaynerMedia APAC

2025-02-27  4953. Captain

2025-02-27  4954. The Church of Jesus Christ of Latter-day Saints

2025-02-27  4955. 703digital

2025-02-27  4956. L'atelier TW

2025-02-27  4957. af_drinks

2025-02-27  4958. Live Nation Polska

2025-02-27  4959. Publicis_Media_Luxe

2025-02-27  4960. HolStrength

2025-02-27  4961. Avon

2025-02-27  4962. OMD PanamÃ¡

2025-02-27  4963. FRAME

2025-02-27  4964. Sony Music Switzerland

2025-02-27  4965. T4 Social Media LLC

2025-02-27  4966. Anotherland Music

2025-02-27  4967. TRUFFLE

2025-02-27  4968. Jeff Wyler Eastgate Nissan, Serra Toyota Birmingham

2025-02-27  4969. Alya Skin Australia

2025-02-27  4970. Alfred A. Knopf

2025-02-27  4971. Invisalign

2025-02-27  4972. BluFish

2025-02-27  4973. NEUW Denim

2025-02-27  4974. Zenith Chile

2025-02-27  4975. Tombras

2025-02-27  4976. Tommy Hilfiger ME

2025-02-27  4977. CSB

2025-02-27  4978. JCG LLC

2025-02-27  4979. BroBible

2025-02-27  4980. BIG IDEA GROUP

2025-02-27  4981. factory 54

2025-02-27  4982. Unilever Canada

2025-02-27  4983. The 3am Club

2025-02-27  4984. TrustGodbro Clothing

2025-02-27  4985. HEYDUDE

2025-02-27  4986. Cover FX

2025-02-27  4987. 360i

2025-02-27  4988. Quora

2025-02-27  4989. Velawcity

2025-02-27  4990. RODEOHOUSTON

2025-02-27  4991. TivoliVredenburg

2025-02-27  4992. Live Tour Promotions

2025-02-27  4993. Camille Brinch Jewellery

2025-02-27  4994. MRG Live

2025-02-27  4995. Seiza

2025-02-27  4996. Dea Kudibal

2025-02-27  4997. Entravision Latam - Honduras

2025-02-27  4998. Rothy's

2025-02-27  4999. Martell

2025-02-27  5000. Allied Global Marketing

2025-02-27  5001. Notion Live Events

2025-02-27  5002. Starcom Denmark

2025-02-27  5003. Performics Test Page

2025-02-27  5004. MC UK - GBP

2025-02-27  5005. Crowd Control Digital

2025-02-27  5006. Republic Records

2025-02-27  5007. Rareform

2025-02-27  5008. Sony Music Austria

2025-02-27  5009. Best Buy

2025-02-27  5010. Capitol Music Group

2025-02-27  5011. Sony Music Spain

2025-02-27  5012. Elicit Music

2025-02-27  5013. Maude

2025-02-27  5014. FOX Sports

2025-02-27  5015. Teste 1

2025-02-27  5016. Good American

2025-02-27  5017. Monster

2025-02-27  5018. Common Entertainment

2025-02-27  5019. SiriusXM

2025-02-27  5020. PHD colombia S.A.S

2025-02-27  5021. Scruff of the Neck

2025-02-27  5022. JG Summit

2025-02-27  5023. Suit Up Brands LLC

2025-02-27  5024. Corida

2025-02-27  5025. Z2 Comics

2025-02-27  5026. Funded Commerce Ads

2025-02-27  5027. MAAPS / Overman Enterprises

2025-02-27  5028. Warner Music Canada

2025-02-27  5029. Pepsi

2025-02-27  5030. The QYOU

2025-02-27  5031. RIMOWA

2025-02-27  5032. Doctor Music Concerts

2025-02-27  5033. AuDigent

2025-02-27  5034. T&M Holding

2025-02-27  5035. Socialflow

2025-02-27  5036. Jessica Goicoechea - Goi

2025-02-27  5037. i.am.gia

2025-02-27  5038. Okori Kazakhstan

2025-02-27  5039. Dentsu Digital Italy

2025-02-27  5040. moveconcertsarg

2025-02-27  5041. Digital Tading Desk

2025-02-27  5042. Warner Music Norway

2025-02-27  5043. EarnIn

2025-02-27  5044. Best Videos

2025-02-27  5045. Summersalt

2025-02-27  5046. Grunt Style

2025-02-27  5047. Give Back Beauty

2025-02-27  5048. BlueChew

2025-02-27  5049. Boncom

2025-02-27  5050. Alex Feather Akimov's Business

2025-02-27  5051. Louis Vuitton

2025-02-27  5052. Noisy Trumpet

2025-02-27  5053. Step

2025-02-27  5054. CSL

2025-02-27  5055. PrettyLittleThing

2025-02-27  5056. Big Slap

2025-02-27  5057. Topeka

2025-02-27  5058. Home Chef

2025-02-27  5059. Accelerate FP

2025-02-27  5060. IProspect Fort Worth

2025-02-27  5061. Digital House

2025-02-27  5062. Boston Comedy Festival

2025-02-27  5063. CAVA

2025-02-27  5064. WebMD

2025-02-27  5065. Airbnb, Airbnb ï¼ˆã¨ã,¢ãƒ°ãƒ¼ã,¢ãƒ³ãƒ‰ãƒ°ãƒ¼ï¼‰

2025-02-27  5066. Tim Short Ford of La Follette

2025-02-27  5067. The Glover Park Group

2025-02-27  5068. Liniad

2025-02-27  5069. adidas

2025-02-27  5070. Acorns

2025-02-27  5071. Hong Phong Vu BM1

2025-02-27  5072. Facebook

2025-02-27  5073. Blue Shield of California

2025-02-27  5074. Jordan Peterson

2025-02-27  5075. Lay's

2025-02-27  5076. Russ Darrow Kia of Madison, Russ Darrow Kia of Wauwatosa

2025-02-27  5077. The Points Guy

2025-02-27  5078. SharkNinja

2025-02-27  5079. Betterment

2025-02-27  5080. EA - Electronic Arts

2025-02-27  5081. Immerse Agency, LLC

2025-02-27  5082. Lovesac

2025-02-27  5083. Amazon.co.uk, Amazon.com

2025-02-27  5084. Simpli.fi

2025-02-27  5085. Marketing

2025-02-27  5086. Bai

2025-02-27  5087. ACTwireless

2025-02-27  5088. Garage

2025-02-27  5089. Hearst Television

2025-02-27  5090. Limelight Belfast

2025-02-27  5091. Resolve

2025-02-27  5092. Loma Vista Recordings

2025-02-27  5093. The Relationship School

2025-02-27  5094. Pure Honda Ferndale

2025-02-27  5095. Sykes Millionaire Challenge

2025-02-27  5096. The Detox Dudes

2025-02-27  5097. Cadillac of Tucson

2025-02-27  5098. Jonathan Budd, Powur

2025-02-27  5099. Conn's HomePlus

2025-02-27  5100. Isha Foundation

2025-02-27  5101. Goodgame Studios

2025-02-27  5102. Paramus Chevrolet

2025-02-27  5103. Aegis Media Innov8

2025-02-27  5104. Research Study Rockstar

2025-02-27  5105. Interstate Nissan

2025-02-27  5106. Decoded Advertising

2025-02-27  5107. MiQ US

2025-02-27  5108. Square

2025-02-27  5109. Fabric Technologies

2025-02-27  5110. CM Games

2025-02-27  5111. RTIC Outdoors

2025-02-27  5112. Basketball Arena, Miniclip, Darts Of Fury, Golf Battle, Football Rivals

2025-02-27  5113. Universal Orlando Resort

2025-02-27  5114. REV77

2025-02-27  5115. Cleveland Clinic

2025-02-27  5116. Throne Rush

2025-02-27  5117. Pet Airways

2025-02-27  5118. Brooks Running

2025-02-27  5119. Acura of Fremont

2025-02-27  5120. CurlMix

2025-02-27  5121. Money Map Press

2025-02-27  5122. Boyd & Associates

2025-02-27  5123. Fabian Ramirez

2025-02-27  5124. Starcom Sweden AB

2025-02-27  5125. Freeletics

2025-02-27  5126. Friends At Work

2025-02-27  5127. Louisville Democratic Party, House Majority Project

2025-02-27  5128. Hyperglow

2025-02-27  5129. Initiative Wellness

2025-02-27  5130. ROR Partners

2025-02-27  5131. Novartis Clinical Trials

2025-02-27  5132. Royal Buick GMC of Tucson

2025-02-27  5133. Found

2025-02-27  5134. Antwerpen Chrysler Jeep Dodge Ram

2025-02-27  5135. Huntington National Bank

2025-02-27  5136. Supercell

2025-02-27  5137. hims

2025-02-27  5138. BM 30 MAIL 01

2025-02-27  5139. Miniclip

2025-02-27  5140. 8 Ball Pool

2025-02-27  5141. Fingerpaint Saratoga

2025-02-27  5142. Forma Pilates

2025-02-27  5143. No Limit Entertainment

2025-02-27  5144. United Influencers

2025-02-27  5145. Purdue Global

2025-02-27  5146. GroupM Media India

2025-02-27  5147. VET Tv- Veteran Television

2025-02-27  5148. Greenhouse Talent NL

2025-02-27  5149. Scientia Pet, bSerenePet

2025-02-27  5150. Filtr

2025-02-27  5151. Match

2025-02-27  5152. The Ford Store San Leandro

2025-02-27  5153. WhatsApp

2025-02-27  5154. P&G Professional EspaÃ±a

2025-02-27  5155. Life.Church

2025-02-27  5156. GroupM Danmark

2025-02-27  5157. Universal Music Switzerland

2025-02-27  5158. Guardian Childcare & Education

2025-02-27  5159. Shareably

2025-02-27  5160. Wonderfront Festival

2025-02-27  5161. Accenture Adaptly Media Clients

2025-02-27  5162. Victoria Justice

2025-02-27  5163. Sears Holdings Corp

2025-02-27  5164. LADbible

2025-02-27  5165. Magnum Photos

2025-02-27  5166. Disney

2025-02-27  5167. Universal Music Romania

2025-02-27  5168. L'OrÃ©al Suisse

2025-02-27  5169. LIVE NATION ES

2025-02-27  5170. De Helling

2025-02-27  5171. Nextdoor

2025-02-27  5172. Preflect Ads

2025-02-27  5173. Dee-1

2025-02-27  5174. KSR Group

2025-02-27  5175. Heartbeat

2025-02-27  5176. Telenav

2025-02-27  5177. Findlay Nissan Henderson

2025-02-27  5178. Haworth Media

2025-02-27  5179. Banggood

2025-02-27  5180. Goodway Tier 3 Digital

2025-02-27  5181. Shaqâ€™s Fun House

2025-02-27  5182. Dentsu Greece

2025-02-27  5183. Cadence

2025-02-27  5184. Universal Music Legends

2025-02-27  5185. Ketone-IQ

2025-02-27  5186. Bornlogic

2025-02-27  5187. Vivara

2025-02-27  5188. Drink Accelerator

2025-02-27  5189. Estee Lauder MÃ©xico

2025-02-27  5190. Calvin Klein

2025-02-27  5191. Live Nation Norway

2025-02-27  5192. iHeartCountry

2025-02-27  5193. Aleph Uruguay

2025-02-27  5194. Socialyte

2025-02-27  5195. REVOLVE

2025-02-27  5196. Stuart Weitzman

2025-02-27  5197. Caddis Sports

2025-02-27  5198. umusic NZ

2025-02-27  5199. Angela ï¿½

2025-02-27  5200. Live Nation France

2025-02-27  5201. Aleph Ecuador

2025-02-27  5202. Sure Sure

2025-02-27  5203. Brilliant Earth

2025-02-27  5204. Eva Rankinï¿½

2025-02-27  5205. Afrobeats Central

2025-02-27  5206. Mindshare Sverige

2025-02-27  5207. PacSun

2025-02-27  5208. California Cryobank

2025-02-27  5209. Grupo Axo

2025-02-27  5210. Gopuff

2025-02-27  5211. Destroy All Lines

2025-02-27  5212. Secret Sounds

2025-02-27  5213. Zynga Inc.

2025-02-27  5214. Frankies Bikinis

2025-02-27  5215. Spiceology

2025-02-27  5216. Insomniac Events

2025-02-27  5217. #ficafit

2025-02-27  5218. Sunset Ford

2025-02-27  5219. Carter's

2025-02-27  5220. Collections Etc

2025-02-27  5221. BM A12

2025-02-27  5222. Rebecca Zung

2025-02-27  5223. TopTier Trader

2025-02-27  5224. Universal Music Malaysia

2025-02-27  5225. Mattress Firm

2025-02-27  5226. the7stars

2025-02-27  5227. EDGE Entertainment Digital

2025-02-27  5228. DefJam

2025-02-27  5229. FM4 Indiekiste mit

2025-02-27  5230. Socialyse Adm FR

2025-02-27  5231. Rally For Rivers - Cauvery Calling, Isha Foundation, Sadhguru Hindi, Sadhguru

2025-02-27  5232. Tempo OMD Social Adv

2025-02-27  5233. Karsten Jahnke Konzerte

2025-02-27  5234. Republic NOLA

2025-02-27  5235. Hyperice

2025-02-27  5236. Entertainment on Facebook

2025-02-27  5237. Vannen Watches

2025-02-27  5238. Garnier Colombia

2025-02-27  5239. Test

2025-02-27  5240. Annapurna Pictures

2025-02-27  5241. Frank And Oak

2025-02-27  5242. Multitud Digital

2025-02-27  5243. JM14

2025-02-27  5244. Interactive Avenues

2025-02-27  5245. Mazda CX5 22

2025-02-27  5246. Island Records

2025-02-27  5247. The Ridge

2025-02-27  5248. Quakmedia - Agencia de Marketing Digital

2025-02-27  5249. WE ARE TALA

2025-02-27  5250. Live Nation Alabama & Mississippi

2025-02-27  5251. Connected Vivaki

2025-02-27  5252. Trafalgar Releasing

2025-02-27  5253. ã‚¢ã¤ã‚¢ãƒ—ãƒ-ã‚¹ãƒšã‚¯ãƒˆãƒ»ã‚¸ãƒ£ãƒ'ãƒ³æ ªå¼•ä¼šç¤¾

2025-02-27  5254. Vuori

2025-02-27  5255. Feld Entertainment, Inc.

2025-02-27  5256. IPSY

2025-02-27  5257. Herbivore Botanicals

2025-02-27  5258. Airbnb

2025-02-27  5259. Avant Gardner

2025-02-27  5260. SmartPak

2025-02-27  5261. Universal Music Latino

2025-02-27  5262. Lending Store

2025-02-27  5263. Skill Incubator

2025-02-27  5264. Publicis Media Luxe

2025-02-27  5265. Sony Music Poland

2025-02-27  5266. Fun.com

2025-02-27  5267. Ruder Finn

2025-02-27  5268. ThredUp

2025-02-27  5269. Car Price Secrets

2025-02-27  5270. Amazon Basics, Amazon Alexa, Amazon Fashion

2025-02-27  5271. Freya - Test Account

2025-02-27  5272. TFM Media

2025-02-27  5273. Shinesty

2025-02-27  5274. 1000heads - US Office

2025-02-27  5275. Warner Music Ireland

2025-02-27  5276. Melkweg Amsterdam

2025-02-27  5277. Superfly

2025-02-27  5278. Black Promoters Collective

2025-02-27  5279. HBO Max Belgium

2025-02-27  5280. Glossier

2025-02-27  5281. Zenithoptimedia Taiwan

2025-02-27  5282. Troubadour Presents

2025-02-27  5283. Understatement Underwear

2025-02-27  5284. Foam and Substance

2025-02-27  5285. Proposal Prep by Best Kept

2025-02-27  5286. Blogger: Isaac Saenz

2025-02-27  5287. NHL

2025-02-27  5288. TEG Live Europe

2025-02-27  5289. Publicis Health Media

2025-02-27  5290. Pura Vida

2025-02-27  5291. Omnicom Media Group

2025-02-27  5292. PM PUIG

2025-02-27  5293. Gisou

2025-02-27  5294. YinoLinkæ˜è¯°

2025-02-27  5295. AEG Presents Asia

2025-02-27  5296. Opus Live

2025-02-27  5297. Reprise Chile

2025-02-27  5298. Tatti Lashes

2025-02-27  5299. RÃ©my Martin

2025-02-27  5300. Culture Pop

2025-02-27  5301. iRESTORE Hair Growth System

2025-02-27  5302. SOSHE Beauty

2025-02-27  5303. Premiere Speakers Bureau

2025-02-27  5304. Magnolia Pictures

2025-02-27  5305. Arising Empire

2025-02-27  5306. FCA Mexico

2025-02-27  5307. H&M - Paid Social

2025-02-27  5308. Sony Music Brasil

2025-02-27  5309. AbbVie

2025-02-27  5310. True Anthem

2025-02-27  5311. Sony Music Colombia

2025-02-27  5312. Fritos

2025-02-27  5313. The Vintage Pearl

2025-02-27  5314. Propeller

2025-02-27  5315. SUGARED + BRONZED

2025-02-27  5316. Lands' End

2025-02-27  5317. Masters of Balayage

2025-02-27  5318. Jeff Wyler Eastgate Chrysler Dodge Jeep Ram

2025-02-27  5319. Jeff Wyler Eastgate KIA

2025-02-27  5320. Jeff Wyler Chevrolet of Columbus

2025-02-27  5321. ClearOne Advantage, LLC

2025-02-27  5322. Sam's Club

2025-02-27  5323. Serra Toyota Birmingham, Serra Toyota of Decatur, Rairdon's Honda of Marysville

2025-02-27  5324. Reprise Media ZA

2025-02-27  5325. Serra Hyundai

2025-02-27  5326. Jeff Wyler Fairfield Kia

2025-02-27  5327. BM 01002

2025-02-27  5328. Warner Bros. Games

2025-02-27  5329. QVC

2025-02-27  5330. BMW of Allentown, Circle BMW, BMW of Tenafly, BMW of Turnersville

2025-02-27  5331. onX Hunt

2025-02-27  5332. Infusion Marketing Group

2025-02-27  5333. Phathom Pharmaceuticals

2025-02-27  5334. Clarins

2025-02-27  5335. Southwest Airlines

2025-02-27  5336. OneMain Business

2025-02-27  5337. ZipRecruiter

2025-02-27  5338. BM5 chay sach 3

2025-02-27  5339. Coral Luxury US, Family Gifts, All Family Gift

2025-02-27  5340. Torrid

2025-02-27  5341. RenÃ© Furterer

2025-02-27  5342. Brand Polling

2025-02-27  5343. FabFitFun

2025-02-27  5344. Chris Chen

2025-02-27  5345. Papa Johns Pizza

2025-02-27  5346. Sol Beer US

2025-02-27  5347. Hopjump

2025-02-27  5348. Giant Partners

2025-02-27  5349. We are Rodriguez

2025-02-27  5350. KraftMaid Cabinetry

2025-02-27  5351. Happify by Twill

2025-02-27  5352. For Rodriguez &

2025-02-27  5353. Hallmark Chrysler Dodge Jeep Ram

2025-02-27  5354. Xoom

2025-02-27  5355. Miniclip, Darts Of Fury

2025-02-27  5356. Blueprint Interactive

2025-02-27  5357. Wake Research

2025-02-27  5358. PreciseTarget

2025-02-27  5359. Kanvas

2025-02-27  5360. Call of Duty: Mobile

2025-02-27  5361. Fresno Lexus

2025-02-27  5362. Starcom USA, Best Buy

2025-02-27  5363. Maybelline New York

2025-02-27  5364. CLOUT Festival

2025-02-27  5365. Rite Aid

2025-02-27  5366. Thing.Shop

2025-02-27  5367. The Christian Broadcasting Network

2025-02-27  5368. Quang Khai BM1

2025-02-27  5369. Media Plus+

2025-02-27  5370. GCommerce

2025-02-27  5371. Mike Molstead Motors

2025-02-27  5372. lensun solar energy

2025-02-27  5373. VS-Ronaldo Silva 1 - bm 5

2025-02-27  5374. Limited Edition 204

2025-02-27  5375. Nissan of Omaha

2025-02-27  5376. Amplifon Group

2025-02-27  5377. Flaus

2025-02-27  5378. 100130874778177

2025-02-27  5379. The Lyrical Lemonade Summer Smash Festival

2025-02-27  5380. Bespoke Post

2025-02-27  5381. VIN AMP, 2Mazda, Apple Sport Imports, Dealer OMG

2025-02-27  5382. Coffee Dose

2025-02-27  5383. Verb Products

2025-02-27  5384. J Vineyards & Winery

2025-02-27  5385. Lithia Hyundai of Reno

2025-02-27  5386. Toyota Of Glendale, Tustin Toyota

2025-02-27  5387. MoneyLion

2025-02-27  5388. Alex Azra

2025-02-27  5389. Extend Pets

2025-02-27  5390. Kecelioglu E-Ticaret New

2025-02-27  5391. Adrian Duncan

2025-02-27  5392. King Soopers, Kroger, Dillons, Ralphs, Gerbes, QFC, Fred Meyer, City Market, Fry's Food Stores, Bakers, Pick 'n Save, Smith's Food and Drug Stores

2025-02-27  5393. Nordstrom

2025-02-27  5394. Fingerhut

2025-02-27  5395. Billings Gazette

2025-02-27  5396. National Audubon Society

2025-02-27  5397. Diggerland USA

2025-02-27  5398. Colleen Mauer Designs

2025-02-27  5399. Bishop Robert Barron

2025-02-27  5400. Dragonfly Brands

2025-02-27  5401. Holding Page

2025-02-27  5402. Facebook Insertion Orders

2025-02-27  5403. Lifeway

2025-02-27  5404. VOX Global

2025-02-27  5405. CÃ´ng Ty Æ¯ng HoÃ ng PhÃºc

2025-02-27  5406. Gap Inc

2025-02-27  5407. BerlinRosen

2025-02-27  5408. KeepGoing First Aid

2025-02-27  5409. FIGS

2025-02-27  5410. AARP

2025-02-27  5411. EYSUVISÂ® (loteprednol etabonate ophthalmic suspension) 0.25%

2025-02-27  5412. YZ'S Market

2025-02-27  5413. Toyota of Dartmouth

2025-02-27  5414. Volkswagen of West Islip

2025-02-27  5415. Stacy's Pita Chips

2025-02-27  5416. discovery+

2025-02-27  5417. Carmichael Lynch

2025-02-27  5418. Q Link Wireless

2025-02-27  5419. CNN Digital - Audience Dev

2025-02-27  5420. Warner Music Australia

2025-02-27  5421. Ring

2025-02-27  5422. Glamnetic

2025-02-27  5423. RW Consulting

2025-02-27  5424. Reward Agency - 08

2025-02-27  5425. Sev Laser Aesthetics

2025-02-27  5426. Kurt Geiger

2025-02-27  5427. On

2025-02-27  5428. Amplify.ai

2025-02-27  5429. Coolside Limited

2025-02-27  5430. Goodlive Artists

2025-02-27  5431. grownbrilliance

2025-02-27  5432. Admixer

2025-02-27  5433. Chime

2025-02-27  5434. eBay

2025-02-27  5435. Universal Music Colombia

2025-02-27  5436. Nutrafol

2025-02-27  5437. Helyx Marketing

2025-02-27  5438. Inner Circle

2025-02-27  5439. Koons Kia of Woodbridge

2025-02-27  5440. Penguin EspaÃ±a

2025-02-27  5441. Musical Earth

2025-02-27  5442. Eddie Bauer

2025-02-27  5443. VarleyClothing

2025-02-27  5444. JSHealth

2025-02-27  5445. Mic Drop Comedy

2025-02-27  5446. Live Nation Finland

2025-02-27  5447. Calvin Klein GCC

2025-02-27  5448. Whalar

2025-02-27  5449. Shareablee

2025-02-27  5450. Goldenvoice

2025-02-27  5451. OCESA Personal

2025-02-27  5452. Sony Music Italy

2025-02-27  5453. ZenithOptimedia Portugal

2025-02-27  5454. Big Think Agency

2025-02-27  5455. ZenithOptimedia Thailand

2025-02-27  5456. UNDER THE INFLUENCE

2025-02-27  5457. Kabam

2025-02-27  5458. D'Alessandro e Galli

2025-02-27  5459. Unique Vacations Limited

2025-02-27  5460. Universal Music Recordings

2025-02-27  5461. Sakara Life

2025-02-27  5462. Social

2025-02-27  5463. Milani

2025-02-27  5464. Zenith Slovakia

2025-02-27  5465. HYFN

2025-02-27  5466. 22squared

2025-02-27  5467. Exxon & Mobil Stations

2025-02-27  5468. Intuit Credit Karma

2025-02-27  5469. WhatsApp, Windows, Skype

2025-02-27  5470. LM250 9

2025-02-27  5471. Daygame

2025-02-27  5472. Siren Group

2025-02-27  5473. Amazon.com, Amazon Home

2025-02-27  5474. The Strategy Group Company

2025-02-27  5475. Affinity Answers

2025-02-27  5476. Mayo Clinic

2025-02-27  5477. Direct Auto Insurance

2025-02-27  5478. Reprise ES

2025-02-27  5479. Ruggable

2025-02-27  5480. Wunderman Performance Media

2025-02-27  5481. P2 Public Affairs

2025-02-27  5482. Dansko, LLC

2025-02-27  5483. I-95 Nissan

2025-02-27  5484. Champs Sports

2025-02-27  5485. NP ThyroidÂ® (Thyroid Tablets, USP)

2025-02-27  5486. Tuft & Needle

2025-02-27  5487. Uber Eats

2025-02-27  5488. Coors Light, Miller Lite

2025-02-27  5489. Listerine

2025-02-27  5490. Rational 360

2025-02-27  5491. Freshpet

2025-02-27  5492. Simplyk BÃ©nÃ©volat

2025-02-27  5493. Shambala

2025-02-27  5494. MDX_3

2025-02-27  5495. Primark

2025-02-27  5496. Fulton & Roark

2025-02-27  5497. Petit Moments

2025-02-27  5498. Miller's Ale House

2025-02-27  5499. Trans-System, Inc.

2025-02-27  5500. Universal Music South Africa

2025-02-27  5501. Panasonic Personal Care USA

2025-02-27  5502. 310 Nutrition

2025-02-27  5503. Scentiment

2025-02-27  5504. Capacity Interactive - Digital Marketing Consulting for the Arts

2025-02-27  5505. The Children's Place

2025-02-27  5506. LocaliQ

2025-02-27  5507. Test Global

2025-02-27  5508. Action Network

2025-02-27  5509. Vunzige Deuntjes

2025-02-27  5510. Forward Media Italy

2025-02-27  5511. Gupta Media Holdings, LLC

2025-02-27  5512. The Assembly Music

2025-02-27  5513. Swagbucks

2025-02-27  5514. Moroch

2025-02-27  5515. Percipio Holdings, Inc.

2025-02-27  5516. All Family Gift, Family Gifts, Coral Luxury US

2025-02-27  5517. ondonewyork

2025-02-27  5518. STAAR Global

2025-02-27  5519. NestlÃ© HK ç›´é€•æ¸¯å®¶

2025-02-27  5520. L.A. Concerts

2025-02-27  5521. Kilt 'Em

2025-02-27  5522. Polydor

2025-02-27  5523. Funny or Not

2025-02-27  5524. Liquid I.V.

