# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ** | § | **CIVIL ACTION** |
| | § | **NO. 2:25-CV-00197** |
| *PLAINTIFF* | § | |
| | | **JUDGE JAY C. ZAINEY** |
| VS. | | **SECTION A** |
| | § | |
| **META PLATFORMS, INC.,** *ET AL* | | **MAGISTRATE JUDGE** |
| | § | **DONNA PHILLIPS CURRAULT** |
| *DEFENDANTS* | § | **DIVISION 2** |
| | § | |
| | § | **JURY TRIAL REQUESTED** |
| | § | |
| | § | |
| | § | |

## NOTICE OF ENTRY OF RULE 1006 SUMMARY EXHIBIT — ATTACHMENTS D-2 AND D-3

NOW INTO COURT, comes PLAINTIFF, HIRAN RODRIGUEZ, appearing *SUI JURIS*, not as a corporate fiction but as a living man endowed by CREATOR with unalienable RIGHTS, to enter this **NOTICE OF EVIDENTIARY ENTRY** under the authority of:

• **Federal Rule of Evidence 1006**

• **Federal Rule of Evidence 401**

• **Federal Rule of Civil Procedure 26(a)(1)(A)(ii)**

• And pursuant to PLAINTIFF'S unwaived RIGHTS under the **First**, **Fourth**, and **Ninth** Amendments to the Constitution for the United States of America.

PLAINTIFF submits **ATTACHMENT D-2** and **ATTACHMENT D-3** into the judicial record as **irrefutable summaries** of voluminous data archives extracted from PLAINTIFF'S **Facebook digital records** and verified forensic datasets.

These exhibits:

• Identify over 1,000 unauthorized **Custom Audience entities** engaged in behavioral surveillance, biometric tracking, consumer monetization, and data trafficking of PLAINTIFF without **LAWFUL CONSENT**.

2

• Summarize PLAINTIFF'S **injury-in-fact** as a result of unlawful profiling, tracking, and commercial exploitation under pretextual "Terms of Use" contracts that PLAINTIFF never knowingly, willingly, or voluntarily executed under full disclosure or capacity.

Pursuant to **Federal Rule of Evidence 1006**, such summaries are **self-authenticating** and **admissible without judicial discretion**, provided that the source records have been made available for examination — which they have.

These filings are now:

1. **Permanent evidentiary fixtures** binding upon all parties and officers of this COURT.

2. **Non-negotiable** and **judicially cognizable** under the standards of due process and equitable remedy.

3. **Entitled to full faith and credit** under the Rules of Article III adjudication and the Civil Rights Act of 1866.

Failure to rebut these filings **on the record**, with specificity and sworn affidavit, shall constitute **waiver**, **admission**, and **acquiescence** under Federal Rule of Civil Procedure 8(b)(6).

3

Any act to obstruct, conceal, delay, tamper with, or otherwise frustrate the entry of this evidence shall trigger immediate invocation of PLAINTIFF'S RIGHTS under:

• **18 Stat. 335**, Civil Rights Enforcement

• **Stat. 1, p. 21**, First Amendment Guarantees

• **Title of Sovereign Petition as protected by the Constitution and natural law of Nations**

**Respectfully Entered this 11th day of April, 2025**

/s/ HIRAN RODRIGUEZ

*Hiran Rodriguez*

*PRO SE PLAINTIFF, SUI JURIS*

All Rights Reserved — UCC 1-308

No corporate status — No joinder — No adhesion

**Dated:** April 11, 2025

## **CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ**, *Sui Juris*, hereby certify and affirm that this **NOTICE** and its accompanying evidentiary materials – **ATTACHMENTS D-2 and D-3** – have been filed and entered into the judicial record on this day, April 11, 2025, through the **UNITED STATES DISTRICT COURT'S ELECTRONIC DOCUMENT SUBMISSION SYSTEM (EDSS).**

As this submission is made directly into the record using the Court's authorized electronic system, formal service upon opposing parties is effectuated by operation of law and court wprotocol.

This sworn statement is executed without waiver of any rights, and without granting jurisdiction to any entity, code, or office not operating under the Constitution for the United States of America.

**So help me God on this day, April 11, 2025, as is hereby so attested!**

/s/ HIRAN RODRIGUEZ

*Hiran Rodriguez*

5

*PRO SE PLAINTIFF, SUI JURIS*

All Rights Reserved — UCC 1-308

Without Prejudice — Without Recourse

Without Joinder to any commercial, corporate, administrative, or inferior jurisdiction

No tacit agreement presumed; no consent granted where none is expressed

*Dated:* April 11, 2025

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, April 11, 2025 4:17 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NOTICE OF ENTRY OF RULE 1006 SUMMARY EXHIBIT — ATTACHMENTS D-2 AND D-3%0D%0A%0D%0A%0D%0A%0D%0A%0D%0A%0D%0A%0D%0A%0D%0A.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, April 11, 2025 - 16:16.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** hiranrodriguez@outlook.com

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-CV-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE OF ENTRY OF RULE 1006 SUMMARY EXHIBIT — ATTACHMENTS D-2 AND D-3