# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ** | § | CIVIL ACTION |
| | § | NO. 2:25-CV-00197 |
| *PLAINTIFF* | § | |
| | | JUDGE JAY C. ZAINEY |
| VS. | | SECTION A |
| | § | |
| **META PLATFORMS, INC.,** *ET AL* | | MAGISTRATE JUDGE |
| | § | DONNA PHILLIPS CURRAULT |
| *DEFENDANTS* | § | DIVISION 2 |
| | § | |
| | § | JURY TRIAL REQUESTED |
| | § | |
| | § | |
| | § | |

## NOTICE OF ENTRY OF RULE 1006 SUMMARY EXHIBIT – EXHIBIT D-4

NOW INTO COURT, comes PLAINTIFF, **HIRAN RODRIGUEZ**, appearing *sui juris*, to provide **uncompromising notice** that the attached evidentiary material — **EXHIBIT D-4** — is submitted into the judicial record pursuant to **Federal Rule of Evidence 1006.**

This exhibit is a **tabulated forensic summary** of **Custom Audience entities** identified through detailed examination of PLAINTIFF'S **Facebook data logs archive**, dated **April 6, 2024** through **April 6, 2025.** Each entry represents a **third-party surveillance participant** who included PLAINTIFF in targeted behavioral experiments and data monetization funnels **without voluntary, informed, or lawful consent.**

Pursuant to **Federal Rule of Evidence 1006, Federal Rule of Evidence 401, and Federal Rule of Civil Procedure 26(a)(1)(A)(ii)**, no judicial discretion is required for admissibility. This is a **binding evidentiary filing**, self-authenticating under regular conduct of digital business records.

This filing **irrevocably binds the judicial record**. Continued **silence**, **failure to rebut**, **or refusal** to acknowledge by this COURT or by any DEFENDANT shall be construed as **tacit waiver, constructive forfeiture, and intentional concealment** under color of law and in violation of due process.

This filing, including **EXHIBIT D-4** and the **Sworn Declaration of Integrity**, shall stand as a **permanent evidentiary fixture** within the record of this COURT. Any attempt to **obstruct**, **redact**, **delay**, **tamper with**, **or destroy** said evidence shall trigger immediate **petitions for civil and criminal contempt, judicial sanctions, and referral to lawful prosecutorial authority** under the laws of the United States and the constitutional protections of the sovereign individual.

---

**Respectfully entered,** this 12th day of April, 2025.

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

*Pro Se Plaintiff, Sui Juris*

820 Grove Ave

Metairie, LA, 70003-7024

(504)-203-8459

hiranrodriguez@outlook.com

3

## **CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ**, *Sui Juris*, hereby certify that a true and correct copy of the foregoing **NOTICE OF ENTRY OF RULE 1006 SUMMARY EXHIBIT – EXHIBIT D-4**, along with **EXHIBIT D-4** and the **Sworn Declaration of Integrity**, has been submitted into the judicial record via the **United States District Court's Electronic Document Submission System (EDSS)** on this 12th day of April, 2025.

As this action constitutes **official filing through the Court's electronic system**, service upon all registered parties is effectuated by operation of law and electronic notice pursuant to the Court's standard rules and procedures.

This certification is made in good faith, under full reservation of rights, and without waiver of standing or remedy.

---

**Executed this 12th day of April, 2025.**

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

*Pro Se Plaintiff, Sui Juris*

**All Rights Reserved — UCC 1-308**

**Without Prejudice — Without Recourse**

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 12, 2025 3:35 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NOTICE OF ENTRY OF RULE 1006 SUMMARY EXHIBIT – EXHIBIT D-4.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 12, 2025 - 03:34.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE OF ENTRY OF RULE 1006 SUMMARY EXHIBIT – EXHIBIT D-4