## Sworn Declaration of Integrity

For: EXHIBIT D-4 — Custom Audience Entities
(2024-04-06 — 2025-04-06)

I, HIRAN RODRIGUEZ, Sui Juris, do hereby declare and affirm under full commercial and criminal liability, and under penalty of perjury under the laws of the United States of America, that I have personally created, reviewed, and authenticated the document titled:

**EXHIBIT D-4.pdf**

Said document was created for judicial entry in Civil Action No. 2:25-cv-00197, in the United States District Court for the Eastern District of Louisiana. It contains a forensic tabulation of third-party Custom Audience entities obtained from my Facebook data logs archive dated 2024-04-06 through 2025-04-06.

This evidence is admissible under:
- Federal Rule of Evidence 1006 (Summaries to Prove Content)
- Federal Rule of Evidence 902(11) (Certified Domestic Records of a Regularly Conducted Activity)

The cryptographic digest of this document is as follows:

SHA-256:
ae7e8d9f17e6e373b8f57cc5cba13aaa160250e6c40d1b9943fcbf109536ebbb

MD5:
fc7a0c79a94ce5031ac49979eed078dd

Executed this day, April 11, 2025.

/s/ HIRAN RODRIGUEZ
Pro Se Plaintiff, Sui Juris
All Rights Reserved — UCC 1-308
Without Prejudice — Without Recourse

So help me God on this day, April 11, 2025, as is hereby so attested!

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 12, 2025 3:40 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Sworn Declaration of Integrity.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 12, 2025 - 03:40.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Sworn Declaration of Integrity