# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ** | § | **CIVIL ACTION** |
| | § | **NO. 2:25-CV-00197** |
| *PLAINTIFF* | § | |
| *VS.* | § | **JUDGE JAY C. ZAINEY** |
| | § | **SECTION A** |
| **META PLATFORMS, INC.,** *ET AL* | § | |
| | § | **MAGISTRATE JUDGE** |
| *DEFENDANTS* | § | **DONNA PHILLIPS CURRAULT** |
| | § | **DIVISION 2** |
| | § | |
| | § | **JURY TRIAL REQUESTED** |
| | § | |

## SUPPLEMENTAL JUDICIAL NOTICE OF RETALIATORY SURVEILLANCE AND ENTERPRISE ACTIVITY

**NOW INTO COURT**, comes **PLAINTIFF**, **HIRAN RODRIGUEZ**, appearing *sui juris,* to provide this **SUPPLEMENTAL JUDICIAL NOTICE** pursuant to **Federal Rule of Evidence 201(b)** and the **inherent powers of the Court** to prevent **retaliation** and **fraud upon the Court**.

**On April 12, 2025—less than 72 hours** after **Magistrate Judge Donna Phillips Currault** issued **Rec. Doc. 137** recommending **dismissal of all claims**—DEFENDANTS **retaliated** with a **fresh wave of stalking, noise-based harassment**, and **coordinated vehicle-based surveillance** involving **emergency vehicles.**

The **Third District Volunteer Fire Department firetruck** and **LCMC Health ambulance** were captured on **dashcam** approaching **PLAINTIFF'S residence**, **activating sirens**, and **tailing PLAINTIFF through Metairie**. These acts **mirror prior harassment episodes** and occurred **immediately after protected activity** by **PLAINTIFF**.

The **sequence of events strongly supports PLAINTIFF'S claim** of a **coordinated enterprise** of **retaliatory surveillance and interference** involving **DEFENDANTS META, APPLE, TDVFD, LCMC HEALTH, and JPSO**—enabled by **shadow stream surveillance systems, behavioral SDK relays, and unlawful telemetry infrastructure. This record is preserved for appeal and sanctions.** The **Court is hereby placed on notice** of the **appearance of retaliation** following **dispositive recommendations**, and the **ongoing danger** posed to **PLAINTIFF'S safety** and **rights** under **42 U.S.C. § 1983** and the **First and Fourteenth Amendments** to the **Constitution for the United States of America.**

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

*Pro Se Plaintiff, Sui Juris*

**Dated: April 13, 2025**

**All Rights Reserved — UCC 1-308**

**Without Prejudice — Without Recourse**

# **CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ**, appearing *sui juris*, hereby certify that a true and correct copy of the foregoing:

**SUPPLEMENTAL JUDICIAL NOTICE OF RETALIATORY SURVEILLANCE AND ENTERPRISE ACTIVITY**

was served via the Electronic Document Submission System (EDSS) of the United States District Court for the Eastern District of Louisiana and transmitted to all registered counsel of record on this date.

This service complies with all applicable provisions of the Federal Rules of Civil Procedure, Local Rules of the Eastern District of Louisiana, and the EDSS electronic filing protocols.

Executed on this **13th day of April, 2025.**

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

*Pro Se Plaintiff, Sui Juris*

**Dated: April 13, 2025**

**All Rights Reserved — UCC 1-308**

**Without Prejudice — Without Recourse**

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Sunday, April 13, 2025 4:25 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | SUPPLEMENTAL JUDICIAL NOTICE OF RETALIATORY%0ASURVEILLANCE AND ENTERPRISE ACTIVITY.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Sunday, April 13, 2025 - 04:24.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlookc.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** SUPPLEMENTAL JUDICIAL NOTICE OF RETALIATORY SURVEILLANCE AND ENTERPRISE ACTIVITY