# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ** | § | **CIVIL ACTION** |
| | § | **NO. 2:25-CV-00197** |
| *PLAINTIFF* | § | |
| *VS.* | § | **JUDGE JAY C. ZAINEY** |
| | § | **SECTION A** |
| **META PLATFORMS, INC., *ET AL*** | § | |
| | § | **MAGISTRATE JUDGE** |
| *DEFENDANTS* | § | **DONNA PHILLIPS CURRAULT** |
| | § | **DIVISION 2** |
| | § | |
| | § | **JURY TRIAL REQUESTED** |
| | § | |

## MOTION FOR LEAVE TO FILE EXHIBIT F UNDER SEAL

**NOW INTO COURT**, comes Plaintiff **Hiran Rodriguez**, appearing under ecclesiastical authority and pursuant to Federal Rules of Civil Procedure and Local Rule 5.6, and respectfully moves this Honorable Court for leave to file under seal the document entitled: **EXHIBIT F (Submitted under seal).**

**EXHIBIT F** is a certified ecclesiastical exhibit containing protected religious content, biometric references, and sensitive privacy violations related to digital surveillance and retaliation.

Said exhibit has been encrypted with the password: **DocumentF**, and is submitted in unalterable format to prevent unauthorized disclosure.

**WHEREFORE**, Plaintiff prays that the Court grant this **Motion for Leave** and permit **EXHIBIT F** to be filed **under seal** and **restricted** from public access until further order of the Court.

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ **Hiran Rodriguez,** *Sui Juris*

*Plaintiff Pro Se*

**Sun Rising Ministries**

**Date: April 14, 2025**

2

# UNDER DIVINE COVERING AND CONSTITUTIONAL AUTHORITY



Certified by Ecclesiastical Authority – Sun Rising Ministries

*This document is protected under ecclesiastical law*
*and the Constitution for the United States of America.*
*Sun Rising Ministries – A 501(c)(3) Church Corporation*

# EXHIBIT F

*(Submitted Under Seal)*

# ECCLESIASTICAL SEAL AND COVERING

This Petition is submitted under the ecclesiastical authority of Sun Rising Ministries, a federally recognized 501(c)(3) nonprofit church and ministry, and sealed by its duly elected Pastor, Hiran Rodriguez, on November 24, 2024, in the County of Jefferson, State of Louisiana.

All rights are reserved under the Constitution for the United States of America and under the laws of Nature and Nature's God. This action is protected religious expression and shall not be abridged by any agency, court, or commercial actor.



*Sun Rising Ministries – A 501(c)(3) Church Corporation*

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 14, 2025 2:12 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Motion for Leave to File Exhibit E Under Seal.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 14, 2025 - 02:12.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Motion for Leave

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 14, 2025 3:57 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Notice of Submission for Motion for Leave To File Exhibit F Under Seal.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 14, 2025 - 03:56.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Notice of Submission for Motion for Leave to File Exhibit F Under Seal

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 14, 2025 4:01 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Notice of Submission for Motion for Leave To File Exhibit F Under Seal.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 14, 2025 - 04:00.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Notice of Submission for Motion For Leave to File Exhibit F Under Seal

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 14, 2025 4:04 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Proposed Order.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 14, 2025 - 04:04.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Proposed Order for Motion For Leave To File Exhibit F Under Seal

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 14, 2025 6:20 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Certificate of Service 4142025.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 14, 2025 - 06:19.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Certificate of Service