**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

HIRAN RODRIGUEZ                                    CIVIL ACTION
**PLAINTIFF(S)**
                                                   No.   25-197
**VERSUS**
                                                   SECTION:   A (2)
META PLATFORMS, INC., ET AL
**DEFENDANT(S)**

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion  For Leave To File Exhibit F Under Seal   is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ ___.m.

 HR 04/14/2025
(Signature)

 Hiran Rodriguez
(Name)

 820 Grove Ave
(Address)

 Metairie            LA    70003-7024
(City)           (State)    (Zip)

 (504) 203-8459
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20_____.

_____
**(SIGNATURE)**