UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAM RODRIGUEZ
_____
PLAINTIFF(S)

VERSUS

META PLATFORMS, INC., ET AL
_____
DEFENDANT(S)

CIVIL ACTION

No. 25-1977

SECTION: A(2)

### ORDER

Considering the Motion For Leave To File Exhibit Under Seal _____,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this_____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE