# CERTIFICATE OF SERVICE

I hereby certify that the following documents:

- **Motion for Leave to File Exhibit F Under Seal**

- **Proposed Order**

- **Notice of Submission**

- **EXHIBIT F (Submitted under seal)**

were served via the **Electronic Document Submission System (EDSS)** of the

United States District Court for the Eastern District of Louisiana and

transmitted to all registered counsel of record on this date.

This service complies with all applicable provisions of the **Federal Rules of

Civil Procedure**, **Local Rules of the Eastern District of Louisiana**, and the

**EDSS electronic filing protocols**.

Executed on this **14th day of April, 2025.**

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

**Hiran Rodriguez,** *Sui Juris*

*Plaintiff Pro Se*

**820 Grove Ave**

**Metairie, Louisiana 70003**

**(504) 203-8459**

**hiranrodriguez@outlook.com**