**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Sunday, April 13, 2025 11:57 PM
**To:** eFile-ProSe <eFile-ProSe@laed.uscourts.gov>
**Subject:** [WARNING: MESSAGE ENCRYPTED]New EDSS Filing Submitted

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Sunday, April 13, 2025 - 23:56.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** EXHIBIT F (Submitted under seal)