U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: T-MOBILE USA, INC.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
HIRAN RODRIGUEZ  
820 GROVE AVE, METAIRIE, LA, 70003-7024

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 27  
Check for service on USA: ☐

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: *Hiran Rodriguez*  
☐ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: 5042038459  
DATE: 03/04/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 34  
District to Serve No. 97  
Signature of Authorized USMS Deputy or Clerk  
Date: 4-7-25

I hereby certify and return that I ☐ have personally served ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): ALEX JENKINS  ASSOCIATE  NOTARY  
Date: 4/11/25  Time: 10:12 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: Served Alex Jenkins at front counter.

Form USM-285  
Rev 03/21

6/Cut

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 14, 2025 10:43 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | 25-197 USM 285 Completed TMobile.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 14, 2025 - 10:42.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Summons Returned Executed for T-Mobile USA, Inc. on 04/11/2025