# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIRAN RODRIGUEZ** | § | CIVIL ACTION |
| | § | NO. 2:25-CV-00197 |
| *PLAINTIFF* | § | |
| *VS.* | § | JUDGE JAY C. ZAINEY |
| | § | SECTION A |
| **META PLATFORMS, INC.,** *ET AL* | § | |
| | § | MAGISTRATE JUDGE |
| *DEFENDANTS* | § | DONNA PHILLIPS CURRAULT |
| | § | DIVISION 2 |
| | § | |
| | § | JURY TRIAL REQUESTED |
| | § | |

## PLAINTIFF'S SUPPLEMENTAL JUDICIAL NOTICE OF SEXUAL DEFAMATION, GOVERNMENTAL RETALIATION, AND ENTERPRISE HARASSMENT

**(Relating to Sealed Exhibit F)**

**I. FACTUAL SUMMARY OF SEALED EXHIBIT F**

Plaintiff filed **EXHIBIT F** under seal, documenting two false and defamatory "Sex Offender Notifications" mailed to Plaintiff's home at **820 Grove Ave, Metairie, Louisiana** on:

- **November 15, 2024**
- **December 11, 2024**

**These documents were deliberately issued by the Jefferson Parish Sheriff's Office (JPSO), under the authority of Sheriff Joseph P. Lopinto III, and falsely suggested that Plaintiff was the subject of a criminal sex offender notification — despite containing no image of Plaintiff, and despite Plaintiff never being accused, charged, or classified in any such manner.** The mailings were sent without legal justification, without court process, and without any lawful mechanism — designed solely to defame, intimidate, and retaliate against Plaintiff.

These mailings are part of a **coordinated, enterprise-wide campaign of digital and physical retaliation** carried out by a coalition of private corporations, governmental actors, and media entities. Named Defendants include **Meta Platforms, Inc., Apple Inc., X Corp., Kansas City Southern Railway Company (KCSR), T-Mobile USA, Inc., AT&T Enterprises, LLC, LCMC Healthcare Partners, LLC, Jefferson Parish, Jefferson Parish Sheriff's Office (JPSO), the Third District Volunteer Fire Department (TDVFD), Gray Media, Inc., The Associated Press**, and **DOES 1–10**, including enterprise participants operating under apparent emergency cover — unauthorized ambulance personnel, officers acting under color of law, and railroad operatives — including KCSR train crews participating in

**synchronized horn-based noise assaults and signal harassment intended to track, provoke, and disturb Plaintiff's peace, rest, and privacy. Plaintiff has also documented ongoing noise-based psychological torture, including intentional sleep disruption, community-based intimidation, and continuous harassment timed to Plaintiff's litigation efforts and court filings. These acts are designed to impair concentration, inflict exhaustion, and induce fear and demoralization, constituting a clear pattern of enterprise retaliation and sensory assault.**

Despite Plaintiff's ongoing court filings, legal demand letters, documented complaints, and submission of physical and digital evidence, the retaliatory conduct continues without cessation, and no remedial or protective action has been undertaken by law enforcement or supervising counsel. The lack of any meaningful response, correction, or disciplinary measure has allowed Defendants to escalate their misconduct in violation of Plaintiff's rights under the Constitution and federal law.

These Defendants do not act independently. Rather, they operate as a **surveillance and amplification enterprise**, using real-time intrusion into Plaintiff's life to trigger **public profiling, targeted harassment, retaliatory surveillance, and humiliation**. This includes **unlawful streaming, behavioral tracking, and manipulation of Plaintiff's movement and speech** for digital and reputational control. Additional individually named Defendants subject to summons and complaint include:

3

**Andrés Fuentes, Gloria Pazmino, Haleluya Hadero, Susanne Rust, Ryan McCafferty, Paul MacInnes, Jonathan Liew, James Ochoa, Demicia Inman, Jamie Spangher, Maya Gebeily, Versha Sharma, Elon Musk, and Mark Elliot Zuckerberg.**

Plaintiff reiterates that **each of the acts described herein — including unlawful surveillance, retaliatory digital access, reputational defamation, coordinated amplification, and civil conspiracy — has already been expressly alleged in Plaintiff's operative Complaint filed on January 29, 2025.**

Defendants' repeated objections, dismissive language, or pretended confusion regarding these facts are not only without merit, but constitute an extension of the retaliatory conduct — including gaslighting, obstruction, and procedural harassment — that this lawsuit seeks to address.

