# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | § | CIVIL ACTION |
| | § | NO. 2:25-CV-00197 |
| *PLAINTIFF* | § | |
| VS. | § | JUDGE JAY C. ZAINEY |
| | § | SECTION A |
| META PLATFORMS, INC., *ET AL* | § | |
| | § | MAGISTRATE JUDGE |
| *DEFENDANTS* | § | DONNA PHILLIPS CURRAULT |
| | § | DIVISION 2 |
| | § | |
| | § | JURY TRIAL REQUESTED |
| | § | |
| | § | |

## MOTION TO ENTER PROPOSED ORDER

NOW INTO COURT, comes PLAINTIFF, **HIRAN RODRIGUEZ**, appearing *sui juris*, who respectfully moves this Honorable Court to enter the attached **Proposed Order** submitted under seal and in support of Plaintiff's prior filings, judicial notices, and evidentiary submissions, including **Exhibits D** and **F**. This Proposed Order is submitted in sealed, encrypted, view-only format and is intended to preserve the integrity of the record while enforcing lawful remedies and constitutional protections afforded to PLAINTIFF under **42 U.S.C. § 1983** and the **Federal Rules of Civil Procedure.**

Respectfully submitted,

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

*Pro Se Plaintiff, Sui Juris*

**Dated: April 15, 2025**

# ECCLESIASTICAL SEAL AND COVERING

This Petition is submitted under the ecclesiastical authority of Sun Rising Ministries, a federally recognized 501(c)(3) nonprofit church and ministry, and sealed by its duly elected Pastor, Hiran Rodriguez, on November 24, 2024, in the County of Jefferson, State of Louisiana.

All rights are reserved under the Constitution for the United States of America and under the laws of Nature and Nature's God. This action is protected religious expression and shall not be abridged by any agency, court, or commercial actor.



**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, April 15, 2025 10:57 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | MOTION_TO_ENTER_PROPOSED_ORDER_LOCKED.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Tuesday, April 15, 2025 - 10:56.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Motion to Enter Proposed Order