# CERTIFICATE OF SERVICE

I, **HIRAN RODRIGUEZ**, appearing *sui juris*, hereby certify that a true and correct copy of the following documents:

1. **Notice of Submission for Motion for Leave to File Exhibit F Under Seal**
2. **Motion to Enter Proposed Order**
3. **Proposed Order (Sealed and Encrypted View-Only)**

was submitted via the **Electronic Document Submission System (EDSS)** of the United States District Court for the Eastern District of Louisiana and was served upon all registered counsel of record via electronic transmission on this date.

Said documents have been preserved in tamper-proof, view-only, encrypted PDF format to prevent unauthorized alteration and to ensure the integrity of the federal judicial record pursuant to Rule 902(14) of the Federal Rules of Evidence and applicable local rules.

Executed on this **15th day of April, 2025.**

**Respectfully submitted,**

1

*Hiran Rodriguez*
/s/ HIRAN RODRIGUEZ

*Pro Se Plaintiff, Sui Juris*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved — UCC 1-308**

**Without Prejudice — Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury Under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

## eFile-ProSe

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Tuesday, April 15, 2025 10:53 AM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** CERTIFICATE_OF_SERVICE_LOCKED.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Tuesday, April 15, 2025 - 10:53.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Certificate of Service