UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ
**PLAINTIFF(S)**

**VERSUS**

META PLATFORMS, INC., ET AL
**DEFENDANT(S)**

**CIVIL ACTION**

No.  25-197

SECTION:  A (2)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion FOR LEAVE TO FILE EXHIBIT F UNDER SEAL is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ ___.m.

*Hiran Rodriguez*
(Signature)

HIRAN RODRIGUEZ
(Name)

820 GROVE AVE
(Address)

METAIRIE    LA    70003-7024
(City)      (State)   (Zip)

(504) 203-8459
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20_____.

_____
(SIGNATURE)

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Tuesday, April 15, 2025 10:59 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NOTICE_OF_SUBMISSION_LOCKED.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Tuesday, April 15, 2025 - 10:58.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** (504) 203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Notice of Submission

1