UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ
**PLAINTIFF(S)**

VERSUS

META PLATFORMS, INC., ET AL
**DEFENDANT(S)**

CIVIL ACTION

No. 25-197

SECTION: A (2)

### ORDER

Considering the Motion FOR LEAVE TO FILE EXHIBIT F UNDER SEAL,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

**eFile-ProSe**

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Tuesday, April 15, 2025 11:02 AM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** PROPOSED_ORDER_LOCKED_VIEWONLY.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Tuesday, April 15, 2025 - 11:01.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** (504) 203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Proposed Order

1