UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**Case No. 2:25-cv-00197-JCZ-DPC**
**HIRAN RODRIGUEZ, Affiant, appearing under ecclesiastical authority**
**v.**
**META PLATFORMS, INC., APPLE INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, JEFFERSON PARISH, et al.**

# NOTICED AFFIDAVIT OF MATERIAL FACT REGARDING JURISDICTIONAL STATUS OF RAILROAD FACILITIES IN JEFFERSON PARISH, LA

## I. INTRODUCTION
I, HIRAN RODRIGUEZ, a living man domiciled in Metairie, Louisiana, declare by firsthand knowledge and public record that the facilities listed in Exhibit A operate under unverified jurisdictional authority within the physical bounds of Jefferson Parish, Louisiana. This affidavit challenges the existence of lawful charter, delegation, or constitutional franchise governing such operations.

## II. JURISDICTION
Jurisdiction is challenged on the basis that Kansas City Southern Railway Company and Jefferson Parish have not demonstrated territorial, legislative, or constitutional authority over the rail infrastructure listed herein. Such operations must comply with public right-of-way, federal franchise law, and constitutional constraints imposed on corporate entities.

## III. EXHIBIT A - Railroad Facilities in Jefferson Parish
Affiant hereby includes, incorporates, and references as Exhibit A a document titled 'Railroad Facilities in Jefferson Parish.xlsx' that enumerates the physical properties, yards, tracks, and locations which are in question. Affiant demands production of lawful evidence that such sites are operated under federal charter, statutory franchise, or public trust authority.

## IV. FACTS AND CONCLUSIONS OF LAW
1. No defendant has produced a valid and verified right to operate public rail infrastructure within Jefferson Parish under constitutional authority.
2. Operations on public land without constitutional franchise are unlawful, null, and void.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

3. Affiant places this affidavit on the record as truth under penalty of perjury and awaits rebuttal under lawful procedure.

## V. CONSTITUTIONAL AUTHORITIES

This affidavit is secured under the following Constitutional protections:

- First Amendment: Right to petition for redress of grievances.
- Ninth Amendment: Reservation of natural rights to the People.
- Tenth Amendment: Limitation of federal and state jurisdiction to delegated powers only.

## VI. STATUTES AT LARGE

Affidavit also stands upon:

- 14 Stat. 27 (Civil Rights Act of 1866)
- 42 Stat. 79 (Enforcement Act of 1871)
- 49 Stat. 620 (Public Utilities Holding Company Act of 1935)

## VII. JUDICIAL NOTICE REQUEST

Affiant demands this Court take Judicial Notice under FRE 201(b) and (d) of the facts stated herein and the failure of any party to rebut this affidavit within 20 days.

## VIII. CERTIFICATION / VERIFICATION

I, HIRAN RODRIGUEZ, hereby affirm under full liability and firsthand knowledge that all facts stated herein are true, correct, and complete. This affidavit is made without prejudice and with reservation of all rights.

SO HELP ME GOD ON THIS DAY, April 17, 2025, AS IS HEREBY SO ATTESTED!

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 17, 2025 7:15 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Noticed_Affidavit_of_Material_Facts_Encrypted.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 17, 2025 - 07:14.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Filer's Case Name (If Known):** 2:25-cv-00197

**Submitted Document Description:** Noticed Affidavit of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, LA

1