UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

# EXHIBIT A

The following document is submitted and incorporated by reference as Exhibit A to the Noticed Affidavit of Material Fact:

Title: Railroad Facilities in Jefferson Parish
Format: Excel Spreadsheet
Contents: Physical addresses and identifying data for rail yards, tracks, crossings, and infrastructure situated in Jefferson Parish, Louisiana.

This document is presented as material evidence for jurisdictional inquiry and public notice.

| AI | Name | Physical Address | Mailing Address |
|---|---|---|---|
| 8896 | Union Pacific Railroad Avondale | 5245 River Rd Avondale, LA 70094 | 1416 Dodge St Ste 1026 Omaha, NE 68179 |
| 19130 | Union Pacific Railroad - Avondale Yard | 5245 River Rd Avondale, LA 70094 | 6800 Kirkpatrick Blvd Houston, TX 77028 |
| 2568 | Illinois Central Railroad Co - Mays Yard | 2351 Hickory Ave Harahan, LA 70123 | PO Box 2600 Jackson, MS 39207-2600 |
| 42654 | New Orleans Public Belt Railroad | 900 Central Ave Metairie, LA 70121 | 4822 Tchoupitoulas St New Orleans, LA 70115 |
| 179712 | Celanese Ltd | 2351 Hickory Ave(a portion of)Harahan, LA 70123 | 1601 W Lyndon B Johnson Fwy Dallas, TX 75234 |
| 236171 | New Orleans Public Belt Rail Road - Huey P Long Bridge | 940 Central Ave Metairie, LA 70001 | 4822 Tchoupitoulas St New Orleans, LA 70115 |
| 155341 | Union Pacific Railroad | 100 Avondale Garden Rd(a portion of)Westwego, LA 70094 | LA |
| 32183 | Public Belt Railroad | 3000 Airline Hwy(a portion of)Metairie, LA 70055 | 3000 Airline Hwy Metairie, LA 70055 |
| 42653 | No Public Belt Rr | 5100 Jefferson Hwy Harahan, LA 70123 | 5100 Jefferson Hwy Harahan, LA 70123 |
| 125127 | Union Pacific Railroad | Huey P Long Bridge Jefferson, LA 70121 | LA |
| 113407 | Illinois Central Railroad | Iris St Jefferson, LA 70122 | LA |
| 40876 | BNSF Railway | 539 Bridge City Ave Westwego, LA 70094 | 2500 Lou Menk Dr A0B-3 Fort Worth, TX 76131 |
| 150491 | Union Pacific Railroad 5772 | Fourth St Bridge Harvey, LA 70058 | LA |
| 204989 | CN Railroad - Incident Site | 2351 Hickory Ave(portion of)Harahan, LA 70123 | 2400 N Riverside St Baton Rouge, LA 70802 |
| 127565 | Johns Manville Yard - Railroad Tracks Project | 6025 River Rd(a portion of)Marrero, LA 70072 | LA |
| 244041 | Canadian National RR - CN May's Yard | 6901 Stable Dr(a portion of)Metairie, LA 70003 | 6901 Stable Dr Metairie, LA 70003 |
| 172333 | Union Pacific Railroad - Bridge Parts Replacement Project | MI Post 9.9 In Avondale, LA 70000 | LA |
| 167921 | Union Pacific Railroad - Cytec Industries - Incident Site | 10800 River Rd Avondale, LA 70094 | LA |
| 227413 | New Orleans Public Belt Railroad Commission for the Port of New Orleans - 9-mile Point Property | 2315 River Rd Westwego, LA 70094 | 4822 Tchoupitoulas St New Orleans, LA 70115 |
| 42022 | Kansas City Southern Railway Co | 2000 L And A Rd Metairie, LA 70005 | 2000 L And A Rd Metairie, LA 70005 |
| 2476 | Kansas City Southern Railway Co - New Orleans Yard | 220 Airline Dr Metairie, LA 70001-6292 | 427 W 12th St Kansas City, MO 64105 |
| 42659 | Norfolk Southern Railway Co | Statewide Statewide, LA 70000 | 110 Franklin Rd SE Roanoke, VA 24042-0013 |
| 162024 | The Kansas City Southern Railway Co - Reserve Yard | 317 Rosenwald St Reserve, LA 70084 | PO Box 219335 Kansas City, MO 64121-9335 |

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 17, 2025 7:20 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | EXHIBIT_A_Railroad_Facilities_Encrypted.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 17, 2025 - 07:20.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Exhibit A - Railroad Facilities in Jefferson Parish, LA.