# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF SERVICE

I, HIRAN RODRIGUEZ, certify under penalty of perjury that the following document(s):

- Noticed Affidavit of Material Facts Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, Louisiana;

- Exhibit A - Railroad Facilities in Jefferson Parish, LA were submitted on the 17th day of April, 20 25, through the Electronic Document Submission System (EDSS) of the United States District Court for the Eastern District of Louisiana. Pursuant to court rules, notice of this filing will be provided to all registered counsel of record via the EDSS system. For defendants who have not yet appeared or been served, service of process is currently pending through the U.S. Marshal Service pursuant to the previously issued summons and complaint. Respectfully certified and affirmed by the undersigned:

*Hiran Rodriguez*

HIRAN RODRIGUEZ, *SUI JURIS*

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved — UCC 1-308

Without Prejudice — Without Recourse

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 17, 2025 7:48 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Certificate_of_Service_Encrypted.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 17, 2025 - 07:47.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Certificate of Service

1