# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOTICE OF ENTRY OF EXHIBIT A:
## Railroad Facilities in Jefferson Parish

NOW INTO COURT, through undersigned, comes Plaintiff, **HIRAN RODRIGUEZ**, *SUI JURIS*, who respectfully gives notice of the formal entry and incorporation of Exhibit A into the record of this matter, entitled: **"Railroad Facilities in Jefferson Parish, Louisiana"** Said Exhibit A is submitted pursuant to **Federal Rule of Evidence 1006** as a forensic summary of voluminous data, and further qualifies as a self-authenticating document under **Federal Rule of Evidence 902(14)**, derived from electronically processed records prepared in accordance with Plaintiff's forensic and procedural protocols. Plaintiff hereby demands that this Court take **Judicial Notice** of the constitutional, jurisdictional, and operational facts documented in Exhibit A, as such facts are capable of accurate and ready determination from publicly available sources and government-chartered operational records pursuant to **FRE 201(b)** and **FRE 201(d)**. This Exhibit shall serve as prima facie evidence of corporate operations on public land within Jefferson Parish lacking verified statutory franchise, constitutional delegation, or demonstrable federal charter. This record is incorporated **without prejudice** to any right to seek default, injunctive relief, declaratory judgment, or referral for criminal investigation pursuant to 18 U.S.C. §§ 241, 242, and 1001. Respectfully submitted and entered into the record on this 17th day of April, 2025.

**HIRAN RODRIGUEZ**, *SUI JURIS*

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved — UCC 1-308

Without Prejudice — Without Recourse

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury

Under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 17, 2025 11:06 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Notice_of_Entry_Exhibit_A_Railroad_Facilities_.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 17, 2025 - 11:06.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024.

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Notice of Entry of Exhibit A: Railroad Facilities in Jefferson Parish

1