# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

# NOTICE OF SUBMISSION

NOW INTO COURT, through undersigned, comes Plaintiff, **HIRAN RODRIGUEZ**, *SUI JURIS*, who respectfully submits the following filings to be considered and entered into the record: - **Notice of Entry of Exhibit A: Railroad Facilities in Jefferson Parish** - **Exhibit A: Railroad Facilities in Jefferson Parish, Louisiana** - **Certificate of Service** This submission is made pursuant to the Court's standing rules and is hereby noticed for the record on this 17th day of April, 2025.

**HIRAN RODRIGUEZ**, *SUI JURIS*

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved — UCC 1-308

Without Prejudice — Without Recourse

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury

Under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 17, 2025 11:04 AM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Notice_of_Submission_Exhibit_A.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 17, 2025 - 11:04.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024.

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Notice of Submission