# EXHIBIT B

Louisiana Department of Environmental Quality (LDEQ)

Public Records Response and Agency Email

In Support of Plaintiff's Supplemental Judicial Notice Authenticating Exhibit A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### SUPPLEMENTAL JUDICIAL NOTICE AND AUTHENTICATION OF EXHIBIT A's ORIGIN

NOW INTO COURT, through undersigned, comes Plaintiff, **HIRAN RODRIGUEZ**, *SUI JURIS*, who respectfully submits this Supplemental Judicial Notice to confirm the public agency origin of Exhibit A and to incorporate supporting records as Exhibit B. Plaintiff hereby gives notice that Exhibit A, titled **"Railroad Facilities in Jefferson Parish, Louisiana"**, is based in part on documents and official responses received from the **Louisiana Department of Environmental Quality (LDEQ)** in response to a public records request dated January 2, 2025. Said response is attached hereto as **Exhibit B** and includes a cover email, PDF attachments, and metadata entries confirming active environmental records, inspection entries, and facilities associated with rail infrastructure in Jefferson Parish, Louisiana. These records form part of the factual and jurisdictional basis for Exhibit A and are incorporated by reference under **Federal Rule of Evidence 1006** as forensic summary material, and further self-authenticated under **Federal Rule of Evidence 902(14)** as digital records preserved from public agency transmission and metadata logs. This filing confirms the evidentiary basis of Exhibit A's assertions and demands judicial notice under **Federal Rule of Evidence 201(b)** and (d), as the facts therein are capable of accurate and ready determination by resort to official public records. Respectfully submitted this 17th day of April, 2025.


*Hiran Rodriguez*

**HIRAN RODRIGUEZ**, *SUI JURIS*

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved — UCC 1-308

Without Prejudice — Without Recourse

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury

Under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**RE: Public Records Request – Train Company and Employees information**

Melinda Molieri
Hiran Rodriguez
Fri, Jan 3, 2025, 10:42 AM
Railroad Facilties in Jefferson Parish.xlsx
Quick and Advanced Search Fact Sheet.pdf
Agency Interest Lookup Fact Sheet.pdf

Good morning,

Thank you for contacting DEQ. For future inquiries, we ask that you submit a request by completing our online Public Records Request Form located at https://edms.deq.louisiana.gov/edmsv2/create-my-request.   In response to your current inquiry, as a courtesy, we have provided a link below with a list of incidents and inspections for railroads in Jefferson Parish. None of the records pertain to the time frame you requested. These records are available in our EDMS (**instructions below**). Additionally, attached is a list of railroads in Jefferson Parish.

Link: (**expire 1/17/25**)
https://deq.awsapps.com/workdocs/index.html#/share/document/f5fe2b9001a929f8888e169882abd6b0d3bd9d209149eccc34e3700128c35adb

Passcode: **1234**

Each facility/address is given an Agency Interest number (**AI number**) that identifies it in DEQ's system. All DEQ employees are responsible for ensuring official records are routinely submitted to the EDMS..  In addition, attached is the overview factsheets for both the quick/advanced search/AI lookup.

EDMS – **Quick Search**
1)      Go to https://edms.deq.louisiana.gov/edmsv2/quick-search
2)      In the Quick Search Bar enter the AI number
3)      Click Search.
4)      The results that display will list all the related documents available in our EDMS.  Use the Filter By column to refine your search results as appropriate (e.g. Date, Function, **Media**)
5)      To open and review each document, please click on the Document ID link.

You may also want to contact the companies listed below for more information regarding incidents and spills.

To find detailed information on specific **train-related incidents**, such as derailments, hazardous material spills, or accidents in Metairie, LA, you can refer to several sources:

- **Federal Railroad Administration (FRA) Reports**: The FRA tracks incidents involving trains. You can access reports through their <u>database</u>.
- **National Response Center (NRC)**: If an incident involves a spill or hazardous material, the NRC tracks and reports these occurrences, which may include spills from trains.
- **Local News Outlets**: Local newspapers or news channels (such as **WWL-TV** or **The Times-Picayune**) often report on train accidents or incidents in the region.

Thank you,

Melinda Molieri

Access Sciences Public Records Technician

Louisiana Department of Environmental Quality

Phone: 225.219.3168

Email: <u>melinda.molieri@la.gov</u>

Records Management: Access - Integrity – Security

**From:** Hiran Rodriguez <hiranrodriguez@outlook.com>
**Sent:** Thursday, January 2, 2025 11:48 AM
**To:** _DEQ-WWW Public Records Requests <_DEQ-WWWPublicRecordsRequests@LA.GOV>
**Subject:** Public Records Request – Train Company and Employees information

---

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.

---

# **Subject:** Public Records Request – Train Company and Employees Information

# **Date:** January 2, 2025

**To:** Records Custodian

Dear Records Custodian,

I am submitting this public records request under the Louisiana Public Records Law (for DOTD) and the Freedom of Information Act (for FRA) to obtain information related to train operations in Metairie, Louisiana. Specifically, I am requesting:

1.

The name(s) of the company or companies operating trains in the Metairie, Louisiana, area.

2.

A list of train operators or employees associated with train operations in this area, including those active during the timeframe of August 1, 2024 to January 2, 2025.

3.

Any records, reports, or documentation related to train activities or incidents in Metairie, Louisiana, within the same timeframe.

If your agency is not the custodian of these records, I kindly ask that you direct me to the appropriate organization or department that holds this information. Additionally, please notify me of any fees associated with processing this request before proceeding.

Thank you for your assistance. I look forward to your response within the timeframe mandated by applicable public records laws.

**Sincerely,**
Hiran Rodriguez
820 Grove Ave
5042024232

3 / 4

hiranrodriguez@outlook.com

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 17, 2025 12:37 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Exhibit_B.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 17, 2025 - 12:37.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024.

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Exhibit B