# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF SERVICE

I, **HIRAN RODRIGUEZ**, *SUI JURIS*, certify under penalty of perjury that the following document: - **Supplemental Judicial Notice and Authentication of Exhibit A's Origin (Exhibit B)** was submitted on the 17th day of April, 2025, through the Electronic Document Submission System (EDSS) of the United States District Court for the Eastern District of Louisiana. Notice of this filing will be provided to all registered counsel of record via the EDSS system. Respectfully certified and affirmed by the undersigned:

*Hiran Rodriguez*

**HIRAN RODRIGUEZ**, *SUI JURIS*

820 Grove Ave

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved — UCC 1-308

Without Prejudice — Without Recourse

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury

Under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**Stacy Pecoraro**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Thursday, April 17, 2025 12:35 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Certificate_of_Service_Exhibit_B.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Thursday, April 17, 2025 - 12:35.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024.

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Certificate of Service Exhibit B

1