# EXHIBIT INSTAGRAM SURV - 0011 - TABLE OF CONTENTS

I. Executive Summary..............................................................................1

II. Instagram Session Termination Logs (.ips Forensics)............................................2

III. Real-Time Thread & Stack Trace Analysis........................................................3

IV. RTC Session Activity vs. IG Live Signature Comparison..........................................4

V. Persisted Facebook SDK Identifiers (anon_id)....................................................5

VI. Evidence Linking Instagram Sessions to Facebook UID 100000241034887............................6

VII. App Container Artifacts (Database, JSON, Plist)...............................................7

VIII. Session Duration and Background Behavior Timeline............................................8

IX. SHA-256 / SHA-1 / MD5 File Hash Verification...................................................9

X. Signed Affidavit of Findings & User Declaration................................................10

XI. LEGEND - Cross-App Surveillance and SDK Session Map...........................................11

XII. Appendix: File Hash Verification.............................................................12

## I. Executive Summary

This exhibit presents a forensic investigation into suspected unauthorized surveillance behavior conducted via the Instagram mobile application. Using iMazing-extracted app containers, IPS crash diagnostics, and artifact analysis, the report links session-level activity with user ID, system-level terminations, and shared tracking identifiers across Meta-owned platforms.

Scope:
- Device Owner: Hiran Rodriguez
- Device Extract Type: iMazing `.imazingapp` + crash `.ips` logs
- Timeline: Feb 17, 2025 - Apr 22, 2025
- Apps Analyzed: Instagram, Facebook SDK (Meta shared container)
- Tools Used: SQLite3, plistlib, FPDF, Python forensic toolkit

Key Findings:
- iOS terminated multiple Instagram sessions due to background real-time communication (RTC) activity.
- Forensic thread analysis revealed LigerStream and `proxygen-thread` patterns associated with live video.
- No user-initiated "IG Live" session; evidence aligns with private video (Direct) session without user consent.
- Facebook SDK container persisted a cross-linked identifier (anon_id) mapped to Facebook UID 100000241034887.

## II. Instagram Session Termination Logs (.ips Forensics)

iOS Incident Performance Sample (IPS) files were extracted between February and April 2025. These crash diagnostics show that the Instagram app was repeatedly terminated by the system, not by application faults.

Termination Cause:
- Signal: SIGKILL
- Namespace: RUNNINGBOARD
- Reason: App forcibly terminated by iOS due to prolonged background execution or real-time media activity.

Notable Stack Signatures:
- MCCWLigerStreamEventBaseThread: Meta's internal stream coordination system.
- proxygen-thread: Used for RTC signaling, tied to Direct Video or VOIP-like sessions.

These patterns are not consistent with user-initiated browsing or scrolling behavior. Instead, they point to active media streams in the background, consistent with a video session or surveillance-grade activity.

## III. Real-Time Thread & Stack Trace Analysis

This section reviews the forensic thread activity observed in the iOS IPS crash logs tied to Instagram background behavior.

Identified Threads:
- MCCWLigerStreamEventBaseThread:
  - Responsible for coordinating live stream or video call sessions within Meta applications.
  - Internally relies on `folly::EventBase::loopForever()` indicating an asynchronous media event loop.

- proxygen-thread:
  - Represents RTC signaling threads, part of Meta's proxygen HTTP stack.
  - Typically observed during encrypted video call negotiation (e.g., Instagram Direct).

Stack Signature Interpretation:
- Presence of multiple proxygen-thread instances (up to 6 in one sample) indicates concurrent stream sessions or audio signaling processes.
- Absence of live broadcast modules (`liveUploadWorker`, `muxerStart`, `broadcastSegment`) rules out public Instagram Live activity.

Conclusion:
Stack traces show clear evidence of RTC session management. These were not user-visible sessions, implicating covert or background media handling.

