# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**PLAINTIFF(S)** Hiram Rodriguez

**VERSUS**

**DEFENDANT(S)** Meta Platforms, Inc., et al.

CIVIL ACTION

No. 25-197

SECTION: A (2)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Compel Disclosure is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ __.m.

HR 04/22/2025
(Signature)

Hiram Rodriguez
(Name)

820 Grove Ave
(Address)

Metairie   LA   70003
(City)     (State)  (Zip)

(504) 203-8459
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 22 day of April, 20 25.

HR 04/22/2025
(SIGNATURE)