UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Hiram Rodriguez
**PLAINTIFF(S)**

VERSUS

Meta Platforms, Inc., et al.
**DEFENDANT(S)**

CIVIL ACTION

No. 25-197

SECTION: A(2)

## ORDER

Considering the Motion to Compel Disclosure ,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE