

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Apr 24 2025

CAROL L. MICHEL
CLERK

cf                                    Walk-In

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ,

PLAINTIFF

V.

META PLATFORMS, INC., *ET AL.*

DEFENDANTS

CIVIL ACTION NO. 2:25-cv-00197

SECTION A

JUDGE JAY C. ZAINEY

DIVISION 2

MAGISTRATE JUDGE

DONNA PHILLIPS CURRAULT

JURY TRIAL REQUESTED

# PLAINTIFF'S FORMAL REPORT OF VIOLATION OF RULE 55(a)
# BY CLERICAL OFFICERS AND DEMAND FOR ENTRY OF
# DEFAULT

(Pertaining to Defendants in procedural default as of April 24, 2025)

NOW INTO COURT, comes PLAINTIFF, HIRAN RODRIGUEZ, appearing sui juris, and submits this formal report of procedural violation and demand for clerical compliance under Federal Rule of Civil Procedure 55(a), with respect to the following DEFENDANTS:

- MARK ELLIOT ZUCKERBERG

- META PLATFORMS, INC.

- ELON MUSK

These DEFENDANTS have each been lawfully served and are now in material default for failure to plead, answer, or otherwise defend within the time required by law. PLAINTIFF attaches EXHIBIT RECORDS and AFFIDAVIT OF LAWFUL SERVICE herein.

---

## I. MANDATORY DEFAULT UNDER RULE 55(a)

Pursuant to Rule 55(a), "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend... the clerk must enter the party's default." No discretion is granted under this rule once proper service and procedural lapse are on record.

All three DEFENDANTS have:

- Received lawful service through confirmed executed summons;
- Allowed the 21-day statutory deadline to expire;
- Filed no responsive pleading or request for extension.

PLAINTIFF submitted a NOTICE OF DEFAULT under Rule 55(a) on April 23, 2025, via the Court's Electronic Document Submission System (EDSS). The filing included the proper certification, service record, and factual basis under federal law.

## II. CLERICAL MISCONDUCT, OBSTRUCTION, AND EVIDENCE OF TAMPERING

Despite the legal sufficiency of the filing, the Clerk of Court (initialed "JLS") failed to enter default and instead fabricated an excuse, claiming the document was "password protected" and could not be filed. PLAINTIFF affirms and certifies:

- The document was not password protected;
- The EDSS filing was accepted at 8:59 AM CDT;
- The filing was emailed back with full visibility and no restrictions;
- The Clerk docketed only the subsequent summons return (Rec. Doc. 156) while refusing to enter default.

This behavior constitutes willful tampering, violation of ministerial duty under Rule 55(a), and actionable procedural sabotage.

The initials "JLS" and "MMM" correspond to JENNIFER S. LIMJUCO and MARY MEDDERS, both staff under JUDGE ZAINEY. These clerical officers have exhibited a pattern of interference, selective docketing, obstruction of filing access, and exposure of PLAINTIFF to risk by triggering EDSS failures on key filings.

## III. STATUS OF SERVICE AND DEFAULT AS OF APRIL 24, 2025

| DEFENDANT | DATE SERVED | ANSWER DUE | STATUS |
|---|---|---|---|
| MARK ELLIOT ZUCKERBERG | March 6, 2025 | March 27, 2025 | DEFAULTED |
| META PLATFORMS, INC. | March 6, 2025 | April 1, 2025 | DEFAULTED |
| ELON MUSK | April 1, 2025 | April 22, 2025 | DEFAULTED |

No answer, motion, appearance, or extension request has been entered by any of the above DEFENDANTS.

## IV. DEMAND FOR INVESTIGATION AND IMMEDIATE CLERICAL ACTION

PLAINTIFF hereby demands:

1. Immediate entry of DEFAULT under Rule 55(a) as to all three DEFENDANTS listed above;

2. Formal investigation into clerical manipulation, delayed filing, and tampering with Plaintiff's April 23 EDSS submissions;

3. Public explanation for the false claim of password protection;

4. Removal of internal procedural obstructions and full restoration of EDSS access without sabotage;

5. Judicial oversight to prevent further misconduct under color of administration.

---

## V. CERTIFICATE OF SERVICE

I, HIRAN RODRIGUEZ, certify under penalty of perjury that this filing was delivered by hand to the Clerk of the United States District Court for the Eastern District of Louisiana on this 24th day of April, 2025, due to ongoing sabotage and obstruction of the Court's EDSS system preventing lawful filing by electronic means.

Executed and affirmed under the laws of the United States and the Constitution of Louisiana.

Respectfully submitted, this 24th day of April, 2025.

