Case 2:25-cv-00197-JCZ-DPC    Document 160    Filed 04/24/25    Page 1 of 7

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Apr 24 2025

CAROL L. MICHEL
CLERK

cf                                              Walk-In

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF, | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA PHILLIPS CURRAULT |
| | |
| | JURY TRIAL REQUESTED |

## NOTICE OF DEFAULT UNDER RULE 55(a) – DEFENDANT ELON MUSK

NOW INTO COURT, comes Plaintiff **HIRAN RODRIGUEZ**, appearing *sui juris* and *pro se*, who respectfully files this **Notice of Default** and formally requests that the Clerk of Court enter default against Defendant **ELON MUSK** pursuant to **Rule 55(a)** of the Federal Rules of Civil Procedure.

Service of process upon Defendant Elon Musk was properly effected on **April 1, 2025**, as evidenced by the executed return of service previously filed into the docket. More than twenty-one (21) days have elapsed since the date of service, and to date, **Defendant Elon Musk has failed to file any responsive pleading, motion, or request for extension** as required by **Rule 12** of the Federal Rules of Civil Procedure.

Defendant has neither appeared nor defended in this action, and his failure to respond constitutes a clear violation of the Federal Rules. The prerequisites under **Rule 55(a)** are thus satisfied, and the Clerk is empowered to enter default against the Defendant as a ministerial duty.

Accordingly, Plaintiff respectfully moves this Honorable Clerk to **immediately enter the default of Defendant ELON MUSK** for failure to plead or otherwise defend, as required by law. Plaintiff reserves all rights to seek **default judgment pursuant to Rule 55(b)** following the entry of default.

2

**Respectfully submitted**, this 23rd day of April, 2025.

*Hiran Rodriguez*

/s/ HIRAN RODRIGUEZ

**HIRAN RODRIGUEZ,** *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana, 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351.

3

## **CERTIFICATE OF SERVICE**

I, **Hiran Rodriguez,** hereby certify that the foregoing **NOTICE OF DEFAULT UNDER RULE 55(a) – DEFENDANT ELON MUSK** was submitted via the Court's Electronic Document Submission System (EDSS) for the United States District Court for the Eastern District of Louisiana, and transmitted to all registered counsel of record on this date. This service complies with all applicable rules under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Louisiana.

**Respectfully submitted,** this 23rd day of April, 2025.

*Hiran Rodriguez*

/s/ HIRAN RODRIGUEZ

**HIRAN RODRIGUEZ,** *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

4

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction**

**No tacit agreement presumed; no consent granted where none is explicitly expressed**

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ELON MUSK
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1 TESLA RD, AUSTIN, TX 78725

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
HIRAN RODRIGUEZ  
820 GROVE AVE, METAIRIE, LA, 70003-7024.

Number of process to be served with this Form 285: 2  
Number of parties to be served in this case: 27  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT  
*Hiran Rodriguez*  
TELEPHONE NUMBER: 5042038459  
DATE: 03/10/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Signature of Authorized USMS Deputy or Clerk  
Date: 3·12·25

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
Date: 4/1/25  Time: 8:53 [X] am [ ] pm

Address (complete only different than shown above):  
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:  
USPS CMRR: 9589 0710 5270 2145 6212 46

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELON MUSK
1 TESLA RD.
AUSTIN, TX 78725

9590 9402 8987 1094 2926 03

2. Article Number (Transfer from service label)
9589 0710 5270 2145 6212 43

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CERTIFIED MAIL

9589 0710 5270 2145 6212 43



