Case 2:25-cv-00197-JCZ-DPC   Document 163   Filed 04/24/25   Page 1 of 18

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Apr 24 2025
CAROL L. MICHEL
CLERK
cf                        Walk-In

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA PHILLIPS CURRAULT |
| | |
| | JURY TRIAL REQUESTED |

## NOTICE OF DEFAULT UNDER RULE 55(a)

### WITH AFFIDAVIT OF LAWFUL SERVICE AND EXHIBIT RECORD

(As to Defendants: MARK ELLIOT ZUCKERBERG, META PLATFORMS, INC., and

ELON MUSK)

NOW INTO COURT comes **HIRAN RODRIGUEZ**, Plaintiff appearing *sui juris*, and respectfully submits this formal NOTICE OF DEFAULT pursuant to **Rule 55(a)** of the Federal Rules of Civil Procedure. This Notice is supported by verified exhibits and a sworn Affidavit of Lawful Service, all of which confirm proper service of process and a failure to plead or otherwise defend by the following DEFENDANTS:

- **MARK ELLIOT ZUCKERBERG**, served March 6, 2025 – Deadline to Answer: March 27, 2025
- **META PLATFORMS, INC.**, served March 6, 2025 – Deadline to Answer: April 1, 2025
- **ELON MUSK**, served April 1, 2025 – Deadline to Answer: April 22, 2025

Each named Defendant was lawfully served as proven by the Executed Returns of Service filed into the official court docket, and each has failed to file an Answer, Rule 12 Motion, Appearance, or valid extension request within the time prescribed by law.

## I. MANDATORY OPERATION OF RULE 55(a)

Rule 55(a) of the Federal Rules of Civil Procedure mandates:

> "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, **the clerk must enter the party's default.**"

There exists no discretion under this Rule. All three Defendants have failed to respond, and the Clerk of Court is ministerially bound to enter default against each of them.

## II. OBSTRUCTION OF FILING AND CLERICAL INTERFERENCE

On **April 23, 2025,** Plaintiff submitted a properly formatted Notice of Default through the **Electronic Document Submission System (EDSS)** at **8:59 AM CDT**. The Clerk acknowledged receipt of this filing via timestamped confirmation.

However, the document was not filed on the docket. Instead, at **2:24 PM**, only a **summons return** (Rec. Doc. 156) for a different Defendant (AT&T Enterprises, LLC) was entered, while the Rule 55(a) Notice of Default was conspicuously excluded.

3

Later, the docket reflected a manipulated "Receipt" entry (Rec. Doc. 157), falsely stating the Notice was "password protected" and could not be opened. Plaintiff hereby affirms, under penalty of perjury, that no such password was applied to the submitted document.

This marks a repeated and ongoing pattern of unlawful interference with Plaintiff's procedural rights and raises grave concerns of evidence tampering, obstruction of filing, and retaliation by Court officers.

---

## III. AFFIDAVIT OF LAWFUL SERVICE & RECORD SUPPORT

Plaintiff attaches herewith a sworn **Affidavit of Lawful Service**, affirming:

- Service upon **MARK ELLIOT ZUCKERBERG** by U.S. Marshal on **March 6, 2025**
- Service upon **META PLATFORMS, INC.** by U.S. Marshal on **March 6, 2025**
- Service upon **ELON MUSK** by private process server on **April 1, 2025**

All executed summonses were filed of record:

- Zuckerberg (Rec. Doc. 46)
- Meta Platforms (Rec. Doc. 47)

4

- Musk (Rec. Doc. 152)

No valid responsive pleading, motion, or appearance was filed by any Defendant as of this filing.

## IV. RELIEF REQUESTED

Pursuant to Rule 55(a), Plaintiff respectfully demands:

1. **Immediate entry of default** against **MARK ELLIOT ZUCKERBERG;**
2. **Immediate entry of default** against **META PLATFORMS, INC.;**
3. **Immediate entry of default** against **ELON MUSK;**
4. Preservation of Plaintiff's rights to seek default judgment under Rule 55(b);
5. Formal investigation into clerical manipulation, delayed filing, and tampering with Plaintiff's April 23 EDSS submissions.

## V. RESERVATION OF RIGHTS

Plaintiff reserves all legal and constitutional rights, including:

- Right to judicial review under **28 U.S.C. §§ 144, 351, 455**
- Right to appeal and seek relief under **Rule 60(b)**
- Right to compensation for delay-induced damages
- Right to proceed to judgment by default under **Article III authority**

---

## CERTIFICATE OF SERVICE

I, **HIRAN RODRIGUEZ**, hereby certify that due to ongoing and unexplained obstruction of the **EDSS system**, I personally delivered this Notice and all supporting materials to the Clerk of Court for the United States District Court for the Eastern District of Louisiana on this **24th day of April, 2025**, at:

**500 Poydras Street, Room C-151**

**New Orleans, Louisiana 70130**

This delivery was made by hand to ensure lawful record entry and overcome apparent tampering or interference with electronic access.

All counsel of record have been electronically notified via the Court's CM/ECF system.

---

Respectfully submitted this 24th day of April, 2025.

