UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** <br> PLAINTIFF <br><br> V. <br><br> **META PLATFORMS, INC., *ET AL.*** <br> DEFENDANTS | CIVIL ACTION NO. 2:25-cv-00197 <br> SECTION A <br> JUDGE JAY C. ZAINEY <br><br> DIVISION 2 <br> MAGISTRATE JUDGE <br> DONNA PHILLIPS CURRAULT <br><br> JURY TRIAL REQUESTED |

# PLAINTIFF'S FORMAL REPORT OF VIOLATION OF RULE 55(a) BY CLERICAL OFFICERS AND DEMAND FOR ENTRY OF DEFAULT

(Pertaining to Defendants in procedural default as of April 25, 2025)

NOW INTO COURT, comes PLAINTIFF, HIRAN RODRIGUEZ, appearing *sui juris*, and submits this formal report of procedural violation and demand for clerical compliance under Federal Rule of Civil Procedure 55(a), with respect to the following DEFENDANTS:

- MARK ELLIOT ZUCKERBERG
- META PLATFORMS, INC.
- ELON MUSK

These DEFENDANTS have each been lawfully served and are now in material default for failure to plead, answer, or otherwise defend within the time required by law. PLAINTIFF attaches EXHIBIT RECORDS and AFFIDAVIT OF LAWFUL SERVICE herein.

## I. MANDATORY DEFAULT UNDER RULE 55(a)

Pursuant to Rule 55(a), "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend… the clerk must enter the party's default." No discretion is granted under this rule once proper service and procedural lapse are on record.

All three DEFENDANTS have:

2

- Received lawful service through confirmed executed summons;
- Allowed the 21-day statutory deadline to expire;
- Filed no responsive pleading or request for extension.

PLAINTIFF submitted a NOTICE OF DEFAULT under Rule 55(a) on April 23, 2025, via the Court's Electronic Document Submission System (EDSS). The filing included the proper certification, service record, and factual basis under federal law.

## II. CLERICAL MISCONDUCT, OBSTRUCTION, AND EVIDENCE OF TAMPERING

Despite the legal sufficiency of the filing, the Clerk of Court (initialed "JLS") failed to enter default and instead fabricated an excuse, claiming the document was "password protected" and could not be filed. PLAINTIFF affirms and certifies:

- The document was not password protected;
- The EDSS filing was accepted at 8:59 AM CDT;
- The filing was emailed back with full visibility and no restrictions;
- The Clerk docketed only the subsequent summons return (Rec. Doc. 156) while refusing to enter default.

3

This behavior constitutes willful tampering, violation of ministerial duty under Rule 55(a), and actionable procedural sabotage.

The initials "JLS" and "MMM" correspond to JENNIFER S. LIMJUCO and MARY MEDDERS, both staff under JUDGE ZAINEY. These clerical officers have exhibited a pattern of interference, selective docketing, obstruction of filing access, and exposure of PLAINTIFF to risk by triggering EDSS failures on key filings.

## III. STATUS OF SERVICE AND DEFAULT AS OF APRIL 25, 2025

| DEFENDANT | DATE SERVED | ANSWER DUE | STATUS |
| --- | --- | --- | --- |
| MARK ELLIOT ZUCKERBERG | March 6, 2025 | March 27, 2025 | DEFAULTED |
| META PLATFORMS, INC. | March 6, 2025 | April 1, 2025 | DEFAULTED |
| ELON MUSK | April 1, 2025 | April 22, 2025 | DEFAULTED |

No answer, motion, appearance, or extension request has been entered by any of the above DEFENDANTS.

4

# IV. DEMAND FOR INVESTIGATION AND IMMEDIATE CLERICAL ACTION

PLAINTIFF hereby demands:

1. Immediate entry of DEFAULT under Rule 55(a) as to all three DEFENDANTS listed above;
2. Formal investigation into clerical manipulation, delayed filing, and tampering with Plaintiff's April 23 EDSS submissions;
3. Public explanation for the false claim of password protection;
4. Removal of internal procedural obstructions and full restoration of EDSS access without sabotage;
5. Judicial oversight to prevent further misconduct under color of administration.

Executed and affirmed under the laws of the United States and the Constitution of Louisiana.

Respectfully submitted, this 25th day of April, 2025.

*Hiran Rodriguez*

/s/ HIRAN RODRIGUEZ

**HIRAN RODRIGUEZ**, *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, April 25, 2025 7:13 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | PLAINTIFF'S FORMAL REPORT OF VIOLATION OF RULE 55(a)%0ABY CLERICAL OFFICERS AND DEMAND FOR ENTRY OF%0ADEFAULT.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, April 25, 2025 - 07:13.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 504-203-8459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** PLAINTIFF'S FORMAL REPORT OF VIOLATION OF RULE 55(a) BY CLERICAL OFFICERS AND DEMAND FOR ENTRY OF DEFAULT

1