## **CERTIFICATE OF SERVICE**

I hereby certify that on this **25th day of April, 2025**, I electronically submitted the foregoing **PLAINTIFF'S FORMAL REPORT OF VIOLATION OF RULE 55(a) BY CLERICAL OFFICERS AND DEMAND FOR ENTRY OF DEFAULT** to the Clerk of Court using the Electronic Document Submission System (EDSS) for the United States District Court, Eastern District of Louisiana. Pursuant to standard procedure, the filing will be processed and entered on the CM/ECF docket, which will automatically generate electronic notice to all registered counsel of record.

In addition, a true and correct copy was served via electronic mail on the following attorneys of record:

- barcuri@fralawfirm.com

- lcarlisle@bakerdonelson.com

- scefolia@bakerdonelson.com

- colin.cisco@jeffparish.net

- hailey.cummiskey@arlaw.com

- philip.giorlando@bswllp.com

- katherine@snw.law

- ekesler@bakerdonelson.com

- ckrake@courington-law.com

- I eve.masinter@bswllp.com

- vmatherne@courington-law.com

- lmince@fishmanhaygood.com

- suzy@snw.law

- jnieset@phjlaw.com

- lrodrigue@fralawfirm.com

- lindsaysamuel@dwt.com

- lrichard@irwinllc.com

- scott@snw.law

- qurquhart@irwinllc.com

- roland.vandenweghe@arlaw.com

-

/s/ HIRAN RODRIGUEZ

*Hiran Rodriguez*

HIRAN RODRIGUEZ, *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Ave, Metairie, LA 70003-7024

hiranrodriguez@outlook.com

(504) 203-8459

**eFile-ProSe**

---

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Friday, April 25, 2025 7:33 AM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** CERTIFICATE OF SERVICE.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, April 25, 2025 - 07:32.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc.. et al

**Submitted Document Description:** Certificate of Service