

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA PHILLIPS CURRAULT |
| | |
| | JURY TRIAL REQUESTED |

## NOTICE TO THE COURT OF UNAUTHORIZED ALTERATION OF FILED EXHIBITS AND DEMAND FOR CORRECTIVE PROCESSING UNDER FRE 902(11), FRE 1006, RULE 26(a)(1)(A), AND FED. R. CIV. P. 59/60

TO THE HONORABLE COURT:

Plaintiff **Hiran Rodriguez** hereby gives formal notice that his filing titled **Plaintiff's Response in Opposition to Defendant Kansas City Southern Railway Company's Motion to Dismiss (Rec. Doc. 80)**, filed on **March 15, 2025**, included **critical digital exhibits** submitted in **full color**, which now appear in the public docket in **grayscale or altered format** without Plaintiff's consent or authorization.

These exhibits include:

- Forensic digital screenshots,
- Suspect surveillance imagery,
- Metadata and timestamp evidence,
- Communications and device-captured visual evidence.

These exhibits were submitted in color to ensure **accuracy and integrity** of the evidence in accordance with **Federal Rules of Evidence 1006** (summaries of voluminous evidence) and **902(11)** (certified records of regularly conducted activity), as well as **Rule 26(a)(1)(A)** (required disclosures). The alteration or downgrading of these materials severely undermines their **probative value** and **admissibility**.

Plaintiff **demands immediate corrective processing** and **restoration** of the affected exhibits to their original color format, or in the alternative, requests leave to re-submit the exhibits in their correct form as part of a **forensic evidentiary bundle** under Rule 1006, with appropriate **authentication under Rule 902(11)**.

**DEMAND FOR CORRECTIVE ACTION UNDER RULES 59/60**

Pursuant to **Fed. R. Civ. P. 59(e)**, Plaintiff **requests** that the Court **modify or correct the docketed exhibits** to reflect their original, accurate, color format in order to preserve the **integrity of the record** and uphold the Plaintiff's **constitutional rights** to due process.

Alternatively, under **Fed. R. Civ. P. 60(a)**, Plaintiff **moves for relief from clerical mistakes or errors** in the Court's processing of the exhibits that have resulted in substantial harm to the Plaintiff's case, including the alteration of critical evidentiary submissions.

Plaintiff places the Court and Clerk on formal notice that any failure to restore the integrity of these critical exhibits will result in:

- A **motion for sanctions** or reprocessing,

- A **formal appeal**, based on due process violations,

- **Supplemental filings preserving constitutional objections** for appellate review.

Plaintiff further asserts that any continued alteration of the exhibits in the record may invoke **First Amendment protections** and the **constitutional right to a fair trial** under **the Due Process Clause** of the Fifth and Fourteenth Amendments.

Respectfully submitted,

*Hiran Rodriguez*

/s/ HIRAN RODRIGUEZ

**HIRAN RODRIGUEZ**

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003-7024

hiranrodriguez@outlook.com

(504) 203-8459

**Dated:** April 25, 2025

4

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **25th day of April, 2025**, I electronically filed the foregoing **NOTICE TO THE COURT OF UNAUTHORIZED ALTERATION OF FILED EXHIBITS AND DEMAND FOR CORRECTIVE PROCESSING UNDER FRE 902(11), FRE 1006, RULE 26(a)(1)(A), AND FED. R. CIV. P. 59/60** with the Clerk of Court using the **Electronic Document Submission System (EDSS)** for the United States District Court, Eastern District of Louisiana. The filing was automatically sent to all registered counsel of record through the Court's CM/ECF system.

In addition, a true and correct copy was served via electronic mail on the following attorneys of record:

- barcuri@fralawfirm.com
- lcarlisle@bakerdonelson.com
- scefolia@bakerdonelson.com
- colin.cisco@jeffparish.net
- hailey.cummiskey@arlaw.com
- philip.giorlando@bswllp.com
- katherine@snw.law
- ekesler@bakerdonelson.com
- ckrake@courington-law.com

- eve.masinter@bswllp.com
- vmatherne@courington-law.com
- lmince@fishmanhaygood.com
- suzy@snw.law
- jnieset@phjlaw.com
- lrodrigue@fralawfirm.com
- lindsaysamuel@dwt.com
- lrichard@irwinllc.com
- scott@snw.law
- qurquhart@irwinllc.com
- roland.vandenweghe@arlaw.com

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ,** *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Ave

Metairie, LA 70003-7024

hiranrodriguez@outlook.com

(504) 203-8459

**Dated:** April 25, 2025

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, April 25, 2025 5:00 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Notice to the Court .pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, April 25, 2025 - 16:59.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE TO THE COURT OF UNAUTHORIZED ALTERATION OF FILED EXHIBITS AND DEMAND FOR CORRECTIVE PROCESSING UNDER FRE 902(11), FRE 100

1