## NOTICE OF SUBMISSION

NOW INTO COURT, comes Plaintiff, HIRAN RODRIGUEZ, appearing *sui juris* and *pro se* and respectfully gives notice that the foregoing Motion to Vacate Report and Recommendation (Rec. Doc. 137) shall be submitted to the duly assigned Article III judge or any reassigned judicial officer, consistent with Plaintiff's jurisdictional objections and previously filed Motion to Recuse Judge Jay C. Zainey under 28 U.S.C. § 455(a) and (b) (Rec. Doc. 91), which was denied by Judge Zainey in Rec. Doc. 100 but remains constitutionally contested under 28 U.S.C. § 144.

Respectfully submitted, this 19th day of April, 2025.

*Hiran Rodriguez*

/s/ HIRAN RODRIGUEZ

HIRAN RODRIGUEZ, *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue, Metairie, Louisiana, 70003

hiranrodriguez@outlook.com

(504) 203-8459