## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**Case No. 2:25-cv-00197-JCZ-DPC**

**HIRAN RODRIGUEZ, Affiant, appearing under ecclesiastical authority**

**v.**

**META PLATFORMS, INC., APPLE INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, JEFFERSON PARISH, et al.**

# NOTICED AFFIDAVIT OF MATERIAL FACT REGARDING JURISDICTIONAL STATUS OF RAILROAD FACILITIES IN JEFFERSON PARISH, LA

## I. INTRODUCTION

I, HIRAN RODRIGUEZ, a living man domiciled in Metairie, Louisiana, declare by firsthand knowledge and public record that the facilities listed in Exhibit A operate under unverified jurisdictional authority within the physical bounds of Jefferson Parish, Louisiana.

## II. JURISDICTION

Jurisdiction is challenged on the basis that Kansas City Southern Railway Company and Jefferson Parish have not demonstrated territorial, legislative, or constitutional authority over the rail infrastructure listed herein.

## III. EXHIBIT A - Railroad Facilities in Jefferson Parish

Affiant hereby includes, incorporates, and references as Exhibit A a document titled 'Railroad Facilities in Jefferson Parish.xlsx'.

## IV. FACTS AND CONCLUSIONS OF LAW

No defendant has produced lawful right to operate public rail infrastructure within Jefferson Parish. Operations on public land without constitutional franchise are unlawful.

## V. CONSTITUTIONAL AUTHORITIES

- First Amendment

- Ninth Amendment

- Tenth Amendment

## VI. STATUTES AT LARGE

- 14 Stat. 27

- 42 Stat. 79

- 49 Stat. 620

## VII. JUDICIAL NOTICE REQUEST

This Court is hereby served under FRE 201 for recognition of material facts not subject to reasonable dispute.

## VIII. CERTIFICATION / VERIFICATION

I, HIRAN RODRIGUEZ, hereby affirm under penalty of perjury that all facts stated herein are true.

SO HELP ME GOD ON THIS DAY, April 28, 2025, AS IS HEREBY SO ATTESTED!

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOTICE OF FILING AFFIDAVIT

PLEASE TAKE NOTICE that the undersigned Affiant, HIRAN RODRIGUEZ, hereby files and enters into the record the following document:

- Noticed Affidavit of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, LA

This affidavit is submitted as evidence pursuant to FRE 201 and incorporates by reference Exhibit A and Exhibit B.

Filed on this April 28, 2025.

Respectfully submitted,

**HIRAN RODRIGUEZ**

820 Grove Ave

Metairie, LA 70003-7024

hiranrodriguez@outlook.com

504-203-8459

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF SERVICE

I, **HIRAN RODRIGUEZ,** hereby certify under penalty of perjury that on this 28th day of April, 2025, I electronically submitted the foregoing **Noticed Affidavit of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, LA,** together with **Exhibit A and Exhibit B**, to the Clerk of Court using the Electronic Document Submission System (EDSS) for the United States District Court, Eastern District of Louisiana.

Pursuant to standard procedure, the filing will be processed and entered on the CM/ECF docket, which will automatically generate electronic notice to all registered counsel of record. In addition, a true and correct copy was served via electronic mail on the following attorneys of record:

- barcuri@fralawfirm.com
- lcarlisle@bakerdonelson.com
- scefolia@bakerdonelson.com
- colin.cisco@jeffparish.net
- hailey.cummiskey@arlaw.com
- philip.giorlando@bswllp.com
- katherine@snw.law
- ekesler@bakerdonelson.com
- ckrake@courington-law.com
- eve.masinter@bswllp.com
- vmatherne@courington-law.com
- lmince@fishmanhaygood.com
- suzy@snw.law
- jnieset@phjlaw.com
- lrodrigue@fralawfirm.com

- lindsaysamuel@dwt.com
- lrichard@irwinllc.com
- scott@snw.law
- qurquhart@irwinllc.com
- roland.vandenweghe@arlaw.com

Respectfully submitted, this 28th day of April, 2025.

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ,** *SUI JURIS*

*PRO SE PLAINTIFF*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**EXHIBIT A**

Document titled 'Railroad Facilities in Jefferson Parish.xlsx' is hereby incorporated as Exhibit

A.

| AI | Name | Address | Address |
|---|---|---|---|
| 8896 | Union Pacific Railroad Avondale | 5245 River Rd<br>Avondale, LA 70094 | 1416 Dodge St Ste 1026<br>Omaha, NE 68179 |
| 19130 | Union Pacific Railroad - Avondale Yard | 5245 River Rd<br>Avondale, LA 70094 | 6800 Kirkpatrick Blvd<br>Houston, TX 77028 |
| 2568 | Illinois Central Railroad Co - Mays Yard | 2351 Hickory Ave<br>Harahan, LA 70123 | PO Box 2600<br>Jackson, MS 39207-2600 |
| 42654 | New Orleans Public Belt Railroad | 900 Central Ave<br>Metairie, LA 70121 | 4822 Tchoupitoulas St<br>New Orleans, LA 70115 |
| 179712 | Celanese Ltd | 2351 Hickory Ave<br>(a portion of)<br>Harahan, LA 70123 | 1601 W Lyndon B Johnson Fwy<br>Dallas, TX 75234 |
| 236171 | New Orleans Public Belt Rail Road - Huey P Long Bridge | 940 Central Ave<br>Metairie, LA 70001 | 4822 Tchoupitoulas St<br>New Orleans, LA 70115 |
| 155341 | Union Pacific Railroad | 100 Avondale Garden Rd<br>(a portion of)<br>Westwego, LA 70094 | LA |
| 32183 | Public Belt Railroad | 3000 Airline Hwy<br>(a portion of)<br>Metairie, LA 70055 | 3000 Airline Hwy<br>Metairie, LA 70055 |
| 42653 | No Public Belt Rr | 5100 Jefferson Hwy<br>Harahan, LA 70123 | 5100 Jefferson Hwy<br>Harahan, LA 70123 |
| 42022 | 📍 Kansas City Southern Railway Co | 2000 L And A Rd Metairie, LA 70005 | 2000 L And A Rd Metairie, LA 70005 |
| 2476 | 📍 Kansas City Southern Railway Co - New Orleans | 220 Airline Dr Metairie, LA 70001-6292 | 427 W 12th St Kansas City, MO 64105 |
| 42659 | 📍 Norfolk Southern Railway Co | Statewide Statewide, LA 70000 | 110 Franklin Rd SE Roanoke, VA 24042-0013 |
| 162024 | 📍 The Kansas City Southern Railway Co - Reserve Yard | 317 Rosenwald St Reserve, LA 70084 | PO Box 219335 Kansas City, MO 64121-9335 |
| 204989 | CN Railroad - Incident Site | (portion of)<br>Harahan, LA 70123 | 2467 N Riverside Dr<br>Baton Rouge, LA 70802 |
| 127565 | Johns Manville Yard - Railroad Tracks Project | 6025 River Rd<br>(a portion of)<br>Marrero, LA 70072 | LA |
| 244041 | Canadian National RR - CN May's Yard | 6901 Stable Dr<br>(a portion of)<br>Metairie, LA 70003 | 6901 Stable Dr<br>Metairie, LA 70003 |
| 172333 | Union Pacific Railroad - Bridge Parts Replacement Project | Mi Post 9.9 in<br>Avondale, LA 70000 | LA |
| 167921 | Union Pacific Railroad - Cytec Industries - Incident Site | 10800 River Rd<br>Avondale, LA 70094 | LA |
| 227413 | New Orleans Public Belt Railroad Commision for the Port of New Orleans - 9-mile Point Property | 2315 River Rd<br>Westwego, LA 70094 | 4822 Tchoupitoulas St<br>New Orleans, LA 70115 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## EXHIBIT B

This document is submitted and incorporated as Exhibit B to the Noticed Affidavit of Material Fact filed in Case No. 2:25-cv-00197-JCZ-DPC.

The attached materials consist of certified responses and records from the Surface Transportation Board (STB), produced under FOIA reference number STB-2025-FOIA-00039.

These records confirm that:
- May's Yard (2351 Hickory Ave, Harahan, LA) is operated by the New Orleans Public Belt Railroad Corporation (NOPB);
- NOPB leases the yard from Illinois Central Railroad (a subsidiary of Canadian National Railway Company – CN);
- The Kansas City Southern Railway Company  and Union Pacific Railroad hold trackage rights only, without leasehold or ownership authority;
- The jurisdictional structure is governed under STB Docket FD 36362.

These facts are material to the jurisdictional challenge, agency identification, and evidentiary chain involving rail operations in Jefferson Parish, Louisiana.

Photos identified in Rec. Doc. 80 visually document an operator suspected of operating CN-marked equipment within May's Yard. The individual(s) photographed may be employees or subcontractors of Canadian National (IC), NOPB, or an affiliated carrier.

Further identification is demanded via subpoena, deposition, or agency disclosure in alignment with the presented federal records.

50038                          SERVICE DATE – DECEMBER 13, 2019

DO

FR-4915-01-P

SURFACE TRANSPORTATION BOARD

[Docket No. FD 36362]

New Orleans Public Belt Railroad Corporation—Lease and Operation Exemption—Line of Illinois Central Railroad Company

New Orleans Public Belt Railroad Corporation (NOPB Corp.), a Class III railroad,[1] has filed a verified notice of exemption under 49 C.F.R. § 1150.41 to lease from Illinois Central Railroad Company (IC) and operate a line of railroad extending (1) between approximately IC milepost 906.1 at Central Avenue near East Bridge Junction in Shrewsbury, La., and the end of the track at approximately IC milepost 908.8 in Jefferson Parish, La., and (2) between approximately IC milepost 921.8 at Iris Avenue (approximately IC milepost 908.5 on the first segment) and approximately IC milepost 921.14 at Dakin Street near Lampert Junction in Jefferson Parish (the Line), a total distance of approximately 3.36 miles.  Between East Bridge Junction and Iris Avenue the Line consists of parallel tracks known as the Main Track and the A2 Track.

The verified notice states that NOPB Corp. and IC will shortly execute a Track Lease Agreement providing for NOPB Corp.'s lease and operation of the Line and that

---

[1]  The verified notice states that NOPB Corp., a wholly owned subsidiary of the Board of Commissioners of the Port of New Orleans, is a switching and terminal railroad that provides services to local shippers and six Class I railroads in the New Orleans area. NOPB Corp. began operations in 2018 upon acquiring the railroad operating assets of the Public Belt Railroad Commission of the City of New Orleans.  See New Orleans Pub. Belt R.R.—Acquis. & Operation Exemption—Pub. Belt R.R. Comm'n, FD 36149 (STB served Dec. 27, 2017).

NOPB Corp.'s operations will include providing local service and conducting maintenance on the Line.[2]  According to NOPB Corp., existing trackage rights operations of Union Pacific Railroad Company and The Kansas City Southern Railway Company and operations of the National Railroad Passenger Corporation (Amtrak) on the Line will not be affected by the proposed transaction.  IC will continue to perform dispatching on the Line and will retain rights to operate its own trains.

NOPB Corp. certifies that the proposed transaction does not involve any provision or agreement that would limit future interchange with a third-party connecting carrier.

NOPB Corp. further certifies that its projected annual revenues as a result of the proposed transaction will not result in the creation of a Class II or Class I rail carrier. Pursuant to 49 C.F.R. § 1150.42(e), which applies "[i]f the projected annual revenue of the rail lines to be acquired or operated, together with the acquiring carrier's projected annual revenue, exceeds $5 million," on October 31, 2019, NOPB Corp. posted the 60-day notice of the transaction required by § 1150.42(e) at the workplaces of current IC employees on the Line, served the notice on the national offices of the labor unions for those employees, and certified both actions to the Board.

The earliest this transaction may be consummated is December 30, 2019 (60 days after the certification under 49 C.F.R. § 1150.42(e) was filed).

If the verified notice contains false or misleading information, the exemption is void ab initio.  Petitions to revoke the exemption under 49 U.S.C. § 10502(d) may be filed at any time.  The filing of a petition to revoke will not automatically stay the

---

[2] NOPB Corp. currently conducts overhead operations on a portion of the Line pursuant to trackage rights previously granted by IC.  See New Orleans Pub. Belt R.R.— Trackage Rights Exemption—Ill. Cent. R.R., FD 33182 (STB served Oct. 30, 1996).

effectiveness of the exemption.  Petitions for stay must be filed no later than

December 23, 2019 (at least seven days before the exemption becomes effective).

All pleadings, referring to Docket No. FD 36362, must be filed with the Surface

Transportation Board either via e-filing or in writing addressed to 395 E Street, S.W.,

Washington, DC  20423-0001.  In addition, a copy of each pleading must be served on

NOPB Corp.'s representative, Thomas J. Litwiler, Fletcher & Sippel LLC, 29 North

Wacker Drive, Suite 800, Chicago, IL  60606.

According to NOPB Corp., this action is categorically excluded from

environmental review under 49 C.F.R. § 1105.7(e) and from historic preservation

reporting requirements under 49 C.F.R. § 1105.8(b).

Board decisions and notices are available at www.stb.gov.

Decided:  December 9, 2019.

By the Board, Allison C. Davis, Director, Office of Proceedings.

# FLETCHER & SIPPEL LLC
ATTORNEYS AT LAW

29 North Wacker Drive
Suite 800
Chicago, Illinois 60606-3208

Phone: (312) 252-1500
Fax: (312) 252-2400
www.fletcher-sippel.com

THOMAS J. LITWILER
(312) 252-1508
tlitwiler@fletcher-sippel.com

October 31, 2019

248752

ENTERED
Office of Proceedings
October 31, 2019
Part of
Public Record

**VIA ELECTRONIC FILING**

Ms. Cynthia T. Brown
Chief, Section of Administration
Office of Proceedings
Surface Transportation Board
395 E Street, S.W., Room 1034
Washington, DC  20423-0001

Re:  **Docket No. FD 36362**
**New Orleans Public Belt Railroad Corporation – Lease**
**Exemption – Line of Illinois Central Railroad Company**

Dear Ms. Brown:

Pursuant to 49 C.F.R. § 1150.42(e), New Orleans Public Belt Railroad Corporation ("NOPB") hereby certifies that on October 31, 2019 the attached Notice was posted at the following workplaces of employees of Illinois Central Railroad Company ("IC"):

Mays Yard
2351 Hickory Avenue
Harahan, LA  70123

8022 Ashland Road
Geismar, LA  70734

410 North Cate Street
Hammond, LA  70401

2400 North Riverside
Baton Rouge, LA  70802

NOPB also certifies that on October 31, 2019, the attached Notice was served by first class mail, postage prepaid, on the national offices of the labor unions representing IC employees on the subject rail line, at the following addresses:

Mr. Dennis R. Pierce
National President
Brotherhood of Locomotive Engineers and Trainmen, IBT
7061 East Pleasant Valley Road
Independence, OH  44131

# FLETCHER & SIPPEL LLC

Ms. Cynthia T. Brown
October 31, 2019
Page 2

Mr. John Previsich
President, Transportation Division
International Association of Sheet Metal, Air, Rail &
    Transportation Workers
24950 Country Club Road, Suite 340
North Olmsted, OH  44070-5333

Mr. Freddie N. Simpson
President
Brotherhood of Maintenance of Way Employes Division, IBT
41475 Gardenbrook Road
Novi, MI  48375-1328

Mr. Floyd E. Mason
President
Brotherhood of Railroad Signalmen
917 Shenandoah Shores Road
Front Royal, VA  22630

Mr. Richard A. Johnson
General President, Carmen Division
Transportation•Communications Union/IAM
3 Research Place
Rockville, MD  20850

    If you have any questions regarding this filing, please feel free to contact me. Thank you for your assistance on this matter.

Respectfully submitted,

Thomas J. Litwiler
Attorney for New Orleans Public Belt
Railroad Corporation

TJL:tl

Attachment

**NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION**
**4822 Tchoupitoulas Street**
**New Orleans, LA  70115**

# NOTICE

Pursuant to regulations of the Surface Transportation Board ("STB") at 49 C.F.R. § 1150.42(e), New Orleans Public Belt Railroad Corporation ("NOPB"), a Class III rail carrier, hereby gives notice to employees of Illinois Central Railroad Company ("IC") that on or about December 31, 2019, NOPB intends to lease and thereafter operate IC's line of railroad extending from approximately IC milepost 906.1 at Central Avenue near East Bridge Jct. in Shrewsbury, Louisiana to the end-of-track at approximately IC milepost 908.8 in Jefferson Parish, Louisiana, and from approximately IC milepost 921.8 at Iris Avenue (approximately IC milepost 908.5 on the first segment) to approximately IC milepost 921.14 at Dakin Street near Lampert Jct. in Jefferson Parish, a total distance of approximately 3.36 miles.  Between East Bridge Jct. and Iris Avenue the IC line consists of parallel tracks known as the Main Track and the A2 Track.

Existing Amtrak operations and trackage rights operations of Union Pacific Railroad Company and The Kansas City Southern Railway Company will not be affected by the proposed transaction.

A notice of exemption to authorize the proposed transaction will be filed with the STB on or shortly before November 27, 2019 in Docket No. FD 36362.

NOPB does not expect to hire any additional employees as a result of the proposed transaction.  IC employees desiring further information regarding the transaction may contact NOPB's Manager – Human Relations at (504) 896-7416.

10/31/19

# FLETCHER & SIPPEL LLC

ATTORNEYS AT LAW

29 North Wacker Drive
Suite 800
Chicago, Illinois 60606-3208

Phone: (312) 252-1500
Fax: (312) 252-2400
www.fletcher-sippel.com

THOMAS J. LITWILER
(312) 252-1508
tlitwiler@fletcher-sippel.com

November 27, 2019

300076

ENTERED
Office of Proceedings
November 29, 2019
Part of
Public Record

**VIA ELECTRONIC FILING**

Ms. Cynthia T. Brown
Chief, Section of Administration
Office of Proceedings
Surface Transportation Board
395 E Street, S.W., Room 1034
Washington, DC  20423-0001

Re:     **Docket No. FD 36362**
**New Orleans Public Belt Railroad Corporation -- Lease**
**Exemption -- Line of Illinois Central Railroad Company**

Dear Ms. Brown:

Attached for filing in the above-captioned proceeding is the **Verified Notice of Exemption of New Orleans Public Belt Railroad Corporation Pursuant to 49 C.F.R. § 1150.42**, dated November 27, 2019.  The sum of $2,100, representing the appropriate fee for this filing, has been tendered electronically via Pay.gov.

If you have any questions regarding this filing, please feel free to contact me. Thank you for your assistance on this matter.

Respectfully submitted,

FEE RECEIVED
November 29, 2019
SURFACE
TRANSPORTATION BOARD

Thomas J. Litwiler
Attorney for New Orleans Public Belt
Railroad Corporation

TJL:tl

Attachment

FILED
November 29, 2019
SURFACE
TRANSPORTATION BOARD

BEFORE THE
SURFACE TRANSPORTATION BOARD

———————————————

DOCKET NO. FD 36362

NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION
-- LEASE EXEMPTION --
LINE OF ILLINOIS CENTRAL RAILROAD COMPANY

———————————————

**VERIFIED NOTICE OF EXEMPTION**
**OF**
**NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION**
**PURSUANT TO 49 C.F.R. § 1150.42**

Thomas J. Litwiler
  Fletcher & Sippel LLC
  29 North Wacker Drive
  Suite 800
  Chicago, Illinois  60606-3208
  (312) 252-1500

**ATTORNEY FOR NEW ORLEANS PUBLIC**
**BELT RAILROAD CORPORATION**

Dated:  November 27, 2019

BEFORE THE
SURFACE TRANSPORTATION BOARD

———————————

DOCKET NO. FD 36362

NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION
-- LEASE EXEMPTION --
LINE OF ILLINOIS CENTRAL RAILROAD COMPANY

———————————

**VERIFIED NOTICE OF EXEMPTION
OF
NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION
PURSUANT TO 49 C.F.R. § 1150.41**

Pursuant to 49 C.F.R. § 1150.41, et seq., New Orleans Public Belt Railroad

Corporation ("NOPB"), a Class III rail carrier, hereby files this Verified Notice of Exemption to

lease an approximately 3.36-mile line of railroad of Illinois Central Railroad Company ("IC")

near New Orleans, Louisiana (the "Subject Line").  Based on projected revenues for the Subject

Line, NOPB will remain a Class III rail carrier after consummation of the transaction proposed

herein.

In accordance with the requirements of 49 C.F.R. § 1150.43, NOPB submits the

following information:

**Name and Address of Applicant:  49 C.F.R. § 1150.43(a)**

The full name and address of the rail carrier applicant herein is as follows:

New Orleans Public Belt Railroad Corporation
4822 Tchoupitoulas Street
New Orleans, Louisiana  70115
(504) 896-7410

**Applicant's Representative:  49 C.F.R. § 1150.43(b)**

   NOPB's representative to whom correspondence regarding this transaction should be sent is as follows:

> Thomas J. Litwiler
> Fletcher & Sippel LLC
> 29 North Wacker Drive
> Suite 800
> Chicago, Illinois  60606-3208
> (312) 252-1508

**Statement Concerning Agreement:  49 C.F.R. § 1150.43(c)**

   NOPB and IC will shortly execute a Track Lease Agreement providing for NOPB's lease and operation of the Subject Line.

**Operation of the Property:  49 C.F.R. § 1150.43(d)**

   NOPB will operate the Subject Line being leased from IC in this proceeding, including providing local service and conducting maintenance on the line.[1]  Existing trackage rights operations of Union Pacific Railroad Company and The Kansas City Southern Railway Company on the Subject Line, as well as operations of the National Railroad Passenger Corporation (Amtrak) on the line, will not be affected by the proposed transaction.  IC will continue to perform dispatching on the Subject Line and will retain rights to operate its own trains.

---

[1] NOPB currently conducts overhead operations on a portion of the Subject Line pursuant to trackage rights previously granted by IC.  *See New Orleans Public Belt Railroad – Trackage Rights Exemption – Illinois Central Railroad Company*, Docket No. FD 33182 (STB served Oct. 30, 1996).

**Summary of the Transaction:  49 C.F.R. § 1150.43(e)**

NOPB is a Class III switching and terminal railroad that provides terminal, interline and intermediate switching services to local shippers and six Class I railroads in the New Orleans area.  NOPB began operations in 2018 upon acquisition of all of the railroad operating assets of the Public Belt Railroad Commission of the City of New Orleans.  *See New Orleans Public Belt Railroad Corporation -- Acquisition and Operation Exemption -- Public Belt Railroad Commission of the City of New Orleans*, Docket No. FD 36149 (STB served Dec. 27, 2017). NOPB is a wholly-owned subsidiary of the Board of Commissioners of the Port of New Orleans.

IC is a Class I common carrier by rail which owns and operates rail lines extending generally between Chicago and New Orleans in the states of Illinois, Kentucky, Tennessee, Mississippi, Louisiana and Alabama.  IC is an indirect subsidiary of Canadian National Railway Company.  *See Canadian National Ry. Co. -- Control -- Illinois Central Corp.*, 4 S.T.B. 122 (1999).

Pursuant to the Track Lease Agreement to be executed by the parties, NOPB will lease and operate IC's rail line extending from approximately IC milepost 906.1 at Central Avenue near East Bridge Jct. in Shrewsbury, Louisiana to the end-of-track at approximately IC milepost 908.8 in Jefferson Parish, Louisiana, and from approximately IC milepost 921.8 at Iris Avenue (approximately IC milepost 908.5 on the first segment) to approximately IC milepost 921.14 at Dakin Street near Lampert Jct. in Jefferson Parish, a total distance of approximately 3.36 miles.  Between East Bridge Jct. and Iris Avenue the Subject Line consists of parallel tracks known as the Main Track and the A2 Track. NOPB's existing lines connect with the Subject Line at East Bridge Jct., Iris Avenue and Lampert Jct.

The complete name and address of the entity leasing the Subject Line to NOPB is as follows:

> Illinois Central Railroad Company
> 17641 South Ashland Avenue
> Homewood, Illinois  60430

NOPB intends to consummate its lease of the Subject Line from IC on or shortly after December 31, 2019.

**Map:  49 C.F.R. § 1150.43(f)**

A map showing the Subject Line and the surrounding area is attached as Exhibit A to this Notice.

**Certificate of Compliance:  49 C.F.R. § 1150.43(g)**

A Certificate of Compliance with the provisions of 49 C.F.R. § 1150.43(g) is attached as Exhibit B to this Notice.[2]

**Interchange Commitments:  49 C.F.R. § 1150.43(h)**

NOPB's proposed lease of the Subject Line does not involve any provision or agreement that would limit future interchange with a third-party connecting carrier.

**Advance Notice:  49 C.F.R. § 1150.42(e)**

On October 31, 2019, NOPB posted the 60-day notice of this transaction required by 49 C.F.R. § 1150.42(e) at the workplaces of current IC employees on the Subject Line, served the notice on the national offices of the labor unions for those employees, and certified both

---

[2]    As a switching and terminal railroad, NOPB is presumptively designated a Class III carrier pursuant to 49 C.F.R. § 1201(1-1)(d).  NOPB nonetheless certifies that its projected annual rail revenues do not exceed the Class II/Class III revenue threshold.

actions to the Board.  A copy of the 60-day notice and certification as filed with the Board is attached as Exhibit C to this Notice.

**Environmental and Historic Preservation Data:  49 C.F.R. § 1105**

Under 49 C.F.R. § 1105.6(c)(2), NOPB's proposed lease and operation of the Subject Line is exempt from environmental reporting requirements.  The proposed transaction will not result in significant changes in carrier operations, <u>i.e.</u>, changes that exceed the thresholds established in 49 C.F.R. § 1105.7(e)(4) or (5).

Under 49 C.F.R. § 1105.8(b)(1), NOPB's lease of the Subject Line also is exempt from historic preservation reporting requirements.  The proposed transaction is for the purpose of continued rail operations.  Further Surface Transportation Board approval is required to abandon or discontinue any service and there are no plans to dispose of or alter properties subject to Board jurisdiction that are fifty years old or older.

**Caption Summary:  49 C.F.R. § 1150.44**

A caption summary in appropriate form is attached as Exhibit D to this Notice.

Respectfully submitted,

By:_____
     Thomas J. Litwiler
     Fletcher & Sippel LLC
     29 North Wacker Drive
     Suite 800
     Chicago, Illinois  60606-3208
     (312) 252-1500

**ATTORNEY FOR NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION**

Dated:  November 27, 2019

**EXHIBIT A**



Exhibit A

## **CERTIFICATION**

State of Louisiana )
                  ) ss:
Parish of Orleans )

Michael D. Stolzman, being duly sworn, hereby certifies that the projected annual rail revenues of New Orleans Public Belt Railroad Corporation as a result of the transaction proposed herein would not result in the creation of a Class II or a Class I rail carrier under the provisions of 49 C.F.R. § 1201 (1-1).

Michael D. Stolzman
General Manager

SUBSCRIBED AND SWORN TO
before me this 27 day
of November, 2019.

Notary Public

My Commission expires:

Gina M. Palermo, Esq.
Notary Public
State of Louisiana
La. Bar Roll No. 33307
La. Notary No. 92682
My Commission is for Life

**EXHIBIT C**

# FLETCHER & SIPPEL LLC
ATTORNEYS AT LAW

29 North Wacker Drive
Suite 800
Chicago, Illinois 60606-3208

Phone: (312) 252-1500
Fax: (312) 252-2400
www.fletcher-sippel.com

THOMAS J. LITWILER
(312) 252-1508
tlitwiler@fletcher-sippel.com

October 31, 2019

**VIA ELECTRONIC FILING**

Ms. Cynthia T. Brown
Chief, Section of Administration
Office of Proceedings
Surface Transportation Board
395 E Street, S.W., Room 1034
Washington, DC 20423-0001

> Re:   **Docket No. FD 36362**
> **New Orleans Public Belt Railroad Corporation – Lease**
> **Exemption – Line of Illinois Central Railroad Company**

Dear Ms. Brown:

Pursuant to 49 C.F.R. § 1150.42(e), New Orleans Public Belt Railroad Corporation ("NOPB") hereby certifies that on October 31, 2019 the attached Notice was posted at the following workplaces of employees of Illinois Central Railroad Company ("IC"):

> Mays Yard
> 2351 Hickory Avenue
> Harahan, LA 70123
>
> 8022 Ashland Road
> Geismar, LA 70734
>
> 410 North Cate Street
> Hammond, LA 70401
>
> 2400 North Riverside
> Baton Rouge, LA 70802

NOPB also certifies that on October 31, 2019, the attached Notice was served by first class mail, postage prepaid, on the national offices of the labor unions representing IC employees on the subject rail line, at the following addresses:

> Mr. Dennis R. Pierce
> National President
> Brotherhood of Locomotive Engineers and Trainmen, IBT
> 7061 East Pleasant Valley Road
> Independence, OH 44131

# FLETCHER & SIPPEL LLC

Ms. Cynthia T. Brown
October 31, 2019
Page 2

Mr. John Previsich
President, Transportation Division
International Association of Sheet Metal, Air, Rail &
    Transportation Workers
24950 Country Club Road, Suite 340
North Olmsted, OH  44070-5333

Mr. Freddie N. Simpson
President
Brotherhood of Maintenance of Way Employes Division, IBT
41475 Gardenbrook Road
Novi, MI  48375-1328

Mr. Floyd E. Mason
President
Brotherhood of Railroad Signalmen
917 Shenandoah Shores Road
Front Royal, VA  22630

Mr. Richard A. Johnson
General President, Carmen Division
Transportation•Communications Union/IAM
3 Research Place
Rockville, MD  20850

If you have any questions regarding this filing, please feel free to contact me. Thank you for your assistance on this matter.

Respectfully submitted,

Thomas J. Litwiler
Attorney for New Orleans Public Belt
Railroad Corporation

TJL:tl

Attachment

**NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION**
**4822 Tchoupitoulas Street**
**New Orleans, LA 70115**

# <u>NOTICE</u>

Pursuant to regulations of the Surface Transportation Board ("STB") at 49 C.F.R. § 1150.42(e), New Orleans Public Belt Railroad Corporation ("NOPB"), a Class III rail carrier, hereby gives notice to employees of Illinois Central Railroad Company ("IC") that on or about December 31, 2019, NOPB intends to lease and thereafter operate IC's line of railroad extending from approximately IC milepost 906.1 at Central Avenue near East Bridge Jct. in Shrewsbury, Louisiana to the end-of-track at approximately IC milepost 908.8 in Jefferson Parish, Louisiana, and from approximately IC milepost 921.8 at Iris Avenue (approximately IC milepost 908.5 on the first segment) to approximately IC milepost 921.14 at Dakin Street near Lampert Jct. in Jefferson Parish, a total distance of approximately 3.36 miles. Between East Bridge Jct. and Iris Avenue the IC line consists of parallel tracks known as the Main Track and the A2 Track.

Existing Amtrak operations and trackage rights operations of Union Pacific Railroad Company and The Kansas City Southern Railway Company will not be affected by the proposed transaction.

A notice of exemption to authorize the proposed transaction will be filed with the STB on or shortly before November 27, 2019 in Docket No. FD 36362.

NOPB does not expect to hire any additional employees as a result of the proposed transaction. IC employees desiring further information regarding the transaction may contact NOPB's Manager – Human Relations at (504) 896-7416.

10/31/19

**EXHIBIT D**
**CAPTION SUMMARY**

SURFACE TRANSPORTATION BOARD

**NOTICE OF EXEMPTION**

———————————————

DOCKET NO. FD 36362

NEW ORLEANS PUBLIC BELT RAILROAD CORPORATION
-- LEASE EXEMPTION --
LINE OF ILLINOIS CENTRAL RAILROAD COMPANY

———————————————

New Orleans Public Belt Railroad Corporation ("NOPB"), a Class III rail carrier, has filed a Verified Notice of Exemption to lease and operate a line of railroad of Illinois Central Railroad Company ("IC") extending from approximately IC milepost 906.1 at Central Avenue near East Bridge Jct. in Shrewsbury, Louisiana to the end-of-track at approximately IC milepost 908.8 in Jefferson Parish, Louisiana, and from approximately IC milepost 921.8 at Iris Avenue (approximately IC milepost 908.5 on the first segment) to approximately IC milepost 921.14 at Dakin Street near Lampert Jct. in Jefferson Parish, a total distance of approximately 3.36 miles (the "Subject Line"). Between East Bridge Jct. and Iris Avenue the Subject Line consists of parallel tracks known as the Main Track and the A2 Track.

NOPB certifies that its projected revenues will not exceed those that would qualify it as a Class III rail carrier. NOPB further certifies, as required by 49 C.F.R. § 1150.42(e), that on October 31, 2019, it posted a 60-day notice of this transaction at the workplaces of current IC employees on the Subject Line and served the notice on the national offices of the labor unions for those employees. NOPB states that the proposed transaction does not involve any provision or agreement that would limit future interchange with a third-party connecting carrier.

The proposed transaction may be consummated on or after December 30, 2019, the effective date of the exemption (60 days after the § 1150.42(e) requirements were satisfied).

If the verified notice contains false or misleading information, the exemption is void ab initio. Petitions to revoke the exemption under 49 U.S.C. § 10502(d) may be filed at any time. The filing of a petition to revoke will not automatically stay the transaction. Petitions for stay must be filed no later than December 23, 2019 (at least seven days before the exemption becomes effective).

All pleadings, referring to Docket No. FD 36362, must be filed with the Surface Transportation Board either via e-filing or in writing addressed to 395 E Street, S.W., Washington, DC 20423-0001. In addition, a copy of each pleading must be served on NOPB's representative, Thomas J. Litwiler, Fletcher & Sippel LLC, 29 North Wacker Drive, Suite 800, Chicago, Illinois 60606-3208.

According to NOPB, this action is categorically excluded from environmental review under 49 C.F.R. § 1105.6(c) and from historic reporting requirements under 49 C.F.R. § 1105.8(b).

Board decisions and notices are available at www.stb.gov.

Decided: December __, 2019

By the Board, Allison C. Davis, Director, Office of Proceedings.

## **VERIFICATION**

State of Louisiana          )
                            ) ss:
Parish of Orleans           )

             Michael D. Stolzman, being duly sworn, deposes and says that he is General

Manager of New Orleans Public Belt Railroad Corporation, that he has read the foregoing Notice

of Exemption and knows the facts asserted therein, and that the same are true as stated.

                                            Michael D. Stolzman

SUBSCRIBED AND SWORN TO
before me this 27 day
of November, 2019.

_____
Notary Public

My Commission expires:

                **Gina M. Palermo, Esq.**
                   Notary Public
                  State of Louisiana
              La. Bar Roll No. 33307
               La. Notary No. 92682
           My Commission is for Life

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Monday, April 28, 2025 12:11 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NOTICED AFFIDAVIT OF MATERIAL FACT REGARDING%0AJURISDICTIONAL STATUS OF RAILROAD FACILITIES IN%0AJEFFERSON PARISH, LA.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Monday, April 28, 2025 - 12:11.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Noticed Affidavit of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, LA.