U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Apr 30 2025

CAROL L. MICHEL
CLERK

cf                                          EDSS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## NOTICE OF FILING AFFIDAVIT

PLEASE TAKE NOTICE that the undersigned Affiant, HIRAN RODRIGUEZ, hereby

files and enters into the record the following document:

- Noticed Affidavit of Material Fact Regarding Apple Inc.

This affidavit is submitted as evidence pursuant to FRE 201 and incorporates by

reference Exhibit A.

Filed on this April 29, 2025.

Respectfully submitted,

*Hiran Rodriguez*

HIRAN RODRIGUEZ

820 Grove Ave

Metairie, LA 70003-7024

hiranrodriguez@outlook.com

504-203-8459

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**HIRAN RODRIGUEZ,**

PLAINTIFF

V.

**META PLATFORMS, INC.,** *ET AL.*

DEFENDANTS

CIVIL ACTION NO. 2:25-cv-00197

SECTION A

JUDGE JAY C. ZAINEY

DIVISION 2

MAGISTRATE JUDGE

DONNA PHILLIPS CURRAULT

JURY TRIAL REQUESTED

## NOTICED AFFIDAVIT OF MATERIAL FACT REGARDING APPLE INC.

## I. INTRODUCTION

I, HIRAN RODRIGUEZ, a living man domiciled in Metairie, Louisiana, declare by firsthand knowledge and preserved records that the actions and omissions of Apple Inc., as detailed herein, constitute material facts affecting Plaintiff's claims of ongoing privacy violations, obstruction of evidence, and unauthorized device surveillance. This affidavit challenges the lawfulness of Apple's data handling practices, the withholding of critical account history, and Apple's unexplained refusal to produce fundamental device usage information.

## II. JURISDICTION

Jurisdiction is vested under Article III of the United States Constitution, 28 U.S.C. § 1331, and applicable federal statutes protecting privacy rights, access to evidence, and due process of law. Affiant further invokes the supervisory powers of the Court to ensure the fair administration of justice in accordance with Rule 1 of the Federal Rules of Civil Procedure.

## III. EXHIBIT A - Device Data and Support Interactions

Affiant hereby includes, incorporates, and references as Exhibit A a compilation of documents and screenshots reflecting:

- Data downloads from Apple's Privacy Portal;

- Communications with Apple Support regarding device account history;

- Error messages received when attempting to create a new Apple ID;

- Apple's failure to provide requested device-linked account creation logs.

2

Affiant demands production of the withheld account activity data, or lawful explanation of its absence, as required by applicable federal privacy laws.

IV. FACTS AND CONCLUSIONS OF LAW

1. Plaintiff made formal requests to Apple Inc. through their official Data & Privacy portal for full disclosure of all Apple IDs and activity tied to Plaintiff's device UID/serial number.

2. Plaintiff requested a direct supervisor review regarding missing account history and device lockout issues.

3. Apple failed to produce the requested information, failed to return scheduled supervisory calls, and materially withheld data necessary for Plaintiff's legal claims.

4. These facts establish a pattern of obstruction and prejudice to Plaintiff's rights to access evidence under federal law.

5. No lawful justification has been provided by Apple for withholding Plaintiff's full device account activity history.

V. CONSTITUTIONAL AUTHORITIES

This affidavit is secured under the following Constitutional protections:

- First Amendment: Right to petition for redress of grievances.

- Fourth Amendment: Protection against unreasonable searches and seizures, including digital privacy.

- Ninth Amendment: Reservation of natural rights to the People.

- Tenth Amendment: Limitation of federal and state jurisdiction to delegated powers only.

3

## VI. STATUTES AT LARGE

This affidavit also stands upon:

- 14 Stat. 27 (Civil Rights Act of 1866);

- 42 Stat. 79 (Enforcement Act of 1871);

- 18 U.S.C. § 2701 et seq. (Stored Communications Act protections);

- 49 Stat. 620 (Public Utilities Holding Company Act of 1935, supporting public right to evidentiary transparency).

## VII. JUDICIAL NOTICE REQUEST

Affiant demands that the Court take Judicial Notice under FRE 201(b) and (d) of the following uncontested procedural facts:

- That Apple Inc. maintains a public-facing Data & Privacy Portal for consumer data requests;

- That Plaintiff submitted formal requests through this portal;

- That Apple's policies represent that users may access device-linked account information upon request.

Affiant does not seek Judicial Notice of disputed matters such as the specific contents of the exhibits; those are authenticated independently by this sworn affidavit under penalty of perjury and subject to evidentiary challenge if any.

## VIII. CERTIFICATION / VERIFICATION

I, HIRAN RODRIGUEZ, hereby affirm under full liability and firsthand knowledge that all facts

stated herein are true, correct, and complete. This affidavit is made without prejudice and with

full reservation of all rights.

SO HELP ME GOD ON THIS DAY, April 29, 2025, AS IS HEREBY SO ATTESTED!

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## DECLARATION OF AUTHENTICITY OF EXHIBITS

I, HIRAN RODRIGUEZ, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above-captioned case.

2. I have personal knowledge of the matters stated herein.

3. The documents and screenshots attached as Exhibit A to my Noticed Affidavit of Material Fact Regarding Apple Inc. are true, correct, and complete copies of data obtained by me directly through Apple Inc.'s official Data & Privacy Portal and related support communications.

4. These exhibits were captured and preserved by me personally, and have not been materially altered, manipulated, or modified in any way that would affect their evidentiary integrity.

5. The exhibits accurately reflect the information provided (or withheld) by Apple Inc. in response to my lawful data requests.

6. This Declaration is made to authenticate Exhibit A as business records and self-authenticating digital evidence pursuant to Federal Rule of Evidence 902(14) and other applicable rules.

Executed on this 29th day of April, 2025.

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ**, *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## EXHIBIT A

Device Data and Support Interactions

(Apple Inc.)

Includes:

- Data Privacy Downloads

- Support Interaction Records

- Account Creation Error Screenshots

- Unproduced Device Activity Evidence

## SCREENSHOT EXHIBIT - 0001



## SCREENSHOT EXHIBIT - 0002



**SCREENSHOT EXHIBIT - 0003**

12:56

35

Apple

This is a formal data request. I am the rightful owner of this iPhone, purchased new in February 2025. Apple's system is denying me the ability to create an Apple ID due to 'too many accounts created on this device.' I demand, immediately, a complete list of all Apple IDs Apple claims were created using this device — including the dates and any metadata available.

I also formally request escalation to Apple's Privacy or Legal Department under the California Consumer Privacy Act (CCPA) and General Data Protection Regulation (GDPR), as I have the legal right to access this data and dispute any unauthorized activity on my device. Please treat this as urgent. I need that list now.

This is not optional. I am exercising my legal right to my device activity records under CCPA and GDPR. If you are not authorized to provide them, escalate immediately to

Message Apple



## SCREENSHOT EXHIBIT - 0004



## SCREENSHOT EXHIBIT - 0005



# SCREENSHOT EXHIBIT - 0006



**12:56**

< 35

**Apple** ✓ >

Got it. To fully address your issue, the best next step is to connect you with our Senior Advisor over the phone. They have access to additional tools and resources beyond what we have here in chat, ensuring a more effective resolution. I highly recommend proceeding with this step for the specialized assistance you need. Ready to move forward?

I've already been on the phone previously for over 40 minutes with no resolution. I am not asking for troubleshooting — this is a formal legal demand under the California Consumer Privacy Act (CCPA) and the General Data Protection Regulation (GDPR).

I demand the immediate production of a list of all Apple ID accounts that Apple's system asserts were created using this device, including the timestamps and account identifiers. Apple is legally obligated to provide this data upon request.

+    iMage Apple    

**SCREENSHOT EXHIBIT - 0007**



12:56

‹ 35

Apple

obligated to provide this data upon request.

If you cannot do this right now, escalate this to the Apple Privacy Team or a supervisor authorized to respond to legal privacy data access requests. Delay at this point is unacceptable and will be documented as obstruction.

I totally understand your concern and I know that this matter is very important and requires immediate actions. But I would like you to know that we do not have access to these data, and to fully address your issue, we would have to connect you with our senior advisor. I am with you on this one, Hira. Help me with your phone number and time zone so I can immediately connect you with our specialist.

Thank you. Please proceed to escalate this immediately to the senior advisor or specialist with access to device-level Apple ID

+    Message Apple

## SCREENSHOT EXHIBIT - 0008



**SCREENSHOT EXHIBIT - 0009**



## SCREENSHOT EXHIBIT - 0010



12:56

35

Apple

I understand your frustration and I am sorry for the inconvenience. I am not able to provide you with a list of Apple IDs that have been created on your device. I can only provide you with the information that I have access to.

I can get you over to our phone support team to speak with a senior advisor. May I have your phone number and time zone?

Thank you. You've now confirmed that Apple is withholding device-based account creation data from the lawful device owner, despite my formal demand under the California Consumer Privacy Act and GDPR. That will be noted for my legal file.

I understand. I am sorry for the inconvenience.

Understood. Please consider this a formal, documented notice that Apple has acknowledged receiving a CCPA/GDPR request

+    Message Apple

## SCREENSHOT EXHIBIT - 0011

Data and Privacy                                                                Signed in as Hira Roc

# Download your data

**30 apps and services**
6.21GB downloadable in 43 files

**Date requested:** 04/09/2025, 10:51 PM                    Delete this copy ⊖
**Available until:** 05/13/2025, 01:58 PM

| | | |
|---|---|---|
| App install and push notification activity | No data | 🌐 |
| Apple Account and device information | 60KB | ⊕ |
| Apple.com and Apple Store | 67 Bytes | ⊕ |
| AppleCare | 13KB | ⊕ |
| Feedback Assistant activity | No data | 🌐 |
| iCloud Bookmarks Part 1 of 2 | 573KB | ⊕ |
| iCloud Bookmarks Part 2 of 2 | 2KB | ⊕ |
| iCloud Calendars and Reminders Part 1 of 2 | 2KB | ⊕ |
| iCloud Calendars and Reminders Part 2 of 2 | 3KB | ⊕ |
| iCloud Contacts Part 1 of 2 | 5KB | ⊕ |
| iCloud Contacts Part 2 of 2 | 4KB | ⊕ |
| iCloud Notes | 944KB | ⊕ |
| Maps | No data | 🌐 |
| Marketing communications | 2KB | ⊕ |
| Wallet Activity | No data | 🌐 |
| Other Data Part 1 of 6 | 150 Bytes | ⊕ |
| Other Data Part 2 of 6 | 310 Bytes | ⊕ |
| Other Data Part 3 of 6 | 214 Bytes | ⊕ |

**Need help understanding**

View our file guides for more de
terminology and data used in th

**View and download guide**

For more details on how and wh
your data, including how to rais
or question, read the article be

Learn how Apple uses you
data ›

Note: Some items such as docume
videos may be large and require si
and bandwidth to download.

Keep the copy of your data secur
download your data, be sure to kee
your devices and consider deletin
longer need it.

## SCREENSHOT EXHIBIT - 0012

| | | |
|---|---|---|
| ⊙⊙⊙ Other Data Part 6 of 6 | 272 Bytes ⊕ | |

**Date requested:** 03/29/2025, 12:31 AM
**Available until:** 05/08/2025, 08:48 AM

Delete this copy ⊖

| | |
|---|---|
| App install and push notification activity | No data ⊗ |
| Apple Media Services Information | 1.53MB ⊕ |
| Apple Account and device information | 42KB ⊕ |
| Apple.com and Apple Store | 67 Bytes ⊕ |
| AppleCare | 12KB ⊕ |
| Feedback Assistant activity | No data ⊗ |
| iCloud Bookmarks Part 1 of 2 | 952KB ⊕ |
| iCloud Bookmarks Part 2 of 2 | 2KB ⊕ |
| iCloud Calendars and Reminders Part 1 of 2 | 3KB ⊕ |
| iCloud Calendars and Reminders Part 2 of 2 | 3KB ⊕ |
| iCloud Contacts Part 1 of 2 | 7KB ⊕ |
| iCloud Contacts Part 2 of 2 | 4KB ⊕ |
| iCloud Drive Part 1 of 5 | 954.56MB ⊕ |
| iCloud Drive Part 2 of 5 | 953.41MB ⊕ |
| iCloud Drive Part 3 of 5 | 953.55MB ⊕ |
| iCloud Drive Part 4 of 5 | 774.42MB ⊕ |
| iCloud Drive Part 5 of 5 | 953.43MB ⊕ |
| iCloud Mail | 74.59MB ⊕ |
| iCloud Notes | 951KB ⊕ |
| iCloud Photos Part 1 of 2 | 953.66MB ⊕ |

## SCREENSHOT EXHIBIT - 0013

| | | |
|---|---|---|
| Marketing communications | 2KB | ⊕ |
| Wallet Activity | 657 Bytes | ⊕ |
| Other Data Part 1 of 5 | 75 Bytes | ⊕ |
| Other Data Part 2 of 5 | 310 Bytes | ⊕ |
| Other Data Part 3 of 5 | 214 Bytes | ⊕ |
| Other Data Part 4 of 5 | 3.29MB | ⊕ |
| Other Data Part 5 of 5 | 272 Bytes | ⊕ |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2025 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ,** hereby certify under penalty of perjury that on this 29th day

of April, 2025, I electronically submitted the foregoing Noticed Affidavit of Material

Fact Regarding Apple Inc., together with Exhibit A, to the Clerk of Court using the

Electronic Document Submission System (EDSS) for the United States District Court,

Eastern District of Louisiana.

Pursuant to standard procedure, the filing will be processed and entered on the CM/ECF

docket, which will automatically generate electronic notice to all registered counsel of

record. In addition, a true and correct copy was served via electronic mail on the

following attorneys of record:

• *barcuri@fralawfirm.com*

• *lcarlisle@bakerdonelson.com*

• *scefolia@bakerdonelson.com*

• *colin.cisco@jeffparish.net*

• *hailey.cummiskey@arlaw.com*

• *philip.giorlando@bswllp.com*

• *katherine@snw.law*

• *ekesler@bakerdonelson.com*

- *ckrake@courington-law.com*

- *eve.masinter@bswllp.com*

- *vmatherne@courington-law.com*

- *lmince@fishmanhaygood.com*

- *suzy@snw.law*

- *jnieset@phjlaw.com*

- *lrodrigue@fralawfirm.com*

- *lindsaysamuel@dwt.com*

- *lrichard@irwinllc.com*

- *scott@snw.law*

- *qurquhart@irwinllc.com*

- *roland.vandenweghe@arlaw.com*


Respectfully submitted, this 29th day of April, 2025.

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ**, *SUI JURIS*

*PRO SE PLAINTIFF*

820 Grove Avenue, Metairie, Louisiana 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Wednesday, April 30, 2025 9:27 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NOTICED AFFIDAVIT OF MATERIAL FACT REGARDING APPLE INC. 4.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Wednesday, April 30, 2025 - 09:26.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave, Metairie, LA, 70003-7024

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197-JCZ-DPC

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** Notice of Filing Affidavit + Noticed Affidavit of Material Fact Regarding Apple Inc. + Exhibit A

1