UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Hiran Rodriguez, | Civil Action No. 25-197 |
| Plaintiff, | Judge Jay C. Zainey |
| | Magistrate Judge |
| v. | Donna Phillips Currault |
| | (Jury Trial Requested) |
| Meta Platforms, Inc., Apple Inc., | |
| Kansas City Southern Railway Co., | |
| Jefferson Parish, et al., | |
| Defendants. | |

## DECLARATION OF HIRAN RODRIGUEZ REGARDING CLERKS OFFICE OBSTRUCTION OF FILINGS

I, Hiran Rodriguez, am the Plaintiff in the above-captioned case and hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. Attempted Filing and Rejection on May 1, 2025:

On May 1, 2025 (Thursday), I personally attempted to submit several documents for filing at the Eastern District of Louisiana Clerks Office. These documents included motions and notices pertinent to my case (other than an amended complaint). Clerks Office personnel refused to accept these filings because they were not labeled as an Amended Complaint. I was informed, in substance, that pursuant to the Courts instructions, only an amended complaint would be

docketed at that time, and any other submissions from me would not be accepted or filed on that date. This refusal prevented my documents including the Motion to Disqualify ands supporting papers from being filed through the normal clerk intake process on May 1, 2025.

2. Pre-Prepared Court Orders on May 1, 2025:

During the above-described attempt to file documents, it became apparent that the Clerks Office already had one or more pre-printed court orders pertaining to my case on hand before reviewing my submissions. Specifically, clerk personnel indicated that an order from the Court had been prepared in advance regarding my filing status. This gave me the understanding that the presiding Judge (or chambers staff) had anticipated my attempted filings and had generated a preemptive ruling or instruction. The existence of a pre-prepared order on May 1, 2025 before my documents were even considered underscores the extraordinary level of coordination between the Court and Clerks Office in anticipating and thwarting my filing efforts. It suggests that decisions were made ex parte about how to treat my expected filings, raising serious due process concerns.

3. Docket Irregularities (Rec. Docs. 182-187):

The official docket in this case reflects several irregular and obstructive entries corresponding to my attempts to file documents in late April and early May 2025:

- Rec. Doc. 182: Rather than docketing my April 29 submission, the Courts docket shows an entry at Rec. Doc. 182 that appears to be merely a placeholder or receipt, and not the actual document I submitted.

This placeholder entry misrepresents the nature of what was filed and indicates that my actual filing was not entered into the record at that time.

- Rec. Doc. 183 (April 30, 2025): After noticing the issue with Rec. Doc. 182, I re-submitted my affidavit (a high-resolution color affidavit with an exhibit) via EDSS on Wednesday, April 30 at 9:28 AM. However, the docket at Rec. Doc. 183 shows a version of that affidavit that I did not submit it was entered in grayscale and with altered formatting. In other words, the document docketed as Rec. 183 on or about April 30, 2025 at 10:21 AM is a materially altered version of my filing, which I never authorized. It lacks the color and clarity of the original, and its alteration raises questions of tampering or mishandling by court staff.

Rec. Docs. 186-187 (April 30, 2025): These docket numbers were assigned to orders that were issued on the same day as my EDSS filing and appear to be retaliatory in nature. Notably, Rec. Doc. 186 blocks me from filing any document other than an amended complaint, and Rec. Doc. 187 directs that only in-person or mail filings to the Pro Se Unit would be accepted from me going forward effectively suspending my ability to file electronically and chilling my access to the court.

4. Improper Interference with Plaintiffs Access to the Court:

The events of April 30 and May 1, 2025, as described above, are part of a broader pattern of interference. The Clerks Office, acting (as indicated) in tandem with directives from Judge Zainey's chambers, has impeded my ability to file documents. This included rejecting filings for arbitrary reasons (such as titling), altering submitted documents on the docket, and preparing outcomes in advance of filings. Such actions have effectively denied me proper access to the Court. They also violate the Clerks ministerial duty to docket filings impartially and the fundamental fairness owed to a pro se litigant.

5. Harm to the Integrity of the Proceedings:

The above-described obstruction by the Clerks Office (and by extension, the Court) has caused significant harm to the integrity of these proceedings. Filings that I made in good faith were either not docketed, were docketed in distorted form, or were effectively preempted by pre-made judicial decisions. This not only prejudices my case but also undermines public confidence in the Courts neutrality and the clerks role as an unbiased administrator.

6. Preservation of Evidence:

I have retained copies of all documents I attempted to file, along with transmission receipts, email correspondence, and any communications with court staff on May 1, 2025. These materials corroborate the facts stated in this Declaration. I stand ready to provide this evidence to any investigative authority or to the Court upon request. Additionally, I have formally requested (through my Notice of Pending Judicial Misconduct Complaint and related filings) that all relevant electronic logs and records be preserved to enable a full review of the Clerks conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Metairie, Louisiana, on May 2, 2025.

__/s/ Hiran Rodriguez__

Hiran Rodriguez (Declarant)

820 Grove Avenue

Metairie, LA 70003

hiranrodriguez@outlook.com

(504) 203-8459

All Rights Reserved UCC 1-308

Without Prejudice Without Recourse

Dated: May 2, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Hiran Rodriguez,

Plaintiff,

v.

Meta Platforms, Inc., et al.,

Defendants.

Civil Action No. 2:25-cv-00197-JCZ-DPC

Section "A" Division (2)

---

NOTICE OF SUBMISSION OF DECLARATION REGARDING CLERK OBSTRUCTION

PLEASE TAKE NOTICE that the undersigned, HIRAN RODRIGUEZ, *Pro Se* Plaintiff, respectfully submits into the record the following document:

- Declaration of Clerk Obstruction Regarding May 1, 2025 Submission Attempt, describing facts concerning the Eastern District Clerk of Courts refusal to docket Plaintiffs filings and the pre-prepared orders by Judge Jay C. Zainey allegedly issued in anticipation of said filings.

This submission is made by mail in accordance with Rec. Doc. 187.

Respectfully submitted,

/s/ Hiran Rodriguez

Hiran Rodriguez, *Pro Se*

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 2, 2025

---

## CERTIFICATE OF SERVICE

I, HIRAN RODRIGUEZ, hereby certify under penalty of perjury that on this 2nd day of May, 2025, I mailed a true and correct copy of the foregoing:

- Notice of Submission
- Declaration of Clerk Obstruction Regarding May 1, 2025 Submission Attempt

to the Clerk of Court, United States District Court for the Eastern District of Louisiana, and served all counsel of record by electronic mail as follows:

barcuri@fralawfirm.com, lcarlisle@bakerdonelson.com, scefolia@bakerdonelson.com, colin.cisco@jeffparish.net, hailey.cummiskey@arlaw.com, philip.giorlando@bswllp.com, katherine@snw.law, ekesler@bakerdonelson.com, ckrake@courington-law.com, eve.masinter@bswllp.com, vmatherne@courington-law.com, lmince@fishmanhaygood.com, suzy@snw.law, jnieset@phjlaw.com, lrodrigue@fralawfirm.com, lindsaysamuel@dwt.com, lrichard@irwinllc.com, scott@snw.law, qurquhart@irwinllc.com, roland.vandenweghe@arlaw.com

Respectfully submitted,

/s/ Hiran Rodriguez

Hiran Rodriguez, *Pro Se* Plaintiff

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved UCC 1-308

Without Prejudice Without Recourse

HIRAN RODRIGUEZ

820 Grove Ave, Metairie, LA, 70003-7024

**Pro Se Writ Unit at Clerk's Office**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras Street,
New Orleans, Louisiana, 70130



RECEIVED
MAY 05 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK