RECEIVED

MAY 05 2025

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA PHILLIPS CURRAULT |
| | |
| | JURY TRIAL REQUESTED |

## NOTICE OF PENDING JUDICIAL MISCONDUCT COMPLAINT AND

## NOTICE OF FEDERAL OBSTRUCTION OF PLAINTIFF'S FILING

## RIGHTS

NOW INTO COURT COMES Plaintiff, Hiran Rodriguez, appearing *pro se*, who hereby provides formal notice to this Honorable Court of the following:

1. On or about April 4, 2025, Plaintiff submitted a judicial misconduct complaint pursuant to 28 U.S.C. § 351 against Judge Jay C. Zainey, as well as personnel in the *Pro Se Writ* Unit of the Clerk's Office, concerning acts of procedural obstruction, unauthorized record alteration, and denial of due process.

2. Plaintiff subsequently supplemented this complaint on April 30, 2025, with a full evidentiary record, including:

  - A forensic re-submission of the affidavit improperly docketed as Rec. Doc. 183,

  - Prior correspondence to Chief Judge Nannette Jolivette Brown,

  - Documentary evidence of altered filings and institutional interference,

  - and submission failures via the EDSS system.

3. Due to repeated misconduct and obstruction, Plaintiff's access to the EDSS system has been functionally impaired, and attempts to properly file an amended complaint and supporting motions have been chilled or delayed by hostile administrative interference.

4. As of the date of this filing, Plaintiff has:

  - Emailed a full courtesy copy of the judicial misconduct complaint to Chief Judge Brown and the EDLA Clerk of Court,

  - Attempted service by fax to the Judicial Council of the Fifth Circuit, with re-attempt scheduled for business hours,

  - Preserved all filings and notices as evidence of denial of access to court and due process violations.

5. Plaintiff respectfully requests that:

  - The Court take judicial notice of the pending misconduct complaint under FRE 201,

  - All parties and the Clerk be instructed to preserve all relevant records, metadata, and submission logs for the EDSS and CM/ECF systems,

2

- Plaintiff's right to amend, file, and prosecute his claims be preserved from retaliatory suppression or denial.

6. This Notice is submitted in good faith and with the intent to protect Plaintiff's procedural and constitutional rights pending external review by the Judicial Council of the Fifth Circuit.

Respectfully submitted,

*Hiran Rodriguez*  HR  04/30/2025

/s/ **HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ,** *SUI JURIS*

820 Grove Avenue, Metairie, LA, 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved – UCC 1-308

Without Prejudice – Without Recourse

**Dated:** April 30, 2025

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned Plaintiff, HIRAN RODRIGUEZ, hereby submits the attached Notice of Pending Judicial Misconduct Complaint and Notice of Federal Obstruction for filing and entry into the record in the above-captioned matter.

This submission is made to preserve Plaintiff's due process rights, support existing filings, and place this Honorable Court on formal notice of a pending investigation under 28 U.S.C. § 351.

HR    4/30/2025

# CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that on this 30th day of April, 2025, I submitted the foregoing Notice

of Pending Judicial Misconduct Complaint and Notice of Federal Obstruction of Plaintiff's Filing Rights

to the Clerk of Court using the Electronic Document Submission System (EDSS) for the United States

District Court, Eastern District of Louisiana. In addition, a true and correct copy was served via electronic

mail on the following counsel of record:

barcuri@fralawfirm.com, lcarlisle@bakerdonelson.com, scefolia@bakerdonelson.com,

colin.cisco@jeffparish.net, hailey.cummiskey@arlaw.com, philip.giorlando@bswllp.com,

katherine@snw.law, ekesler@bakerdonelson.com, ckrake@courington-law.com,

eve.masinter@bswllp.com, vmatherne@courington-law.com, lmince@fishmanhaygood.com,

suzy@snw.law, jnieset@phjlaw.com, lrodrigue@fralawfirm.com, lindsaysamuel@dwt.com,

lrichard@irwinllc.com, scott@snw.law, qurquhart@irwinllc.com, roland.vandenweghe@arlaw.com

**/s/ HIRAN RODRIGUEZ**

*Hiran Rodriguez* HR 04/30/2025

**HIRAN RODRIGUEZ**, *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003

hiranrodriguez@outlook.com

(504) 203-8459

**All Rights Reserved UCC 1-308**

**Without Prejudice Without Recourse**

Preserving All Claims for Judicial Misconduct, Procedural Irregularity, and

Constitutional Injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights

to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article

III.

**No Joinder to any corporate, commercial, administrative, or inferior**

**jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly**

**expressed**    HR    04/30/2025

# FAX COVER SHEET

To: Judicial Council of the Fifth Circuit
Fax: (504) 310-8394
Attn: Office of the Clerk

From: Hiran Rodriguez
Pro Se Plaintiff
Phone: (504) 203-8459
Email: hiranrodriguez@outlook.com
Date: April 30, 2025

**Re: Judicial Misconduct Complaint – Judge Jay C. Zainey**

Case No. 2:25-cv-00197-JCZ-DPC – Eastern District of Louisiana

*Includes: Formal complaint under 28 U.S.C. § 351,*
*supporting affidavits, correspondence, and evidence of court record alteration.*

Number of pages (including cover): 50

# COVER SHEET – JUDICIAL MISCONDUCT COMPLAINT

To:  Judicial Council of the Fifth Circuit
Attn: Office of the Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

FromHiran Rodriguez
Pro Se Plaintiff
820 Grove Avenue
Metairie, Louisiana 70003
Phone: (504) 203-8459
Email: hiranrodriguez@outlook.com

**Subject:**  Judicial Misconduct Complaint Re: Judge Jay C. Zainey

*Enclosed: Complaint Form, Supporting Exhibits, Forensic Affidavit, Court Correspondence*

# Follow-Up Complaint Alteration of Filed Record (Rec. Doc. 183) and Forensic Re-Submission (Case No. 2:25-cv-00197)

From: Hiran Rodriguez hiranrodriguez@outlook.com
To: eFile-Brown efile_brown@laed.uscourts.gov
Cc: Clerk@laed.uscourts.gov
Bcc: hiranrodriguez@outlook.com
Date: Wed, Apr 30, 2025, 2:11 PM

Follow_Up_Complaint_Clerk_Office_Filing_Issues.pdf
FORENSIC RE-SUBMISSION OF REC. DOC. 183 AND NOTICE OF UNAUTHORIZED
ALTERATION UNDER FRE 902(11), 1006, RULE 59(e):60.pdf

Dear Chief Judge Brown,

I write to formally follow up on my complaint dated March 15, 2025, regarding repeated procedural irregularities and misconduct involving the *Pro Se Writ* Unit in the Clerk's Office, particularly the actions of Ms. Stacy Pecoraro and Mr. Brad Newell.

Since that submission, further misconduct has occurred. On April 30, 2025, I submitted a high-resolution, color affidavit and notice via EDSS, as detailed in the attached motion. However, the document filed on the docket as Rec. Doc. 183 is not the version I submitted. It appears to have been materially altered — stripped of color, converted to grayscale, and distorted in formatting, contrary to how it was originally filed. Additionally, Rec. Doc. 182 was entered as a placeholder, not a filing, and does not reflect the submission either.

This pattern mirrors the concerns raised in my prior complaint and further prejudices my ability to maintain an accurate evidentiary record. The filing attached here documents this in detail and requests correction and relief under FRE 902(11), 1006, and FRCP 59(e) and 60(d)(3).

Attachment:

- FORENSIC RE-SUBMISSION OF REC. DOC. 183 AND NOTICE OF

- Follow_Up_Complaint_Clerk_Office Filing_Issues (PDF)

I respectfully request that this matter be added to the ongoing investigation and that corrective action be taken to restore the original record and ensure future filings are not tampered with.

Please confirm receipt and let me know if further documentation is needed.

Respectfully,

Hiran Rodriguez

*Pro Se Plaintiff*

320 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

April 30, 2025

The Honorable Nannette Jolivette Brown
Chief Judge, United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C205
New Orleans, LA 70130

RE: Follow-Up Complaint – Alteration of Filed Record (Rec. Doc. 183)
and Forensic Re-Submission (Case No. 2:25-cv-00197-JCZ-DPC)

Dear Chief Judge Brown,

I write to formally follow up on my complaint dated March 15, 2025, regarding repeated
procedural irregularities and misconduct involving the Pro Se Writ Unit in the Clerk's
Office, particularly the actions of Ms. Stacy Pecoraro and Mr. Brad Newell.

Since that submission, further misconduct has occurred. On April 30, 2025, I submitted a
high-resolution, color affidavit and notice via EDSS, as detailed in the attached motion.
However, the document filed on the docket as Rec. Doc. 183 is not the version I submitted.
It appears to have been materially altered — stripped of color, converted to grayscale, and
distorted in formatting, contrary to how it was originally filed. Additionally, Rec. Doc. 182
was entered as a placeholder, not a filing, and does not reflect the submission either.

This pattern mirrors the concerns raised in my prior complaint and further prejudices my ability
to maintain an accurate evidentiary record. The filing attached here documents this in detail
and requests correction and relief under FRE 902(11), 1006, and FRCP 59(e) and 60(d)(3).

I respectfully request that this matter be added to the ongoing investigation and that corrective
action be taken to restore the original record and ensure future filings are not tampered with.

Respectfully submitted,

Hiran Rodriguez
Pro Se Plaintiff
820 Grove Avenue
Metairie, Louisiana 70003
(504) 203-8459
hiranrodriguez@outlook.com

# HIRAN RODRIGUEZ

April 3, 2025

The Honorable Nannette Jolivette Brown

Chief Judge

United States District Court

Eastern District of Louisiana

500 Poydras Street, Room C-256

New Orleans, LA 70130

RE: CONFIDENTIAL NOTICE OF EXTRINSIC INTERFERENCE BY DEFENDANTS IN FEDERAL CASE NO. 2:25-cv-00197

Dear Chief Judge Brown,

I respectfully submit this confidential judicial notice under the Court's inherent supervisory power and in good faith as a Pro Se Plaintiff in the above-captioned matter:

Hiran Rodriguez v. Meta Platforms, Inc., Mark Zuckerberg, Elon Musk, et al.

Civil Action No. 25-cv-197, Section "A" (2), Eastern District of Louisiana

This communication is not for filing on the public docket and is offered for your internal awareness as Chief Judge, regarding conduct which I believe compromises the dignity and neutrality of the Court.

I bring to your attention that Defendant Elon Musk, while actively evading legal service, has engaged in public commentary about this proceeding on his platform (X, formerly Twitter), including a tweet captured on April 2, 2025 at:

https://x.com/elonmusk/status/1907116125919302056

This tweet and related digital activity—captured and preserved using ISO/IEC 27037:2012-compliant forensic tools—were submitted as Exhibits A and B to my publicly filed Petition for Reconsideration and Demand for Sanctions. The documents demonstrate:

• Mockery of the federal court process;

• Targeted disparagement of judges;

• Amplification of judicial candidates aligned with personal interests;

• Reputational harm and indirect intimidation via social media.

These acts raise serious concerns of extrajudicial interference, procedural evasion, and use of a media platform to exert influence upon federal litigation while remaining outside its jurisdiction. Defendant Musk's control over a massive communication channel, paired with his silence before this Court, places the integrity of this proceeding at risk.

As the supervising officer of this district, I believe you are entitled to receive early notice of such conduct that threatens public confidence in the judicial process. I make this notification not in protest, but as a solemn act of constitutional advocacy and ethical responsibility.

I thank Your Honor in advance for giving this letter your attention and for continuing to uphold the integrity of this Court in the face of challenges posed by powerful litigants.

Respectfully and in truth,

*Hiran Rodriguez*

HIRAN RODRIGUEZ

*Pro Se Plaintiff*

April 3, 2025

JUDICIAL MISCONDUCT COMPLAINT UNDER 28 U.S.C. § 351(a)


UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Judicial Council of the Fifth Circuit

600 Camp Street, Room 229

New Orleans, Louisiana 70130

---

I. Complainant's Information


NAME: HIRAN RODRIGUEZ

ADDRESS: 820 Grove Ave, Metairie, Louisiana, 70003-7024

EMAIL: hiranrodriguez@outlook.com

PHONE: (504) 203-8459

CASE NUMBER: 2:25-cv-00197-JCZ-DPC

COURT: United States District Court for the Eastern District of Louisiana


II. Judge(s) About Whom Complaint Is Made


NAME: Judge Jay C. Zainey

COURT: United States District Court for the Eastern District of Louisiana

---

III. Basis of Complaint

This complaint is filed pursuant to 28 U.S.C. § 351(a) against United States District Judge Jay C. Zainey for:

1. Improper judicial override of ministerial duties under Rule 55(a) of the Federal Rules of Civil Procedure;

2. Denial of recusal despite clear grounds under 28 U.S.C. § 455(a) and (b);

3. Judicial obstruction of default entries mandated by law, constituting willful misconduct and abuse of discretion;

4. Biased rulings and procedural irregularities that violate Fifth Amendment due process and the Code of Judicial Conduct, Canons 2 and 3.

---

IV. Factual Allegations

1. On March 6, 2025, Defendants Mark Zuckerberg and Meta Platforms, Inc. were lawfully served. Neither filed a timely responsive pleading.

2. On March 28, 2025, I filed a Request for Entry of Default under Rule 55(a) against Zuckerberg. This was denied not by the Clerk, but "for Judge Zainey" (Rec. Doc. 117).

3. Rule 55(a) is mandatory and imposes a ministerial obligation upon the Clerk. The judicial override of this act violates separation of powers and due process rights.

4. A stay order (Rec. Doc. 117) was used to block entry of default, despite the stay not applying to ministerial functions.

5. On March 16, 2025, I filed a Motion to Recuse Judge Zainey under 28 U.S.C. § 455(a) and (b), citing:

• His ties to named defendants (The Guardian and The Associated Press);

• A pattern of prejudicial rulings;

• A Guardian article published after the lawsuit that coincided with sudden adverse rulings;

• An admonishment in court filings that signaled personal bias.

6. The recusal motion was denied without evidentiary hearing, and without reference to controlling conflict standards.

7. I have filed multiple affidavits, certificates of default, motions to vacate denials, and a Renewed Petition for Entry of Default, which have all been denied improperly.

8. As of this Complaint, no lawful reason has been provided for refusing default, blocking subpoenas, and denying access to evidence. Judge Zainey has effectively neutralized PLAINTIFF'S right to proceed.

---

V. Violations of Law and Judicial Canons

• 28 U.S.C. § 351(a) – Misconduct complaint warranted for judges who "engage in conduct prejudicial to the effective and expeditious administration of the business of the courts."

• 28 U.S.C. § 455(a) and (b) – Mandatory recusal for impartiality questions, personal bias, or financial interest.

• Federal Rule of Civil Procedure 55(a) – Entry of default is a ministerial act and must occur upon failure to defend.

• Canon 2 – Failing to "avoid impropriety and the appearance of impropriety."

• Canon 3 – Failing to "perform judicial duties fairly, impartially, and diligently."

• Fifth Amendment – Violation of PLAINTIFF'S right to due process of law and access to neutral adjudication.

---

VI. Relief Requested

1. An investigation into Judge Jay C. Zainey's handling of:

• Rule 55(a) entries and overrides;

• Recusal matters;

• Allegations of bias and improper influence.

2. An order recommending corrective action, including reassignment or reprimand.

3. Preservation of the judicial record for appellate and mandamus purposes.

VII. Declaration Under Penalty of Perjury

I declare under penalty of perjury under the laws of the United States that the statements made in this complaint are true and correct to the best of my knowledge and belief.

Executed this 4th day of April, 2025.

/s/ HIRAN RODRIGUEZ

HIRAN RODRIGUEZ, *Sui Juris*

820 Grove Avenue

Metairie, LA 70003

hiranrodriguez@outlook.com

(504) 203-8459

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**HIRAN RODRIGUEZ,**

PLAINTIFF

V.

**META PLATFORMS, INC.,** *ET AL.*

DEFENDANTS

CIVIL ACTION NO. 2:25-cv-00197

SECTION A

JUDGE JAY C. ZAINEY

DIVISION 2

MAGISTRATE JUDGE

DONNA PHILLIPS CURRAULT

JURY TRIAL REQUESTED

# FORENSIC RE-SUBMISSION OF REC. DOC. 183 AND NOTICE OF UNAUTHORIZED ALTERATION UNDER FRE 902(11), 1006, RULE 59(e)/60

# TO THE HONORABLE COURT:

NOW INTO COURT COMES Plaintiff, **HIRAN RODRIGUEZ**, who respectfully files this Forensic Re-Submission of Rec. Doc. 183 and Notice of Unauthorized Alteration, and states as follows:

---

## I. FACTUAL BACKGROUND AND NATURE OF ORIGINAL FILING

1. On April 30, 2025, Plaintiff submitted through the EDSS system a filing titled: "Notice of Filing Affidavit + Noticed Affidavit of Material Fact Regarding Apple Inc. + Exhibit A." The document was submitted as a high-resolution PDF in full color, with no password protection, and with print functionality disabled solely to preserve evidentiary formatting and integrity.

2. Instead of docketing the filing, the Court or Clerk entered Rec. Doc. 182, which is not the document Plaintiff filed, but a placeholder receipt that misrepresents the submission.

3. In response, Plaintiff filed the same affidavit a second time through EDSS to ensure record accuracy. This version had print enabled to remove any possible excuse. Nevertheless, on or about April 30, 2025, Rec. Doc. 183 was entered as a materially altered grayscale version of the affidavit and Exhibit A that Plaintiff did not submit or authorize.

4. The document in Rec. Doc. 183 is not the original. It lacks key visual fidelity, introduces unverified alterations, and omits critical characteristics necessary for evidentiary use.

## II. RECORD TAMPERING AND IMPACT ON PLAINTIFF'S RIGHTS

5. Plaintiff expressly denies submitting either Rec. Doc. 182 or the version of the affidavit reflected in Rec. Doc. 183. These were created or modified by court personnel or third parties after submission.

6. Plaintiff has previously warned in filings that unauthorized printing, format conversion, or grayscale alteration of electronic evidence has occurred in this matter, particularly regarding Rec. Doc. 80. This filing reflects a continuation of the same unlawful pattern.

7. This action constitutes unauthorized alteration of the court record and potential fraud on the court under Rule 60(d)(3), and a violation of Plaintiff's right to an accurate evidentiary record under the Due Process Clause.

## III. LEGAL BASIS FOR RELIEF

8. Plaintiff brings this motion pursuant to:

   o Federal Rule of Evidence 902(11): Certification of authenticity of the attached affidavit;

   o Federal Rule of Evidence 1006: To ensure accurate and complete presentation of documentary evidence;

   o Federal Rule of Civil Procedure 59(e): To alter or amend judgment impacted by record error;

3

- o   Federal Rule of Civil Procedure 60(b)(1), (3), and (d)(3): For relief from clerical mistake, misconduct, and fraud on the court;

- o   The First, Fifth, and Fourteenth Amendments to the U.S. Constitution for due process, fair trial, and redress of record-based injury.

9. Pursuant to Federal Rule of Evidence 201, Plaintiff further places the Court on formal notice that judicial notice is requested for:

- o   The existence and contents of the Surface Transportation Board FOIA records previously submitted;

- o   The existence of Rec. Docs 182 and 183 as entries not originating from Plaintiff;

- o   The authenticity of the attached original affidavit as the version actually filed by Plaintiff on April 30, 2025.

These records are not subject to reasonable dispute, are capable of accurate verification, and fall squarely within the scope of judicial notice.

## IV. RELIEF REQUESTED

9. Plaintiff respectfully demands and places the Court on notice that:

- Rec. Doc. 183 constitutes a materially altered and unauthorized version of Plaintiff's affidavit and must be formally marked in the record as "Not Plaintiff's Filing – Modified by Court Personnel or Unknown Party."

- Rec. Doc. 182 must be clarified or removed, as it does not constitute an actual filing of Plaintiff's affidavit, but only a submission receipt devoid of legal effect.

- The correct and original version of Plaintiff's affidavit (attached herein) shall be entered nunc pro tunc as the proper record for Rec. Doc. 183 under Federal Rule of Civil Procedure 60(a) and 60(d)(3), and under FRE 902(11) and 1006.

- The Clerk of Court and associated staff are to be formally instructed to preserve the visual and formatting integrity of future submissions and to refrain from unauthorized alteration, printing, or color-stripping of filed affidavits or forensic materials.

- That this Motion be docketed and entered into the record to preserve the integrity of the proceedings and Plaintiff's appellate rights under the First, Fifth, and Fourteenth Amendments.

---

Respectfully submitted,

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ,** *SUI JURIS*

*Pro Se Plaintiff*

5

820 Grove Avenue

Metairie, Louisiana 70003

hiranrodriguez@outlook.com

(504) 203-8459

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Dated: **April 30, 2025**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOTICE OF FILING AFFIDAVIT

PLEASE TAKE NOTICE that the undersigned Affiant, HIRAN RODRIGUEZ, hereby

files and enters into the record the following document:

- Noticed Affidavit of Material Fact Regarding Apple Inc.

This affidavit is submitted as evidence pursuant to FRE 201 and incorporates by

reference Exhibit A.

Filed on this April 29, 2025.

Respectfully submitted,

*Hiran Rodriguez*

HIRAN RODRIGUEZ

820 Grove Ave

Metairie, LA 70003-7024

hiranrodriguez@outlook.com

504-203-8459

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**HIRAN RODRIGUEZ,**

PLAINTIFF

V.

**META PLATFORMS, INC., *ET AL.***

DEFENDANTS

CIVIL ACTION NO. 2:25-cv-00197

SECTION A

JUDGE JAY C. ZAINEY

DIVISION 2

MAGISTRATE JUDGE

DONNA PHILLIPS CURRAULT

JURY TRIAL REQUESTED

## <u>NOTICED AFFIDAVIT OF MATERIAL FACT REGARDING APPLE INC.</u>

## I. INTRODUCTION

I, HIRAN RODRIGUEZ, a living man domiciled in Metairie, Louisiana, declare by firsthand knowledge and preserved records that the actions and omissions of Apple Inc., as detailed herein, constitute material facts affecting Plaintiff's claims of ongoing privacy violations, obstruction of evidence, and unauthorized device surveillance. This affidavit challenges the lawfulness of Apple's data handling practices, the withholding of critical account history, and Apple's unexplained refusal to produce fundamental device usage information.

## II. JURISDICTION

Jurisdiction is vested under Article III of the United States Constitution, 28 U.S.C. § 1331, and applicable federal statutes protecting privacy rights, access to evidence, and due process of law. Affiant further invokes the supervisory powers of the Court to ensure the fair administration of justice in accordance with Rule 1 of the Federal Rules of Civil Procedure.

## III. EXHIBIT A - Device Data and Support Interactions

Affiant hereby includes, incorporates, and references as Exhibit A a compilation of documents and screenshots reflecting:

- Data downloads from Apple's Privacy Portal;

- Communications with Apple Support regarding device account history;

- Error messages received when attempting to create a new Apple ID;

- Apple's failure to provide requested device-linked account creation logs.

2

Affiant demands production of the withheld account activity data, or lawful explanation of its absence, as required by applicable federal privacy laws.

IV. FACTS AND CONCLUSIONS OF LAW

1. Plaintiff made formal requests to Apple Inc. through their official Data & Privacy portal for full disclosure of all Apple IDs and activity tied to Plaintiff's device UID/serial number.

2. Plaintiff requested a direct supervisor review regarding missing account history and device lockout issues.

3. Apple failed to produce the requested information, failed to return scheduled supervisory calls, and materially withheld data necessary for Plaintiff's legal claims.

4. These facts establish a pattern of obstruction and prejudice to Plaintiff's rights to access evidence under federal law.

5. No lawful justification has been provided by Apple for withholding Plaintiff's full device account activity history.

V. CONSTITUTIONAL AUTHORITIES

This affidavit is secured under the following Constitutional protections:

- First Amendment: Right to petition for redress of grievances.

- Fourth Amendment: Protection against unreasonable searches and seizures, including digital privacy.

- Ninth Amendment: Reservation of natural rights to the People.

- Tenth Amendment: Limitation of federal and state jurisdiction to delegated powers only.

3

## VI. STATUTES AT LARGE

This affidavit also stands upon:

- 14 Stat. 27 (Civil Rights Act of 1866);

- 42 Stat. 79 (Enforcement Act of 1871);

- 18 U.S.C. § 2701 et seq. (Stored Communications Act protections);

- 49 Stat. 620 (Public Utilities Holding Company Act of 1935, supporting public right to evidentiary transparency).

## VII. JUDICIAL NOTICE REQUEST

Affiant demands that the Court take Judicial Notice under FRE 201(b) and (d) of the following uncontested procedural facts:

- That Apple Inc. maintains a public-facing Data & Privacy Portal for consumer data requests;

- That Plaintiff submitted formal requests through this portal;

- That Apple's policies represent that users may access device-linked account information upon request.

Affiant does not seek Judicial Notice of disputed matters such as the specific contents of the exhibits; those are authenticated independently by this sworn affidavit under penalty of perjury and subject to evidentiary challenge if any.

## VIII. CERTIFICATION / VERIFICATION

I, HIRAN RODRIGUEZ, hereby affirm under full liability and firsthand knowledge that all facts stated herein are true, correct, and complete. This affidavit is made without prejudice and with full reservation of all rights.

SO HELP ME GOD ON THIS DAY, April 29, 2025, AS IS HEREBY SO ATTESTED!

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

## DECLARATION OF AUTHENTICITY OF EXHIBITS

I, HIRAN RODRIGUEZ, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in the above-captioned case.

2. I have personal knowledge of the matters stated herein.

3. The documents and screenshots attached as Exhibit A to my Noticed Affidavit of Material Fact Regarding Apple Inc. are true, correct, and complete copies of data obtained by me directly through Apple Inc.'s official Data & Privacy Portal and related support communications.

4. These exhibits were captured and preserved by me personally, and have not been materially altered, manipulated, or modified in any way that would affect their evidentiary integrity.

5. The exhibits accurately reflect the information provided (or withheld) by Apple Inc. in response to my lawful data requests.

6. This Declaration is made to authenticate Exhibit A as business records and self-authenticating digital evidence pursuant to Federal Rule of Evidence 902(14) and other applicable rules.

Executed on this 29th day of April, 2025.

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ**, *SUI JURIS*

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## EXHIBIT A

Device Data and Support Interactions

(Apple Inc.)

Includes:

- Data Privacy Downloads

- Support Interaction Records

- Account Creation Error Screenshots

- Unproduced Device Activity Evidence

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**EXHIBIT A**

Device Data and Support Interactions

(Apple Inc.)

Includes:

- Data Privacy Downloads

- Support Interaction Records

- Account Creation Error Screenshots

- Unproduced Device Activity Evidence

**SCREENSHOT EXHIBIT - 0001**



## SCREENSHOT EXHIBIT - 0002



**SCREENSHOT EXHIBIT - 0003**



**SCREENSHOT EXHIBIT - 0004**



This is not optional. I am exercising my legal right to my device activity records under CCPA and GDPR. If you are not authorized to provide them, escalate immediately to someone who is. I will not accept deferral or delay.

I totally understand your concern. Please allow me few more moments to consult my resources regarding this one.

Thank you, but I've already waited. This is a formal request for data Apple claims to hold. I am asserting my rights under the California Consumer Privacy Act (CCPA) and GDPR. I need the list of all Apple IDs created using this iPhone's serial number or UDID immediately.

I will not wait indefinitely. If you cannot provide the information right now, escalate this chat to a supervisor or Apple's Privacy or Legal team immediately. This is urgent, time-sensitive, and I am entitled to this data without

# SCREENSHOT EXHIBIT - 0005

12:56

35

Apple

Thank you, but I've already waited. This is a formal request for data Apple claims to hold. I am asserting my rights under the California Consumer Privacy Act (CCPA) and GDPR. I need the list of all Apple IDs created using this iPhone's serial number or UDID immediately.

I will not wait indefinitely. If you cannot provide the information right now, escalate this chat to a supervisor or Apple's Privacy or Legal team immediately. This is urgent, time-sensitive, and I am entitled to this data without delay.

Got it. To fully address your issue, the best next step is to connect you with our Senior Advisor over the phone. They have access to additional tools and resources beyond what we have here in chat, ensuring a more effective resolution. I highly recommend proceeding with this step for the specialized assistance you need. Ready to move forward?

Message Apple



**SCREENSHOT EXHIBIT - 0006**



12:56

< 35

Apple ✓ >

Got it. To fully address your issue, the best next step is to connect you with our Senior Advisor over the phone. They have access to additional tools and resources beyond what we have here in chat, ensuring a more effective resolution. I highly recommend proceeding with this step for the specialized assistance you need. Ready to move forward?

I've already been on the phone previously for over 40 minutes with no resolution. I am not asking for troubleshooting — this is a formal legal demand under the California Consumer Privacy Act (CCPA) and the General Data Protection Regulation (GDPR).

I demand the immediate production of a list of all Apple ID accounts that Apple's system asserts were created using this device, including the timestamps and account identifiers. Apple is legally obligated to provide this data upon request.

+    Message Apple    

## SCREENSHOT EXHIBIT - 0007



**12:56**

**35**

**Apple** ✔ >

**obligated to provide this data upon request.**

**If you cannot do this right now, escalate this to the Apple Privacy Team or a supervisor authorized to respond to legal privacy data access requests. Delay at this point is unacceptable and will be documented as obstruction.**

I totally understand your concern and I know that this matter is very important and requires immediate actions. But I would like you to know that we do not have access to these data, and to fully address your issue, we would have to connect you with our senior advisor. I am with you on this one, Hira. Help me with your phone number and time zone so I can immediately connect you with our specialist.

**Thank you. Please proceed to escalate this immediately to the senior advisor or specialist with access to device-level Apple ID**

+    Message Apple    🎤

## SCREENSHOT EXHIBIT - 0008

12:56

35

Apple

Thank you. Please proceed to escalate this immediately to the senior advisor or specialist with access to device-level Apple ID activation records.

For the record, I am formally requesting under the California Consumer Privacy Act (CCPA) and GDPR a full list of Apple IDs created using this device's serial number or UDID. I request that this data be provided in writing, with timestamps and account identifiers.

My phone number is 504-203-8459 and I am in the Central Time Zone. This call must occur today. Please confirm that this request is being escalated to Apple's Privacy/Data Compliance team and that the senior advisor is aware that this is a formal legal demand under CCPA and GDPR.

Yes, I will be escalating this to my senior advisor.

One moment please.

Message Apple



## SCREENSHOT EXHIBIT - 0009



**12:56**

35  Apple ✓ >

Yes, I will be escalating this to my senior advisor.

One moment please.

Our senior advisors are not available at this time, but they will be available later from 7:00 AM until 9:45 PM. What time do you prefer to receive the callback?

**Schedule the callback for 7:15 AM today. I expect this issue to be resolved without further delay. Please confirm the appointment and ensure the senior advisor is informed this is a formal CCPA and GDPR data request regarding unauthorized Apple ID activations on a new February 2025 iPhone.**

One moment please.

I have successfully scheduled a callback for you. You will receive a call within at around 7:15 AM CDT today. Please make sure to turn off Silence Unknown Callers in Settings > Phone so that they can reach you.

＋    Message Apple    🎤

**SCREENSHOT EXHIBIT - 0010**



12:56

‹ 35

Apple ✔ ›

I understand your frustration and I am sorry for the inconvenience. I am not able to provide you with a list of Apple IDs that have been created on your device. I can only provide you with the information that I have access to.

I can get you over to our phone support team to speak with a senior advisor. May I have your phone number and time zone?

**Thank you. You've now confirmed that Apple is withholding device-based account creation data from the lawful device owner, despite my formal demand under the California Consumer Privacy Act and GDPR. That will be noted for my legal file.**

I understand. I am sorry for the inconvenience.

**Understood. Please consider this a formal, documented notice that Apple has acknowledged receiving a CCPA/GDPR request**

Message Apple

## SCREENSHOT EXHIBIT - 0011

**Data and Privacy**                                                          Signed in as Hira Roc

# Download your data

**30 apps and services**
6.21GB downloadable in 43 files

**Date requested:** 04/09/2025, 10:51 PM                    Delete this copy ⊖
**Available until:** 05/13/2025, 01:58 PM

| | | |
|---|---|---|
|  | App install and push notification activity | No data ❓ |
| 🔒 | Apple Account and device information | 60KB ⬇ |
| 🟦 | Apple.com and Apple Store | 67 Bytes ⬇ |
| 🍎 | AppleCare | 13KB ⬇ |
| 💬 | Feedback Assistant activity | No data ❓ |
| 🧭 | iCloud Bookmarks Part 1 of 2 | 573KB ⬇ |
| 🧭 | iCloud Bookmarks Part 2 of 2 | 2KB ⬇ |
| 12 | iCloud Calendars and Reminders Part 1 of 2 | 2KB ⬇ |
| 12 | iCloud Calendars and Reminders Part 2 of 2 | 3KB ⬇ |
| 👥 | iCloud Contacts Part 1 of 2 | 5KB ⬇ |
| 👥 | iCloud Contacts Part 2 of 2 | 4KB ⬇ |
| 📒 | iCloud Notes | 944KB ⬇ |
| 🗺 | Maps | No data ❓ |
| 🍎 | Marketing communications | 2KB ⬇ |
| 💳 | Wallet Activity | No data ❓ |
| ⚬⚬⚬ | Other Data Part 1 of 6 | 150 Bytes ⬇ |
| ⚬⚬⚬ | Other Data Part 2 of 6 | 310 Bytes ⬇ |
| ⚬⚬⚬ | Other Data Part 3 of 6 | 214 Bytes ⬇ |

**Need help understanding**

View our file guides for more d
terminology and data used in t

**View and download guide**

For more details on how and w
your data, including how to rai
or question, read the article be

**Learn how Apple uses yo**
**data ›**

Note: Some items such as docum
videos may be large and require si
and bandwidth to download.

Keep the copy of your data secur
download your data, be sure to ke
your devices and consider deletin
longer need it.

# SCREENSHOT EXHIBIT - 0012

| | |
|---|---|
| ⠿ Other Data Part 6 of 6 | 272 Bytes ⓭ |

**Date requested:** 03/29/2025, 12:31 AM
**Available until:** 05/08/2025, 08:48 AM                              Delete this copy ⊖

| | |
|---|---|
|  App install and push notification activity | No data ❓ |
|  Apple Media Services Information | 1.53MB ⓭ |
| 🔒 Apple Account and device information | 42KB ⓭ |
|  Apple.com and Apple Store | 67 Bytes ⓭ |
|  AppleCare | 12KB ⓭ |
| ❗ Feedback Assistant activity | No data ❓ |
| 🧭 iCloud Bookmarks Part 1 of 2 | 952KB ⓭ |
| 🧭 iCloud Bookmarks Part 2 of 2 | 2KB ⓭ |
| 12 iCloud Calendars and Reminders Part 1 of 2 | 3KB ⓭ |
| 12 iCloud Calendars and Reminders Part 2 of 2 | 3KB ⓭ |
| 👥 iCloud Contacts Part 1 of 2 | 7KB ⓭ |
| 👥 iCloud Contacts Part 2 of 2 | 4KB ⓭ |
| ☁ iCloud Drive Part 1 of 5 | 954.56MB ⓭ |
| ☁ iCloud Drive Part 2 of 5 | 953.41MB ⓭ |
| ☁ iCloud Drive Part 3 of 5 | 953.55MB ⓭ |
| ☁ iCloud Drive Part 4 of 5 | 774.42MB ⓭ |
| ☁ iCloud Drive Part 5 of 5 | 953.43MB ⓭ |
| ✉ iCloud Mail | 74.59MB ⓭ |
| 📒 iCloud Notes | 951KB ⓭ |
| 🌸 iCloud Photos Part 1 of 2 | 953.66MB ⓭ |

## SCREENSHOT EXHIBIT - 0013

| | | |
|---|---|---|
|  Marketing communications | 2KB ⊕ |
|  Wallet Activity | 657 Bytes ⊕ |
|  Other Data Part 1 of 5 | 75 Bytes ⊕ |
|  Other Data Part 2 of 5 | 310 Bytes ⊕ |
|  Other Data Part 3 of 5 | 214 Bytes ⊕ |
|  Other Data Part 4 of 5 | 3.29MB ⊕ |
|  Other Data Part 5 of 5 | 272 Bytes ⊕ |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2025 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF SERVICE

I, **HIRAN RODRIGUEZ,** hereby certify under penalty of perjury that on this 29th day

of April, 2025, I electronically submitted the foregoing Noticed Affidavit of Material

Fact Regarding Apple Inc., together with Exhibit A, to the Clerk of Court using the

Electronic Document Submission System (EDSS) for the United States District Court,

Eastern District of Louisiana.

Pursuant to standard procedure, the filing will be processed and entered on the CM/ECF

docket, which will automatically generate electronic notice to all registered counsel of

record. In addition, a true and correct copy was served via electronic mail on the

following attorneys of record:

• *barcuri@fralawfirm.com*

• *lcarlisle@bakerdonelson.com*

• *scefolia@bakerdonelson.com*

• *colin.cisco@jeffparish.net*

• *hailey.cummiskey@arlaw.com*

• *philip.giorlando@bswllp.com*

• *katherine@snw.law*

• *ekesler@bakerdonelson.com*

- *ckrake@courington-law.com*

- *eve.masinter@bswllp.com*

- *vmatherne@courington-law.com*

- *lmince@fishmanhaygood.com*

- *suzy@snw.law*

- *jnieset@phjlaw.com*

- *lrodrigue@fralawfirm.com*

- *lindsaysamuel@dwt.com*

- *lrichard@irwinllc.com*

- *scott@snw.law*

- *qurquhart@irwinllc.com*

- *roland.vandenweghe@arlaw.com*


Respectfully submitted, this 29th day of April, 2025.

*Hiran Rodriguez*

**/s/ HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ**, *SUI JURIS*

*PRO SE PLAINTIFF*

820 Grove Avenue, Metairie, Louisiana 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

# HIRAN RODRIGUEZ

April 4, 2025

The Honorable Nannette Jolivette Brown

Chief Judge

U.S. District Court, Eastern District of Louisiana

500 Poydras Street, Room C-151

New Orleans, LA 70130

RE: Judicial Misconduct Complaint and Procedural Obstruction in Civil Action No. 2:25-cv-00197

Dear Chief Judge Brown:

I am the Pro Se Plaintiff in Rodriguez v. Meta Platforms, Inc., et al., Case No. 2:25-cv-00197, currently pending before Judge Jay C. Zainey. I write to formally report a judicial misconduct matter pursuant to 28 U.S.C. § 351(a) based on a pattern of procedural obstruction, interference with ministerial duties, and judicial partiality that has impaired my access to a fair adjudication.

Summary of Misconduct and Procedural Irregularities

1. Improper Judicial Interference with Rule 55(a) Duties

The Clerk of Court, acting "for Judge Jay C. Zainey", denied my request for Entry of Default against Defendant Mark Zuckerberg on March 31, 2025 (Rec. Doc. 117). This action violates the non-discretionary mandate of Rule 55(a), which states the Clerk must enter default where the party fails to plead or otherwise defend.

2. Refusal to Correct the Error

When I filed a Motion to Vacate the improper denial (Rec. Doc. 126), it was summarily denied by the Court (Rec. Doc. 128), further compounding the procedural prejudice.

3. Continued Involvement Despite Valid Recusal Request

I submitted a properly grounded Motion to Recuse Judge Zainey (Rec. Doc. 91), citing clear indications of docket favoritism, procedural imbalance, and biased ruling patterns. The motion was denied without hearing, and concerns remain unaddressed.

4. Pattern of Suppressed Plaintiff Motions and Favoritism Toward Represented Defendants

My urgent and dispositive motions, some pending for weeks, have been ignored or denied without cause. In contrast, defense motions receive immediate attention, multiple extensions, and favorable disposition. The record reflects inequitable docket management that undermines judicial neutrality.

I respectfully request that Your Honor:

• Investigate this matter under 28 U.S.C. § 351 and applicable judicial conduct standards;

• Initiate corrective oversight regarding the Clerk's procedural independence;

• Consider temporary reassignment of Civil Action No. 2:25-cv-00197 to a neutral and unconflicted Article III judge for the purpose of ruling on all pending Rule 55(a) defaults and emergency motions;

• Record this letter in the administrative record for preservation of rights and appellate reference.

I do not submit this lightly my, but in defense of procedural fairness and constitutional integrity. I remain available to supplement this complaint with docket excerpts, affidavits, and exhibits showing the misconduct described herein.

Respectfully submitted,

HIRAN RODRIGUEZ

*Pro Se Plaintiff, sui juris*

Dated: April 4, 2025

UNITED STATES DISTRICT COURT
CHAMBERS OF
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
500 POYDRAS STREET, CHAMBERS C-205
NEW ORLEANS, LOUISIANA 70130

NEW ORLEANS LA 700

16 APR 2025 PM 1 L



ZIP 70130
02 4W
0000389249 APR 16 2025

US POSTAGE $ 000.69°
PITNEY BOWES

70003-702420

Hiran Rodriguez
820 Grove Avenue
Metairie, LA 70003-7024





**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE

500 POYDRAS STREET, C-205
NEW ORLEANS, LA 70130

April 10, 2025

Mr. Hiran Rodriguez
820 Grove Avenue
Metairie, Louisiana 70003-7024

Dear Mr. Rodriguez,

On April 10, 2025, this office received the letter that you requested be delivered to Chief Judge Nannette Jolivette Brown of the United States District Court for the Eastern District of Louisiana reporting alleged judicial misconduct committed by Judge Jay Zainey.

Please be advised that the United States District Court for the Eastern District of Louisiana is not the proper venue for receiving complaints of judicial misconduct. For information regarding filing a complaint of judicial misconduct, you may visit the website for the United States Courts at www.uscourts.gov, or you may specifically visit the Judicial Conduct and Disability Resources section at https://www.uscourts.gov/judges-judgeships/judicial-conduct-disability.

Because judicial misconduct complaints are not handled by me or in this Court, I am unable to file this complaint of judicial misconduct and returning your original materials to you.

Sincerely,

Nannette Jolivette Brown
Chief Judge
United States District Court
Eastern District of Louisiana

**Attachment**

# HIRAN RODRIGUEZ

April 4, 2025



The Honorable Nannette Jolivette Brown

Chief Judge

U.S. District Court, Eastern District of Louisiana

500 Poydras Street, Room C-151

New Orleans, LA 70130

RE: Judicial Misconduct Complaint and Procedural Obstruction in Civil Action No. 2:25-cv-00197

Dear Chief Judge Brown:

I am the Pro Se Plaintiff in Rodriguez v. Meta Platforms, Inc., et al., Case No. 2:25-cv-00197, currently pending before Judge Jay C. Zainey. I write to formally report a judicial misconduct matter pursuant to 28 U.S.C. § 351(a) based on a pattern of procedural obstruction, interference with ministerial duties, and judicial partiality that has impaired my access to a fair adjudication.

Summary of Misconduct and Procedural Irregularities

*1. Improper Judicial Interference with Rule 55(a) Duties*

*The Clerk of Court, acting "for Judge Jay C. Zainey", denied my request for Entry of Default against Defendant Mark Zuckerberg on March 31, 2025 (Rec. Doc. 117). This action violates the non-discretionary mandate of Rule 55(a), which states the Clerk must enter default where the party fails to plead or otherwise defend.*

*2. Refusal to Correct the Error*

*When I filed a Motion to Vacate the improper denial (Rec. Doc. 126), it was summarily denied by the Court (Rec. Doc. 128), further compounding the procedural prejudice.*

*3. Continued Involvement Despite Valid Recusal Request*

*I submitted a properly grounded Motion to Recuse Judge Zainey (Rec. Doc. 91), citing clear indications of docket favoritism, procedural imbalance, and biased ruling patterns. The motion was denied without hearing, and concerns remain unaddressed.*

**4. Pattern of Suppressed Plaintiff Motions and Favoritism Toward Represented Defendants**

My urgent and dispositive motions, some pending for weeks, have been ignored or denied without cause. In contrast, defense motions receive immediate attention, multiple extensions, and favorable disposition. The record reflects inequitable docket management that undermines judicial neutrality.

I respectfully request that Your Honor:

• Investigate this matter under 28 U.S.C. § 351 and applicable judicial conduct standards;

• Initiate corrective oversight regarding the Clerk's procedural independence;

• Consider temporary reassignment of Civil Action No. 2:25-cv-00197 to a neutral and unconflicted Article III judge for the purpose of ruling on all pending Rule 55(a) defaults and emergency motions;

• Record this letter in the administrative record for preservation of rights and appellate reference.

I do not submit this lightly my, but in defense of procedural fairness and constitutional integrity. I remain available to supplement this complaint with docket excerpts, affidavits, and exhibits showing the misconduct described herein.

Respectfully submitted,

HR 04/05/2025

HIRAN RODRIGUEZ

*Pro Se Plaintiff, sui juris*

Dated: April 4, 2025