UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Hiran Rodriguez

Plaintiff, Pro Se

v.

Meta Platforms, Inc., Apple Inc., X Corp, et al.

Defendants

Civil Action No. 2:25-cv-00197-JCZ-DPC

**EMERGENCY MOTION FOR PROTECTIVE ORDER**

EMERGENCY MOTION FOR PROTECTIVE ORDER TO PRESERVE FILING ACCESS AND COURT RECORD

NOW COMES Plaintiff Hiran Rodriguez, appearing pro se, and respectfully moves this Court to enter a protective order to prevent further retaliation, interference, or denial of access to the Court and its electronic filing system (EDSS). This motion is filed pursuant to the Fifth and Fourteenth Amendments to the United States Constitution, Fed. R. Civ. P. 26(c), and the Court's inherent authority to ensure the integrity of its process.

In support, Plaintiff shows:

1. Since March 15, 2025, beginning with Rec. Doc. 77, the Court has issued a pattern of retaliatory and procedurally defective rulings culminating in Rec. Docs. 186 and 187;

2. Rec. Doc. 77 summarily denied all pending motions without individualized consideration

and admonished Plaintiff without cause, setting the stage for subsequent obstruction;

3. Plaintiff's motion to recuse (Rec. Doc. 91), filed thereafter, triggered further retaliatory conduct, including the imposition of a stay that blocked defaults, the suppression of evidence, and repeated restrictions on filing access;

4. The Court's April 30, 2025 orders (Rec. Docs. 186 and 187) banned Plaintiff from using EDSS, conditioned filing access on mailing or in-person delivery, and threatened dismissal with prejudice unless Plaintiff amended his complaint;

5. Plaintiff has timely objected, appealed, and moved for relief under Rule 60(d)(3), challenging these rulings as the product of fraud on the court and judicial bias;

6. Unless immediate relief is granted, Plaintiff faces irreparable harm due to the blocking of filings, concealment of clerk activity, and potential loss of claims valued in excess of $50 billion.

WHEREFORE, Plaintiff respectfully requests that the Court:

- Issue a protective order preserving Plaintiff's EDSS access pending appeal and investigation;

- Enjoin enforcement of Rec. Doc. 187 and any related clerk instructions rejecting filings;

- Prohibit the Court or its staff from altering, deleting, or obstructing access to EDSS receipts, docket metadata, or submission records;

- Grant such other and further relief as justice requires.

Respectfully submitted,

HR 05/03/2025

/s/ Hiran Rodriguez

Hiran Rodriguez, Plaintiff Pro Se

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, a true and correct copy of the foregoing Notice of Appeal was served by email upon all counsel of record and/or through the Court's electronic filing system (EDSS), and mailed to the Pro Se Unit of the Fifth Circuit as needed.

Dated: 05/03/2025

/s/ Hiran Rodriguez

## **CERTIFICATE OF SERVICE**

I further certify that on May 5, 2025, a copy of the foregoing Emergency Motion for Protective Order To Preserve Filing Access And Court Record was mailed to the Clerk of Court and thereby served on the presiding judge, and was also electronically served to all Defendants (and/or their counsel of record). Plaintiff has taken care to mark this mailing as "URGENT — EMERGENCY MOTION" to ensure prompt attention.

This submission is made via first class U.S. Mail for the sole purpose of preserving Plaintiff's constitutional and procedural rights, and does not constitute consent to, or compliance with, any unlawful order, directive, or restriction issued under authority challenged-pursuant to 28 U.S.C. § 455 and Rule 60(d)(3), including but not limited to Rec. Doc. 187.

05/05/2025

HR

HIRAN RODRIGUEZ
820 Grove Ave, Metairie, LA, 70003-7024

NEW ORLEANS LA 700
6 MAY 2025 AM 2 L

70130-396726

Urgent – Emergency Motion

Clerk of Court
United States District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana, 70130



RECEIVED
MAY 08 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK