# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## MOTION TO VACATE ALL ORDERS ISSUED AFTER FILING OF RECUSAL MOTION (REC. DOC. 91)

**NOW INTO COURT**, comes Plaintiff HIRAN RODRIGUEZ, appearing *pro se*, who respectfully submits this **Motion to Vacate all Orders** issued after the filing of Plaintiff's **Motion to Recuse Judge Jay C. Zainey (Rec. Doc. 91)**, pursuant to **28 U.S.C. §§ 144 and 455, Rule 60(d) (3)**, and the inherent authority of this Court to preserve the integrity of judicial proceedings.

Plaintiff's recusal motion, filed on **March 16, 2025**, invoked the **automatic disqualification provisions** under **28 U.S.C. § 144**, which mandates that once a timely and legally sufficient affidavit is filed, the challenged judge must step aside, and the matter be assigned to another judge. However, despite this clear statutory command, Judge Jay C. Zainey continued to exercise judicial authority over the matter, issuing rulings on dispositive motions and procedural restrictions, including **Rec. Docs. 100, 102, 103, 109, 117, 186, and 187**, all of which are void ab initio as a matter of law. See *United States v. Sibla*, 624 F.2d 864, 867 (9th Cir. 1980).

This unlawful exercise of authority offends the principle of impartiality and violates Plaintiff's constitutional right to a fair forum. Any orders entered subsequent to the March 16, 2025 filing of the recusal motion were tainted by the presence of a judge whose neutrality had been reasonably questioned, and whose continued involvement contravened the automatic stay provision triggered by **28 U.S.C. § 144.**

These defects are not merely procedural-they implicate the structural integrity of the judiciary and require the Court to vacate sua sponte all orders issued **post-Rec. Doc. 91**. This includes, but is not limited to, **Rec. Docs. 100, 102, 103, 109, 117, 137, 186, and 187**. All such orders are

2

jurisdictionally void, as the Court lacked lawful authority to act during the pendency of a recusal challenge.

PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that this Court:

1. **Vacate all orders entered after Rec. Doc. 91,** including but not limited to Rec. Docs. 100 through 187;

2. **Reassign the case** to a neutral Article III judge uninvolved in the challenged misconduct;

3. **Reinstate** all filings obstructed or removed during this period;

4. **Grant** any other relief deemed just and appropriate under the circumstances.

Respectfully submitted,

*Hiran Rodriguez*

/s/ **Hiran Rodriguez**

Hiran Rodriguez, *Pro Se*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 3, 2025

3

**All Rights Reserved - UCC 1-308**

**Without Prejudice - Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. $$ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

This submission is made via EDSS for the sole purpose of preserving Plaintiff's constitutional and procedural rights, and does not constitute consent to, or compliance with, any unlawful order, directive, or restriction issued under authority challenged pursuant to 28 U.S.C. § 455 and Rule 60(d)(3), including but not limited to Rec. Doc. 187.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2025, I served a copy of the foregoing

**MOTION TO VACATE ALL ORDERS ISSUED AFTER FILING OF RECUSAL MOTION (REC. DOC. 91)**

upon all parties and counsel of record via electronic mail to the addresses listed below:

barcuri@fralawfirm.com, lcarlisle@bakerdonelson.com, scefolia@bakerdonelson.com, colin.cisco@jeffparish.net, hailey.cummiskey@arlaw.com, philip.giorlando@bswllp.com, katherine@snw.law, ekesler@bakerdonelson.com, ckrake@courington-law.com, eve.masinter@bswllp.com, vmatherne@courington-law.com, lmince@fishmanhaygood.com, suzy@snw.law, jnieset@phjlaw.com, lrodrigue@fralawfirm.com, lindsaysamuel@dwt.com, lrichard@irwinllc.com, scott@snw.law, qurquhart@irwinllc.com, roland.vandenweghe@arlaw.com

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

Hiran Rodriguez,

Pro Se Plaintiff

5

# NOTICE OF SUBMISSION

NOW INTO COURT, comes Plaintiff, **HIRAN RODRIGUEZ**, appearing *sui juris* and *pro se*, and respectfully gives notice that the foregoing Motion or Filing shall be submitted to the duly assigned Article III judge or any reassigned judicial officer, consistent with Plaintiff's jurisdictional objections and previously filed Motion to Recuse Judge Jay C. Zainey under 28 U.S.C. § 455(a) and (b) (Rec. Doc. 91), which was denied by Judge Zainey in Rec. Doc. 100 but remains constitutionally contested under 28 U.S.C. § 144.

This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

Respectfully submitted, this 5th day of May, 2025.

*Hiran Rodriguez* HR

/s/ **HIRAN RODRIGUEZ**

**HIRAN RODRIGUEZ**, *SUI JURIS*

*PRO SE PLAINTIFF*

820 Grove Avenue

1

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** May 5, 2025.

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

# **CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ**, hereby certify under penalty of perjury that on this **5th day of May, 2025**, a true and correct copy of the following filings:

(1) Plaintiff's Motion to Strike Orders Issued by Judge Jay C. Zainey as Fraudulent and Void,

(2) Emergency Motion for Protective Order To Preserve Filing Access And Court Record,

(3) Motion for Entry of Rule 54(b) Judgment,

(4) Rule 60(d)(3) Motion for Relief from Judgment Due to Fraud on the Court,

(5) Renewed Motion for Entry of Default Judgment,

(6) Motion to Vacate All Orders Issued After Filing of Recusal Motion (Rec. Doc. 91),

...was mailed to the Clerk of Court and thereby served on the presiding judge, and was also electronically served to all Defendants (and/or their counsel of record). This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

1

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.

No tacit agreement presumed; no consent granted where none is explicitly expressed.

Respectfully submitted,

*Hiran Rodriguez* HR

**/s/ HIRAN RODRIGUEZ,** *SUI JURIS*

Hiran Rodriguez,

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 5, 2025

2

HIRAN RODRIGUEZ
820 Grove Ave, Metairie, LA. 70003-7024

Clerk of Court
United States District Court for the Eastern District of
Louisiana
500 Poydras Street
New Orleans, Louisiana, 70130



