# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## **RENEWED MOTION FOR ENTRY OF DEFAULT JUDGEMENT**

NOW INTO COURT, comes Plaintiff Hiran Rodriguez, who respectfully renews his Motion for Entry of Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and in support thereof states the following:

1. On January 29, 2025, Plaintiff filed the Complaint in this matter, asserting constitutional and statutory claims against the above-named Defendants, including claims under the Electronic Communications Privacy Act, the Federal Wiretap Act, and 42 U.S.C. § 1983.

2. The following Defendants were properly served via the U.S. Marshals Service on the dates listed below, and the corresponding Proofs of Service were filed in the docket:
    - T-Mobile USA, Inc. – served on April 11, 2025.
    - The Kansas City Southern Railway Company – served on April 9, 2025.
    - Elon Musk – served on April 1, 2025.
    - Meta Platforms, Inc. – served on March 6, 2025.
    - Mark Zuckerberg – served on March 6, 2025.

3. Despite valid service and the expiration of the prescribed time to answer or otherwise respond under Rule 12(a), none of these Defendants filed an Answer, Motion, or Notice of Appearance. Plaintiff is thus entitled to entry of default and default judgment under Rule 55(a) and (b)(2).

4. Plaintiff previously moved for default judgment against these Defendants. However, the Clerk and the Court failed to properly process or adjudicate those motions, instead issuing irregular denials and entering retaliatory orders (e.g., Rec. Doc. 117, 186, 187) which interfered with the adjudication of these defaults.

5. Given the passage of the response deadlines, the absence of valid filings from Defendants, and the record of noncompliance, Plaintiff renews this motion and

1

respectfully demands that default be entered forthwith and judgment rendered on the merits of the Complaint as pleaded.

6. Rule 55(b)(2) authorizes the Court to enter default judgment after notice and upon evidence, and Plaintiff affirms that notice was provided to Defendants and their agents of record. The record also reflects notice of pending motions for default and exhibits in support.

---

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Honorable Court:

- Enter Default Judgment against each of the above-named Defendants;
- Grant such injunctive, declaratory, and monetary relief as pleaded in the Complaint;
- Order such further relief as the Court deems just and proper.

Respectfully submitted,

*Hiran Rodriguez*

/s/ **Hiran Rodriguez**

Hiran Rodriguez, *Pro Se*

2

820 Grove Avenue, Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

3

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned, HIRAN RODRIGUEZ, Pro Se Plaintiff, respectfully submits this Renewed Motion for Entry of Default Judgment as to the following defendants:

- T-Mobile USA, Inc.

- The Kansas City Southern Railway Company

- Elon Musk

- Meta Platforms, Inc.

- Mark Zuckerberg

This motion is respectfully submitted for review and resolution by the Court in accordance with Federal Rule of Civil Procedure 55(b)(2). The submission is made via EDSS solely for the preservation of Plaintiff's rights and without waiving any objections previously asserted as to judicial conduct, Rec. Docs. 186 and 187, or unconstitutional filing restrictions.

Respectfully submitted,

*Hiran Rodriguez*
/s/ Hiran Rodriguez

Hiran Rodriguez, *Pro Se*

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 3, 2025

## CERTIFICATE OF SERVICE

I, HIRAN RODRIGUEZ, hereby certify under penalty of perjury that on this 3rd day of May, 2025, a true and correct copy of the foregoing:

- Renewed Motion for Entry of Default Judgment

- Notice of Submission

was submitted via EDSS to the Clerk of Court for the Eastern District of Louisiana and served via electronic mail to all counsel of record as follows:

barcuri@fralawfirm.com, lcarlisle@bakerdonelson.com,

scefolia@bakerdonelson.com,

colin.cisco@jeffparish.net, hailey.cummiskey@arlaw.com,

philip.giorlando@bswllp.com,

katherine@snw.law, ekesler@bakerdonelson.com, ckrake@courington-law.com,

eve.masinter@bswllp.com, vmatherne@courington-law.com,

lmince@fishmanhaygood.com,

suzy@snw.law, jnieset@phjlaw.com, lrodrigue@fralawfirm.com,

lindsaysamuel@dwt.com, lrichard@irwinllc.com, scott@snw.law,

qurquhart@irwinllc.com, roland.vandenweghe@arlaw.com

Respectfully submitted,

*Hiran Rodriguez*   HR 05/03/2025

/s/ Hiran Rodriguez

Hiran Rodriguez, Pro Se

820 Grove Ave

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

All Rights Reserved – UCC 1-308

Without Prejudice – Without Recourse

## NOTICE OF SUBMISSION

NOW INTO COURT, comes Plaintiff, **HIRAN RODRIGUEZ**, appearing *sui juris* and *pro se*, and respectfully gives notice that the foregoing Motion or Filing shall be submitted to the duly assigned Article III judge or any reassigned judicial officer, consistent with Plaintiff's jurisdictional objections and previously filed Motion to Recuse Judge Jay C. Zainey under 28 U.S.C. § 455(a) and (b) (Rec. Doc. 91), which was denied by Judge Zainey in Rec. Doc. 100 but remains constitutionally contested under 28 U.S.C. § 144.

This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

Respectfully submitted, this 5th day of May, 2025.

*Hiran Rodriguez* HR

/s/ HIRAN RODRIGUEZ

**HIRAN RODRIGUEZ,** *SUI JURIS*

PRO SE PLAINTIFF

820 Grove Avenue

1

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** May 5, 2025.

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

2

## **CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ**, hereby certify under penalty of perjury that on this **5th day of May, 2025**, a true and correct copy of the following filings:

(1) Plaintiff's Motion to Strike Orders Issued by Judge Jay C. Zainey as Fraudulent and Void,

(2) Emergency Motion for Protective Order To Preserve Filing Access And Court Record,

(3) Motion for Entry of Rule 54(b) Judgment,

(4) Rule 60(d)(3) Motion for Relief from Judgment Due to Fraud on the Court,

(5) Renewed Motion for Entry of Default Judgment,

(6) Motion to Vacate All Orders Issued After Filing of Recusal Motion (Rec. Doc. 91),

...was mailed to the Clerk of Court and thereby served on the presiding judge, and was also electronically served to all Defendants (and/or their counsel of record). This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

1

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.

No tacit agreement presumed; no consent granted where none is explicitly expressed.

Respectfully submitted,

*Hiran Rodriguez* HR

**/s/ HIRAN RODRIGUEZ,** *SUI JURIS*

Hiran Rodriguez,

*Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 5, 2025

2

HIRAN RODRIGUEZ
820 Grove Ave, Metairie, LA, 70003-7024

Clerk of Court
United States District Court for the Eastern District of
Louisiana
500 Poydras Street
New Orleans, Louisiana, 70130



RECEIVED
MAY 08 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK