**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HIRAN RODRIGUEZ,**
PLAINTIFF

V.

**META PLATFORMS, INC., *ET AL.***
DEFENDANTS

CIVIL ACTION NO. 2:25-cv-00197
SECTION A
JUDGE JAY C. ZAINEY

DIVISION 2
MAGISTRATE JUDGE
DONNA P. CURRAULT

JURY TRIAL DEMANDED

# MOTION FOR ENTRY OF RULE 54(b) JUDGMENT

NOW INTO COURT, comes Plaintiff Hiran Rodriguez, appearing *pro se* and *sui juris*, who respectfully moves this Court for entry of final judgment as to certain parties and claims pursuant to Federal Rule of Civil Procedure 54(b), and in support thereof states as follows:

1. Plaintiff commenced this civil action asserting constitutional, statutory, and common law claims against multiple defendants, including Meta Platforms, Inc., Mark Zuckerberg, T-Mobile USA, Inc., Kansas City Southern Railway, Elon Musk, and others.

2. Various dispositive orders have been entered dismissing Plaintiff's claims against these parties (see, e.g., Rec. Docs. 186 and 187). However, other aspects of the case remain unresolved.

3. Under Rule 54(b), where multiple claims or parties exist, the Court may direct entry of a final judgment as to fewer than all claims or parties if it expressly determines that there is "no just reason for delay."

4. Plaintiff contends that the orders dismissing his claims against the aforementioned defendants constitute final and appealable determinations of those claims, and therefore, entry of judgment is proper to preserve appellate rights without awaiting full resolution of the remaining proceedings.

5. Immediate appellate review is particularly appropriate here given the allegations of

judicial bias, obstruction, and due process violations, as documented in Plaintiff's concurrently filed Rule 60(d)(3) motion and judicial misconduct reports.

6. Certification and entry of judgment will not prejudice any party, but delay would impose ongoing and irreparable prejudice on Plaintiff by foreclosing timely appellate relief and compounding the harm stemming from the alleged misconduct.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter a Rule 54(b) judgment as to all claims dismissed against Meta Platforms, Inc., Mark Zuckerberg, T-Mobile USA, Inc., The Kansas City Southern Railway Company, and Elon Musk, and certify that there is no just reason for delay.

**Respectfully submitted,**

Hiran Rodriguez

**/s/ Hiran Rodriguez**

Hiran Rodriguez, *Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** May 3, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 3, 2025, I submitted the foregoing Motion for Entry of Rule 54(b) Judgment, along with this Notice of Submission and Certificate of Service, through the EDSS portal of the United States District Court for the Eastern District of Louisiana. I further certify that I served a true and correct copy by email to all counsel of record:

*barcuri@fralawfirm.com, lcarlisle@bakerdonelson.com, scefolia@bakerdonelson.com, colin.cisco@jeffparish.net, hailey.cummiskey@arlaw.com, philip.giorlando@bswllp.com, katherine@snw.law, ekesler@bakerdonelson.com, ckrake@courington-law.com, eve.masinter@bswllp.com, vmatherne@courington-law.com, lmince@fishmanhaygood.com, suzy@snw.law, jnieset@phjlaw.com, lrodrigue@fralawfirm.com, lindsaysamuel@dwt.com, lrichard@irwinllc.com, scott@snw.law, qurquhart@irwinllc.com, roland.vandenweghe@arlaw.com*

**Respectfully submitted,**

Hiran Rodriguez HR

**/s/ Hiran Rodriguez**

**Hiran Rodriguez,** *Pro Se*

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** 05/03/2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# NOTICE OF SUBMISSION

NOW INTO COURT, comes Plaintiff, HIRAN RODRIGUEZ, who respectfully gives notice that the foregoing Motion for Entry of Rule 54(b) Judgment shall be submitted for consideration by the duly assigned Article III judge, or any reassigned judicial officer, consistent with Plaintiff's objections under 28 U.S.C. § 455 and Plaintiff's Motion to Recuse previously filed at Rec. Doc. 91. This Notice preserves Plaintiff's jurisdictional objections and does not constitute consent to any authority previously challenged. HR

# CERTIFICATE OF SERVICE

I further certify that on May 5, 2025, a copy of the foregoing MOTION FOR ENTRY OF RULE 54(b) JUDGEMENT, was mailed to the Clerk of Court and thereby served on the presiding judge, and was also electronically served to all Defendants (and/or their counsel of record). Plaintiff has taken care to mark this mailing as "URGENT" to ensure prompt attention.

This submission is made via first class U.S. Mail for the sole purpose of preserving Plaintiff's constitutional and procedural rights, and does not constitute consent to, or compliance with, any unlawful order, directive, or restriction issued under authority challenged pursuant to 28 U.S.C. § 455 and Rule 60(d)(3), including but not limited to Rec. Doc. 187.

Hiram Rodriguez

HIRAN RODRIGUEZ

820 Grove Ave, Metairie, LA, 70003-7024

URGENT

Clerk of Court
United States District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana, 70130

FOREVER USA 2024

FOREVER USA 2024


RECEIVED
MAY 08 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK