2:25-cv-00197-JCZ-DPC

# UNDER DIVINE COVERING AND CONSTITUTIONAL AUTHORITY





Certified by Ecclesiastical Authority – Sun Rising Ministries

*This document is protected under ecclesiastical law*
*and the Constitution for the United States of America.*
Sun Rising Ministries – A 501(c)(3) Church Corporation

# EXHIBIT F

*(Submitted Under Seal)*

**EXHIBIT F - False Sex Offender Notification from Jefferson Parish Sheriff's Office. Dated November 15, 2024.**

# Sex Offender Notification



Jefferson Parish Sheriff's Office
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriffs Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

**Offender Information**   Registration #647028
Risk/Class. Tier 1
Name REESE JR, CARY JAMES
Comments:

Age 53
Sex Male
Race Black
Height 6.00
Weight 198
Hair Black
Eyes Brown



## Residence

| Street | City | County | State | Zip |
|---|---|---|---|---|
| 1516 ROOSEVELT BLVD | KENNER | Jefferson | LA | 70062 |

## Alias

BUGG REESE, CARY J REISE, CJ REESE

## Scars/Tattoos

| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 09/08/2023 OFFENDER REP | | Other / 09/08/2023 OFFENDER REP_ear | | Piercing / 09/08/2023 0 |
| | Prosthesis / 09/08/2023 OFFENDER REP | | Scar / 09/08/2023 OFFENDER REP | | Ultraviolet Tattoo / 09/0 |
| | Tattoo / 09/08/2023 OFFENDER REP | | | | |

## Offense

| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 07/29/1996 | 11/07/1996 | 1 | 14:81- Indecent Behavior with Juveniles | |

# Community Notice

```
Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA
```

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed 11/15/24



P.O. Box 5466
Covington, LA 70434

*******AUTO**5-DIGIT 70003
T27 P1
OCCUPANT
820 GROVE AVE
METAIRIE , LA  70003-7024

11553

**EXHIBIT F - False Sex Offender Notification from Jefferson Parish Sheriff's Office. Dated December 11, 2024.**

# Sex Offender Notification



Jefferson Parish Sheriff's Office
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriff's Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

## Offender Information
Registration #6834891
Risk/Class. Tier 3
Name  PIZZOLATO IV, MICHAEL V
Comments:

Age 54
Sex Male
Race White
Height 5.09
Weight 250
Hair Brown
Eyes Brown



### Residence

| Street | City | County | State | Zip |
|---|---|---|---|---|
| 500 WALDO ST | METAIRIE | Jefferson | LA | 70003 |

### Alias

MICHAEL J PIZZALTO , MICHAEL J PIZZOLATO , MIKE PIZZOLATO

### Scars/Tattoos

| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| R_arm | Mark / 10/30/2019 NONE; NO CHA Prosthesis / 10/30/2019 NONE; NO CH Tattoo / 10/30/2019 INITIALS "MV | Hand L_Shoulder | Other / 10/30/2019 NONE; NO CHA Scar / 10/30/2019 SCAR ON LEFT Scar / 10/30/2019 SCAR ON REAR R_arm | | Piercing / 10/30/2019 N Ultraviolet Tattoo / 10/3 Tattoo / 10/30/2019 TR |

### Offense

| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 05/25/1991 | 08/17/2009 | 1 | 14:42.1- Forcible Rape | |
| 01/22/1989 | 08/17/2009 | 2 | 14:81.2- Molestation of Juvenile | |
| 01/22/1989 | 08/17/2009 | 3 | 14:43.1- Sexual Battery | |
| 09/04/1991 | 08/17/2009 | 1 | 14:43.3- Oral Sexual Battery | |

# Community Notice

Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?


OffenderWatch
INITIATIVE

P.O. Box 5466
Covington, LA 70434

9055

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed 12/11/24

*******AUTO**5-DIGIT 70003
T10 P1
OCCUPANT
820 GROVE AVE
METAIRIE, LA 70003-7024

# Sex Offender Notification

Registration #647028



**Jefferson Parish Sheriff's Office**
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

The Individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriff's Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

## Offender Information
Risk/Class: Tier 1
Name: REESE JR, CARY JAMES
Comments:

Age 53
Sex Male
Race Black
Height 6.00
Weight 198
Hair Black
Eyes Brown



### Residence
| Street | City | County | State | Zip |
|---|---|---|---|---|
| 1516 ROOSEVELT BLVD | KENNER | Jefferson | LA | 70062 |

### Alias
BUGG REESE, CARY J REISE, CJ REESE

### Scars/Tattoos
| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 09/08/2023 OFFENDER REP | | Other / 09/08/2023 OFFENDER REP, ear | | Piercing / 09/08/2023 OFF |
| | Prosthesis / 09/08/2023 OFFENDER REP | | Scar / 09/08/2023 OFFENDER REP | | Ultraviolet Tattoo / 09/08/2 |
| | Tattoo / 09/08/2023 OFFENDER REP | | | | |

### Offense
| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 07/29/1996 | 11/07/1996 | 1 | 14:81- Indecent Behavior with Juveniles | |

# Community Notice

Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed 11/15/24

OFFENDERWATCH
INITIATIVE

P.O. Box 5466
Covington, LA 70434

*********AUTO**5-DIGIT70003
T27 P1
OCCUPANT
820 GROVE AVE
METAIRIE, LA 70003-7024

11553

# Sex Offender Notification

Registration #834891



**Jefferson Parish Sheriff's Office**
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriff's Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

## Offender Information
Risk/Class: Tier 3
Name: PIZZOLATO IV, MICHAEL V
Comments:



Age 54
Sex Male
Race White
Height 5.09
Weight 250
Hair Brown
Eyes Brown

### Residence
| Street | City | County | State | Zip |
|---|---|---|---|---|
| 500 WALDO ST | METAIRIE | Jefferson | LA | 70003 |

### Alias
MICHAEL J PIZZALTO, MICHAEL J PIZZOLATO, MIKE PIZZOLATO

### Scars/Tattoos
| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 10/30/2019 NONE, NO CHA | | Other / 10/30/2019 NONE, NO CHA | | Piercing / 10/30/2019 NON |
| | Prosthesis / 10/30/2019 NONE, NO C##and | | Scar / 10/30/2019 SCAR ON LEFT | | Ultraviolet Tattoo / 10/30/2 |
| R_arm | Tattoo / 10/30/2019 INITIALS "MV L_Shoulder | | Scar / 10/30/2019 SCAR ON REAR R_arm | | Tattoo / 10/30/2019 TRIBA |

### Offense
| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 05/25/1991 | 08/17/2009 | 1 | 14:42.1- Forcible Rape | |
| 01/22/1989 | 08/17/2009 | 2 | 14:81.2- Molestation of Juvenile | |
| 01/22/1989 | 08/17/2009 | 3 | 14:43.1- Sexual Battery | |
| 09/04/1991 | 08/17/2009 | 1 | 14:43.3- Oral Sexual Battery | |

# Community Notice

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed 12/11/24



OFFENDERWATCH
INITIATIVE.

P.O. Box 5466
Covington, LA 70434

Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA

*********AUTO**5-DIGIT70003
T10 P1
OCCUPANT
820 GROVE AVE
METAIRIE , LA 70003-7024

9055

# ECCLESIASTICAL SEAL AND COVERING

This Petition is submitted under the ecclesiastical authority of Sun Rising Ministries, a federally recognized 501(c)(3) nonprofit church and ministry, and sealed by its duly elected Pastor, Hiran Rodriguez, on November 24, 2024, in the County of Jefferson, State of Louisiana.

All rights are reserved under the Constitution for the United States of America and under the laws of Nature and Nature's God. This action is protected religious expression and shall not be abridged by any agency, court, or commercial actor.





*Sun Rising Ministries – A 501(c)(3) Church Corporation*