2:25- cv- 00147-JCZ-DPC

**RECEIVED**
**MAY 13 2025**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

# Freedom of Information Act (FOIA) Request

Date: May 2, 2025

To: Clerk's Office, United States District Court for the Eastern District of Louisiana

Subject: FOIA Request for Clerk Activity Logs, Internal Communications, and EDSS Submission Metadata

Pursuant to the Freedom of Information Act and applicable federal public records laws, I respectfully request access to and copies of the following records maintained by the Clerk's Office of the Eastern District of Louisiana relating to Case No. 2:25-cv-00197:

• Clerk activity logs and docket metadata (including timestamps and personnel identifiers) from April 23, 2025 through May 2, 2025, especially relating to Rec. Docs. 174, 182, 183, 185, 186, and 187.

• All internal emails, messages, notes, or task assignments among Clerk staff (including but not limited to those signed as "jls," "mmm," "lag," and "cf") referring to Plaintiff Hiran Rodriguez, filings submitted via EDSS, or the entry of the above-referenced Rec. Docs.

• EDSS system logs and submission metadata for all filings attempted or received between April 23 and May 2, 2025, including upload confirmation details, access logs, format conversion actions, and any system notices.

This request is necessary to investigate ongoing procedural anomalies, including the appearance of unauthorized alterations to court filings and administrative interference with EDSS submissions. This period includes Rec. Doc. 183, which Plaintiff alleges was not filed as submitted, and Rec. Docs. 186–187, which imposed significant restrictions on future filings.

For purposes of identifying responsible parties and documenting procedural actions, it is important to confirm which clerk personnel handled or altered filings during this time. Rec. Doc. 174 (filed 04/23/2025) was the last known entry attributed to (lag) before Rec. Doc. 186 and 187 (entered 04/30/2025), supporting the need for metadata linkage.

I request that these records be produced in digital PDF format or native format where applicable. If any portions are withheld, please provide the legal justification and index of

withheld materials under FOIA exemption standards.

Respectfully submitted,

Hiran Rodriguez

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

*Hiran Rodriguez* HR

Hiran Rodriguez

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

May 1, 2025

Clerk of Court

U.S. District Court for the Eastern District of Louisiana

500 Poydras Street, Room C-151

New Orleans, Louisiana 70130

RE: Freedom of Information Act Request – EDSS Submission Outage Logs and Internal Communications (April 17–25, 2025)

To the Clerk of Court or FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and Louisiana Public Records Law, I am formally requesting access to records concerning the technical outage and maintenance of the Eastern District of Louisiana's Electronic Document Submission System (EDSS) between April 17, 2025, and April 25, 2025.

Specifically, I request:

1. Server logs, error logs, and system status reports showing the nature and duration of EDSS outages during this time.
2. All internal communications (including emails, memos, and helpdesk tickets) between Clerk's Office personnel, IT administrators, and contractors discussing the outage or EDSS filing restrictions during this timeframe.
3. Any notice, directive, or order authorizing or acknowledging the maintenance period in which the EDSS was rendered unavailable to pro se litigants.
4. Metadata logs associated with attempted or failed filings by pro se litigants during this timeframe, including those associated with error messages shown in the attached Exhibit.

These records are sought in the interest of preserving the integrity of the court record in Case No. 2:25-cv-00197-JCZ-DPC and to substantiate claims of systemic access obstruction.

I request that any responsive records be provided electronically via email to hiranrodriguez@outlook.com. I am willing to pay reasonable duplication fees up to $25. Please notify me in advance if the fees will exceed this amount.

If this request is denied in whole or in part, please justify all deletions by reference to specific exemptions of the FOIA. I reserve the right to appeal any such decision.

Thank you for your prompt attention to this matter.

Respectfully,

Hiran Rodriguez
Pro Se Litigant

Hiran Rodriguez

820 Grove Avenue

Metairie, Louisiana 70003

hiranrodriguez@outlook.com

(504) 203-8459


May 2, 2025


Clerk of Court

U.S. District Court for the Eastern District of Louisiana

500 Poydras Street, Room C-151

New Orleans, LA 70130


RE: FOIA Request EDSS Maintenance Logs, Communications, and Failure Records (April 17 25, 2025)

To Whom It May Concern:


Pursuant to the Freedom of Information Act (5 U.S.C. 552) and any applicable local rules, I respectfully request the following records related to the Eastern District of Louisianas Electronic Document Submission System (EDSS) availability and operations during the period of April 17 through April 25, 2025:


1. Any internal or external email communications, memos, notices, instructions, or maintenance schedules related to the planned or unplanned downtime of the EDSS portal during this timeframe.

2. All server-side logs or metadata reflecting failed form submission attempts (including AJAX HTTP errors and support ID references) involving EDSS interactions from my devices.

3. Records of any maintenance performed on the EDSS portal during this period, including but not limited to:

    The identities of any IT personnel, contractors, or clerical staff responsible for the outages or interface changes.

    The specific causes of any disruption or maintenance.

    Internal notices or authorizations approving said outages.

4. All announcements or error messages displayed to the public on the EDSS interface between April 17 and April 25, 2025, including:

    The EDSS system is temporarily unavailable for filing Pro Se documents, as it is undergoing maintenance. Documents may still be filed by mail or in person.

    The Electronic Document Submission System has completed maintenance and is available again.

5. Error messages received by me, including but not limited to:

    An AJAX HTTP request terminated abnormally (documented during failed upload attempts on April 19, 2025)

    The requested URL was rejected. Please consult with your administrator. Your support ID is: 37337155508232204135 (received April 23, 2025, at 8:54 AM CDT)

6. Any documentation or internal reports referencing delayed, deferred, or rejected filings as a result of this EDSS maintenance.

7. Any policy changes or emergency procedures that were activated to accommodate mail or in-person filings during the EDSS outage.

I request that these documents be provided in electronic format if possible. If there are any fees for searching or copying, please inform me in advance. I am willing to narrow the scope of this request if needed to facilitate timely production.

Thank you for your prompt attention to this request. Please confirm receipt and advise if any clarification is needed.

Sincerely,

Hiran Rodriguez

**MAINTENANCE NOTICE - SCREENSHOT EXHIBIT - 0001**






# Electronic Document Submission System (EDSS)

**The Electronic Document Submission System has completed maintenance and is available again**

The Electronic Document Submission System (EDSS) is available for parties who are not represented by an attorney. Such parties may use this service to submit documents for filing with the Court. The Pro Se Unit reviews all documents submitted through the EDSS for compliance with Federal and Local Rules prior to filing them in the record. In most instances, documents will be processed within 1-2 business days of receipt. New case filings will not receive a case number until they have been processed. The date the document was received will be the filed date. A document must be received (i.e., the submission process completed in full) by 11:59 p.m. to be filed on that day's date.

For all emergency filings, filing of sensitive documents, and general questions, please contact the Pro Se Unit at (504) 589-7751 or in person in the intake area of Room C-151 of the Clerk's Office at 500 Poydras Street, New Orleans, Louisiana, 70130. The Pro Se Unit will not respond to any correspondence sent through the EDSS. If you are unable to utilize the EDSS to submit documents to the Court, you can submit documents



**AJAX REQUEST TERMINATED ERROR - SCREENSHOT EXHIBIT - 0003**



**UPLOAD ERROR - SUPPORT ID 3733715508232204135 - SCREENSHOT EXHIBIT - 0004**



4

**UPLOAD ERROR - SUPPORT ID 3733715508232236743 - SCREENSHOT EXHIBIT - 0005**



5

**UPLOAD ERROR - SUPPORT ID 3733715508237149921 - SCREENSHOT EXHIBIT - 0006**





404 ERROR - REFERENCE 3733715508239102548 - SCREENSHOT EXHIBIT - 0008



**404 ERROR - REFERENCE 3733715508231907506 - SCREENSHOT EXHIBIT - 0009**





UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that on May 2, 2025, I placed in the United States mail, properly addressed and with sufficient postage affixed, a true and correct copy of the following documents:

- FOIA Cover Letter dated May 1, 2025

- FOIA Request for EDSS Maintenance Logs and Related Records

- Screenshot Exhibits (Exhibits 0001 through 0009)

Said documents were mailed to the following address:

Clerk of Court

United States District Court for the Eastern District of Louisiana

500 Poydras Street, Room C-151

New Orleans, LA 70130

Executed this 2nd day of May, 2025.

Respectfully submitted,

Hiran Rodriguez

820 Grove Avenue

Metairie, Louisiana 70003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CERTIFICATE OF SERVICE

(504) 203-8459

hiranrodriguez@outlook.com


(Signature)

*Hiran Rodriguez*