2:25-cv-00197-JCZ-DPC

**RECEIVED**
**MAY 13 2025**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

## Freedom of Information Act (FOIA) Request

Date: May 2, 2025

To: Clerk's Office, United States District Court for the Eastern District of Louisiana

Subject: FOIA Request for Clerk Activity Logs, Internal Communications, and EDSS Submission Metadata

Pursuant to the Freedom of Information Act and applicable federal public records laws, I respectfully request access to and copies of the following records maintained by the Clerk's Office of the Eastern District of Louisiana relating to Case No. 2:25-cv-00197:

• Clerk activity logs and docket metadata (including timestamps and personnel identifiers) from April 23, 2025 through May 2, 2025, especially relating to Rec. Docs. 174, 182, 183, 185, 186, and 187.

• All internal emails, messages, notes, or task assignments among Clerk staff (including but not limited to those signed as "jls," "mmm," "lag," and "cf") referring to Plaintiff Hiran Rodriguez, filings submitted via EDSS, or the entry of the above-referenced Rec. Docs.

• EDSS system logs and submission metadata for all filings attempted or received between April 23 and May 2, 2025, including upload confirmation details, access logs, format conversion actions, and any system notices.

This request is necessary to investigate ongoing procedural anomalies, including the appearance of unauthorized alterations to court filings and administrative interference with EDSS submissions. This period includes Rec. Doc. 183, which Plaintiff alleges was not filed as submitted, and Rec. Docs. 186–187, which imposed significant restrictions on future filings.

For purposes of identifying responsible parties and documenting procedural actions, it is important to confirm which clerk personnel handled or altered filings during this time. Rec. Doc. 174 (filed 04/23/2025) was the last known entry attributed to (lag) before Rec. Doc. 186 and 187 (entered 04/30/2025), supporting the need for metadata linkage.

I request that these records be produced in digital PDF format or native format where applicable. If any portions are withheld, please provide the legal justification and index of

withheld materials under FOIA exemption standards.

Respectfully submitted,

Hiran Rodriguez

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

*HR*

All Rights Reserved – UCC 1-308

Without Prejudice – Without Recourse

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

No tacit agreement presumed; no consent granted where none is explicitly expressed.