

RECEIVED

MAY 13 2025

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC., *ET AL.*** | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF

## PREVIOUS FILING

NOW INTO COURT, comes Hiran Rodriguez, *Pro Se* Plaintiff in the above-captioned matter, who hereby gives notice of lodging Exhibits A1 through A10 in support of a previously filed pleading. These exhibits consist of original dashcam video files recorded on March 2, 2025, capturing key evidence related to allegations raised in Plaintiff's original complaint and subsequent filings. The recordings depict alleged conduct by officers of the Jefferson Parish Sheriff's Office, including persistent vehicle trailing, intimidation, and obstruction near public intersections in Metairie, Louisiana. Due to the size and nature of the video files, the exhibits are submitted via USB flash drive in accordance with the Local Rules of this Court and EDLA Clerk protocols. The following supporting documents are included:

- Declaration of Authenticity

- SHA256 Hash Index

- Descriptive Index of Exhibits A1-A10

- Supplemental Notice of Harassment, Damages, and Preservation of Claims

Plaintiff respectfully lodges these exhibits for the Court's consideration and attaches this Notice to the physical media as part of the official court record.


Respectfully submitted,

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Hiran Rodriguez

*Pro Se* Plaintiff

Dated: May 12, 2025

# COURT EVIDENCE SUBMISSION

TO:

Clerk of Court

United States District Court

Eastern District of Louisiana

500 Poydras Street, Room C-151

New Orleans, LA 70130


FROM:

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504)-203-8459

hiranrodriguez@outlook.com


CASE TITLE:

Hiran Rodriguez v. Meta Platforms, Inc., Apple Inc., Jefferson Parish Sheriff's Office, et al.


CIVIL ACTION NO.:

2:25-cv-00197-JCZ-DPC


ENCLOSED:

- USB Drive (Dashcam Footage - Exhibits A1 to A10)

- Declaration of Authenticity

- SHA256 Evidence Index

- Notice of Lodging


DATE OF SUBMISSION:

May 12, 2025

NOTE:

This envelope contains original digital evidence submitted in accordance with EDLA Local

Rules.

# EVIDENCE LABEL - USB DRIVE

CASE TITLE:

Hiran Rodriguez v. Meta Platforms, Inc., Apple Inc., Jefferson Parish Sheriff's Office, et al.

CIVIL ACTION NO.:

2:25-cv-00197-JCZ-DPC

COURT:

United States District Court

Eastern District of Louisiana

CONTENTS:

Exhibits A1 to A10

Dashcam Video Footage - March 2, 2025

Front and Rear Vehicle Views - Alleged Officer Harassment Across Metairie

SUBMITTED BY:

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

(504)-203-8459

hiranrodriguez@outlook.com

DATE OF SUBMISSION:

May 12, 2025

NOTE:

All video files are in original, unaltered format. Certified SHA256 hash values and supporting declaration included.

Dashcam Video Evidence Index

| No. | Filename | SHA256 Hash |
|---|---|---|
| 1 | 20250302_204648_b.ts | d7907478006485e68a1c1c2a31f102fa2bf7fea920cd985b03d552fd... |
| 2 | 20250302_211323_b.ts | bc04e320fcaa4bd5ebef5cf1e303b8e571d08635510204af1b6562d5... |
| 3 | 20250302_211623_b.ts | 2a3d214be02109507e8f2c19a9e22cf100882a12f1b28491b2184624... |
| 4 | 20250302_211624_f.ts | 307c1ec263e14318ca663743b921e0ac9f7108564934f4cf1d3146a3... |
| 5 | 20250302_211723_b.ts | 0301fdfff80bc8f5cc020990f0959dc56ca2fd7f1de48f9063c6c9cd... |
| 6 | 20250302_211724_f.ts | c17bfae84ca2c819042629496fa045813ddd733c228401c7499d85c6... |
| 7 | 20250302_211823_b.ts | 9ca372b605a8f54839faadac3081b20087f7496ef5c0f2426b2ac9cf... |
| 8 | 20250302_211923_b.ts | f358eed9b9a031ddc7bd3c0d4d8f10937689c1468185f8b57ae730a7... |
| 9 | 20250302_212125_f.ts | 71fbdc43bc9eba7c120bf9e06e5c2e3430b6be010fbccca373f4c4e0... |
| 10 | 20250302_213654_f.ts | 93ad9897073f3e8cdbafa5bffeee3fc9330af34e5ff21a03b0257ac5... |

Screenshot Exhibit A1 - 0001



Screenshot Exhibit A1 - 0002





Screenshot Exhibit A1 - 0004



Screenshot Exhibit A1 - 0005



Screenshot Exhibit A1 - 0006



Screenshot Exhibit A1 - 0007





Screenshot Exhibit A1 - 0009



Screenshot Exhibit A1 - 0010



Screenshot Exhibit A1 - 0011



Screenshot Exhibit A1 - 0012



Screenshot Exhibit A1 - 0013





Screenshot Exhibit A1 - 0015





**Screenshot Exhibit A3 - 0001**



**Screenshot Exhibit A3 - 0002**



**Screenshot Exhibit A3 - 0003**



Screenshot Exhibit A3 - 0004





**Screenshot Exhibit A3 - 0006**





Screenshot Exhibit A3 - 0008



Screenshot Exhibit A3 - 0009



**Screenshot Exhibit A3 - 0010**



Screenshot Exhibit A5 - 0001



Screenshot Exhibit A5 - 0002



**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, a true and correct copy of the foregoing Notice of

Lodging of Video Exhibits A1-A10, including all supporting documentation, was served via

electronic mail to all counsel of record who have appeared in this matter, as follows:

*barcuri@fralawfirm.com*

*lcarlisle@bakerdonelson.com*

*scefolia@bakerdonelson.com*

*colin.cisco@jeffparish.net*

*hailey.cummiskey@arlaw.com*

*philip.giorlando@bswllp.com*

*katherine@snw.law*

*ekesler@bakerdonelson.com*

*ckrake@courington-law.com*

*eve.masinter@bswllp.com*

*vmatherne@courington-law.com*

*lmince@fishmanhaygood.com*

*suzy@snw.law*

*jnieset@phjlaw.com*

*lrodrigue@fralawfirm.com*

*lindsaysamuel@dwt.com*

*lrichard@irwinllc.com*

*scott@snw.law*

*qurquhart@irwinllc.com*

*roland.vandenweghe@arlaw.com*

## **RESERVATION OF RIGHTS**

This filing is made pursuant to all preserved rights under the Constitution and does not constitute consent to any unlawful conduct, omission, or adjudicative error. No waiver of claims is intended or implied.