

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ,                              CIVIL ACTION NO. 2:25-cv-00197
PLAINTIFF                                     SECTION A

                                             JUDGE JAY C. ZAINEY

V.

                                             DIVISION 2

META PLATFORMS, INC., *ET AL.*               MAGISTRATE JUDGE
DEFENDANTS                                   DONNA P. CURRAULT

                                             JURY TRIAL DEMANDED

## NOTICE OF LODGING OF DIGITAL VIDEO AND AUDIO EVIDENCE

NOW INTO COURT, comes Hiran Rodriguez, *Pro Se* Plaintiff in Case No. 2:25-cv-00197-JCZ-DPC, respectfully lodging into the record a digital USB drive labeled "**HR-LGEVX1**" containing evidentiary video and audio files, screenshots, declarations, and hash indices.

Said USB contains:

- Surveillance and audio recordings marked Exhibits B01-B13

- Screenshot images organized by exhibit

- Supplemental Notice of Harassment and Surveillance

- Declaration of Authenticity and SHA256 hash index

The USB is physically submitted to the Clerk of Court for the Eastern District of Louisiana under this Notice of Lodging to preserve the evidentiary integrity of constitutional and tort-based claims arising from documented surveillance, harassment, and police targeting.

Respectfully submitted,

*Hiran Rodriguez*
/s/ Hiran Rodriguez

Hiran Rodriguez

*Pro Se* Plaintiff

Dated: May 12, 2025

# LODGED EVIDENCE ENCLOSED

From: Hiran Rodriguez

To: Clerk of Court, EDLA

500 Poydras Street, Room C-151

New Orleans, LA 70130

Filed in: 2:25-cv-00197-JCZ-DPC

Drive Label: HR-LGEVX1

## VIDEO EVIDENCE EXHIBIT INDEX - SERIES B01-B13

| Label | Evidence Filename | SHA-256 Hash |
|---|---|---|
| Exhibit B01 | 80482C297E7520250329092415_album_local_cache.MO... | 269d9f0fadd49441c4dd66f6b43d8691db3eec48748e79b... |
| Exhibit B02 | 80482C297E7520250405121245_album_local_cache.MP... | 494ca498b89c8a3f965701cfe1e91fc7f65aaed902edb17... |
| Exhibit B03 | 80482C297E7520250410020737_album_local_cache.MP... | 82e780316260bf1d266fe53d7d0dd7bef46d6e5e46263df... |
| Exhibit B04 | 80482C297E7520250502074324_album_local_cache.MP... | f58c0af179ecf85fb23299523cd49570cd34ab854bd498c... |
| Exhibit B05 | 80482C297E7520250422221658_album_local_cache.MP... | fc5800b90acae8c12dc3f5bac0458762594c9e39524185a... |
| Exhibit B06 | 80482C297E7520250405195137_album_local_cache.MP... | 3ab7b87a690db3e182ed1324628819354716 3f91c7bc6c6... |
| Exhibit B07 | 80482C297E7520250323225212_album_local_cache.MP... | e2b67435a9dcb00368d3e4c0c632e848a4b92a43f64870d... |
| Exhibit B08 | video_adf905efbcfdb52dfaabefa1c75496a.MP4... | a6de43a63f2531ac014f0b542de23f5adae52525e3f7f9b... |
| Exhibit B09 | 80482C297E7520250417032800_album_local_cache.MP... | 4444a5081e70e343a72b65af70216040e6bda4fe63cca30... |
| Exhibit B10 | 80482C297E7520250407051404_album_local_cache.MO... | 66a5bea17b7cf9143db1c432211772fbb4094c342b0d067... |
| Exhibit B11 | 80482C297E7520250327175030_album_local_cache.MO... | b355d0ce7aa509f89054d7e7f14e4013e6c00ebc23d7701... |
| Exhibit B12 | 80482C297E7520250327173208_album_local_cache.MO... | d2ae87bcb28157ae5529babf662c8d3878600b2d8cec566... |
| Exhibit B13 | 80482C297E7520250327175030_album_local_cache.MO... | f8656792fcd13ddfe6e6e3bc161b53d4caa793547aa6276... |

# HR-LGEVX1

Surveillance Exhibits B01-B13

Rodriguez v. Meta Platforms, Inc., et al

2:25-cv-00197-JCZ-DPC

## Final Screenshot Exhibits (B-Series Supplement)

This placeholder represents screenshots correlated with the video files marked B01 through B13, where applicable. These screenshots were compiled contemporaneously with the recordings and are included in the HR-LGEVX1 USB archive.

## Screenshot Exhibit B01



7:43

March 29
9:24 AM



00:16.45                                    00:43



## Screenshot Exhibit B02



7:43

**March 29**
9:24 AM



00:18.71                                    00:41



## Screenshot Exhibit B03







**Screenshot Exhibit B04**

7:44



**March 29**
9:24 AM





7:44

March 29
9:24 AM





**Screenshot Exhibit B06**



7:49

≡   80482C297E752025032...   ⌄   **Done**





0:06                                          -3:55

⬆️        Open in iZip Pro        🗔        ▫️🔲▫️

## Screenshot Exhibit B07



## Screenshot Exhibit B08



**Screenshot Exhibit B09**

7:53         .ıl 🔿 🔋

≡   9449BBD9-A236-4D90-...   ⌄   **Done**





0:10                        -1:19

⬆️    Open in VLC    ↻    ◄☐►

## Screenshot Exhibit B10







## Screenshot Exhibit B11

7:55

80482C297E752025050...    Done





0:22                           -0:29

Open in VLC

## Screenshot Exhibit B12







## Screenshot Exhibit B13

7:59


80482C297E752025032...   Done





0:31                                    -3:51

Open in VLC

# DECLARATION OF AUTHENTICITY

I, Hiran Rodriguez, declare as follows:

1. I am the *Pro Se* Plaintiff in Case No. 2:25-cv-00197-JCZ-DPC in the United States District Court for the Eastern District of Louisiana.

2. The digital video and audio files labeled Exhibits B01 through B13 were personally recorded using Wyze v4 camera systems.

3. All videos and screenshots are original, unedited, and verifiably preserved. Each file's SHA-256 hash has been computed and recorded to ensure evidentiary integrity.

4. All materials were compiled personally and lodged in good faith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this May 12, 2025.

Respectfully submitted,

*Hiran Rodriguez*
/s/ Hiran Rodriguez

Hiran Rodriguez

*Pro Se* Plaintiff

Date: May 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, a true and correct copy of the foregoing Notice of

Lodging, Supplemental Notice, Declaration of Authenticity, and Exhibit Index was delivered

via physical filing with the Clerk of Court and served by electronic mail upon all

counsel of record who have appeared in this matter.

Executed on this date in Metairie, Louisiana.

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Hiran Rodriguez

*Pro Se* Plaintiff

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**