

RECEIVED

MAY 13 2025

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | JURY TRIAL DEMANDED |

## SUPPLEMENTAL NOTICE OF ACTIVE HARASSMENT, DAMAGES, AND PRESERVATION OF CLAIMS

NOW INTO COURT, comes Plaintiff, Hiran Rodriguez, who submits this Supplemental

Notice regarding the ongoing conduct by named defendants in the above-captioned matter.

Plaintiff states that despite the pendency of this action, multiple defendants including agents

and officers of the Jefferson Parish Sheriff's Office continue to engage in targeted tailing,

surveillance, intimidation, and harassment against Plaintiff in Metairie, Louisiana.

These acts include coordinated vehicular positioning, brake-checking, and presence at or near

Plaintiff's private residence and delivery routes. Documented video and screenshot evidence of

these events is included in the merged exhibit compilation titled Screenshot_ Exhibits_Final.pdf

Such actions violate Plaintiff's rights under the Fourth, Fifth, Ninth, and Fourteenth

Amendments to the Constitution, and constitute grounds for damages, equitable relief, and

protective orders. Defendants shall not be dismissed under any order that ignores this live

and material conduct, nor may Plaintiff's claims be extinguished without full remedy and

acknowledgment of personal, professional, and constitutional injury.

Plaintiff also demands return of all digital identities and cessation of ongoing interference.

This Notice is filed to preserve all associated rights and damages claims. Plaintiff seeks full

relief including monetary, injunctive, and declaratory judgment.

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Hiran Rodriguez

*Pro Se* Plaintiff

Dated: May 12, 2025

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

**EXHIBIT A- False Sex Offender Notifications sent to 820 Grove Ave from Jefferson Parish Sheriff's Office**

# Sex Offender Notification



**Jefferson Parish Sheriff's Office**
**Sheriff Joseph Lopinto**
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

## Offender Information

Risk/Class. Tier 1                    Registration #647028
Name  REESE JR, CARY JAMES
Comments:



Age 53
Sex Male
Race Black
Height 6.00
Weight 198
Hair Black
Eyes Brown

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriff's Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

### Residence

| Street | City | County | State | Zip |
|---|---|---|---|---|
| 1516 ROOSEVELT BLVD | KENNER | Jefferson | LA | 70062 |

### Alias

BUGG  REESE , CARY J REISE , CJ  REESE

### Scars/Tattoos

| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 09/08/2023 OFFENDER REP | | Other / 09/08/2023 OFFENDER REP_ear | | Piercing / 09/08/2023 O |
| | Prosthesis / 09/08/2023 OFFENDER REP | | Scar / 09/08/2023 OFFENDER REP | | Ultraviolet Tattoo / 09/0 |
| | Tattoo / 09/08/2023 OFFENDER REP | | | | |

### Offense

| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 07/29/1996 | 11/07/1996 | 1 | 14:81- Indecent Behavior with Juveniles | |

---

# Sex Offender Notification



**Jefferson Parish Sheriff's Office**
**Sheriff Joseph Lopinto**
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

## Offender Information

Risk/Class. Tier 3                    Registration #6834891
Name  PIZZOLATO IV, MICHAEL V
Comments:



Age 54
Sex Male
Race White
Height 5.09
Weight 250
Hair Brown
Eyes Brown

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriff's Office. This information is made available for the purpose of protecting the public. Anyone who uses this

### Residence

| Street | City | County | State | Zip |
|---|---|---|---|---|
| 500 WALDO ST | METAIRIE | Jefferson | LA | 70003 |

### Alias

MICHAEL J PIZZALTO , MICHAEL J PIZZOLATO , MIKE  PIZZOLATO

### Scars/Tattoos

| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 10/30/2019 NONE; NO CHA | | Other / 10/30/2019 NONE; NO CHA | | Piercing / 10/30/2019 N |
| R_arm | Prosthesis / 10/30/2019 NONE; NO CH Hand | | Scar / 10/30/2019 SCAR ON LEFT | | Ultraviolet Tattoo / 10/3 |
| | Tattoo / 10/30/2019 INITIALS "MV  L_Shoulder | | Scar / 10/30/2019 SCAR ON REAR R_arm | | Tattoo / 10/30/2019 TR |

### Offense

Date Committed   Date Convicted   Counts   RS Code/Description                    Crime Details

**EXHIBIT A-1: False Sex Offender Notification from Jefferson Parish Sheriff's Office
Dated November 15, 2024**

# Sex Offender Notification



## Offender Information

Risk/Class. Tier 1                    Registration #647028

Name  REESE JR, CARY JAMES

Comments:

Age 53
Sex Male
Race Black
Height 6.00
Weight 198
Hair Black
Eyes Brown

**Jefferson Parish Sheriff's Office**
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriff's Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

### Residence

| Street | City | County | State | Zip |
|---|---|---|---|---|
| 1516 ROOSEVELT BLVD | KENNER | Jefferson | LA | 70062 |

### Alias

BUGG  REESE , CARY J REISE , CJ  REESE

### Scars/Tattoos

| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
|  | Mark / 09/08/2023 OFFENDER REP | Other / 09/08/2023 REP _ear | | | Piercing / 09/08/2023 |
|  | Prosthesis / 09/08/2023 OFFENDER REP | Scar / 09/08/2023 OFFENDER REP | | | Ultraviolet Tattoo / 09/0 |
|  | Tattoo / 09/08/2023 OFFENDER REP | | | | |

### Offense

| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 07/29/1996 | 11/07/1996 | 1 | 14:81- Indecent Behavior with Juveniles | |

# Community Notice

Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?



P.O. Box 5466
Covington, LA 70434

11553

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed 11/15/24

*******AUTO**5-DIGIT 70003
T27 P1
OCCUPANT
820 GROVE AVE
METAIRIE , LA  70003-7024

**EXHIBIT A-2: False Sex Offender Notification from Jefferson Parish Sheriff's Office Dated December 11, 2024**

# Sex Offender Notification

## Offender Information
Risk/Class. Tier 3
**Registration #**6834891

**Name** PIZZOLATO IV, MICHAEL V

**Comments:**

**Age** 54
**Sex** Male
**Race** White
**Height** 5.09
**Weight** 250
**Hair** Brown
**Eyes** Brown



Jefferson Parish Sheriff's Office
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504 363-5552

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriffs Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

## Residence
| Street | City | County | State | Zip |
|---|---|---|---|---|
| 500 WALDO ST | METAIRIE | Jefferson | LA | 70003 |

## Alias
MICHAEL J PIZZALTO , MICHAEL J PIZZOLATO , MIKE  PIZZOLATO

## Scars/Tattoos
| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 10/30/2019 NONE; NO CHA | | Other / 10/30/2019 NONE; NO CHA | | Piercing / 10/30/2019 N |
| | Prosthesis / 10/30/2019 NONE; NO CHR_hand | | Scar / 10/30/2019 SCAR ON LEFT | | Ultraviolet Tattoo / 10/3 |
| R_arm | Tattoo / 10/30/2019 INITIALS "MV  L_Shoulder | | Scar / 10/30/2019 SCAR ON REAR R_arm | | Tattoo / 10/30/2019 TR |

## Offense
| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 05/25/1991 | 08/17/2009 | 1 | 14:42.1- Forcible Rape | |
| 01/22/1989 | 08/17/2009 | 2 | 14:81.2- Molestation of Juvenile | |
| 01/22/1989 | 08/17/2009 | 3 | 14:43.1- Sexual Battery | |
| 09/04/1991 | 08/17/2009 | 1 | 14:43.3- Oral Sexual Battery | |

# Community Notice

Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?



OffenderWatch
INITIATIVE

P.O. Box 5466
Covington, LA 70434

9055

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed 12/11/24

*******AUTO**5-DIGIT 70003
T10 P1
OCCUPANT
820 GROVE AVE
METAIRIE , LA  70003-7024

# Sex Offender Notification



**Jefferson Parish Sheriff's Office**
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504-363-5562

The individual named in this notification is a convicted sex offender. The Sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriffs Office. This information is made available for the purpose of protecting the public. Anyone who use this information to commit a criminal act against another person is subject to criminal prosecution.

## Offender Information
Registration #847028

**Risk/Class.** Tier 1
**Name** REESE JR, CARY JAMES
**Comments:**

| | |
|---|---|
| Age | 53 |
| Sex | Male |
| Race | Black |
| Height | 6.00 |
| Weight | 198 |
| Hair | Black |
| Eyes | Brown |



### Residence

| Street | City | County | State | Zip |
|---|---|---|---|---|
| 1516 ROOSEVELT BLVD | KENNER | Jefferson | LA | 70062 |

### Alias

### Scars/Tattoos

BUGG  REESE , CARY J REISE , CJ REESE

| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 09/08/2023 OFFENDER REP | | Other / 09/08/2023 OFFENDER REP_ear | | Piercing / 09/08/2023 OFF |
| | Prosthesis / 09/08/2023 OFFENDER REP | | Scar / 09/08/2023 OFFENDER REP | | Ultraviolet Tattoo / 09/08/2 |
| | Tattoo / 09/08/2023 OFFENDER REP | | | | |

### Offense

| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 07/29/1996 | 11/07/1996 | 1 | 14:81- Indecent Behavior with Juveniles | |

# Community Notice

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed 11/15/24

**OFFENDERWATCH**
·INITIATIVE·

P.O. Box 5466
Covington, LA 70434

11553

Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA

*********AUTO**5-DIGIT70003
T27 P1
OCCUPANT
820 GROVE AVE
METAIRIE, LA 70003-7024

# Sex Offender Notification

Registration #6834891



## Offender Information

Risk/Class. Tier 3
Name PIZZOLATO IV, MICHAEL V
Comments:

| | |
|---|---|
| Age | 54 |
| Sex | Male |
| Race | White |
| Height | 5.09 |
| Weight | 250 |
| Hair | Brown |
| Eyes | Brown |

The individual named in this notification is a convicted sex offender. The sheriff's office has been informed that this individual resides in your area. Under Louisiana law he/she is required to provide this information to the community. He/she is currently under the supervision of the Jefferson Parish Sheriff's Office. This information is made available for the purpose of protecting the public. Anyone who uses this information to commit a criminal act against another person is subject to criminal prosecution.

Jefferson Parish Sheriff's Office
Sheriff Joseph Lopinto
1233 Westbank Expressway
Harvey, LA 70058
504 363-5562

## Residence

| Street | City | County | State | Zip |
|---|---|---|---|---|
| 500 WALDO ST | METAIRIE | Jefferson | LA | 70003 |

## Alias

MICHAEL J PIZZALTO , MICHAEL J PIZZOLATO , MIKE PIZZOLATO

## Scars/Tattoos

| Location | Type/Description | Location | Type/Description | Location | Type/Description |
|---|---|---|---|---|---|
| | Mark / 10/30/2019 NONE: NO_CHA | | Other / 10/30/2019 NONE: NO_CHA | | Piercing / 10/30/2019 NON |
| | Prosthesis / 10/30/2019 NONE: NO_CHHand | | Scar / 10/30/2019 SCAR ON LEFT | | Ultraviolet Tattoo / 10/30/2 |
| R_arm | Tattoo / 10/30/2019 INITIALS "MV  L_Shoulder | | Scar / 10/30/2019 SCAR ON REAR R_arm | | Tattoo / 10/30/2019 TRIBA |

## Offense

| Date Committed | Date Convicted | Counts | RS Code/Description | Crime Details |
|---|---|---|---|---|
| 05/25/1991 | 08/17/2009 | 1 | 14:42.1- Forcible Rape | |
| 01/22/1989 | 08/17/2009 | 3 | 14:81- Molestation of Juvenile | |
| 01/22/1989 | 08/17/2009 | 1 | 14:43.1 - Sexual Battery | |
| 09/04/1991 | 08/17/2009 | 1 | 14:43.3- Oral Sexual Battery | |

# Community Notice

Non Profit
U.S. POSTAGE
PAID
PERMIT NO.70
MANDEVILLE, LA

Sign up to get an email alert when an offender moves into your area at http://offenderwatch.com/alerts/

## Report Suspicious Activity

If you see someone acting suspicious or you believe that improper contact has been made with children or others, you should report it to local law enforcement. If direct contact is made:

1. Do not confront the individual
2. Account for everyone in your group
3. Immediately make notes of the suspected offender:
   - What were the intentions, actions, verbal exchanges?
   - Describe clothing, identifying marks (tattoos), etc.
   - Describe any vehicle: make, model, color, license plate
   - Any other adults with the suspected offender?
   - Amount of time they were present?
   - What were they doing?



OFFENDERWATCH
INITIATIVE

P.O. Box 5466
Covington, LA 70434

9055

## Safety Tips

Show the photograph of the offender on this card to your family and make them aware of the offender's presence in the area.

- Maintain current ID, photo, video and fingerprints of your children.
- Maintain current addresses and phone numbers of your children's friends.
- Do not advertise your child's name on clothing, school supplies, or backpacks.
- Your child should know your phone number and how to call home or dial 911.

Printed  12/11/24

*******AUTO**5-DIGIT 70003
T10 P1
OCCUPANT
820 GROVE AVE
METAIRIE , LA 70003-7024