

RECEIVED
MAY 13 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

# NOTICE OF APPEAL (FIFTH CIRCUIT)
# CASE NO. 2:25-cv-00197-JCZ-DPC

NOW COMES Plaintiff HIRAN RODRIGUEZ, appearing *pro se* and *sui juris*, without conceding any unlawful jurisdiction and expressly reserving all rights under UCC 1-308, and hereby provides formal notice that he appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment and all adverse orders entered in the above-captioned matter. This appeal is taken pursuant to 28 U.S.C. §1291 and Rule 3 of the Federal Rules of Appellate Procedure.

This Notice encompasses all adverse rulings from Rec. Doc. 65 forward, including but not limited to:

• Rec. Doc. 65 – Clerk's denial of Plaintiff's Notice of Default, based on misapplication of Rule 4(c)(2) and erroneous interpretation of service upon corporate agents under Rule 4(h)(1)(B).

• Rec. Doc. 77 – Blanket denial of all Plaintiff's motions, including injunctive relief, without individualized findings or adequate analysis of Plaintiff's constitutional harms.

• Rec. Doc. 91 – Motion to Recuse filed by Plaintiff under 28 U.S.C. §§ 144 and 455, detailing evidence of judicial bias and disqualification triggers.

• Rec. Doc. 100 – Improper denial of Plaintiff's Motion to Recuse by the same judge accused of bias, contrary to mandatory reassignment procedure under § 144.

• Rec. Doc. 101 – Order denying reconsideration of Rec. Doc. 77, compounding judicial error without procedural redress.

• Rec. Doc. 102 – Referral to Magistrate Judge Currault and entry of stay on all deadlines, which prevented Plaintiff from obtaining default judgments.

• Rec. Doc. 103 – Denial of Emergency Motion for Protective Order despite credible threats and evidentiary support.

• Rec. Doc. 109 – Magistrate's denial of Plaintiff's request for evidentiary hearing, depriving Plaintiff of a factual record to support his claims.

• Rec. Doc. 117 – Clerk's denial of entry of default against properly served Defendant Mark Zuckerberg.

• Rec. Doc. 128 – Order denying Plaintiff's motion to vacate the Clerk's improper denial of entry of default.

• Rec. Doc. 137 – Report and Recommendation dismissing all claims under 28 U.S.C. §1915, issued without consideration of Plaintiff's constitutional claims or defaults.

• Rec. Doc. 186 – District Judge's adoption of the R&R without de novo review of Plaintiff's objections, in violation of §636(b)(1).

• Rec. Doc. 187 – Final judgment and unconstitutional pre-filing injunction barring future access to court without prior approval.

This Notice also includes any interlocutory rulings or implicit orders merged into final judgment.

Grounds for Appeal:

1. Violation of Due Process under the Fifth and Fourteenth Amendments, including denial of opportunity to be heard before dismissal.

2. Judicial Bias and Misconduct in contravention of 28 U.S.C. §§ 144 and 455, including self-adjudication of recusal motion.

3. Improper Denial of Defaults against Defendants who failed to respond post-service by U.S. Marshals.

4. Procedural Irregularities in the issuance of Report and Recommendations, stays, and docket control measures affecting filing access.

5. Unconstitutional Pre-Filing Injunctions issued without evidentiary findings or opportunity for objection.

Reservation of Rights:

This Notice is filed without prejudice and does not waive any substantive or procedural right. Plaintiff explicitly preserves all claims of judicial misconduct, irregularity, fraud on the court, and constitutional injury, including pending judicial complaints under 28 U.S.C. § 351.

This Notice is submitted via EDSS and/or U.S. Mail solely for the purpose of preserving appellate rights. Compliance with Rec. Doc. 187's restrictions is made under protest.

Respectfully submitted,

*Hiran Rodriguez* HR 05/05/2025

/s/ Hiran Rodriguez

Hiran Rodriguez, *Pro Se* Plaintiff

820 Grove Avenue

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 5, 2025

All Rights Reserved – UCC 1-308

Without Prejudice – Without Recourse

5

## **NOTICE OF SUBMISSION**

NOW INTO COURT, comes Plaintiff, **HIRAN RODRIGUEZ**, appearing *sui juris* and *pro se*, and respectfully gives notice that the foregoing Motion or Filing shall be submitted to the duly assigned Article III judge or any reassigned judicial officer, consistent with Plaintiff's jurisdictional objections and previously filed Motion to Recuse Judge Jay C. Zainey under 28 U.S.C. § 455(a) and (b) (Rec. Doc. 91), which was denied by Judge Zainey in Rec. Doc. 100 but remains constitutionally contested under 28 U.S.C. § 144.

This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

Respectfully submitted, this 5th day of May, 2025.

/s/ HIRAN RODRIGUEZ   05/05/2025

**HIRAN RODRIGUEZ**, *SUI JURIS*

*PRO SE PLAINTIFF*

820 Grove Avenue

1

Metairie, Louisiana 70003

(504) 203-8459

hiranrodriguez@outlook.com

**Dated:** May 5, 2025.

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

## **CERTIFICATE OF SERVICE**

I, **HIRAN RODRIGUEZ**, hereby certify under penalty of perjury that on this **5th day of May, 2025**, a true and correct copy of the following filings:

**(1)** Plaintiff's Motion to Strike Orders Issued by Judge Jay C. Zainey as Fraudulent and Void,

**(2)** Emergency Motion for Protective Order To Preserve Filing Access And Court Record,

**(3)** Motion for Entry of Rule 54(b) Judgment,

**(4)** Rule 60(d)(3) Motion for Relief from Judgment Due to Fraud on the Court,

**(5)** Renewed Motion for Entry of Default Judgment,

**(6)** Motion to Vacate All Orders Issued After Filing of Recusal Motion (Rec. Doc. 91),

**(7)** Declaration of Hiran Rodriguez regarding Clerk's Office Obstruction of Filings

**(8)** Notice of Appeal (Fifth Circuit) Case No. 2:25-cv-00197-JCZ-DPC

...was mailed to the Clerk of Court and thereby served on the presiding judge, and was also electronically served to all Defendants (and/or their counsel of record). This motion or filing or notice is made to preserve the record for appeal or reinstatement and is filed without waiving any objections to the Court's prior proceedings.

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.

**No Joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

Respectfully submitted,

*Hiran Rodriguez* HR 05/05/2025

/s/ **HIRAN RODRIGUEZ,** *SUI JURIS*

Hiran Rodriguez, *Pro Se Plaintiff*

820 Grove Avenue

Metairie, Louisiana 70003 (504) 203-8459

hiranrodriguez@outlook.com

**Dated:** May 5, 2025

2

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

My issues on appeal are:

1. District court adopted the R&R without de novo review of my objections, violating § 636(b)(1).

2. Court failed to rule on my motion to vacate, denying due process.

3. Recusal motion was improperly denied by the same judge accused of bias.

4. A filing ban was imposed without notice or hearing, violating my First and Fifth Amendment rights.

5. Court denied defaults against unresponsive defendants, contrary to Rule 55.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 5, 2025.**

*Hiran Rodriguez*

**Hiran Rodriguez**

# UNITED STATES DISTRICT COURT
### for the
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ                     )
                                    )
        Plaintiff(s)                )
                                    )
        v.                          )
                                    )    Case No. 2:25-cv-00197
META PLATFORMS, INC., ET AL         )
                                    )
        Defendant(s)                )
                                    )

**AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: *Hiran Rodriguez*        Date: 05/06/2025

My issues on appeal are: District Court adopted the R&R without de novo review of my objections, violating § 636 (b)(1). Recusal motion was denied by the same judge accused of bias. A filing ban was imposed without notice or hearing, violating my First and Fifth Amendment rights. Court denied defaults against unresponsive defendants, contrary to Rule 55. Court failed to rule on my motion to vacate, denying due process.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 300.00 | $ | $ | $ |
| Self-employment | $ 0.00 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0.00 | $ | $ | $ |
| Interest and dividends | $ 0.00 | $ | $ | $ |
| Gifts | $ 0.00 | $ | $ | $ |
| Alimony | $ 0.00 | $ | $ | $ |
| Child support | $ 0.00 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0.00 | $ | $ | $ |
| Unemployment payments | $ 0.00 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0.00 | $ | $ | $ |
| Other (specify): | $ 0.00 | $ | $ | $ |
| **Total monthly income:** | $ 300.00 | $ | $ | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| All My Sons | 1405 Kuebel St | 08/01/24-10/01/24 | $ $300.00 |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

4. *How much cash do you and your spouse have? $_____*

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Axos | Business Checking | $ 10 | $ |
| Axos | Business Savings | $ 10 | $ |
| Axos | Personal Checking | $ 1 | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ None | (Value) $ None | (Value) $ None | |
|  |  | Make and year: None | |
|  |  | Model: None | |
|  |  | Registration #: None | |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | None | None |
| Model: | None | None |
| Registration #: | None | None |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ 0.00 | $ 0.00 |
| None | $ 0.00 | $ 0.00 |
| None | $ 0.00 | $ 0.00 |
| None | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>  Are real estate taxes included?    [ ] Yes  [ ] No<br>  Is property insurance included?   [ ] Yes  [ ] No | $ 0.00 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 50.00 | $ |

| | | |
|---|---|---|
| Home maintenance (repairs and upkeep) | $ 20.00 | $ |
| Food | $ 100.00 | $ |
| Clothing | $ 0.00 | $ |
| Laundry and dry-cleaning | $ 10.00 | $ |
| Medical and dental expenses | $ 300.00 | $ |
| Transportation (not including motor vehicle payments) | $ 60.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0.00 | $ |
|     Life: | $ 0.00 | $ |
|     Health: | $ 0.00 | $ |
|     Motor vehicle: | $ 0.00 | $ |
|     Other: | $ 0.00 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0.00 | $ |
| Installment payments | | |
|     Motor Vehicle: | $ 0.00 | $ |
|     Credit card (name): | $ 0.00 | $ |
|     Department store (name): | $ 0.00 | $ |
|     Other: | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ |
| Other (specify): | $ 0.00 | $ |
| **Total monthly expenses:** | $ 550.00 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes [ ] No        If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? [ ] Yes [ ] No

    If yes, how much? $ __490.00__

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

12. State the city and state of your legal residence.

    Your daytime phone number: (___) __(504) 203-8459__

    Your age: __27__   Your years of schooling: __14__

    Last four digits of your social-security number: __9052__

    *Hiran Rodriguez*