U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    May 20 2025
CAROL L. MICHEL
CLERK
cf                          Walk-In

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_Hiram Rodriguez_

**PLAINTIFF(S)**

**VERSUS**

_Meta Platforms, Inc,_

**DEFENDANT(S)**

**CIVIL ACTION**

No. _2:25-cv-00197_

**SECTION:** _"A" (2)_

Notice of submission
of Digital Evidence Exhibits:
Web forensic Instant
Instant Aquisition Reports

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy
of this document on all counsel of record
either in person or by mailing it postage
prepaid on this 20th day of
May , 20 25 .

_____
(SIGNATURE)

_____
(Signature)

_Hiram Rodriguez_
(Name)

_820 Grove Ave,_
(Address)

_Metairie LA  7005_
(City)        (State)     (Zip)

_504 203 8459_
(Telephone)

_____
(Signature Date)



# WEB FORENSICS
## I N S T A N T

Mod. PO 13 A 01 EN v1

## *Methodological Report*

Instant Forensic Acquisition

May 7, 2025



Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)

# 1. Assignment

The company Kopjra Srl, with registered office in Via Rizzoli 1/2, 40125 Bologna, Italy, VAT number 03904120247 (hereafter referred to as "Kopjra"), as per the session of forensic acquisition run automatically with the aid of the *SaaS* (*Software as a Service*) Web Forensics Instant, hereby formulates a methodological report to describe the technical rules, the processes adopted and the results obtained.

This methodological report refers to the activity of forensic acquisition of digital evidence executed on 05/07/2025 at 12:42 AM UTC+0000 and with regard to the *URLs* (*Uniform Resource Locator*) listed in the corresponding table in paragraph 4 (Detailed Information Summary on the Forensic Actions Carried Out).

The acquisition was carried out automatically with the aid of *SaaS* developed by Kopjra which allows the acquisition of digital evidence, that is to say any content available on the *Internet*, through an automatically controlled web browser run in a forensic environment. The evidentiary value is ensured by the methodology of acquisition, which follows dutifully the international standard on forensic Information Technology ISO/IEC 27037:2012 "Guidelines for identification, collection, acquisition and preservation of digital evidence".

A summary of the acquisition, which includes, among other information, the SHA-256 fingerprints of all the files generated, is available in paragraph 4

# 2. Methodology

The ISO/IEC 27037:2012 standard defines the guidelines for identification, collection, acquisition and preservation of digital evidence. This norm details how to obtain digital elements with evidentiary value, which can be potentially admitted in court, and validates the four fundamental procedures specified above. The acquisition process described hereunder is compliant to the ISO/IEC 27037:2012 as regards the acquisition and preservation stages

In addition to ISO/IEC 27037:2012, the following guidelines have been taken into consideration:

- *Computer Security and Incident Handling* - NIST (National Institute of Standards and Technology), 2012;
- *Best Practices for Computer Forensics* - SWGDE (Scientific Working Group on Digital Evidence), 2012;
- *Good Practice Guide for Digital Evidence* - ACPO (Association of Chief Police Officers), 2012;
- *Cloud Computing Forensic Science Challenges* - NIST, 2012.

The ISO/IEC 27037:2012 standard and the above mentioned guidelines represent the so-called "international best practices" which constitute the summary of the methodological and technical rules that must be applied in the forensic practice, and are also quoted by the Italian law which ratifies the Budapest Convention on Cybercrime (Law No. 48, 18 March 2008), by the Italian Code of the Digital Administration (*Codice dell'Amministrazione Digitale*) and by the eIDAS (electronic IDentification Authentication and Signature) Regulation. It is possible to consider the rules of authenticity and integrity of digital evidence established by the best practices not as "simple practical instructions which bring no sanction, but as tangible implicit prohibitions guarded by the sanction of inadmissibility" (Italian Supreme Court of Cassation, Section IV, Judgement No. 40903, 28 June 2016).

This methodology involves the acquisition of all the data streams exchanged between the machine that hosts the automatic *web browser* and the remote servers, not only as regards the *HTTP* (*Hypertext Transfer Protocol*) protocol, but also with regard to the resolution of the domain names following the *DNS* (*Domain Name System*) protocol.

For each relevant *file*, that is to say the *PCAP file* that corresponds to the acquired network traffic, the *file* which contains the *SSL/TLS* (*Secure Sockets Layer/Transport Layer Security*) traffic decryption keys, the MHTML *file* containing the page source together to all its resources, the WACZ *file* (Web Archive Collection Zipped), the *viewport screenshot*, as well as all the *log files* generated during the automatic session, a SHA-256 fingerprint is generated, and exported on a corresponding timestamped and digitally signed XML *file*, making it possible, therefore, to state incontrovertibly the conclusion of the acquisition and its subsequent integrity.

The acquisition was carried out on a dedicated *Docker container*, autonomously managed and run on a managed cluster hosted on the Google Cloud Platform (GCP) public *cloud provider*, based in Belgium (UE), connected to the *Internet* via the provider's proprietary infrastructure.

The Docker *container* ran the Linux Debian 11 Bullseye Operating System. Into the Docker *container* image were installed a *web browser*, the tshark *packet sniffer*, node and npm packets. The supplementary *Software* was installed through the official distribution channels.

The Docker *container* is connected to the Ethernet network of the Kubernetes Pod, which is connected with a *bridge* to the public network interface of the node into the Kubertenes *cluster*. At this stage, the connection is routed directly on the *Internet* through the virtual and physical infrastructure of GCP.

The security of the *hardware* and virtual infrastructure is ensured by the service provider, while the security of the application and of the environments is ensured by the adoption of all industrial *best practices* available.

When starting the session of forensic acquisition, the application will run a *script* to verify the initial status of the environment and generate a *log file*. Thanks to this *script* a set of different information will be retrieved, such as the details of the Docker *container*, cpu, memory, network, disks, processes e and time synchronization of the container. At this stage a time reference will also be obtained through the *NTP* (*Network Time Protocol*) protocol.

It is evident that through this methodology the authenticity and origin of the contents are secured. Moreover, the extraction of the contents which are the

The *files* that constitute the digital evidence are preserved as objects in a versioning-enabled *object store bucket*. The final deletion of the object will occur after 14 days from the appending of the delete mark.

# 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
|---|---|
| 03/26/2025 14:05:51.594 UTC+0000 | Start of the proceedings |
| 03/26/2025 14:05:51.596 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 03/26/2025 14:05:51.864 UTC+0000 | Starting the environment status check *script* |
| 03/26/2025 14:05:51.871 UTC+0000 | Starting the *web browser* automatically and starting the WACZ file recording |
| 03/26/2025 14:05:53.329 UTC+0000 | Navigating a *web page* and corresponding *screenshot* generation and MHTML *file*: https://www.tag24.com/politics/politicians/pete-hegseth-hit-with-latest-embarrassment-as-venmo-list-leaks-3357755 |
| 03/26/2025 14:06:03.811 UTC+0000 | Ending the recording of the WACZ file and closing the *web browser* |
| 03/26/2025 14:06:03.811 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (*digital evidence copy*) |
| 03/26/2025 14:06:03.911 UTC+0000 | Generation of the *XML* file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
| | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

# 4. Detailed Information Summary on Forensic Activities Performed

## Summary Table of the Session of Forensic Acquisition

| ID | SESSION NAME | DATE | CONTAINER OS | PUBLIC OUTBOUND IP |
|---|---|---|---|---|
| 6fe1719c-248b-4f94-84dd-7dd221ae1642 | Instant Forensics Acquisition | 03/26/2025 2:05 PM UTC+0000 | Linux Debian 11 Bullseye | 35.205.147.81 |

## Summary table of the Docker container

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.2.2 |
| SHA-256 fingerprint of the Docker image used to create the environment | 01129f6b8ddf1b2d78d3efe79ca5125368a8e54d9f18271d14ad11de58ef457a |

## Summary Table of the Identified URLs

| URL | DATE AND TIME |
|---|---|
| https://www.tag24.com/politics/politicians/pete-hegseth-hit-with-latest-embarrassment-as-venmo-list-leaks-3357755 | 03/26/2025 2:05 PM UTC+0000 |

## Summary Table of the Generated Files

| FILE NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | b65d7759c1da7be4dcd90a5001ad00810731538c3638669429212907f65e75c3 | PCAP |
| initialization.log | 822b0d1ca63654d4798a3ccc0a553da39278e85e02868d616958e69ffb8151907 | Log |
| networkTraffic.log | 173196e2cfd4c1e6bc03a35336c44309040105642a9f8b849f23dba7d734fede | Log |
| page.mhtml | 3b441854ee535b58c74d573e9b3fc5ec0a0715bba0664fae94a671a7c3d40211 | Source and resources |
| page.wacz | 6ba0fabd5503fcae22295a9ee1d1be9c5b9b5c4fa8c9d6248493eeb9f4d76b2a | WACZ archive |
| screenshotViewport.jpg | b12d7f932a476ae4ac776e731c510fe66cb24bd9ab3b33aa96b69814dcc8773d | Screenshot |
| session.log | 06b460ed9df6271e76948391283929a95195b16a74bd358d0e486953b065944661 | Log |
| sslkeys.keys | bf116bfbc47fe250fc0a3e9570e9f1865ba134023ad0a493306c299b041bb9ec | Keys |

These *files* are sorted and stored in a *ZIP* file. The list below provides a short description of each *file* type:

- *PCAP*: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- *Keys*: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- *Screenshot*: JPG file corresponding to the *viewport screenshot* automatically generated during the session;
- *Log*: *log file* automatically generated during the session;
- *Source and resources*: web page *source file*, in MHTML format, with images, automatically captured during the session;
- *WACZ Archive*: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- *XML*: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

**5.** *Viewport screenshots* automatically generated



⚙ ☰        🔍

⚙ 𝕏 ✈ 🔗                ✖

POLITICS | POLITICIANS | PETE HEGSETH HIT WITH LATEST EMBARRASSMENT AS VENMO LIST LEAKS

### PETE HEGSETH HIT WITH LATEST EMBARRASSMENT AS VENMO LIST LEAKS

Feb 6, 2025 9:37 AM EST

By Evan Williams

Washington, DC - **Defense Secretary** Pete Hegseth's **Venmo friends list was leaked, revealing an embarrassing selection of payees** including defense contractors and healthcare executives.

An investigation into Pete Hegseth's Venmo by The American Prospect revealed the Defense Secretary had left his account on public, providing a detailed friends list of potential payers and payees.

Described by reporters Daniel Boguslaw and Luke Goldstein as a "digital Rolodex," the leaked Venmo friends list includes a revealing selection of executives and Washington insiders.

Some of Hegseth's contacts include tech executives from Silicon Valley like Google's Scott Brown and defense contractors from Palantir and Anduril. Executives at UnitedHealth Group, the insurance giant whose CEO was assassinated in December, are also on the list, as are media figures from far-right outlet The Daily Wire.



*The friends list of Defense Secretary Pete Hegseth's personal Venmo has leaked, revealing an embarrassing selection of buddies. © AFP/Oliver Contreras*



US POLITICS
**USPS POSTMASTER GENERAL LOUIS DEJOY ABRUPTLY JUMPS SHIP AMID PRIVATIZATION PUSH**

Hegseth also appears to have been in touch with extremist conspiracy theorist Laura Loomer, and even former President

screenshotViewport.jpg

## 6. *Log File* of the Forensic Acquisition Process Initialization

The term *log* is used to designate the sequential and chronological registry of the operations that have been executed by a user, an administrator or automatically, on an application or a system.

The *log file*, also known as "Event Log", is the document on which these operations are saved and, in case it is necessary, accessed at a later time to analyse the available information for the purposes of the verifiability of the process.

The *log file* pertaining to the forensic acquisition process initialization contains a lot of information on the initial status of the environment, such as the image details of the Docker container, processor, memory, network, disks, processes and time synchronization of the container.

```
########## Starting Acquisition ##########
2025-03-26T15:05+01:00
########## DOCKER DETAILS #########
DOCIM $ echo ${DOCKERIMAGE_URL}
eu.gcr.io/kopjra/wf-core:v0.2.2
DOCHS $ echo ${DOCKERIMAGE_SHA256}
01129f6b8ddf1b2d78d3efe79ca5125368a8e54d9f18271d14ad11de58ef457a
########## INSTANCE DETAILS ##########
IMGID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/image
projects/gke-node-images/global/images/gke-1309-gke1127000-cos-113-18244-291-9-c-cgpv1-pre
LOCIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/ip
172.28.16.55
PUBIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/access-configs/0/external-ip
35.205.147.81
MACAD $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/mac
42:01:ac:1c:10:37
INSID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/id
1543148294769314496
INSTY $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/machine-type
projects/258946861480/machineTypes/n2-highmem-2
AVAZO $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/zone
projects/258946861480/zones/europe-west1-b
########## SYSTEM OVERVIEW ##########
SYSOV $ sudo lshw -short
H/W path     Device  Class        Description
=============================================================
                     system       Computer
/0                   bus          Motherboard
/0/0                 memory       16GiB System memory
/0/1                 processor    Intel(R) Xeon(R) CPU @ 2.80GHz
/0/100               bridge       440FX - 82441FX PMC [Natoma]
/0/100/1             bridge       82371AB/EB/MB PIIX4 ISA
/0/100/1.3           bridge       82371AB/EB/MB PIIX4 ACPI
/0/100/3             generic      Virtio SCSI
/0/100/3/0           generic      Virtual I/O device
/0/100/4             network      Virtio network device
/0/100/4/0           network      Virtual I/O device
/0/100/5             generic      Virtio RNG
/0/100/5/0           generic      Virtual I/O device
/0/2                 system       PnP device PNP0b00
/0/3                 input        PnP device PNP0303
/0/4                 input        PnP device PNP0f13
/0/5                 communication PnP device PNP0501
/0/6                 communication PnP device PNP0501
/0/7                 communication PnP device PNP0501
/0/8                 communication PnP device PNP0501
/1           eth0    network      Ethernet interface
########## RAM DETAILS ##########
MEMOR $ sudo lshw -C memory
  *-memory
       description: System memory
       physical id: 0
       size: 16GiB
########## CPU DETAILS ##########
CPUDT $ sudo lscpu
Architecture:              x86_64
CPU op-mode(s):            32-bit, 64-bit
Byte Order:                Little Endian
```

```
Thread(s) per core:              2
Core(s) per socket:              1
Socket(s):                       1
NUMA node(s):                    1
Vendor ID:                       GenuineIntel
CPU family:                      6
Model:                           85
Model name:                      Intel(R) Xeon(R) CPU @ 2.80GHz
Stepping:                        7
CPU MHz:                         2800.246
BogoMIPS:                        5600.49
Hypervisor vendor:               KVM
Virtualization type:             full
L1d cache:                       32 KiB
L1i cache:                       32 KiB
L2 cache:                        1 MiB
L3 cache:                        33 MiB
NUMA node0 CPU(s):               0,1
Vulnerability Gather data sampling: Not affected
Vulnerability Itlb multihit:     Not affected
Vulnerability L1tf:              Not affected
Vulnerability Mds:              Not affected
Vulnerability Meltdown:          Not affected
Vulnerability Mmio stale data:   Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Vulnerability Reg file data sampling: Not affected
Vulnerability Retbleed:          Mitigation; Enhanced IBRS
Vulnerability Spec rstack overflow: Not affected
Vulnerability Spec store bypass:  Mitigation; Speculative Store Bypass disabled via prctl
Vulnerability Spectre v1:         Mitigation; usercopy/swapgs barriers and __user pointer sanitization
Vulnerability Spectre v2:         Mitigation; Enhanced / Automatic IBRS; IBPB conditional; RSB filling; PBRSB-eIBRS SW sequence; BHI SW loop, KVM SW
Vulnerability Srbds:             Not affected
Vulnerability Tsx async abort:    Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Flags:                           fpu vme de pse tsc msr pae mce cx8 apic sep mtrr pge mca cmov pat pse36 clflush mmx fxsr sse sse2 ss ht syscall nx
########## DISKS DETAILS ##########
BLKDT $ sudo lsblk
NAME      MAJ:MIN RM  SIZE RO TYPE MOUNTPOINT
sda         8:0    0  100G  0 disk
|-sda1      8:1    0 95.8G  0 part /etc/resolv.conf
|-sda2      8:2    0   16M  0 part
|-sda3      8:3    0    2G  0 part
|-sda4      8:4    0   16M  0 part
|-sda5      8:5    0    2G  0 part
|-sda6      8:6    0  512B  0 part
|-sda7      8:7    0  512B  0 part
|-sda8      8:8    0   16M  0 part
|-sda9      8:9    0  512B  0 part
|-sda10     8:10   0  512B  0 part
|-sda11     8:11   0    8M  0 part
'-sda12     8:12   0   32M  0 part
sdb         8:16   0    1G  0 disk
HDDDT $ sudo df
Filesystem     1K-blocks     Used Available Use% Mounted on
overlay         98831908 23334432  75481092  24% /
tmpfs              65536        0     65536   0% /dev
tmpfs            8192984        0   8192984   0% /sys/fs/cgroup
/dev/sda1       98831908 23334432  75481092  24% /etc/hosts
shm                65536        0     65536   0% /dev/shm
tmpfs            1572864       12   1572852   1% /run/secrets/kubernetes.io/serviceaccount
tmpfs            8192984        0   8192984   0% /proc/acpi
tmpfs            8192984        0   8192984   0% /proc/scsi
tmpfs            8192984        0   8192984   0% /sys/firmware
########## NETWORK DETAILS ##########
NETWO $ sudo lshw -C network
  *-network
       description: Ethernet controller
       product: Virtio network device
       vendor: Red Hat, Inc.
       physical id: 4
       bus info: pci@0000:00:04.0
       version: 00
       width: 32 bits
       clock: 33MHz
       capabilities: bus_master cap_list
       configuration: driver=virtio-pci latency=0
       resources: irq:10 ioport:c000(size=64) memory:c0000000-c000007f
```

```
             bus info: virtio@1
             configuration: driver=virtio_net
  *-network
        description: Ethernet interface
        physical id: 1
        logical name: eth0
        serial: fa:ce:1e:96:54:88
        size: 10Gbit/s
        capabilities: ethernet physical
        configuration: autonegotiation=off broadcast=yes driver=veth driverversion=1.0 duplex=full ip=172.24.0.58 link=yes multicast=yes port=twisted pair
IFCON $ sudo ifconfig -a
eth0: flags=4163<UP,BROADCAST,RUNNING,MULTICAST>  mtu 1460
        inet 172.24.0.58  netmask 255.255.255.0  broadcast 172.24.0.255
        ether fa:ce:1e:96:54:88  txqueuelen 0  (Ethernet)
        RX packets 957175  bytes 532508964 (507.8 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 1030465  bytes 334622180 (319.1 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
lo: flags=73<UP,LOOPBACK,RUNNING>  mtu 65536
        inet 127.0.0.1  netmask 255.0.0.0
        loop  txqueuelen 1000  (Local Loopback)
        RX packets 85703  bytes 241545570 (230.3 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 85703  bytes 241545570 (230.3 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
NETST $ sudo netstat -r
Kernel IP routing table
Destination     Gateway         Genmask         Flags   MSS Window  irtt Iface
default         172.24.0.1      0.0.0.0         UG        0 0          0 eth0
172.24.0.0      172.24.0.1      255.255.255.0   UG        0 0          0 eth0
172.24.0.1      0.0.0.0         255.255.255.255 UH        0 0          0 eth0
HOSTS $ sudo cat /etc/hosts
# Kubernetes-managed hosts file.
127.0.0.1       localhost
::1     localhost ip6-localhost ip6-loopback
fe00::0 ip6-localnet
fe00::0 ip6-mcastprefix
fe00::1 ip6-allnodes
fe00::2 ip6-allrouters
172.24.0.58     wf-core-wrk-prod-65f977857-bq7w2
MYIPV $ dig +short myip.opendns.com @resolver1.opendns.com
35.205.147.81
DIGDT $ dig a google.com
; <<>> DiG 9.16.50-Debian <<>> a google.com
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 29880
;; flags: qr rd ra; QUERY: 1, ANSWER: 6, AUTHORITY: 0, ADDITIONAL: 1
;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 512
;; QUESTION SECTION:
;google.com.                    IN      A
;; ANSWER SECTION:
google.com.             30      IN      A       172.253.120.100
google.com.             30      IN      A       172.253.120.101
google.com.             30      IN      A       172.253.120.139
google.com.             30      IN      A       172.253.120.113
google.com.             30      IN      A       172.253.120.138
google.com.             30      IN      A       172.253.120.102
;; Query time: 2 msec
;; SERVER: 172.28.0.10#53(172.28.0.10)
;; WHEN: Wed Mar 26 14:05:57 UTC 2025
;; MSG SIZE  rcvd: 135
PINGV $ ping -c 5 google.com
PING google.com (172.253.120.100) 56(84) bytes of data.
64 bytes from wd-in-f100.1e100.net (172.253.120.100): icmp_seq=1 ttl=114 time=1.48 ms
64 bytes from wd-in-f100.1e100.net (172.253.120.100): icmp_seq=2 ttl=114 time=0.213 ms
64 bytes from wd-in-f100.1e100.net (172.253.120.100): icmp_seq=3 ttl=114 time=0.238 ms
64 bytes from wd-in-f100.1e100.net (172.253.120.100): icmp_seq=4 ttl=114 time=0.235 ms
64 bytes from wd-in-f100.1e100.net (172.253.120.100): icmp_seq=5 ttl=114 time=0.248 ms
--- google.com ping statistics ---
5 packets transmitted, 5 received, 0% packet loss, time 4020ms
rtt min/avg/max/mdev = 0.213/0.482/1.479/0.498 ms
######### OS DETAILS #########
UNAME $ sudo uname -a
```

```
Distributor ID: Debian
Description:    Debian GNU/Linux 11 (bullseye)
Release:       11
Codename:      bullseye
########## PROCESS DETAILS ##########
PSAUX $ sudo ps -aux
USER       PID %CPU %MEM    VSZ    RSS TTY      STAT START   TIME COMMAND
root         1  0.0  0.0   2480    584 ?        Ss   14:04   0:00 /bin/sh -c Xvfb :99 -screen 0 1280x800x16 & node dist/src/index.js
root         8  0.1  0.3 752288  50040 ?        Sl   14:04   0:00 Xvfb :99 -screen 0 1280x800x16
root         9  7.9  1.1 2011500 185152 ?       Sl   14:04   0:04 node dist/src/index.js
root        33  1.9  0.8 352116 133340 ?        Sl   14:05   0:00 tshark -i eth0 -w /tmp/tmp-9-kJwkKoWWB4KC/acquisition.pcap -f not port 3389
root        53  0.3  0.0  17372   6664 ?        Sl   14:05   0:00 /usr/bin/dumpcap -n -i eth0 -f not port 3389 -Z none -w /tmp/tmp-9-kJwkKoWWB4KC/acquis
root        54  0.0  0.0   3896   3216 ?        S    14:05   0:00 /bin/bash /app/dist/start.sh
root        58 32.5  1.5 34369260 254496 ?      Rsl  14:05   0:03 /usr/bin/google-chrome --allow-pre-commit-input --disable-background-networking --disa
root        63  0.0  0.0   2528    504 ?        S    14:05   0:00 cat
root        64  0.0  0.0   2528    568 ?        S    14:05   0:00 cat
root        66  0.0  0.0 33576408   3252 ?      Sl   14:05   0:00 /opt/google/chrome/chrome_crashpad_handler --monitor-self --monitor-self-annotation=pt
root        68  0.0  0.0 33568196   3140 ?      Sl   14:05   0:00 /opt/google/chrome/chrome_crashpad_handler --no-periodic-tasks --monitor-self-annotati
root        73  0.4  0.3 33942572  62196 ?      Sl   14:05   0:00 /opt/google/chrome/chrome --type=zygote --no-zygote-sandbox --no-sandbox --crashpad-ha
root        74  0.8  0.3 33942576  62380 ?      S    14:05   0:00 /opt/google/chrome/chrome --type=zygote --no-sandbox --crashpad-handler-pid=66 --enabl
root       105  9.8  0.6 33930156 110300 ?      Sl   14:05   0:00 /opt/google/chrome/chrome --type=utility --utility-sub-type=network.mojom.NetworkServi
11773999642457190436,11596576896213865144,262144 --enable-features=PdfOopif --disable-features=AcceptCHFrame,IsolateSandboxedIframes,MediaRouter,Optimiza
root       113  0.4  0.2 33985372  48584 ?      Sl   14:05   0:00 /opt/google/chrome/chrome --type=utility --utility-sub-type=storage.mojom.StorageServi
root       149  0.4  0.5 1459559672  93736 ?    Sl   14:05   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       169  0.5  0.5 1459550384  95744 ?    Sl   14:05   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       171 44.3  1.7 1461351220 279860 ?    Rl   14:05   0:03 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       177  0.5  0.6 1459558580  97520 ?    Sl   14:05   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       240  2.0  0.6 1461270708  98704 ?    Sl   14:05   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       266  6.0  0.7 34180000 121220 ?      Sl   14:05   0:00 /opt/google/chrome/chrome --type=gpu-process --no-sandbox --disable-dev-shm-usage --di
root       287 13.7  1.0 1459571764 167884 ?    Sl   14:05   0:01 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
-color-profile=srgb --remote-debugging-port=0 --allow-pre-commit-input --disable-gpu-compositing --disable-blink-features=Autom
root       339  1.7  0.6 1459558832 109212 ?    Sl   14:05   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       442  3.2  0.7 1459558836 119640 ?    Sl   14:05   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       462 13.0  0.7 1459558832 122988 ?    Sl   14:05   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       473 11.0  0.6 1459558836 114312 ?    Sl   14:06   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       483  8.0  0.6 1459560880 100924 ?    Rl   14:06   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       498  2.0  0.3 1459558576  62400 ?    Sl   14:06   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=66 --enable-crash-rep
root       506  0.0  0.0   8248   4804 ?        S    14:06   0:00 sudo ps -aux
root       509  0.0  0.0   6992   3036 ?        R    14:06   0:00 ps -aux
########## TIME DETAILS ##########
DATEV $ date
Wed Mar 26 14:06:01 UTC 2025
NTPQ1 $ sudo ntpq -c rv
associd=0 status=c016 leap_alarm, sync_unspec, 1 event, restart,
version="ntpd 4.2.8p15@1.3728-o Wed Sep 23 11:46:38 UTC 2020 (1)",
processor="x86_64", system="Linux/6.1.123+", leap=11, stratum=16,
precision=-24, rootdelay=0.000, rootdisp=0.000, refid=INIT,
reftime=(no time),
clock=eb8e884a.a1901b1e  Wed, Mar 26 2025 14:06:02.631, peer=0, tc=3,
mintc=3, offset=+0.000000, frequency=+0.000, sys_jitter=0.000000,
clk_jitter=0.000, clk_wander=0.000, leapsec=201701010000,
expire=202506280000
NTPQ2 $ sudo ntpq -pn
     remote           refid      st t when poll reach   delay   offset  jitter
==============================================================================
 0.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 1.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 2.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 3.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
```

# 7. *Log file* of the packet sniffer

The log file of tshark packet sniffer - an open-source library designed to analyse the Internet protocols and their generated traffic - shows the number of packets that have been acquired and the ones that have been discarded due to network issues. This information can be verified by accessing and analysing the PCAP file available inside the ZIP file that contains the digital evidence.

```
Running as user "root" and group "root". This could be dangerous.
Capturing on 'eth0'
5513 packets captured
```

## 8. Kopjra

Kopjra is a cyber intelligence company specializing in online investigations, OSINT (Open Source Intelligence) and network forensics. Kopjra has created Legal Tech Italy, the permanent observatory on the evolution of the legal tech sector in Italy.

It focuses on providing complex SaaS (Software as a Service) and API (Application Programming Interface) solutions and is an expert in the methodologies of acquisition on the Internet according to the international standard on forensic Information Technology ISO/IEC 27037:2012.

Every day, Kopjra is committed to assisting Italy's most important media groups, and their legal counsellors, to protect online intellectual property and support law enforcement against cyber piracy.

On several occasions the company has been a party-appointed expert witness for major Italian companies, primarily in disputes about infringement of intellectual property rights.

Tommaso Grotto, co-founder and sole director, and Emanuele Casadio, co-founder and chief technology officer, have contributed, among other authors, to the books "*Il processo di adeguamento al GDPR*" ("The Adapting Process to GDPR"), "*La prova digitale*" ("Digital Evidence"), "Italian Legal Tech Report" and "*Legal tech, smart contract e big data per professionisti e imprese*" ("Legal Tech, Smart Contract and Big Data for Professionals and Businesses"), published in 2018, 2020, 2021 and 2022 respectively, by Giuffrè Francis Lefebvre and Wolters Kluwer Italia.

Since 2019, Tommaso Grotto is Fellow at ISLC (Information Society Law Center) of the University of Milan, since 2020 he is Professor of the Postgraduate Course "Legal Technology" and since 2021 of the Postgraduate Course "Cybercrime and Digital Investigation" of the University of Milan.

In 2020, Emanuele Casadio was included in the Selected Reserve List of the Carabinieri Corps. Riserva Selezionata dell'Arma dei Carabinieri.

Kopjra holds the **ISO/IEC 27001:2013** and **ISO/IEC 27037:2017** certifications.

This document is issued for the uses permitted by Law.

Bologna, lì

On behalf of Kopjra Srl







Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com



# WEB FORENSICS
## I N S T A N T

Mod. PO 13 A 01 EN v1

## *Methodological Report*

Instant Forensic Acquisition

March 26, 2025



Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)

# 1. Assignment

The company Kopjra Srl, with registered office in Via Rizzoli 1/2, 40125 Bologna, Italy, VAT number 03904120247 (hereafter referred to as "Kopjra"), as per the session of forensic acquisition run automatically with the aid of the *SaaS* (*Software as a Service*) Web Forensics Instant, hereby formulates a methodological report to describe the technical rules, the processes adopted and the results obtained.

This methodological report refers to the activity of forensic acquisition of digital evidence executed on 03/26/2025 at 2:05 PM UTC+0000 and with regard to the *URLs* (*Uniform Resource Locator*) listed in the corresponding table in paragraph 4 (Detailed Information Summary on the Forensic Actions Carried Out).

The acquisition was carried out automatically with the aid of *SaaS* developed by Kopjra which allows the acquisition of digital evidence, that is to say any content available on the *Internet*, through an automatically controlled web browser run in a forensic environment. The evidentiary value is ensured by the methodology of acquisition, which follows dutifully the international standard on forensic Information Technology ISO/IEC 27037:2012 "Guidelines for identification, collection, acquisition and preservation of digital evidence".

A summary of the acquisition, which includes, among other information, the SHA-256 fingerprints of all the files generated, is available in paragraph 4

# 2. Methodology

The ISO/IEC 27037:2012 standard defines the guidelines for identification, collection, acquisition and preservation of digital evidence. This norm details how to obtain digital elements with evidentiary value, which can be potentially admitted in court, and validates the four fundamental procedures specified above. The acquisition process described hereunder is compliant to the ISO/IEC 27037:2012 as regards the acquisition and preservation stages

In addition to ISO/IEC 27037:2012, the following guidelines have been taken into consideration:

- *Computer Security and Incident Handling* - NIST (National Institute of Standards and Technology), 2012;
- *Best Practices for Computer Forensics* - SWGDE (Scientific Working Group on Digital Evidence), 2012;
- *Good Practice Guide for Digital Evidence* - ACPO (Association of Chief Police Officers), 2012;
- *Cloud Computing Forensic Science Challenges* - NIST, 2012.

The ISO/IEC 27037:2012 standard and the above mentioned guidelines represent the so-called "international best practices" which constitute the summary of the methodological and technical rules that must be applied in the forensic practice, and are also quoted by the Italian law which ratifies the Budapest Convention on Cybercrime (Law No. 48, 18 March 2008), by the Italian Code of the Digital Administration (*Codice dell'Amministrazione Digitale*) and by the eIDAS (electronic IDentification Authentication and Signature) Regulation. It is possible to consider the rules of authenticity and integrity of digital evidence established by the best practices not as "simple practical instructions which bring no sanction, but as tangible implicit prohibitions guarded by the sanction of inadmissibility" (Italian Supreme Court of Cassation, Section IV, Judgement No. 40903, 28 June 2016).

This methodology involves the acquisition of all the data streams exchanged between the machine that hosts the automatic *web browser* and the remote servers, not only as regards the *HTTP* (*Hypertext Transfer Protocol*) protocol, but also with regard to the resolution of the domain names following the *DNS* (*Domain Name System*) protocol.

For each relevant *file*, that is to say the *PCAP file* that corresponds to the acquired network traffic, the *file* which contains the *SSL/TLS* (*Secure Sockets Layer/Transport Layer Security*) traffic decryption keys, the MHTML *file* containing the page source together to all its resources, the WACZ *file* (Web Archive Collection Zipped), the *viewport screenshot*, as well as all the *log files* generated during the automatic session, a SHA-256 fingerprint is generated, and exported on a corresponding timestamped and digitally signed *XML file*, making it possible, therefore, to state incontrovertibly the conclusion of the acquisition and its subsequent integrity.

The acquisition was carried out on a dedicated *Docker container*, autonomously managed and run on a managed cluster hosted on the Google Cloud Platform (GCP) public *cloud provider*, based in Belgium (UE), connected to the *Internet* via the provider's proprietary infrastructure.

The Docker *container* ran the Linux Debian 11 Bullseye Operating System. Into the Docker *container* image were installed a *web browser*, the tshark *packet sniffer*, node and npm packets. The supplementary *Software* was installed through the official distribution channels.

The Docker *container* is connected to the Ethernet network of the Kubernetes Pod, which is connected with a *bridge* to the public network interface of the node into the Kubertenes *cluster*. At this stage, the connection is routed directly on the *Internet* through the virtual and physical infrastructure of GCP.

The security of the *hardware* and virtual infrastructure is ensured by the service provider, while the security of the application and the environments is ensured by the adoption of all industrial *best practices* available.

When starting the session of forensic acquisition, the application will run a *script* to verify the initial status of the environment and generate a *log file*. Thanks to this *script* a set of different information will be retrieved, such as the details of the Docker *container*, cpu, memory, network, disks, processes e and time synchronization of the container. At this stage a time reference will also be obtained through the *NTP* (*Network Time Protocol*) protocol.

It is evident that through this methodology the authenticity and origin of the contents are secured. Moreover, the extraction of the contents which are the

The *files* that constitute the digital evidence are preserved as objects in a versioning-enabled *object store bucket*. The final deletion of the object will occur after 14 days from the appending of the delete mark.

# 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
|---|---|
| 05/07/2025 00:42:50.075 UTC+0000 | Start of the proceedings |
| 05/07/2025 00:42:50.076 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 05/07/2025 00:42:50.752 UTC+0000 | Starting the environment status check *script* |
| 05/07/2025 00:42:50.770 UTC+0000 | Starting the *web browser* automatically and starting the WACZ file recording |
| 05/07/2025 00:42:54.281 UTC+0000 | Navigating a *web* page and corresponding *screenshot* generation and MHTML *file*: https://apple.news/AvQVlwCo-QVeB-hsjXpVuHQ |
| 05/07/2025 00:43:42.805 UTC+0000 | Ending the recording of the WACZ file and closing the *web browser* |
| 05/07/2025 00:43:42.806 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (*digital evidence copy*) |
| 05/07/2025 00:43:43.119 UTC+0000 | Generation of the *XML* file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
| | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

# 4. Detailed Information Summary on Forensic Activities Performed

## Summary Table of the Session of Forensic Acquisition

| ID | SESSION NAME | DATE | CONTAINER OS | PUBLIC OUTBOUND IP |
|---|---|---|---|---|
| 135ac992-cffc-4416-8e76-cc0ede513c42 | Instant Forensics Acquisition | 05/07/2025 12:42 AM UTC+0000 | Linux Debian 11 Bullseye | 34.38.94.22 |

## Summary table of the Docker *container*

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.2.3 |
| SHA-256 fingerprint of the Docker image used to create the environment | 3e45f381499a07a85d9c204be952cd742dd4df3947ae3c5064554616036604f |

## Summary Table of the Identified *URLs*

| URL | DATE AND TIME |
|---|---|
| https://apple.news/AvQVlwCo-QVeB-hsJXpVuHQ | 05/07/2025 12:42 AM UTC+0000 |

## Summary Table of the Generated Files

| FILE NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | 9d10d21e5e8fb8ba7c4dcc5b6ee7537e54eb55888f6869a38e0ec143fba25cb6 | PCAP |
| initialization.log | 0de09e314ebc24df041f0cbb7eb3c6a233281f3cdee88d4c83757125010 9c0 | *Log* |
| networkTraffic.log | 84f361ef024014ff2b688e72678b04011bd399ef1928021d73ca5e1bbe47bc6a | *Log* |
| page.mhtml | c771ba0bb212b04058defa100a9a34fb52032ef06044ed723804f005a6b1f803 | Source and resources |
| page.wacz | a7841e0d63f2f0c72ca00672a91f58ed9b30692d23e731a9c2d8a08153b3e9e2 | WACZ archive |
| screenshotViewport.jpg | d60e8a7c38dd537ac6abf31bd3276d6c722d357e42ffad15029b40d3fa04834f | *Screenshot* |
| session.log | e184b60d537d92d3bb78eb330d968c2a380c403dbc30f08cb7232adb01413e1d | *Log* |
| sslkeys.keys | 54ca5625fff2474bd2631c15fd1722a54acd237cb97a4acfd5216f157ef980c4 | Keys |

These *files* are sorted and stored in a *ZIP* file. The list below provides a short description of each *file* type:

- *PCAP*: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- *Keys*: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- *Screenshot*: JPG file corresponding to the *viewport screenshot* automatically generated during the session;
- *Log*: *log file* automatically generated during the session;
- *Source and resources*: web page *source file*, in MHTML format, with images, automatically captured during the session;
- *WACZ Archive*: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- *XML*: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

5. *Viewport screenshots* automatically generated



screenshotViewport.jpg

```
Thread(s) per core:                       2
Core(s) per socket:                       1
Socket(s):                                1
NUMA node(s):                             1
Vendor ID:                                GenuineIntel
CPU family:                               6
Model:                                    85
Model name:                               Intel(R) Xeon(R) CPU @ 2.80GHz
Stepping:                                 7
CPU MHz:                                  2800.210
BogoMIPS:                                 5600.42
Hypervisor vendor:                        KVM
Virtualization type:                      full
L1d cache:                                32 KiB
L1i cache:                                32 KiB
L2 cache:                                 1 MiB
L3 cache:                                 33 MiB
NUMA node0 CPU(s):                        0,1
Vulnerability Gather data sampling:       Not affected
Vulnerability Itlb multihit:              Not affected
Vulnerability L1tf:                       Not affected
Vulnerability Mds:                        Not affected
Vulnerability Meltdown:                   Not affected
Vulnerability Mmio stale data:            Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Vulnerability Reg file data sampling:     Not affected
Vulnerability Retbleed:                   Mitigation; Enhanced IBRS
Vulnerability Spec rstack overflow:       Not affected
Vulnerability Spec store bypass:          Mitigation; Speculative Store Bypass disabled via prctl
Vulnerability Spectre v1:                 Mitigation; usercopy/swapgs barriers and __user pointer sanitization
Vulnerability Spectre v2:                 Mitigation; Enhanced / Automatic IBRS; IBPB conditional; RSB filling; PBRSB-eIBRS SW sequence; BHI SW loop, KVM SW
Vulnerability Srbds:                      Not affected
Vulnerability Tsx async abort:            Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Flags:                                    fpu vme de pse tsc msr pae mce cx8 apic sep mtrr pge mca cmov pat pse36 clflush mmx fxsr sse sse2 ss ht syscall nx
########## DISKS DETAILS ##########
BLKDT $ sudo lsblk
NAME     MAJ:MIN RM   SIZE RO TYPE MOUNTPOINT
sda        8:0    0   100G  0 disk
|-sda1     8:1    0  95.8G  0 part /etc/resolv.conf
|-sda2     8:2    0    16M  0 part
|-sda3     8:3    0     2G  0 part
|-sda4     8:4    0    16M  0 part
|-sda5     8:5    0     2G  0 part
|-sda6     8:6    0   512B  0 part
|-sda7     8:7    0   512B  0 part
|-sda8     8:8    0    16M  0 part
|-sda9     8:9    0   512B  0 part
|-sda10    8:10   0   512B  0 part
|-sda11    8:11   0     8M  0 part
`-sda12    8:12   0    32M  0 part
sdb        8:16   0    10G  0 disk
HDDDT $ sudo df
Filesystem     1K-blocks     Used Available Use% Mounted on
overlay         98831908 16329424  82486100  17% /
tmpfs              65536        0     65536   0% /dev
tmpfs            8191664        0   8191664   0% /sys/fs/cgroup
/dev/sda1       98831908 16329424  82486100  17% /etc/hosts
shm                65536        0     65536   0% /dev/shm
tmpfs            1572864       12   1572852   1% /run/secrets/kubernetes.io/serviceaccount
tmpfs            8191664        0   8191664   0% /proc/acpi
tmpfs            8191664        0   8191664   0% /proc/scsi
tmpfs            8191664        0   8191664   0% /sys/firmware
########## NETWORK DETAILS ##########
NETWO $ sudo lshw -C network
  *-network
        description: Ethernet controller
        product: Virtio network device
        vendor: Red Hat, Inc.
        physical id: 4
        bus info: pci@0000:00:04.0
        version: 00
        width: 32 bits
        clock: 33MHz
        capabilities: bus_master cap_list
        configuration: driver=virtio-pci latency=0
        resources: irq:10 ioport:c000(size=64) memory:c0000000-c000007f
```

# 6. *Log File* of the Forensic Acquisition Process Initialization

The term *log* is used to designate the sequential and chronological registry of the operations that have been executed by a user, an administrator or automatically, on an application or on a system.

The *log file*, also known as "Event Log", is the document on which these operations are saved and, in case it is necessary, accessed at a later time to analyse the available information for the purposes of the verifiability of the process.

The *log file* pertaining to the forensic acquisition process initialization contains a lot of information on the initial status of the environment, such as the image details of the Docker container, processor, memory, network, disks, processes and time synchronization of the container.

```
########## Starting Acquisition ##########
2025-05-07T02:42+02:00
########## DOCKER DETAILS ##########
DOCIM $ echo ${DOCKERIMAGE_URL}
eu.gcr.io/kopjra/wf-core:v0.2.3
DOCHS $ echo ${DOCKERIMAGE_SHA256}
3e45f381499a07a85d9c204be952cd742dd4df3947ae3c5064554616036684f
########## INSTANCE DETAILS ##########
IMGID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/image
projects/gke-node-images/global/images/gke-1316-gke1064001-cos-117-18613-164-38-c-cgpv1-pre
LOCIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/ip
172.28.16.61
PUBIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/access-configs/0/external-ip
34.38.94.22
MACAD $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/mac
42:01:ac:1c:10:3d
INSID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/id
1545394154597047169
INSTY $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/machine-type
projects/258946861480/machineTypes/n2-highmem-2
AVAZO $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/zone
projects/258946861480/zones/europe-west1-c
########## SYSTEM OVERVIEW ##########
SYSOV $ sudo lshw -short
H/W path      Device  Class         Description
=================================================
              system        Computer
/0            bus           Motherboard
/0/0          memory        16GiB System memory
/0/1          processor     Intel(R) Xeon(R) CPU @ 2.80GHz
/0/100        bridge        440FX - 82441FX PMC [Natoma]
/0/100/1      bridge        82371AB/EB/MB PIIX4 ISA
/0/100/1.3    bridge        82371AB/EB/MB PIIX4 ACPI
/0/100/3      generic       Virtio SCSI
/0/100/3/0    generic       Virtual I/O device
/0/100/4      network       Virtio network device
/0/100/4/0    network       Virtual I/O device
/0/100/5      generic       Virtio RNG
/0/100/5/0    generic       Virtual I/O device
/0/2          system        PnP device PNP0b00
/0/3          input         PnP device PNP0303
/0/4          input         PnP device PNP0f13
/0/5          communication PnP device PNP0501
/0/6          communication PnP device PNP0501
/0/7          communication PnP device PNP0501
/0/8          communication PnP device PNP0501
/1      eth0    network       Ethernet interface
########## RAM DETAILS ##########
MEMOR $ sudo lshw -C memory
  *-memory
       description: System memory
       physical id: 0
       size: 16GiB
########## CPU DETAILS ##########
CPUDT $ sudo lscpu
Architecture:               x86_64
CPU op-mode(s):             32-bit, 64-bit
Byte Order:                 Little Endian
```

```
                bus info: virtio@1
                configuration: driver=virtio_net
    *-network
        description: Ethernet interface
        physical id: 1
        logical name: eth0
        serial: 16:3a:e7:4b:fe:fd
        size: 10Gbit/s
        capabilities: ethernet physical
        configuration: autonegotiation=off broadcast=yes driver=veth driverversion=1.0 duplex=full ip=172.24.1.8 link=yes multicast=yes port=twisted pair
IFCON $ sudo ifconfig -a
eth0: flags=4163<UP,BROADCAST,RUNNING,MULTICAST>  mtu 1460
        inet 172.24.1.8  netmask 255.255.255.0  broadcast 172.24.1.255
        ether 16:3a:e7:4b:fe:fd  txqueuelen 0  (Ethernet)
        RX packets 712952  bytes 396647688 (378.2 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 773678  bytes 214672905 (204.7 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
lo: flags=73<UP,LOOPBACK,RUNNING>  mtu 65536
        inet 127.0.0.1  netmask 255.0.0.0
        loop  txqueuelen 1000  (Local Loopback)
        RX packets 37008  bytes 147830787 (140.9 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 37008  bytes 147830787 (140.9 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
NETST $ sudo netstat -r
Kernel IP routing table
Destination     Gateway         Genmask         Flags MSS Window  irtt Iface
default         172.24.1.1      0.0.0.0         UG      0 0          0 eth0
172.24.1.0      172.24.1.1      255.255.255.0   UG      0 0          0 eth0
172.24.1.1      0.0.0.0         255.255.255.255 UH      0 0          0 eth0
HOSTS $ sudo cat /etc/hosts
# Kubernetes-managed hosts file.
127.0.0.1       localhost
::1     localhost ip6-localhost ip6-loopback
fe00::0 ip6-localnet
fe00::0 ip6-mcastprefix
fe00::1 ip6-allnodes
fe00::2 ip6-allrouters
172.24.1.8      wf-core-wrk-prod-58b5bdf69-jn2h7
MYIPV $ dig +short myip.opendns.com @resolver1.opendns.com
34.38.94.22
DIGDT $ dig a google.com
; <<>> DiG 9.16.50-Debian <<>> a google.com
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 52588
;; flags: qr rd ra; QUERY: 1, ANSWER: 6, AUTHORITY: 0, ADDITIONAL: 1
;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 512
;; QUESTION SECTION:
;google.com.                    IN      A
;; ANSWER SECTION:
google.com.             30      IN      A       74.125.133.138
google.com.             30      IN      A       74.125.133.100
google.com.             30      IN      A       74.125.133.102
google.com.             30      IN      A       74.125.133.101
google.com.             30      IN      A       74.125.133.139
google.com.             30      IN      A       74.125.133.113
;; Query time: 2 msec
;; SERVER: 172.28.0.10#53(172.28.0.10)
;; WHEN: Wed May 07 00:42:55 UTC 2025
;; MSG SIZE  rcvd: 135
PINGV $ ping -c 5 google.com
PING google.com (74.125.133.138) 56(84) bytes of data.
64 bytes from wo-in-f138.1e100.net (74.125.133.138): icmp_seq=1 ttl=114 time=1.23 ms
64 bytes from wo-in-f138.1e100.net (74.125.133.138): icmp_seq=2 ttl=114 time=0.255 ms
64 bytes from wo-in-f138.1e100.net (74.125.133.138): icmp_seq=3 ttl=114 time=0.300 ms
64 bytes from wo-in-f138.1e100.net (74.125.133.138): icmp_seq=4 ttl=114 time=0.287 ms
64 bytes from wo-in-f138.1e100.net (74.125.133.138): icmp_seq=5 ttl=114 time=0.296 ms
--- google.com ping statistics ---
5 packets transmitted, 5 received, 0% packet loss, time 4014ms
rtt min/avg/max/mdev = 0.255/0.474/1.232/0.379 ms
########## OS DETAILS ##########
UNAME $ sudo uname -a
```

```
Distributor ID: Debian
Description:    Debian GNU/Linux 11 (bullseye)
Release:       11
Codename:      bullseye
########## PROCESS DETAILS ##########
PSAUX $ sudo ps -aux
USER         PID %CPU %MEM    VSZ   RSS TTY      STAT START   TIME COMMAND
root           1  0.0  0.0   2480  1536 ?        Ss   May03   0:00 /bin/sh -c Xvfb :99 -screen 0 1280x800x16 & node dist/src/index.js
root           8  0.0  0.3 757732 54440 ?        S    May03   0:02 Xvfb :99 -screen 0 1280x800x16
root           9  0.0  5.4 321806428 888820 ?    Sl   May03   5:17 node dist/src/index.js
root         445  0.0  0.0  74496  3192 ?        Ss   May03   0:16 ntpd
root        7715  0.0  0.3 352112 63648 ?        S    May05   0:05 tshark -i eth0 -w /tmp/tmp-9-UcpsCpnRSkPn/acquisition.pcap -f not port 3389
root        7735  0.0  0.0  17372  5376 ?        S    May05   0:30 /usr/bin/dumpcap -n -i eth0 -f not port 3389 -Z none -w /tmp/tmp-9-UcpsCpnRSkPn/acquis
root        7739  0.0  0.5 34389640 87056 ?      Ssl  May05   1:02 /usr/bin/google-chrome --allow-pre-commit-input --disable-background-networking --disa
root        7744  0.0  0.0   2528  1024 ?        S    May05   0:00 cat
root        7745  0.0  0.0   2528  1280 ?        S    May05   0:00 cat
root        7747  0.0  0.0 33576632  2304 ?      Sl   May05   0:00 /opt/google/chrome/chrome_crashpad_handler --monitor-self --monitor-self-annotation=pt
root        7749  0.0  0.0 33568420  2048 ?      Sl   May05   0:00 /opt/google/chrome/chrome_crashpad_handler --no-periodic-tasks --monitor-self-annotati
root        7754  0.0  0.1 33943476 18944 ?      S    May05   0:00 /opt/google/chrome/chrome --type=zygote --no-zygote-sandbox --no-sandbox --crashpad-ha
root        7755  0.0  0.1 33943468 19072 ?      S    May05   0:00 /opt/google/chrome/chrome --type=zygote --no-sandbox --crashpad-handler-pid=7747 --ena
root        7785  0.0  0.1 33938544 23416 ?      Sl   May05   0:06 /opt/google/chrome/chrome --type=utility --utility-sub-type=network.mojom.NetworkServi
,18067551340489918037,262144 --enable-features=PdfOopif --disable-features=AcceptCHFrame,IsolateSandboxedIframes,MediaRouter,OptimizationHints,ProcessPer
root        7787  0.0  0.1 34001892 18588 ?      Sl   May05   0:04 /opt/google/chrome/chrome --type=utility --utility-sub-type=storage.mojom.StorageServi
root        7842  0.0  0.1 1459699972 23940 ?    Sl   May05   0:01 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=7747 --enable-crash-r
root        7857  0.0  0.1 1459698748 24196 ?    Sl   May05   0:01 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=7747 --enable-crash-r
root        7858  0.7  0.6 1459754736 99380 ?    Sl   May05  15:04 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=7747 --enable-crash-r
root        7873  0.0  0.1 1459698748 24772 ?    Sl   May05   0:01 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=7747 --enable-crash-r
root        7930  0.0  0.3 34176600 57012 ?      Sl   May05   1:52 /opt/google/chrome/chrome --type=gpu-process --no-sandbox --disable-dev-shm-usage --di
root        8039  0.0  0.1 1459698740 22404 ?    Sl   May05   0:01 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=7747 --enable-crash-r
root       12459  2.5  0.3 352112 63952 ?        Sl   00:42   0:00 tshark -i eth0 -w /tmp/tmp-9-rz7ing5VI4ZQ/acquisition.pcap -f not port 3389
root       12479  0.1  0.0  17372  5632 ?        S    00:42   0:00 /usr/bin/dumpcap -n -i eth0 -f not port 3389 -Z none -w /tmp/tmp-9-rz7ing5VI4ZQ/acquis
root       12569  1.0  0.1 145
/bin/bash /app/dist/start.sh
root       12481 21.7  0.4 34178464 70880 ?      Dsl  00:42   0:01 /usr/bin/google-chrome --allow-pre-commit-input --disable-background-networking --disa
root       12487  0.0  0.0   2528  1024 ?        S    00:42   0:00 cat
root       12488  0.0  0.0   2528  1152 ?        S    00:42   0:00 cat
root       12491  0.0  0.0 33576632  2176 ?      Sl   00:42   0:00 /opt/google/chrome/chrome_crashpad_handler --monitor-self --monitor-self-annotation=pt
root       12493  0.0  0.0 33568420  2048 ?      Sl   00:42   0:00 /opt/google/chrome/chrome_crashpad_handler --no-periodic-tasks --monitor-self-annotati
root       12498  0.5  0.1 33943472 20736 ?      S    00:42   0:00 /opt/google/chrome/chrome --type=zygote --no-zygote-sandbox --no-sandbox --crashpad-ha
root       12499  1.0  0.1 33943476 21120 ?      S    00:42   0:00 /opt/google/chrome/chrome --type=zygote --no-sandbox --crashpad-handler-pid=12491 --en
root       12521  6.7  0.2 33930244 34176 ?      Sl   00:42   0:00 /opt/google/chrome/chrome --type=utility --utility-sub-type=network.mojom.NetworkServi
root       12552  0.3  0.1 33985504 23104 ?      Sl   00:42   0:00 /opt/google/chrome/chrome --type=utility --utility-sub-type=storage.mojom.StorageServi
9683452 32524 ?            Sl   00:42   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=12491 --enable-crash-reporter=, --user-data-dir=/tm
root       12614  1.0  0.1 1459690556 32652 ?    Sl   00:42   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=12491 --enable-crash-
root       12630  1.0  0.2 1459682360 33144 ?    Sl   00:42   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=12491 --enable-crash-
root       12699  5.8  0.4 34175120 70720 ?      Sl   00:42   0:00 /opt/google/chrome/chrome --type=gpu-process --no-sandbox --disable-dev-shm-usage --di
root       12728  3.3  0.2 1461402680 39724 ?    Sl   00:42   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=12491 --enable-crash-
root       12728 29.5  0.7 1459706608 120960 ?   D1   00:42   0:01 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=12491 --enable-crash-
root       12762  1.0  0.1 1459682352 27660 ?    Sl   00:42   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=12491 --enable-crash-
root       12821  3.0  0.3 1459690556 53772 ?    Sl   00:42   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=12491 --enable-crash-
root       12835  7.0  0.2 1459688232 36744 ?    Sl   00:42   0:00 /opt/google/chrome/chrome --type=renderer --cra
shpad-handler-pid=12491 --enable-crash-reporter=, --user-data-dir=/tmp/puppeteer_dev_profile-cfOtPT --change-stack-guard-on-fork=enable --no-sandbox --di
root       12849  0.0  0.0   8252  4736 ?        S    00:42   0:00 sudo ps -aux
root       12850  0.0  0.0   6992  2816 ?        R    00:42   0:00 ps -aux
########## TIME DETAILS ##########
DATEV $ date
Wed May  7 00:42:59 UTC 2025
NTPQ1 $ sudo ntpq -c rv
associd=0 status=0615 leap_none, sync_ntp, 1 event, clock_sync,
version="ntpd 4.2.8p15@1.3728-o Wed Sep 23 11:46:38 UTC 2020 (1)",
processor="x86_64", system="Linux/6.6.72+", leap=00, stratum=3,
precision=-23, rootdelay=6.248, rootdisp=6.301, refid=193.190.253.214,
reftime=ebc52a4d.be67797a  Wed, May  7 2025  0:39:41.743,
clock=ebc52b14.8ff3320d  Wed, May  7 2025  0:43:00.562, peer=29020, tc=6,
mintc=3, offset=+0.281943, frequency=+0.000, sys_jitter=2.244224,
clk_jitter=0.686, clk_wander=0.000, tai=37, leapsec=201701010000,
expire=202512280000
NTPQ2 $ sudo ntpq -pn
     remote           refid      st t when poll reach   delay   offset  jitter
==============================================================================
 0.debian.pool.n .POOL.          16 p    -   64    0.   0.000   +0.000   0.000
 1.debian.pool.n .POOL.          16 p    -   64    0    0.000   +0.000   0.000
 2.debian.pool.n .POOL.          16 p    -   64    0    0.000   +0.000   0.000
 3.debian.pool.n .POOL.          16 p    -   64    0    0.000   +0.000   0.000
```

```
+162.159.200.1   10.22.8.198      3 u   40   64  377  14.452  -0.780  0.726
*193.190.253.214 185.111.204.221  2 u    6   64  377   3.792  +0.614  0.204
-109.68.160.220  85.82.99.131     2 u   60  128  377  17.141  +3.188  0.088
```

## 7. *Log file* of the packet sniffer

The log file of tshark packet sniffer - an open-source library designed to analyse the Internet protocols and their generated traffic - shows the number of packets that have been acquired and the ones that have been discarded due to network issues. This information can be verified by accessing and analysing the PCAP file available inside the ZIP file that contains the digital evidence.

```
Running as user "root" and group "root". This could be dangerous.
Capturing on 'eth0'
4993 packets captured
```

## 8. Kopjra

Kopjra Srl is a cyber intelligence company specialized in online investigations, OSINT (Open Source Intelligence) and network forensics, ISO/IEC 27001:2013 and ISO/IEC 27037:2017 certified.

The company assists high-profile Italian and international clients in online intellectual and industrial property protection activities, also serving as CTP (Technical Consultant of the Party) in multiple proceedings against big tech, social networks and technology platforms.

Founding partners Tommaso Grotto and Eng. Emanuele Casadio are editors and authors of numerous publications, in particular the volume The digital evidence ('La prova digitale', Giuffrè Francis Lefebvre, 2020). They are also adjunct professors at the University of Genoa at STELMILIT (School of Telecommunications of the Italian Armed Forces), the University of Milan and the University of Padua. Eng. Emanuele Casadio, in 2020, joined the Selected Reserve pool of the Italian Carabinieri Force.

Web Forensics and Web Forensics Instant technology solutions are covered by trade secret and the latter also by the patent *Process and system for automatic forensic acquisition of web page content* granted in Italy in 2024 and in the United States in 2025.

This document is issued for the uses permitted by Law.

Bologna, lì

On behalf of Kopjra Srl





# WEB FORENSICS
# I N S T A N T



Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com



# WEB FORENSICS
## I N S T A N T

Mod. PO 13 A 01 EN v1

## *Methodological Report*

Instant Forensic Acquisition

April 2, 2025



Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com

Document issued automatically in a single version per language by Kopjra Srl

# 1. Assignment

The company Kopjra Srl, with registered office in Via Rizzoli 1/2, 40125 Bologna, Italy, VAT number 03904120247 (hereafter referred to as "Kopjra"), as per the session of forensic acquisition run automatically with the aid of the *SaaS* (*Software as a Service*) Web Forensics Instant, hereby formulates a methodological report to describe the technical rules, the processes adopted and the results obtained.

This methodological report refers to the activity of forensic acquisition of digital evidence executed on 04/02/2025 at 4:49 AM UTC+0000 and with regard to the *URLs* (*Uniform Resource Locator*) listed in the corresponding table in paragraph 4 (Detailed Information Summary on the Forensic Actions Carried Out).

The acquisition was carried out automatically with the aid of *SaaS* developed by Kopjra which allows the acquisition of digital evidence, that is to say any content available on the *Internet*, through an automatically controlled web browser run in a forensic environment. The evidentiary value is ensured by the methodology of acquisition, which follows dutifully the international standard on forensic Information Technology ISO/IEC 27037:2012 "Guidelines for identification, collection, acquisition and preservation of digital evidence".

A summary of the acquisition, which includes, among other information, the SHA-256 fingerprints of all the files generated, is available in paragraph 4

# 2. Methodology

The ISO/IEC 27037:2012 standard defines the guidelines for identification, collection, acquisition and preservation of digital evidence. This norm details how to obtain digital elements with evidentiary value, which can be potentially admitted in court, and validates the four fundamental procedures specified above. The acquisition process described hereunder is compliant to the ISO/IEC 27037:2012 as regards the acquisition and preservation stages

In addition to ISO/IEC 27037:2012, the following guidelines have been taken into consideration:

- *Computer Security and Incident Handling* - NIST (National Institute of Standards and Technology), 2012;
- *Best Practices for Computer Forensics* - SWGDE (Scientific Working Group on Digital Evidence), 2012;
- *Good Practice Guide for Digital Evidence* - ACPO (Association of Chief Police Officers), 2012;
- *Cloud Computing Forensic Science Challenges* - NIST, 2012.

The ISO/IEC 27037:2012 standard and the above mentioned guidelines represent the so-called "international best practices" which constitute the summary of the methodological and technical rules that must be applied in the forensic practice, and are also quoted by the Italian law which ratifies the Budapest Convention on Cybercrime (Law No. 48, 18 March 2008), by the Italian Code of the Digital Administration (*Codice dell'Amministrazione Digitale*) and by the eIDAS (electronic IDentification Authentication and Signature) Regulation. It is possible to consider the rules of authenticity and integrity of digital evidence established by the best practices not as "simple practical instructions which bring no sanction, but as tangible implicit prohibitions guarded by the sanction of inadmissibility" (Italian Supreme Court of Cassation, Section IV, Judgement No. 40903, 28 June 2016).

This methodology involves the acquisition of all the data streams exchanged between the machine that hosts the automatic *web browser* and the remote servers, not only as regards the *HTTP* (*Hypertext Transfer Protocol*) protocol, but also with regard to the resolution of the domain names following the *DNS* (*Domain Name System*) protocol.

For each relevant *file*, that is to say the *PCAP file* that corresponds to the acquired network traffic, the *file* which contains the *SSL/TLS* (*Secure Sockets Layer/Transport Layer Security*) traffic decryption keys, the MHTML *file* containing the page source together to all its resources, the WACZ *file* (Web Archive Collection Zipped), the *viewport screenshot*, as well as all the *log files* generated during the automatic session, a SHA-256 fingerprint is generated, and exported on a corresponding timestamped and digitally signed *XML file*, making it possible, therefore, to state incontrovertibly the conclusion of the acquisition and its subsequent integrity.

The acquisition was carried out on a dedicated *Docker container*, autonomously managed and run on a managed cluster hosted on the Google Cloud Platform (GCP) public *cloud provider*, based in Belgium (UE), connected to the *Internet* via the provider's proprietary infrastructure.

The Docker *container* ran the Linux Debian 11 Bullseye Operating System. Into the Docker *container* image were installed a *web browser*, the tshark *packet sniffer*, node and npm packets. The supplementary *Software* was installed through the official distribution channels.

The Docker *container* is connected to the Ethernet network of the Kubernetes Pod, which is connected with a *bridge* to the public network interface of the node into the Kubertenes *cluster*. At this stage, the connection is routed directly on the *Internet* through the virtual and physical infrastructure of GCP.

The security of the *hardware* and virtual infrastructure is ensured by the service provider, while the security of the application and of the environments is ensured by the adoption of all industrial *best practices* available.

When starting the session of forensic acquisition, the application will run a *script* to verify the initial status of the environment and generate a *log file*. Thanks to this *script* a set of different information will be retrieved, such as the details of the Docker *container*, cpu, memory, network, disks, processes e and time synchronization of the container. At this stage a time reference will also be obtained through the *NTP* (*Network Time Protocol*) protocol.

It is evident that through this methodology the authenticity and origin of the contents are secured. Moreover, the extraction of the contents which are the subject of the investigation can be repeated at any time starting from the same network traffic acquired.

The *files* that constitute the digital evidence are preserved as objects in a versioning-enabled *object store bucket*. The final deletion of the object will occur after 14 days from the appending of the delete mark.

## 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
|---|---|
| 04/02/2025 04:49:09.916 UTC+0000 | Start of the proceedings |
| 04/02/2025 04:49:09.918 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 04/02/2025 04:49:10.379 UTC+0000 | Starting the environment status check *script* |
| 04/02/2025 04:49:10.403 UTC+0000 | Starting the *web browser* automatically and starting the WACZ file recording |
| 04/02/2025 04:49:11.728 UTC+0000 | Navigating a web page and corresponding *screenshot* generation and MHTML *file*: https://x.com/elonmusk/status/1907116125919302056?s=46 |
| 04/02/2025 04:49:20.289 UTC+0000 | Ending the recording of the WACZ file and closing the *web browser* |
| 04/02/2025 04:49:20.290 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (*digital evidence copy*) |
| 04/02/2025 04:49:20.504 UTC+0000 | Generation of the *XML* file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
|  | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

## 4. Detailed Information Summary on Forensic Activities Performed

### Summary Table of the Session of Forensic Acquisition

| ID | SESSION NAME | DATE | CONTAINER OS | PUBLIC OUTBOUND IP |
|---|---|---|---|---|
| b1a0ea19-48db-4ec1-ab34-f80c1d4539f0 | Instant Forensics Acquisition | 04/02/2025 4:49 AM UTC+0000 | Linux Debian 11 Bullseye | 35.205.147.81 |

### Summary table of the Docker container

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.2.2 |
| SHA-256 fingerprint of the Docker image used to create the environment | 01129f6b8ddf1b2d78d3efe79ca5125368a8e54d9f18271d14ad11de58ef457a |

### Summary Table of the Identified URLs

| URL | DATE AND TIME |
|---|---|
| https://x.com/elonmusk/status/1907116125919302056?s=46 | 04/02/2025 4:49 AM UTC+0000 |

### Summary Table of the Generated Files

| FILE NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | 6192b0ea5e1f016f33eb2c1e6d5e0d4069be712b2f8e4b9372977973a2102147 | PCAP |
| initialization.log | 7ab8acf59dc372f964438a60b6f2a83d06c67db8691a066f7d12fffd8ebeff44 | Log |
| networkTraffic.log | ea4eff39d9266059e3569c622a9e8fcae81158b86fbb8c9bd6bbfaebcbd37013 | Log |
| page.mhtml | 3fe9b690b699150defbd03cd3e708db77934839be435fbb603c300289d1e2ff8 | Source and resources |
| page.wacz | db6826fee590c3437a8e3abacf8681b7fbffb4f255c807936d5e6dbb1d01c027 | WACZ archive |
| screenshotViewport.jpg | 06aecf1ea6b7bca7f67a6980aa434a29539d83bb6cffd7ce52edb7adc675ef98 | Screenshot |
| session.log | dc1e205e72f1ccfb66d7625580b779d0b5f475d9564988bb2c765f5783fe2ba5 | Log |
| sslkeys.keys | 680d5c3ab36e1cff4b522eb4d64005fb78242252bbc912e25a42e3c967b3cea8 | Keys |

These files are sorted and stored in a ZIP file. The list below provides a short description of each file type:

- PCAP: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- Keys: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- Screenshot: JPG file corresponding to the viewport screenshot automatically generated during the session;
- Log: log file automatically generated during the session;
- Source and resources: web page source file, in MHTML format, with images, automatically captured during the session;
- WACZ Archive: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- XML: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

## 5. *Viewport screenshots* automatically generated



screenshotViewport.jpg

```
Thread(s) per core:            2
Core(s) per socket:            1
Socket(s):                     1
NUMA node(s):                  1
Vendor ID:                     GenuineIntel
CPU family:                    6
Model:                         85
Model name:                    Intel(R) Xeon(R) CPU @ 2.80GHz
Stepping:                      7
CPU MHz:                       2800.246
BogoMIPS:                      5600.49
Hypervisor vendor:             KVM
Virtualization type:           full
L1d cache:                     32 KiB
L1i cache:                     32 KiB
L2 cache:                      1 MiB
L3 cache:                      33 MiB
NUMA node0 CPU(s):             0,1
Vulnerability Gather data sampling:  Not affected
Vulnerability Itlb multihit:   Not affected
Vulnerability L1tf:            Not affected
Vulnerability Mds:            Not affected
Vulnerability Meltdown:       Not affected
Vulnerability Mmio stale data: Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Vulnerability Reg file data sampling: Not affected
Vulnerability Retbleed:        Mitigation; Enhanced IBRS
Vulnerability Spec rstack overflow:  Not affected
Vulnerability Spec store bypass:     Mitigation; Speculative Store Bypass disabled via prctl
Vulnerability Spectre v1:      Mitigation; usercopy/swapgs barriers and __user pointer sanitization
Vulnerability Spectre v2:      Mitigation; Enhanced / Automatic IBRS; IBPB conditional; RSB filling; PBRSB-eIBRS SW sequence; BHI SW loop, KVM SW
Vulnerability Srbds:           Not affected
Vulnerability Tsx async abort: Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Flags:                         fpu vme de pse tsc msr pae mce cx8 apic sep mtrr pge mca cmov pat pse36 clflush mmx fxsr sse sse2 ss ht syscall nx
########## DISKS DETAILS ##########
BLKOT $ sudo lsblk
NAME    MAJ:MIN RM  SIZE RO TYPE MOUNTPOINT
sda       8:0    0  100G  0 disk
|-sda1    8:1    0 95.8G  0 part /etc/resolv.conf
|-sda2    8:2    0   16M  0 part
|-sda3    8:3    0    2G  0 part
|-sda4    8:4    0   16M  0 part
|-sda5    8:5    0    2G  0 part
|-sda6    8:6    0  512B  0 part
|-sda7    8:7    0  512B  0 part
|-sda8    8:8    0   16M  0 part
|-sda9    8:9    0  512B  0 part
|-sda10   8:10   0  512B  0 part
|-sda11   8:11   0    8M  0 part
`-sda12   8:12   0   32M  0 part
sdb       8:16   0    1G  0 disk
HDDDT $ sudo df
Filesystem     1K-blocks     Used Available Use% Mounted on
overlay         98831908 25341104  73474420  26% /
tmpfs              65536        0     65536   0% /dev
tmpfs            8192984        0   8192984   0% /sys/fs/cgroup
/dev/sda1       98831908 25341104  73474420  26% /etc/hosts
shm                65536        0     65536   0% /dev/shm
tmpfs            1572864       12   1572852   1% /run/secrets/kubernetes.io/serviceaccount
tmpfs            8192984        0   8192984   0% /proc/acpi
tmpfs            8192984        0   8192984   0% /proc/scsi
tmpfs            8192984        0   8192984   0% /sys/firmware
########## NETWORK DETAILS ##########
NETWO $ sudo lshw -C network
  *-network
       description: Ethernet controller
       product: Virtio network device
       vendor: Red Hat, Inc.
       physical id: 4
       bus info: pci@0000:00:04.0
       version: 00
       width: 32 bits
       clock: 33MHz
       capabilities: bus_master cap_list
       configuration: driver=virtio-pci latency=0
       resources: irq:10 ioport:c000(size=64) memory:c0000000-c00007f
     *-virtio1 UNCLAIMED
          description: Virtual I/O device
          physical id: 0
```

```
            bus info: virtio@1
            configuration: driver=virtio_net
   *-network
        description: Ethernet interface
        physical id: 1
        logical name: eth0
        serial: fa:ce:1e:96:54:88
        size: 10Gbit/s
        capabilities: ethernet physical
        configuration: autonegotiation=off broadcast=yes driver=veth driverversion=1.0 duplex=full ip=172.24.0.58 link=yes multicast=yes port=twisted pair
IFCON $ sudo ifconfig -a
eth0: flags=4163<UP,BROADCAST,RUNNING,MULTICAST>  mtu 1460
        inet 172.24.0.58  netmask 255.255.255.0  broadcast 172.24.0.255
        ether fa:ce:1e:96:54:88  txqueuelen 0  (Ethernet)
        RX packets 2096741  bytes 1135832490 (1.0 GiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 2270572  bytes 738213376 (704.0 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
lo: flags=73<UP,LOOPBACK,RUNNING>  mtu 65536
        inet 127.0.0.1  netmask 255.0.0.0
        loop  txqueuelen 1000  (Local Loopback)
        RX packets 142186  bytes 602034424 (574.1 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 142186  bytes 602034424 (574.1 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
NETST $ sudo netstat -r
Kernel IP routing table
Destination     Gateway         Genmask         Flags   MSS Window  irtt Iface
default         172.24.0.1      0.0.0.0         UG        0 0          0 eth0
172.24.0.0      172.24.0.1      255.255.255.0   UG        0 0          0 eth0
172.24.0.1      0.0.0.0         255.255.255.255 UH        0 0          0 eth0
HOSTS $ sudo cat /etc/hosts
# Kubernetes-managed hosts file.
127.0.0.1       localhost
::1     localhost ip6-localhost ip6-loopback
fe00::0 ip6-localnet
fe00::0 ip6-mcastprefix
fe00::1 ip6-allnodes
fe00::2 ip6-allrouters
172.24.0.58     wf-core-wrk-prod-65f977857-bq7w2
MYIPV $ dig +short myip.opendns.com @resolver1.opendns.com
35.205.147.81
DIGDT $ dig a google.com
; <<>> DiG 9.16.50-Debian <<>> a google.com
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 41162
;; flags: qr rd ra; QUERY: 1, ANSWER: 6, AUTHORITY: 0, ADDITIONAL: 1
;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 512
;; QUESTION SECTION:
;google.com.                    IN      A
;; ANSWER SECTION:
google.com.         30      IN      A       74.125.133.101
google.com.         30      IN      A       74.125.133.102
google.com.         30      IN      A       74.125.133.138
google.com.         30      IN      A       74.125.133.139
google.com.         30      IN      A       74.125.133.113
google.com.         30      IN      A       74.125.133.100
;; Query time: 23 msec
;; SERVER: 172.28.0.10#53(172.28.0.10)
;; WHEN: Wed Apr 02 04:49:15 UTC 2025
;; MSG SIZE  rcvd: 135
PINGV $ ping -c 5 google.com
PING google.com (64.233.184.113) 56(84) bytes of data.
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=1 ttl=114 time=1.49 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=2 ttl=114 time=0.317 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=3 ttl=114 time=0.359 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=4 ttl=114 time=0.335 ms
64 bytes from wa-in-f113.1e100.net (64.233.184.113): icmp_seq=5 ttl=114 time=0.321 ms
--- google.com ping statistics ---
5 packets transmitted, 5 received, 0% packet loss, time 4042ms
rtt min/avg/max/mdev = 0.317/0.564/1.492/0.463 ms
########## OS DETAILS ##########
UNAME $ sudo uname -a
Linux wf-core-wrk-prod-65f977857-bq7w2 6.1.123+ #1 SMP PREEMPT_DYNAMIC Thu Jan 16 17:10:14 UTC 2025 x86_64 GNU/Linux
LSBRE $ sudo lsb_release -a
No LSB modules are available.
```

```
Distributor ID: Debian
Description:    Debian GNU/Linux 11 (bullseye)
Release:       11
Codename:      bullseye
########## PROCESS DETAILS ##########
PSAUX $ sudo ps -aux
USER       PID %CPU %MEM    VSZ   RSS TTY    STAT START   TIME COMMAND
root         1  0.0  0.0   2480   584 ?      Ss   Mar26   0:00 /bin/sh -c Xvfb :99 -screen 0 1280x800x16 & node dist/src/index.js
root         8  0.0  0.2 747800 47920 ?      Sl   Mar26   0:03 Xvfb :99 -screen 0 1280x800x16
root         9  0.0  7.1 388052064 1179432 ? Sl   Mar26   8:59 node dist/src/index.js
root       514  0.0  0.0  74496  3360 ?      Ss   Mar26   0:28 ntpd
root     14207  2.1  0.8 352112 133500 ?     Sl   04:49   0:00 tshark -i eth0 -w /tmp/tmp-9-FmJLGyANixF8/acquisition.pcap -f not port 3389
root     14227  0.1  0.0  17372  8688 ?      S    04:49   0:00 /usr/bin/dumpcap -n -i eth0 -f not port 3389 -Z none -w /tmp/tmp-9-FmJLGyANixF8/acquis
root     14228  0.1  0.0   3896  3172 ?      S    04:49   0:00 /bin/bash /app/dist/start.sh
root     14627  0.0  0.0   8252  4724 ?      S    04:49   0:00 sudo ps -aux
root     14628  0.0  0.0   6992  3156 ?      R    04:49   0:00 ps -aux
########## TIME DETAILS ##########
DATEV $ date
Wed Apr  2 04:49:19 UTC 2025
NTPQ1 $ sudo ntpq -c rv
associd=0 status=0615 leap_none, sync_ntp, 1 event, clock_sync,
version="ntpd 4.2.8p15@1.3728-o Wed Sep 23 11:46:38 UTC 2020 (1)",
processor="x86_64", system="Linux/6.1.123+", leap=00, stratum=3,
precision=-24, rootdelay=5.646, rootdisp=9.776, refid=45.87.76.3,
reftime=eb973ec7.91e21549  Wed, Apr  2 2025  4:42:47.569,
clock=eb974050.4537be77  Wed, Apr  2 2025  4:49:20.270, peer=17647, tc=6,
mintc=3, offset=-1.216135, frequency=+0.000, sys_jitter=0.382488,
clk_jitter=0.102, clk_wander=0.000, tai=37, leapsec=201701010000,
expire=202506280000
NTPQ2 $ sudo ntpq -pn
     remote          refid       st t when poll reach   delay   offset  jitter
==============================================================================
 0.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 1.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 2.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 3.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
+45.87.76.3      244.220.219.218  2 u   65   64  377   5.097   -1.270   0.386
-195.13.1.153    10.0.0.5         2 u   70  128  377  11.868   +0.616   0.518
+45.87.78.35     244.220.219.218  2 u   45   64  377   5.107   -1.323   0.027
+45.87.77.15     109.68.160.223   2 u   34   64  377   5.179   -0.907   0.413
-213.213.212.103 193.190.230.37   2 u  120  128  377  14.946   +2.130   1.453
-162.159.200.1   10.26.8.185      3 u   33  128  377   5.412   +0.492   0.266
```

# 7. *Log file* of the packet sniffer

The log file of tshark packet sniffer - an open-source library designed to analyse the Internet protocols and their generated traffic - shows the number of packets that have been acquired and the ones that have been discarded due to network issues. This information can be verified by accessing and analysing the PCAP file available inside the ZIP file that contains the digital evidence.

```
Running as user "root" and group "root". This could be dangerous.
Capturing on 'eth0'
2125 packets captured
```

# 8. Kopjra

Kopjra is a cyber intelligence company specializing in online investigations, OSINT (Open Source Intelligence) and network forensics. Kopjra has created Legal Tech Italy, the permanent observatory on the evolution of the legal tech sector in Italy.

It focuses on providing complex SaaS (Software as a Service) and API (Application Programming Interface) solutions and is an expert in the methodologies of acquisition on the Internet according to the international standard on forensic Information Technology ISO/IEC 27037:2012.

Every day, Kopjra is committed to assisting Italy's most important media groups, and their legal counsellors, to protect online intellectual property and support law enforcement against cyber piracy.

On several occasions the company has been a party-appointed expert witness for major Italian companies, primarily in disputes about infringement of intellectual property rights.

Tommaso Grotto, co-founder and sole director, and Emanuele Casadio, co-founder and chief technology officer, have contributed, among other authors, to the books "*Il processo di adeguamento al GDPR*" ("The Adapting Process to GDPR"), "*La prova digitale*" ("Digital Evidence"), "Italian Legal Tech Report" and "*Legal tech, smart contract e big data per professionisti e imprese*" ("Legal Tech, Smart Contract and Big Data for Professionals and Businesses"), published in 2018, 2020, 2021 and 2022 respectively, by Giuffrè Francis Lefebvre and Wolters Kluwer Italia.

Since 2019, Tommaso Grotto is Fellow at ISLC (Information Society Law Center) of the University of Milan, since 2020 he is Professor of the Postgraduate Course "Legal Technology" and since 2021 of the Postgraduate Course "Cybercrime and Digital Investigation" of the University of Milan.

In 2020, Emanuele Casadio was included in the Selected Reserve List of the Carabinieri Corps. Riserva Selezionata dell'Arma dei Carabinieri.

Kopjra holds the **ISO/IEC 27001:2013** and **ISO/IEC 27037:2017** certifications.

This document is issued for the uses permitted by Law.

Bologna, lì

On behalf of Kopjra Srl





