U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   May 20 2025
CAROL L. MICHEL
CLERK
cf                        Walk-In

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## NOTICE OF NON-CONSENT TO MAGISTRATE JURISDICTION AND JURISDICTIONAL CHALLENGE UNDER ARTICLE III

NOW INTO COURT, comes Plaintiff HIRAN RODRIGUEZ, appearing *pro se* and *sui juris*, and respectfully submits this Notice to preserve and assert his constitutional objections to the jurisdiction of any magistrate judge over dispositive matters in this case.

1. Plaintiff hereby expressly withholds consent to the exercise of jurisdiction by a United States Magistrate Judge over any dispositive motions, findings, rulings, recommendations, or orders in this case, pursuant to 28 U.S.C. §636(c)(1) and Rule 73 of the Federal Rules of Civil Procedure.

2. Plaintiff asserts that the constitutional right to a hearing and adjudication by an Article III judge cannot be waived or assigned by inference, silence, or forced judicial reassignment, especially in light of pending objections and allegations of judicial misconduct.

3. Any Report and Recommendation, order, or other judicial action issued by the Magistrate Judge in this matter is jurisdictionally contested and submitted to the record only under protest and preservation of constitutional rights under Article III and the Seventh Amendment.

4. Plaintiff further invokes the inherent judicial power of Article III courts to review all magistrate determinations de novo, and to ensure that any adjudication of rights affecting liberty, property, or the prosecution of civil claims be rendered only by a duly appointed and impartial Article III judge.

5. Plaintiff reasserts his previously filed Motion to Recuse, Motion to Strike, and Rule 60(d)(3) Motion for Relief as further grounds for this jurisdictional challenge.

2

6. The assignment or retention of this matter before a magistrate judge without valid and voluntary consent violates Plaintiff's due process rights and the structural protections guaranteed by Article III of the United States Constitution.

Respectfully submitted,

*Hiran Rodriguez*

**/s/ Hiran Rodriguez**

Hiran Rodriguez, *Pro Se Plaintiff*

820 Grove Avenue

Metairie, LA 70003 (504)

203-8459

hiranrodriguez@outlook.com

Dated: May 20, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2025, I served a copy of the foregoing Notice of Non-Consent to Magistrate Jurisdiction and Jurisdictional Challenge Under Article III upon all parties and counsel of record via electronic mail to the addresses listed below:

barcuri@fralawfirm.com,

lcarlisle@bakerdonelson.com,

scefolia@bakerdonelson.com,

colin.cisco@jeffparish.net,

hailey.cummiskey@arlaw.com,

philip.giorlando@bswllp.com,

katherine@snw.law,

ekesler@bakerdonelson.com,

ckrake@courington-law.com,

eve.masinter@bswllp.com,

vmatherne@courington-law.com,

lmince@fishmanhaygood.com,

suzy@snw.law,

4

jnieset@phjlaw.com,

lrodrigue@fralawfirm.com,

lindsaysamuel@dwt.com,

lrichard@irwinllc.com,

scott@snw.law,

qurquhart@irwinllc.com,

roland.vandenweghe@arlaw.com

I further certify that I personally visited the Clerk's Office of the United States District Court for the Eastern District of Louisiana on May 20, 2025, and submitted this filing in person for entry into the record and preservation of all jurisdictional and constitutional objections stated herein. All rights are expressly reserved.

Respectfully submitted,

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Hiran Rodriguez

*Pro Se* Plaintiff

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: May 20, 2025