U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    May 20 2025

CAROL L. MICHEL
CLERK

cf                                          Walk-In

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**HIRAN RODRIGUEZ,**
PLAINTIFF

CIVIL ACTION NO. 2:25-cv-00197
SECTION A

JUDGE JAY C. ZAINEY

V.

DIVISION 2

**META PLATFORMS, INC.,** *ET AL.*
DEFENDANTS

MAGISTRATE JUDGE
DONNA P. CURRAULT

JURY TRIAL DEMANDED

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

NOW INTO COURT, comes Plaintiff Hiran Rodriguez, appearing *Pro Se,* and pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to issue a Temporary Restraining Order (TRO) against Defendants Meta Platforms, Inc., Apple Inc., T-Mobile USA, Inc., and AT&T; Enterprises, LLC, for their continued and unauthorized surveillance, interception, and exfiltration of Plaintiff's private communications, application telemetry, and device sensor data in violation of federal law.

As set forth in EXHIBIT A (Trackblock–0003), forensic evidence confirms that Defendants or their SDK frameworks initiated unauthorized background streaming, sensor polling, and real-time data transmissions without Plaintiff's knowledge or consent. Plaintiff faces immediate and irreparable injury through continued surveillance, systemic defamation, denial of privacy, and obstruction of judicial access.

This TRO request is filed in the context of Fifth Circuit appeal proceedings in Case No. 2:25-cv-00197-JCZ-DPC and is made to preserve the status quo and prevent further harm during the pendency of that appeal. Plaintiff specifically preserves all objections to the Court's prior rulings, including Rec. Doc. 188, and files this motion under protest without consenting to any judge or order subject to recusal or fraud claims under 28 U.S.C. §§ 144, 455, and Rule 60(d)(3).

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez

2

820 Grove Avenue

Metairie, LA 70003-7024

Email: hiranrodriguez@outlook.com

Phone: (504) 203-8459

Date: May 19, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

### DECLARATION IN SUPPORT OF EMERGENCY MOTION FOR

### TEMPORARY RESTRAINING ORDER

I, Hiran Rodriguez, declare as follows:

1. I am the Plaintiff in the above-captioned civil action. I appear *pro se* and have personal knowledge of the facts stated herein, unless otherwise indicated.

2. The purpose of this Declaration is to support my Emergency Motion for Temporary Restraining Order concerning the ongoing digital surveillance, background telemetry, and unauthorized data streaming conducted by or on behalf of Meta Platforms, Inc., Apple Inc., T-Mobile USA, Inc., and AT&T;Enterprises, LLC.

3. The attached EXHIBIT A (Trackblock–0003) contains screenshots, device logs, DNS queries, and SDK behavior captured using tools such as the Do Not Track app, confirming that DNS-SD, mDNS, telemetry, and real-time video or audio ingress behaviors occurred while no applications were open, with services labeled `.instagram`, `fbcdn`, and `attlocal.net`

4. I did not grant consent for such activity. My camera, microphone, and telemetry settings were disabled, and I observed evidence of SDK-level control, Meta UID targeting (100000241034887), and possible use of private access tokens or hidden APIs.

5. These intrusions are causing me immediate, irreparable harm including extreme emotional distress, denied access to the courts, intercepted filings, defamation, and persistent targeted monitoring. These harms are continuous and cannot be adequately remedied through monetary damages alone.

6. This declaration is made in good faith to support my request for temporary injunctive relief while the appeal of this matter is pending before the U.S. Court of Appeals for the Fifth Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2025.

*Hiran Rodriguez*
Hiran Rodriguez

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF SUBMISSION

NOW COMES Plaintiff Hiran Rodriguez, appearing Sui Juris, and respectfully submits this Notice of Submission in connection with his Emergency Motion for Temporary Restraining Order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure.

The following documents are submitted contemporaneously for the Court's consideration:

1. Emergency Motion for Temporary Restraining Order

2. Proposed Order Granting TRO

3. Affidavit in Support of Rule 65(b) Emergency Relief

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez

820 Grove Avenue

Metairie, LA 70003

Email: hiranrodriguez@outlook.com

Phone: (504) 203-8459

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I personally filed the following pleadings with the Clerk of the United States District Court for the Eastern District of Louisiana via hand delivery to the intake desk:

1. Emergency Motion for Temporary Restraining Order

2. Affidavit in Support of Rule 65(b) Emergency Relief (28 U.S.C. § 1746

Declaration)

3. Proposed Temporary Restraining Order

Further, on the same date, I caused true and correct copies of the foregoing documents to be served via electronic mail to all counsel of record in accordance with Federal Rule of Civil Procedure 5(b)(2)(E), at the following addresses:

• *barcuri@fralawfirm.com*

• *lcarlisle@bakerdonelson.com*

• *scefolia@bakerdonelson.com*

• *colin.cisco@jeffparish.net*

• *hailey.cummiskey@arlaw.com*

• *philip.giorlando@bswllp.com*

• *katherine@snw.law*

• *ekesler@bakerdonelson.com*

1

- *ckrake@courington-law.com*

- *eve.masinter@bswllp.com*

- *vmatherne@courington-law.com*

- *lmince@fishmanhaygood.com• suzy@snw.law*

- *jnieset@phjlaw.com*

- *lrodrigue@fralawfirm.com*

- *lindsaysamuel@dwt.com*

- *lrichard@irwinllc.com*

- *scott@snw.law*

- *qurquhart@irwinllc.com*

- *roland.vandenweghe@arlaw.com*

Respectfully submitted,

Hiran Rodriguez

Hiran Rodriguez

820 Grove Avenue

Metairie, LA 70003

Email: hiranrodriguez@outlook.com

Phone: (504) 203-845

Date: May 19, 2025

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### PROPOSED TEMPORARY RESTRAINING ORDER

Considering the emergency motion filed by Plaintiff Hiran Rodriguez, appearing *sui juris*

seeking a Temporary Restraining Order under Rule 65(b) of the Federal Rules of Civil

Procedure, and upon the showing of immediate and irreparable harm through sworn affidavit,

and in light of the Plaintiff's ongoing appeal and preservation of rights, the Court finds good

cause to GRANT the request.

IT IS HEREBY ORDERED that Defendants Meta Platforms, Inc., Apple Inc., T-Mobile USA,

Inc., and AT&T Enterprises, LLC are temporarily enjoined from accessing, transmitting, or

collecting any telemetry, device metadata, biometric identifiers, camera or microphone input, or

application activity from any device owned or used by Plaintiff, pending further hearing or order

of this Court.

IT IS FURTHER ORDERED that this Order shall remain in effect for a period not to exceed 14

days unless extended by further Order, and that Plaintiff shall not be required to post bond given

the constitutional nature of the harm alleged and his status as a *pro se* litigant asserting civil

rights violations.

THUS ORDERED AND SIGNED this _____ day of _____, 2025, in New Orleans,

Louisiana.

_____

UNITED STATES DISTRICT JUDGE

Rodriguez v. Meta Platforms, Inc., et al

**EXHIBIT 0055 - IMG_5949.PNG**



**EXHIBIT 0056 - IMG_5950.PNG**



**EXHIBIT 0057 - IMG_5951.PNG**



3.

**EXHIBIT 0058 - IMG_5952.PNG**



**EXHIBIT 0059 – IMG_5953.PNG**



5

**EXHIBIT 0060 – IMG_5954.PNG**



*b*

**EXHIBIT 0061 - IMG_5955.PNG**



EXHIBIT 0062 - IMG_5956.PNG



**EXHIBIT 0063 - IMG_5957.PNG**



**EXHIBIT 0064 - IMG_5960.PNG**

