U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | May 21 2025

CAROL L. MICHEL
CLERK

cf                                                          Walk-In

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ

**PLAINTIFF(S)**

**VERSUS**

META PLATFORMS, INC., ET AL

**DEFENDANT(S)**

**CIVIL ACTION**

No.   25-197

**SECTION:**   A (2)

NOTICE OF FILING AND ENTRY INTO THE RECORD

This exhibit is submitted solely for evidentiary preservation, judicial notice, and for inclusion in support of pending filings and appeal. It is tendered without argument, solely to maintain a clear and complete record.

Certified under Statutes at Large and Universal Law, this May 21, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ___21st___ day of ___May___, 20 _25_.

*Hiran Rodriguez*
(SIGNATURE)

*Hiran Rodriguez*
(Signature)

HIRAN RODRIGUEZ
(Name)

820 GROVE AVE
(Address)

METAIRIE        LA       70003-7024
(City)          (State)       (Zip)

(504) 203-8459
(Telephone)

05/21/2025
(Signature Date)



# WEB FORENSICS
## I N S T A N T

Mod. PO 13 A 01 EN v1

## *Methodological Report*

Instant Forensic Acquisition

May 15, 2025



Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com

# 1. Assignment

The company Kopjra Srl, with registered office in Via Rizzoli 1/2, 40125 Bologna, Italy, VAT number 03904120247 (hereafter referred to as "Kopjra"), as per the session of forensic acquisition run automatically with the aid of the *SaaS (Software as a Service)* Web Forensics Instant, hereby formulates a methodological report to describe the technical rules, the processes adopted and the results obtained.

This methodological report refers to the activity of forensic acquisition of digital evidence executed on 05/15/2025 at 6:53 PM UTC+0000 and with regard to the URLs (*Uniform Resource Locator*) listed in the corresponding table in paragraph 4 (Detailed Information Summary on the Forensic Actions Carried Out).

The acquisition was carried out automatically with the aid of *SaaS* developed by Kopjra which allows the acquisition of digital evidence, that is to say any content available on the *Internet*, through an automatically controlled web browser run in a forensic environment. The evidentiary value is ensured by the methodology of acquisition, which follows dutifully the international standard on forensic Information Technology ISO/IEC 27037:2017 "Guidelines for identification, collection, acquisition and preservation of digital evidence".

A summary of the acquisition, which includes, among other information, the SHA-256 fingerprints of all the files generated, is available in paragraph 4

# 2. Methodology

The ISO/IEC 27037:2017 standard defines the guidelines for identification, collection, acquisition and preservation of digital evidence. This norm details how to obtain digital elements with evidentiary value, which can be potentially admitted in court, and validates the four fundamental procedures specified above. The acquisition process described hereunder is compliant to the ISO/IEC 27037:2017 as regards the acquisition and preservation stages.

In addition to ISO/IEC 27037:2017, the following guidelines have been taken into consideration:

- *Computer Security and Incident Handling* - NIST (National Institute of Standards and Technology), 2012;
- *Best Practices for Computer Forensics* - SWGDE (Scientific Working Group on Digital Evidence), 2012;
- *Good Practice Guide for Digital Evidence* - ACPO (Association of Chief Police Officers), 2012;
- *Cloud Computing Forensic Science Challenges* - NIST, 2012.

The ISO/IEC 27037:2017 standard and the above mentioned guidelines represent the so-called "international best practices" which constitute the summary of the methodological and technical rules that must be applied in the forensic practice, and are also quoted by the Italian law which ratifies the Budapest Convention on Cybercrime (Law No. 48, 18 March 2008), by the Italian Code of the Digital Administration (*Codice dell'Amministrazione Digitale*) and by the eIDAS (electronic IDentification Authentication and Signature) Regulation. It is possible to consider the rules of authenticity and integrity of digital evidence established by the best practices not as "simple practical instructions which bring no sanction, but as tangible implicit prohibitions guarded by the sanction of inadmissibility" (Italian Supreme Court of Cassation, Section IV, Judgement No. 40903, 28 June 2016).

This methodology involves the acquisition of all the data streams exchanged between the machine that hosts the automatic *web browser* and the remote servers, not only as regards the *HTTP (Hypertext Transfer Protocol)* protocol, but also with regard to the resolution of the domain names following the *DNS (Domain Name System)* protocol.

For each relevant *file*, that is to say the *PCAP file* that corresponds to the acquired network traffic, the *file* which contains the *SSL/TLS (Secure Sockets Layer/Transport Layer Security)* traffic decryption keys, the MHTML *file* containing the page source together to all its resources, the WACZ *file* (Web Archive Collection Zipped), the *viewport* screenshot, as well as all the *log files* generated during the automatic session, a SHA-256 fingerprint is generated, and exported on a corresponding timestamped and digitally signed *XML file*, making it possible, therefore, to state incontrovertibly the conclusion of the acquisition and its subsequent integrity.

The acquisition was carried out on a dedicated *Docker container*, autonomously managed and run on a managed cluster hosted on the Google Cloud Platform (GCP) public *cloud provider*, based in Belgium (UE), connected to the *Internet* via the provider's proprietary infrastructure.

The Docker *container* ran the Linux Debian 11 Bullseye Operating System. Into the Docker *container* image were installed a *web browser*, the tshark *packet sniffer*, node and npm packets. The supplementary *Software* was installed through the official distribution channels.

The Docker *container* is connected to the Ethernet network of the Kubernetes Pod, which is connected with a *bridge* to the public network interface of the node into the Kubertenes *cluster*. At this stage, the connection is routed directly on the *Internet* through the virtual and physical infrastructure of GCP.

The security of the *hardware* and virtual infrastructure is ensured by the service provider, while the security of the application and of the environments is ensured by the adoption of all industrial *best practices* available.

When starting the session of forensic acquisition, the application will run a *script* to verify the initial status of the environment and generate a *log file*. Thanks to this *script* a set of different information will be retrieved, such as the details of the Docker *container*, cpu, memory, network, disks, processes e and time synchronization of the container. At this stage a time reference will also be obtained through the *NTP (Network Time Protocol)* protocol.

It is evident that through this methodology the authenticity and origin of the contents are secured. Moreover, the extraction of the contents which are the subject of the investigation can be repeated at any time starting from the same network traffic acquired.

The files that constitute the digital evidence are preserved as objects in a versioning-enabled object store bucket. The final deletion of the object will occur after 14 days from the appending of the delete mark.

## 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
| --- | --- |
| 05/15/2025 18:53:07.989 UTC+0000 | Start of the proceedings |
| 05/15/2025 18:53:07.991 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 05/15/2025 18:53:08.311 UTC+0000 | Starting the environment status check *script* |
| 05/15/2025 18:53:08.324 UTC+0000 | Starting the web browser automatically and starting the WACZ file recording |
| 05/15/2025 18:53:09.745 UTC+0000 | Navigating a web page and corresponding *screenshot* generation and MHTML file: https://x.com/news_fuentes |
| 05/15/2025 18:53:19.506 UTC+0000 | Ending the recording of the WACZ file and closing the web browser |
| 05/15/2025 18:53:19.506 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (digital evidence copy) |
| 05/15/2025 18:53:19.573 UTC+0000 | Generation of the XML file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
|  | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

# 4. Detailed Information Summary on Forensic Activities Performed

## Summary Table of the Session of Forensic Acquisition

| ID | SESSION NAME | DATE | CONTAINER OS | PUBLIC OUTBOUND IP |
|---|---|---|---|---|
| 5cc4f434-cc4a-42db-90e0-9352c369d497 | Instant Forensics Acquisition | 05/15/2025 6:53 PM UTC+0000 | Linux Debian 11 Bullseye | 34.38.94.22 |

## Summary table of the Docker container

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gccio/kopjra/wf-corev0.3.0 |
| SHA-256 fingerprint of the Docker image used to create the environment | c1981cbee1ae86375846fdef36fb31bb1e57611cad2f2320e5c6c9c0d8a2ee66 |

## Summary Table of the Identified URLs

| URL | DATE AND TIME |
|---|---|
| https://x.com/news_fuentes | 05/15/2025 6:53 PM UTC+0000 |

## Summary Table of the Generated Files

| FILE NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | ca4951363Sfb7c5db6b9c654d372c82c192be0d9ae0dea941dbcf6f4ee588e3b | PCAP |
| initialization.log | d422c0733a0008f3a08f461571c062e8cd474cb940f1d59fa38baa90c622c9ca | Log |
| networkTraffic.log | 69a76efc9d4c79c2dbf3b9fce460fad3be830cfb4fdcd3a6278d81c8549b847a | Log |
| page.mhtml | 583a4eb6baa17e1de34a20ab4d73f116688788b5abc96901fd79d13e8da02361 | Source and resources |
| page.wacz | 9abcd5fd4ec4caee91ccf0d81ea4774232e9589f666116de23df5b8ef915bfcd | WACZ archive |
| screenshotViewport.jpg | 6b96f16c0916509b6d8187dd09f0cb3e65981d00103c7648bd0cd5ab8b054377 | Screenshot |
| session.log | 944182021b223d23dc5fdc02f0261e864b0b10273781533760fe9317560 9a89c | Log |
| sslkeys.keys | 29365b265d3abaa8e8c9364cbd545d563b9043e7f703753eaac64d9a0e240ef5 | Keys |

These files are sorted and stored in a ZIP file. The list below provides a short description of each file type:

- PCAP: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- Keys: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- Screenshot: JPG file corresponding to the viewport screenshot automatically generated during the session;
- Log: log file automatically generated during the session;
- Source and resources: web page source file, in MHTML format, with images, automatically captured during the session;
- WACZ Archive: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- XML: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

## 5. Viewport screenshots automatically generated



screenshotViewport.jpg

# 6. Log File of the Forensic Acquisition Process Initialization

The term *log* is used to designate the sequential and chronological registry of the operations that have been executed by a user, an administrator or automatically, on an application or a system.

The *log file*, also known as "Event Log", is the document on which these operations are saved and, in case it is necessary, accessed at a later time to analyse the available information for the purposes of the verifiability of the process.

The *log file* pertaining to the forensic acquisition process initialization contains a lot of information on the initial status of the environment, such as the image details of the Docker container, processor, memory, network, disks, processes and time synchronization of the container.

```
########## Starting Acquisition ##########
2025-05-15T20:53+02:00
########## DOCKER DETAILS #########
DOCIM $ echo ${DOCKERIMAGE_URL}
eu.gcr.io/kopjra/wf-core:v0.3.0
DOCHS $ echo ${DOCKERIMAGE_SHA256}
c1981cbee1ae86375846fdef36fb31bb1e57611cad2f2320e5c6c9c0d8a2ee66
########## INSTANCE DETAILS ##########
IMGID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/image
projects/gke-node-images/global/images/gke-1316-gke1064001-cos-117-18613-164-38-c-cgpv1-pre
LOCIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/ip
172.28.16.61
PUBIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/access-configs/0/external-ip
34.38.94.22
MACAD $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/mac
42:01:ac:1c:10:3d
INSID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/id
1545394154597047169
INSTY $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/machine-type
projects/258946861480/machineTypes/n2-highmem-2
AVAZO $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/zone
projects/258946861480/zones/europe-west1-c
########## SYSTEM OVERVIEW ##########
SYSOV $ sudo lshw -short
H/W path     Device  Class         Description
===================================================
                     system        Computer
/0                   bus           Motherboard
/0/0                 memory        16GiB System memory
/0/1                 processor     Intel(R) Xeon(R) CPU @ 2.80GHz
/0/100               bridge        440FX - 82441FX PMC [Natoma]
/0/100/1             bridge        82371AB/EB/MB PIIX4 ISA
/0/100/1.3           bridge        82371AB/EB/MB PIIX4 ACPI
/0/100/3             generic       Virtio SCSI
/0/100/3/0           generic       Virtual I/O device
/0/100/4             network       Virtio network device
/0/100/4/0           network       Virtual I/O device
/0/100/5             generic       Virtio RNG
/0/100/5/0           generic       Virtual I/O device
/0/2                 system        PnP device PNP0b00
/0/3                 input         PnP device PNP0303
/0/4                 input         PnP device PNP0f13
/0/5                 communication PnP device PNP0501
/0/6                 communication PnP device PNP0501
/0/7                 communication PnP device PNP0501
/0/8                 communication PnP device PNP0501
/1           eth0    network       Ethernet interface
########## RAM DETAILS ##########
MEMOR $ sudo lshw -C memory
  *-memory
       description: System memory
       physical id: 0
       size: 16GiB
########## CPU DETAILS ##########
CPUDT $ sudo lscpu
Architecture:                    x86_64
CPU op-mode(s):                  32-bit, 64-bit
Byte Order:                      Little Endian
Address sizes:                   46 bits physical, 48 bits virtual
CPU(s):                          2
On-line CPU(s) list:             0,1
```

```
Thread(s) per core:                       2
Core(s) per socket:                       1
Socket(s):                                1
NUMA node(s):                             1
Vendor ID:                                GenuineIntel
CPU family:                               6
Model:                                    85
Model name:                               Intel(R) Xeon(R) CPU @ 2.80GHz
Stepping:                                 7
CPU MHz:                                  2800.210
BogoMIPS:                                 5600.42
Hypervisor vendor:                        KVM
Virtualization type:                      full
L1d cache:                                32 KiB
L1i cache:                                32 KiB
L2 cache:                                 1 MiB
L3 cache:                                 33 MiB
NUMA node0 CPU(s):                        0,1
Vulnerability Gather data sampling:       Not affected
Vulnerability Itlb multihit:              Not affected
Vulnerability L1tf:                       Not affected
Vulnerability Mds:                        Not affected
Vulnerability Meltdown:                   Not affected
Vulnerability Mmio stale data:            Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Vulnerability Reg file data sampling:     Not affected
Vulnerability Retbleed:                   Mitigation; Enhanced IBRS
Vulnerability Spec rstack overflow:       Not affected
Vulnerability Spec store bypass:          Mitigation; Speculative Store Bypass disabled via prctl
Vulnerability Spectre v1:                 Mitigation; usercopy/swapgs barriers and __user pointer sanitization
Vulnerability Spectre v2:                 Mitigation; Enhanced / Automatic IBRS; IBPB conditional; RSB filling; PBRSB-eIBRS SW sequence; BHI SW loop, KVM SW
Vulnerability Srbds:                      Not affected
Vulnerability Tsx async abort:            Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Flags:                                    fpu vme de pse tsc msr pae mce cx8 apic sep mtrr pge mca cmov pat pse36 clflush mmx fxsr sse sse2 ss ht syscall nx
########### DISKS DETAILS ###########
BLKOT $ sudo lsblk
NAME     MAJ:MIN RM   SIZE RO TYPE MOUNTPOINT
sdb        8:0    0   103G  0 disk
|-sda1     8:1    0  95.8G  0 part /etc/resolv.conf
|-sda2     8:2    0    16M  0 part
|-sda3     8:3    0     2G  0 part
|-sda4     8:4    0    16M  0 part
|-sda5     8:5    0     2G  0 part
|-sda6     8:6    0   512B  0 part
|-sda7     8:7    0   512B  0 part
|-sda8     8:8    0    16M  0 part
|-sda9     8:9    0   512B  0 part
|-sda10    8:10   0   512B  0 part
|-sda11    8:11   0     8M  0 part
`-sda12    8:12   0    32M  0 part
sdb        8:16   0    10G  0 disk
HDDOT $ sudo df
Filesystem      1K-blocks       Used Available Use% Mounted on
overlay          98831908 23154536  75660988  24% /
tmpfs               65536        0     65536   0% /dev
tmpfs             8191664        0   8191664   0% /sys/fs/cgroup
/dev/sda1        98831908 23154536  75660988  24% /etc/hosts
shm                 65536        0     65536   0% /dev/shm
tmpfs             1572864       12   1572852   1% /run/secrets/kubernetes.io/serviceaccount
tmpfs             8191664        0   8191664   0% /proc/acpi
tmpfs             8191664        0   8191664   0% /proc/scsi
tmpfs             8191664        0   8191664   0% /sys/firmware
########### NETWORK DETAILS ###########
NETWO $ sudo lshw -C network
  *-network
       description: Ethernet controller
       product: Virtio network device
       vendor: Red Hat, Inc.
       physical id: 4
       bus info: pci@0000:00:04.0
       version: 00
       width: 32 bits
       clock: 33MHz
       capabilities: bus_master cap_list
       configuration: driver=virtio-pci latency=0
       resources: irq:10 ioport:c000(size=64) memory:c0000000-c000007f
     *-virtio1 UNCLAIMED
          description: Virtual I/O device
          physical id: 0
```

```
          bus info: virtio@1
          configuration: driver=virtio_net
  *-network
       description: Ethernet interface
       physical id: 1
       logical name: eth0
       serial: 62:25:e1:ce:0b:f6
       size: 10Gbit/s
       capabilities: ethernet physical
       configuration: autonegotiation=off broadcast=yes driver=veth driverversion=1.0 duplex=full ip=172.24.1.56 link=yes multicast=yes port=twisted pair
IFCON $ sudo ifconfig -a
eth0: flags=4163<UP,BROADCAST,RUNNING,MULTICAST>  mtu 1460
        inet 172.24.1.56  netmask 255.255.255.0  broadcast 172.24.1.255
        ether 62:25:e1:ce:0b:f6  txqueuelen 0  (Ethernet)
        RX packets 205436  bytes 101652256 (96.9 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 228717  bytes 46985448 (44.8 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
lo: flags=73<UP,LOOPBACK,RUNNING>  mtu 65536
        inet 127.0.0.1  netmask 255.0.0.0
        loop  txqueuelen 1000  (Local Loopback)
        RX packets 9282  bytes 48965880 (46.6 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 9282  bytes 48965880 (46.6 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
NETST $ sudo netstat -r
Kernel IP routing table
Destination     Gateway         Genmask         Flags   MSS Window  irtt Iface
default         172.24.1.1      0.0.0.0         UG        0 0          0 eth0
172.24.1.0      172.24.1.1      255.255.255.0   UG        0 0          0 eth0
172.24.1.1      0.0.0.0         255.255.255.255 UH        0 0          0 eth0
HOSTS $ sudo cat /etc/hosts
# Kubernetes-managed hosts file.
127.0.0.1       localhost
::1     localhost ip6-localhost ip6-loopback
fe00::0 ip6-localnet
fe00::0 ip6-mcastprefix
fe00::1 ip6-allnodes
fe00::2 ip6-allrouters
172.24.1.56     wf-core-wrk-prod-68c5ddd46f-6l6rc
MYIPV $ dig +short myip.opendns.com @resolver1.opendns.com
34.38.94.22
DIGDT $ dig a google.com
; <<>> DiG 9.16.50-Debian <<>> a google.com
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 41233
;; flags: qr rd ra; QUERY: 1, ANSWER: 6, AUTHORITY: 0, ADDITIONAL: 1
;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 512
;; QUESTION SECTION:
;google.com.                    IN      A
;; ANSWER SECTION:
google.com.             30      IN      A       74.125.140.101
google.com.             30      IN      A       74.125.140.102
google.com.             30      IN      A       74.125.140.138
google.com.             30      IN      A       74.125.140.113
google.com.             30      IN      A       74.125.140.100
google.com.             30      IN      A       74.125.140.139
;; Query time: 7 msec
;; SERVER: 172.28.0.10#53(172.28.0.10)
;; WHEN: Thu May 15 18:53:13 UTC 2025
;; MSG SIZE  rcvd: 135
PINGV $ ping -c 5 google.com
PING google.com (74.125.140.101) 56(84) bytes of data.
64 bytes from wq-in-f101.1e100.net (74.125.140.101): icmp_seq=1 ttl=114 time=1.42 ms
64 bytes from wq-in-f101.1e100.net (74.125.140.101): icmp_seq=2 ttl=114 time=0.303 ms
64 bytes from wq-in-f101.1e100.net (74.125.140.101): icmp_seq=3 ttl=114 time=0.337 ms
64 bytes from wq-in-f101.1e100.net (74.125.140.101): icmp_seq=4 ttl=114 time=0.290 ms
64 bytes from wq-in-f101.1e100.net (74.125.140.101): icmp_seq=5 ttl=114 time=0.301 ms
--- google.com ping statistics ---
5 packets transmitted, 5 received, 0% packet loss, time 4052ms
rtt min/avg/max/mdev = 0.290/0.530/1.420/0.445 ms
########## OS DETAILS ##########
UNAME $ sudo uname -a
Linux wf-core-wrk-prod-68c5ddd46f-6l6rc 6.6.72+ #1 SMP PREEMPT_DYNAMIC Mon Feb 17 11:14:31 UTC 2025 x86_64 GNU/Linux
LSBRE $ sudo lsb_release -a
No LSB modules are available.
```

```
Distributor ID: Debian
Description:    Debian GNU/Linux 11 (bullseye)
Release:       11
Codename:      bullseye
########## PROCESS DETAILS ##########
PSAUX $ sudo ps -aux
USER       PID %CPU %MEM    VSZ   RSS TTY      STAT START   TIME COMMAND
root         1  0.0  0.0   2480  1536 ?        Ss   May14   0:00 /bin/sh -c Xvfb :99 -screen 0 1280x800x16 & node dist/src/index.js
root         8  0.0  0.0 752468 50904 ?        Sl   May14   0:00 Xvfb :99 -screen 0 1280x800x16
root         9  0.0  2.1 35373524 353848 ?     Sl   May14   1:29 node dist/src/index.js
root       401  0.0  0.0  74496  3960 ?        Ss   May14   0:46 ntpd
root      1194  2.2  0.8 352108 133448 ?       Sl   18:53   0:00 tshark -i eth0 -w /tmp/tmp-9-Fnt4NZ3LuGPr/acquisition.pcap -f not port 3389
root      1214  0.2  0.0  17372  8704 ?        S    18:53   0:00 /usr/bin/dumpcap -n -i eth0 -f not port 3389 -Z none -w /tmp/tmp-9-Fnt4NZ3LuGPr/acquis
root      1215  0.1  0.0   3896  2816 ?        S    18:53   0:00 /bin/bash /app/dist/start.sh
root      1218 34.7  1.5 34401176 254456 ?     Ssl  18:53   0:03 /usr/bin/google-chrome --allow-pre-commit-input --disable-background-networking --disa
root      1223  0.0  0.0   2528  1152 ?        S    18:53   0:00 cat
root      1224  0.0  0.0   2528  1024 ?        S    18:53   0:00 cat
root      1226  0.0  0.0 33576628  3328 ?      Sl   18:53   0:00 /opt/google/chrome/chrome_crashpad_handler --monitor-self --monitor-self-annotation=pt
root      1228  0.0  0.0 33568416  3328 ?      Sl   18:53   0:00 /opt/google/chrome/chrome_crashpad_handler --no-periodic-tasks --monitor-self-annotati
root      1233  0.4  0.3 33946868 63360 ?      S    18:53   0:00 /opt/google/chrome/chrome --type=zygote --no-zygote-sandbox --no-sandbox --crashpad-ha
root      1234  0.7  0.3 33946864 64000 ?      S    18:53   0:00 /opt/google/chrome/chrome --type=zygote --no-sandbox --crashpad-handler-pid=1226 --ena
root      1265  9.5  0.7 33933764 118580 ?     Sl   18:53   0:00 /opt/google/chrome/chrome --type=utility --utility-sub-type=network.mojom.NetworkServi
enable --shared-files=v8_context_snapshot_data:100 --field-trial-handle=3,i,1788060603510413678,9701808864595070679,262144 --enable-features=PdfOopif --
root      1267  0.2  0.3 33997220 52220 ?      Sl   18:53   0:00 /opt/google/chrome/chrome --type=utility --utility-sub-type=storage.mojom.StorageServi
root      1311  0.5  0.6 1459685760 98428 ?    Sl   18:53   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=1226 --enable-crash-r
root      1335  0.5  0.6 1459685624 100604 ?   Sl   18:53   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=1226 --enable-crash-r
root      1337 68.2  2.1 1459836296 355296 ?   Sl   18:53   0:06 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=1226 --enable-crash-r
root      1340  0.6  0.6 1459677492 103608 ?   Sl   18:53   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=1226 --enable-crash-r
root      1363  1.6  0.6 1461397812 102528 ?   Sl   18:53   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=1226 --enable-crash-r
root      1430 16.7  0.7 34182868 126496 ?     Sl   18:53   0:01 /opt/google/chrome/chrome --type=gpu-process --no-sandbox --disable-dev-shm-usage --di
root      1530  3.6  0.8 1459687092 131468 ?   Sl   18:53   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=1226 --enable-crash-r
-usage --disable-background-timer-throttling --disable-breakpad --enable-automation --force-color-profile=srgb --remote-debugging-port=0 --allow-pre-comm
root      1567  0.6  0.4 1459685744 66684 ?    Sl   18:53   0:00 /opt/google/chrome/chrome --type=renderer --crashpad-handler-pid=1226 --enable-crash-r
root      1580  0.0  0.5 33936888 82688 ?      Sl   18:53   0:00 /opt/google/chrome/chrome --type=utility --utility-sub-type=audio.mojom.AudioService -
root      1596  0.0  0.0   8252  4736 ?        S    18:53   0:00 sudo ps -aux
root      1597  0.0  0.0   6992  3072 ?        R    18:53   0:00 ps -aux
########## TIME DETAILS ##########
DATEV $ date
Thu May 15 18:53:17 UTC 2025
NTPQ1 $ sudo ntpq -c rv
associd=0 status=0615 leap_none, sync_ntp, 1 event, clock_sync,
version="ntpd 4.2.8p1501.3728-o Wed Sep 23 11:46:38 UTC 2020 (1)",
processor="x86_64", system="Linux/6.6.72+", leap=00, stratum=3,
precision=-24, rootdelay=6.163, rootdisp=6.708, refid=45.87.76.3,
reftime=ebd0b65b.9807d27e  Thu, May 15 2025 18:52:11.593,
clock=ebd0b69e.ca8bdf33  Thu, May 15 2025 18:53:18.791, peer=26241, tc=6,
mintc=3, offset=-0.668019, frequency=+0.000, sys_jitter=1.719821,
clk_jitter=0.644, clk_wander=0.000, tai=37, leapsec=201701010000,
expire=202512280000
NTPQ2 $ sudo ntpq -pn
     remote         refid       st t when poll reach  delay   offset  jitter
==============================================================================
 0.debian.pool.n .POOL.         16 p    -   64    0   0.000   +0.000   0.000
 1.debian.pool.n .POOL.         16 p    -   64    0   0.000   +0.000   0.000
 2.debian.pool.n .POOL.         16 p    -   64    0   0.000   +0.000   0.000
 3.debian.pool.n .POOL.         16 p    -   64    0   0.000   +0.000   0.000
-162.159.200.1   10.221.8.4      3 u   15   64  377   4.548   -0.146   0.282
+45.87.77.15     109.68.160.223  2 u   59   64  377   5.221   -1.314   0.165
+45.87.76.3      244.220.219.218 2 u    -   64  377   5.553   -1.232   0.417
+193.190.253.214 185.111.204.221 2 u   55   64  377   3.704   +0.611   0.121
-162.159.200.123 10.25.8.4       3 u   25   64  377   5.514   +0.385   0.482
-84.199.86.248   195.130.132.21  2 u   50   64  377   5.775   +0.536   0.480
```

## 7. Log file of the packet sniffer

The log file of tshark packet sniffer - an open-source library designed to analyse the Internet protocols and their generated traffic - shows the number of packets that have been acquired and the ones that have been discarded due to network issues. This information can be verified by accessing and analysing the PCAP file available inside the ZIP file that contains the digital evidence.

```
Running as user "root" and group "root". This could be dangerous.
Capturing on 'eth0'
2501 packets captured
```

## 8. Kopjra

Kopjra Srl is a cyber intelligence company specialized in online investigations, OSINT (Open Source Intelligence) and network forensics, ISO/IEC 27001:2013 and ISO/IEC 27037:2017 certified.

The company assists high-profile Italian and international clients in online intellectual and industrial property protection activities, also serving as CTP (Technical Consultant of the Party) in multiple proceedings against big tech, social networks and technology platforms.

Founding partners Tommaso Grotto and Eng. Emanuele Casadio are editors and authors of numerous publications, in particular the volume The digital evidence ('La prova digitale', Giuffrè Francis Lefebvre, 2020). They are also adjunct professors at the University of Genoa at STELMILIT (School of Telecommunications of the Italian Armed Forces), the University of Milan and the University of Padua. Eng. Emanuele Casadio, in 2020, joined the Selected Reserve pool of the Italian Carabinieri Force.

Web Forensics and Web Forensics Instant technology solutions are covered by trade secret and the latter also by the patent *Process and system for automatic forensic acquisition of web page content* granted in Italy in 2024 and in the United States in 2025.

This document is issued for the uses permitted by Law.

Bologna,

On behalf of Kopjra Srl



KOPJRA.COM





Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com