U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   May 21 2025

CAROL L. MICHEL
CLERK

cf   Walk-In

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ

**PLAINTIFF(S)**

VERSUS

META PLATFORMS, INC., ET AL

**DEFENDANT(S)**

CIVIL ACTION

No. 25-197

SECTION: A (2)

## NOTICE OF FILING AND ENTRY INTO THE RECORD

This exhibit is submitted solely for evidentiary preservation, judicial notice, and for inclusion in support of pending filings and appeal. It is tendered without argument, solely to maintain a clear and complete record.

Certified under Statutes at Large and Universal Law, this May 21, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 21st day of May, 20 25.

_____
(SIGNATURE)

_____
(Signature)

HIRAN RODRIGUEZ
(Name)

820 GROVE AVE
(Address)

METAIRIE    LA    70003-7024
(City)      (State)   (Zip)

(504) 203-8459
(Telephone)

05/21/2025
(Signature Date)

