U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  May 21 2025
CAROL L. MICHEL
CLERK
cf    Walk-In

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ

**PLAINTIFF(S)**

VERSUS

META PLATFORMS, INC., ET AL

**DEFENDANT(S)**

CIVIL ACTION

No. 25-197

SECTION: A (2)

## NOTICE OF FILING AND ENTRY INTO THE RECORD

This exhibit is submitted solely for evidentiary preservation, judicial notice, and for inclusion in support of pending filings and appeal. It is tendered without argument, solely to maintain a clear and complete record.

Certified under Statutes at Large and Universal Law, this May 21, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 21st day of May, 20 25.

_/s/ Hiran Rodriguez_
(SIGNATURE)

_/s/ Hiran Rodriguez_
(Signature)

HIRAN RODRIGUEZ
(Name)

820 GROVE AVE
(Address)

METAIRIE    LA    70003-7024
(City)    (State)    (Zip)

(504) 203-8459
(Telephone)

05/21/2025
(Signature Date)

# EXHIBIT AERIAL-0002

FAA Noise Complaint Evidence: JPSO Helicopter N911JL
Date: May 20, 2025
Location: 820 Grove Ave, Metairie, LA 70003

This exhibit contains radar track screenshots and metadata for a low-altitude flight operated by the Jefferson Parish Sheriff's Office, showing sustained circling activity consistent with surveillance or intimidation, including post-complaint flyovers following FAA complaint ANCIR0038242.



*EXHIBIT AERIAL-0002-0001*



EXHIBIT AERIAL-0002-0002



*EXHIBIT AERIAL-0002-0003*



EXHIBIT AERIAL-0002-0004



EXHIBIT AERIAL-0002-0005



*EXHIBIT AERIAL-0002-0006*



*EXHIBIT AERIAL-0002-0007*



*EXHIBIT AERIAL-0002-0008*



*EXHIBIT AERIAL-0002-0009*



*EXHIBIT AERIAL-0002: JPSO Helicopter Surveillance - May 20, 2025*



*EXHIBIT AERIAL-0002: JPSO Helicopter Surveillance - May 20, 2025*



*EXHIBIT AERIAL-0002: JPSO Helicopter Surveillance - May 20, 2025*