U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    May 21 2025
CAROL L. MICHEL
CLERK
cf                          Walk-In

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## EMERGENCY MOTION FOR INJUNCTIVE RELIEF AND RELIEF FROM JUDGMENT UNDER RULE 60(d)(3)

(Surveillance Retaliation Following Protected Activity)

NOW INTO COURT comes Plaintiff HIRAN RODRIGUEZ, *pro se*, who respectfully moves this Honorable Court for an emergency injunction and for relief under Rule 60(d)(3) of the Federal Rules of Civil Procedure based on surveillance retaliation and fraud upon the Court.

On May 20, 2025, just hours after invoking his rights through civil filings and prior FAA complaint ANCIR0038242 (filed May 19, 2025), Plaintiff was subjected to targeted helicopter flyovers by aircraft N911JL, a Bell 429 operated by the Jefferson Parish Sheriff's Office. This incident is detailed and substantiated in EXHIBIT AERIAL-0002.

The evidence includes timestamped radar screenshots, ADS-B telemetry, and newly captured aerial photos of the aircraft circling Plaintiff's residence in Metairie, Louisiana. Plaintiff believes this retaliatory act was meant to intimidate, interfere with ongoing Fifth Circuit litigation, and punish protected conduct under the First and Fourteenth Amendments.

Accordingly, Plaintiff seeks:

1. A preliminary and permanent injunction against continued aerial surveillance or retaliatory policing,
2. Full relief under Rule 60(d)(3) vacating orders tainted by fraud and obstruction of court access,
3. Disclosure from FAA, MSY Tower, and JPSO of all mission logs, ATC coordination, and dispatch data for N911JL on May 20, 2025.

A memorandum in support and attached affidavit are filed concurrently.

Respectfully submitted this May 21, 2025.

*Hiran Rodriguez*

2

/s/ Hiran Rodriguez

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003

hiranrodriguez@outlook.com

(504) 203-8459

*Pro Se Plaintiff*

DECLARATION OF HIRAN RODRIGUEZ

In Support of EXHIBIT AERIAL-0002

I, Hiran Rodriguez, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. On May 20, 2025, between approximately 2:18 P.M. and 2:23 P.M. CDT, a low-altitude flyover occurred above my home at 820 Grove Ave, Metairie, Louisiana, by a helicopter identified as N911JL, operated by the Jefferson Parish Sheriff's Office.

2. I recorded the event with video and audio. The aircraft is shown in EXHIBIT AERIAL-0002.

3. This occurred shortly after I returned home from submitting filings in this Court on May 20, 2025. Earlier that same day, I had also filed a complaint with the FAA regarding the prior low-flyover incident that occurred on May 19, 2025, under tracking number ANCIR0038242.

4. I make this declaration in support of the motion filed on May 21, 2025, seeking injunctive and Rule 60(d)(3) relief.

Executed this 21st day of May, 2025.

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Hiran Rodriguez

820 Grove Ave

4

Metairie, LA 70003

hiranrodriguez@outlook.com

(504) 203-8459

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I personally filed the following pleadings with the Clerk of the United States District Court for the Eastern District of Louisiana via hand delivery to the intake desk:

**EMERGENCY MOTION FOR INJUNCTIVE RELIEF AND RELIEF FROM JUDGMENT UNDER RULE 60(d)(3)**

Further, on the same date, I caused true and correct copies of the foregoing documents to be served via electronic mail to all counsel of record in accordance with Federal Rule of Civil Procedure 5(b)(2)(E), at the following addresses:

barcuri@fralawfirm.com, lcarlisle@bakerdonelson.com, scefolia@bakerdonelson.com, colin.cisco@jeffparish.net, hailey.cummiskey@arlaw.com, philip.giorlando@bswllp.com, katherine@snw.law, ekesler@bakerdonelson.com, ckrake@courington-law.com, eve.masinter@bswllp.com, vmatherne@courington-law.com, lmince@fishmanhaygood.com, suzy@snw.law, jnieset@phjlaw.com, lrodrigue@fralawfirm.com ,lindsaysamuel@dwt.com, lrichard@irwinllc.com, scott@snw.law, qurquhart@irwinllc.com, roland.vandenweghe@arlaw.com

Respectfully submitted,

*Hiran Rodriguez*

Hiran Rodriguez

820 Grove Avenue

Metairie, LA 70003

Email: hiranrodriguez@outlook.com

Phone: (504) 203-845

Date: May 21, 2025


All rights are expressly reserved.