## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**HIRAN RODRIGUEZ**                                    **CIVIL ACTION**

**VERSUS**                                            **NO: 25-197**

**META PLATFORMS, INC. ET AL**                        **SECTION: A(2)**

### JUDGMENT

Pursuant to the Order and Reasons entered herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the Defendants, Meta Platforms, Inc., Apple, Inc., T-Mobile USA Inc, AT&T Enterprises, LLC, X Corp., Kansas City Southern Railway Company, LCMC Healthcare Partners, LLC, Third District Volunteer Fire Department, Gray Local Media, Inc, Associated Press, Jefferson Parish, Jefferson Parish Sheriff's Office, Sheriff Joseph P. Lopinto, III, Andres Fuentes, Gloria Pazmino, Haleluya Hadero, Susanne Rust, Ryan McCafferty, Paul McInnes, Jonathan Liew, James Ochoa, Demicia Inman, Jamie Spangher, Maya Gebeily, Versha Sharma, Elon Musk, and Mark Elliot Zuckerberg, and against the Plaintiff, Hiran Rodriguez, dismissing the Plaintiff's complaint **with prejudice**.

New Orleans, Louisiana, this 22nd day of May 2025.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---
1 Rec. Doc. 223