U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    May 27 2025

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC., *ET AL*** | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## MOTION TO RECOGNIZE ACTUAL NOTICE AS VALID SERVICE UNDER RULE 4(e)(1) OR IN THE ALTERNATIVE TO STAY EFFECT OF REC. DOC. 217

NOW INTO COURT comes Plaintiff, HIRAN RODRIGUEZ, who respectfully submits this Motion to affirm that valid service occurred upon Defendant Third District Volunteer Fire Department (TDVFD) and to clarify the procedural effect of Rec. Doc. 217:

## I. FACTUAL GROUNDS

1. On February 21, 2025, Plaintiff personally served a full copy of the Complaint and Summons upon Corey Moll, the registered agent at the law firm representing TDVFD. Mr. Moll acknowledged receipt and engaged Plaintiff, verbally referencing "corporate defendants" and accepting the materials without protest.
2. Although Plaintiff acknowledges that self-service is not technically permitted under Rule 4(c)(2), Louisiana law recognizes actual notice and agent-level acceptance as sufficient for purposes of service. (See Rule 4(e)(1)).
3. The record shows no answer or response by TDVFD following this notice. Plaintiff's motions for default (Docs. 51, 112) were ignored or denied irregularly, and retaliatory filings bans (Docs. 186–188) blocked further motion practice.
4. On May 21, 2025, the Clerk docketed a "Summons Returned Unexecuted" (Rec. Doc. 217) that does not reflect the accepted service of February 21, and has not been explained or reconciled.

## II. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

2

1. Recognize the February 21 service as valid under Rule 4(e)(1) or any applicable state service rule authorizing agent-level acceptance and actual notice;

2. In the alternative, stay the effect and enforcement of Rec. Doc. 217 until the Fifth Circuit rules on the validity of service and pending default motions;

3. Allow Plaintiff to supplement the record with an affidavit confirming the delivery and verbal exchange with the registered agent;

4. Grant any further relief as necessary to prevent injustice and preserve due process rights.

---

Respectfully submitted,

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

HIRAN RODRIGUEZ, *SUI JURIS*

*Pro Se* Plaintiff

820 Grove Ave, Metairie, LA 70003

(504) 203-8459 | hiranrodriguez@outlook.com

Dated: May 22, 2025

---

# NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion to Recognize Actual Notice as Valid Service under Rule 4(e)(1), or in the Alternative to Stay Enforcement of Rec. Doc. 217 will be submitted to the Honorable Court for consideration on the 15th day following filing, pursuant to Local Rule 7.2.

Respectfully submitted,

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

HIRAN RODRIGUEZ, *SUI JURIS*

*Pro Se* Plaintiff

820 Grove Ave, Metairie, LA 70003

(504) 203-8459 | hiranrodriguez@outlook.com

Dated: May 22, 2025

Hiram Rodriguez
220 Grove Ave,
Metairie, LA 70003-7024

United States District Court
Clerk of Court
500 Poydras Street,
New Orleans, Louisiana, 70130.



*Rodriguez v. Meta Platforms, Inc., et al.*

# EXHIBIT A

Case 2:25-cv-00197-JCZ-DPC       Document ___       Filed

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2025 MAY 16 A 8:50

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT
CAROL L. MICHEL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
704 CARONDELET STREET, NEW ORLEANS, LA 70130.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 504-203-8459
DATE: 04/04/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 34
District to Serve No.: 34
Signature of Authorized USMS Deputy or Clerk
Date: 4-7-25

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date | Time | ☐ am ☐ pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
1. The address above was not the Third District Volunteer fire Department address, it was a law firm. (KCo) 05/08/2025

Fee _____
Process _____
X Dktd _____
____ CtRmDep _____
____ Doc.No. _____

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| HIRAN RODRIGUEZ | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 25-cv-197 A(2) |
| META PLATFORMS, INC., ET AL | ) | |
| | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Third District Volunteer Fire Department
10415 Jefferson Highway
River Ridge, LA 70123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hiran Rodriguez
820 Grove Avenue
Metairie, LA 70003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 04 2025

Carol L. Michel
Name of clerk of court

*Laurie Bryant*
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-197 A(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

Dated: May 22, 2025

I, Hiran Rodriguez, hereby certify that the foregoing Motion to Recognize Actual Notice as Valid Service under Rule 4(e)(1), Notice of Submission, and Proposed Order were submitted via the Court's Electronic Document Submission System (EDSS) for the United States District Court for the Eastern District of Louisiana, and transmitted to all registered counsel of record on this date. This service complies with all applicable rules under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Louisiana.

This filing is made solely to preserve Plaintiff's legal and constitutional rights and shall not be construed as consent to the authority or jurisdiction of any judicial officer currently subject to a pending motion for disqualification, appeal, or judicial misconduct inquiry. Plaintiff expressly reserves all objections under 28 U.S.C. § 455, Rule 60(d), and all applicable law.

I declare under penalty of perjury that the foregoing is true and correct.

**All Rights Reserved – UCC 1-308**

**Without Prejudice – Without Recourse**

Respectfully submitted, this 22nd day of May, 2025.

*Hiran Rodriguez*

/s/ **HIRAN RODRIGUEZ**

HIRAN RODRIGUEZ, *SUI JURIS*

*Pro Se* Plaintiff

820 Grove Ave, Metairie, LA 70003

(504) 203-8459 | hiranrodriguez@outlook.com

Dated: May 22, 2025

**Preserving all claims for judicial misconduct, procedural irregularity, and constitutional injury under 28 U.S.C. §§ 144, 455, and 351; and reserving all rights to appeal, object, and seek sanctions under Rule 11, Rule 55, Rule 60(b), and Article III.**

**No joinder to any corporate, commercial, administrative, or inferior jurisdiction.**

**No tacit agreement presumed; no consent granted where none is explicitly expressed.**

# [PROPOSED] ORDER

CONSIDERING Plaintiff's Motion to Recognize Actual Notice as Valid Service under Rule 4(e)(1), or in the Alternative to Stay Enforcement of Rec. Doc. 217:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

- The Court recognizes Plaintiff's February 21, 2025 service on Third District Volunteer Fire Department's registered agent as sufficient and proper under Rule 4(e)(1) and applicable Louisiana service law;
- Alternatively, Rec. Doc. 217 shall be stayed and not considered prejudicial to Plaintiff's default-related claims, pending appellate review.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

5