# EXHIBIT "A"

# SHA1 File Checksum

This SHA1 online tool helps you calculate the hash of a file from local or URL using SHA1 without uploading the file. It also supports HMAC.

**Input**

IMG_0471.mov

**Output**

15b1351b6b22b5417cc6916f366d36c3f2996b7d

**Settings**

Hash

Auto Update

Remember Input

Input Type

File