# EXHIBIT "B"

# SHA256 File Checksum

This SHA256 online tool helps you calculate the hash of a file from local or URL using SHA256 without uploading the file. It also supports HMAC.

Input

IMG_0471.mov

Output

262755a8c540834b48074d91d25dfe45a2e920709f38efe34fd9d799aa642880

Settings

Hash

Auto Update

Remember Input

Input Type

File