# EXHIBIT "C"



