# EXHIBIT "H"

