# EXHIBIT "K"

Case 2:25-cv-00197-JCZ-DPC   Document 227-11   Filed 06/17/25   Page 1 of 2

Crossing ID: 744538A
Street: DERBIGNY ST