# EXHIBIT "L"

