# EXHIBIT "M"

