# EXHIBIT "N"

