# EXHIBIT "O"

7:22 

< Details        **Inventory Record**        PDF

**Part I: Location and Classification Information**

**Primary Operating Railroad**
NOGC

**State**
LA

**County**
Jefferson

**City / Municipality**
GRETNA

**Street / Road Name**
DERBIGNY ST

**Block Number**
N/A

**Highway Type & No.**
ST

**Do Other Railroads Operate a Separate Track at Crossing?**
No

**Do Other Railroads Operate Over Your Track at Crossing?**
No

**Railroad Division or Region**
LAFAYETTE

**Railroad Subdivision or District**
WESTWEGO

**Branch or Line Name**
WESTWEIGO SUB

**RR Milepost (prefix)**
N/A