# EXHIBIT "P"

7:22

< Details      **Inventory Record**      PDF

**RR Milepost (prefix)**
N/A

**RR Milepost**
0003.31

**RR Milepost (suffix)**
N/A

**Line Segment**
TNA00331

**Nearest RR Timetable Station**
W BRIDGE JCT

**Parent Railroad**
N/A

**Crossing Owner**
N/A

**Crossing Type**
Public

**Crossing Purpose**
Highway

**Crossing Position**
At Grade

**Public Access**
N/A

**Type of Train**
N/A

**Average Passenger Train Count Per Day**
N/A

**Type of Land Use**
Commercial

Is there and Adjacent Crossing with a