# EXHIBIT "Q"

7:22

< Details          **Inventory Record**          PDF

Is there and Adjacent Crossing with a Separate Number
No

Quiet Zone
No

Date Established (Quiet Zone)
N/A

HSR Corridor ID
N/A

Latitude
29.9147140

Longitude
-90.0661850

Lat/Long Source
Estimated

Railroad Use A
N/A

Railroad Use B
N/A

Railroad Use C
N/A

Railroad Use D
N/A

State Use A
N/A

State Use B
N/A

State Use C
N/A