# EXHIBIT "R"

7:22

**‹ Details**     **Inventory Record**     **PDF**

N/A

Railroad Use C
N/A

Railroad Use D
N/A

State Use A
N/A

State Use B
N/A

State Use C
N/A

State Use D
N/A

Emergency Notification Telephone No.
8667773388

Railroad Contact (Telephone No.)
5043470792

State Contact (Telephone No.)
2253791543

Part II: Railroad Information

Part III: Highway or Pathway Traffic Control Device
Information

Part IV: Physical Characteristics

Part V: Public Highway Information