# EXHIBIT "S"

7:23 

< Details  **Inventory Record**  PDF

## Part II: Railroad Information

**Total Daylight Thru Trains**
1

**Total Night time Thru Trains**
0

**Total Switching Trains**
0

**Total Transit Trains**
N/A

**Check if Less Than One Movement Per Day**
N/A

**How many trains per week?**
N/A

**Year of Train Count Data (YYYY)**
N/A

**Maximum Timetable Speed (mph)**
10

**Typical Speed Range Over Crossing (mph) From**
1

**Typical Speed Range Over Crossing (mph) To**
10

**Type and Count of Tracks (Main)**
1

**Type and Count of Tracks (Siding)**
N/A

**Type and Count of Tracks (Yard)**
N/A

**Type and Count of Tracks (Transit)**