# EXHIBIT "T"

7:23 

&lt; Details     **Inventory Record**     PDF

1

Typical Speed Range Over Crossing (mph) To
10

Type and Count of Tracks (Main)
1

Type and Count of Tracks (Siding)
N/A

Type and Count of Tracks (Yard)
N/A

Type and Count of Tracks (Transit)
N/A

Type and Count of Tracks (Industry)
N/A

Train Detection (Main Track Only)
None

Is Track Signaled?
No

Event Recorder
N/A

Remote Health Monitoring
N/A

Part III: Highway or Pathway Traffic Control Device Information

Part IV: Physical Characteristics

Part V: Public Highway Information