# EXHIBIT "U"

7:23 

< Details     **Inventory Record**     PDF

**Are There Signs or Signals?**
Yes (At least one sign or signal at crossing)

**Crossbuck Assemblies**
2

**STOP Signs (R1-1)**
0

**YIELD Signs (R1-2)**
N/A

**Advance Warning Signs**
None

**W10-1**
N/A

**W10-2**
N/A

**W10-3**
N/A

**W10-4**
N/A

**W10-11**
N/A

**W10-12**
N/A

**Low Ground Clearance Signs (W10-5)**
No

**Low Ground Clearance Signs (W10-5) (count)**
0

**Pavement Markings**
None

Channelization Devices/Medians