

# EXHIBIT "V"

**Channelization Devices/Medians**
N/A

**EXEMPT Sign (R15-3)**
No, crossing is not exempt

**ENS Sign (I-13) Displayed**
Yes

**Other MUTCD Signs**
No

**Other MUTCD Signs (count)**
0

**Other MUTCD Signs (Specify Type)**
N/A

**Other MUTCD Signs (count)**
0

**Other MUTCD Signs (Specify Type)**
N/A

**Other MUTCD Signs (count)**
N/A

**Other MUTCD Signs (Specify Type)**
N/A

**Private Crossing Signs (if private)**
N/A

**LED Enhanced Signs (List types)**
N/A

**Gate Arms (Roadway)**
0

**Gate Arms (Pedestrian)**
N/A

**Gate Configuration**