# EXHIBIT "W"

7:23 

‹ **Details**   **Inventory Record**   **PDF**

Gate Arms (Pedestrian)
N/A

Gate Configuration
N/A

Gate Configuration Type
N/A

Cantilevered (or Bridged) Flashing Light Structures –
Over Traffic Lane
0

Cantilevered (or Bridged) Flashing Light Structures –
Not Over Traffic Lane
0

Cantilevered (or Bridged) Flashing Light Structures
(Specify Type)
N/A

Mast Mounted Flashing Lights (count of masts)
0

Mast Mounted Flashing Lights (Specify Type)
N/A

Back Lights Included
N/A

Side Lights Included
N/A

Total Count of Flashing Light Pairs
0

Original Installation Date of Current Active Warning
Devices: (MM/YY)
Not Required

Wayside Horn
No