# EXHIBIT "X"

< Details     **Inventory Record**     PDF

**Wayside Horn**
No

**Wayside Horn Installed On**
N/A

**Highway Traffic Signals Controlling Crossing**
No

**Number of Bells**
0

**Non-Train Active Warning**
N/A

**Other Flashing Lights or Warning Devices**
0

**Other Flashing Lights or Warning Devices (Specify type)**
N/A

**Does Nearby Hwy Intersection have Traffic Signals?**
Yes

**Highway Traffic Signal Interconnection**
Not Interconnected

**Highway Traffic Signal Preemption**
N/A

**Highway Traffic Pre-Signals**
No

**Highway Traffic Pre-Signals - Storage Distance**
N/A

**Highway Traffic Pre-Signals - Stop Line Distance**
N/A

**Highway Monitoring Device**
N/A