# EXHIBIT "Y"

7:23                         .ul  📶  83

< Details      **Inventory Record**      PDF

## Part IV: Physical Characteristics

Traffic Lanes Crossing Railroad
2

Traffic Lanes Crossing Railroad (Specify Type)
One-way Traffic

Is Roadway/Highway Paved
Yes

Does Track Run Down a Street?
Yes

Is Crossing Illuminated? (Street lights within approx. 50 feet from nearest rail)
No

Crossing Surface (on Main Track, multiple types allowed) – Installation Date
N/A

Crossing Surface – Width
N/A

Crossing Surface – Length
N/A

Crossing Surface (Specify Type)
2. Asphalt

Other Crossing Surface
N/A

Intersecting Roadway within 500 feet?
Yes

If Yes, Approximate Distance (feet)
N/A

Smallest Crossing Angle
60-90 degrees