# EXHIBIT "Z"

7:23

< Details    **Inventory Record**    PDF

Is Roadway/Highway Paved
Yes

Does Track Run Down a Street?
Yes

Is Crossing Illuminated? (Street lights within approx. 50 feet from nearest rail)
No

Crossing Surface (on Main Track, multiple types allowed) - Installation Date
N/A

Crossing Surface - Width
N/A

Crossing Surface - Length
N/A

Crossing Surface (Specify Type)
2. Asphalt

Other Crossing Surface
N/A

Intersecting Roadway within 500 feet?
Yes

If Yes, Approximate Distance (feet)
N/A

Smallest Crossing Angle
60-90 degrees

Is Commercial Power Available?
Yes

**Part V: Public Highway Information**