# EXHIBIT "AL"

# Better Business Bureau®

# File a Complaint

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution.

## Your complaint details:

**First name:** Hiran

**Last name:** Rodriguez

**Email:** rodriguezhiran394@gmail.com

**Phone:** 5042038459

**Street address:** 820 Grove Ave

**State:** LA

**City:** Metairie

**Zip:** 70003

**Country:** USA

**Description of complaint:**
To the BBB: This is a formal complaint against Meta Platforms, Inc. (1 Hacker Way, Menlo Park, CA), for failure to comply with a federal subpoena issued on May 19, 2025 in Rodriguez v. Meta Platforms, Inc., et al., Case No. 2:25-cv-00197-JCZ-DPC, now on appeal in Fifth Circuit Case 25-30279. The subpoena, issued under Fed. R. Civ. P. 45, demanded Meta produce

**Business Headquarters Location**

1 Hacker Way,
Menlo Park, CA 94025-1456

If you have any questions or concerns, please contact the BBB assigned to your complaint:

**BBB serving the San Francisco Bay Area and Northern Coastal California**

PO Box 218
San Leandro, CA 94577



(866) 411-2221

session logs and metadata tied to a private Instagram Direct stream (Thread ID: 17843630411636438) active April 15–30, 2025. This stream persisted despite my uninstallation of Instagram. No response or objection was received by the May 31, 2025 deadline. This violates Rule 45(d)(2)(B) and Rule 37(e). Requested data includes: • Logs of the stream (ID: IGDirectPrivVideoIngress123) • Account ID: 49033100437 (IG), 100000241034887 (FB) • IPs, UUIDs, access by Meta employees • SDK tracking, fallback routing via shortwave.instagram.com This noncompliance obstructs my litigation, violates my rights, and worsens ongoing privacy harms. Meta continues covert tracking without consent, and its silence appears retaliatory and unlawful. Requested Relief: 1. Immediate Meta response acknowledging the subpoena; 2. Confirmation of record preservation; 3. BBB intervention due to ongoing harm and legal violations. I can provide the subpoena and supporting logs upon request. Thank you. Respectfully, Hiran Rodriguez 820 Grove Ave Metairie, LA 70003 hiranrodriguez@outlook.com (504) 203-8459 I hereby give notice that I do not join or consent to any corporate, commercial, administrative, or inferior jurisdiction by submitting this complaint. No tacit agreement is presumed. No waiver, agency, or consent is granted unless expressly stated. All rights are reserved under the Constitution and all applicable legal protections.

**Desired settlement:**

Meta must comply with a federal subpoena (served May 19, 2025, Civil Action No. 2:25-cv-00197-JCZ-DPC), confirm preservation of evidence, and immediately cease unauthorized surveillance via SDKs and fallback chat relays. This is linked to a constitutional appeal and urgent privacy harm. ACTIVE 5th Circuit Appeal No. 25-30297. I hereby give notice

that I do not join or consent to any corporate, commercial, administrative, or inferior jurisdiction by submitting this complaint. No tacit agreement is presumed. No waiver, agency, or consent is granted unless expressly stated. All rights are reserved under the Constitution and all applicable legal protections.

**Files to upload:**
Meta_Subpoena.pdf

**Does your complaint involve a health issue?:**
No

- I have read and agree to the Complaint Submission Terms.
- I authorize the business to communicate with BBB about my complaint and disclose to BBB any personal information related to the complaint including the following if applicable: (a) information about a transaction or payment, (b) student records, and (c) information about an alleged debt
- I consent to the collection, use, and disclosure of my personal information in accordance with the BBB Privacy Policy, which I have read and understand.

**Signature:** _____

**Date:** _____

© 2025, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved.
*In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

Continued on next Page