# EXHIBIT "AH"

 Better Business Bureau®



### Find a BBB® Accredited Businesses You Can Trust

**Find a Table**

#### File a Complaint
Need to file a complaint? BBB is here to help. We'll guide you through the process.

**File a Complaint**

#### Start a Review
Write a review of a business and share your opinions with others.

**Start a Review**

## Featured Content
**United States**

[View All](#)



BBB Scam Alert: This Memorial Day, beware of scams targeting members of the military and questionable charity appeals



Auto Repairs
Roofing Contractors
Home Improvement
Hotels
Electrician
Air Conditioning Repair
Lawyers

**More Categories**

## Business Resources



BBB respects the resiliency of small businesses.

Trust has never been more important, and BBB is committed to providing support for small businesses.

**Learn More**

Show customers that you're a better business.

# Get Accredited

The BBB Seal instantly identifies businesses committed to honesty and integrity.

**Apply for BBB Accreditation**

Empowering the community to fight fraud together

**Lookup and Report Scams**

Your Local BBB is:
### BBB of Greater New Orleans Area ⓘ

**Address:**
3421 N. Causeway Blvd. Suite 707, Metairie, LA 70002

**Get Directions**

**Phone:**

## Featured Content for Businesses

**View All**

**United States**



**BBB Business Tip: Streamline your marketing with AI technology**

**BBB Business Tip: Make the most of exit interviews with these must-ask questions**

**BBB Business Scam Alert: How to identify fake Employer Identification Numbers**



**BBB AUTO LINE ®**

Lemon Law or auto warranty dispute? Let us help. Fast, free, and fair. Find out how BBB AUTO LINE can resolve your dispute.



## BBB Military Line

**Financial education resources for military veterans, active service members and their families**



"For us, it's really important to be part of the BBB because it gives us credibility and helps us get more customers."

**Cristian G**

El Paso, TX

© 2025, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.