# EXHIBIT "AW"

 Meta

Back to Newsroom

WhatsApp

# Winning the Fight Against Spyware Merchant NSO

May 6, 2025



# Takeaways

- Six years ago, we detected and stopped an attack by the notorious spyware developer NSO against WhatsApp and its users, and today, our court case has made history as the first victory against illegal spyware that threatens the safety and privacy of everyone.

- The jury's decision to force NSO to pay damages is a critical deterrent to this malicious industry against their illegal acts aimed at American companies and our users worldwide.

- This trial also revealed that WhatsApp was far from NSO's only target — this is an industry-wide threat and it'll take all of us to defend against it.

Today's verdict in WhatsApp's case is an important step forward for privacy and security as the first victory against the development and use of illegal spyware that threatens the safety and privacy of everyone. Today, the jury's decision to force NSO, a notorious foreign

spyware merchant, to pay damages is a critical deterrent to this malicious industry against their illegal acts aimed at American companies and the privacy and security of the people we serve.

As a reminder, six years ago, our engineers detected and stopped an attack by NSO using its spyware tool Pegasus to target over a thousand WhatsApp users, including human rights activists, journalists, diplomats and others in civil society. At the time, we worked with Citizen Lab to further investigate and alert the people who we believe were targeted – both so we could learn more about the attack and inform them about the steps they can take to secure their devices.

Now, for the first time, this trial put spyware executives on the stand and exposed exactly how their surveillance-for-hire system – shrouded in so much secrecy – operates. Put simply, NSO's Pegasus works to covertly compromise people's phones with spyware capable of hoovering up information from any app installed on the device. Think anything from financial and location information to emails and text messages, or as NSO conceded: "every kind of user data on the phone." It can even remotely activate the phone's mic and camera – all without people's knowledge, let alone authorization.

This trial also revealed that WhatsApp was far from NSO's only target. While we stopped the attack vector that exploited our calling system in 2019, Pegasus has had many other spyware installation methods to exploit other companies' technologies to manipulate people's devices into downloading malicious code and compromising their phones. NSO was forced to admit that it spends tens of millions of dollars annually

to develop malware installation methods including through instant messaging, browsers, and operating systems, and that its spyware is capable of compromising iOS or Android devices to this day.

Given how much information people access on their devices, including through private end–to-end encrypted apps like WhatsApp, Signal and others, we will continue going after spyware vendors indiscriminately targeting people around the world. These malicious technologies are a threat to the entire ecosystem and it'll take all of us to defend against it. Today's ruling shows spyware companies that their illegal actions against American technologies will not be tolerated.

In this specific case, we know we have a long road ahead to collect awarded damages from NSO and we plan to do so. Ultimately, we would like to make a donation to digital rights organizations that are working to defend people against such attacks around the world. Our next step is to secure a court order to prevent NSO from ever targeting WhatsApp again.

As always, we encourage security researchers to report security bugs through our <u>Bug Bounty</u> program so we can work together to quickly resolve them and protect our users.

Finally, we're publishing (unofficial) transcripts of deposition videos that were shown in open court so that these records are available to researchers and journalists studying these threats and working to protect the public. We intend to add official court transcripts once they become available.

## Downloads

WhatsApp LLC et al. v. NSO Group Tech. Ltd. et al., Deposition video transcript (shown in court), Tamir Gazneli, NSO's Research & Development Vice President

WhatsApp LLC et al. v. NSO Group Tech. Ltd. et al., Deposition video transcript (shown in court), Yaron Shohat, NSO's CEO

WhatsApp LLC et al. v. NSO Group Tech. Ltd. et al., Deposition video transcript (shown in court), Sarit Bizinsky Gil, NSO's Vice President of Global Business Operations

WhatsApp LLC et al. v. NSO Group Tech. Ltd. et al., Deposition video transcript (shown in court), Ramon Eshkar, NSO's Vice President

Categories:
Data and Privacy, Integrity and
Security, Public Policy, WhatsApp



Tags: Legal Action, Security News

# RELATED NEWS

Meta

# WhatsApp's Privacy Campaign Is An Ode To The Resilience Of People Living Away From Home

WhatsApp's privacy campaign shows the vital role private and secure messaging plays in people's lives, creating a safe space for them to have their most private conversations, especially when they're living away from home.

July 29, 2024

## Related Pages

WhatsApp

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

**Featured News**

**Meta**

**New Study Shows Open Source AI Is Catalyst for Economic Growth**

May 21, 2025

# Meta

## How We're Advancing Accessibility at Meta

May 15, 2025





Follow Us

   

Virtual reality ⌄

Smart glasses ⌄

About us ⌄

Our community ⌄

Our actions ⌄

Support ⌄

Community Standards    |    Data Policy         Terms    |    Cookie policy

United States (English) ▼