# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** <br> PLAINTIFF | CIVIL ACTION NO. 2:25-cv-00197 <br> SECTION A <br> JUDGE JAY C. ZAINEY |
| V. | |
| **META PLATFORMS, INC.,** *ET AL.* <br> DEFENDANTS | DIVISION 2 <br> MAGISTRATE JUDGE <br> DONNA P. CURRAULT |
| | JURY TRIAL DEMANDED |

## MOTION TO SUPPLEMENT THE RECORD

**(Pursuant to Fed. R. App. P. 10(e) & Rule 60(b)(6))**

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 JUN 17 PM12 04
CAROL L. MICHEL, CLERK