

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC., *ET AL.*** | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## MOTION TO SUPPLEMENT THE RECORD WITH EXHIBITS REFERENCED IN APPELLATE FILINGS

NOW INTO COURT, through undersigned, comes Plaintiff, HIRAN RODRIGUEZ, appearing *pro se,* who respectfully moves this Honorable Court to supplement the record in this matter with the exhibits submitted in connection with Plaintiff's June 2, 2025 motion in the Fifth Circuit Court of Appeals in *Rodriguez v. Meta Platforms, Inc.*, No. 25-30297.

1. On June 2, 2025, Plaintiff filed a Motion to Strike Dismissal, Supplement Record, Acknowledge Evidence, and Refer Misconduct with the United States Court of Appeals for the Fifth Circuit. That motion references and attaches several exhibits relevant to the present action.

2. In order to ensure completeness of the district court record and preserve all evidentiary materials relevant to appellate review and constitutional claims, Plaintiff requests that those exhibits be formally lodged into the record of this Court.

3. The exhibits include documentation of surveillance conduct, evidentiary tampering, improper dismissals, and misconduct implicating parties and legal officers within this Court's jurisdiction.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order supplementing the district court record with the exhibits referenced and attached to Plaintiff's June 2, 2025 Fifth Circuit filing.

Respectfully submitted,

*Hiran Rodriguez*
/s/ Hiran Rodriguez

2

Hiran Rodriguez

820 Grove Ave,

Metairie, LA 70003

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a true and correct copy of the foregoing Motion to Supplement the Record with Exhibits Referenced in Appellate Filings was served via electronic mail to all counsel of record at the following addresses:

barcuri@fralawfirm.com

lcarlisle@bakerdonelson.com

scefolia@bakerdonelson.com

colin.cisco@jeffparish.net

hailey.cummiskey@arlaw.com

philip.giorlando@bswllp.com

katherine@snw.law

ekesler@bakerdonelson.com

ckrake@courington-law.com

eve.masinter@bswllp.com

vmatherne@courington-law.com

lmince@fishmanhaygood.com

suzy@snw.law

jnieset@phjlaw.com

lrodrigue@fralawfirm.com

lindsaysamuel@dwt.com

lrichard@irwinllc.com

scott@snw.law

qurquhart@irwinllc.com

roland.vandenweghe@arlaw.com


Executed on June 4, 2025.

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Hiran Rodriguez

820 Grove Ave

Metairie, LA 70003-7024

## RESERVATION OF RIGHTS AND NON-CONSENT DECLARATION

Plaintiff expressly reserves all rights, remedies, and protections secured under the Constitution and laws of the United States, including but not limited to those under the First, Fourth, Fifth, Sixth, Seventh, and Fourteenth Amendments. No waiver of any such rights – either substantive or procedural – is intended or implied by the filing of this motion or any previous or future participation in this case. Plaintiff further declares that he does not consent to any proceedings, orders, or requirements that are contrary to or beyond the lawful authority of the Court or that violate his constitutional rights. By submitting this motion, Plaintiff does not consent to the jurisdiction of any magistrate judge on any dispositive matter, and he reserves the right to challenge ex post facto any act which exceeds the Court's jurisdiction or contravenes due process. All objections and exceptions are preserved to the fullest extent of the law.