# EXHIBIT "A"

7:04 

 **Manage Access**

## Ongoing Evidence of Noise Harassment & Surveillance – March 2025

 Hiran Rodriguez (You)
Owner

### Shared Link

Anyone with the link can join the album or view it without signing in.

Remove

People who accessed the album with the link

 ccisco89@gmail.com

 Keith Miller

 Lori Mince

 Matthew Bondi

 Quentin Urquhart

 Scott Sternberg