# EXHIBIT "D"

7:04 

 Manage Access



### Ongoing Evidence of Noise Harassment & Surveillance – March 2025

 Hiran Rodriguez (You)
Owner

**Shared Link**

Anyone with the link can join the album or view it without signing in. 

People who accessed the album with the link

 ccisco89@gmail.com

 Keith Miller

 Lori Mince

 Matthew Bondi