# EXHIBIT "G"

