# EXHIBIT "I"



April 16



April 15

