# EXHIBIT "J"



April 12



April 10