# EXHIBIT "K"



