# EXHIBIT "L"


