# EXHIBIT "M"



