# EXHIBIT "N"



March 28



March 27

