# EXHIBIT "O"

