# EXHIBIT "P"



March 26

