# EXHIBIT "Q"

