# EXHIBIT "R"



March 25

