# EXHIBIT "S"

