# EXHIBIT "T"


