# EXHIBIT "V"

