# EXHIBIT "W"

