# EXHIBIT "X"



March 13

