# EXHIBIT "Y"



March 3

