# EXHIBIT "Z"

