# EXHIBIT "AA"

Case 2:25-cv-00197-JCZ-DPC   Document 228-27   Filed 06/17/25   Page 1 of 2

