# EXHIBIT "AB"


