# EXHIBIT "AB"

