# EXHIBIT "AC"



March 2



February 25

