# EXHIBIT "AD"


