# EXHIBIT "AE"





