# EXHIBIT "AE"

