# EXHIBIT "AF"

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| HIRAN RODRIGUEZ ) | |
| ) | CIVIL ACTION NO. 25-197 |
| *Plaintiff(s)* | SECTION: "A" (2) |
| | JUDGE JAY C. ZAINEY |
| v. ) | MAG. JUDGE DONNA PHILLIPS CURRAULT |
| ) | |
| META PLATFORMS, INC., ET AL, | |
| ) | |
| *Defendant(s)* | |
| ) | |

**NOTICE TO COURT OF SUBMISSION OF EVIDENCE TO COUNSEL OF RECORD**

NOW INTO COURT, comes Plaintiff, **Hiran Rodriguez**, appearing *pro se*, who submits this Notice to inform the Court that on **March 24, 2025**, Plaintiff disclosed to all counsel of record a **shared OneDrive folder** titled:

### "Ongoing Evidence of Noise Harassment & Surveillance – March 2025"

This folder contains video, audio, photographic, and narrative documentation of **alleged coordinated harassment, stalking, and surveillance** by multiple named Defendants, including but not limited to:

• Jefferson Parish Sheriff's Office (JPSO),

• The Kansas City Southern Railway Company,

• Third District Volunteer Fire Department,

• LCMC Healthcare Partners, LLC

• X Corp., and affiliated personnel.

Subfolders include:

• **Patrol & Siren Patterns,**

2

• **Rail Horn Timelines,**

• **Emergency Vehicle Activity,**

• **Suspected Mobile Surveillance Footage, and**

• **Preservation Requests**

**Plaintiff also issued a Preservation Notice** to all counsel, requesting that Defendants immediately retain all related internal communications, logs, dispatch records, surveillance data, employee schedules, and relevant digital files from March 2025 and prior.

This voluntary submission was originally made during the stay, and Plaintiff now brings it formally to the Court's attention following the reopening of this matter as of March 25, 2025, so that the evidence may be appropriately considered as part of pending and forthcoming motions, including the motion **for evidentiary hearing**.

---

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ **Hiran Rodriguez**

3

**Hiran Rodriguez**

*Pro Se Plaintiff*

820 Grove Ave, Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: **March 25, 2025**

4

# CERTIFICATE OF SERVICE

I, **Hiran Rodriguez**, *Plaintiff pro se,* hereby certify that on **March 25, 2025**, I electronically submitted the following documents through the **Electronic Document Submission System (EDSS)** of the **United States District Court for the Eastern District of Louisiana:**

- Notice to Court of Submission of Evidence to Counsel of Record
- Any other related filings submitted concurrently

Pursuant to **Local Rule 5.4** and the **Federal Rules of Civil Procedure**, notice of this filing will be electronically served via **CM/ECF** to all counsel **of record who have made an appearance in this case. For those defendants who have not yet made an appearance**, I further certify that **they are currently in the process of being served by the United States Marshal Service** in accordance with **Federal Rule of Civil Procedure 4(c)(3).**

**Respectfully submitted,**

*Hiran Rodriguez*

/s/ **Hiran Rodriguez**

**Hiran Rodriguez**

*Pro Se Plaintiff*

820 Grove Ave, Metairie, Louisiana, 70003-7024.

5

(504) 203-8459

hiranrodriguez@outlook.com

Date: **March 25, 2025**

6

**Stacy Pecoraro**

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Tuesday, March 25, 2025 1:50 PM
**To:** LAEDml_Pro Se
**Subject:** New EDSS Filing Submitted
**Attachments:** NOTICE TO COURT OF SUBMISSION OF EVIDENCE TO COUNSEL OF RECORD.pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Tuesday, March 25, 2025 - 13:50.

The information for this submission is:

**Filer's Name:** Hiran Rodriguez

**Filer's Email:** hiranrodriguez@outlook.com

**Filer's Mailing Address:** 820 Grove Ave. Metairie, LA, 70003

**Filer's Phone Number:** 5042038459

**Filer's Case Number (If Known):** 2:25-cv-00197-JCZ-DPC

**Filer's Case Name (If Known):** Rodriguez v. Meta Platforms, Inc., et al

**Submitted Document Description:** NOTICE TO COURT OF SUBMISSION OF EVIDENCE TO COUNSEL OF RECORD

1