# EXHIBIT "AG"

**Hiran Rodriguez shared the folder "Ongoing Evidence of Noise Harassment & Surveillance – March 2025" with you**

From: Hiran Rodriguez
To: lmince@fishmanhaygood.com , qurquhart@irwinllc.com , scott@snw.law
Date: Mon, Mar 24, 2025, 2:40 AM

