# EXHIBIT "AH"

# I've shared an album with you on OneDrive

Hiran Rodriguez
hiranrodriguez@outlook.com
barcuri@fralawfirm.com , lcarlisle@bakerdonelson.com , scefolia@bakerdonelson.com ,
colin.cisco@jeffparish.net , hailey.cummiskey@arlaw.com , philip.giorlando@bswllp.com ,
katherine@snw.law , ekesler@bakerdonelson.com , ckrake@courington-law.com ,
eve.masinter@bswllp.com , vmatherne@courington-law.com , lmince@fishmanhaygood.com ,
suzy@snw.law , jnieset@phjlaw.com , lrodrigue@fralawfirm.com , lindsaysamuel@dwt.com ,
lrichard@irwinllc.com , scott@snw.law , qurquhart@irwinllc.com ,
roland.vandenweghe@arlaw.com
Mon, Mar 24, 2025, 2:51 AM

To view my album, click this link:
https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96Hzw