# EXHIBIT "AI"

Hiran Rodriguez
hiranrodriguez@outlook.com
barcuri@fralawfirm.com , lcarlisle@bakerdonelson.com , scefolia@bakerdonelson.com ,
colin.cisco@jeffparish.net , hailey.cummiskey@arlaw.com , philip.giorlando@bswllp.com ,
katherine@snw.law , ekesler@bakerdonelson.com , ckrake@courington-law.com ,
eve.masinter@bswllp.com , vmatherne@courington-law.com , lmince@fishmanhaygood.com ,
suzy@snw.law , jnieset@phjlaw.com , lrodrigue@fralawfirm.com , lindsaysamuel@dwt.com ,
lrichard@irwinllc.com , scott@snw.law , qurquhart@irwinllc.com ,
roland.vandenweghe@arlaw.com
Mon, Mar 24, 2025, 2:57 AM

Civil Action No. 2:25-cv-00197-JCZ-DPC (E.D. La.)

Title: Ongoing Evidence of Noise Harassment & Surveillance – March 2025
Link:
https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfblkspf6yen2us96Hzw
Prepared by: Hiran Rodriguez, Pro Se Plaintiff
Date Shared: March 24, 2025

---

Purpose of Folder

This folder contains documentary evidence submitted by Plaintiff to support claims of coordinated noise harassment, surveillance, and intimidation by several named defendants. These materials are disclosed voluntarily to counsel of record and the Court in support of Plaintiff's emergency motions and request for evidentiary hearing.

---

Contents Overview

Subfolders may include:

- JPSO Sirens & Passes:
  Videos/audio of patrol sirens, timed neighborhood passes, coordinated noise harassment with other

- KCS Railway Company Noise Patterns:
  Recordings of freight activity, excessive horn use, timestamped logs.

- Fire Department Surveillance:
  Video clips showing lights, idling, or observed stalking patterns.

- Healthcare Facility (LCMC) Involvement:
  Evidence suggesting use of hospital staff or vehicles for surveillance.

---

Preservation Notice

Plaintiff formally requests that all defendants and their counsel preserve any related digital evidence, including but not limited to:
- Communication logs (calls, texts, emails)
- Internal communications regarding Plaintiff
- Employee names, work schedules, and positions
- Dispatch records
- Security footage
- Personnel location data

This request applies to all potentially relevant timeframes and parties identified in this litigation.

Get Outlook for iOS