# EXHIBIT "AK"



# WEB FORENSICS INSTANT

Mod. PO 13 A 01 EN v1

## *Methodological Report*

Instant Forensic Acquisition

June 1, 2025



Kopjra Srl
Via Rizzoli 1/2
40125 Bologna (BO)
VAT 03904120247
info@kopjra.com
www.kopjra.com

Document issued automatically in a single version per language by Kopjra Srl

## 1. Assignment

The company Kopjra Srl, with registered office in Via Rizzoli 1/2, 40125 Bologna, Italy, VAT number 03904120247 (hereafter referred to as "Kopjra"), as per the session of forensic acquisition run automatically with the aid of the *SaaS* (*Software as a Service*) Web Forensics Instant, hereby formulates a methodological report to describe the technical rules, the processes adopted and the results obtained.

This methodological report refers to the activity of forensic acquisition of digital evidence executed on 06/01/2025 at 5:44 PM UTC+0000 and with regard to the *URLs* (*Uniform Resource Locator*) listed in the corresponding table in paragraph 4 (Detailed Information Summary on the Forensic Actions Carried Out).

The acquisition was carried out automatically with the aid of *SaaS* developed by Kopjra which allows the acquisition of digital evidence, that is to say any content available on the *Internet*, through an automatically controlled web browser run in a forensic environment. The evidentiary value is ensured by the methodology of acquisition, which follows dutifully the international standard on forensic Information Technology ISO/IEC 27037:2017 "Guidelines for identification, collection, acquisition and preservation of digital evidence".

A summary of the acquisition, which includes, among other information, the SHA-256 fingerprints of all the files generated, is available in paragraph 4

## 2. Methodology

The ISO/IEC 27037:2017 standard defines the guidelines for identification, collection, acquisition and preservation of digital evidence. This norm details how to obtain digital elements with evidentiary value, which can be potentially admitted in court, and validates the four fundamental procedures specified above. The acquisition process described hereunder is compliant to the ISO/IEC 27037:2017 as regards the acquisition and preservation stages.

In addition to ISO/IEC 27037:2017, the following guidelines have been taken into consideration:

- *Computer Security and Incident Handling* - NIST (National Institute of Standards and Technology), 2012;
- *Best Practices for Computer Forensics* - SWGDE (Scientific Working Group on Digital Evidence), 2012;
- *Good Practice Guide for Digital Evidence* - ACPO (Association of Chief Police Officers), 2012;
- *Cloud Computing Forensic Science Challenges* - NIST, 2012.

The ISO/IEC 27037:2017 standard and the above mentioned guidelines represent the so-called "international best practices" which constitute the summary of the methodological and technical rules that must be applied in the forensic practice, and are also quoted by the Italian law which ratifies the Budapest Convention on Cybercrime (Law No. 48, 18 March 2008), by the Italian Code of the Digital Administration (*Codice dell'Amministrazione Digitale*) and by the eIDAS (electronic IDentification Authentication and Signature) Regulation. It is possible to consider the rules of authenticity and integrity of digital evidence established by the best practices not as "simple practical instructions which bring no sanction, but as tangible implicit prohibitions guarded by the sanction of inadmissibility" (Italian Supreme Court of Cassation, Section IV, Judgement No. 40903, 28 June 2016).

This methodology involves the acquisition of all the data streams exchanged between the machine that hosts the automatic *web browser* and the remote servers, not only as regards the *HTTP* (*Hypertext Transfer Protocol*) protocol, but also with regard to the resolution of the domain names following the *DNS* (*Domain Name System*) protocol.

For each relevant *file*, that is to say the *PCAP file* that corresponds to the acquired network traffic, the *file* which contains the *SSL/TLS* (*Secure Sockets Layer/Transport Layer Security*) traffic decryption keys, the MHTML *file* containing the page source together to all its resources, the WACZ *file* (Web Archive Collection Zipped), the *viewport screenshot*, as well as all the *log files* generated during the automatic session, a SHA-256 fingerprint is generated, and exported on a corresponding timestamped and digitally signed *XML file*, making it possible, therefore, to state incontrovertibly the conclusion of the acquisition and its subsequent integrity.

The acquisition was carried out on a dedicated *Docker container*, autonomously managed and run on a managed cluster hosted on the Google Cloud Platform (GCP) public *cloud provider*, based in Belgium (UE), connected to the *Internet* via the provider's proprietary infrastructure.

The Docker *container* ran the Linux Debian 11 Bullseye Operating System. Into the Docker *container* image were installed a *web browser*, the tshark *packet sniffer*, node and npm packets. The supplementary *Software* was installed through the official distribution channels.

The Docker *container* is connected to the Ethernet network of the Kubernetes Pod, which is connected with a *bridge* to the public network interface of the node into the Kubertenes *cluster*. At this stage, the connection is routed directly on the *Internet* through the virtual and physical infrastructure of GCP.

The security of the *hardware* and virtual infrastructure is ensured by the service provider, while the security of the application and of the environments is ensured by the adoption of all industrial *best practices* available.

When starting the session of forensic acquisition, the application will run a *script* to verify the initial status of the environment and generate a *log file*. Thanks to this *script* a set of different information will be retrieved, such as the details of the Docker *container*, cpu, memory, network, disks, processes e and time synchronization of the container. At this stage a time reference will also be obtained through the *NTP* (*Network Time Protocol*) protocol.

It is evident that through this methodology the authenticity and origin of the contents are secured. Moreover, the extraction of the contents which are the subject of the investigation can be repeated at any time starting from the same network traffic acquired.

The *files* that constitute the digital evidence are preserved as objects in a versioning-enabled *object store bucket*. The final deletion of the object will occur after 14 days from the appending of the delete mark.

## 3. Time Sequence and Description

Below are all the steps performed to construct the digital proof in chronological order, with the date and time (*timestamp*) of each.

| DATE AND TIME | ACTION |
|---|---|
| 06/01/2025 17:44:52.891 UTC+0000 | Start of the proceedings |
| 06/01/2025 17:44:52.893 UTC+0000 | Starting the network traffic acquisition using the tshark *packet sniffer* |
| 06/01/2025 17:44:53.198 UTC+0000 | Starting the environment status check *script* |
| 06/01/2025 17:44:53.211 UTC+0000 | Starting the *web browser* automatically and starting the WACZ file recording |
| 06/01/2025 17:44:54.564 UTC+0000 | Navigating a *web* page and corresponding *screenshot* generation and MHTML *file*: https://www.axios.com/2025/03/24/trump-group-text-yemen-war-bombing-houthis-jeffrey-goldberg |
| 06/01/2025 17:45:02.303 UTC+0000 | Ending the recording of the WACZ file and closing the *web browser* |
| 06/01/2025 17:45:02.303 UTC+0000 | Ending the acquisition of the network traffic and finalizing the *PCAP* file (*digital evidence copy*) |
| 06/01/2025 17:45:02.380 UTC+0000 | Generation of the *XML* file with its timestamp and digital signature, containing the SHA-256 fingerprints of all the files that were collected and preserved |
| | Conclusion of proceedings |

The tshark *packet sniffer* generates in real time a *PCAP* file containing a raw representation of all inbound and outbound data transmitted in the specific network interface, starting from level 2 of the ISO/OSI (Open Systems Interconnection) stack, as described in the ISO 7498-2:1989 "Security architecture of information processing systems" standard.

## 4. Detailed Information Summary on Forensic Activities Performed

### Summary Table of the Session of Forensic Acquisition

| ID | SESSION NAME | DATE | CONTAINER OS | PUBLIC OUTBOUND IP |
|---|---|---|---|---|
| 1f1a3b78-9898-46af-9d44-3b22c9b99259 | Instant Forensics Acquisition | 06/01/2025 5:44 PM UTC+0000 | Linux Debian 11 Bullseye | 34.22.242.212 |

### Summary table of the Docker container

| PROPERTY | VALUE |
|---|---|
| Unique address to the Docker image used to create the environment | eu.gcr.io/kopjra/wf-core:v0.3.0 |
| SHA-256 fingerprint of the Docker image used to create the environment | c1981cbee1ae86375846fdef36fb31bb1e57611cad2f2320e5c6c9c0d8a2ee66 |

### Summary Table of the Identified URLs

| URL | DATE AND TIME |
|---|---|
| https://www.axios.com/2025/03/24/trump-group-text-yemen-war-bombing-houthis-jeffrey-goldberg | 06/01/2025 5:44 PM UTC+0000 |

### Summary Table of the Generated Files

| FILE NAME | SHA-256 FINGERPRINT | TYPE |
|---|---|---|
| acquisition.pcap | f3ba319574741d4d92637e29be9fbabe07fd8936ab3cf2b266cce4beab95e7cb | PCAP |
| initialization.log | 758314ad94df0e3439d011b0c2606b5668e2a5e3125d31d516de52d0402f6157 | Log |
| networkTraffic.log | cc940ffcd9a1c7eb3f3708dcf7e2041ddae3712f739ede13f9cfa511dd363165 | Log |
| page.mhtml | 1e71e570a097d4c4987da96b91af4d58d98a41229b38d0c900bd55e08577239e | Source and resources |
| page.wacz | 37f287b237cee0f6cf945fa886405378a5ef250768fb17d60d57726b3ba7ec12 | WACZ archive |
| screenshotViewport.jpg | 06c3e123846ff37932849f4c17e261eaaa6d43d2ab5def2a80ff437fd43f6611 | Screenshot |
| session.log | 3935b2067978e2483f464bbc7288582a39a682df57d6f1d20c275387a74a60a0 | Log |
| sslkeys.keys | b0003ba70c750cd8f8506d57f67b1fe1cbc9ced25d4a9d1577b0bb97c471297c | Keys |

These *files* are sorted and stored in a *ZIP* file. The list below provides a short description of each *file* type:

- *PCAP*: a PCAP file corresponding to the network traffic that was acquired, automatically generated during the session;
- *Keys*: a file containing the decryption keys of the SSL/TLS traffic, automatically generated during the session. This file is necessary to read the PCAP file;
- *Screenshot*: JPG *file* corresponding to the *viewport screenshot* automatically generated during the session;
- *Log*: *log file* automatically generated during the session;
- *Source and resources*: web page *source file*, in MHTML format, with images, automatically captured during the session;
- *WACZ Archive*: WACZ archive file (Web Archive Collection Zipped) containing all resources of the loaded web page;
- *XML*: an XML file containing all the SHA-256 fingerprints of all the previously described files, automatically generated at the end of the session. This file bears a timestamp and a digital signature, consequently it can ensure a certified date, the integrity and the tamper-proof status of the digital evidence.

## 5. Viewport screenshots automatically generated



## 6. Log File of the Forensic Acquisition Process Initialization

The term *log* is used to designate the sequential and chronological registry of the operations that have been executed by a user, an administrator or automatically, on an application or a system.

The *log file*, also known as "Event Log", is the document on which these operations are saved and, in case it is necessary, accessed at a later time to analyse the available information for the purposes of the verifiability of the process.

The *log file* pertaining to the forensic acquisition process initialization contains a lot of information on the initial status of the environment, such as the image details of the Docker container, processor, memory, network, disks, processes and time synchronization of the container.

```
########## Starting Acquisition ##########
2025-06-01T19:44+02:00
########## DOCKER DETAILS #########
DOCIM $ echo ${DOCKERIMAGE_URL}
eu.gcr.io/kopjra/wf-core:v0.3.0
DOCHS $ echo ${DOCKERIMAGE_SHA256}
c1981cbee1ae86375846fdef36fb31bb1e57611cad2f2320e5c6c9c0d8a2ee66
########## INSTANCE DETAILS ##########
IMGID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/image
projects/gke-node-images/global/images/gke-1317-gke1265000-cos-117-18613-164-109-c-cgpv1-pre
LOCIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/ip
172.28.31.196
PUBIP $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/access-configs/0/external-ip
34.22.242.212
MACAD $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/network-interfaces/0/mac
42:01:ac:1c:1f:c4
INSID $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/id
7303654072447921132
INSTY $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/machine-type
projects/258946861480/machineTypes/n2-highmem-2
AVAZO $ curl -sS -XGET -H "Metadata-Flavor: Google" http://169.254.169.254/computeMetadata/v1/instance/zone
projects/258946861480/zones/europe-west1-c
########## SYSTEM OVERVIEW ##########
SYSOV $ sudo lshw -short
H/W path     Device  Class          Description
=============================================
                     system         Computer
/0                   bus            Motherboard
/0/0                 memory         16GiB System memory
/0/1                 processor      Intel(R) Xeon(R) CPU @ 2.80GHz
/0/100               bridge         440FX - 82441FX PMC [Natoma]
/0/100/1             bridge         82371AB/EB/MB PIIX4 ISA
/0/100/1.3           bridge         82371AB/EB/MB PIIX4 ACPI
/0/100/3             generic        Virtio SCSI
/0/100/3/0           generic        Virtual I/O device
/0/100/4             network        Virtio network device
/0/100/4/0           network        Virtual I/O device
/0/100/5             generic        Virtio RNG
/0/100/5/0           generic        Virtual I/O device
/0/2                 system         PnP device PNP0b00
/0/3                 input          PnP device PNP0303
/0/4                 input          PnP device PNP0f13
/0/5                 communication  PnP device PNP0501
/0/6                 communication  PnP device PNP0501
/0/7                 communication  PnP device PNP0501
/0/8                 communication  PnP device PNP0501
/1           eth0    network        Ethernet interface
########## RAM DETAILS ##########
MEMOR $ sudo lshw -C memory
  *-memory
       description: System memory
       physical id: 0
       size: 16GiB
########## CPU DETAILS ##########
CPUDT $ sudo lscpu
Architecture:                    x86_64
CPU op-mode(s):                  32-bit, 64-bit
Byte Order:                      Little Endian
Address sizes:                   46 bits physical, 48 bits virtual
CPU(s):                          2
On-line CPU(s) list:             0,1
```

```
Thread(s) per core:              2
Core(s) per socket:              1
Socket(s):                       1
NUMA node(s):                    1
Vendor ID:                       GenuineIntel
CPU family:                      6
Model:                           85
Model name:                      Intel(R) Xeon(R) CPU @ 2.80GHz
Stepping:                        7
CPU MHz:                         2800.328
BogoMIPS:                        5600.65
Hypervisor vendor:               KVM
Virtualization type:             full
L1d cache:                       32 KiB
L1i cache:                       32 KiB
L2 cache:                        1 MiB
L3 cache:                        33 MiB
NUMA node0 CPU(s):               0,1
Vulnerability Gather data sampling: Not affected
Vulnerability Itlb multihit:     Not affected
Vulnerability L1tf:              Not affected
Vulnerability Mds:               Not affected
Vulnerability Meltdown:          Not affected
Vulnerability Mmio stale data:   Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Vulnerability Reg file data sampling: Not affected
Vulnerability Retbleed:          Mitigation; Enhanced IBRS
Vulnerability Spec rstack overflow: Not affected
Vulnerability Spec store bypass: Mitigation; Speculative Store Bypass disabled via prctl
Vulnerability Spectre v1:        Mitigation; usercopy/swapgs barriers and __user pointer sanitization
Vulnerability Spectre v2:        Mitigation; Enhanced / Automatic IBRS; IBPB conditional; RSB filling; PBRSB-eIBRS SW sequence; BHI SW loop, KVM SW
Vulnerability Srbds:             Not affected
Vulnerability Tsx async abort:   Vulnerable: Clear CPU buffers attempted, no microcode; SMT Host state unknown
Flags:                           fpu vme de pse tsc msr pae mce cx8 apic sep mtrr pge mca cmov pat pse36 clflush mmx fxsr sse sse2 ss ht syscall nx
########## DISKS DETAILS ##########
BLKDT $ sudo lsblk
NAME    MAJ:MIN RM  SIZE RO TYPE MOUNTPOINT
sda       8:0    0  100G  0 disk
|-sda1    8:1    0 95.8G  0 part /etc/resolv.conf
|-sda2    8:2    0   16M  0 part
|-sda3    8:3    0    2G  0 part
|-sda4    8:4    0   16M  0 part
|-sda5    8:5    0    2G  0 part
|-sda6    8:6    0  512B  0 part
|-sda7    8:7    0  512B  0 part
|-sda8    8:8    0   16M  0 part
|-sda9    8:9    0  512B  0 part
|-sda10   8:10   0  512B  0 part
|-sda11   8:11   0    8M  0 part
`-sda12   8:12   0   32M  0 part
sdb       8:16   0   10G  0 disk
HDDDT $ sudo df
Filesystem     1K-blocks     Used Available Use% Mounted on
overlay         98831908 13789852  85025672  14% /
tmpfs              65536        0     65536   0% /dev
tmpfs            8191668        0   8191668   0% /sys/fs/cgroup
/dev/sda1       98831908 13789852  85025672  14% /etc/hosts
shm                65536        0     65536   0% /dev/shm
tmpfs            1572864       12   1572852   1% /run/secrets/kubernetes.io/serviceaccount
tmpfs            8191668        0   8191668   0% /proc/acpi
tmpfs            8191668        0   8191668   0% /proc/scsi
tmpfs            8191668        0   8191668   0% /sys/firmware
########## NETWORK DETAILS ##########
NETWO $ sudo lshw -C network
  *-network
       description: Ethernet controller
       product: Virtio network device
       vendor: Red Hat, Inc.
       physical id: 4
       bus info: pci@0000:00:04.0
       version: 00
       width: 32 bits
       clock: 33MHz
       capabilities: bus_master cap_list
       configuration: driver=virtio-pci latency=0
       resources: irq:10 ioport:c000(size=64) memory:c0000000-c000007f
     *-virtio1 UNCLAIMED
          description: Virtual I/O device
          physical id: 0
```

```
              bus info: virtio@1
              configuration: driver=virtio_net
     *-network
          description: Ethernet interface
          physical id: 1
          logical name: eth0
          serial: fe:f6:0e:f4:51:96
          size: 10Gbit/s
          capabilities: ethernet physical
          configuration: autonegotiation=off broadcast=yes driver=veth driverversion=1.0 duplex=full ip=172.24.2.9 link=yes multicast=yes port=twisted pair
IFCON $ sudo ifconfig -a
eth0: flags=4163<UP,BROADCAST,RUNNING,MULTICAST>  mtu 1460
        inet 172.24.2.9  netmask 255.255.255.0  broadcast 172.24.2.255
        ether fe:f6:0e:f4:51:96  txqueuelen 0  (Ethernet)
        RX packets 286682  bytes 143507063 (136.8 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 317552  bytes 69005853 (65.8 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
lo: flags=73<UP,LOOPBACK,RUNNING>  mtu 65536
        inet 127.0.0.1  netmask 255.0.0.0
        loop  txqueuelen 1000  (Local Loopback)
        RX packets 9228  bytes 44386500 (42.3 MiB)
        RX errors 0  dropped 0  overruns 0  frame 0
        TX packets 9228  bytes 44386500 (42.3 MiB)
        TX errors 0  dropped 0 overruns 0  carrier 0  collisions 0
NETST $ sudo netstat -r
Kernel IP routing table
Destination     Gateway         Genmask         Flags   MSS Window  irtt Iface
default         172.24.2.1      0.0.0.0         UG      0 0            0 eth0
172.24.2.0      172.24.2.1      255.255.255.0   UG      0 0            0 eth0
172.24.2.1      0.0.0.0         255.255.255.255 UH      0 0            0 eth0
HOSTS $ sudo cat /etc/hosts
# Kubernetes-managed hosts file.
127.0.0.1       localhost
::1     localhost ip6-localhost ip6-loopback
fe00::0 ip6-localnet
fe00::0 ip6-mcastprefix
fe00::1 ip6-allnodes
fe00::2 ip6-allrouters
172.24.2.9      wf-core-wrk-prod-68c5ddd46f-kqqwm
MYIPV $ dig +short myip.opendns.com @resolver1.opendns.com
34.22.242.212
DIGDT $ dig a google.com
; <<>> DiG 9.16.50-Debian <<>> a google.com
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 62055
;; flags: qr rd ra; QUERY: 1, ANSWER: 6, AUTHORITY: 0, ADDITIONAL: 1
;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 512
;; QUESTION SECTION:
;google.com.                    IN      A
;; ANSWER SECTION:
google.com.             30      IN      A       74.125.206.100
google.com.             30      IN      A       74.125.206.139
google.com.             30      IN      A       74.125.206.101
google.com.             30      IN      A       74.125.206.102
google.com.             30      IN      A       74.125.206.113
google.com.             30      IN      A       74.125.206.138
;; Query time: 2 msec
;; SERVER: 172.28.0.10#53(172.28.0.10)
;; WHEN: Sun Jun 01 17:44:57 UTC 2025
;; MSG SIZE  rcvd: 135
PINGV $ ping -c 5 google.com
PING google.com (74.125.206.100) 56(84) bytes of data.
64 bytes from wk-in-f100.1e100.net (74.125.206.100): icmp_seq=1 ttl=114 time=1.77 ms
64 bytes from wk-in-f100.1e100.net (74.125.206.100): icmp_seq=2 ttl=114 time=0.324 ms
64 bytes from wk-in-f100.1e100.net (74.125.206.100): icmp_seq=3 ttl=114 time=0.388 ms
64 bytes from wk-in-f100.1e100.net (74.125.206.100): icmp_seq=4 ttl=114 time=0.315 ms
64 bytes from wk-in-f100.1e100.net (74.125.206.100): icmp_seq=5 ttl=114 time=0.303 ms
--- google.com ping statistics ---
5 packets transmitted, 5 received, 0% packet loss, time 4004ms
rtt min/avg/max/mdev = 0.303/0.619/1.769/0.575 ms
########## OS DETAILS ##########
UNAME $ sudo uname -a
Linux wf-core-wrk-prod-68c5ddd46f-kqqwm 6.6.72+ #1 SMP PREEMPT_DYNAMIC Fri Apr 11 08:55:21 UTC 2025 x86_64 GNU/Linux
LSBRE $ sudo lsb_release -a
No LSB modules are available.
```

```
Distributor ID: Debian
Description:    Debian GNU/Linux 11 (bullseye)
Release:        11
Codename:       bullseye
########## PROCESS DETAILS ##########
PSAUX $ sudo ps -aux
USER         PID %CPU %MEM     VSZ    RSS TTY      STAT START   TIME COMMAND
root           1  0.0  0.0    2480   1536 ?        Ss   May31   0:00 /bin/sh -c Xvfb :99 -screen 0 1280x800x16 & node dist/src/index.js
root           8  0.0  0.2  747672  47724 ?        Sl   May31   0:00 Xvfb :99 -screen 0 1280x800x16
root           9  0.0  2.6 101119476 436196 ?      Sl   May31   2:04 node dist/src/index.js
root         424  0.0  0.0   74496   4088 ?        Ss   May31   0:04 ntpd
root        3139  2.3  0.8  352112 133016 ?        Sl   17:44   0:00 tshark -i eth0 -w /tmp/tmp-9-gRvVzkcLP205/acquisition.pcap -f not port 3389
root        3159  0.1  0.0   17372   8576 ?        S    17:44   0:00 /usr/bin/dumpcap -n -i eth0 -f not port 3389 -Z none -w /tmp/tmp-9-gRvVzkcLP205/acquis
root        3160  0.1  0.0    3896   3072 ?        S    17:44   0:00 /bin/bash /app/dist/start.sh
root        3525  0.0  0.0    8252   4736 ?        S    17:45   0:00 sudo ps -aux
root        3526  0.0  0.0    6992   3072 ?        R    17:45   0:00 ps -aux
########## TIME DETAILS ##########
DATEV $ date
Sun Jun  1 17:45:01 UTC 2025
NTPQ1 $ sudo ntpq -c rv
associd=0 status=0615 leap_none, sync_ntp, 1 event, clock_sync,
version="ntpd 4.2.8p15@1.3728-o Wed Sep 23 11:46:38 UTC 2020 (1)",
processor="x86_64", system="Linux/6.6.72+", leap=00, stratum=3,
precision=-24, rootdelay=6.635, rootdisp=8.916, refid=45.87.77.15,
reftime=ebe70e93.8b143cc0  Sun, Jun  1 2025 17:38:27.543,
clock=ebe7101e.49e2eb4b  Sun, Jun  1 2025 17:45:02.288, peer=54265, tc=6,
mintc=3, offset=-1.113272, frequency=+0.000, sys_jitter=0.285309,
clk_jitter=0.068, clk_wander=0.000, tai=37, leapsec=201701010000,
expire=202512280000
NTPQ2 $ sudo ntpq -pn
     remote           refid      st t when poll reach   delay   offset  jitter
==============================================================================
 0.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 1.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 2.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
 3.debian.pool.n .POOL.          16 p    -   64    0   0.000   +0.000   0.000
*45.87.77.15    109.68.160.223   2 u   66   64  377   6.025   -1.069   0.292
+45.87.76.3     244.220.219.218  2 u   30   64  377   6.029   -0.865   0.151
-195.13.1.153   10.0.0.5         2 u  129  128  377  10.886   +0.833   0.413
+45.87.78.35    244.220.219.218  2 u   59   64  377   5.159   -1.297   0.059
-44.31.68.23    .GPS.            1 u   30  128  377  28.932   -4.133   1.520
-193.190.253.214 185.111.204.221 2 u  101  128  377   3.382   +0.422   0.380
```

## 7. Log file of the packet sniffer

The log file of tshark packet sniffer - an open-source library designed to analyse the Internet protocols and their generated traffic - shows the number of packets that have been acquired and the ones that have been discarded due to network issues. This information can be verified by accessing and analysing the PCAP file available inside the ZIP file that contains the digital evidence.

```
Running as user "root" and group "root". This could be dangerous.
Capturing on 'eth0'
2666 packets captured
```

## 8. Kopjra

Kopjra Srl is a cyber intelligence company specialized in online investigations, OSINT (Open Source Intelligence) and network forensics, ISO/IEC 27001:2013 and ISO/IEC 27037:2017 certified.

The company assists high-profile Italian and international clients in online intellectual and industrial property protection activities, also serving as CTP (Technical Consultant of the Party) in multiple proceedings against big tech, social networks and technology platforms.

Founding partners Tommaso Grotto and Eng. Emanuele Casadio are editors and authors of numerous publications, in particular the volume The digital evidence ('La prova digitale', Giuffrè Francis Lefebvre, 2020). They are also adjunct professors at the University of Genoa at STELMILIT (School of Telecommunications of the Italian Armed Forces), the University of Milan and the University of Padua. Eng. Emanuele Casadio, in 2020, joined the Selected Reserve pool of the Italian Carabinieri Force.

Web Forensics and Web Forensics Instant technology solutions are covered by trade secret and the latter also by the patent *Process and system for automatic forensic acquisition of web page content* granted in Italy in 2024 and in the United States in 2025.

This document is issued for the uses permitted by Law.

Bologna,

On behalf of Kopjra Srl