2025-02-27  5525. Universal Music Norge

2025-02-27  5526. Angus Media

2025-02-27  5527. Cozy Earth

2025-02-27  5528. Omnilife

2025-02-27  5529. Monarch

2025-02-27  5530. Sub Pop Records

2025-02-27  5531. Netflix

2025-02-27  5532. Monqui Presents

2025-02-27  5533. Universal Music Danmark

2025-02-27  5534. The Foxy Hipster

2025-02-27  5535. Solawave

2025-02-27  5536. CharityStars

2025-02-27  5537. Called

2025-02-27  5538. Progress Rum

2025-02-27  5539. Vescovo Toyota of Las Cruces, Lee Toyota

2025-02-27  5540. Horizon Horseback

2025-02-27  5541. Live Bearded

2025-02-27  5542. INFINITI of Las Vegas

2025-02-27  5543. MOJO

2025-02-27  5544. CBS Sports

2025-02-27  5545. Sage Dental

2025-02-27  5546. HRD Games, LLC

2025-02-27  5547. The Rave / Eagles Club

2025-02-27  5548. Maison de SabrÃ©

2025-02-27  5549. Democratic Party

2025-02-27  5550. IZEA Worldwide, Inc.

2025-02-27  5551. The Influence Agency

2025-02-27  5552. Hunter Del Caribe

2025-02-27  5553. TEG DAINTY

2025-02-27  5554. OLLY

2025-02-27  5555. Universal Music Italia

2025-02-27  5556. Scooter's Coffee

2025-02-27  5557. ManebÃ-

2025-02-27  5558. BOSS

2025-02-27  5559. SocialAmp

2025-02-27  5560. Typology

2025-02-27  5561. Simon & Schuster

2025-02-27  5562. Dee Murthy

2025-02-27  5563. Flag & Anthem

2025-02-27  5564. The Goat Agency

2025-02-27  5565. Yamaha Music USA

2025-02-27  5566. Dimensions Fragrance

2025-02-27  5567. Electric Promotions

2025-02-27  5568. Meditation Magazine

2025-02-27  5569. MILLIONS

2025-02-27  5570. M1 má°«u 1, N1 17/8 - P

2025-02-27  5571. Leverate Media

2025-02-27  5572. Bobo's Oat Bars

2025-02-27  5573. Cortica

2025-02-27  5574. Universal Music Mã©xico

2025-02-27  5575. We are mitã°

2025-02-27  5576. Tincre

2025-02-27  5577. Front Gate Tickets

2025-02-27  5578. Wavemaker Deutschland

2025-02-27  5579. Cooking Vinyl

2025-02-27  5580. Volkswagen of Orland Park

2025-02-27  5581. GQ Italia

2025-02-27  5582. Resorts World Las Vegas

2025-02-27  5583. Kulturbolaget

2025-02-27  5584. Blavity

2025-02-27  5585. nuuly

2025-02-27  5586. Echo Promotion

2025-02-27  5587. Concord

2025-02-27  5588. Danny Wimmer Presents

2025-02-27  5589. Cardon

2025-02-27  5590. Honcho.co

2025-02-27  5591. Genentech

2025-02-27  5592. EVERSANA INTOUCH

2025-02-27  5593. Wolven

2025-02-27  5594. Pandora

2025-02-27  5595. Sara's Business

2025-02-27  5596. Grubhub

2025-02-27  5597. American Management Association

2025-02-27  5598. CVS Pharmacy

2025-02-27  5599. Classic Kia

2025-02-27  5600. Dennis Eakin Kia, LaFontaine KIA Dearborn

2025-02-27  5601. barkTHINS

2025-02-27  5602. Verified

2025-02-27  5603. CONVERSE

2025-02-27  5604. Campbell Ewald

2025-02-27  5605. Pourri

2025-02-27  5606. Ourisman Chevrolet of Rockville, Todd Wenzel Chevrolet of Hudsonville

2025-02-27  5607. GoldSilver

2025-02-27  5608. Humane World for Animals

2025-02-27  5609. Room & Board

2025-02-27  5610. Silk + Sonder

2025-02-27  5611. Tusk Strategies

2025-02-27  5612. DIFF

2025-02-27  5613. RCKT.

2025-02-27  5614. Gordon McKernan Injury Attorneys

2025-02-27  5615. Bangerhead

2025-02-27  5616. Water Street Music Hall

2025-02-27  5617. Milk Makeup - 6S

2025-02-27  5618. Intermate Media GmbH

2025-02-27  5619. ESPN

2025-02-27  5620. DASH TWO

2025-02-27  5621. MediaCom USA

2025-02-27  5622. The Citizenry

2025-02-27  5623. Jason Capital Account #2

2025-02-27  5624. Fiehrer Buick GMC

2025-02-27  5625. JCK Enterprises, LLC

2025-02-27  5626. BJ's Wholesale Club

2025-02-27  5627. Trials World

2025-02-27  5628. ASUS

2025-02-27  5629. Functional Care

2025-02-27  5630. Gadget Entertainment

2025-02-27  5631. Fred Haas Toyota World

2025-02-27  5632. Wavemaker-NZ Loreal

2025-02-27  5633. Universal Music Spain

2025-02-27  5634. L'Oréal Uruguay

2025-02-27  5635. BetterHelp

2025-02-27  5636. Bonus Track

2025-02-27  5637. Athleta

2025-02-27  5638. Strawberries & Creem

2025-02-27  5639. NICKS

2025-02-27  5640. Merch Traffic

2025-02-27  5641. UMe Music Team

2025-02-27  5642. Nickelodeon, Lucky Charms

2025-02-27  5643. CoxNext

2025-02-27  5644. Matterkind US

2025-02-27  5645. Acura of Westchester

2025-02-27  5646. Grand Central Publishing

2025-02-27  5647. E11EVEN MIAMI

2025-02-27  5648. NOTO Houston

2025-02-27  5649. Triple G Events

2025-02-27  5650. Yallie K Enterprises LLC

2025-02-27  5651. aim'n

2025-02-27  5652. Bruckner Yaar Levi

2025-02-27  5653. Reverb

2025-02-27  5654. 471887696173235

2025-02-27  5655. INH Hair

2025-02-27  5656. AbelsonTaylor Group

2025-02-27  5657. Booyah Advertising

2025-02-27  5658. Bianca Muñiz, Elyse Wellness, Desi Bartlett, Haute House Flower, Paige_Previror, Phexxi®, Annie Murphy

2025-02-27  5659. Bell Ford's Fall Savings Event, Bell Ford

2025-02-27  5660. Solka

2025-02-27  5661. CrossInstall

2025-02-27  5662. David Chevrolet

2025-02-27  5663. Lounge Underwear

2025-02-27  5664. swayhairextensions

2025-02-27  5665. Bell Canada, Bell Canada (Français)

2025-02-27  5666. TikTok En

2025-02-27  5667. Morgan Fidelity Associates, Inc.

2025-02-27  5668. Best Buy, Starcom USA

2025-02-27  5669. Warner Music Austria

2025-02-27  5670. 1-800 Contacts

2025-02-27  5671. Kawasaki USA

2025-02-27  5672. Max Connect Digital

2025-02-27  5673. Instacart

2025-02-27  5674. Aero Opco LLC

2025-02-27  5675. Checkout 51

2025-02-27  5676. IProspect NY

2025-02-27  5677. Reingold

2025-02-27  5678. Crunchyroll

2025-02-27  5679. Nomad Apparel Co.

2025-02-27  5680. Hilton Newsroom

2025-02-27  5681. HMI Social

2025-02-27  5682. Michael Kors

2025-02-27  5683. Kent Clothier

2025-02-27  5684. Reprise Media MÃ©xico

2025-02-27  5685. Beautiful T-Shirt14

2025-02-27  5686. Rakuten

2025-02-27  5687. Illinois Lottery

2025-02-27  5688. Apalon

2025-02-27  5689. Bfx

2025-02-27  5690. Bluefocus

2025-02-27  5691. Nickel and Suede

2025-02-27  5692. Harbor Freight

2025-02-27  5693. 4C

2025-02-27  5694. Amazon Music

2025-02-27  5695. Crumbl Cookies

2025-02-27  5696. XIFAXANÂ® (rifaximin) 550 mg tablets

2025-02-27  5697. Plein Air

2025-02-27  5698. Initiative

2025-02-27  5699. American Kidney Fund

2025-02-27  5700. SimplePrints

2025-02-27  5701. Postmates

2025-02-27  5702. SONYA DAKAR

2025-02-27  5703. PMG

2025-02-27  5704. Adwerx

2025-02-27  5705. Parents

2025-02-27  5706. Slynd® (drospirenone)

2025-02-27  5707. Critical Mass

2025-02-27  5708. Walt Disney World

2025-02-27  5709. eFavormart

2025-02-27  5710. Digitas North America

2025-02-27  5711. Carat USA

2025-02-27  5712. Marathon Strategies

2025-02-27  5713. Meetsocial HK Digital Marketing Co.ï¼Œltd-1

2025-02-27  5714. Center

2025-02-27  5715. TIAA

2025-02-27  5716. HQ CDM

2025-02-27  5717. Banggood Fashion, Banggood

2025-02-27  5718. YellowHammer Media Group

2025-02-27  5719. BrandMuscle - etatslla

2025-02-27  5720. TruDiagnostic

2025-02-27  5721. Ayla & Co

2025-02-27  5722. Revive

2025-02-27  5723. The New York Times

2025-02-27  5724. Spotify

2025-02-27  5725. Vacationvip.com, RODEOHOUSTON

2025-02-27  5726. 223 - Droga 5

2025-02-27  5727. Mindshare USA

2025-02-27  5728. Price Acura

2025-02-27  5729. Expedia

2025-02-27  5730. Intuit TurboTax

2025-02-27  5731. Burson Global

2025-02-27  5732. SwellShark

2025-02-27  5733. Keurig

2025-02-27  5734. Good Social Company

2025-02-27  5735. Entravision Latam - Puerto Rico

2025-02-27  5736. Happy Family Organics

2025-02-27  5737. Walgreens

2025-02-27  5738. Wallapop

2025-02-27  5739. Sony Rewards

2025-02-27  5740. Adobe

2025-02-27  5741. NovartisOneÂ²

2025-02-27  5742. Corro

2025-02-27  5743. Reality Labs

2025-02-27  5744. Solaura

2025-02-27  5745. Dave Cao

2025-02-27  5746. bubly

2025-02-27  5747. GOP

2025-02-27  5748. DEPT UK

2025-02-27  5749. Sundays

2025-02-27  5750. BET

2025-02-27  5751. CareZone

2025-02-27  5752. Dynata Advertising Solutions

2025-02-27  5753. Real Chemistry

2025-02-27  5754. P&G Social Global

2025-02-27  5755. National Debt Relief

2025-02-27  5756. Trunk Club

2025-02-27  5757. UM APAC

2025-02-27  5758. MullenLowe U.S.

2025-02-27  5759. Meathead Movers

2025-02-27  5760. GEICO

2025-02-27  5761. NIV Bible

2025-02-27  5762. Boston Scientific

2025-02-27  5763. Coors Light

2025-02-27  5764. UM NY

2025-02-27  5765. Rescue: The Behavior Change Agency

2025-02-27  5766. Relistor® (methylnaltrexone bromide)

2025-02-27  5767. Univision

2025-02-27  5768. Rent. Solutions

2025-02-27  5769. Deep Root Analytics

2025-02-27  5770. Edwards Chevrolet Downtown

2025-02-27  5771. Enso Rings

2025-02-27  5772. Kash Kick 2

2025-02-27  5773. NBA

2025-02-27  5774. SimpleReach Inc

2025-02-27  5775. Chase

2025-02-27  5776. Publix

2025-02-27  5777. Brunner

2025-02-27  5778. Craftsy

2025-02-27  5779. Sanity Skin

2025-02-27  5780. zeotap

2025-02-27  5781. Jenkins Nissan

2025-02-27  5782. PlayStation

2025-02-27  5783. SunChips

2025-02-27  5784. Lime

2025-02-27  5785. Marc Jacobs

2025-02-27  5786. Jianxian's business account

2025-02-27  5787. Choices by Revlon

2025-02-27  5788. Puzzmo

2025-02-27  5789. Lerma Agency

2025-02-27  5790. LinkedIn

2025-02-27  5791. Wish

2025-02-27  5792. Just Us Skin Care

2025-02-27  5793. Flip.shop

2025-02-27  5794. Barstool Sports

2025-02-27  5795. Avoq

2025-02-27  5796. iProspect Detroit

2025-02-27  5797. I'd Rather Be With My Dog

2025-02-27  5798. Merkle Incorporated

2025-02-27  5799. Lumen Technologies

2025-02-27  5800. Team Sports Fanatics, April Jersey Store

2025-02-27  5801. Smith Micro Software

2025-02-27  5802. Evony - The King's Return

2025-02-27  5803. Family Gifts, AFAGift

2025-02-27  5804. Michaels Stores

2025-02-27  5805. The Fitness Marshall, Vizzy Hard Seltzer

2025-02-27  5806. ZEPOSIAÂ® (ozanimod)

2025-02-27  5807. UM Australia

2025-02-27  5808. Awesome Tee 66

2025-02-27  5809. KBMG Data Services Development

2025-02-27  5810. Molson Coors

2025-02-27  5811. Fairway Buick GMC

2025-02-27  5812. Tazo Tea

2025-02-27  5813. MissionWired

2025-02-27  5814. Hong Kong Zoom Interactive Network Marketing Technology Limited

2025-02-27  5815. Robert Beck

2025-02-27  5816. Progressive

2025-02-27  5817. JCPenney

2025-02-27  5818. Merkle Data Partner

2025-02-27  5819. Smile Direct Club

2025-02-27  5820. MEC - Los Angeles

2025-02-27  5821. Vizzy Hard Seltzer

2025-02-27  5822. Dermaclara

2025-02-27  5823. Bolivar Ford, Riata Ford

2025-02-27  5824. FactorÃa Publica

2025-02-27  5825. Family Gifts, Coral Luxury US, All Family Gift

2025-02-27  5826. Affordable Dentures & Implants

2025-02-27  5827. DeepSync Labs

2025-02-27  5828. Ethos Life

2025-02-27  5829. Bob Hannon Consulting

2025-02-27  5830. Seychelle Media

2025-02-27  5831. Aza

2025-02-27  5832. WPS Health Insurance - Health Plan

2025-02-27  5833. Anderson Martin

2025-02-27  5834. DSplus

2025-02-27  5835. WideFoc.us

2025-02-27  5836. Paragon Honda

2025-02-27  5837. DraftKings

2025-02-27  5838. Trendy Butler

2025-02-27  5839. Oregon Ice Cream

2025-02-27  5840. Sentara Health

2025-02-27  5841. Motorola

2025-02-27  5842. Coral Luxury US

2025-02-27  5843. Etsy

2025-02-27  5844. Team Rodriguez&&

2025-02-27  5845. Boarderie

2025-02-27  5846. Lithia Motors

2025-02-27  5847. Hyperion Financial Group

2025-02-27  5848. Sephora

2025-02-27  5849. Katalyst Advantage

2025-02-27  5850. WS NA

2025-02-27  5851. Dil Mil

2025-02-27  5852. All Family Gift, All Family Gifts

2025-02-27  5853. PetSmart Charities

2025-02-27  5854. Search Influence

2025-02-27  5855. Chewy

2025-02-27  5856. Ruffles

2025-02-27  5857. Otsuka America Pharmaceutical, Inc.

2025-02-27  5858. Drive with Lyft

2025-02-27  5859. Leif Johnson

2025-02-27  5860. Cracker Barrel Old Country Store

2025-02-27  5861. BSN

2025-02-27  5862. GoAudience

2025-02-27  5863. Webpals Mobile

2025-02-27  5864. Clash Royale, Clash Royale ES

2025-02-27  5865. PHD France

2025-02-27  5866. Swanson Russell

2025-02-27  5867. Shop.Thing Tshirts

2025-02-27  5868. Gupta Media

2025-02-27  5869. Ts2272017

2025-02-27  5870. JackThreads

2025-02-27  5871. Smart Passive Income with Pat Flynn

2025-02-27  5872. MetaVision Media

2025-02-27  5873. Coral Luxury US, All Family Gift

2025-02-27  5874. Inspire Brands

2025-02-27  5875. MethodGroupe

2025-02-27  5876. Wiland Data Tactics

2025-02-27  5877. Meta

2025-02-27  5878. Launchpad Ignite

2025-02-27  5879. Learning A-Z

2025-02-27  5880. AdParlor

2025-02-27  5881. Uber

2025-02-27  5882. Fandango at Home

2025-02-27  5883. Amobee DMP

2025-02-27  5884. Unicorn Innovations

2025-02-27  5885. Nordstrom Rack

2025-02-27  5886. Spark Foundry USA

2025-02-27  5887. Starcom USA

2025-02-27  5888. We Play

2025-02-27  5889. Satullo

2025-02-27  5890. Kohl's

2025-02-27  5891. Spark Foundry

2025-02-27  5892. X-VIN

2025-02-27  5893. Coinbase

2025-02-27  5894. Sojern

2025-02-27  5895. Coach

2025-02-27  5896. Mars United Commerce

2025-02-27  5897. Eggland's Best Eggs

2025-02-27  5898. Invest529

2025-02-27  5899. Swimply

2025-02-27  5900. Good Apple

2025-02-27  5901. Wiland Audiences

2025-02-27  5902. Zenith USA

2025-02-27  5903. Conill Advertising

2025-02-27  5904. Away That Day

2025-02-27  5905. Aerial Video A to Z

2025-02-27  5906. Spring Creek Group

2025-02-27  5907. Operam Inc

2025-02-27  5908. Swanson Health

2025-02-27  5909. T-Mobile

2025-02-27  5910. Macy's

2025-02-27  5911. Handle the Heat

2025-02-27  5912. Warby Parker

2025-02-27  5913. M&C Saatchi Performance

2025-02-27  5914. eBay.co.uk

2025-02-27  5915. AR Homes by Arthur Rutenberg

2025-02-27  5916. Joom

2025-02-27  5917. Family Gifts 5

2025-02-27  5918. DDC Testing

2025-02-27  5919. DoorDash

2025-02-27  5920. PayPal

2025-02-27  5921. Faraday.io

2025-02-27  5922. Call of Duty

2025-02-27  5923. OMD USA

2025-02-27  5924. Butler/Till

2025-02-27  5925. Target

2025-02-27  5926. CreditCards.com

2025-02-27  5927. Oracle Data Cloud CA

2025-02-27  5928. Ad Insights

2025-02-27  5929. L'ange

2025-02-27  5930. Intuit QuickBooks

2025-02-27  5931. Betfair Interactive US LLC

2025-02-27  5932. HealixGlobal

2025-02-27  5933. Pinterest Inc

2025-02-27  5934. Foot Locker

2025-02-27  5935. MODCo T2

2025-02-27  5936. Brand survey

2025-02-27  5937. Grant Cardone

2025-02-27  5938. WMX

2025-02-27  5939. Havas Media Group USA LLC

2025-02-27  5940. Huggies

2025-02-27  5941. Comedy Central

2025-02-27  5942. LiveRamp

2025-02-27  5943. Data unavailable

2025-02-27  5944. Rallye Acura

2025-02-27  5945. Instagram Ad Ops

2025-02-27  5946. Acxiom

2025-02-27  5947. Walmart.com

2025-02-27  5948. Hagerty

2025-02-27  5949. Dollar General

2025-02-27  5950. Unit 3C

2025-02-27  5951. Dr Pepper Snapple Group

2025-02-27  5952. Datonics

2025-02-27  5953. VaynerMedia

2025-02-27  5954. MPP Business test account

2025-02-27  5955. Wiland Data Targeting

2025-02-27  5956. PETERMAYER

2025-02-27  5957. Hearts & Science

2025-02-27  5958. Experian Marketing Services - Audiences

2025-02-27  5959. iHeartDogs

2025-02-27  5960. TargetSmart

2025-02-27  5961. Kinesso Poland

2025-02-27  5962. American Eagle

2025-02-27  5963. UM MENA

2025-02-27  5964. All Family Gifts

2025-02-27  5965. The Home Depot

2025-02-27  5966. All Family Gift

2025-02-27  5967. Kroger

2025-02-27  5968. J3

2025-02-27  5969. Epsilon Audience Data Provider

2025-02-27  5970. Amazon.com

2025-02-27  5971. Coral Luxury US, All Family Gift, Family Gifts

2025-02-27  5972. Ford Motor Company

2025-02-27  5973. CatchyFreebies.com

2025-02-27  5974. Touch of Modern

2025-02-27  5975. Edelman West

2025-02-27  5976. Allstate

2025-02-27  5977. Jackson Hewitt

2025-02-27  5978. PushSpring

2025-02-27  5979. PBS

2025-02-27  5980. Microsoft Customer Insights Center

2025-02-27  5981. Rezonate Media

2025-02-27  5982. Discover

2025-02-27  5983. Agh sdef

2025-02-27  5984. Edelman DC

2025-02-27  5985. JXM

2025-02-27  5986. Resolution Agency

2025-02-27  5987. CMI Media Group and Compas

2025-02-27  5988. Omnicom Resolution

2025-02-27  5989. Katherine Kwok FB Biz

2025-02-27  5990. BoostMobile - New/Post-Harmony

2025-02-27  5991. F1 + F3 len moi

2025-02-27  5992. Great American Pure Flix

2025-02-27  5993. Test Page

2025-02-27  5994. TDC Audiences

2025-02-27  5995. Outback Presents

2025-02-27  5996. St. Luke's Health

2025-02-27  5997. DSW Designer Shoe Warehouse

2025-02-27  5998. No_Comment

2025-02-27  5999. Henry Curtis Ford

2025-02-27  6000. Verizon

2025-02-27  6001. St. Jude Children's Research Hospital

2025-02-27  6002. Team One USA

2025-02-27  6003. MetLife

2025-02-27  6004. FleishmanHillard

2025-02-27  6005. THIRD EAR

2025-02-27  6006. Quantum Physics

2025-02-27  6007. Secret Entourage

2025-02-27  6008. Shopify

2025-02-27  6009. Nurses Life

2025-02-27  6010. SocialRadar

2025-02-27  6011. OfferUp

2025-02-27  6012. Fandango

2025-02-27  6013. Givebutter

2025-02-27  6014. Zillow

2025-02-27  6015. AirSculpt

2025-02-27  6016. FanDuel Racing

2025-02-27  6017. Allergan BIOCELL

2025-02-27  6018. Toms River Mitsubishi

2025-02-27  6019. Lowe's Home Improvement

2025-02-27  6020. AptDeco

2025-02-27  6021. Cleo

2025-02-27  6022. Foursquare City Guide

2025-02-27  6023. Dice Dreams

2025-02-27  6024. Active International

2025-02-27  6025. Possible

2025-02-27  6026. SoFi

2025-02-27  6027. Engage Media

2025-02-27  6028. Convergence Media

2025-02-27  6029. EMEA

2025-02-27  6030. Current

2025-02-27  6031. Linktree

2025-02-27  6032. Purple Media

2025-02-27  6033. Sleepgram

2025-02-27  6034. Performance Marketing - USD - Spotify AB

2025-02-27  6035. Skillshare

2025-02-27  6036. Wyze

2025-02-27  6037. UM Canada

2025-02-27  6038. Eli Lilly and Company

2025-02-27  6039. Clover

2025-02-27  6040. Amazon Pets

2025-02-27  6041. Pltnum

2025-02-27  6042. CB Chevrolet in San Luis Obispo

2025-02-27  6043. Health Union LLC

2025-02-27  6044. Cash App

2025-02-27  6045. Drive Toyota

2025-02-27  6046. All Family Gift, Coral Luxury US

2025-02-27  6047. FanDuel

2025-02-27  6048. Qelbree® (viloxazine)

2025-02-27  6049. Eyeota

2025-02-27  6050. Wix

2025-02-27  6051. Magnolias

2025-02-27  6052. HCN

2025-02-27  6053. SupplyX

2025-02-27  6054. Amazon.com, Amazon.co.uk

2025-02-27  6055. ZJX

2025-02-27  6056. Zales

2025-02-27  6057. WBCI

2025-02-27  6058. Fanatics

2025-02-27  6059. Neustar FB Syndication

2025-02-27  6060. AutoCruitment

2025-02-27  6061. JOANN Fabric and Craft Stores

2025-02-27  6062. Socialistics

2025-02-27  6063. Doritos

2025-02-27  6064. Solved

2025-02-27  6065. Indeed

2025-02-27  6066. Mazda USA

2025-02-27  6067. LastPass

2025-02-27  6068. JibJab Catapult

2025-02-27  6069. DiscountMugs

2025-02-27  6070. Precision

2025-02-27  6071. w/Tributary

2025-02-27  6072. Grey Goose

2025-02-27  6073. Bridg Channel

2025-02-27  6074. Nielsen Marketing Cloud

2025-02-27  6075. Dot Matters

2025-02-27  6076. cacaFly

2025-02-27  6077. Backstreetmerch.com

2025-02-27  6078. FESTIVAL LES ARDENTES

2025-02-27  6079. Anti Agency Group

2025-02-27  6080. Aleph - Panama

2025-02-27  6081. Sold Out Advertising

2025-02-27  6082. Centricity Music

2025-02-27  6083. Jack Archer

2025-02-27  6084. HarperCollins

2025-02-27  6085. Rosental Organics

2025-02-27  6086. Cure Media

2025-02-27  6087. FreePrints App

2025-02-27  6088. L'Oréal Social CDO - Cockpit & Advertising

2025-02-27  6089. Victoria Warehouse

2025-02-27  6090. Beth Stelling

2025-02-27  6091. Aleph - Costa Rica

2025-02-27  6092. Last Tour

2025-02-27  6093. Finish Line

2025-02-27  6094. BHLDN Weddings

2025-02-27  6095. myQ

2025-02-27  6096. Indipendente Concerti

2025-02-27  6097. Tanrevel

2025-02-27  6098. Universal Music Canada

2025-02-27  6099. CubeSmart Self Storage

2025-02-27  6100. Data Axle USA

2025-02-27  6101. Empower

2025-02-27  6102. Ghostwriter Consultancy & Events

2025-02-27  6103. Sony Music France

2025-02-27  6104. Pierce Media

2025-02-27  6105. Lincoln Hall + Schubas

2025-02-27  6106. FB Growth Marketing

2025-02-27  6107. Warner Music Sweden

2025-02-27  6108. Caraway

2025-02-27  6109. Groupe EPI

2025-02-27  6110. Universal Music Brasil

2025-02-27  6111. Cuffe & Taylor

2025-02-27  6112. Deezer

2025-02-27  6113. Starcom UK PUIG

2025-02-27  6114. LP Generic Business

2025-02-27  6115. Bonnie

2025-02-27  6116. Neko Test Page

2025-02-27  6117. Facebook Analytics

2025-02-27  6118. Vodafone Group

2025-02-27  6119. Ranker.com

2025-02-27  6120. GMI Maxus IDR WPP

2025-02-27  6121. Zondervan Books

2025-02-27  6122. First Avenue & 7th St Entry

2025-02-27  6123. Warner Music Germany

2025-02-27  6124. Dallas Cowboys

2025-02-27  6125. EntravisiÃ³n PanamÃ¡

2025-02-27  6126. Gaston Luga

2025-02-27  6127. Ranker 2

2025-02-27  6128. RainCloud Media

2025-02-27  6129. Sony Music Entertainment

2025-02-27  6130. Edelman Digital NYC

2025-02-27  6131. ASW Group

2025-02-27  6132. Launchpad INTL

2025-02-27  6133. Wavemaker Canada

2025-02-27  6134. Mastercard

2025-02-27  6135. Tulster

2025-02-27  6136. Wmg gps adx

2025-02-27  6137. Park Advertising

2025-02-27  6138. Orion Publishing Group

2025-02-27  6139. Sony Music Australia

2025-02-27  6140. starrising777

2025-02-27  6141. JJXX

2025-02-27  6142. rolling loud

2025-02-27  6143. Noise New Media

2025-02-27  6144. HMS Global - GBP

2025-02-27  6145. Grwn

2025-02-27  6146. FB Only SMB Channel Test Page

2025-02-27  6147. Art Label Studios 2024

2025-02-27  6148. noatishby

2025-02-27  6149. OmnicomMediaGroup Nederland

2025-02-27  6150. Harper's Bazaar

2025-02-27  6151. L'Oréal Group

2025-02-27  6152. Bravado

2025-02-27  6153. Fashion Nova

2025-02-27  6154. Adult Swim

2025-02-27  6155. Assembly

2025-02-27  6156. Apple Services

2025-02-27  6157. Flat Tummy Co

2025-02-27  6158. Alexis Ren

2025-02-27  6159. Function of Beauty

2025-02-27  6160. AEG Presents - Media

2025-02-27  6161. Alter Art

2025-02-27  6162. COS

2025-02-27  6163. Duluth Trading Company

2025-02-27  6164. CCI æ ªå¼•ä¼šç¾¾cartacommunications

2025-02-27  6165. Sony Music Netherlands

2025-02-27  6166. LOOPS

2025-02-27  6167. NA-KD.com

2025-02-27  6168. Lauren Daigle

2025-02-27  6169. MEC

2025-02-27  6170. Live Nation Germany - Austria - Switzerland

2025-02-27  6171. Greens Club

2025-02-27  6172. Jill

2025-02-27  6173. 9:30 Club

2025-02-27  6174. APM Monaco

2025-02-27  6175. Activision Mobile

2025-02-27  6176. BEN: Product Brand Intelligence

2025-02-27  6177. Smartfood

2025-02-27  6178. Bread Beauty Supply

2025-02-27  6179. Amazon Alexa

2025-02-27  6180. Absolute AirFlow & Plumbing

2025-02-27  6181. SmartAsset.com

2025-02-27  6182. Hypnosis Training Academy

2025-02-27  6183. Cronin

2025-02-27  6184. Sling TV

2025-02-27  6185. Way2target

2025-02-27  6186. Prime Student

2025-02-27  6187. Serra Toyota Birmingham

2025-02-27  6188. Fedyna Services Limited

2025-02-27  6189. M+R

2025-02-27  6190. Chobani

2025-02-27  6191. PetSmart

2025-02-27  6192. Jeff Wyler Springfield Hyundai

2025-02-27  6193. GunrockMarketing

2025-02-27  6194. Savannah Bee Company

2025-02-27  6195. We Are Saatchi

2025-02-27  6196. Eulerity

2025-02-27  6197. Facetune by Lightricks

2025-02-27  6198. Totspot

2025-02-27  6199. Classic Chrysler Dodge Jeep Ram Madison, Gator Chrysler Dodge Jeep Ram, Gary Miller Chrysler Dodge Jeep Ram

2025-02-27  6200. Fb-Ig-Stage

2025-02-27  6201. ADARA

2025-02-27  6202. Canopy

2025-02-27  6203. Change Research

2025-02-27  6204. Klick - Edge

2025-02-27  6205. Vince Kelvin

2025-02-27  6206. Bolster

2025-02-27  6207. Albertsons

2025-02-27  6208. Instagram

2025-02-27  6209. GALE Media

2025-02-27  6210. Snow Days

2025-02-27  6211. Dr. Livingood

2025-02-27  6212. Climate Reality Action Fund, Bill Conway, MN vs Trump, Councilman Johnny G. Farias

2025-02-27  6213. Kore Nutrition

2025-02-27  6214. 2K

2025-02-27  6215. BM 004

2025-02-27  6216. Dragon Mania Legends

2025-02-27  6217. Social Fulcrum

2025-02-27  6218. Thirdwave

2025-02-27  6219. JN Chevrolet

2025-02-27  6220. Elevation, Ltd.

2025-02-27  6221. Ross University School of Veterinary Medicine

2025-02-27  6222. Snacks.com, Frito-Lay

2025-02-27  6223. United Gold Group

2025-02-27  6224. The Jet-Ski Doctor

2025-02-27  6225. Musely

2025-02-27  6226. MetaTeam

2025-02-27  6227. AI

2025-02-27  6228. BM 07

2025-02-27  6229. Spotify LATAM BM

2025-02-27  6230. Smarty Social Media

2025-02-27  6231. Exchange LA

2025-02-27  6232. Handy

2025-02-27  6233. Amazon Home

2025-02-27  6234. DISH

2025-02-27  6235. Gameloft

2025-02-27  6236. Slime Obsidian

2025-02-27  6237. InnovAsian

2025-02-27  6238. Muver

2025-02-27  6239. Ideal Coverings

2025-02-27  6240. Sony Electronics

2025-02-27  6241. Kay Jewelers

2025-02-27  6242. Universal Studios Hollywood

2025-02-27  6243. CSR Racing

2025-02-27  6244. Crossmedia

2025-02-27  6245. Linear 360

2025-02-27  6246. BobbyParrish

2025-02-27  6247. Pampelone Clothing

2025-02-27  6248. Blue State

2025-02-27  6249. Winn-Dixie

2025-02-27  6250. Ads Preview Workaround

2025-02-27  6251. Chunfang Wu

2025-02-27  6252. Florida World, Where my stories begins, Love My Family

2025-02-27  6253. Kardiel

2025-02-27  6254. Zimmerman Advertising

2025-02-27  6255. EMT

2025-02-27  6256. BM 00702

2025-02-27  6257. Hylink Digital Solutions

2025-02-27  6258. WO

2025-02-27  6259. Lashify

2025-02-27  6260. SmartHeart

2025-02-27  6261. Kavala Collective

2025-02-27  6262. Division D

2025-02-27  6263. Huggies UK

2025-02-27  6264. Novartis

2025-02-27  6265. Planet Fitness

2025-02-27  6266. Audacy Social Conquest

2025-02-27  6267. Nextdoor for Business

2025-02-27  6268. Happy Mammoth

2025-02-27  6269. Bones Coffee Company

2025-02-27  6270. Klick - Epic

2025-02-27  6271. Leonard Brands

2025-02-27  6272. Latched Mama

2025-02-27  6273. Synchrony

2025-02-27  6274. Bang Productions Television

2025-02-27  6275. Live Nation Belgium

2025-02-27  6276. Wavemaker Malaysia

2025-02-27  6277. Keeps

2025-02-27  6278. Compulse

2025-02-27  6279. OnlyFans

2025-02-27  6280. StackSocial

2025-02-27  6281. Peloton

2025-02-27  6282. Dentsu X UK

2025-02-27  6283. Labelium Australia and New Zealand

2025-02-27  6284. Hampton Creative

2025-02-27  6285. HotSnap

2025-02-27  6286. Heather McMahan

2025-02-27  6287. Groot Hospitality

2025-02-27  6288. Universal Music France

2025-02-27  6289. Edikted

2025-02-27  6290. Papinelle Sleepwear

2025-02-27  6291. Ark Swimwear

2025-02-27  6292. Live Nation Denmark

2025-02-27  6293. APRILSKIN ì—•ì•´í",ë¦´íŠ¤í¸

2025-02-27  6294. Afro Nation

2025-02-27  6295. KURU Footwear

2025-02-27  6296. SBX Proxy

2025-02-27  6297. Westerra Credit Union

2025-02-27  6298. FutureAdvisor

2025-02-27  6299. Blue 449

2025-02-27  6300. Universal Music Deutschland

2025-02-27  6301. Collectiv Presents

2025-02-27  6302. Marvel Puzzle Quest

2025-02-27  6303. Emporium Presents

2025-02-27  6304. Veltrac Music

2025-02-27  6305. Absolute Merch

2025-02-27  6306. Interscope Records

2025-02-27  6307. eHealth

2025-02-27  6308. E! News

2025-02-27  6309. Havas Media

2025-02-27  6310. Live Nation Concerts

2025-02-27  6311. Capital One

2025-02-27  6312. North Coast Music Festival

2025-02-27  6313. FB App

2025-02-27  6314. Kiehl's

2025-02-27  6315. Universal Music Thailand

2025-02-27  6316. Knitting Factory Entertainment

2025-02-27  6317. Twillory

2025-02-27  6318. OMD Entertainment

2025-02-27  6319. Resolution Media

2025-02-27  6320. Live Nation Sweden

2025-02-27  6321. AEG Presents UK

2025-02-27  6322. Quarterlab

2025-02-27  6323. BuzzFeed Branded Distribution

2025-02-27  6324. Meta for Business

2025-02-27  6325. Makeup.com by L'Oreal

2025-02-27  6326. Walmart

2025-02-27  6327. Aisle 518 Strategies, LLC

2025-02-27  6328. Express

2025-02-27  6329. AU 77

2025-02-27  6330. Wantable

2025-02-27  6331. Open Influence

2025-02-27  6332. The Gatorade Company

2025-02-27  6333. Gymexo

2025-02-27  6334. Second test personal user page

2025-02-27  6335. Bombora

2025-02-27  6336. Maestro Dobel Tequila

2025-02-27  6337. wellrestedweeones

2025-02-27  6338. Soundwave Consulting

2025-02-27  6339. Pier 1

2025-02-27  6340. Test For Pixel

2025-02-27  6341. Audience Town

2025-02-27  6342. Arnold Palmer Spiked, Movo

2025-02-27  6343. Valley Vet Supply

2025-02-27  6344. Wegmans

2025-02-27  6345. Ulta Beauty

2025-02-27  6346. Forward Media Argentina

2025-02-27  6347. Family Gifts, All Family Gift

2025-02-27  6348. truth

2025-02-27  6349. Wayfair

2025-02-27  6350. Decca Records

2025-02-27  6351. Xfinity

2025-02-27  6352. MasterClass

2025-02-27  6353. Hopscotch Music Festival

2025-02-27  6354. Matthew 6:26 LLC

2025-02-27  6355. Rogue Fitness

2025-02-27  6356. Nexters

2025-02-27  6357. Essence

2025-02-27  6358. Swank A Posh

2025-02-27  6359. Greta Boutique

2025-02-27  6360. Miller High Life

2025-02-27  6361. LaFontaine KIA Dearborn, Dennis Eakin Kia, Toms River Mitsubishi

2025-02-27  6362. Words With Friends

2025-02-27  6363. UM Detroit

2025-02-27  6364. TFO

2025-02-27  6365. Serra Honda

2025-02-27  6366. Casely

2025-02-27  6367. Fingerpaint

2025-02-27  6368. Tres Colori Jewelry

2025-02-27  6369. Breathe For Change

2025-02-27  6370. All Family Gift, Coral Luxury US, Family Gifts

2025-02-27  6371. M Booth

2025-02-27  6372. Amazon Alexa, Amazon.com

2025-02-27  6373. Randy Wise Chevrolet

2025-02-27  6374. Voiply

2025-02-27  6375. Scheels

2025-02-27  6376. ZitSticka

2025-02-27  6377. Universal Music Group: Global Digital Marketing

2025-02-27  6378. Nguyen Thi Hai Yen

2025-02-27  6379. XaxisKorea

2025-02-27  6380. Global Health on Facebook

2025-02-27  6381. UMusic Australia

2025-02-27  6382. fource.cz

2025-02-27  6383. Sony Music Germany

2025-02-27  6384. Gorgie

2025-02-27  6385. MC2 LIVE

2025-02-27  6386. Code3

2025-02-27  6387. Talent Groupe CH

2025-02-27  6388. Bell Media

2025-02-27  6389. Hairfinity

2025-02-27  6390. NOTO Philadelphia

2025-02-27  6391. Sony Music UK

2025-02-27  6392. Eko Health

2025-02-27  6393. Tostitos

2025-02-27  6394. Croud Ads

2025-02-27  6395. Angler AI

2025-02-27  6396. Miracle Toyota of North Augusta

2025-02-27  6397. Rgmntco

2025-02-27  6398. David Stuebe's Business

2025-02-27  6399. Alo Moves

2025-02-27  6400. Miami Dolphins

2025-02-27  6401. Simon Malls

2025-02-27  6402. Poppi

2025-02-27  6403. Warner Music France

2025-02-27  6404. æ ªâ¼•ä¼šç¤¾ã,¤ãƒŽãƒ™ãƒ¼ã,·ãƒ§ãƒ³ã,¨ã,¤ãƒ‰

2025-02-27  6405. Hint

2025-02-27  6406. Jockey

2025-02-27  6407. CountryWired INC.

2025-02-27  6408. La Roche-Posay

2025-02-27  6409. Maelys Cosmetics

2025-02-27  6410. Threepipe

2025-02-27  6411. Hourglass Cosmetics

2025-02-27  6412. ThinkSwell

2025-02-27  6413. Dojo

2025-02-27  6414. Performics Belgium

2025-02-27  6415. ×¢×ž×™×ª ×•×•×¨¨

2025-02-27  6416. AutoCanada

2025-02-27  6417. The KISS Marketing Agency

2025-02-27  6418. Liberated Brands

2025-02-27  6419. Hulu

2025-02-27  6420. MEC Italia

2025-02-27  6421. Relatable

2025-02-27  6422. Geologie

2025-02-27  6423. Vogue France

2025-02-27  6424. Delivery Hero

2025-02-27  6425. Juicy Couture

2025-02-27  6426. Fused - Universal Music

2025-02-27  6427. Morris Bart, LLC

2025-02-27  6428. Influential

2025-02-27  6429. Fiverr

2025-02-27  6430. Coca-Cola Philippines

2025-02-27  6431. Tropical Bros

2025-02-27  6432. T4F

2025-02-27  6433. Live Nation UK

2025-02-27  6434. Wizard Live

2025-02-27  6435. TORY BURCH

2025-02-27  6436. WMcCann RJ

2025-02-27  6437. Ribbow Media Group

2025-02-27  6438. JBL

2025-02-27  6439. Tommy Hilfiger

2025-02-27  6440. MEC Australia

2025-02-27  6441. Red Digital

2025-02-27  6442. AEG Presents

2025-02-27  6443. Guinness

2025-02-27  6444. mandanadayani

2025-02-27  6445. Warner Music Poland

2025-02-27  6446. The Bellwether

2025-02-27  6447. Gooseberry Intimates

2025-02-27  6448. LSU AgCenter Botanic Gardens

2025-02-27  6449. Climb

2025-02-27  6450. Condé Nast

2025-02-27  6451. 4th Quarter Collective, LLC

2025-02-27  6452. MediaSales

2025-02-27  6453. Zenith - PGD

2025-02-27  6454. Kevin Gottlieb

2025-02-27  6455. Mushroom

2025-02-27  6456. Universal Music Austria

2025-02-27  6457. WITHIN

2025-02-27  6458. CMS Music Media Ltd

2025-02-27  6459. Infectious Music

2025-02-27  6460. ICRUSH

2025-02-27  6461. æ ªå¼•ä¼šç¤¾ãƒ¡ãƒ‡ã‚£ãƒƒ̄ã¸ã‚̄ã‚¹_2

2025-02-27  6462. First Interstate Center for the Arts

2025-02-27  6463. amelieteje

2025-02-27  6464. Aleph - Dominican Republic

2025-02-27  6465. Hoffman York

2025-02-27  6466. Topsify

2025-02-27  6467. Island Records UK

2025-02-27  6468. Moon Active

2025-02-27  6469. Tort Group

2025-02-27  6470. wavo.me

2025-02-27  6471. The League

2025-02-27  6472. Another Planet Entertainment

2025-02-27  6473. L'OrÃ©al Paris

2025-02-27  6474. Integral Strength

2025-02-27  6475. Zenith France

2025-02-27  6476. Bumble

2025-02-27  6477. GroupM

2025-02-27  6478. Warner Music Africa

2025-02-26  6479. Fanatics

2025-02-26  6480. Critical Mass

2025-02-26  6481. Ayla & Co

2025-02-26  6482. Jianxian's business account

2025-02-26  6483. Rational 360

2025-02-26  6484. I'd Rather Be With My Dog

2025-02-26  6485. Possible

2025-02-26  6486. Jason Capital Account #2

2025-02-26  6487. Antwerpen Chrysler Jeep Dodge Ram

2025-02-26  6488. Capitol Music Group

2025-02-26  6489. ZJX

2025-02-26  6490. Leonard Brands

2025-02-26  6491. The Citizenry

2025-02-26  6492. Quakmedia - Agencia de Marketing Digital

2025-02-26  6493. Money Map Press

2025-02-26  6494. Meathead Movers

2025-02-26  6495. INFINITI of Las Vegas

2025-02-26  6496. Dynata Advertising Solutions

2025-02-26  6497. Keurig

2025-02-26  6498. Webpals Mobile

2025-02-26  6499. Understatement Underwear

2025-02-26  6500. Cronin

2025-02-26  6501. Sentara Health

2025-02-26  6502. Horizon Horseback

2025-02-26  6503. Maison de Sabré

2025-02-26  6504. Emc_TCCC

2025-02-26  6505. Reingold

2025-02-26  6506. æ ªå¼•ä¼šç¤¾ã¤ãƒŽãƒ™ãƒ¼ã‚·ãƒ§ãƒ³ã'ã‚¤ãƒ‰

2025-02-26  6507. Athleta

2025-02-26  6508. Warner Music Denmark

2025-02-26  6509. First Interstate Center for the Arts

2025-02-26  6510. BetterHelp

2025-02-26  6511. Echo Promotion

2025-02-26  6512. Greenhouse Talent

2025-02-26  6513. Hampton Creative

2025-02-26  6514. The Children's Place

2025-02-26  6515. Gadget Entertainment

2025-02-26  6516. Amplify.ai

2025-02-26  6517. NOTO Houston

2025-02-26  6518. Democratic Party

2025-02-26  6519. Wizard Live

2025-02-26  6520. Scentiment

2025-02-26  6521. cacaFly

2025-02-26  6522. Reward Agency - 08

2025-02-26  6523. Sev Laser Aesthetics

2025-02-26  6524. Shareablee

2025-02-26  6525. Reverb

2025-02-26  6526. Amazon.com, Amazon Home

2025-02-26  6527. Siren Group

2025-02-26  6528. Lovesac

2025-02-26  6529. Corida

2025-02-26  6530. Amazon.com, Amazon.co.uk

2025-02-26  6531. Precision

2025-02-26  6532. TIAA

2025-02-26  6533. Spiceology

2025-02-26  6534. Warner Music Germany

2025-02-26  6535. Zenith France

2025-02-26  6536. Grand Central Publishing

2025-02-26  6537. Apple Services

2025-02-26  6538. Goodlive Artists

2025-02-26  6539. Solawave

2025-02-26  6540. Acorns

2025-02-26  6541. Hoffman York

2025-02-26  6542. Grunt Style

2025-02-26  6543. EarnIn

2025-02-26  6544. Centricity Music

2025-02-26  6545. FCA Mexico

2025-02-26  6546. Pierce Media

2025-02-26  6547. LP Generic Business

2025-02-26  6548. Live Nation Norway

2025-02-26  6549. Kilt 'Em

2025-02-26  6550. GroupM Media India

2025-02-26  6551. Enso Rings

2025-02-26  6552. Instacart

2025-02-26  6553. Hong Phong Vu BM1

2025-02-26  6554. Flag & Anthem

2025-02-26  6555. Fingerpaint Saratoga

2025-02-26  6556. Universal Music Italia

2025-02-26  6557. Kulturbolaget

2025-02-26  6558. Live Bearded

2025-02-26  6559. Whalar

2025-02-26  6560. INH Hair

2025-02-26  6561. Magnum Photos

2025-02-26  6562. Penguin EspaÃ±a

2025-02-26  6563. Oceansapart Global

2025-02-26  6564. Radius Chicago

2025-02-26  6565. Simon & Schuster

2025-02-26  6566. 2K

2025-02-26  6567. Milani

2025-02-26  6568. Socialflow

2025-02-26  6569. Yamaha Music USA

2025-02-26  6570. KSR Group

2025-02-26  6571. LM250 9

2025-02-26  6572. Russ Darrow Kia of Madison, Russ Darrow Kia of Wauwatosa

2025-02-26  6573. Nomad Apparel Co.

2025-02-26  6574. Eddie Bauer

2025-02-26  6575. PlayStation

2025-02-26  6576. Suit Up Brands LLC

2025-02-26  6577. Live Nation Polska

2025-02-26  6578. Pura Vida

2025-02-26  6579. Facetune by Lightricks

2025-02-26  6580. Extend Pets

2025-02-26  6581. Flaus

2025-02-26  6582. BM 00702

2025-02-26  6583. YellowHammer Media Group

2025-02-26  6584. Audience Town

2025-02-26  6585. Toyota of Dartmouth

2025-02-26  6586. FanDuel Racing

2025-02-26  6587. Sleepgram

2025-02-26  6588. CBS Sports

2025-02-26  6589. Moroch

2025-02-26  6590. FIGS

2025-02-26  6591. Swanson Russell

2025-02-26  6592. Choices by Revlon

2025-02-26  6593. AbelsonTaylor Group

2025-02-26  6594. onX Hunt

2025-02-26  6595. Humane World for Animals

2025-02-26  6596. REV77

2025-02-26  6597. 1-800 Contacts

2025-02-26  6598. Hopscotch Music Festival

2025-02-26  6599. Jeff Wyler Chevrolet of Columbus

2025-02-26  6600. SimplePrints

2025-02-26  6601. MetaTeam

2025-02-26  6602. BM 004

2025-02-26  6603. United Gold Group

2025-02-26  6604. Edwards Chevrolet Downtown

2025-02-26  6605. CountryWired INC.

2025-02-26  6606. Avoq

2025-02-26  6607. DIFF

2025-02-26  6608. United Influencers

2025-02-26  6609. Zenith Chile

2025-02-26  6610. RCKT.

2025-02-26  6611. RainCloud Media

2025-02-26  6612. hims

2025-02-26  6613. Gupta Media Holdings, LLC

2025-02-26  6614. Performics Test Page

2025-02-26  6615. Ranker.com

2025-02-26  6616. Rebecca Zung

2025-02-26  6617. Sara's Business

2025-02-26  6618. Arnold Palmer Spiked, Movo

2025-02-26  6619. Awesome Tee 66

2025-02-26  6620. Beautiful T-Shirt14

2025-02-26  6621. Verified

2025-02-26  6622. National Debt Relief

2025-02-26  6623. Amazon.co.uk, Amazon.com

2025-02-26  6624. Apalon

2025-02-26  6625. M1 máº«u 1, N1 17/8 - P

2025-02-26  6626. AI

2025-02-26  6627. Amazon Alexa, Amazon.com

2025-02-26  6628. Sam's Club

2025-02-26  6629. Dimensions Fragrance

2025-02-26  6630. mandanadayani

2025-02-26  6631. Kevin Gottlieb

2025-02-26  6632. Gopuff

2025-02-26  6633. Cadence

2025-02-26  6634. Harvest Hill Beverage Company

2025-02-26  6635. VaynerMedia Canada

2025-02-26  6636. ICRUSH

2025-02-26  6637. Unilever Canada

2025-02-26  6638. MC UK - GBP

2025-02-26  6639. Step

2025-02-26  6640. Scooter's Coffee

2025-02-26  6641. MasterClass

2025-02-26  6642. DASH TWO

2025-02-26  6643. Opus Live

2025-02-26  6644. NOTO Philadelphia

2025-02-26  6645. Warner Music Australia

2025-02-26  6646. OLLY

2025-02-26  6647. Gooseberry Intimates

2025-02-26  6648. Zondervan Books

2025-02-26  6649. Last Tour

2025-02-26  6650. TORY BURCH

2025-02-26  6651. CMS Music Media Ltd

2025-02-26  6652. Universal Music Thailand

2025-02-26  6653. Assembly

2025-02-26  6654. Jeff Wyler Eastgate KIA

2025-02-26  6655. Wolven

2025-02-26  6656. True Anthem

2025-02-26  6657. Emporium Presents

2025-02-26  6658. Forma Pilates

2025-02-26  6659. Honcho.co

2025-02-26  6660. playforgain

2025-02-26  6661. Shelf Inc.

2025-02-26  6662. ã‚¢ã‚¤ãƒ—ãƒãƒ-ã‚¹ãƒšã‚¯ãƒ¯ãƒˆã‚¹ã‚¸ãƒ¡ãƒ¼ã‚«ãƒ³ã‚·ãƒ³ãƒ³ãƒ³æ ºå¼•ä¼šç¾

2025-02-26  6663. Happy Products

2025-02-26  6664. Code3

2025-02-26  6665. Sony Music Colombia

2025-02-26  6666. Sakara Life

2025-02-26  6667. Herbivore Botanicals

2025-02-26  6668. Free People

2025-02-26  6669. Milk Makeup - 6S

2025-02-26  6670. E11EVEN MIAMI

2025-02-26  6671. Zenith Slovakia

2025-02-26  6672. FLOAT FEST

2025-02-26  6673. FRAME

2025-02-26  6674. Wavemaker Deutschland

2025-02-26  6675. 471887696173235

2025-02-26  6676. Danny Wimmer Presents

2025-02-26  6677. Culture Pop

2025-02-26  6678. Health Union LLC

2025-02-26  6679. Island Records UK

2025-02-26  6680. Noisy Trumpet

2025-02-26  6681. MetaVision Media

2025-02-26  6682. FB Growth Marketing

2025-02-26  6683. Motorola

2025-02-26  6684. Seiza

2025-02-26  6685. NICKS

2025-02-26  6686. Havas Media Group USA LLC

2025-02-26  6687. Aisle 518 Strategies, LLC

2025-02-26  6688. Found

2025-02-26  6689. GOP

2025-02-26  6690. WPS Health Insurance - Health Plan

2025-02-26  6691. Blue Shield of California

2025-02-26  6692. Fulton & Roark

2025-02-26  6693. Wantable

2025-02-26  6694. The Ford Store San Leandro

2025-02-26  6695. Fedyna Services Limited

2025-02-26  6696. Solka

2025-02-26  6697. Nickel and Suede

2025-02-26  6698. SONYA DAKAR

2025-02-26  6699. SunChips

2025-02-26  6700. Fandango

2025-02-26  6701. Edelman DC

2025-02-26  6702. Best Buy, Starcom USA

2025-02-26  6703. Doctor Music Concerts

2025-02-26  6704. Crumbl Cookies

2025-02-26  6705. Edelman West

2025-02-26  6706. Live Nation Australia

2025-02-26  6707. Publicis Health Media

2025-02-26  6708. Coca-Cola Philippines

2025-02-26  6709. Zenithoptimedia Taiwan

2025-02-26  6710. Panasonic Personal Care USA

2025-02-26  6711. Live Tour Promotions

2025-02-26  6712. Mushroom

2025-02-26  6713. OmnicomMediaGroup Nederland

2025-02-26  6714. Juicy Couture

2025-02-26  6715. Sure Sure

2025-02-26  6716. Action Network

2025-02-26  6717. Foam and Substance

2025-02-26  6718. Give Back Beauty

2025-02-26  6719. Linear 360

2025-02-26  6720. Alter Art

2025-02-26  6721. Afro Nation

2025-02-26  6722. Kay Jewelers

2025-02-26  6723. Universal Music South Africa

2025-02-26  6724. Jockey

2025-02-26  6725. Greens Club

2025-02-26  6726. FM4 Indiekiste mit

2025-02-26  6727. The QYOU

2025-02-26  6728. Wegmans

2025-02-26  6729. Mike Molstead Motors

2025-02-26  6730. D'Alessandro e Galli

2025-02-26  6731. MediaCom USA

2025-02-26  6732. Smart Passive Income with Pat Flynn

2025-02-26  6733. Invest529

2025-02-26  6734. Chewy

2025-02-26  6735. Lay's

2025-02-26  6736. Lashify

2025-02-26  6737. Matthew 6:26 LLC

2025-02-26  6738. SwellShark

2025-02-26  6739. Cadillac of Tucson

2025-02-26  6740. Marketing

2025-02-26  6741. Old Navy

2025-02-26  6742. Universal Studios Hollywood

2025-02-26  6743. MediaSales

2025-02-26  6744. MEC

2025-02-26  6745. Park Advertising

2025-02-26  6746. Lauren Daigle

2025-02-26  6747. The League

2025-02-26  6748. Avon

2025-02-26  6749. Universal Music Ireland

2025-02-26  6750. MAAPS / Overman Enterprises

2025-02-26  6751. Troubadour Presents

2025-02-26  6752. Performics Belgium

2025-02-26  6753. Gymexo

2025-02-26  6754. Friends At Work

2025-02-26  6755. Harbor Freight

2025-02-26  6756. Reprise Media ZA

2025-02-26  6757. Lithia Hyundai of Reno

2025-02-26  6758. MoneyLion

2025-02-26  6759. Nguyen Thi Hai Yen

2025-02-26  6760. Engage Media

2025-02-26  6761. AptDeco

2025-02-26  6762. Wish

2025-02-26  6763. Change Research

2025-02-26  6764. Alex Azra

2025-02-26  6765. The New York Times

2025-02-26  6766. Hopjump

2025-02-26  6767. Solaura

2025-02-26  6768. EYSUVISÂ® (loteprednol etabonate ophthalmic suspension) 0.25%

2025-02-26  6769. Revive

2025-02-26  6770. Bespoke Post

2025-02-26  6771. Price Acura

2025-02-26  6772. Boston Scientific

2025-02-26  6773. Bishop Robert Barron

2025-02-26  6774. P2 Public Affairs

2025-02-26  6775. Southwest Airlines

2025-02-26  6776. Shopify

2025-02-26  6777. Aza

2025-02-26  6778. Clash Royale, Clash Royale ES

2025-02-26  6779. Aleph El Salvador

2025-02-26  6780. Intermate Media GmbH

2025-02-26  6781. Tempo OMD Social Adv

2025-02-26  6782. Warner Music Spain

2025-02-26  6783. Shinesty

2025-02-26  6784. Orion Publishing Group

2025-02-26  6785. Okori Kazakhstan

2025-02-26  6786. Dot Matters

2025-02-26  6787. Mastercard

2025-02-26  6788. Wavemaker Canada

2025-02-26  6789. Propeller

2025-02-26  6790. Monster

2025-02-26  6791. Gaston Luga

2025-02-26  6792. Bonnie

2025-02-26  6793. JG Summit

2025-02-26  6794. Ruder Finn

2025-02-26  6795. Anti Agency Group

2025-02-26  6796. FreePrints App

2025-02-26  6797. Socialyte

2025-02-26  6798. Entravision Latam - Honduras

2025-02-26  6799. CLOUT Festival

2025-02-26  6800. CSL

2025-02-26  6801. Superfly

2025-02-26  6802. BlueChew

2025-02-26  6803. Front Gate Tickets

2025-02-26  6804. Drink Accelerator

2025-02-26  6805. FESTIVAL LES ARDENTES

2025-02-26  6806. Tatti Lashes

2025-02-26  6807. FitnFemale

2025-02-26  6808. Allied Global Marketing

2025-02-26  6809. Boncom

2025-02-26  6810. Frank And Oak

2025-02-26  6811. Love Wellness

2025-02-26  6812. Playboy

2025-02-26  6813. MEC Italia

2025-02-26  6814. California Cryobank

2025-02-26  6815. L'OrÃ©al Social CDO - Cockpit & Advertising

2025-02-26  6816. Ashley

2025-02-26  6817. NeoPerformance

2025-02-26  6818. iHeartCountry

2025-02-26  6819. Wavemaker Hong Kong

2025-02-26  6820. Grwn

2025-02-26  6821. Good American

2025-02-26  6822. TFM Media

2025-02-26  6823. Neko Test Page

2025-02-26  6824. Beauty Factory

2025-02-26  6825. Forward Media Italy

2025-02-26  6826. SKIMS

2025-02-26  6827. Dow

2025-02-26  6828. SiriusXM

2025-02-26  6829. Keeps

2025-02-26  6830. rolling loud

2025-02-26  6831. Groot Hospitality

2025-02-26  6832. Online Trainer/Coach

2025-02-26  6833. Hunter Del Caribe

2025-02-26  6834. Live Nation Germany - Austria - Switzerland

2025-02-26  6835. Nestlé HK ç·´é€•æ,¨å®¶

2025-02-26  6836. The Church of Jesus Christ of Latter-day Saints

2025-02-26  6837. 703digital

2025-02-26  6838. L'Oréal Professionnel

2025-02-26  6839. Aleph Guatemala

2025-02-26  6840. GMI Maxus IDR WPP

2025-02-26  6841. Partisan Records

2025-02-26  6842. Wmg gps adx

2025-02-26  6843. Talent Groupe CH

2025-02-26  6844. Move With Us

2025-02-26  6845. ondonewyork

2025-02-26  6846. swayhairextensions

2025-02-26  6847. XaxisKorea

2025-02-26  6848. HotSnap

2025-02-26  6849. Ring

2025-02-26  6850. Funded Commerce Ads

2025-02-26  6851. PHD colombia S.A.S

2025-02-26  6852. Ribbow Media Group

2025-02-26  6853. Alo Moves

2025-02-26  6854. MEC Australia

2025-02-26  6855. Absolute Merch

2025-02-26  6856. Vivara

2025-02-26  6857. af_drinks

2025-02-26  6858. AEG Presents UK

2025-02-26  6859. Compulse

2025-02-26  6860. Tincre

2025-02-26  6861. Netflix

2025-02-26  6862. Beth Stelling

2025-02-26  6863. Peloton

2025-02-26  6864. Express

2025-02-26  6865. T4F

2025-02-26  6866. AutoCanada

2025-02-26  6867. Blogger: Isaac Saenz

2025-02-26  6868. WE ARE TALA

2025-02-26  6869. Simon Malls

2025-02-26  6870. Jessica Goicoechea - Goi

2025-02-26  6871. Sony Music Brasil

2025-02-26  6872. 4th Quarter Collective, LLC

2025-02-26  6873. therankedmusic

2025-02-26  6874. Disney Streaming

2025-02-26  6875. Uniagency

2025-02-26  6876. LOOPS

2025-02-26  6877. nuuly

2025-02-26  6878. Resorts World Las Vegas

2025-02-26  6879. Threepipe

2025-02-26  6880. Universal Music Polska

2025-02-26  6881. The Glover Park Group

2025-02-26  6882. WhatsApp, Windows, Skype

2025-02-26  6883. Jordan Peterson

2025-02-26  6884. Unique Vacations Limited

2025-02-26  6885. Louis Vuitton Brazil

2025-02-26  6886. Haworth Media

2025-02-26  6887. Shaq's Fun House

2025-02-26  6888. Universal Music Recordings

2025-02-26  6889. TIBBS & BONES

2025-02-26  6890. Big Think Agency

2025-02-26  6891. Island Records

2025-02-26  6892. Universal Music Spain

2025-02-26  6893. L'Oréal Uruguay

2025-02-26  6894. The Influence Agency

2025-02-26  6895. Afrobeats Central

2025-02-26  6896. RW Consulting

2025-02-26  6897. SocialAmp

2025-02-26  6898. Tommy Hilfiger ME

2025-02-26  6899. JCG LLC

2025-02-26  6900. TrustGodbro Clothing

2025-02-26  6901. UNDER THE INFLUENCE

2025-02-26  6902. BHLDN Weddings

2025-02-26  6903. Jack Archer

2025-02-26  6904. Cortica

2025-02-26  6905. Robert Beck

2025-02-26  6906. TEG Live Europe

2025-02-26  6907. VaynerMedia APAC

2025-02-26  6908. Molson Coors

2025-02-26  6909. HEYDUDE

2025-02-26  6910. Blue State

2025-02-26  6911. Max Connect Digital

2025-02-26  6912. Fabric Technologies

2025-02-26  6913. St. Luke's Health

2025-02-26  6914. Kabam

2025-02-26  6915. Camille Brinch Jewellery

2025-02-26  6916. Proposal Prep by Best Kept

2025-02-26  6917. Test Global

2025-02-26  6918. Merch Traffic

2025-02-26  6919. ESPN

2025-02-26  6920. Angela ï¿½

2025-02-26  6921. Dojo

2025-02-26  6922. Rosental Organics

2025-02-26  6923. CSB

2025-02-26  6924. Bfx

2025-02-26  6925. MDX_3

2025-02-26  6926. Primark

2025-02-26  6927. Mic Drop Comedy

2025-02-26  6928. Musical Earth

2025-02-26  6929. Scruff of the Neck

2025-02-26  6930. Live Nation Finland

2025-02-26  6931. Betterment

2025-02-26  6932. Jeff Wyler Eastgate Nissan, Serra Toyota Birmingham

2025-02-26  6933. XIFAXANÂ® (rifaximin) 550 mg tablets

2025-02-26  6934. ADARA

2025-02-26  6935. Call of Duty: Mobile

2025-02-26  6936. Florida World, Where my stories begins, Love My Family

2025-02-26  6937. Wunderman Performance Media

2025-02-26  6938. Shop.Thing Tshirts

2025-02-26  6939. Verb Products

2025-02-26  6940. Shareably

2025-02-26  6941. Findlay Nissan Henderson

2025-02-26  6942. JCK Enterprises, LLC

2025-02-26  6943. Carter's

2025-02-26  6944. Kavala Collective

2025-02-26  6945. Sears Holdings Corp

2025-02-26  6946. Booyah Advertising

2025-02-26  6947. 100130874778177

2025-02-26  6948. Lifeway

2025-02-26  6949. Tim Short Ford of La Follette

2025-02-26  6950. GoAudience

2025-02-26  6951. Rogue Fitness

2025-02-26  6952. HCN

2025-02-26  6953. Kecelioglu E-Ticaret New

2025-02-26  6954. Dansko, LLC

2025-02-26  6955. Qelbree® (viloxazine)

2025-02-26  6956. Way2target

2025-02-26  6957. Sol Beer US

2025-02-26  6958. Silk + Sonder

2025-02-26  6959. Clover

2025-02-26  6960. Eko Health

2025-02-26  6961. Amazon Basics, Amazon Alexa, Amazon Fashion

2025-02-26  6962. barkTHINS

2025-02-26  6963. AU 77

2025-02-26  6964. Gameloft

2025-02-26  6965. Thing.Shop

2025-02-26  6966. Division D

2025-02-26  6967. Away That Day

2025-02-26  6968. Indeed

2025-02-26  6969. Trunk Club

2025-02-26  6970. No_Comment

2025-02-26  6971. Muver

2025-02-26  6972. JOANN Fabric and Craft Stores

2025-02-26  6973. Magnolias

2025-02-26  6974. Serra Toyota Birmingham

2025-02-26  6975. Doritos

2025-02-26  6976. Hypnosis Training Academy

2025-02-26  6977. Breathe For Change

2025-02-26  6978. Research Study Rockstar

2025-02-26  6979. Nextdoor

2025-02-26  6980. MEC - Los Angeles

2025-02-26  6981. Marathon Strategies

2025-02-26  6982. Pampelone Clothing

2025-02-26  6983. eFavormart

2025-02-26  6984. Expedia

2025-02-26  6985. Blue 449

2025-02-26  6986. Chunfang Wu

2025-02-26  6987. Dee-1

2025-02-26  6988. Trials World

2025-02-26  6989. Team Rodriguez&&

2025-02-26  6990. FleishmanHillard

2025-02-26  6991. Bolivar Ford, Riata Ford

2025-02-26  6992. Boyd & Associates

2025-02-26  6993. Colleen Mauer Designs

2025-02-26  6994. Brooks Running

2025-02-26  6995. Sykes Millionaire Challenge

2025-02-26  6996. Acura of Westchester

2025-02-26  6997. Dice Dreams

2025-02-26  6998. Smartfood

2025-02-26  6999. Fandango at Home

2025-02-26  7000. F1 + F3 len moi

2025-02-26  7001. Dee Murthy

2025-02-26  7002. NP Thyroid® (Thyroid Tablets, USP)

2025-02-26  7003. Coral Luxury US, All Family Gift, Family Gifts

2025-02-26  7004. Lands' End

2025-02-26  7005. Grey Goose

2025-02-26  7006. National Audubon Society

2025-02-26  7007. Tuft & Needle

2025-02-26  7008. Mars United Commerce

2025-02-26  7009. Comedy Central

2025-02-26  7010. Lending Store

2025-02-26  7011. HMS Global - GBP

2025-02-26  7012. Koons Kia of Woodbridge

2025-02-26  7013. Hyperglow

2025-02-26  7014. Acura of Fremont

2025-02-26  7015. Ts2272017

2025-02-26  7016. Avant Gardner

2025-02-26  7017. Audacy Social Conquest

2025-02-26  7018. Handle the Heat

2025-02-26  7019. Good Social Company

2025-02-26  7020. GoldSilver

2025-02-26  7021. Cleveland Clinic

2025-02-26  7022. DiscountMugs

2025-02-26  7023. JN Chevrolet

2025-02-26  7024. Tazo Tea

2025-02-26  7025. Nickelodeon, Lucky Charms

2025-02-26  7026. CÃ´ng Ty Æ¯ng HoÃ ng PhÃºc

2025-02-26  7027. GALE Media

2025-02-26  7028. Serra Honda

2025-02-26  7029. Klick - Epic

2025-02-26  7030. All Family Gift, Family Gifts, Coral Luxury US

2025-02-26  7031. Musely

2025-02-26  7032. J Vineyards & Winery

2025-02-26  7033. SoFi

2025-02-26  7034. Tombras

2025-02-26  7035. Absolute AirFlow & Plumbing

2025-02-26  7036. Pandora

2025-02-26  7037. Fritos

2025-02-26  7038. Accelerate FP

2025-02-26  7039. Resolution Agency

2025-02-26  7040. Latched Mama

2025-02-26  7041. Classic Chrysler Dodge Jeep Ram Madison, Gator Chrysler Dodge Jeep Ram, Gary Miller Chrysler Dodge Jeep Ram

2025-02-26  7042. Happy Mammoth

2025-02-26  7043. The Jet-Ski Doctor

2025-02-26  7044. HYFN

2025-02-26  7045. HBO Max Belgium

2025-02-26  7046. Exxon & Mobil Stations

2025-02-26  7047. Purdue Global

2025-02-26  7048. Tusk Strategies

2025-02-26  7049. Shambala

2025-02-26  7050. Gordon McKernan Injury Attorneys

2025-02-26  7051. Bangerhead

2025-02-26  7052. Liberated Brands

2025-02-26  7053. Water Street Music Hall

2025-02-26  7054. Facebook Analytics

2025-02-26  7055. Smarty Social Media

2025-02-26  7056. Toyota Of Glendale, Tustin Toyota

2025-02-26  7057. Flip.shop

2025-02-26  7058. Pltnum

2025-02-26  7059. Relistor® (methylnaltrexone bromide)

2025-02-26  7060. Velawcity

2025-02-26  7061. M+R

2025-02-26  7062. The Lyrical Lemonade Summer Smash Festival

2025-02-26  7063. Nextdoor for Business

2025-02-26  7064. SmartAsset.com

2025-02-26  7065. Conn's HomePlus

2025-02-26  7066. Huggies UK

2025-02-26  7067. Eli Lilly and Company

2025-02-26  7068. MiQ US

2025-02-26  7069. Simpli.fi

2025-02-26  7070. WebMD

2025-02-26  7071. CAVA

2025-02-26  7072. Pourri

2025-02-26  7073. Goodgame Studios

2025-02-26  7074. Coral Luxury US, Family Gifts, All Family Gift

2025-02-26  7075. JM14

2025-02-26  7076. w/Tributary

2025-02-26  7077. Amazon Pets

2025-02-26  7078. Bang Productions Television

2025-02-26  7079. Paramus Chevrolet

2025-02-26  7080. Banggood

2025-02-26  7081. Truth and Love Coaching International

2025-02-26  7082. Goodway Tier 3 Digital

2025-02-26  7083. Parents

2025-02-26  7084. M Booth

2025-02-26  7085. SocialRadar

2025-02-26  7086. STAAR Global

2025-02-26  7087. Entravision Latam - Puerto Rico

2025-02-26  7088. Family Gifts, All Family Gift

2025-02-26  7089. The Fitness Marshall, Vizzy Hard Seltzer

2025-02-26  7090. OfferUp

2025-02-26  7091. Ketone-IQ

2025-02-26  7092. Liquid I.V.

2025-02-26  7093. eBay

2025-02-26  7094. Universal Music Norge

2025-02-26  7095. Publicis Media Luxe

2025-02-26  7096. CubeSmart Self Storage

2025-02-26  7097. Second test personal user page

2025-02-26  7098. Helyx Marketing

2025-02-26  7099. Nutrafol

2025-02-26  7100. T4 Social Media LLC

2025-02-26  7101. Z2 Comics

2025-02-26  7102. Flat Tummy Co

2025-02-26  7103. Summersalt

2025-02-26  7104. The Foxy Hipster

2025-02-26  7105. RODEOHOUSTON

2025-02-26  7106. Vannen Watches

2025-02-26  7107. OMD Panamá

2025-02-26  7108. Handy

2025-02-26  7109. Kore Nutrition

2025-02-26  7110. Big Slap

2025-02-26  7111. Sub Pop Records

2025-02-26  7112. Annapurna Pictures

2025-02-26  7113. The Strategy Group Company

2025-02-26  7114. Dallas Cowboys

2025-02-26  7115. Crossmedia

2025-02-26  7116. Vince Kelvin

2025-02-26  7117. Monqui Presents

2025-02-26  7118. Alex Feather Akimov's Business

2025-02-26  7119. Connected Vivaki

2025-02-26  7120. Aleph Ecuador

2025-02-26  7121. BM5 chay sach 3

2025-02-26  7122. BM 30 MAIL 01

2025-02-26  7123. AARP

2025-02-26  7124. Kash Kick 2

2025-02-26  7125. Room & Board

2025-02-26  7126. Volkswagen of Orland Park

2025-02-26  7127. Volkswagen of West Islip

2025-02-26  7128. Iensun solar energy

2025-02-26  7129. Freeletics

2025-02-26  7130. Basketball Arena, Miniclip, Darts Of Fury, Golf Battle, Football Rivals

2025-02-26  7131. Morgan Fidelity Associates, Inc.

2025-02-26  7132. NBA

2025-02-26  7133. Home Chef

2025-02-26  7134. BEN: Product Brand Intelligence

2025-02-26  7135. GQ Italia

2025-02-26  7136. MRG Live

2025-02-26  7137. zeotap

2025-02-26  7138. Starbucks

2025-02-26  7139. Henry Curtis Ford

2025-02-26  7140. CB Chevrolet in San Luis Obispo

2025-02-26  7141. Bonus Track

2025-02-26  7142. Morris Bart, LLC

2025-02-26  7143. Team BC

2025-02-26  7144. Hairfinity

2025-02-26  7145. UMe Music Team

2025-02-26  7146. Sony Music Austria

2025-02-26  7147. Dil Mil

2025-02-26  7148. Petit Moments

2025-02-26  7149. Black Promoters Collective

2025-02-26  7150. Bombora

2025-02-26  7151. Huntington National Bank

2025-02-26  7152. VS-Ronaldo Silva 1 - bm 5

2025-02-26  7153. Papa Johns Pizza

2025-02-26  7154. Direct Auto Insurance

2025-02-26  7155. Nurses Life

2025-02-26  7156. Pepsi

2025-02-26  7157. Meditation Magazine

2025-02-26  7158. Telenav

2025-02-26  7159. Snow Days

2025-02-26  7160. JJXX

2025-02-26  7161. Duluth Trading Company

2025-02-26  7162. Groupe EPI

2025-02-26  7163. Inner Circle

2025-02-26  7164. T&M Holding

2025-02-26  7165. The 3am Club

2025-02-26  7166. starrising777

2025-02-26  7167. Calvin Klein

2025-02-26  7168. Caddis Sports

2025-02-26  7169. AuDigent

2025-02-26  7170. Warner Music Ireland

2025-02-26  7171. Jill

2025-02-26  7172. Maude

2025-02-26  7173. Mayo Clinic

2025-02-26  7174. Rallye Acura

2025-02-26  7175. Diggerland USA

2025-02-26  7176. Scientia Pet, bSerenePet

2025-02-26  7177. Randy Wise Chevrolet

2025-02-26  7178. Canopy

2025-02-26  7179. JackThreads

2025-02-26  7180. Hallmark Chrysler Dodge Jeep Ram

2025-02-26  7181. UM Detroit

2025-02-26  7182. Great American Pure Flix

2025-02-26  7183. Xoom

2025-02-26  7184. TRUFFLE

2025-02-26  7185. Sony Music Switzerland

2025-02-26  7186. Maestro Dobel Tequila

2025-02-26  7187. CatchyFreebies.com

2025-02-26  7188. All Family Gift, All Family Gifts

2025-02-26  7189. Serra Toyota Birmingham, Serra Toyota of Decatur, Rairdon's Honda of Marysville

2025-02-26  7190. HRD Games, LLC

2025-02-26  7191. TikTok En

2025-02-26  7192. Jeff Wyler Springfield Hyundai

2025-02-26  7193. Miller High Life

2025-02-26  7194. Katherine Kwok FB Biz

2025-02-26  7195. 310 Nutrition

2025-02-26  7196. TivoliVredenburg

2025-02-26  7197. Billings Gazette

2025-02-26  7198. Novartis Clinical Trials

2025-02-26  7199. Snacks.com, Frito-Lay

2025-02-26  7200. Throne Rush

2025-02-26  7201. Rite Aid

2025-02-26  7202. Frankies Bikinis

2025-02-26  7203. Crunchyroll

2025-02-26  7204. Royal Buick GMC of Tucson

2025-02-26  7205. Exchange LA

2025-02-26  7206. ClearOne Advantage, LLC

2025-02-26  7207. Pet Airways

2025-02-26  7208. Chase

2025-02-26  7209. Toms River Mitsubishi

2025-02-26  7210. Torrid

2025-02-26  7211. Ross University School of Veterinary Medicine

2025-02-26  7212. Zynga Inc.

2025-02-26  7213. Quantum Physics

2025-02-26  7214. Nordstrom Rack

2025-02-26  7215. Supercell

2025-02-26  7216. Skillshare

2025-02-26  7217. Percipio Holdings, Inc.

2025-02-26  7218. Valley Vet Supply

2025-02-26  7219. Aero Opco LLC

2025-02-26  7220. The Points Guy

2025-02-26  7221. Dave Cao

2025-02-26  7222. BET

2025-02-26  7223. EVERSANA INTOUCH

2025-02-26  7224. QVC

2025-02-26  7225. Global Leadership Network

2025-02-26  7226. Oregon Ice Cream

2025-02-26  7227. Poppi

2025-02-26  7228. Vizzy Hard Seltzer

2025-02-26  7229. LastPass

2025-02-26  7230. Miracle Toyota of North Augusta

2025-02-26  7231. Paragon Honda

2025-02-26  7232. Classic Kia

2025-02-26  7233. Liniad

2025-02-26  7234. American Management Association

2025-02-26  7235. Affinity Answers

2025-02-26  7236. Lithia Motors

2025-02-26  7237. Magnolia Pictures

2025-02-26  7238. Admixer

2025-02-26  7239. LADbible

2025-02-26  7240. Mindshare Sverige

2025-02-26  7241. Secret Sounds

2025-02-26  7242. Born Again Concerts

2025-02-26  7243. Concord

2025-02-26  7244. Chime

2025-02-26  7245. Anotherland Music

2025-02-26  7246. Starcom UK PUIG

2025-02-26  7247. P&G Professional EspaÃ±a

2025-02-26  7248. Dentsu Digital Italy

2025-02-26  7249. Hylink Digital Solutions

2025-02-26  7250. Invisalign

2025-02-26  7251. Caraway

2025-02-26  7252. Cover FX

2025-02-26  7253. Cozy Earth

2025-02-26  7254. Trafalgar Releasing

2025-02-26  7255. Relatable

2025-02-26  7256. Geologie

2025-02-26  7257. MILLIONS

2025-02-26  7258. RÃ©my Martin

2025-02-26  7259. PacSun

2025-02-26  7260. Coolside Limited

2025-02-26  7261. Team Sports Fanatics, April Jersey Store

2025-02-26  7262. ZEPOSIAÂ® (ozanimod)

2025-02-26  7263. Trendy Butler

2025-02-26  7264. InnovAsian

2025-02-26  7265. Swagbucks

2025-02-26  7266. Quang Khai BM1

2025-02-26  7267. Dennis Eakin Kia, LaFontaine KIA Dearborn

2025-02-26  7268. Rgmntco

2025-02-26  7269. Pier 1

2025-02-26  7270. CVS Pharmacy

2025-02-26  7271. Sanity Skin

2025-02-26  7272. Kawasaki USA

2025-02-26  7273. BMW of Allentown, Circle BMW, BMW of Tenafly, BMW of Turnersville

2025-02-26  7274. Bread Beauty Supply

2025-02-26  7275. Swank A Posh

2025-02-26  7276. David Chevrolet

2025-02-26  7277. CurlMix

2025-02-26  7278. Family Gifts, AFAGift

2025-02-26  7279. CareZone

2025-02-26  7280. Freshpet

2025-02-26  7281. Westerra Credit Union

2025-02-26  7282. Social Fulcrum

2025-02-26  7283. YZ'S Market

2025-02-26  7284. KBMG Data Services Development

2025-02-26  7285. Amazon Music

2025-02-26  7286. RIMOWA

2025-02-26  7287. Verizon

2025-02-26  7288. Live Nation Canada

2025-02-26  7289. Sling TV

2025-02-26  7290. Instagram

2025-02-26  7291. Isha Foundation

2025-02-26  7292. Joom

2025-02-26  7293. SmartPak

2025-02-26  7294. Louisville Democratic Party, House Majority Project

2025-02-26  7295. ZipRecruiter

2025-02-26  7296. WideFoc.us

2025-02-26  7297. Drive with Lyft

2025-02-26  7298. Fresno Lexus

2025-02-26  7299. Aerial Video A to Z

2025-02-26  7300. Univision

2025-02-26  7301. Datonics

2025-02-26  7302. Dragonfly Brands

2025-02-26  7303. Champs Sports

2025-02-26  7304. Coffee Dose

2025-02-26  7305. Inspire Brands

2025-02-26  7306. PayPal

2025-02-26  7307. EMT

2025-02-26  7308. Betfair Interactive US LLC

2025-02-26  7309. ROR Partners

2025-02-26  7310. Warby Parker

2025-02-26  7311. Smile Direct Club

2025-02-26  7312. MissionWired

2025-02-26  7313. Convergence Media

2025-02-26  7314. Meta

2025-02-26  7315. UM Australia

2025-02-26   7316. Bianca Muñiz, Elyse Wellness, Desi Bartlett, Haute House Flower, Paige_Previvor, Phexxi®, Annie Murphy

2025-02-26  7317. WO

2025-02-26  7318. Wayfair

2025-02-26  7319. Fred Haas Toyota World

2025-02-26  7320. Feld Entertainment, Inc.

2025-02-26  7321. DEPT UK

2025-02-26  7322. Nordstrom

2025-02-26  7323. Starcom Sweden AB

2025-02-26  7324. DSplus

2025-02-26  7325. Kardiel

2025-02-26  7326. Intuit TurboTax

2025-02-26  7327. PHD France

2025-02-26  7328. Hong Kong Zoom Interactive Network Marketing Technology Limited

2025-02-26  7329. Ruggable

2025-02-26  7330. Bonneville International

2025-02-26  7331. The Detox Dudes

2025-02-26  7332. Michaels Stores

2025-02-26  7333. GunrockMarketing

2025-02-26  7334. Blueprint Interactive

2025-02-26  7335. Gap Inc

2025-02-26  7336. M&C Saatchi Performance

2025-02-26  7337. Faraday.io

2025-02-26  7338. Socialistics

2025-02-26  7339. Linktree

2025-02-26  7340. Etsy

2025-02-26  7341. Words With Friends

2025-02-26  7342. Initiative

2025-02-26  7343. Bell Ford's Fall Savings Event, Bell Ford

2025-02-26  7344. Vacationvip.com, RODEOHOUSTON

2025-02-26  7345. DDC Testing

2025-02-26  7346. Grubhub

2025-02-26  7347. Wiland Audiences

2025-02-26  7348. Jenkins Nissan

2025-02-26  7349. Zenith USA

2025-02-26  7350. Amazon Alexa

2025-02-26  7351. Katalyst Advantage

2025-02-26  7352. PetSmart

2025-02-26  7353. Dr Pepper Snapple Group

2025-02-26  7354. Otsuka America Pharmaceutical, Inc.

2025-02-26  7355. LinkedIn

2025-02-26  7356. Soundwave Consulting

2025-02-26  7357. All Family Gifts

2025-02-26  7358. Swanson Health

2025-02-26  7359. DraftKings

2025-02-26  7360. Amobee DMP

2025-02-26  7361. Chobani

2025-02-26  7362. BJ's Wholesale Club

2025-02-26  7363. Family Gifts, Coral Luxury US, All Family Gift

2025-02-26  7364. EA - Electronic Arts

2025-02-26  7365. MetLife

2025-02-26  7366. St. Jude Children's Research Hospital

2025-02-26  7367. SmartHeart

2025-02-26  7368. Tostitos

2025-02-26  7369. Greta Boutique

2025-02-26  7370. Pure Honda Ferndale

2025-02-26  7371. Merkle Data Partner

2025-02-26  7372. Croud Ads

2025-02-26  7373. FutureAdvisor

2025-02-26  7374. AirSculpt

2025-02-26  7375. PETERMAYER

2025-02-26  7376. Walmart

2025-02-26  7377. Vescovo Toyota of Las Cruces, Lee Toyota

2025-02-26  7378. Albertsons

2025-02-26  7379. Jeff Wyler Fairfield Kia

2025-02-26  7380. Kinesso Poland

2025-02-26  7381. Ethos Life

2025-02-26  7382. Walt Disney World

2025-02-26  7383. Heartbeat

2025-02-26  7384. Coinbase

2025-02-26  7385. Pinterest Inc

2025-02-26  7386. adidas

2025-02-26  7387. Phathom Pharmaceuticals

2025-02-26  7388. All Family Gift, Coral Luxury US, Family Gifts

2025-02-26  7389. Aegis Media Innov8

2025-02-26  7390. Warner Music Canada

2025-02-26  7391. BOSS

2025-02-26  7392. JBL

2025-02-26  7393. Grupo Axo

2025-02-26  7394. NHL

2025-02-26  7395. Teste 1

2025-02-26  7396. First Avenue & 7th St Entry

2025-02-26  7397. Live Nation UK

2025-02-26  7398. The Bellwether

2025-02-26  7399. the7stars

2025-02-26  7400. Deezer

2025-02-26  7401. Estee Lauder México

2025-02-26  7402. Fun.com

2025-02-26  7403. Tropic of C

2025-02-26  7404. Ark Swimwear

2025-02-26  7405. H&M - Paid Social

2025-02-26  7406. Launchpad INTL

2025-02-26  7407. Aleph Uruguay

2025-02-26  7408. Alexis Ren

2025-02-26  7409. AEG Presents

2025-02-26  7410. BuzzFeed Branded Distribution

2025-02-26  7411. Universal Music Canada

2025-02-26  7412. Tell Your People

2025-02-26  7413. Capital One

2025-02-26  7414. Plein Air

2025-02-26  7415. DefJam

2025-02-26  7416. L.A. Concerts

2025-02-26  7417. Accenture Adaptly Media Clients

2025-02-26  7418. Omnicom Media Group

2025-02-26  7419. PM PUIG

2025-02-26  7420. Garage

2025-02-26  7421. HQ CDM

2025-02-26  7422. Chris Chen

2025-02-26  7423. WITHIN

2025-02-26  7424. The Orchard

2025-02-26  7425. WhatsApp

2025-02-26  7426. Bornlogic

2025-02-26  7427. ×¢×ž×™×ª ×•×•×¨

2025-02-26  7428. Fashion Nova

2025-02-26  7429. EDGE Entertainment Digital

2025-02-26  7430. YinoLinkæ˜è‚

2025-02-26  7431. Sony Music Entertainment

2025-02-26  7432. Gisou

2025-02-26  7433. Influential

2025-02-26  7434. StackSocial

2025-02-26  7435. Ad Insights

2025-02-26  7436. CONVERSE

2025-02-26  7437. Unit 3C

2025-02-26  7438. Noise New Media

2025-02-26  7439. Art Label Studios 2024

2025-02-26  7440. Just Us Skin Care

2025-02-26  7441. IProspect NY

2025-02-26  7442. Interstate Nissan

2025-02-26  7443. NIV Bible

2025-02-26  7444. Campbell Ewald

2025-02-26  7445. MoneyGram

2025-02-26  7446. Sage Dental

2025-02-26  7447. JibJab Catapult

2025-02-26  7448. Bell Canada, Bell Canada (Français)

2025-02-26  7449. Banggood Fashion, Banggood

2025-02-26  7450. Facebook Insertion Orders

2025-02-26  7451. KraftMaid Cabinetry

2025-02-26  7452. iFrog Marketing Solutions

2025-02-26  7453. CMI Media Group and Compas

2025-02-26  7454. Deep Root Analytics

2025-02-26  7455. Factoría Publica

2025-02-26  7456. Omnicom Resolution

2025-02-26  7457. Fb-Ig-Stage

2025-02-26  7458. Limited Edition 204

2025-02-26  7459. Performance Marketing - USD - Spotify AB

2025-02-26  7460. TFO

2025-02-26  7461. Coors Light, Miller Lite

2025-02-26  7462. Adwerx

2025-02-26  7463. We Are Saatchi

2025-02-26  7464. Fairway Buick GMC

2025-02-26  7465. Sold Out Advertising

2025-02-26  7466. Frontier Touring

2025-02-26  7467. Sony Music UK

2025-02-26  7468. discovery+

2025-02-26  7469. PrettyLittleThing

2025-02-26  7470. Heather McMahan

2025-02-26  7471. Publicis_Media_Luxe

2025-02-26  7472. Live Nation Belgium

2025-02-26  7473. Live Nation Sweden

2025-02-26  7474. Kiehl's

2025-02-26  7475. Common Entertainment

2025-02-26  7476. Stuart Weitzman

2025-02-26  7477. L'Oréal Paris

2025-02-26  7478. SupplyX

2025-02-26  7479. Hourglass Cosmetics

2025-02-26  7480. Lerma Agency

2025-02-26  7481. Miami Dolphins

2025-02-26  7482. Sony Music Australia

2025-02-26  7483. Tulster

2025-02-26  7484. Essence

2025-02-26  7485. Decca Records

2025-02-26  7486. Topeka

2025-02-26  7487. P&G Social Global

2025-02-26  7488. The Home Depot

2025-02-26  7489. AutoCruitment

2025-02-26  7490. Intuit QuickBooks

2025-02-26  7491. Illinois Lottery

2025-02-26  7492. Brunner

2025-02-26  7493. Skill Incubator

2025-02-26  7494. PetSmart Charities

2025-02-26  7495. Totspot

2025-02-26  7496. Satullo

2025-02-26  7497. Dollar General

2025-02-26  7498. Kohl's

2025-02-26  7499. Instagram Ad Ops

2025-02-26  7500. TDC Audiences

2025-02-26  7501. Freya - Test Account

2025-02-26  7502. SharkNinja

2025-02-26  7503. Starcom USA

2025-02-26  7504. Coral Luxury US

2025-02-26  7505. American Eagle

2025-02-26  7506. Bluefocus

2025-02-26  7507. NovartisOneÂ²

2025-02-26  7508. Leverate Media

2025-02-26  7509. Macy's

2025-02-26  7510. Hearts & Science

2025-02-26  7511. Lumen Technologies

2025-02-26  7512. BM 01002

2025-02-26  7513. Wiland Data Tactics

2025-02-26  7514. MPP Business test account

2025-02-26  7515. PMG

2025-02-26  7516. Conill Advertising

2025-02-26  7517. Coral Luxury US, All Family Gift

2025-02-26  7518. DSW Designer Shoe Warehouse

2025-02-26  7519. Craftsy

2025-02-26  7520. Savannah Bee Company

2025-02-26  7521. Cash App

2025-02-26  7522. FanDuel

2025-02-26  7523. Synchrony

2025-02-26  7524. TargetSmart

2025-02-26  7525. Jackson Hewitt

2025-02-26  7526. BM 07

2025-02-26  7527. Cleo

2025-02-26  7528. David Stuebe's Business

2025-02-26  7529. Huggies

2025-02-26  7530. GEICO

2025-02-26  7531. Outback Presents

2025-02-26  7532. Michael Kors

2025-02-26  7533. UM NY

2025-02-26  7534. Solved

2025-02-26  7535. Bobo's Oat Bars

2025-02-26  7536. Postmates

2025-02-26  7537. Clarins

2025-02-26  7538. Discover

2025-02-26  7539. 22squared

2025-02-26  7540. Operam Inc

2025-02-26  7541. Wiland Data Targeting

2025-02-26  7542. Sundays

2025-02-26  7543. Happy Family Organics

2025-02-26  7544. Reality Labs

2025-02-26  7545. Acxiom

2025-02-26  7546. J3

2025-02-26  7547. American Kidney Fund

2025-02-26  7548. Oracle Data Cloud CA

2025-02-26  7549. Spark Foundry USA

2025-02-26  7550. Allergan BIOCELL

2025-02-26  7551. Eggland's Best Eggs

2025-02-26  7552. OMD USA

2025-02-26  7553. WMX

2025-02-26  7554. DoorDash

2025-02-26  7555. Foursquare City Guide

2025-02-26  7556. Amazon.com

2025-02-26  7557. X-VIN

2025-02-26  7558. Brand survey

2025-02-26  7559. Test Page

2025-02-26  7560. Nielsen Marketing Cloud

2025-02-26  7561. MODCo T2

2025-02-26  7562. LiveRamp

2025-02-26  7563. Tanrevel

2025-02-26  7564. Allstate

2025-02-26  7565. Mindshare USA

2025-02-26  7566. Ulta Beauty

2025-02-26  7567. Xfinity

2025-02-26  7568. L'ange

2025-02-26  7569. Uber

2025-02-26  7570. Rent. Solutions

2025-02-26  7571. VaynerMedia

2025-02-26  7572. 8 Ball Pool

2025-02-26  7573. Drive Toyota

2025-02-26  7574. Walmart.com

2025-02-26  7575. All Family Gift

2025-02-26  7576. Launchpad Ignite

2025-02-26  7577. Spark Foundry

2025-02-26  7578. Butler/Till

2025-02-26  7579. Rezonate Media

2025-02-26  7580. Epsilon Audience Data Provider

2025-02-26  7581. Slynd® (drospirenone)

2025-02-26  7582. Nexters

2025-02-26  7583. Experian Marketing Services - Audiences

2025-02-26  7584. Winn-Dixie

2025-02-26  7585. Target

2025-02-26  7586. BM A12

2025-02-26  7587. TruDiagnostic

2025-02-26  7588. Zales

2025-02-26  7589. HMI Social

2025-02-26  7590. eBay.co.uk

2025-02-26  7591. Insomniac Events

2025-02-26  7592. Wake Research

2025-02-26  7593. Bumble

2025-02-26  7594. LocaliQ

2025-02-26  7595. No Limit Entertainment

2025-02-26  7596. Gupta Media

2025-02-26  7597. Universal Music Brasil

2025-02-26  7598. Rothy's

2025-02-26  7599. UMusic Australia

2025-02-26  7600. æ ªå¼•ä¼šç¤¾ãƒ¡ãƒ‡ã‚£ãƒ•ã‚¯ã‚¹ã,¹_2

2025-02-26  7601. wavo.me

2025-02-26  7602. Martell

2025-02-26  7603. Another Planet Entertainment

2025-02-26  7604. Sony Electronics

2025-02-26  7605. Fused - Universal Music

2025-02-26  7606. NA-KD.com

2025-02-26  7607. Universal Music Sweden

2025-02-26  7608. GroupM

2025-02-26  7609. Edikted

2025-02-26  7610. Greenhouse Talent NL

2025-02-26  7611. ThredUp

2025-02-26  7612. Maelys Cosmetics

2025-02-26  7613. La Roche-Posay

2025-02-26  7614. Labelium Australia and New Zealand

2025-02-26  7615. Sony Rewards

2025-02-26  7616. Alfred A. Knopf

2025-02-26  7617. Alya Skin Australia

2025-02-26  7618. GETmusic

2025-02-26  7619. Rescue: The Behavior Change Agency

2025-02-26  7620. Agh sdef

2025-02-26  7621. Nissan of Omaha

2025-02-26  7622. Marvel Puzzle Quest

2025-02-26  7623. Planet Fitness

2025-02-26  7624. Reprise ES

2025-02-26  7625. Anderson Martin

2025-02-26  7626. Fiverr

2025-02-26  7627. Vunzige Deuntjes

2025-02-26  7628. Backstreetmerch.com

2025-02-26  7629. The Assembly Music

2025-02-26  7630. HolStrength

2025-02-26  7631. Dentsu X UK

2025-02-26  7632. Warner Music Sweden

2025-02-26  7633. Sony Music Germany

2025-02-26  7634. Starcom Denmark

2025-02-26  7635. Fiehrer Buick GMC

2025-02-26  7636. WMcCann RJ

2025-02-26  7637. Glossier

2025-02-26  7638. Call of Duty

2025-02-26  7639. Universal Music Switzerland

2025-02-26  7640. GroupM Danmark

2025-02-26  7641. Condã© Nast

2025-02-26  7642. BluFish

2025-02-26  7643. Kroger

2025-02-26  7644. HealixGlobal

2025-02-26  7645. Decoded Advertising

2025-02-26  7646. Intuit Credit Karma

2025-02-26  7647. LaFontaine KIA Dearborn, Dennis Eakin Kia, Toms River Mitsubishi

2025-02-26  7648. Purple Media

2025-02-26  7649. For Rodriguez &

2025-02-26  7650. Resolution Media

2025-02-26  7651. Mazda USA

2025-02-26  7652. We Play

2025-02-26  7653. Lime

2025-02-26  7654. Seychelle Media

2025-02-26  7655. Initiative Wellness

2025-02-26  7656. Spring Creek Group

2025-02-26  7657. Neustar FB Syndication

2025-02-26  7658. VOX Global

2025-02-26  7659. Good Apple

2025-02-26  7660. T-Mobile

2025-02-26  7661. PushSpring

2025-02-26  7662. Learning A-Z

2025-02-26  7663. Walgreens

2025-02-26  7664. Team One USA

2025-02-26  7665. UM APAC

2025-02-26  7666. Wix

2025-02-26  7667. Touch of Modern

2025-02-26  7668. Meta for Business

2025-02-26  7669. Sojern

2025-02-26  7670. Vodafone Group

2025-02-26  7671. VET Tv- Veteran Television

2025-02-26  7672. EMI Records

2025-02-26  7673. Family Gifts 5

2025-02-26  7674. Barstool Sports

2025-02-26  7675. Marc Jacobs

2025-02-26  7676. bubly

2025-02-26  7677. Real Chemistry

2025-02-26  7678. Spotify

2025-02-26  7679. Klick - Edge

2025-02-26  7680. Amplifon Group

2025-02-26  7681. All Family Gift, Coral Luxury US

2025-02-26  7682. 4C

2025-02-26  7683. Boarderie

2025-02-26  7684. MullenLowe U.S.

2025-02-26  7685. Progressive

2025-02-26  7686. VIN AMP, 2Mazda, Apple Sport Imports, Dealer OMG

2025-02-26  7687. Foot Locker

2025-02-26  7688. Eyeota

2025-02-26  7689. Elevation, Ltd.

2025-02-26  7690. Evony - The King's Return

2025-02-26  7691. Merkle Incorporated

2025-02-26  7692. Coors Light

2025-02-26  7693. Data unavailable

2025-02-26  7694. UM Canada

2025-02-26  7695. Bell Media

2025-02-26  7696. Cure Media

2025-02-26  7697. Universal Music Colombia

2025-02-26  7698. Anthropologie

2025-02-26  7699. Goldenvoice

2025-02-26  7700. noatishby

2025-02-26  7701. Universal Music France

2025-02-26  7702. Bruckner Yaar Levi

2025-02-26  7703. Wavemaker-NZ Loreal

2025-02-26  7704. Sony Music Italy

2025-02-26  7705. Warner Music France

2025-02-26  7706. Miller's Ale House

2025-02-26  7707. Empower

2025-02-26  7708. Topsify

2025-02-26  7709. Function of Beauty

2025-02-26  7710. Tommy Hilfiger

2025-02-26  7711. Destroy All Lines

2025-02-26  7712. Infectious Music

2025-02-26  7713. Hulu

2025-02-26  7714. Helix Sleep

2025-02-26  7715. Digital Tading Desk

2025-02-26  7716. Omnilife

2025-02-26  7717. Louis Vuitton

2025-02-26  7718. Guinness

2025-02-26  7719. Universal Music Legends

2025-02-26  7720. ASUS

2025-02-26  7721. OCESA Personal

2025-02-26  7722. Florida Credit Union

2025-02-26  7723. Yallie K Enterprises LLC

2025-02-26  7724. Matterkind US

2025-02-26  7725. Social

2025-02-26  7726. Reaction Presents

2025-02-26  7727. Elementary Innovation Pte. Ltd.

2025-02-26  7728. Captain

2025-02-26  7729. ZenithOptimedia Thailand

2025-02-26  7730. Corro

2025-02-26  7731. The Rave / Eagles Club

2025-02-26  7732. Bones Coffee Company

2025-02-26  7733. Preflect Ads

2025-02-26  7734. Indipendente Concerti

2025-02-26  7735. Best Videos

2025-02-26  7736. Warner Music Norway

2025-02-26  7737. Universal Music Danmark

2025-02-26  7738. Sony Music Poland

2025-02-26  7739. Dentsu Greece

2025-02-26  7740. IZEA Worldwide, Inc.

2025-02-26  7741. Sony Music Netherlands

2025-02-26  7742. Aleph - Costa Rica

2025-02-26  7743. i.am.gia

2025-02-26  7744. Bravado

2025-02-26  7745. Limelight Belfast

2025-02-26  7746. LIVE NATION ES

2025-02-26  7747. Resolve

2025-02-26  7748. OnlyFans

2025-02-26  7749. IProspect Fort Worth

2025-02-26  7750. OMD Entertainment

2025-02-26  7751. COS

2025-02-26  7752. Harper's Bazaar

2025-02-26  7753. Universal Music Latino

2025-02-26  7754. Republic NOLA

2025-02-26  7755. Loma Vista Recordings

2025-02-26  7756. AEG Presents Asia

2025-02-26  7757. Karsten Jahnke Konzerte

2025-02-26  7758. Adult Swim

2025-02-26  7759. amelieteje

2025-02-26  7760. Hyperice

2025-02-26  7761. Digital House

2025-02-26  7762. Match

2025-02-26  7763. Sweed

2025-02-26  7764. We are mitÃº

2025-02-26  7765. Universal Music MÃ©xico

2025-02-26  7766. Disney

2025-02-26  7767. Warner Music Singapore

2025-02-26  7768. Socialyse Adm FR

2025-02-26  7769. The Goat Agency

2025-02-26  7770. MOJO

2025-02-26  7771. Polydor

2025-02-26  7772. Funny or Not

2025-02-26  7773. APM Monaco

2025-02-26  7774. AbbVie

2025-02-26  7775. Lincoln Hall + Schubas

2025-02-26  7776. Sony Music France

2025-02-26  7777. MC2 LIVE

2025-02-26  7778. Rareform

2025-02-26  7779. Cuffe & Taylor

2025-02-26  7780. Arising Empire

2025-02-26  7781. AEG Presents France

2025-02-26  7782. grownbrilliance

2025-02-26  7783. RTIC Outdoors

2025-02-26  7784. Vogue France

2025-02-26  7785. Shopify New York

2025-02-26  7786. Wonderfront Festival

2025-02-26  7787. ThinkSwell

2025-02-26  7788. Hearst Television

2025-02-26  7789. Maybelline New York

2025-02-26  7790. Warner Music Austria

2025-02-26  7791. Delivery Hero

2025-02-26  7792. Collectiv Presents

2025-02-26  7793. Ranker 2

2025-02-26  7794. L'Oréal Suisse

2025-02-26  7795. White Claw

2025-02-26  7796. CreditCards.com

2025-02-26  7797. Kanvas

2025-02-26  7798. Quora

2025-02-26  7799. Activision Mobile

2025-02-26  7800. TopTier Trader

2025-02-26  7801. CM Games

2025-02-26  7802. Ourisman Chevrolet of Rockville, Todd Wenzel Chevrolet of Hudsonville

2025-02-26  7803. Ideal Coverings

2025-02-26  7804. Car Price Secrets

2025-02-26  7805. Finish Line

2025-02-26  7806. Bai

2025-02-26  7807. The Vintage Pearl

2025-02-26  7808. Angler AI

2025-02-26  7809. Spotify LATAM BM

2025-02-26  7810. Givebutter

2025-02-26  7811. Dermaclara

2025-02-26  7812. The Christian Broadcasting Network

2025-02-26  7813. Facebook

2025-02-26  7814. Sephora

2025-02-26  7815. Slime Obsidian

2025-02-26  7816. Immerse Agency, LLC

2025-02-26  7817. Boston Comedy Festival

2025-02-26  7818. BerlinRosen

2025-02-26  7819. Progress Rum

2025-02-26  7820. Secret Entourage

2025-02-26  7821. ViiV Healthcare

2025-02-26  7822. Sunset Ford

2025-02-26  7823. Sony Music Spain

2025-02-26  7824. Best Buy

2025-02-26  7825. Tropical Bros

2025-02-26  7826. factory 54

2025-02-26  7827. EntravisiÃ³n PanamÃ¡

2025-02-26  7828. VarleyClothing

2025-02-26  7829. Data Axle USA

2025-02-26  7830. Genentech

2025-02-26  7831. Makeup.com by L'Oreal

2025-02-26  7832. Life.Church

2025-02-26  7833. MethodGroupe

2025-02-26  7834. Trans-System, Inc.

2025-02-26  7835. Gorgie

2025-02-26  7836. FB App

2025-02-26  7837. Hint

2025-02-26  7838. Dr. Squatch

2025-02-26  7839. Big Concerts

2025-02-26  7840. JSHealth

2025-02-26  7841. Dea Kudibal

2025-02-26  7842. Electric Promotions

2025-02-26  7843. The Relationship School

2025-02-26  7844. Miniclip

2025-02-26  7845. Moon Active

2025-02-26  7846. Universal Music Deutschland

2025-02-26  7847. Cooking Vinyl

2025-02-26  7848. Warner Music Poland

2025-02-26  7849. Knitting Factory Entertainment

2025-02-26  7850. De Helling

2025-02-26  7851. Kitbag

2025-02-26  7852. Notion Live Events

2025-02-26  7853. Captiv8

2025-02-26  7854. NEUW Denim

2025-02-26  7855. MyMuse

2025-02-26  7856. Selfie Leslie

2025-02-26  7857. 9:30 Club

2025-02-26  7858. Universal Music Group: Global Digital Marketing

2025-02-26  7859. Calvin Klein GCC

2025-02-26  7860. Bonefish Grill

2025-02-26  7861. Typology

2025-02-26  7862. Universal Music Romania

2025-02-26  7863. Edelman Digital NYC

2025-02-26  7864. Guardian Childcare & Education

2025-02-26  7865. Cardon

2025-02-26  7866. Triple G Events

2025-02-26  7867. umusic NZ

2025-02-26  7868. ASW Group

2025-02-26  7869. Gina Tricot

2025-02-26  7870. Accelerated Intelligence Ltd

2025-02-26  7871. Mediaplus Hamburg GmbH & Co. KG

2025-02-26  7872. Brilliant Earth

2025-02-26  7873. myQ

2025-02-26  7874. ZenithOptimedia Portugal

2025-02-26  7875. moveconcertsarg

2025-02-26  7876. Lounge Underwear

2025-02-26  7877. Carat USA

2025-02-26  7878. The KISS Marketing Agency

2025-02-26  7879. AEG Presents - Media

2025-02-26  7880. iRESTORE Hair Growth System

2025-02-26  7881. Blavity

2025-02-26  7882. L'atelier TW

2025-02-26  7883. FB Only SMB Channel Test Page

2025-02-26  7884. TEG DAINTY

2025-02-26  7885. APRILSKIN ì—•ì•´í'„ë¦¬ìŠ¤í¡¨

2025-02-26  7886. On

2025-02-26  7887. Live Nation France

2025-02-26  7888. ManebÃ

2025-02-26  7889. Live Nation Denmark

2025-02-26  7890. aim'n

2025-02-26  7891. HarperCollins

2025-02-26  7892. CNN Digital - Audience Dev

2025-02-26  7893. Functional Care

2025-02-26  7894. Victoria Warehouse

2025-02-26  7895. Sparkart Group, Inc.

2025-02-26  7896. Aleph - Dominican Republic

2025-02-26  7897. Universal Music Malaysia

2025-02-26  7898. Simplyk BÃ©nÃ©volat

2025-02-26  7899. Thirdwave

2025-02-26  7900. Mazda CX5 22

2025-02-26  7901. King Soopers, Kroger, Dillons, Ralphs, Gerbes, QFC, Fred Meyer, City Market, Fry's Food Stores, Bakers, Pick 'n Save, Smith's Food and Drug Stores

2025-02-26  7902. wellrestedweeones

2025-02-26  7903. Serra Hyundai

2025-02-26  7904. Bridg Channel

2025-02-26  7905. truth

2025-02-26  7906. #ficafit

2025-02-26  7907. Grant Cardone

2025-02-26  7908. Warner Bros. Games

2025-02-26  7909. Universal Orlando Resort

2025-02-26  7910. Puzzmo

2025-02-26  7911. Brand Polling

2025-02-26  7912. PBS

2025-02-26  7913. SUGARED + BRONZED

2025-02-26  7914. SimpleReach Inc

2025-02-26  7915. ZitSticka

2025-02-26  7916. CrossInstall

2025-02-26  7917. BobbyParrish

2025-02-26  7918. WS NA

2025-02-26  7919. Tres Colori Jewelry

2025-02-26  7920. Eulerity

2025-02-26  7921. Publix

2025-02-26  7922. Listerine

2025-02-26  7923. Hagerty

2025-02-26  7924. Q Link Wireless

2025-02-26  7925. THIRD EAR

2025-02-26  7926. Miniclip, Darts Of Fury

2025-02-26  7927. Burson Global

2025-02-26  7928. GCommerce

2025-02-26  7929. Zimmerman Advertising

2025-02-26  7930. Starcom USA, Best Buy

2025-02-26  7931. I-95 Nissan

2025-02-26  7932. BoostMobile - New/Post-Harmony

2025-02-26  7933. Dragon Mania Legends

2025-02-26  7934. ACTwireless

2025-02-26  7935. Scheels

2025-02-26  7936. Climate Reality Action Fund, Bill Conway, MN vs Trump, Councilman Johnny G. Farias

2025-02-26  7937. Smith Micro Software

2025-02-26  7938. Happify by Twill

2025-02-26  7939. Affordable Dentures & Implants

2025-02-26  7940. KeepGoing First Aid

2025-02-26  7941. FabFitFun

2025-02-26  7942. Adrian Duncan

2025-02-26  7943. Jeff Wyler Eastgate Chrysler Dodge Jeep Ram

2025-02-26  7944. Uber Eats

2025-02-26  7945. Forward Media Argentina

2025-02-26  7946. Open Influence

2025-02-26  7947. Interactive Avenues

2025-02-26  7948. Microsoft Customer Insights Center

2025-02-26  7949. Ford Motor Company

2025-02-26  7950. Adobe

2025-02-26  7951. Fingerhut

2025-02-26  7952. PreciseTarget

2025-02-26  7953. Coach

2025-02-26  7954. The Gatorade Company

2025-02-26  7955. Collections Etc

2025-02-26  7956. Holding Page

2025-02-26  7957. Kent Clothier

2025-02-26  7958. Active International

2025-02-26  7959. AdParlor

2025-02-26  7960. Wyze

2025-02-26  7961. UM MENA

2025-02-26  7962. Rally For Rivers - Cauvery Calling, Isha Foundation, Sadhguru Hindi, Sadhguru

2025-02-26  7963. Airbnb, Airbnb ï¼ˆã‚¨ã,¢ãƒ°ãƒ¼ã,¢ãƒ³ãƒ‰ãƒ°ãƒ¼ï¼‰

2025-02-26  7964. iProspect Detroit

2025-02-26  7965. Rakuten

2025-02-26  7966. Novartis

2025-02-26  7967. Brand Networks

2025-02-26  7968. Unicorn Innovations

2025-02-26  7969. Angus Media

2025-02-26  7970. Giant Partners

2025-02-26  7971. Search Influence

2025-02-26  7972. Zillow

2025-02-26  7973. JXM

2025-02-26  7974. We are Rodriguez

2025-02-26  7975. Fingerpaint

2025-02-26  7976. Dr. Livingood

2025-02-26  7977. Daygame

2025-02-26  7978. KURU Footwear

2025-02-26  7979. Checkout 51

2025-02-26  7980. BrandMuscle - etatslla

2025-02-26  7981. Leif Johnson

2025-02-26  7982. WBCI

2025-02-26  7983. Ads Preview Workaround

2025-02-26  7984. SBX Proxy

2025-02-26  7985. Capacity Interactive - Digital Marketing Consulting for the Arts

2025-02-26  7986. EMEA

2025-02-26  7987. Airbnb

2025-02-26  7988. Masters of Balayage

2025-02-26  7989. JCPenney

2025-02-26  7990. Multitud Digital

2025-02-26  7991. iHeartDogs

2025-02-26  7992. AR Homes by Arthur Rutenberg

2025-02-26  7993. Infusion Marketing Group

2025-02-26  7994. Lowe's Home Improvement

2025-02-26  7995. TruSignal

2025-02-26  7996. Bob Hannon Consulting

2025-02-26  7997. RenÃ© Furterer

2025-02-26  7998. Cracker Barrel Old Country Store

2025-02-26  7999. Crowd Control Digital

2025-02-26  8000. LSU AgCenter Botanic Gardens

2025-02-26  8001. L'OrÃ©al Chile

2025-02-26  8002. fource.cz

2025-02-26  8003. Elicit Music

2025-02-26  8004. Strawberries & Creem

2025-02-26  8005. Monarch

2025-02-26  8006. Melkweg Amsterdam

2025-02-26  8007. 1000heads - US Office

2025-02-26  8008. IPSY

2025-02-26  8009. Kurt Geiger

2025-02-26  8010. Called

2025-02-26  8011. Eva Rankinï¿½

2025-02-26  8012. Filtr

2025-02-26  8013. FOX Sports

2025-02-26  8014. Zenith - PGD

2025-02-26  8015. Live Nation Concerts

2025-02-26  8016. Victoria Justice

2025-02-26  8017. Live Nation Alabama & Mississippi

2025-02-26  8018. North Coast Music Festival

2025-02-26  8019. Republic Records

2025-02-26  8020. REVOLVE

2025-02-26  8021. Twillory

2025-02-26  8022. CCI æ ªâ¼•ä¼šç¤¾cartacommunications

2025-02-26  8023. L'OrÃ©al Group

2025-02-26  8024. Quarterlab

2025-02-26  8025. Ruffles

2025-02-26  8026. Smashbox Cosmetics

2025-02-26  8027. Veltrac Music

2025-02-26  8028. Papinelle Sleepwear

2025-02-26  8029. Red Digital

2025-02-26  8030. Wavemaker Malaysia

2025-02-26  8031. Summerfest

2025-02-26  8032. Aleph - Panama

2025-02-26  8033. Mattress Firm

2025-02-26  8034. American Sporstwear, S.A.

2025-02-26  8035. Universal Music Austria

2025-02-26  8036. Tort Group

2025-02-26  8037. Warner Music Africa

2025-02-26  8038. Integral Strength

2025-02-26  8039. Entertainment on Facebook

2025-02-26  8040. ZenithMedia Germany

2025-02-26  8041. For Wellness

2025-02-26  8042. Unilever Philippines

2025-02-26  8043. BIG IDEA GROUP

2025-02-26  8044. Test

2025-02-26  8045. CharityStars

2025-02-26  8046. SOSHE Beauty

2025-02-26  8047. Global Health on Facebook

2025-02-26  8048. SkinnyDipped

2025-02-26  8049. Ghostwriter Consultancy & Events

2025-02-26  8050. Swimply

2025-02-26  8051. Bolster

2025-02-26  8052. Jonathan Budd, Powur

2025-02-26  8053. CSR Racing

2025-02-26  8054. Stacy's Pita Chips

2025-02-26  8055. Amazon Home

2025-02-26  8056. 360i

2025-02-26  8057. Casely

2025-02-26  8058. Hilton Newsroom

2025-02-26  8059. 223 - Droga 5

2025-02-26  8060. Center

2025-02-26  8061. Prime Student

2025-02-26  8062. DISH

2025-02-26  8063. BSN

2025-02-26  8064. Fabian Ramirez

2025-02-26  8065. Hyperion Financial Group

2025-02-26  8066. Square

2025-02-26  8067. Media Plus+

2025-02-26  8068. Wallapop

2025-02-26  8069. DeepSync Labs

2025-02-26  8070. Test For Pixel

2025-02-26  8071. Olipop

2025-02-26  8072. CoxNext

2025-02-26  8073. Current

2025-02-26  8074. Voiply

2025-02-26  8075. The Ridge

2025-02-26  8076. Interscope Records

2025-02-26  8077. Digitas North America

2025-02-26  8078. Meetsocial HK Digital Marketing Co.ï¼Œltd-1

2025-02-26  8079. E! News

2025-02-26  8080. eHealth

2025-02-26  8081. Premiere Speakers Bureau

2025-02-26  8082. Reprise Chile

2025-02-26  8083. Glamnetic

2025-02-26  8084. Live Nation Italia

2025-02-26  8085. Vuori

2025-02-26  8086. Havas Media

2025-02-26  8087. JustFab

2025-02-26  8088. æ ªå¼•ä¼šç¤¾ã,ªã,¾ãƒ³ãƒ•ãƒƒãƒˆãƒ¯ãƒ¼ãƒ¼ã,¯

2025-02-26  8089. L'atelier HK

2025-02-26  8090. Alo Yoga

2025-02-26  8091. Reprise Media MÃ©xico

2025-02-26  8092. LES VISIONNAIRES

2025-02-26  8093. Climb

2025-02-26  8094. Carmichael Lynch

2025-02-26  8095. BroBible

2025-02-26  8096. Diverse Media New Zealand

2025-02-26  8097. Garnier Colombia

2025-02-25  8098. Edelman DC

2025-02-25  8099. Skillshare

2025-02-25  8100. VIN AMP, 2Mazda, Apple Sport Imports, Dealer OMG

2025-02-25  8101. The QYOU

2025-02-25  8102. Garnier Colombia

2025-02-25  8103. Blogger: Isaac Saenz

2025-02-25  8104. Dojo

2025-02-25  8105. VarleyClothing

2025-02-25  8106. Aleph - Dominican Republic

2025-02-25  8107. PlayStation

2025-02-25  8108. Hearst Television

2025-02-25  8109. On

2025-02-25  8110. Scentiment

2025-02-25  8111. Radius Chicago

2025-02-25  8112. Motorola

2025-02-25  8113. Croud Ads

2025-02-25  8114. Oregon Ice Cream

2025-02-25  8115. Sentara Health

2025-02-25  8116. XIFAXANÂ® (rifaximin) 550 mg tablets

2025-02-25  8117. Apalon

2025-02-25  8118. Seiza

2025-02-25  8119. EA - Electronic Arts

2025-02-25  8120. Action Network

2025-02-25  8121. Dea Kudibal

2025-02-25  8122. Publicis_Media_Luxe

2025-02-25  8123. Skill Incubator

2025-02-25  8124. Culture Pop

2025-02-25  8125. Forma Pilates

2025-02-25  8126. 310 Nutrition

2025-02-25  8127. Live Nation Italia

2025-02-25  8128. af_drinks

2025-02-25  8129. Annapurna Pictures

2025-02-25  8130. Geologie

2025-02-25  8131. Capitol Music Group

2025-02-25  8132. Rareform

2025-02-25  8133. Electric Promotions

2025-02-25  8134. Sony Music France

2025-02-25  8135. Bonus Track

2025-02-25  8136. swayhairextensions

2025-02-25  8137. HMS Global - GBP

2025-02-25  8138. Coca-Cola Philippines

2025-02-25  8139. Mic Drop Comedy

2025-02-25  8140. Zenithoptimedia Taiwan

2025-02-25  8141. Code3

2025-02-25  8142. Integral Strength

2025-02-25  8143. Gupta Media Holdings, LLC

2025-02-25  8144. Absolute Merch

2025-02-25  8145. Accelerated Intelligence Ltd

2025-02-25  8146. Cortica

2025-02-25  8147. Research Study Rockstar

2025-02-25  8148. Anthropologie

2025-02-25  8149. Warner Music Singapore

2025-02-25  8150. ASUS

2025-02-25  8151. Caddis Sports

2025-02-25  8152. OMD Entertainment

2025-02-25  8153. AEG Presents France

2025-02-25  8154. MEC Italia

2025-02-25  8155. Telenav

2025-02-25  8156. Xoom

2025-02-25  8157. Starcom Sweden AB

2025-02-25  8158. Typology

2025-02-25  8159. SoFi

2025-02-25  8160. TFO

2025-02-25  8161. KBMG Data Services Development

2025-02-25  8162. LinkedIn

2025-02-25  8163. ZipRecruiter

2025-02-25  8164. The Jet-Ski Doctor

2025-02-25  8165. Mars United Commerce

2025-02-25  8166. Rallye Acura

2025-02-25  8167. 100130874778177

2025-02-25  8168. Mediaplus Hamburg GmbH & Co. KG

2025-02-25  8169. Elementary Innovation Pte. Ltd.

2025-02-25  8170. Guardian Childcare & Education

2025-02-25  8171. Audience Town

2025-02-25  8172. BroBible

2025-02-25  8173. InnovAsian

2025-02-25  8174. Gameloft

2025-02-25  8175. BM A12

2025-02-25  8176. Lithia Motors

2025-02-25  8177. Verizon

2025-02-25  8178. Nguyen Thi Hai Yen

2025-02-25  8179. GALE Media

2025-02-25  8180. TIBBS & BONES

2025-02-25  8181. Guinness

2025-02-25  8182. Social

2025-02-25  8183. Marvel Puzzle Quest

2025-02-25  8184. Island Records

2025-02-25  8185. Oceansapart Global

2025-02-25  8186. Kawasaki USA

2025-02-25  8187. Possible

2025-02-25  8188. Bell Ford's Fall Savings Event, Bell Ford

2025-02-25  8189. Amazon Basics, Amazon Alexa, Amazon Fashion

2025-02-25  8190. Finish Line

2025-02-25  8191. Ideal Coverings

2025-02-25  8192. Afrobeats Central

2025-02-25  8193. Penguin EspaÃ±a

2025-02-25  8194. Monarch

2025-02-25  8195. 1-800 Contacts

2025-02-25  8196. Vizzy Hard Seltzer

2025-02-25  8197. Sony Music Switzerland

2025-02-25  8198. Infusion Marketing Group

2025-02-25  8199. Listerine

2025-02-25  8200. Dee-1

2025-02-25  8201. Barstool Sports

2025-02-25  8202. The Relationship School

2025-02-25  8203. Trials World

2025-02-25  8204. Limited Edition 204

2025-02-25  8205. The Lyrical Lemonade Summer Smash Festival

2025-02-25  8206. Alex Azra

2025-02-25  8207. Wayfair

2025-02-25  8208. BM5 chay sach 3

2025-02-25  8209. Blue 449

2025-02-25  8210. KeepGoing First Aid

2025-02-25  8211. Miniclip

2025-02-25  8212. Shopify

2025-02-25  8213. Zynga Inc.

2025-02-25  8214. Russ Darrow Kia of Madison, Russ Darrow Kia of Wauwatosa

2025-02-25  8215. Leif Johnson

2025-02-25  8216. CurlMix

2025-02-25  8217. Brunner

2025-02-25  8218. Rebecca Zung

2025-02-25  8219. Lay's

2025-02-25  8220. BJ's Wholesale Club

2025-02-25  8221. PHD France

2025-02-25  8222. Miracle Toyota of North Augusta

2025-02-25  8223. Crunchyroll

2025-02-25  8224. Amazon Alexa

2025-02-25  8225. JBL

2025-02-25  8226. Unilever Canada

2025-02-25  8227. Tell Your People

2025-02-25  8228. Ad Insights

2025-02-25  8229. Bobo's Oat Bars

2025-02-25  8230. SmartPak

2025-02-25  8231. Airbnb

2025-02-25  8232. Eli Lilly and Company

2025-02-25  8233. Lending Store

2025-02-25  8234. HBO Max Belgium

2025-02-25  8235. Happy Mammoth

2025-02-25  8236. Warner Music Sweden

2025-02-25  8237. Water Street Music Hall

2025-02-25  8238. Martell

2025-02-25  8239. Performics Test Page

2025-02-25  8240. Mastercard

2025-02-25  8241. Fingerpaint Saratoga

2025-02-25  8242. Old Navy

2025-02-25  8243. United Influencers

2025-02-25  8244. ThredUp

2025-02-25  8245. Gordon McKernan Injury Attorneys

2025-02-25  8246. PBS

2025-02-25  8247. American Management Association

2025-02-25  8248. L'atelier HK

2025-02-25  8249. truth

2025-02-25  8250. Lithia Hyundai of Reno

2025-02-25  8251. Entravision Latam - Puerto Rico

2025-02-25  8252. Canopy

2025-02-25  8253. Facebook Insertion Orders

2025-02-25  8254. The Ford Store San Leandro

2025-02-25  8255. Sleepgram

2025-02-25  8256. Call of Duty

2025-02-25  8257. Family Gifts, AFAGift

2025-02-25  8258. Tim Short Ford of La Follette

2025-02-25  8259. Edelman West

2025-02-25  8260. Forward Media Argentina

2025-02-25  8261. WPS Health Insurance - Health Plan

2025-02-25  8262. BobbyParrish

2025-02-25  8263. Lerma Agency

2025-02-25  8264. Henry Curtis Ford

2025-02-25  8265. Mindshare Sverige

2025-02-25  8266. FRAME

2025-02-25  8267. Harvest Hill Beverage Company

2025-02-25  8268. LocaliQ

2025-02-25  8269. Zondervan Books

2025-02-25  8270. Wmg gps adx

2025-02-25  8271. Adrian Duncan

2025-02-25  8272. Fiverr

2025-02-25  8273. CrossInstall

2025-02-25  8274. Rogue Fitness

2025-02-25  8275. Trunk Club

2025-02-25  8276. Instacart

2025-02-25  8277. Hallmark Chrysler Dodge Jeep Ram

2025-02-25  8278. VOX Global

2025-02-25  8279. 223 - Droga 5

2025-02-25  8280. Throne Rush

2025-02-25  8281. Friends At Work

2025-02-25  8282. P2 Public Affairs

2025-02-25  8283. VS-Ronaldo Silva 1 - bm 5

2025-02-25  8284. Nurses Life

2025-02-25  8285. Eulerity

2025-02-25  8286. Etsy

2025-02-25  8287. Webpals Mobile

2025-02-25  8288. Ross University School of Veterinary Medicine

2025-02-25  8289. Freeletics

2025-02-25  8290. CatchyFreebies.com

2025-02-25  8291. The Points Guy

2025-02-25  8292. Flip.shop

2025-02-25  8293. KraftMaid Cabinetry

2025-02-25  8294. Genentech

2025-02-25  8295. All Family Gift, All Family Gifts

2025-02-25  8296. The Strategy Group Company

2025-02-25  8297. Maude

2025-02-25  8298. Rothy's

2025-02-25  8299. Snacks.com, Frito-Lay

2025-02-25  8300. Art Label Studios 2024

2025-02-25  8301. HotSnap

2025-02-25  8302. ×¢×ž×™×ª ×•×•×¨¨

2025-02-25  8303. LP Generic Business

2025-02-25  8304. NOTO Philadelphia

2025-02-25  8305. Starcom UK PUIG

2025-02-25  8306. Gaston Luga

2025-02-25  8307. Mayo Clinic

2025-02-25  8308. rolling loud

2025-02-25  8309. Live Nation Belgium

2025-02-25  8310. SharkNinja

2025-02-25  8311. Funny or Not

2025-02-25  8312. Juicy Couture

2025-02-25  8313. Beauty Factory

2025-02-25  8314. Socialyse Adm FR

2025-02-25  8315. Big Slap

2025-02-25  8316. Orion Publishing Group

2025-02-25  8317. Decca Records

2025-02-25  8318. Warner Music Austria

2025-02-25  8319. Volkswagen of Orland Park

2025-02-25  8320. SimplePrints

2025-02-25  8321. Dennis Eakin Kia, LaFontaine KIA Dearborn

2025-02-25  8322. Polydor

2025-02-25  8323. NestlÃ© HK ç¸´é€•æ¸¨å®¶

2025-02-25  8324. QelbreeÂ® (viloxazine)

2025-02-25  8325. Backstreetmerch.com

2025-02-25  8326. Sara's Business

2025-02-25  8327. Universal Studios Hollywood

2025-02-25  8328. BM 07

2025-02-25  8329. Real Chemistry

2025-02-25  8330. Quang Khai BM1

2025-02-25  8331. CCI æ ªå¼•ä¼šç¾cartacommunications

2025-02-25  8332. Stuart Weitzman

2025-02-25  8333. Warner Music Ireland

2025-02-25  8334. Grwn

2025-02-25  8335. Duluth Trading Company

2025-02-25  8336. EarnIn

2025-02-25  8337. Keeps

2025-02-25  8338. TFM Media

2025-02-25  8339. starrising777

2025-02-25  8340. Calvin Klein

2025-02-25  8341. Common Entertainment

2025-02-25  8342. The Bellwether

2025-02-25  8343. Monster

2025-02-25  8344. AuDigent

2025-02-25  8345. Wavemaker Canada

2025-02-25  8346. Entravision Latam - Honduras

2025-02-25  8347. PETERMAYER

2025-02-25  8348. Eddie Bauer

2025-02-25  8349. MC UK - GBP

2025-02-25  8350. Reingold

2025-02-25  8351. CM Games

2025-02-25  8352. Touch of Modern

2025-02-25  8353. Rgmntco

2025-02-25  8354. Illinois Lottery

2025-02-25  8355. Eko Health

2025-02-25  8356. DraftKings

2025-02-25  8357. PetSmart Charities

2025-02-25  8358. Smarty Social Media

2025-02-25  8359. Sephora

2025-02-25  8360. HQ CDM

2025-02-25  8361. Scientia Pet, bSerenePet

2025-02-25  8362. YellowHammer Media Group

2025-02-25  8363. Limelight Belfast

2025-02-25  8364. Resolve

2025-02-25  8365. Garage

2025-02-25  8366. Ruffles

2025-02-25  8367. Adobe

2025-02-25  8368. Handy

2025-02-25  8369. MetLife

2025-02-25  8370. Toyota of Dartmouth

2025-02-25  8371. Drink Accelerator

2025-02-25  8372. EVERSANA INTOUCH

2025-02-25  8373. Wallapop

2025-02-25  8374. MasterClass

2025-02-25  8375. Slynd® (drospirenone)

2025-02-25  8376. MethodGroupe

2025-02-25  8377. Amazon.co.uk, Amazon.com

2025-02-25  8378. Verified

2025-02-25  8379. SocialRadar

2025-02-25  8380. Boston Comedy Festival

2025-02-25  8381. Bluefocus

2025-02-25  8382. IProspect NY

2025-02-25  8383. 8 Ball Pool

2025-02-25  8384. Beautiful T-Shirt14

2025-02-25  8385. Intuit TurboTax

2025-02-25  8386. AI

2025-02-25  8387. barkTHINS

2025-02-25  8388. Nomad Apparel Co.

2025-02-25  8389. Bai

2025-02-25  8390. Humane World for Animals

2025-02-25  8391. Planet Fitness

2025-02-25  8392. Plein Air

2025-02-25  8393. ZEPOSIA® (ozanimod)

2025-02-25  8394. Frankies Bikinis

2025-02-25  8395. Activision Mobile

2025-02-25  8396. Parents

2025-02-25  8397. Discover

2025-02-25  8398. Soundwave Consulting

2025-02-25  8399. Tusk Strategies

2025-02-25  8400. Amazon Alexa, Amazon.com

2025-02-25  8401. The Goat Agency

2025-02-25  8402. Bespoke Post

2025-02-25  8403. Swanson Health

2025-02-25  8404. ACTwireless

2025-02-25  8405. Fred Haas Toyota World

2025-02-25  8406. SBX Proxy

2025-02-25  8407. WideFoc.us

2025-02-25  8408. Bishop Robert Barron

2025-02-25  8409. F1 + F3 len moi

2025-02-25  8410. Aisle 518 Strategies, LLC

2025-02-25  8411. Acura of Fremont

2025-02-25  8412. Grunt Style

2025-02-25  8413. Secret Entourage

2025-02-25  8414. Eyeota

2025-02-25  8415. Choices by Revlon

2025-02-25  8416. Fingerpaint

2025-02-25  8417. Serra Toyota Birmingham, Serra Toyota of Decatur, Rairdon's Honda of Marysville

2025-02-25  8418. Boyd & Associates

2025-02-25  8419. I-95 Nissan

2025-02-25  8420. BM 00702

2025-02-25  8421. Unit 3C

2025-02-25  8422. Chobani

2025-02-25  8423. Family Gifts 5

2025-02-25  8424. Solawave

2025-02-25  8425. Oak Bridge Royalties

2025-02-25  8426. Quarterlab

2025-02-25  8427. M Booth

2025-02-25  8428. Swimply

2025-02-25  8429. Family Gifts, Coral Luxury US, All Family Gift

2025-02-25  8430. Gap Inc

2025-02-25  8431. Cadillac of Tucson

2025-02-25  8432. MediaCom USA

2025-02-25  8433. Dallas Cowboys

2025-02-25  8434. Cozy Earth

2025-02-25  8435. Live Nation Sweden

2025-02-25  8436. Sony Music Brasil

2025-02-25  8437. True Anthem

2025-02-25  8438. Louis Vuitton

2025-02-25  8439. Corida

2025-02-25  8440. FCA Mexico

2025-02-25  8441. California Cryobank

2025-02-25  8442. The Foxy Hipster

2025-02-25  8443. Trafalgar Releasing

2025-02-25  8444. Digital Tading Desk

2025-02-25  8445. Called

2025-02-25  8446. ã,¢ã,¤ãƒ—ãƒ-ã,¹ãƒšã,¯ãƒˆãƒ»ã,¸ãƒ£ãƒ'ãƒ³æ ªå¼•ä¼šç¾

2025-02-25  8447. STAAR Global

2025-02-25  8448. Tort Group

2025-02-25  8449. Slime Obsidian

2025-02-25  8450. National Audubon Society

2025-02-25  8451. Zenith Chile

2025-02-25  8452. Bangerhead

2025-02-25  8453. TruSignal

2025-02-25  8454. Ts2272017

2025-02-25  8455. Price Acura

2025-02-25  8456. Bell Canada, Bell Canada (FranÃ§ais)

2025-02-25  8457. Absolute AirFlow & Plumbing

2025-02-25  8458. AARP

2025-02-25  8459. Deep Root Analytics

2025-02-25  8460. PetSmart

2025-02-25  8461. Universal Music Switzerland

2025-02-25  8462. T&M Holding

2025-02-25  8463. CSR Racing

2025-02-25  8464. JXM

2025-02-25  8465. #ficafit

2025-02-25  8466. Molson Coors

2025-02-25  8467. cacaFly

2025-02-25  8468. CB Chevrolet in San Luis Obispo

2025-02-25  8469. WhatsApp

2025-02-25  8470. SKIMS

2025-02-25  8471. Socialyte

2025-02-25  8472. Alya Skin Australia

2025-02-25  8473. hims

2025-02-25  8474. TopTier Trader

2025-02-25  8475. TIAA

2025-02-25  8476. Dr. Livingood

2025-02-25  8477. Freya - Test Account

2025-02-25  8478. Antwerpen Chrysler Jeep Dodge Ram

2025-02-25  8479. Kinesso Poland

2025-02-25  8480. EMT

2025-02-25  8481. SunChips

2025-02-25  8482. Universal Orlando Resort

2025-02-25  8483. HRD Games, LLC

2025-02-25  8484. MoneyLion

2025-02-25  8485. Scheels

2025-02-25  8486. Jenkins Nissan

2025-02-25  8487. Marc Jacobs

2025-02-25  8488. Angler AI

2025-02-25  8489. Pier 1

2025-02-25  8490. 22squared

2025-02-25  8491. Pampelone Clothing

2025-02-25  8492. Betterment

2025-02-25  8493. Amazon Home

2025-02-25  8494. Ourisman Chevrolet of Rockville, Todd Wenzel Chevrolet of Hudsonville

2025-02-25  8495. Bolster

2025-02-25  8496. Trendy Butler

2025-02-25  8497. Xfinity

2025-02-25  8498. Paragon Honda

2025-02-25  8499. Bombora

2025-02-25  8500. LM250 9

2025-02-25  8501. Social Fulcrum

2025-02-25  8502. Teste 1

2025-02-25  8503. Rational 360

2025-02-25  8504. w/Tributary

2025-02-25  8505. Vescovo Toyota of Las Cruces, Lee Toyota

2025-02-25  8506. Clover

2025-02-25  8507. Pure Honda Ferndale

2025-02-25  8508. GoldSilver

2025-02-25  8509. JibJab Catapult

2025-02-25  8510. Billings Gazette

2025-02-25  8511. Findlay Nissan Henderson

2025-02-25  8512. iFrog Marketing Solutions

2025-02-25  8513. Tazo Tea

2025-02-25  8514. Fandango at Home

2025-02-25  8515. Maestro Dobel Tequila

2025-02-25  8516. Exchange LA

2025-02-25  8517. Lovesac

2025-02-25  8518. Toyota Of Glendale, Tustin Toyota

2025-02-25  8519. The Glover Park Group

2025-02-25  8520. Jeff Wyler Eastgate KIA

2025-02-25  8521. Reprise Media ZA

2025-02-25  8522. Kabam

2025-02-25  8523. Airbnb, Airbnb ï¼ˆã,¨ã,¢ãƒ"ãƒ¼ã,¢ãƒ³ãƒ‰ãƒ"ãƒ¼ï¼‰

2025-02-25  8524. Valley Vet Supply

2025-02-25  8525. Serra Toyota Birmingham

2025-02-25  8526. Smartfood

2025-02-25  8527. JackThreads

2025-02-25  8528. BIG IDEA GROUP

2025-02-25  8529. Cover FX

2025-02-25  8530. Helyx Marketing

2025-02-25  8531. Connected Vivaki

2025-02-25  8532. Deezer

2025-02-25  8533. Omnilife

2025-02-25  8534. eBay

2025-02-25  8535. Live Nation Norway

2025-02-25  8536. FreePrints App

2025-02-25  8537. Understatement Underwear

2025-02-25  8538. Quakmedia - Agencia de Marketing Digital

2025-02-25  8539. Interactive Avenues

2025-02-25  8540. Mattress Firm

2025-02-25  8541. APRILSKIN ì—•í•˜ë¦¬íŠ¤í¨

2025-02-25  8542. Sony Music Colombia

2025-02-25  8543. Universal Music MÃ©xico

2025-02-25  8544. Netflix

2025-02-25  8545. Function of Beauty

2025-02-25  8546. Multitud Digital

2025-02-25  8547. Bones Coffee Company

2025-02-25  8548. Hypnosis Training Academy

2025-02-25  8549. Latched Mama

2025-02-25  8550. Revive

2025-02-25  8551. Max Connect Digital

2025-02-25  8552. Concord

2025-02-25  8553. DiscountMugs

2025-02-25  8554. Amplify.ai

2025-02-25  8555. Love Wellness

2025-02-25  8556. Kulturbolaget

2025-02-25  8557. CNN Digital - Audience Dev

2025-02-25  8558. Lashify

2025-02-25  8559. Frank And Oak

2025-02-25  8560. Coral Luxury US, Family Gifts, All Family Gift

2025-02-25  8561. M+R

2025-02-25  8562. Precision

2025-02-25  8563. Magnolias

2025-02-25  8564. Big Think Agency

2025-02-25  8565. Dee Murthy

2025-02-25  8566. MiQ US

2025-02-25  8567. Verb Products

2025-02-25  8568. Progress Rum

2025-02-25  8569. Call of Duty: Mobile

2025-02-25  8570. BET

2025-02-25  8571. Aero Opco LLC

2025-02-25  8572. Freshpet

2025-02-25  8573. Coors Light, Miller Lite

2025-02-25  8574. REV77

2025-02-25  8575. BHLDN Weddings

2025-02-25  8576. Goldenvoice

2025-02-25  8577. MetaVision Media

2025-02-25  8578. David Stuebe's Business

2025-02-25  8579. Winn-Dixie

2025-02-25  8580. Quantum Physics

2025-02-25  8581. QVC

2025-02-25  8582. adidas

2025-02-25  8583. onX Hunt

2025-02-25  8584. AbelsonTaylor Group

2025-02-25  8585. M1 máº°«u 1, N1 17/8 - P

2025-02-25  8586. Acorns

2025-02-25  8587. Royal Buick GMC of Tucson

2025-02-25  8588. Enso Rings

2025-02-25  8589. Classic Kia

2025-02-25  8590. Playboy

2025-02-25  8591. Avoq

2025-02-25  8592. Dil Mil

2025-02-25  8593. Fabric Technologies

2025-02-25  8594. HYFN

2025-02-25  8595. AU 77

2025-02-25  8596. David Chevrolet

2025-02-25  8597. For Wellness

2025-02-25  8598. Ashley

2025-02-25  8599. L'OrÃ©al Social CDO - Cockpit & Advertising

2025-02-25  8600. Sev Laser Aesthetics

2025-02-25  8601. Universal Music Norge

2025-02-25  8602. nuuly

2025-02-25  8603. Hong Phong Vu BM1

2025-02-25  8604. Uber Eats

2025-02-25  8605. Rescue: The Behavior Change Agency

2025-02-25  8606. Sears Holdings Corp

2025-02-25  8607. Chunfang Wu

2025-02-25  8608. Champs Sports

2025-02-25  8609. KURU Footwear

2025-02-25  8610. ADARA

2025-02-25  8611. Chris Chen

2025-02-25  8612. Kecelioglu E-Ticaret New

2025-02-25  8613. Way2target

2025-02-25  8614. Starbucks

2025-02-25  8615. Savannah Bee Company

2025-02-25  8616. Anderson Martin

2025-02-25  8617. Resorts World Las Vegas

2025-02-25  8618. TEG Live Europe

2025-02-25  8619. Happify by Twill

2025-02-25  8620. Milk Makeup - 6S

2025-02-25  8621. Milani

2025-02-25  8622. Pura Vida

2025-02-25  8623. INH Hair

2025-02-25  8624. Triple G Events

2025-02-25  8625. Brilliant Earth

2025-02-25  8626. Dermaclara

2025-02-25  8627. Vacationvip.com, RODEOHOUSTON

2025-02-25  8628. Universal Music Recordings

2025-02-25  8629. FIGS

2025-02-25  8630. Brand Polling

2025-02-25  8631. Extend Pets

2025-02-25  8632. Swanson Russell

2025-02-25  8633. Bfx

2025-02-25  8634. Booyah Advertising

2025-02-25  8635. Walgreens

2025-02-25  8636. Mike Molstead Motors

2025-02-25  8637. King Soopers, Kroger, Dillons, Ralphs, Gerbes, QFC, Fred Meyer, City Market, Fry's Food Stores, Bakers, Pick 'n Save, Smith's Food and Drug Stores

2025-02-25  8638. CBS Sports

2025-02-25  8639. Bridg Channel

2025-02-25  8640. Jeff Wyler Chevrolet of Columbus

2025-02-25  8641. United Gold Group

2025-02-25  8642. Facebook

2025-02-25  8643. Vince Kelvin

2025-02-25  8644. wellrestedweeones

2025-02-25  8645. AptDeco

2025-02-25  8646. Sam's Club

2025-02-25  8647. Miniclip, Darts Of Fury

2025-02-25  8648. Banggood Fashion, Banggood

2025-02-25  8649. Supercell

2025-02-25  8650. Family Gifts, All Family Gift

2025-02-25  8651. The Citizenry

2025-02-25  8652. Cardon

2025-02-25  8653. Magnum Photos

2025-02-25  8654. Emporium Presents

2025-02-25  8655. Velawcity

2025-02-25  8656. No_Comment

2025-02-25  8657. Tulster

2025-02-25  8658. BlueChew

2025-02-25  8659. discovery+

2025-02-25  8660. CLOUT Festival

2025-02-25  8661. Propeller

2025-02-25  8662. Home Chef

2025-02-25  8663. Paramus Chevrolet

2025-02-25  8664. Smart Passive Income with Pat Flynn

2025-02-25  8665. Accelerate FP

2025-02-25  8666. Grey Goose

2025-02-25  8667. CAVA

2025-02-25  8668. Moon Active

2025-02-25  8669. Vivara

2025-02-25  8670. Twillory

2025-02-25  8671. We are mitÃº

2025-02-25  8672. Coolside Limited

2025-02-25  8673. WE ARE TALA

2025-02-25  8674. RÃ©my Martin

2025-02-25  8675. Danny Wimmer Presents

2025-02-25  8676. AEG Presents UK

2025-02-25  8677. Classic Chrysler Dodge Jeep Ram Madison, Gator Chrysler Dodge Jeep Ram, Gary Miller Chrysler Dodge Jeep Ram

2025-02-25  8678. Pet Airways

2025-02-25  8679. Zenith Slovakia

2025-02-25  8680. Critical Mass

2025-02-25  8681. Shaqâ€™s Fun House

2025-02-25  8682. 703digital

2025-02-25  8683. Conn's HomePlus

2025-02-25  8684. Blueprint Interactive

2025-02-25  8685. Huntington National Bank

2025-02-25  8686. Amplifon Group

2025-02-25  8687. Tres Colori Jewelry

2025-02-25  8688. Aerial Video A to Z

2025-02-25  8689. Ads Preview Workaround

2025-02-25  8690. NBA

2025-02-25  8691. ZitSticka

2025-02-25  8692. CoxNext

2025-02-25  8693. Daygame

2025-02-25  8694. Coors Light

2025-02-25  8695. Lifeway

2025-02-25  8696. Southwest Airlines

2025-02-25  8697. Wunderman Performance Media

2025-02-25  8698. Giant Partners

2025-02-25  8699. Pandora

2025-02-25  8700. Adwerx

2025-02-25  8701. Amazon Music

2025-02-25  8702. Miller High Life

2025-02-25  8703. CareZone

2025-02-25  8704. Jeff Wyler Eastgate Chrysler Dodge Jeep Ram

2025-02-25  8705. H&M - Paid Social

2025-02-25  8706. Maybelline New York

2025-02-25  8707. Serra Honda

2025-02-25  8708. Diggerland USA

2025-02-25  8709. Jockey

2025-02-25  8710. Loma Vista Recordings

2025-02-25  8711. Glossier

2025-02-25  8712. Forward Media Italy

2025-02-25  8713. Omnicom Media Group

2025-02-25  8714. grownbrilliance

2025-02-25  8715. YinoLinkæ™è⁻ᵇ

2025-02-25  8716. Gisou

2025-02-25  8717. Blue State

2025-02-25  8718. Live Tour Promotions

2025-02-25  8719. Morris Bart, LLC

2025-02-25  8720. RODEOHOUSTON

2025-02-25  8721. NA-KD.com

2025-02-25  8722. EDGE Entertainment Digital

2025-02-25  8723. Frontier Touring

2025-02-25  8724. NHL

2025-02-25  8725. PrettyLittleThing

2025-02-25  8726. Universal Music Polska

2025-02-25  8727. Ketone-IQ

2025-02-25  8728. Checkout 51

2025-02-25  8729. RIMOWA

2025-02-25  8730. KSR Group

2025-02-25  8731. Petit Moments

2025-02-25  8732. Interstate Nissan

2025-02-25  8733. Novartis Clinical Trials

2025-02-25  8734. Fingerhut

2025-02-25  8735. Keurig

2025-02-25  8736. Heartbeat

2025-02-25  8737. Warby Parker

2025-02-25  8738. Coral Luxury US, All Family Gift, Family Gifts

2025-02-25  8739. lensun solar energy

2025-02-25  8740. Marketing

2025-02-25  8741. THIRD EAR

2025-02-25  8742. Lowe's Home Improvement

2025-02-25  8743. Coffee Dose

2025-02-25  8744. Nordstrom

2025-02-25  8745. Decoded Advertising

2025-02-25  8746. Sony Music Germany

2025-02-25  8747. Wolven

2025-02-25  8748. WO

2025-02-25  8749. Shareably

2025-02-25  8750. LaFontaine KIA Dearborn, Dennis Eakin Kia, Toms River Mitsubishi

2025-02-25  8751. BrandMuscle - etatslla

2025-02-25  8752. Musely

2025-02-25  8753. Superfly

2025-02-25  8754. Kanvas

2025-02-25  8755. Jonathan Budd, Powur

2025-02-25  8756. CSL

2025-02-25  8757. Groupe EPI

2025-02-25  8758. Hint

2025-02-25  8759. Hairfinity

2025-02-25  8760. HEYDUDE

2025-02-25  8761. 1000heads - US Office

2025-02-25  8762. Jill

2025-02-25  8763. The 3am Club

2025-02-25  8764. Edelman Digital NYC

2025-02-25  8765. Inner Circle

2025-02-25  8766. JJXX

2025-02-25  8767. DefJam

2025-02-25  8768. Neko Test Page

2025-02-25  8769. Jeff Wyler Fairfield Kia

2025-02-25  8770. Publicis Media Luxe

2025-02-25  8771. Shinesty

2025-02-25  8772. Melkweg Amsterdam

2025-02-25  8773. AbbVie

2025-02-25  8774. Fun.com

2025-02-25  8775. Best Buy

2025-02-25  8776. Cuffe & Taylor

2025-02-25  8777. TrustGodbro Clothing

2025-02-25  8778. CubeSmart Self Storage

2025-02-25  8779. Centricity Music

2025-02-25  8780. Found

2025-02-25  8781. Partisan Records

2025-02-25  8782. The Christian Broadcasting Network

2025-02-25  8783. Phathom Pharmaceuticals

2025-02-25  8784. DSplus

2025-02-25  8785. JN Chevrolet

2025-02-25  8786. Novartis

2025-02-25  8787. Carter's

2025-02-25  8788. RenÃ© Furterer

2025-02-25  8789. Current

2025-02-25  8790. Zimmerman Advertising

2025-02-25  8791. MissionWired

2025-02-25  8792. Delivery Hero

2025-02-25  8793. Invisalign

2025-02-25  8794. Musical Earth

2025-02-25  8795. MAAPS / Overman Enterprises

2025-02-25  8796. æ ªå¼•ä¼šç¾¾ã,¤ãƒŽãƒ™ãƒ¼ã,·ãƒ§ãƒ³ã,¨ã,¤ãƒ‰

2025-02-25  8797. ESPN

2025-02-25  8798. UNDER THE INFLUENCE

2025-02-25  8799. mandanadayani

2025-02-25  8800. Diverse Media New Zealand

2025-02-25  8801. First Interstate Center for the Arts

2025-02-25  8802. Helix Sleep

2025-02-25  8803. Republic Records

2025-02-25  8804. Money Map Press

2025-02-25  8805. Q Link Wireless

2025-02-25  8806. 2K

2025-02-25  8807. Universal Music Spain

2025-02-25  8808. Expedia

2025-02-25  8809. Brooks Running

2025-02-25  8810. Torrid

2025-02-25  8811. Jeff Wyler Springfield Hyundai

2025-02-25  8812. The Children's Place

2025-02-25  8813. Sony Music Italy

2025-02-25  8814. Rosental Organics

2025-02-25  8815. Live Bearded

2025-02-25  8816. Lincoln Hall + Schubas

2025-02-25  8817. The Influence Agency

2025-02-25  8818. Swagbucks

2025-02-25  8819. CSB

2025-02-25  8820. Collections Etc

2025-02-25  8821. TORY BURCH

2025-02-25  8822. Intermate Media GmbH

2025-02-25  8823. Athleta

2025-02-25  8824. Good American

2025-02-25  8825. ManebÃ-

2025-02-25  8826. Shareablee

2025-02-25  8827. SocialAmp

2025-02-25  8828. JCG LLC

2025-02-25  8829. Puzzmo

2025-02-25  8830. Meathead Movers

2025-02-25  8831. Warner Music Australia

2025-02-25  8832. Spiceology

2025-02-25  8833. Gymexo

2025-02-25  8834. Moroch

2025-02-25  8835. Dragon Mania Legends

2025-02-25  8836. Hyperion Financial Group

2025-02-25  8837. BM 004

2025-02-25  8838. Isha Foundation

2025-02-25  8839. Thing.Shop

2025-02-25  8840. WebMD

2025-02-25  8841. Monqui Presents

2025-02-25  8842. Warner Music Africa

2025-02-25  8843. APM Monaco

2025-02-25  8844. Leonard Brands

2025-02-25  8845. Affordable Dentures & Implants

2025-02-25  8846. Mazda CX5 22

2025-02-25  8847. Dice Dreams

2025-02-25  8848. Kardiel

2025-02-25  8849. Nextdoor

2025-02-25  8850. Bolivar Ford, Riata Ford

2025-02-25  8851. Fritos

2025-02-25  8852. Media Plus+

2025-02-25  8853. Goodgame Studios

2025-02-25  8854. Words With Friends

2025-02-25  8855. ZenithOptimedia Portugal

2025-02-25  8856. GoAudience

2025-02-25  8857. Shop.Thing Tshirts

2025-02-25  8858. Wantable

2025-02-25  8859. Capacity Interactive - Digital Marketing Consulting for the Arts

2025-02-25  8860. Summersalt

2025-02-25  8861. FleishmanHillard

2025-02-25  8862. Casely

2025-02-25  8863. Papa Johns Pizza

2025-02-25  8864. CÃ´ng Ty Æ¯ng HoÃ ng PhÃºc

2025-02-25  8865. Dynata Advertising Solutions

2025-02-25  8866. Wake Research

2025-02-25  8867. Snow Days

2025-02-25  8868. Morgan Fidelity Associates, Inc.

2025-02-25  8869. Cleveland Clinic

2025-02-25  8870. Boston Scientific

2025-02-25  8871. Lands' End

2025-02-25  8872. Blue Shield of California

2025-02-25  8873. Just Us Skin Care

2025-02-25  8874. Search Influence

2025-02-25  8875. Avon

2025-02-25  8876. OmnicomMediaGroup Nederland

2025-02-25  8877. Proposal Prep by Best Kept

2025-02-25  8878. Voiply

2025-02-25  8879. Nickelodeon, Lucky Charms

2025-02-25  8880. Koons Kia of Woodbridge

2025-02-25  8881. Bianca MuÃ±iz, Elyse Wellness, Desi Bartlett, Haute House Flower, Paige_Previvor, PhexxiÂ®, Annie Murphy

2025-02-25  8882. Starcom USA, Best Buy

2025-02-25  8883. Randy Wise Chevrolet

2025-02-25  8884. Tuft & Needle

2025-02-25  8885. Katherine Kwok FB Biz

2025-02-25  8886. Team Rodriguez&&

2025-02-25  8887. Ruggable

2025-02-25  8888. Hopscotch Music Festival

2025-02-25  8889. Masters of Balayage

2025-02-25  8890. BMW of Allentown, Circle BMW, BMW of Tenafly, BMW of Turnersville

2025-02-25  8891. Jianxian's business account

2025-02-25  8892. Good Social Company

2025-02-25  8893. We are Rodriguez

2025-02-25  8894. INFINITI of Las Vegas

2025-02-25  8895. MEC - Los Angeles

2025-02-25  8896. Siren Group

2025-02-25  8897. iHeartDogs

2025-02-25  8898. Breathe For Change

2025-02-25  8899. Handle the Heat

2025-02-25  8900. Hefty

2025-02-25  8901. Amazon Pets

2025-02-25  8902. Simpli.fi

2025-02-25  8903. Harbor Freight

2025-02-25  8904. Team Sports Fanatics, April Jersey Store

2025-02-25  8905. Dave Cao

2025-02-25  8906. SimpleReach Inc

2025-02-25  8907. PayPal

2025-02-25  8908. WS NA

2025-02-25  8909. Reprise Chile

2025-02-25  8910. Peloton

2025-02-25  8911. The Ridge

2025-02-25  8912. ViiV Healthcare

2025-02-25  8913. Universal Music Thailand

2025-02-25  8914. Crowd Control Digital

2025-02-25  8915. Cadence

2025-02-25  8916. Universal Music Malaysia

2025-02-25  8917. Universal Music France

2025-02-25  8918. Zenith France

2025-02-25  8919. Reprise Media MÃ©xico

2025-02-25  8920. FB App

2025-02-25  8921. Vuori

2025-02-25  8922. StackSocial

2025-02-25  8923. Shopify New York

2025-02-25  8924. Blavity

2025-02-25  8925. L'OrÃ©al Suisse

2025-02-25  8926. Maelys Cosmetics

2025-02-25  8927. Vogue France

2025-02-25  8928. Dr. Squatch

2025-02-25  8929. Noisy Trumpet

2025-02-25  8930. De Helling

2025-02-25  8931. SiriusXM

2025-02-25  8932. GMI Maxus IDR WPP

2025-02-25  8933. Louis Vuitton Brazil

2025-02-25  8934. Simon & Schuster

2025-02-25  8935. OMD PanamÃ¡

2025-02-25  8936. FitnFemale

2025-02-25  8937. Bonefish Grill

2025-02-25  8938. Free People

2025-02-25  8939. EntravisiÃ³n PanamÃ¡

2025-02-25  8940. HolStrength

2025-02-25  8941. Afro Nation

2025-02-25  8942. Dentsu Greece

2025-02-25  8943. Calvin Klein GCC

2025-02-25  8944. Flag & Anthem

2025-02-25  8945. Makeup.com by L'Oreal

2025-02-25  8946. GETmusic

2025-02-25  8947. Drive Toyota

2025-02-25  8948. Otsuka America Pharmaceutical, Inc.

2025-02-25  8949. WMX

2025-02-25  8950. Michael Kors

2025-02-25  8951. Universal Music Legends

2025-02-25  8952. Filtr

2025-02-25  8953. Emc_TCCC

2025-02-25  8954. Alo Yoga

2025-02-25  8955. VaynerMedia APAC

2025-02-25  8956. myQ

2025-02-25  8957. L'atelier TW

2025-02-25  8958. Warner Music France

2025-02-25  8959. Spark Foundry USA

2025-02-25  8960. æ ªå¼•ä¼šç¾¼ãƒ¡ãƒ‡ã‚£ãƒƒã¯ã‚'_2

2025-02-25  8961. Kevin Gottlieb

2025-02-25  8962. 4th Quarter Collective, LLC

2025-02-25  8963. Yamaha Music USA

2025-02-25  8964. Unilever Philippines

2025-02-25  8965. MetaTeam

2025-02-25  8966. Hilton Newsroom

2025-02-25  8967. Spotify

2025-02-25  8968. Warner Bros. Games

2025-02-25  8969. We Play

2025-02-25  8970. DASH TWO

2025-02-25  8971. Fandango

2025-02-25  8972. Wiland Audiences

2025-02-25  8973. Kroger

2025-02-25  8974. Team One USA

2025-02-25  8975. Fused - Universal Music

2025-02-25  8976. OnlyFans

2025-02-25  8977. Uniagency

2025-02-25  8978. Kilt 'Em

2025-02-25  8979. The League

2025-02-25  8980. Live Nation Alabama & Mississippi

2025-02-25  8981. TRUFFLE

2025-02-25  8982. L.A. Concerts

2025-02-25  8983. L'OrÃ©al Professionnel

2025-02-25  8984. Chewy

2025-02-25  8985. Kitbag

2025-02-25  8986. AEG Presents

2025-02-25  8987. Horizon Horseback

2025-02-25  8988. Reaction Presents

2025-02-25  8989. Match

2025-02-25  8990. Jack Archer

2025-02-25  8991. Hulu

2025-02-25  8992. Selfie Leslie

2025-02-25  8993. Haworth Media

2025-02-25  8994. American Sporstwear, S.A.

2025-02-25  8995. Entertainment on Facebook

2025-02-25  8996. Wavemaker Malaysia

2025-02-25  8997. Heather McMahan

2025-02-25  8998. Opus Live

2025-02-25  8999. Premiere Speakers Bureau

2025-02-25  9000. Gopuff

2025-02-25  9001. Move With Us

2025-02-25  9002. Tatti Lashes

2025-02-25  9003. Universal Music Group: Global Digital Marketing

2025-02-25  9004. Essence

2025-02-25  9005. Glamnetic

2025-02-25  9006. Olipop

2025-02-25  9007. Honcho.co

2025-02-25  9008. NEUW Denim

2025-02-25  9009. Aleph Ecuador

2025-02-25  9010. Publix

2025-02-25  9011. Amazon.com, Amazon Home

2025-02-25  9012. Sage Dental

2025-02-25  9013. NP Thyroid® (Thyroid Tablets, USP)

2025-02-25  9014. HealixGlobal

2025-02-25  9015. Seychelle Media

2025-02-25  9016. American Eagle

2025-02-25  9017. Oracle Data Cloud CA

2025-02-25  9018. HMI Social

2025-02-25  9019. Elevation, Ltd.

2025-02-25  9020. Sunset Ford

2025-02-25  9021. CMI Media Group and Compas

2025-02-25  9022. Rent. Solutions

2025-02-25  9023. Cleo

2025-02-25  9024. EMEA

2025-02-25  9025. GEICO

2025-02-25  9026. Nickel and Suede

2025-02-25  9027. MullenLowe U.S.

2025-02-25  9028. Room & Board

2025-02-25  9029. ZJX

2025-02-25  9030. Exxon & Mobil Stations

2025-02-25  9031. Uber

2025-02-25  9032. TargetSmart

2025-02-25  9033. I'd Rather Be With My Dog

2025-02-25  9034. Initiative Wellness

2025-02-25  9035. Florida World, Where my stories begins, Love My Family

2025-02-25  9036. UM Detroit

2025-02-25  9037. Direct Auto Insurance

2025-02-25  9038. AdParlor

2025-02-25  9039. Fresno Lexus

2025-02-25  9040. Square

2025-02-25  9041. P&G Social Global

2025-02-25  9042. Kavala Collective

2025-02-25  9043. Havas Media Group USA LLC

2025-02-25  9044. FabFitFun

2025-02-25  9045. Smile Direct Club

2025-02-25  9046. LastPass

2025-02-25  9047. L'ange

2025-02-25  9048. SmartHeart

2025-02-25  9049. Craftsy

2025-02-25  9050. DDC Testing

2025-02-25  9051. Indeed

2025-02-25  9052. Audacy Social Conquest

2025-02-25  9053. SmartAsset.com

2025-02-25  9054. Inspire Brands

2025-02-25  9055. The Vintage Pearl

2025-02-25  9056. FactorÃa Publica

2025-02-25  9057. TikTok En

2025-02-25  9058. Intuit QuickBooks

2025-02-25  9059. Westerra Credit Union

2025-02-25  9060. The KISS Marketing Agency

2025-02-25  9061. Fairway Buick GMC

2025-02-25  9062. Secret Sounds

2025-02-25  9063. Hampton Creative

2025-02-25  9064. LIVE NATION ES

2025-02-25  9065. Magnolia Pictures

2025-02-25  9066. E! News

2025-02-25  9067. Gina Tricot

2025-02-25  9068. Born Again Concerts

2025-02-25  9069. T-Mobile

2025-02-25  9070. Sojern

2025-02-25  9071. Operam Inc

2025-02-25  9072. Big Concerts

2025-02-25  9073. Cracker Barrel Old Country Store

2025-02-25  9074. iProspect Detroit

2025-02-25  9075. Butler/Till

2025-02-25  9076. Satullo

2025-02-25  9077. Unicorn Innovations

2025-02-25  9078. Hagerty

2025-02-25  9079. Amobee DMP

2025-02-25  9080. Zenith USA

2025-02-25  9081. VaynerMedia

2025-02-25  9082. PacSun

2025-02-25  9083. 471887696173235

2025-02-25  9084. HarperCollins

2025-02-25  9085. DoorDash

2025-02-25  9086. Herbivore Botanicals

2025-02-25  9087. Instagram

2025-02-25  9088. IProspect Fort Worth

2025-02-25  9089. GQ Italia

2025-02-25  9090. FanDuel Racing

2025-02-25  9091. LOOPS

2025-02-25  9092. Greens Club

2025-02-25  9093. Betfair Interactive US LLC

2025-02-25  9094. Tropic of C

2025-02-25  9095. Anti Agency Group

2025-02-25  9096. Universal Music Canada

2025-02-25  9097. Meta

2025-02-25  9098. Live Nation Germany - Austria - Switzerland

2025-02-25  9099. Gadget Entertainment

2025-02-25  9100. Digitas North America

2025-02-25  9101. Greenhouse Talent

2025-02-25  9102. LES VISIONNAIRES

2025-02-25  9103. Eva Rankinï¿½

2025-02-25  9104. The Church of Jesus Christ of Latter-day Saints

2025-02-25  9105. Climb

2025-02-25  9106. 9:30 Club

2025-02-25  9107. æ ªå¼•ä¼šç¤¾ã,ªã,¾ãƒ³ãƒ•ãƒƒãƒˆãƒ ãƒ¼ã,¯

2025-02-25  9108. Disney

2025-02-25  9109. Knitting Factory Entertainment

2025-02-25  9110. Topsify

2025-02-25  9111. Nordstrom Rack

2025-02-25  9112. therankedmusic

2025-02-25  9113. Live Nation UK

2025-02-25  9114. Captain

2025-02-25  9115. ASW Group

2025-02-25  9116. Doctor Music Concerts

2025-02-25  9117. OCESA Personal

2025-02-25  9118. E11EVEN MIAMI

2025-02-25  9119. Sakara Life

2025-02-25  9120. Walmart.com

2025-02-25  9121. Bravado

2025-02-25  9122. Kiehl's

2025-02-25  9123. Disney Streaming

2025-02-25  9124. Aleph - Panama

2025-02-25  9125. Bonnie

2025-02-25  9126. Happy Products

2025-02-25  9127. iRESTORE Hair Growth System

2025-02-25  9128. Vodafone Group

2025-02-25  9129. Kurt Geiger

2025-02-25  9130. Angela ï¿½

2025-02-25  9131. Live Nation Concerts

2025-02-25  9132. FB Only SMB Channel Test Page

2025-02-25  9133. CondÃ© Nast

2025-02-25  9134. Online Trainer/Coach

2025-02-25  9135. Shelf Inc.

2025-02-25  9136. fource.cz

2025-02-25  9137. Kohl's

2025-02-25  9138. Experian Marketing Services - Audiences

2025-02-25  9139. Sundays

2025-02-25  9140. Basketball Arena, Miniclip, Darts Of Fury, Golf Battle, Football Rivals

2025-02-25  9141. Datonics

2025-02-25  9142. Jason Capital Account #2

2025-02-25  9143. Macy's

2025-02-25  9144. Boarderie

2025-02-25  9145. X-VIN

2025-02-25  9146. All Family Gift

2025-02-25  9147. MODCo T2

2025-02-25  9148. Universal Music Romania

2025-02-25  9149. amelieteje

2025-02-25  9150. Empower

2025-02-25  9151. Matterkind US

2025-02-25  9152. Gupta Media

2025-02-25  9153. Tincre

2025-02-25  9154. umusic NZ

2025-02-25  9155. Reality Labs

2025-02-25  9156. wavo.me

2025-02-25  9157. Grupo Axo

2025-02-25  9158. Zenith - PGD

2025-02-25  9159. Interscope Records

2025-02-25  9160. Florida Credit Union

2025-02-25  9161. Univision

2025-02-25  9162. Epsilon Audience Data Provider

2025-02-25  9163. Universal Music Italia

2025-02-25  9164. Insomniac Events

2025-02-25  9165. Dow

2025-02-25  9166. Resolution Media

2025-02-25  9167. Walmart

2025-02-25  9168. Amazon.com

2025-02-25  9169. Hyperglow

2025-02-25  9170. Spring Creek Group

2025-02-25  9171. Starcom USA

2025-02-25  9172. OMD USA

2025-02-25  9173. Universal Music Austria

2025-02-25  9174. Simplyk BÃ©nÃ©volat

2025-02-25  9175. Hearts & Science

2025-02-25  9176. Nielsen Marketing Cloud

2025-02-25  9177. UM NY

2025-02-25  9178. Brand survey

2025-02-25  9179. Convergence Media

2025-02-25  9180. Albertsons

2025-02-25  9181. For Rodriguez &

2025-02-25  9182. LiveRamp

2025-02-25  9183. Data unavailable

2025-02-25  9184. Sparkart Group, Inc.

2025-02-25  9185. Ranker 2

2025-02-25  9186. the7stars

2025-02-25  9187. Reverb

2025-02-25  9188. UMusic Australia

2025-02-25  9189. Indipendente Concerti

2025-02-25  9190. Sold Out Advertising

2025-02-25  9191. Socialflow

2025-02-25  9192. Assembly

2025-02-25  9193. NeoPerformance

2025-02-25  9194. Echo Promotion

2025-02-25  9195. Collectiv Presents

2025-02-25  9196. Captiv8

2025-02-25  9197. Carmichael Lynch

2025-02-25  9198. MyMuse

2025-02-25  9199. Live Nation Canada

2025-02-25  9200. Cooking Vinyl

2025-02-25  9201. Veltrac Music

2025-02-25  9202. AEG Presents - Media

2025-02-25  9203. Dot Matters

2025-02-25  9204. Dentsu X UK

2025-02-25  9205. North Coast Music Festival

2025-02-25  9206. MEC Australia

2025-02-25  9207. Bell Media

2025-02-25  9208. L'Oréal Paris

2025-02-25  9209. NOTO Houston

2025-02-25  9210. FanDuel

2025-02-25  9211. J3

2025-02-25  9212. Fashion Nova

2025-02-25  9213. IPSY

2025-02-25  9214. aim'n

2025-02-25  9215. Angus Media

2025-02-25  9216. T4 Social Media LLC

2025-02-25  9217. Vannen Watches

2025-02-25  9218. Papinelle Sleepwear

2025-02-25  9219. White Claw

2025-02-25  9220. T4F

2025-02-25  9221. Front Gate Tickets

2025-02-25  9222. Warner Music Spain

2025-02-25  9223. Express

2025-02-25  9224. Tommy Hilfiger

2025-02-25  9225. SkinnyDipped

2025-02-25  9226. Sweed

2025-02-25  9227. L'Oréal Group

2025-02-25  9228. Summerfest

2025-02-25  9229. FLOAT FEST

2025-02-25  9230. Groot Hospitality

2025-02-25  9231. Wavemaker Deutschland

2025-02-25  9232. Ark Swimwear

2025-02-25  9233. Greenhouse Talent NL

2025-02-25  9234. EMI Records

2025-02-25  9235. Influential

2025-02-25  9236. Harper's Bazaar

2025-02-25  9237. MILLIONS

2025-02-25  9238. Wavemaker-NZ Loreal

2025-02-25  9239. Jessica Goicoechea - Goi

2025-02-25  9240. MC2 LIVE

2025-02-25  9241. SOSHE Beauty

2025-02-25  9242. Goodlive Artists

2025-02-25  9243. Alex Feather Akimov's Business

2025-02-25  9244. Smashbox Cosmetics

2025-02-25  9245. Grand Central Publishing

2025-02-25  9246. Sub Pop Records

2025-02-25  9247. CharityStars

2025-02-25  9248. Universal Music Colombia

2025-02-25  9249. Yallie K Enterprises LLC

2025-02-25  9250. Ghostwriter Consultancy & Events

2025-02-25  9251. JustFab

2025-02-25  9252. L'Oréal Chile

2025-02-25  9253. Whalar

2025-02-25  9254. VaynerMedia Canada

2025-02-25  9255. Aleph Guatemala

2025-02-25  9256. Labelium Australia and New Zealand

2025-02-25  9257. BuzzFeed Branded Distribution

2025-02-25  9258. Edikted

2025-02-25  9259. The Rave / Eagles Club

2025-02-25  9260. Wizard Live

2025-02-25  9261. Alexis Ren

2025-02-25  9262. Red Digital

2025-02-25  9263. Socialistics

2025-02-25  9264. Wiland Data Targeting

2025-02-25  9265. Wyze

2025-02-25  9266. NovartisOneÂ²

2025-02-25  9267. Meditation Magazine

2025-02-25  9268. Michaels Stores

2025-02-25  9269. Target

2025-02-25  9270. Instagram Ad Ops

2025-02-25  9271. Spark Foundry

2025-02-25  9272. Wiland Data Tactics

2025-02-25  9273. DSW Designer Shoe Warehouse

2025-02-25  9274. bubly

2025-02-25  9275. All Family Gift, Coral Luxury US

2025-02-25  9276. Rezonate Media

2025-02-25  9277. Neustar FB Syndication

2025-02-25  9278. Conill Advertising

2025-02-25  9279. Fabian Ramirez

2025-02-25  9280. Test For Pixel

2025-02-25  9281. Meetsocial HK Digital Marketing Co.ï¼Œltd-1

2025-02-25  9282. Good Apple

2025-02-25  9283. Solka

2025-02-25  9284. iHeartCountry

2025-02-25  9285. Acxiom

2025-02-25  9286. Hylink Digital Solutions

2025-02-25  9287. Dr Pepper Snapple Group

2025-02-25  9288. Launchpad Ignite

2025-02-25  9289. Grubhub

2025-02-25  9290. Warner Music Norway

2025-02-25  9291. Sony Music UK

2025-02-25  9292. GroupM

2025-02-25  9293. Outback Presents

2025-02-25  9294. Lauren Daigle

2025-02-25  9295. Meta for Business

2025-02-25  9296. Test

2025-02-25  9297. XaxisKorea

2025-02-25  9298. Universal Music Deutschland

2025-02-25  9299. Universal Music Ireland

2025-02-25  9300. Ford Motor Company

2025-02-25  9301. TDC Audiences

2025-02-25  9302. BoostMobile - New/Post-Harmony

2025-02-25  9303. Reprise ES

2025-02-25  9304. Zillow

2025-02-25  9305. Solaura

2025-02-25  9306. Huggies

2025-02-25  9307. Matthew 6:26 LLC

2025-02-25  9308. eBay.co.uk

2025-02-25  9309. Eggland's Best Eggs

2025-02-25  9310. DeepSync Labs

2025-02-25  9311. Foot Locker

2025-02-25  9312. Brand Networks

2025-02-25  9313. Comedy Central

2025-02-25  9314. BM 01002

2025-02-25  9315. eFavormart

2025-02-25  9316. Jeff Wyler Eastgate Nissan, Serra Toyota Birmingham

2025-02-25  9317. Life.Church

2025-02-25  9318. Car Price Secrets

2025-02-25  9319. CreditCards.com

2025-02-25  9320. Solved

2025-02-25  9321. Nexters

2025-02-25  9322. FutureAdvisor

2025-02-25  9323. Omnicom Resolution

2025-02-25  9324. Kore Nutrition

2025-02-25  9325. Shambala

2025-02-25  9326. Merkle Data Partner

2025-02-25  9327. We Are Saatchi

2025-02-25  9328. Prime Student

2025-02-25  9329. FB Growth Marketing

2025-02-25  9330. CountryWired INC.

2025-02-25  9331. Pltnum

2025-02-25  9332. P&G Professional EspaÃ±a

2025-02-25  9333. Alfred A. Knopf

2025-02-25  9334. Corro

2025-02-25  9335. Givebutter

2025-02-25  9336. Compulse

2025-02-25  9337. Tostitos

2025-02-25  9338. Totspot

2025-02-25  9339. Global Leadership Network

2025-02-25  9340. Purdue Global

2025-02-25  9341. Kent Clothier

2025-02-25  9342. Rally For Rivers - Cauvery Calling, Isha Foundation, Sadhguru Hindi, Sadhguru

2025-02-25  9343. Goodway Tier 3 Digital

2025-02-25  9344. Aza

2025-02-25  9345. Liniad

2025-02-25  9346. Jordan Peterson

2025-02-25  9347. Immerse Agency, LLC

2025-02-25  9348. Tombras

2025-02-25  9349. ROR Partners

2025-02-25  9350. Starcom Denmark

2025-02-25  9351. Robert Beck

2025-02-25  9352. Carat USA

2025-02-25  9353. Publicis Health Media

2025-02-25  9354. Live Nation Australia

2025-02-25  9355. UM Canada

2025-02-25  9356. DIFF

2025-02-25  9357. Silk + Sonder

2025-02-25  9358. zeotap

2025-02-25  9359. Open Influence

2025-02-25  9360. Awesome Tee 66

2025-02-25  9361. Leverate Media

2025-02-25  9362. Resolution Agency

2025-02-25  9363. RCKT.

2025-02-25  9364. Dragonfly Brands

2025-02-25  9365. eHealth

2025-02-25  9366. Gorgie

2025-02-25  9367. Boncom

2025-02-25  9368. Bornlogic

2025-02-25  9369. Warner Music Canada

2025-02-25  9370. TivoliVredenburg

2025-02-25  9371. Foam and Substance

2025-02-25  9372. The Orchard

2025-02-25  9373. Miller's Ale House

2025-02-25  9374. MRG Live

2025-02-25  9375. Linear 360

2025-02-25  9376. Test Global

2025-02-25  9377. Vunzige Deuntjes

2025-02-25  9378. noatishby

2025-02-25  9379. Huggies UK

2025-02-25  9380. JM14

2025-02-25  9381. Mazda USA

2025-02-25  9382. Cronin

2025-02-25  9383. Sony Rewards

2025-02-25  9384. AEG Presents Asia

2025-02-25  9385. Tanrevel

2025-02-25  9386. Wavemaker Hong Kong

2025-02-25  9387. FM4 Indiekiste mit

2025-02-25  9388. Universal Music Sweden

2025-02-25  9389. Primark

2025-02-25  9390. BEN: Product Brand Intelligence

2025-02-25  9391. Sony Music Entertainment

2025-02-25  9392. Merch Traffic

2025-02-25  9393. Poppi

2025-02-25  9394. MDX_3

2025-02-25  9395. Mushroom

2025-02-25  9396. Trans-System, Inc.

2025-02-25  9397. JSHealth

2025-02-25  9398. Strawberries & Creem

2025-02-25  9399. Live Nation Finland

2025-02-25  9400. Dimensions Fragrance

2025-02-25  9401. ondonewyork

2025-02-25  9402. Notion Live Events

2025-02-25  9403. Alter Art

2025-02-25  9404. Park Advertising

2025-02-25  9405. Fulton & Roark

2025-02-25  9406. Team BC

2025-02-25  9407. The Assembly Music

2025-02-25  9408. UMe Music Team

2025-02-25  9409. Give Back Beauty

2025-02-25  9410. Beth Stelling

2025-02-25  9411. Threepipe

2025-02-25  9412. Camille Brinch Jewellery

2025-02-25  9413. PushSpring

2025-02-25  9414. Muver

2025-02-25  9415. BetterHelp

2025-02-25  9416. playforgain

2025-02-25  9417. National Debt Relief

2025-02-25  9418. Crumbl Cookies

2025-02-25  9419. Edwards Chevrolet Downtown

2025-02-25  9420. Wish

2025-02-25  9421. TruDiagnostic

2025-02-25  9422. AirSculpt

2025-02-25  9423. LADbible

2025-02-25  9424. Cure Media

2025-02-25  9425. RW Consulting

2025-02-25  9426. Noise New Media

2025-02-25  9427. WhatsApp, Windows, Skype

2025-02-25  9428. Pierce Media

2025-02-25  9429. Wonderfront Festival

2025-02-25  9430. L'OrÃ©al Uruguay

2025-02-25  9431. FESTIVAL LES ARDENTES

2025-02-25  9432. IZEA Worldwide, Inc.

2025-02-25  9433. Tommy Hilfiger ME

2025-02-25  9434. Hoffman York

2025-02-25  9435. Tropical Bros

2025-02-25  9436. Alo Moves

2025-02-25  9437. factory 54

2025-02-25  9438. Clarins

2025-02-25  9439. Cash App

2025-02-25  9440. CMS Music Media Ltd

2025-02-25  9441. Rite Aid

2025-02-25  9442. Dansko, LLC

2025-02-25  9443. Affinity Answers

2025-02-25  9444. OfferUp

2025-02-25  9445. Faraday.io

2025-02-25  9446. EYSUVISÂ® (loteprednol etabonate ophthalmic suspension) 0.25%

2025-02-25  9447. Progressive

2025-02-25  9448. Fb-Ig-Stage

2025-02-25  9449. UM MENA

2025-02-25  9450. UM Australia

2025-02-25  9451. CVS Pharmacy

2025-02-25  9452. Engage Media

2025-02-25  9453. Percipio Holdings, Inc.

2025-02-25  9454. Drive with Lyft

2025-02-25  9455. Allergan BIOCELL

2025-02-25  9456. Republic NOLA

2025-02-25  9457. Karsten Jahnke Konzerte

2025-02-25  9458. Hyperice

2025-02-25  9459. Arnold Palmer Spiked, Movo

2025-02-25  9460. Coinbase

2025-02-25  9461. SUGARED + BRONZED

2025-02-25  9462. Serra Hyundai

2025-02-25  9463. SONYA DAKAR

2025-02-25  9464. D'Alessandro e Galli

2025-02-25  9465. Scooter's Coffee

2025-02-25  9466. Banggood

2025-02-25  9467. Rakuten

2025-02-25  9468. Intuit Credit Karma

2025-02-25  9469. Sol Beer US

2025-02-25  9470. Greta Boutique

2025-02-25  9471. 360i

2025-02-25  9472. Sykes Millionaire Challenge

2025-02-25  9473. SwellShark

2025-02-25  9474. UM APAC

2025-02-25  9475. All Family Gift, Coral Luxury US, Family Gifts

2025-02-25  9476. Nextdoor for Business

2025-02-25  9477. J Vineyards & Winery

2025-02-25  9478. L.A. Clippers

2025-02-25  9479. JCPenney

2025-02-25  9480. Stacy's Pita Chips

2025-02-25  9481. Invest529

2025-02-25  9482. Marathon Strategies

2025-02-25  9483. Jackson Hewitt

2025-02-25  9484. Acura of Westchester

2025-02-25  9485. Thirdwave

2025-02-25  9486. All Family Gift, Family Gifts, Coral Luxury US

2025-02-25  9487. Amazon.com, Amazon.co.uk

2025-02-25  9488. DEPT UK

2025-02-25  9489. Allstate

2025-02-25  9490. Feld Entertainment, Inc.

2025-02-25  9491. Victoria Warehouse

2025-02-25  9492. Sure Sure

2025-02-25  9493. Aleph El Salvador

2025-02-25  9494. moveconcertsarg

2025-02-25  9495. Preflect Ads

2025-02-25  9496. ZenithOptimedia Thailand

2025-02-25  9497. PM PUIG

2025-02-25  9498. AutoCruitment

2025-02-25  9499. Joom

2025-02-25  9500. JCK Enterprises, LLC

2025-02-25  9501. Away That Day

2025-02-25  9502. HCN

2025-02-25  9503. Aleph - Costa Rica

2025-02-25  9504. Pourri

2025-02-25  9505. Panasonic Personal Care USA

2025-02-25  9506. Avant Gardner

2025-02-25  9507. PreciseTarget

2025-02-25  9508. Sony Electronics

2025-02-25  9509. CONVERSE

2025-02-25  9510. Learning A-Z

2025-02-25  9511. Division D

2025-02-25  9512. Katalyst Advantage

2025-02-25  9513. SupplyX

2025-02-25  9514. Relistor® (methylnaltrexone bromide)

2025-02-25  9515. Simon Malls

2025-02-25  9516. The Detox Dudes

2025-02-25  9517. Fanatics

2025-02-25  9518. BM 30 MAIL 01

2025-02-25  9519. Ayla & Co

2025-02-25  9520. Bob Hannon Consulting

2025-02-25  9521. Climate Reality Action Fund, Bill Conway, MN vs Trump, Councilman Johnny G. Farias

2025-02-25  9522. Flaus

2025-02-25  9523. Swank A Posh

2025-02-25  9524. DISH

2025-02-25  9525. YZ'S Market

2025-02-25  9526. All Family Gifts

2025-02-25  9527. 4C

2025-02-25  9528. Coral Luxury US, All Family Gift

2025-02-25  9529. Pinterest Inc

2025-02-25  9530. American Kidney Fund

2025-02-25  9531. Best Buy, Starcom USA

2025-02-25  9532. Chase

2025-02-25  9533. BSN

2025-02-25  9534. Grant Cardone

2025-02-25  9535. AR Homes by Arthur Rutenberg

2025-02-25  9536. Merkle Incorporated

2025-02-25  9537. Test Page

2025-02-25  9538. Aegis Media Innov8

2025-02-25  9539. The Home Depot

2025-02-25  9540. St. Luke's Health

2025-02-25  9541. Hong Kong Zoom Interactive Network Marketing Technology Limited

2025-02-25  9542. Truth and Love Coaching International

2025-02-25  9543. GCommerce

2025-02-25  9544. BOSS

2025-02-25  9545. Elicit Music

2025-02-25  9546. JG Summit

2025-02-25  9547. Estee Lauder MÃ©xico

2025-02-25  9548. First Avenue & 7th St Entry

2025-02-25  9549. FOX Sports

2025-02-25  9550. Agh sdef

2025-02-25  9551. ClearOne Advantage, LLC

2025-02-25  9552. Center

2025-02-25  9553. The Fitness Marshall, Vizzy Hard Seltzer

2025-02-25  9554. Smith Micro Software

2025-02-25  9555. Kash Kick 2

2025-02-25  9556. Bread Beauty Supply

2025-02-25  9557. The Gatorade Company

2025-02-25  9558. M&C Saatchi Performance

2025-02-25  9559. Coral Luxury US

2025-02-25  9560. Clash Royale, Clash Royale ES

2025-02-25  9561. Burson Global

2025-02-25  9562. Sanity Skin

2025-02-25  9563. Linktree

2025-02-25  9564. Evony - The King's Return

2025-02-25  9565. Performance Marketing - USD - Spotify AB

2025-02-25  9566. Lime

2025-02-25  9567. Hourglass Cosmetics

2025-02-25  9568. Sling TV

2025-02-25  9569. Troubadour Presents

2025-02-25  9570. MediaSales

2025-02-25  9571. Step

2025-02-25  9572. Scruff of the Neck

2025-02-25  9573. ICRUSH

2025-02-25  9574. MEC

2025-02-25  9575. RainCloud Media

2025-02-25  9576. WMcCann RJ

2025-02-25  9577. Suit Up Brands LLC

2025-02-25  9578. JOANN Fabric and Craft Stores

2025-02-25  9579. Talent Groupe CH

2025-02-25  9580. Bang Productions Television

2025-02-25  9581. MPP Business test account

2025-02-25  9582. Synchrony

2025-02-25  9583. Crossmedia

2025-02-25  9584. Spotify LATAM BM

2025-02-25  9585. Toms River Mitsubishi

2025-02-25  9586. Klick - Epic

2025-02-25  9587. Change Research

2025-02-25  9588. NIV Bible

2025-02-25  9589. Happy Family Organics

2025-02-25  9590. Live Nation Polska

2025-02-25  9591. Kay Jewelers

2025-02-25  9592. Colleen Mauer Designs

2025-02-25  9593. Lounge Underwear

2025-02-25  9594. Bonneville International

2025-02-25  9595. Great American Pure Flix

2025-02-25  9596. Foursquare City Guide

2025-02-25  9597. Initiative

2025-02-25  9598. Coach

2025-02-25  9599. BerlinRosen

2025-02-25  9600. Nissan of Omaha

2025-02-25  9601. Second test personal user page

2025-02-25  9602. Ethos Life

2025-02-25  9603. Unique Vacations Limited

2025-02-25  9604. Live Nation France

2025-02-25  9605. Sony Music Austria

2025-02-25  9606. PHD colombia S.A.S

2025-02-25  9607. Campbell Ewald

2025-02-25  9608. Ribbow Media Group

2025-02-25  9609. Miami Dolphins

2025-02-25  9610. Black Promoters Collective

2025-02-25  9611. ThinkSwell

2025-02-25  9612. Universal Music South Africa

2025-02-25  9613. LSU AgCenter Botanic Gardens

2025-02-25  9614. Pepsi

2025-02-25  9615. NICKS

2025-02-25  9616. Victoria Justice

2025-02-25  9617. VET Tv- Veteran Television

2025-02-25  9618. No Limit Entertainment

2025-02-25  9619. Maison de Sabré

2025-02-25  9620. Universal Music Danmark

2025-02-25  9621. Live Nation Denmark

2025-02-25  9622. Functional Care

2025-02-25  9623. Warner Music Denmark

2025-02-25  9624. Sony Music Netherlands

2025-02-25  9625. Zales

2025-02-25  9626. Bruckner Yaar Levi

2025-02-25  9627. Best Videos

2025-02-25  9628. Island Records UK

2025-02-25  9629. Volkswagen of West Islip

2025-02-25  9630. Last Tour

2025-02-25  9631. Active International

2025-02-25  9632. GOP

2025-02-25  9633. Fedyna Services Limited

2025-02-25  9634. Purple Media

2025-02-25  9635. St. Jude Children's Research Hospital

2025-02-25  9636. Klick - Edge

2025-02-25  9637. Holding Page

2025-02-25  9638. Hopjump

2025-02-25  9639. Ulta Beauty

2025-02-25  9640. Adult Swim

2025-02-25  9641. Hunter Del Caribe

2025-02-25  9642. Data Axle USA

2025-02-25  9643. Okori Kazakhstan

2025-02-25  9644. Liberated Brands

2025-02-25  9645. Quora

2025-02-25  9646. Sony Music Australia

2025-02-25  9647. BluFish

2025-02-25  9648. Wegmans

2025-02-25  9649. Postmates

2025-02-25  9650. ZenithMedia Germany

2025-02-25  9651. Relatable

2025-02-25  9652. Health Union LLC

2025-02-25  9653. Walt Disney World

2025-02-25  9654. Another Planet Entertainment

2025-02-25  9655. Bumble

2025-02-25  9656. OLLY

2025-02-25  9657. Facebook Analytics

2025-02-25  9658. Doritos

2025-02-25  9659. PMG

2025-02-25  9660. WBCI

2025-02-25  9661. The New York Times

2025-02-25  9662. MOJO

2025-02-25  9663. Allied Global Marketing

2025-02-25  9664. Democratic Party

2025-02-25  9665. Lumen Technologies

2025-02-25  9666. Tempo OMD Social Adv

2025-02-25  9667. GroupM Media India

2025-02-25  9668. Flat Tummy Co

2025-02-25  9669. Digital House

2025-02-25  9670. Gooseberry Intimates

2025-02-25  9671. Funded Commerce Ads

2025-02-25  9672. Topeka

2025-02-25  9673. AutoCanada

2025-02-25  9674. Global Health on Facebook

2025-02-25  9675. Launchpad INTL

2025-02-25  9676. Reward Agency - 08

2025-02-25  9677. Mindshare USA

2025-02-25  9678. Warner Music Germany

2025-02-25  9679. Havas Media

2025-02-25  9680. Facetune by Lightricks

2025-02-25  9681. WITHIN

2025-02-25  9682. Aleph Uruguay

2025-02-25  9683. Ring

2025-02-25  9684. Wix

2025-02-25  9685. Ruder Finn

2025-02-25  9686. Sony Music Poland

2025-02-25  9687. Arising Empire

2025-02-25  9688. REVOLVE

2025-02-25  9689. Performics Belgium

2025-02-25  9690. RTIC Outdoors

2025-02-25  9691. Accenture Adaptly Media Clients

2025-02-25  9692. Warner Music Poland

2025-02-25  9693. TEG DAINTY

2025-02-25  9694. GroupM Danmark

2025-02-25  9695. Admixer

2025-02-25  9696. Nutrafol

2025-02-25  9697. Sony Music Spain

2025-02-25  9698. Z2 Comics

2025-02-25  9699. La Roche-Posay

2025-02-25  9700. Universal Music Latino

2025-02-25  9701. Universal Music Brasil

2025-02-25  9702. Destroy All Lines

2025-02-25  9703. Caraway

2025-02-25  9704. Apple Services

2025-02-25  9705. i.am.gia

2025-02-25  9706. Infectious Music

2025-02-25  9707. Capital One

2025-02-25  9708. Chime

2025-02-25  9709. Liquid I.V.

2025-02-25  9710. COS

2025-02-25  9711. GunrockMarketing

2025-02-25  9712. Anotherland Music

2025-02-25  9713. Dentsu Digital Italy

2025-02-25  9714. Ranker.com

2025-02-25  9715. Louisville Democratic Party, House Majority Project

2025-02-25  9716. Microsoft Customer Insights Center

2025-02-25  9717. Dollar General

2025-02-25  9718. Fiehrer Buick GMC

Document Integrity Summary

SHA-256: bd80c1cca89c6326fe08310b4130d0a807bc90ddf0991eb3aa994b5eb1383a4f
MD5: 3f35237e50d3844f98fcd3ad9e374c2e

Input File Hashes

page_1.json

SHA-256: 2cbee10e6e66201ca08048ae37353ba0e7bf47ac46b6230204501e4d3b0c0385
MD5: a63fdd7de8c02ba5dc34f44f8f86032a

page_2.json

SHA-256: 27452dafc2e8983bc62a477ab5e7e2c710002bfb3cf569c7949ad3bd46e51457
MD5: 5e75f5d34d20eb9e4bfc10c753c1c759

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 10, 2025 11:12 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | EXHIBIT_D-2_Custom_Audience_Entities.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 10, 2025 - 23:11.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** EXHIBIT_D-2_Custom_Audience_Entities.pdf