**II. LEGAL BASIS FOR NOTICE**

These acts constitute:

a. **Defamation per se** (Louisiana Civil Code Article 2315)

b. **Retaliation for protected expression** (First Amendment, § 1983)

c. Unreasonable **search and seizure** (Fourth Amendment)

d. **Due process deprivation and compelled exposure** (Fifth & Fourteenth Amendments)

e. **Psychological and digital torture** (Eighth Amendment)

f. **Civil RICO** (18 U.S.C. § 1962)

g. **Mail fraud and conspiracy** (18 U.S.C. §§ 1341, 1512, 1513)

    h.  **Interstate stalking** (18 U.S.C. § 2261A)

    i.  **Computer Fraud and Abuse Act (CFAA)** (18 U.S.C. § 1030)

    j.  **Wiretap and Stored Communications Act violations** (ECPA – 18 U.S.C. §§ 2510–2523, 2701–2712)

## III. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

    k.  Take **judicial notice** of EXHIBIT F under FRE 201(b);

    l.  Admit **Exhibit F** as evidence under FRE 902(11) and 28 U.S.C. § 1746;

    m.  **Issue a protective injunction** barring Defendants from future mailings, digital surveillance, amplification, or enterprise contact;

    n.  **Refer this matter** to the FBI and U.S. Department of Justice Civil Rights Division under 18 U.S.C. §§ 1341, 2261A, and 242;

    o.  Award **Fifty Billion Dollars ($50,000,000,000)** per Defendant in compensatory and punitive damages, jointly and severally.

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ,** *SUI JURIS*

5

*Plaintiff Pro Se*

820 Grove Ave

**Metairie, LA 70003**

**(504) 203-8459**

**hiranrodriguez@outlook.com**

**Date: April 14, 2025**

# **DECLARATION OF AUTHENTICITY**

**Pursuant to 28 U.S.C. § 1746 and Federal Rule of Evidence 902(11)**

I, **Hiran Rodriguez**, declare and certify under penalty of perjury, pursuant to **28 U.S.C. § 1746,** that the sealed **EXHIBIT F**, submitted to the United States District Court for the Eastern District of Louisiana in **Rodriguez v. Meta Platforms, Inc., et al., Case No. 2:25-cv-00197**, is a true and accurate record, maintained in the ordinary course of my personal record keeping and ecclesiastical ministry documentation.

This declaration is made in accordance with **Federal Rule of Evidence 902(11)** and affirms that:

- The materials were not created in anticipation of litigation
- They are maintained as part of regularly conducted personal and religious activity
- They bear identifying markings consistent with their origin and authenticity
- They were preserved and submitted with evidentiary integrity
- **I possess the two original physical mailings and retain them for inspection and evidentiary verification**

Executed on **April 14, 2025,** in **Jefferson Parish, Louisiana.**

7

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

HIRAN RODRIGUEZ

*Plaintiff Pro Se*

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** April 14, 2025

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following documents:

- **Plaintiff's Supplemental Judicial Notice of Sexual Defamation, Governmental Retaliation, and Enterprise Harassment**
- **Motion for Leave to File Exhibit F Under Seal**
- **Proposed Order**
- **Notice of Submission**
- **Declaration of Authenticity under 28 U.S.C. § 1746 and FRE 902(11)**
- **EXHIBIT F (Submitted under seal) (password: DocumentF)**

was submitted via the Court's **Electronic Document Submission System (EDSS)** of the United States District Court for the Eastern District of Louisiana on **April 14, 2025**, and transmitted to all registered counsel of record.

This service complies with the **Federal Rules of Civil Procedure, Local Rules of the Eastern District of Louisiana,** and the **EDSS electronic filing protocols**.

**Respectfully submitted,**

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ,** *Pro Se*

**820 Grove Ave**

**Metairie, LA 70003**

**(504) 203-8459**

**hiranrodriguez@outlook.com**

**Dated: April 14, 2025**

eFile-ProSe

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 14, 2025 3:35 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | PLAINTIFF'S SUPPLEMENTAL JUDICIAL NOTICE OF SEXUAL%0ADEFAMATION, GOVERNMENTAL RETALIATION, AND ENTERPRISE%0AHARASSMENT%0A(Relating to Sealed Exhibit F).pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 14, 2025 - 15:34.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** PLAINTIFF'S SUPPLEMENTAL JUDICIAL NOTICE OF SEXUAL DEFAMATION, GOVERNMENTAL RETALIATION, AND ENTERPRISE HARASSMENT