3

## IV. RTC Session Activity vs. IG Live Signature Comparison

This section outlines how we distinguished between Instagram Direct video calls and public IG Live broadcasts by comparing forensic artifacts, thread signatures, and session patterns.

Known IG Live Signatures (Not Present):
- liveUploadWorker
- IGLiveSessionController
- muxerStart
- broadcastSegmentUploader
- IGLive-SessionManager
- fb-live-encoder

These modules, which are associated with livestream functionality, were not found in any .ips logs or app artifacts.

Evidence of RTC-Based Private Session (Detected):
- MCCWLigerStreamEventBaseThread - tied to RTC stream coordination.
- Multiple proxygen-thread entries - indicative of encrypted RTC session negotiation.
- Bitrate prediction config files - present in app cache and used for adaptive streaming.
- No UI activity related to Live session was observed - suggesting background or passive capture.

Conclusion:
Forensic comparison confirms the sessions align with Instagram Direct RTC activity. If not initiated by the user, this suggests covert background streaming may have occurred.

4

## V. Persisted Facebook SDK Identifiers (anon_id)

During forensic analysis of the extracted Instagram app container, we identified a key file in the Facebook SDK cache:

- File: com-facebook-sdk-PersistedAnonymousID.json
- Location: Library/
- Extracted anon_id: XZ20869158-5020-4E20-9E2E-7F21AEDEE6D1

This identifier is automatically generated by the Facebook SDK and persists across sessions. It enables:
- Session fingerprinting
- SDK event tracking
- Cross-app correlation across Instagram, Facebook, and Messenger

Cross-App Linkage:
- File: group.com.facebook.family.plist
- Contains bundle-info registration for Instagram:
  * instagram-secure-share
  * instagram-stories
  * instagram-direct

Risk Assessment:
The anon_id allows for persistent tracking of a user's session and device identity across Meta platforms, without explicit user consent. This ID was forensically linked to Facebook UID 100000241034887.

5

## VI. Evidence Linking Instagram Sessions to Facebook UID 100000241034887

Through artifact correlation, we established a direct link between system-level Instagram activity and a known Facebook user account belonging to Hiran Rodriguez.

Artifacts Used for Correlation:
1. com-facebook-sdk-PersistedAnonymousID.json
   - anon_id: XZ20869158-5020-4E20-9E2E-7F21AEDEE6D1
2. group.com.facebook.family.plist
   - bundle-info registration: com.burbn.instagram
   - shared container evidence with com.facebook and com.facebook.Messenger
3. Container settings and flags:
   - Feature toggles for instagram-direct, secure-sharing, and stories

Cross-Match Confirmation:
- Found in group.com.facebook.family.plist:
  kFBAppQPPersistedCounterDataKey-100000241034887
- This links device-level Instagram behavior to the Facebook user ID directly.

Conclusion:
All identifiers validate that the sessions detected in crash diagnostics were not anonymous. They were linked to a verified Facebook user account (UID: 100000241034887).

6

## VII. App Container Artifacts (Database, JSON, Plist)

This section summarizes the artifacts recovered from the Instagram app container extracted using iMazing, focusing on forensic files located in /Container and /Payload.

A. SQLite Database: time_in_app_49033100437.db
- Table: intervals
- Stores: session start/end times, iOS version, and uptime
- Used to reconstruct exact app usage behavior over time

B. JSON Artifacts:
- bitrate_model_input.json - tied to stream quality prediction
- ig_configs_cache.json - records session flags and feature toggles
- com-facebook-sdk-PersistedAnonymousID.json - stores cross-session anon_id

These show the app was performing RTC modeling and analytics in the background.

C. PLIST Files:
- version_history.plist - confirms app version 722575504
- group.com.facebook.family.plist - includes Meta app group container info

Conclusion:
Artifacts from the app container confirm persistent tracking, session prediction, and real-time streaming components operating on the device. These support the core claims of this investigation.

7

## VIII. Session Duration and Background Behavior Timeline

A key database file recovered from the Instagram container, time_in_app_49033100437.db, enabled the reconstruction of app usage patterns across a multi-week period. Using the 'intervals' table, each session was recorded with:
- start_walltime (session start)
- end_walltime (session close or crash)
- system_boot_time (OS session reference)

Behavioral Correlation:
- Many sessions ended without explicit logout or user input.
- Several terminations matched .ips crash timestamps and used SIGKILL (RUNNINGBOARD enforcement).
- Background durations frequently exceeded iOS watchdog thresholds.

Forensic Timeline Sample:
2025-03-05 | 03:21:52 -> 03:26:08 | Duration: 00:04:16 | Termination: Background Kill
2025-04-22 | 00:57:49 -> [N/A]    | Duration: Unknown | Termination: SIGKILL via OS

Conclusion:
Session metadata confirms Instagram operated in the background for extended periods. When cross-referenced with RTC stack signatures and termination events, this supports a covert communications hypothesis.

8

## IX. SHA-256 / SHA-1 / MD5 File Hash Verification

All forensic files and exhibits referenced in this report were cryptographically hashed using SHA-256, SHA-1, and MD5 algorithms.

This ensures:
- File authenticity and integrity
- Chain-of-custody validation
- Legal admissibility of digital evidence

Sample Integrity Entry:

0001. Instagram-2025-04-22-005749.ips
- SHA-256: 96bc1440e950c4f5fdfec0713b70d469262f3d3f6a2391a3b69234cd780ef65e
- SHA-1:    2150b1dde4c19fa0b78cf47537bf3c0e7e1cee4f
- MD5:      bab66159556e54f9a9b87bcd3e73e7ab

0002. instagram_forensic_summary.txt
- SHA-256: d5512222b7ee84091a2856f653409e431d93b2ed8277c4df424ef2bb38b805fa

0003. Named_Threads_with_Activity.csv
- SHA-256: bd85bcdb8d4e613a79cb62d0903946ad10c83e63dc75f67614c159c0dbf4d184

The complete set of file hashes is available in the appendix.

9

## X. Signed Affidavit of Findings & User Declaration

Declarant: Hiran Rodriguez

Statement of Truth and Intent:

I, Hiran Rodriguez, affirm under penalty of perjury that:

1. All forensic data referenced in this report was obtained lawfully from my own device(s).
2. No modifications were made to alter or influence the extracted evidence.
3. The findings described in this exhibit accurately represent the behavior observed within the Instagram application and supporting SDKs.
4. The identifiers recovered - including anon_id and Facebook UID 100000241034887 - match my known user accounts.
5. The attached hash verifications certify the authenticity of each submitted file.

Executed on this day: April 22, 2025

*Hiran Rodriguez*

## XI. LEGEND - Cross-App Surveillance and SDK Session Map

This section visually and narratively summarizes the forensic relationships discovered between Instagram, Meta SDKs, and system-level enforcement.

A. Component Relationship (Narrative):
- Instagram (com.burbn.instagram)
  -> Triggers RTC stack via MCCWLigerStreamEventBaseThread
  -> Stores persistent state in SQLite and JSON configs

- Meta SDK
  -> Persists anon_id in com-facebook-sdk-PersistedAnonymousID.json
  -> References group.com.facebook.family.plist (shared with Facebook & Messenger)

- iOS 18.3.1
  -> Enforces background policy via SIGKILL using RUNNINGBOARD

B. Timeline of Events:
2025-02-17 | IPS Event      | SIGKILL - background stream detected
2025-03-05 | SQLite DB      | Session active for 4m+ without foreground
2025-03-10 | JSON Config    | Stream bitrate model initialized
2025-04-22 | Identity Match | Facebook UID linked to RTC session

C. Summary:
This LEGEND confirms a coordinated flow:
- Instagram initiated RTC logic
- Meta SDK logged session with persistent identifiers
- iOS terminated activity after exceeding thresholds
- No explicit UI, consent, or user action recorded

11

INSTAGRAM_SURV-0011

# XII. Appendix: File Hash Verification Declaration

0001. Instagram-2025-04-22-005749.ips
- SHA-256: 96bc1440e950c4f5fdfec0713b70d469262f3d3f6a2391a3b69234cd780ef65e
- SHA-1:   2150b1dde4c19fa0b78cf47537bf3c0e7e1cee4f
- MD5:     bab66159556e54f9a9b87bcd3e73e7ab

0002. instagram_forensic_summary.txt
- SHA-256: d5512222b7ee84091a2856f653409e431d93b2ed8277c4df424ef2bb38b805fa
- SHA-1:   898f7c3434f9cdf64b5b82c49cd42ad52137d159
- MD5:     def5d44879a76d4d133f044dcbb618db

0003. Named_Threads_with_Activity.csv
- SHA-256: bd85bcdb8d4e613a79cb62d0903946ad10c83e63dc75f67614c159c0dbf4d184
- SHA-1:   20b40ff2624a56b681d03737e2cfea7ed545726b
- MD5:     a227d42afbcc590b4e949075cde4a5b6

0004. EXHIBIT_INSTAGRAM_0001.pdf
- SHA-256: 85f513194bbdc64c3186280b306311c8441b7455bea7850fbf17f01d5d344eea
- SHA-1:   a76d3e4db056a0984503c88cf782fdc97b60de4a
- MD5:     29eab44a57931ff4c4b4004b15470c9d

0005. Instagram-2025-02-17-015627.ips
- SHA-256: 15dbbb7811d7cc5d7584cb3734c9aa34ebc9d1f9a3a520faa139169901c8cdfd
- SHA-1:   1af347e73e5f7d2acd3f7898023c8c40efd22f02
- MD5:     063211f6315c59592f9329cfef72c313

0006. Instagram-2025-03-02-162010.ips
- SHA-256: 6f97dd7bf27a8a7865c21cd7b42c7c37e19a102ba2eb4634fea93bd24862c232
- SHA-1:   b848296ccb304cb10a95958cd4b110e65e43adbb
- MD5:     677450e7f981461fda26ff84c212dadf

0007. Instagram-2025-03-10-124042.ips
- SHA-256: d3507fd5055993f398d33a3382f16331f0bf61a32f4992e622670e65c26c437e
- SHA-1:   57791e7ea2ed4829cbcc1444a662c1f9659b340b
- MD5:     b649e47f04f57a00b278432d97aaf889

0008. Instagram-2025-02-18-165554.ips
- SHA-256: 5e3eea3a65f0a50dbea3c2f022ed96167dec7476e6b04ec1c1d1c7b765b59207
- SHA-1:   c9b0005f54ba0d24a94229cb3bbc901f5ad52ba0
- MD5:     9180827deec467e693441b79bebb08ad

0009. Instagram-2025-03-10-124152.ips
- SHA-256: cab302f1ff32e12722d721c4ba2d5fd359c4757a53dbd73ad92fd552f90e46b0
- SHA-1:   f3c3e7f3e2609b17eb78fae44166490a44e79a83
- MD5:     a30c4af5a64606dd0d48b618bba41749

## INSTAGRAM_SURV-0011

0010. Instagram-2025-03-04-201645.ips

- SHA-256: 04975e91f6300ba148f4b984be5791877a2a4fd395f38657b78f10197fb1a760
- SHA-1:   8ba8a3539b522f315d8bf7691b1eb5b0a7008db6
- MD5:     7ffb56edcfbe42dfeca2e3dd88406ae0

0011. Instagram-2025-03-05-032152.ips

- SHA-256: d7756d690b2cff4a5fff38982e3b42c58ca76406e7ef95e4cdfe15b8ab75824d
- SHA-1:   b43c0908f89d9e2bab5277fc66a3a20a2fb1da4b
- MD5:     a794d046e509aaef5e1f034a85bc5545

0012. Instagram-2025-03-02-081206.ips

- SHA-256: 74c7556fd9c7b5a54a440f8869b990393d5d446310f79dd86a47ed4d40bd89d1
- SHA-1:   b9807005cae522e78e031885510994b84397538c
- MD5:     0a7ea5300ee4179caea313f290e8a731

0013. Instagram-2025-02-17-155457.ips

- SHA-256: 948c02dab07a7a72fe5b2b16933f9428cde987eead9831977d27f75ee8fa4f1c
- SHA-1:   01e33b73d00eb91736d2c0781f1e640cc54abd92
- MD5:     40cffe44e11bd381b33def5b2f8e41e7

0014. Instagram-2025-02-23-153520.ips

- SHA-256: d6f19dca58c5214118a996bdc69837101893ccd0d0015a6ed33b66c55bc48196
- SHA-1:   9126efaa98a082845e75b6255c5555d3017e17ba
- MD5:     18d651e7a0a0a4523c012f28ef18bcac

0015. IPS_File_Hash_Summary.csv

- SHA-256: 52c83c226e20a6d60e247bfc44426d819140469e52d8d9ba9f2a32c5bd745187
- SHA-1:   27c01862e45e357864e468c86fb7defa2572c646
- MD5:     e2a00d45227d1212876cafb934628f13

0016. INSTAGRAM_SURV-0001.pdf

- SHA-256: 3f9ad290f5555ec4cea9dbbc4f18ed2d007fceac02a30ec928f9eaea6edd871a
- SHA-1:   a4b91ea4653d8b30d758d3ed82241a793f6af1dc
- MD5:     f80eff296f3da841278f140f1f76bcfd

0017. INSTAGRAM_SURV-0002.pdf

- SHA-256: bcbed48339bfca9f1f0e73523ded823a8e5f0f868f3d5e5ce82d9f545e373fc5
- SHA-1:   6f8126f4bb1a16020d7fee65546615803a13b0f0
- MD5:     d0dd77e77cecc08ce309596523e71177

0018. INSTAGRAM_SURV-0003.pdf

- SHA-256: c94d5f49510207590848c8b51b4198e0de6c28bdc92a9e564b4186145bc0a9fb
- SHA-1:   8330b71c5243da3e873e0548dffa8fee9d647978
- MD5:     eac1a85e821ddb780d2a0ed66d15995a

0019. INSTAGRAM_SURV-0004.pdf

- SHA-256: 75a028a92fc7f2077e2f1cd8c20298aa20c5c356c21c0797b8bfdbc4e1c94f18
- SHA-1:   7ff330a1f248902f637a40dc95ce0e19d0c23e6a

## INSTAGRAM_SURV-0011

- MD5:    53ce2fc0bdde3bf1c39dfc9667d2b8f2

0020. INSTAGRAM_SURV-0005.pdf
- SHA-256: 0714f2bce160d16310d00de663683c7cb9c572c9c776b456d85c107af6d81684
- SHA-1:   eb4fbb52397082e60142af242381461e203a945c
- MD5:     e6cf905d7c2f06b2ead5279a6b58fb3c

0021. INSTAGRAM_SURV-0006.pdf
- SHA-256: 2114600c635183667bb872f1e709583e1451e34685ccbbf078f4d663ae188714
- SHA-1:   9b0b454147a2513392c158edb1f744ef8279f180
- MD5:     8ccf19b4c4445d73677737c7d6ce3aed

0022. INSTAGRAM_SURV-0007.pdf
- SHA-256: fb118cb1b9318be880bd37b2c2d93f06299d48bde16b68d997b4b5625e3372da
- SHA-1:   3aac437b190c8321ba067c47eb80f11f366e5200
- MD5:     60a296820ce813e4e76fb9f827357b08

0023. INSTAGRAM_SURV-0008.pdf
- SHA-256: b1bb96803963b5a7f588fcfddb86dfd385797361055a744fa20a6b3059c452f9
- SHA-1:   f9adcbf8a11f1252329820f7593f77eb89b28319
- MD5:     16c88c62541ba99637be8b2461d9fdd0

0024. INSTAGRAM_SURV-0009.pdf
- SHA-256: 7d033c37a6ad65ba8c2ad2ad6bc490c5555431357fa85247045031b008289615
- SHA-1:   f81f7b387bc11279151eac94d11f62ed07631f25
- MD5:     47f9c6e6e405d9c50d737b61d8094588

0025. INSTAGRAM_SURV-0010.pdf
- SHA-256: 133fc91210f75c1b196717f6e6b123cb832b5809ed343d86031e22005a99d895
- SHA-1:   61bce6435bbf8b3c922eea0e6d5c54b74247eeca
- MD5:     74f513f85677d2391b12f34caae6d4f3

0026. INSTAGRAM_SURV-0011.pdf
- SHA-256: 0c73f1091efaf54375c0a0899d21c2424578bdec7e62d6954d9131652a8547c1
- SHA-1:   e758439a3c2bb7c0767cc066a37fd9451defec46
- MD5:     7b2c2a1d37aa0374e1f99f406542d4e1

0027. Formal_Chain_of_Evidence_Manifest.csv
- SHA-256: dd8f04f678c08e07e5918a3932e6d4864e80dcb3a482fa10b32ea2a5fc0d0345
- SHA-1:   376a079fa9e9f4fd56875b553038e86680285bb3
- MD5:     ed44b722399457131750e20891376b92

0028. INSTAGRAM_CHAIN_OF_EVIDENCE.zip
- SHA-256: db516922fdf38ea5388be773872d46938a8fa320465d0d68abc017900128728d
- SHA-1:   d382ae93d7f0e22e7c4f87382068f02b75732adb
- MD5:     95ff1c44849a03cab05104deae63eb94

0029. Extracted_Evidence_Artifacts.csv
- SHA-256: 8869fc5e3b91209098123cdc14646856670375cc1bc95a8fee3421f004fe014c

## INSTAGRAM_SURV-0011

- SHA-1:   3d5eee9ca6cc7718339b8bc82be6f08fce28b0a9
- MD5:     c477c0f99a8a00322bde8c76c7c57c34

0030. Instagram.imazingapp
- SHA-256: bac0a60f9c2b368ef8cc28fe1036a9b8a801c342356b0d394c5f861d1107834e
- SHA-1:   15a9e6239a2ff40482189ac296340d1cffcb30f9
- MD5:     7b32eef9da1ab95a4a40f883ebc9f0d2

0031. New_Artifact_Hashes.csv
- SHA-256: dc0a6d10944473b5769dee808110ead85353cba59360cfa9a0cabf23f0ce86bb
- SHA-1:   5f765b9150bfa28885b12525c78670e3bf7ab551
- MD5:     c547b0896554ddf805e97850aa2d0877

0032. Potential_Evidence_Files.csv
- SHA-256: 1d89bbb739fc131d09e29de852ab377ddebc13c0f9a329ac28322dae5de47f85
- SHA-1:   9de6cdcb998df1d70e5177870bc5cf58746d46da
- MD5:     0771905c26adaaf582026bf93ba6cc7c

0033. App_Usage_Sessions__intervals_.csv
- SHA-256: c8e1da3e63cb7cf05a21c33c4053034a285ac3f80788de5fbb717e400d386482
- SHA-1:   90306a436aa8699cb90ca9fe66fa4c2cafb09092
- MD5:     be6eba0194f3a56a15279b524d912f42

0034. Identifiers___Feature_Flags_from_JSON.csv
- SHA-256: 0d3d18a1129b0f757e324f91a017617c0d679970b8fbe00dc20a9559addc577b
- SHA-1:   7d535ab3de2e6b1656da5d9ccc6db5665d7b931c
- MD5:     1474e4337504c6c4bd786a0ddf4c60b4

0035. Consolidated_Forensic_Timeline.csv
- SHA-256: c911e8914e91c3b87bb2b369ccb8ac4b8d3dccc60bb8567322415e5c5c9692b8
- SHA-1:   d5f0e9cb7363faaf912a21eb962d080762b19f52
- MD5:     605a6f19ef8de718db65ef24eb61786e

0036. Potential_Messaging_Tables.csv
- SHA-256: bd85bcdb8d4e613a79cb62d0903946ad10c83e63dc75f67614c159c0dbf4d184
- SHA-1:   20b40ff2624a56b681d03737e2cfea7ed545726b
- MD5:     a227d42afbcc590b4e949075cde4a5b6

0037. Facebook-Related_Plist_Files.csv
- SHA-256: e6a8e7c010dddcf914213aeff0f56f81e5064ac249edbbc473e936f14b720282
- SHA-1:   f0356b6ed167764d2d04785c76096fd1431db69c
- MD5:     b9eff152d8fa5bdb16833ba58b0e2c12

0038. Parsed_Tokens_and_Identifiers.csv
- SHA-256: f7906bb403c8050601a665ee976c37de5241b742ea9e5a1ecf366843117a7f95
- SHA-1:   64f424f1b215e8c1779cc7cd0e20eac370de1b30
- MD5:     dda3ca930ed373e7f68750f8d2b68ba0

0039. FINAL_INSTAGRAM_META_FORENSIC_REPORT.pdf

## INSTAGRAM_SURV-0011

- SHA-256: 416c1297621ca80308f2d74feddf3d233e28251419591475f5ee809f03c9b4d0
- SHA-1:   36c1f5d3b010f14cd054d4d485e30220206ba999
- MD5:     c8fb063a18f13795830e5a269bcf267c

0040. INSTAGRAM_META_EVIDENCE_BUNDLE.zip
- SHA-256: 8ee9d331b4e213f245f43d412a46e55cc0817233aa82fd6aef9c2c93d2275b6f
- SHA-1:   0d1b3036ad50beaf3b0d2bd3405685b74f9c7279
- MD5:     03e11506baaa22cdbf77502414d66fb1

0041. INSTAGRAM_META_EVIDENCE_BUNDLE_ENCRYPTED.bin
- SHA-256: 1dbbf14f88b6981340faec1349077f8d3b53f9857e7f869ccdec284b2cacf15e
- SHA-1:   7371453c39667b06af683ed85e9ece8308067074
- MD5:     e01ffa5310cb52435ba4ef79a0887461

0042. EVIDENCE_DECRYPTION_KEY.txt
- SHA-256: c9baf9f7315f3ff262e736fff17ecfeb1b951aaa61444f11959f8c63ce2a646a
- SHA-1:   961633c05d200c1e21d89950b82a861d5910d2b1
- MD5:     ddd44418c132b2292229aa81b8aeac13

0043. C15C460D-B51E-4B00-B6DB-F43194189C54.jpeg
- SHA-256: f89c53e1ae3f7afa052fb35e9e008bbd923f7cfd09f3c42aa0574ce4564e9438
- SHA-1:   8df9a0e7e1e5a02aa126f7b8a409e2f5885ac0b3
- MD5:     a1d668d48f871f83e1ccdf254c53927e

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that on April 22, 2025, I personally submitted a physical copy of the document entitled:

EXHIBIT INSTAGRAM - SURV - 0011

Declaration in Support of FRE 901 and FRE 1001-1003

...to the Clerk of Court for the United States District Court for the Eastern District of Louisiana, located at:

500 Poydras Street, Room C-151

New Orleans, Louisiana 70130

This document was delivered in person and placed on the record for consideration in this matter.

Executed on April 22, 2025.

*Hiran Rodriguez*

/s/ HIRAN RODRIGUEZ

**HIRAN RODRIGUEZ**

*SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved UCC 1-308.**

**Without Prejudice Without Recourse.**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**