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ**, *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

.ıll 5G  

## Document successfully submitted to the United States District Court Eastern District of Louisiana

 **Do Not Reply**                    8:59 AM
To You                                    ...

 NOTICE OF DEFAULT UNDER RULE 55(a)...
PDF - 4.8 MB

Greetings, Hiran Rodriguez ,

Your document has been submitted through the EDSS portal. The document was submitted on Wednesday, April 23, 2025 - 08:59. Please feel free to keep this email for your records, as it contains a copy of the document you selected to be submitted, in addition to all information submitted through the EDSS system. The information we received was as follows:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave.

No Internet Connection                    

 Mail       Calendar       Channels       Apps

NOTICE OF DEFAULT UNDER RULE...
PDF - 4.8 MB

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

HIRAN RODRIGUEZ,                          CIVIL ACTION NO. 2:25-cv-00197
PLAINTIFF,                                SECTION A
                                          JUDGE JAY C. ZAINEY

V.
                                          DIVISION 2
META PLATFORMS, INC., *ET AL.*            MAGISTRATE JUDGE
DEFENDANTS                                DONNA PHILLIPS CURRAULT

                                          JURY TRIAL REQUESTED

### NOTICE OF DEFAULT UNDER RULE 55(a) – DEFENDANT ELON MUSK

NOW INTO COURT, comes Plaintiff HIRAN RODRIGUEZ, appearing *sui juris* and *pro se*, who

respectfully files this **Notice of Default** and formally requests that the Clerk of Court enter

default against Defendant **ELON MUSK** pursuant to **Rule 55(a)** of the Federal Rules of Civil

**Open M365 Copilot**

25.

evidenced by the executed return of service previously filed into the docket. More than

twenty-one (21) days have elapsed since the date of service, and to date, **Defendant Elon**

**3:50**

Document successfully submitted to the United States District Court Eastern District of Louisiana

 **Do Not Reply**                    11:12 AM
To You                                                    ...

25-197 USM 285 Completed AT&T Enter...
PDF - 444 KB

Greetings, Hiran Rodriguez,

Your document has been submitted through the EDSS portal. The document was submitted on Wednesday, April 23, 2025 – 11:12. Please feel free to keep this email for your records, as it contains a copy of the document you selected to be submitted, in addition to all information submitted through the EDSS system. The information we received was as follows:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave.

↩ ∨  Reply

                        
Mail              Calendar            Channels            Apps

10

1:07 

The requested URL was rejected. Please consult with your administrator. Your support ID is: 3733715508232236743

[Close this message]

as a single PDF.

**Filer's Full Name** *

Hiran Rodriguez

**Filer's Email Address** *

hiranrodriguez@outlook.com

**Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip)** *

820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number** *

5042038459

**Case Number (if known)**

2:25-cv-00197

**Case Name**

Rodriguez v. Meta Platforms, Inc., et al

Document

**Document 1 (PDF format only)** *

Choose File    NOTICE OF DE...ON MUSK.pdf    Upload

Files must be less than **30 MB**.

Allowed file types: **jpg jpeg png pdf**.

**Document 1 Description** *

REVISED NOTICE OF DEFAULT UNDER RULE 55(a) – DEFENDANT ELON MUSK

By clicking "Submit," you agree to each of the following:

1. **I am intending to file the attached document with the United States District Court for the Eastern District of Louisiana.**
2. **I understand that all submitted**

laed.uscourts.gov

1:10

≡ MENU

UNITED STATES DISTRICT COURT

# Eastern District of Louisiana

The Honorable Nannette Jolivette
Brown, Chief Judge
Carol L. Michel, Clerk of Court

Home » Filing Without an Attorney

## Electronic Document Submission System (EDSS)

**\*\*The Electronic Document Submission System has completed maintenance and is available again\*\***

The Electronic Document Submission System (EDSS) is available for parties who are not represented by an attorney. Such parties may use this service to submit documents for filing with the Court. The Pro Se Unit reviews all documents submitted through the EDSS for compliance with Federal and Local Rules prior to filing them in the record. In most instances, documents will be processed within 1-2 business days of receipt. New case filings will not receive a case number until they have been processed. The date the document was received will be the filed date. A document must be received (i.e., the submission process completed in full) by 11:59 p.m. to be filed on that day's date.

For all emergency filings, filing of sensitive documents, and general questions, please contact the Pro Se Unit at (504) 589-7751 or in person in the intake area of Room C-151 of the Clerk's Office at 500 Poydras Street, New Orleans, Louisiana, 70130. The Pro Se Unit will not respond to any correspondence sent through the EDSS. If you are unable to utilize the EDSS to submit documents to the Court, you can submit documents



🔒 laed.uscourts.gov



**Object not found!**

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

**Error 404**

Reference: 3733715508231907506



13

3:48     

    🗑    🗄

**1 New Docket Entry for Rodriguez v. Meta Platforms, Inc (2:25-cv-00197)**

  CourtListener Alerts    2:24 PM
To You    ...

# CourtListener Docket Alert

## 1 New Entry in Rodriguez v. Meta Platforms, Inc (2:25-cv-00197)

District Court, E.D. Louisiana

<u>View Docket on CourtListener</u>

| Document Number | Date Filed | Description | Download PDF |
|---|---|---|---|

  Reply


Mail


Calendar


Channels


Apps

14

CM/ECF    Query    Reports ▾    Utilities ▾    Help    Log Out

| | | |
|---|---|---|
| | | Rodriguez. (Attachments: # 1 Sworn Declaration of Integrity, # 2 Exhibit D-4, Custom Audience Entities)(jls) (Entered: 04/14/2025) |
| 04/13/2025 | 145 | Supplemental Judicial NOTICE of Retaliatory Surveillance and Enterprise Activity by Hiran Rodriguez. (jls) (Entered: 04/14/2025) |
| 04/14/2025 | 146 | MOTION for Leave to File Exhibit F Under Seal by Hiran Rodriguez. (Attachments: # 1 Notice of Submission (received 4/14 at 3:56 am), # 2 Notice of Submission (received 4/14 at 4:00 am), # 3 Proposed Order, # 4 Certificate of Service)(jls) (Additional attachment(s) added on 4/14/2025: # 5 Proposed Sealed Exhibit F, # 6 EDSS Receipt for sealed exhibit F) (jls). (Entered: 04/14/2025) |
| 04/14/2025 | 147 | SUMMONS Returned Executed; T-Mobile USA Inc served on 4/11/2025, answer due 5/2/2025. (jls) (Entered: 04/14/2025) |
| 04/14/2025 | 148 | Supplemental Judicial NOTICE of Sexual Defamation, Governmental Retaliation, and Enterprise Harassment (Relating to Sealed Exhibit F) by Hiran Rodriguez. (jls) (Entered: 04/15/2025) |
| 04/15/2025 | 149 | MOTION to Enter Proposed Order by Hiran Rodriguez. (Attachments: # 1 Certificate of Service, # 2 Notice of Submission, # 3 Proposed Order)(jls) (Entered: 04/15/2025) |
| 04/17/2025 | 150 | Noticed AFFIDAVIT of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, LA by Hiran Rodriguez. (Attachments: # 1 Exhibit A, # 2 Certificate of Service (filed at 7:17 am), # 3 Certificate of Service (filed at 7:47 am))(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 151 | SUMMONS Returned Executed; Versha Sharma served on 4/16/2025, answer due 5/7/2025. (Attachments: # 1 EDSS Receipt)(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 152 | SUMMONS Returned Executed; Elon Musk served on 4/1/2025, answer due 4/22/2025. (Attachments: # 1 EDSS Receipt)(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 153 | NOTICE of Entry of Exhibit A: Railroad Facilities in Jefferson Parish, by Hiran Rodriguez. (Attachments: # 1 Notice of Submission, # 2 Certificate of Service)(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 154 | Supplemental Judicial NOTICE and Authentication of Exhibit A's Origin (EXHIBIT B) by Hiran Rodriguez. (Attachments: # 1 Notice of Submission, # 2 Certificate of Service)(jls) (Entered: 04/22/2025) |
| 04/22/2025 | 155 | MOTION to Compel Disclosure of Enterprise Surveillance Infrastructure, Identify and Terminate Targeted Operators, and for Comprehensive Relief for Ongoing Harassment, Retaliation, and Constitutional Injury by Hiran Rodriguez. (Attachments: # 1 Exhibit RVMP, # 2 Exhibit Instagram, # 3 Notice of Submission, # 4 Proposed Order)(jls) (Entered: 04/22/2025) |
| 04/23/2025 | 156 | SUMMONS Returned Executed; AT&T Enterprises, LLC served on 4/17/2025, answer due 5/8/2025. (jls) (Entered: 04/23/2025) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/23/2025 15:49:34 | | |
| PACER Login: | hiranrodriguez | Client Code: |
| Description: | Docket Report | Search Criteria: 2:25-cv-00197-JCZ-DPC |
| Billable Pages: | 14 | Cost: 1.40 |

🔒 ecf.laed.uscourts.gov

15

6:36

CM/ECF    Query   Reports ▾   Utilities ▾   Help   Log Out

| | | Activity by Hiran Rodriguez. (jls) (Entered: 04/14/2025) |
|---|---|---|
| 04/14/2025 | 146 | MOTION for Leave to File Exhibit F Under Seal by Hiran Rodriguez. (Attachments: # 1 Notice of Submission (received 4/14 at 3:56 am), # 2 Notice of Submission (received 4/14 at 4:00 am), # 3 Proposed Order, # 4 Certificate of Service)(jls) (Additional attachment(s) added on 4/14/2025: # 5 Proposed Sealed Exhibit F, # 6 EDSS Receipt for sealed exhibit F) (jls). (Entered: 04/14/2025) |
| 04/14/2025 | 147 | SUMMONS Returned Executed; T-Mobile USA Inc served on 4/11/2025, answer due 5/2/2025. (jls) (Entered: 04/14/2025) |
| 04/14/2025 | 148 | Supplemental Judicial NOTICE of Sexual Defamation, Governmental Retaliation, and Enterprise Harassment (Relating to Sealed Exhibit F) by Hiran Rodriguez. (jls) (Entered: 04/15/2025) |
| 04/15/2025 | 149 | MOTION to Enter Proposed Order by Hiran Rodriguez. (Attachments: # 1 Certificate of Service, # 2 Notice of Submission, # 3 Proposed Order)(jls) (Entered: 04/15/2025) |
| 04/17/2025 | 150 | Noticed AFFIDAVIT of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, LA by Hiran Rodriguez. (Attachments: # 1 Exhibit A, # 2 Certificate of Service (filed at 7:17 am), # 3 Certificate of Service (filed at 7:47 am))(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 151 | SUMMONS Returned Executed; Versha Sharma served on 4/16/2025, answer due 5/7/2025. (Attachments: # 1 EDSS Receipt)(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 152 | SUMMONS Returned Executed; Elon Musk served on 4/1/2025, answer due 4/22/2025. (Attachments: # 1 EDSS Receipt)(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 153 | NOTICE of Entry of Exhibit A: Railroad Facilities in Jefferson Parish, by Hiran Rodriguez. (Attachments: # 1 Notice of Submission, # 2 Certificate of Service)(jls) (Entered: 04/22/2025) |
| 04/17/2025 | 154 | Supplemental Judicial NOTICE and Authentication of Exhibit A's Origin (EXHIBIT B) by Hiran Rodriguez. (Attachments: # 1 Notice of Submission, # 2 Certificate of Service)(jls) (Entered: 04/22/2025) |
| 04/22/2025 | 155 | MOTION to Compel Disclosure of Enterprise Surveillance Infrastructure, Identify and Terminate Targeted Operators, and for Comprehensive Relief for Ongoing Harassment, Retaliation, and Constitutional Injury by Hiran Rodriguez. (Attachments: # 1 Exhibit RVMP, # 2 Exhibit Instagram, # 3 Notice of Submission, # 4 Proposed Order)(jls) (Entered: 04/22/2025) |
| 04/23/2025 | 156 | SUMMONS Returned Executed; AT&T Enterprises, LLC served on 4/17/2025, answer due 5/8/2025. (jls) (Entered: 04/23/2025) |
| 04/23/2025 | 157 | Receipt from EDSS System for Notice of Default by Hiran Rodriguez. The password secured pleading was unable to be retrieved and uploaded for filing. (jls) (Entered: 04/23/2025) |



| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/23/2025 18:35:50 | | |
| PACER Login: | hiranrodriguez | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:25-cv-00197-JCZ-DPC |
| Billable Pages: | 14 | Cost: | 1.40 |

🖥  🔒 ecf.laed.uscourts.gov  ↻

‹   ›   ⬆   📖   ▢

16

11:20

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ

**PLAINTIFF(S)**

**VERSUS**

META PLATFORMS, INC., ET AL

**DEFENDANT(S)**

**CIVIL ACTION**

No. 25-197

SECTION: A(2)

## ORDER

Considering the Motion For Leave To File Exhibit Under Seal

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this_____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ, | * | CIVIL ACTION |
| | * | NO. 25-CV-197 |
| Plaintiff, | * | |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| META PLATFORMS, INC., ET AL | * | |
| | * | MAG. DIV. (2) |
| Defendants. | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXTENSION OF TIME
### BY DEFENDANT META PLATFORMS, INC.

Pursuant to Local Rule 7.8, with a full reservation of rights and defenses, Defendant Meta Platforms, Inc. ("Meta"), respectfully moves for an extension of twenty-one (21) days, until April 1, 2025, to respond to Plaintiff's Complaint (Doc. 1). Plaintiff purported to serve Meta on February 18, 2025, but the service was improper and ineffective. (*See* Doc. 15). Nonetheless, in an abundance of caution, without waiving any rights or defenses, Meta moves for an extension until and through April 1, 2025, to respond to the Complaint. No previous extension has been applied for or granted in this Court for Meta, no objection to this extension has been lodged in the record, and the granting of this Motion will not materially impede the progress of this case or prejudice any party.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:      *s/Laura E. Carlisle*
LAURA E. CARLISLE (33760)
SOPHIA R. CEFOLIA (41188)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: lcarlisle@bakerdonelson.com
E-mail: scefolia@bakerdonelson.com

**ATTORNEYS FOR DEFENDANTS,
META PLATFORMS, INC. AND
MARK ELLIOTT ZUCKERBERG**

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of electronic filing to all

18

1 of 4

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | § | CIVIL ACTION |
| | § | NO. 2:25-CV-00197 |
| *PLAINTIFF* | § | |
| *VS.* | § | JUDGE JAY C. ZAINEY |
| | § | SECTION A |
| META PLATFORMS, INC., *ET AL.* | § | |
| | § | MAGISTRATE JUDGE |
| *DEFENDANTS* | § | DONNA PHILLIPS CURRAULT |
| | § | DIVISION 2 |
| | § | |
| | § | JURY TRIAL REQUESTED |
| | § | |
| | § | |

### MOTION TO ENTER PROPOSED ORDER

NOW INTO COURT, comes PLAINTIFF, HIRAN RODRIGUEZ, appearing *sui juris*, who

respectfully moves this Honorable Court to enter the attached **Proposed Order** submitted under

seal and in support of Plaintiff's prior filings, judicial notices, and evidentiary submissions,

including Exhibits D and F. This Proposed Order is submitted in sealed, encrypted, view-only

     
19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ
PLAINTIFF(S)

CIVIL ACTION

No.    25-197

VERSUS

SECTION:    A (2)

META PLATFORMS, INC., ET AL.
DEFENDANT(S)

ORDER

Considering the Motion FOR LEAVE TO FILE EXHIBIT F UNDER SEAL,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this_____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

eFile-ProSe

| | |
|---|---|
| From: | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Tuesday, April 15, 2025 11:02 AM |
| To: | eFile-ProSe |
| Subject: | New EDSS Filing Submitted |
| Attachments: | PROPOSED_ORDER_LOCKED_VIEWONLY.pdf |

🔒 storage.courtlistener.com





**[WARNING: MESSAGE ENCRYPTED]Document successfully submitted to the United States District Court Eastern District of Louisiana**

**Do Not Reply**
To You                                    Apr 13
...

📄 EXHIBIT F (Submitted under seal)
PDF - 7.2 MB

Greetings, Hiran Rodriguez ,

Your document has been submitted through the EDSS portal. The document was submitted on Sunday, April 13, 2025 - 23:56. Please feel free to keep this email for your records, as it contains a copy of the document you selected to be submitted, in addition to all information submitted through the EDSS system. The information we received was as follows:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

↩ ∨   Reply




6:54 .ıl 5G 

✕    **EXHIBIT F (Submitted under seal)**
PDF - 7.2 MB    ⬆

This document is password protected.

| Password |
| --- |

| Open M365 Copilot |  |
| --- | --- |

11:43

3 of 4

2

## ECCLESIASTICAL SEAL AND COVERING

This Petition is submitted under the ecclesiastical authority of Sun Rising Ministries, a federally recognized 501(c)(3) nonprofit church and ministry, and sealed by its duly elected Pastor, Hiran Rodriguez, on November 24, 2024, in the County of Jefferson, State of Louisiana.

All rights are reserved under the Constitution for the United States of America and under the laws of Nature and Nature's God. This action is protected religious expression and shall not be abridged by any agency, court, or commercial actor.



*Sun Rising Ministries – A 501(c)(3) Church Corporation*

**eFile-ProSe**

| | |
|---|---|
| From: | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| Sent: | Tuesday, April 15, 2025 10:57 AM |
| To: | eFile-ProSe |
| Subject: | New EDSS Filing Submitted |
| Attachments: | MOTION_TO_ENTER_PROPOSED_ORDER_LOCKED.pdf |

Greetings Pro Se Desk,

23

11:41



15

**EXHIBIT G | PAGE 16**



🔒 storage.courtlistener.com    ↻

24