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ**, *Sui Juris*

Pro Se Plaintiff

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

7

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARK ELLIOT ZUCKERBERG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 META WAY MENLO PARK, CALIFORNIA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE METAIRIE, LA 70003-7024

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 02/07/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 11 | *signature* | 2·13·25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): JORDAN L., PHYSICAL SECURITY
Date: 03/04/2025  Time: 11:40  ☒ am  ☐ pm
Signature of U.S. Marshal or Deputy: *JJ #32533*

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

# OF USM: 1
# OF MILES: 36
# OF HOURS: 2

Form USM-2

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See *Instructions for Service of Process by U.S. Marshal*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
META PLATFORMS, INC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 META WAY MENLO PARK, CALIFORNIA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE METAIRIE, LA 70003-7024

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT FOR EACH DEFENDANT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 02/07/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 34
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 2.13.25

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JORDAN L., PHYSICAL SECURITY
Date: 03/06/2025  Time: 11:40  [X] am  [ ] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
JJ #32533

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

# OF DUSM: 1
# OF MILES: 36
# OF HOURS: 2

Form USM-285

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ELON MUSK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 TESLA RD, AUSTIN, TX 78725

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE, METAIRIE, LA, 70003-7024.

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
- PLEASE SERVE DURING BUSINESS HOURS.
- IF SERVICE IS UNSUCCESSFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED.

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 03/10/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk
Date: 3-12-25

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 4/1/25   Time: 8:53   [X] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
USPS CMRR: 9589 0710 5270 2145 6212 46

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELON MUSK
1 TESLA RD.
AUSTIN, TX 78725

9590 9402 8987 4064 2926 03

2. Article Number *(Transfer from service label)*

9589 0710 5270 2145 6212 46

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

9589 0710 5270 2145 6212 46

CERTIFIED MAIL



| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC. | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE KANSAS CITY SOUTHERN RAILWAY COMPANY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
427 WEST 12TH STREET, KANSAS CITY, MO 64105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE AS EFFECTUATED.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

*Hiran Rodriguez*    TELEPHONE NUMBER: (504) 203-8459    DATE: 04/04/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 34 | No 45 | *signature* | 4-7-25 |

I hereby certify and return that ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Noah Garcia - Attorney

Date: 4/9/25    Time: 1:00 ☒ pm

Address (complete only if different than shown above): *[signature]*, Esq.

Signature of U.S. Marshal or Deputy: *[signature]* DUSM

Costs shown on attached USMS Cost Sheet >>

REMARKS:
1 deputy
1.8 miles

RECEIVED
By USMS WMO at 1:30 pm, Apr 07, 2025

w/MO

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-197 A(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Kansas City Southern Railway Company

was received by me on *(date)* 4/7/25

☒ personally served the summons on the individual at *(place)* 427 West 12th St., Kansas City
Noah Garcia - attorney on *(date)* 4/9/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
T-MOBILE USA, INC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE, METAIRIE, LA, 70003-7024

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 27
Check for service on USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: *Hiran Rodriguez*
☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 5042038459
DATE: 03/04/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only for USM 285 if more than one USM 285 is submitted) | 1 | No. 34 | No. 97 | [signature] | 4-7-25 |

I hereby certify and return that I ☐ have personally served ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): ALEX JENKINS ASSOCIATE MTALLS
Date: 4/11/25    Time: 10:12 ☒ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

REMARKS: Served Alex Jenkins at front counter.

Form USM-285
Rev 03/21

6/Cu+

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
VERSHA SHERMA (Editor-in-Chief, Teen Vouge (Condé Nast))
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
80 STATE ST, ALBANY, NEW YORK 12207 10TH FLOOR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE
METAIRIE, LA, 70003-7024

Number of process to be served with this Form 285: **1**
Number of parties to be served in this case: **27**
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

If service is unsuccessful, please attempt at an alternative time or leave notice per Rule 4.
For corporate defendants, serve the registered agent.
Plaintiff requests that a competed Form USM-285 along with a copy of the executed summons and complaint be returned to the Plaintiff as soon as Service is effectuated. 80 State St, Albany, New York, 12207 10th Floor Monday-Friday 8:00AM 3:30PM

Signature of Attorney other Originator requesting service on behalf of:
*Hiran Rodriguez*
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (504) 203-8459
DATE: 04-01-2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 34
District to Serve No.: 52
Signature of Authorized USMS Deputy or Clerk: *Hector Maes*
Date: 04/01/25

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
*Legal Representative of CSC*
Date: 04/16/2025
Time: 10:15 ☒ am ☐ pm
Signature of U.S Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AT&T ENTERPRISES, LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
350 N. St. Paul St., Dallas, TX 75201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE, METAIRIE, LA, 70003-7024

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
IF SERVICE IS UNSUCCESFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
PLAINTIFF REQUESTS THAT COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND
COMPLAINT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED.

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 504-203-8459
DATE: 04/03/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 34 | District to Serve No. 77 | Signature of Authorized USMS Deputy or Clerk | Date: 4-7-25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
George Martinez

Address *(complete only different than shown above)*:
CT Corp
1999 Bryan St, Suite 900
Dallas TX 75201

Date: 4-17-25   Time: 1015  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03 21

NITX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-197 A(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __AT&T Enterprises__
was received by me on *(date)* __4/7/25__ .

☑ I personally served the summons on the individual at *(place)* __CT CORP__
_____ on *(date)* __4/17/25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/17/25__

_____
Server's signature

JOSEPH UGALDE DUSM
Printed name and title

1100 Commerce St Dallas, TX 75242
Server's address

Additional information regarding attempted service, etc: