# EXHIBIT "AU"

# FORENSIC DIGEST OF HASH-VERIFIED DIGITAL EVIDENCE

Prepared in accordance with Federal Rules of Evidence 902(13) and 902(14)

**Prepared by:** Hiran Rodriguez
Email Address: hiran.rodriguez.prose@mailfence.com
Source: iPhone 13 full encrypted iTunes backup (accessed via iMazing on Windows 11)
Hashing Tool: Python 3.10+ hashlib (SHA256, SHA1, MD5)

## 001. File: HTTP Catcher.imazingapp
Acquisition Date: 2025-06-05T22:24:07.094161
MD5: c5954b448889c8920d0d274771aff6bf
SHA1: dcc5c66f1f6212ccb72a4822aeb87cfb55726e1c
SHA256:
ed221c9dccb45b22150c53a58c3d28211f7752c29606216b4365e5484c646c84

## 002. File: Premium.imazingapp
Acquisition Date: 2025-06-05T22:24:06.658026
MD5: 40bd46d07131ef44fff1f4f40423f48b
SHA1: 77d933f62a8331d35861fe2c540c6712d59673fa
SHA256:
fe4835c02ba947887ccd573962126840012ba7b12d81c7cfab750d735103e55e

## 003. File: Tracker Protection.imazingapp
Acquisition Date: 2025-06-05T22:24:06.607263
MD5: a9c16702bc298d71fd1e14cc52d586db
SHA1: 1d1954a9bed2f0cf7cb453b3724fe90e03034c8f
SHA256:
1cb30687c0d92823981505455187a47c70a7abe05ee0ad82b99ca8b08c0b94ae

## 004. File: Traffic Capture.imazingapp
Acquisition Date: 2025-06-05T22:24:06.953328
MD5: c156cf895c1350ddfecd67bcf371570f

SHA1: 6f1d2bb5ea6a07899fcd4dc588d0a52713465b53

SHA256:
2592281b6879b2b5797168e007b7f807203a9abe02747a0fa4f3c4a102e45ae3

**005. File: DNT.imazingapp**

Acquisition Date: 2025-06-05T22:24:06.622492

MD5: c5ed70d400b648888a6a7fe42195f944

SHA1: c923e73cf0594cf3e459cd20344293146cda8ca3

SHA256:
f654076412e40834c990c6b55969eb58054fb245ead202f1b769ec89e5f9eccc

## Chain of Custody Summary

• Files were acquired from an encrypted iTunes backup of an iPhone 13.
• Backup was created using Windows 11 (Acer Aspire), password-protected.
• Extraction performed using iMazing for Windows to access app containers and system data.
• Hashes were generated using hashlib in Python 3.10+ for forensic integrity.
• Files were uploaded securely and hashed within the evidence preparation sandbox environment.

## Federal Rules of Evidence Compliance

• Rule 902(13): Self-authentication of records generated by electronic processes or systems.
• Rule 902(14): Self-authentication of data from electronic devices if verified by hash.
• This report complies with both standards, confirming authenticity and digital chain of custody.
• Document prepared and executed by Hiran Rodriguez as declarant and custodian of record.

## Declaration Under Penalty of Perjury

I, Hiran Rodriguez, hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the contents of this forensic digest are true and correct to the best of my knowledge, that I am the custodian of the files and hash records described herein, and that the data was acquired, preserved, and reported in accordance with the Federal Rules of Evidence. This certification applies to all hash-verified records and documentation included in this report, which were derived from an encrypted iTunes backup of my personal iPhone 13, extracted using iMazing software on a Windows 11 device. Executed on June 5, 2025 at 05:43 PM CDT.

s/ Hiran Rodriguez

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT A

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana  ⊛

| | |
|---|---|
| HIRAN RODRIGUEZ | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  2:25-cv-00197-JCZ-DPC |
| META PLATFORMS, INC., ET AL | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:       LCMC HEALTHCARE PARTNERS, LLC
_____

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE EXHIBIT A — EXHIBIT RIDER ATTACHED

| Place:  820 Grove Ave, Metairie, LA, 70003-7024 | Date and Time: |
|---|---|
| | June 3, 2025, 10:00 AM CDT |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    May 19, 2025
_____

CLERK OF COURT

                                                OR

_____          *Hiran Rodriguez*
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Hiran Rodriguez
Address: 820 Grove Ave, Metairie, LA, 70003-7024.                                , who issues or requests this subpoena, are:
E-mail address: hiranrodriguez@outlook.com
Telephone Number: (504) 203-8459

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**
>LCMC Healthcare Partners, LLC
>Legal Affairs / Records Compliance
>200 Henry Clay Ave, New Orleans, LA 70118

**Place of Production:**
>820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**
>June 3, 2025

**Documents or Items to be Produced:**
>SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena seeks operational, dispatch, and surveillance metadata from LCMC Healthcare Partners, LLC concerning Unit 156 and any emergency medical or transport vehicles operated near 820 Grove Avenue, Metairie, LA, during the timeframe relevant to active federal litigation. These requests are issued under Fed. R. Civ. P. 45 and Rule 37(e), and build upon the public records demand filed with the Louisiana Department of Justice on May 9, 2025.

## 1. Vehicle Identification and Operational Records:
• Confirm whether LCMC Unit 156 or any affiliated emergency vehicle was deployed, parked, or routed near 820 Grove Ave, Metairie, LA between January 1, 2025 and May 17, 2025.
• Provide vehicle logs, dispatch timestamps, GPS tracks, radio/EMT logs, and operator rosters.

## 2. Surveillance or Onboard Camera Footage:
• Produce all camera footage (dashcam or internal/external surveillance) recorded during such deployments or stationary positions.
• Confirm any offload or third-party retention of such footage, or overwrite/deletion policies in effect.

## 3. Policy or Directive References:
• All written policies, contracts, or training documents that govern Unit 156's operation or response authority in residential zones or non-dispatch circumstances.

## 4. Cost Allocation and Preservation Duty:
LCMC is requested to bear the reasonable cost of production unless undue burden is shown. This demand is issued pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b), and Rule 37(e), as this information pertains to surveillance, constitutional privacy violations, and obstruction of court access.
LCMC is placed on notice of its continuing obligation to preserve all responsive evidence pending federal appeal and Rule 60 proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |
| DEFENDANT | TYPE OF PROCESS |
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | LCMC HEALTHCARE PARTNERS, LLC |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1100 POYDRAS ST SUITE 2500 NEW ORLEANS, LA 70163 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 27 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Hiran Rodriguez* | | 504-203-8459 | 04/04/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 34 | No 34 | *That Wha* | 4-7-25 |

I hereby certify and return that I ☒ have personally served ☐ have legal evidence of service ☐ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| *Jerri Rayes Jerri Lynn Rayes* | 5/6/25 | 12:45 | ☐ am ☒ pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03-21

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT B

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

    Apple Inc.
    One Apple Park Way, Cupertino, CA 95014
    legal@apple.com | subpoenas@apple.com

**Place of Production:**

    820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

    May 31, 2025

**Documents or Items to be Produced:**

    SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

The following documents and electronically stored information are requested from Apple Inc., a dismissed defendant currently under appeal in the above-captioned matter. This subpoena is issued pursuant to Fed. R. Civ. P. 45, and is related to evidence subject to Rule 60(d)(3), Rule 37(e), and Plaintiff's constitutional access-to-court rights.

## 1. RTC Reporting Log File:
Filename: RTCReporting_messageLog_2025-05-16-04-55-30
Created: May 16, 2025 at 4:55 AM I Modified: May 16, 2025 I Opened: May 17, 2025
This file appears zero KB; please produce full logging context, intent, and metadata history.

## 2. Device and Diagnostic Metadata (related to iPhone 13):
Serial Number: LV6CG42W4C
Device UUID: 00008110-0019046E2686601E
IMEI: 359379960968647
iOS Version: 18.3.1 (22D72)
Device Class: iPhone14,5 (A2482)

## 3. AppDomainGroup and Entitlement Logs:
AppDomainGroup-243LU875E5.groups.com.apple.podcasts
AppDomainGroup-group.6HB5Y2QTA3.com.psdr.services
AppDomainGroup-group.com.estmob.paprika
Include access times, permissions granted, and internal session routing

## 4. Internal Diagnostic and Telemetry Records:
Any records generated by AWDDiagnosticExtension or AVConference logs
Logs of background telemetry, RTC stream handling, or microphone/camera activation

## 5. Security and Privacy Settings Metadata:
Any logs regarding 'Limit IP Tracking', 'Private Wi-Fi Address', or session relay toggling

## 6. Facebook App and Extension Telemetry from System Logs:
Timestamps of activity on 2024-04-17 23:49:25 (multiple events)
Bundle IDs: com.facebook.Facebook, .NotificationsWidgetExtension, .FBLockscreenWidgetExtension
Request cellular block logs, restriction toggles, and app background activity telemetry

## 7. App Installation and Usage Metadata:
Complete install logs, usage metrics, and app removal data between April 2024 to present

## 8. Session/User ID Artifacts:
Recovered from sandboxed app paths via encrypted backup. Request decoding schema and linkage to any .plist or NSUserDefaults-based logs held by the OS

## 9. IGDataUserDefaultsStorage SDK Artifact (Instagram):
Request internal Apple documentation and OS-level behavior regarding the decoding of IG SDK .plist archives and NSKeyedArchiver files

## 10. UUID Memory Mapping and Shared Object Disclosure:

UUID: referenced across: AccessibilityUIServer, accountsd, accessoryd, activityawardsd, adprivacyd, airplayd, akd, Acrobat
Request identification of the object, system framework, or shared component associated with this UUID and whether it's shared with internal Apple daemons or SDK-based third-party apps

**11. Cost Allocation and Preservation Duty:**
Plaintiff requests that Apple Inc. bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to matters of constitutional harm, surveillance, and obstruction of court access currently on appeal. Apple is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT C

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

Meta Platforms, Inc.
1601 Willow Road, Menlo Park, CA 94025
or C T Corporation System, 330 N. Brand Blvd., Ste. 700, Glendale, CA 91203

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

The following documents and electronically stored information are requested from Meta Platforms, Inc. under Fed. R. Civ. P. 45 and Rule 37(e), in connection with federal litigation and an ongoing constitutional appeal.

## 1. Subject Account and Session Metadata:
• Instagram Account ID: 49033100437
• Instagram Username: rodriguezhiran1
• Facebook Account ID: 100000241034887
• Session Identifier (Thread ID): 17843630411636438
• Session Dates: April 15 – April 30, 2025
• Stream Component: IGDirectPrivVideoIngress123
• Encryption Framework: ig_advanced_crypto_transport

## 2. Stream Content and Transmission Logs:
• All audio/video data, thumbnails, or residual content associated with the session
• Session tokens, privilege keys, encryption headers, and viewer traces

## 3. Access and Surveillance Metadata:
• IP addresses, device UUIDs, and timestamps associated with stream initiation
• Logs of any internal Meta employee or system access to this stream
• Viewer lists, stream replays, or hidden access via LiveOps or shadow dashboard

## 4. Infrastructure Routing and CDN Logs:
• Server routing nodes, CDN trace paths, and data center origins (e.g., Menlo Park)
• Routing logs tied to domains such as shortwave.instagram.com and fbcdn.net

## 5. Cross-Linked Identifier Records:
• All connections, messages, or interactions between Account ID 49033100437 and User ID 36315236977872764
• Any machine-processed linkage across Instagram, Facebook, WhatsApp, or Oculus UIDs

## 6. SDK-Level and AdvancedCrypto Framework Logs:
• All session traces, SDK hooks, telemetry layers, and intercepted traffic captured via Meta's SDK
• Logs showing IGDirectPrivVideoIngress123 or AdvancedCrypto triggering, tunneling, or fallback behaviors

## 7. Cost Allocation and Preservation Duty:
Plaintiff requests that Meta bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to matters of surveillance, SDK abuse, and due process obstruction now before the Fifth Circuit.
Meta is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT D

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

East Jefferson Emergency Support Services
Records or Legal Compliance Office
4200 Houma Blvd, Metairie, LA 70006

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

June 3, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena seeks dispatch and incident response records from East Jefferson Emergency Support Services (EJESS) concerning any activity by emergency vehicles or personnel near 820 Grove Avenue, Metairie, LA, between January 1, 2025 and May 17, 2025. The records sought are essential to Plaintiff's ongoing federal litigation and appeal involving privacy violations, audio harassment, and civil rights obstruction. This demand builds on a Louisiana DOJ public records request dated May 9, 2025.

**1. Deployment and Dispatch Logs:**
• Identify all EJESS or affiliate units that operated near Plaintiff's address during the timeframe above.
• Include full logs of deployments, radio callouts, EMT or vehicle identifiers, and timestamps.

**2. Video or Surveillance Footage:**
• Produce any available dashcam footage, vehicle exterior recordings, or crew-captured images of the area.
• Include retention policies or overwriting timelines applicable to any non-produced footage.

**3. Policies and Authority for Presence:**
• Provide any procedural or policy documents authorizing presence in residential areas without public medical necessity or call origin.

**4. Cost Allocation and Preservation Duty:**
EJESS is requested to bear the cost of reasonable production unless proven unduly burdensome under Rule 45(d)(2)(B)(ii).
All responsive records must be preserved under Rule 37(e) and pending federal appellate review.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT E

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

> Jefferson Parish Sheriff's Office
> Legal Division / Records Department
> 1233 Westbank Expressway, Building B, Harvey, LA 70058

**Place of Production:**

> 820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

> June 3, 2025

**Documents or Items to be Produced:**

> SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena seeks law enforcement video and response data held by the Jefferson Parish Sheriff's Office (JPSO) concerning any patrol, traffic, or officer activity in the vicinity of 820 Grove Avenue, Metairie, LA, from May 1, 2025 to May 17, 2025. These records are relevant to pending federal litigation involving unauthorized surveillance, harassment, and constitutional privacy violations. This request supplements prior public records demands and is issued under Fed. R. Civ. P. 45 and Rule 37(e).

**1. Dashcam or Patrol Car Footage:**
• All in-vehicle dashcam recordings from units operating within a 1-mile radius of 820 Grove Avenue between May 1–17, 2025.
• Include metadata such as timestamps, unit IDs, location triggers, and officer assignments.

**2. Body Camera Footage:**
• Any body-worn video recorded by deputies or officers during activity in or near the subject address.

**3. Dispatch, Call Logs, and Location Triggers:**
• Provide CAD logs, dispatcher records, officer callouts, or geofencing activity logs associated with the address.

**4. Retention Policy and Camera Configuration:**
• Describe the data retention policy applicable to dashcam/bodycam recordings and any overwrite schedules or deletion criteria.

**5. Cost Allocation and Preservation Duty:**
JPSO is requested to bear the cost of reasonable production unless proven unduly burdensome. This subpoena is issued pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b), and Rule 37(e).
JPSO is hereby placed on notice of its continuing obligation to preserve all responsive video and log data until the conclusion of pending federal proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT M

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT F

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

AT&T Corp. (or AT&T Enterprises LLC)
208 S. Akard St., Dallas, TX 75202
subpoenas@att.com | legalnotices@att.com

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena demands disclosure of broadband network records and subscriber metadata from AT&T;'s fiber/residential service, tied to the Plaintiff's home Wi-Fi network. These records are essential for identifying unauthorized stream access, SDK transmission, and content routing involving Meta infrastructure from Plaintiff's residential AT&T; fiber connection. Requests are made pursuant to Fed. R. Civ. P. 45 and Rule 37(e).

## 1. Subscriber Fiber Service Metadata:
Wi-Fi SSID: ATTmCKcbFg
Router Gateway: 192.168.1.254
Internal IP Address: 192.168.1.117
IPv6 Addresses:
• 2600:1702:1280:a630:1442:2e99:33e3:806f
• 2600:1702:1280:a630:2c80:a4b:7b33:10cd
• 2600:1702:1280:a630::49
Request full DHCP lease history, NAT tables, device mapping, router logs, and DNS lookup history for this subscriber connection between April 15–30, 2025.

## 2. Stream Transmission and Content Delivery Metadata:
Disclose full session logs and routing telemetry for any connections made to:
Push.apple.com, app-analytics-services.com, b.i.instagram.com, cdn-v4.amp-endpoint3.com, cdn.fbsbx.com, chat-e2ee.facebook.com, developers.facebook.com, graph.instagram.com, i.instagram.com, instagram.fcuz1-1.fna.fbcdn.net, lookaside.facebook.com, msh.amazon.com, ngx-v6.amp-endpoint2.com, push.apple.com, rupload.facebook.com, scontent-atl3-1.cdninstagram.com, scontent-atl3-2.cdninstagram.com, scontent-atl3-3.cdninstagram.com, scontent-hou1-1.cdninstagram.com, scontent.cdninstagram.com, scontent.xx.fbcdn.net, shortwave.instagram.com, video-hou1-1.xx.fbcdn.net, web.facebook.com, www.apple.com, www.facebook.com, www.google.com, www.instagram.com, z-m-cdn.fbsbx.com, z-m-lookaside.facebook.com, z-p3-lookaside.facebook.com, z-p3-rupload.facebook.com, z-p3.www.instagram.com, z-p4-lookaside.facebook.com, z-p4-rupload.facebook.com, z-p4.graph.instagram.com, z-p4.i.instagram.com, z-p4.www.instagram.com, z-p42-chat-e2ee-ig-fallback.facebook.com
Include packet volume, headers, timestamps, and protocol types (WebRTC, QUIC, HTTP/2).

## 3. SDK-Based Traffic from App-Connected Devices:
Identify all traffic sourced from Plaintiff's network and routed to Meta, Branch Metrics, or analytics-based SDK services (April 15–30, 2025).
Specify which endpoints, IP ranges, or backend services received transmissions.

## 4. Surveillance or Government Inquiry Logs:
Disclose whether AT&T; Fiber received any surveillance, data preservation, or legal process requests for Plaintiff's residential account or IP ranges during the period stated.

## 5. Cost Allocation and Preservation Duty:
Plaintiff requests that AT&T; bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to matters of constitutional harm, surveillance, and obstruction of court access currently on appeal.

AT&T; is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 25-30279

USDC No. 2:25-CV-197

# EXHIBIT J

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

New Orleans Public Belt Railroad / Port of New Orleans
Legal Department / Public Records Compliance
1350 Port of New Orleans Place, New Orleans, LA 70130

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena demands disclosure of records from the New Orleans Public Belt Railroad (NOPB) and Port of New Orleans regarding operations at or near May's Yard, Jefferson Parish, Louisiana. This includes public and non-public activities, surveillance awareness, and operational involvement relating to Plaintiff's documented evidence of repeated audio disturbances and civil harassment. Requests are made under Fed. R. Civ. P. 45 and Rule 37(e).

**1. Train Activity Logs and Crew Movements (January 1, 2023 – Present):**
• Identify all NOPB, CN, Illinois Central, or contractor trains dispatched through or stationed in Jefferson Parish during this period.
• Include GPS logs, dispatch orders, horn records, crew names or contractor IDs, and unit assignments near 820 Grove Ave, Metairie, LA.

**2. Lease, Access, or Shared Yard Agreements:**
• Provide full copies of any operational, storage, lease, or service agreements involving May's Yard between NOPB and CN/Illinois Central.
• Identify all operators, engineers, and companies authorized to operate under those agreements.

**3. Internal and External Communications:**
• Emails, texts, dispatch notes, incident logs, or public complaints mentioning 820 Grove Ave, May's Yard, horn activity, or community disturbances.
• Any investigative responses or acknowledgments between NOPB, Port NOLA, or their affiliates.

**4. Correction and Disclosure of Denial:**
• Provide internal records relating to your public records denial of May 6, 2025, including any staff deliberations, routing, or review of Plaintiff's FOIA.

**5. Cost Allocation and Preservation Duty:**
NOPB and Port of New Orleans are requested to bear reasonable compliance costs unless undue burden is shown. This subpoena is served under Rule 45(d)(2)(B)(ii), Rule 26, and Rule 37(e). NOPB is hereby placed on formal notice to preserve all responsive records and surveillance logs pending federal litigation and appellate review.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT G

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

Illinois Central Railroad Company (a CN subsidiary)
17641 S. Ashland Ave, Homewood, IL 60430
c/o Registered Agent: Corporation Service Company
450 Laurel Street, 8th Floor, Baton Rouge, LA 70801

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena demands disclosure of operational, dispatch, and crew identification records from Illinois Central Railroad Company, a subsidiary of Canadian National Railway (CN). The records relate to persistent unauthorized horn activity and operational interference occurring near May's Yard in Jefferson Parish, Louisiana. The evidence includes timestamped video and audio recordings identifying repeated nighttime disturbances from trains suspected to be under CN/Illinois Central authority.

**1. Train Activity Logs (August 1, 2024 – Present):**
• All CN or Illinois Central train movements routed through Jefferson Parish, Louisiana.
• Crew names, contractor affiliations, dispatcher assignments, timestamps, and engine IDs operating near 820 Grove Avenue, Metairie, LA.

**2. Lease and Access Agreements for May's Yard:**
• Full disclosure of lease, joint-use, dispatch, or yard operation agreements with NOPB or any third-party operators involving May's Yard.
• Documents identifying parties authorized to operate, dispatch, or idle locomotives near Plaintiff's residence.

**3. Horn Use Policies and Audio Protocols:**
• Any internal or regulatory policy governing horn use near residential zones, particularly during nighttime hours or low-visibility periods.
• Safety, hazard, or discretion policies that would explain prolonged horn usage within 1-mile of 820 Grove Avenue.

**4. Incident and Complaint Records:**
• All internal records or communications referencing noise complaints, community reports, or recorded disturbances from the vicinity of May's Yard.

**5. Cost Allocation and Preservation Duty:**
Illinois Central is requested to bear reasonable production costs unless deemed unduly burdensome. This demand is made under Rule 45(d)(2)(B)(ii), Rule 26(b), and Rule 37(e).
Illinois Central is hereby placed on formal notice to preserve all responsive records and routing logs pending federal litigation and appellate review.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT H

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**
    T-Mobile USA, Inc.
    Legal Compliance Department
    4 Sylvan Way, Parsippany, NJ 07054
    legal.intake@t-mobile.com

**Place of Production:**
    820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**
    May 31, 2025

**Documents or Items to be Produced:**
    SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena requests subscriber records, cellular network logs, surveillance triggers, and transmission metadata related to Plaintiff's mobile device and mobile line, pursuant to Fed. R. Civ. P. 45, Rule 37(e), and Plaintiff's constitutional access-to-court rights. These records are critical to tracing SDK-linked transmissions and unauthorized access to audio/video sessions occurring on or about April 15–30, 2025.

## 1. Subscriber Information:
· Phone Number: +1 (504) 203-8459
· IMEI: 359379960968647
· Device UUID: 00008110-0019046E2686601E
· Model: iPhone 13 (Model A2482)
· SIM/ESIM registration logs, device pairings, and activation records

## 2. Cellular Session and Network Logs (April 15–30, 2025):
· IPv4 and IPv6 assignments, DHCP leases, and NAT records
· Cell tower location logs, connection handoffs, and signal routing metadata
· Routing traces to Meta domains including shortwave.instagram.com and fbcdn.net

## 3. Transmission Metadata for SDK and Streaming Services:
· Identify any traffic linked to the following domains:
shortwave.instagram.com, graph.instagram.com, i.instagram.com, rupload.facebook.com,
z-p42-chat-e2ee-ig-fallback.facebook.com, push.apple.com, fbcdn.net
· Indicate volume, headers, timestamps, application labels, and routing destinations

## 4. Surveillance, Preservation, or Legal Process Requests:
· Disclose whether T-Mobile received any subpoenas, preservation requests, or legal directives targeting Plaintiff's mobile account, IP history, or device metadata between April 2024 and present

## 5. Cost Allocation and Preservation Duty:
Plaintiff requests that T-Mobile bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to surveillance, SDK routing, and denial of access-to-court rights on appeal.
T-Mobile is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT I

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC


**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

Apple Inc.
One Apple Park Way, Cupertino, CA 95014
legal@apple.com | subpoenas@apple.com

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A


Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

The following documents and electronically stored information are requested from Apple Inc., a dismissed defendant currently under appeal in the above-captioned matter. This subpoena is issued pursuant to Fed. R. Civ. P. 45, and is related to evidence subject to Rule 60(d)(3), Rule 37(e), and Plaintiff's constitutional access-to-court rights.

**1. RTC Reporting Log File:**
Filename: RTCReporting_messageLog_2025-05-16-04-55-30
Created: May 16, 2025 at 4:55 AM I Modified: May 16, 2025 I Opened: May 17, 2025
This file appears zero KB; please produce full logging context, intent, and metadata history.

**2. Device and Diagnostic Metadata (related to iPhone 13):**
Serial Number: LV6CG42W4C
Device UUID: 00008110-0019046E2686601E
IMEI: 359379960968647
iOS Version: 18.3.1 (22D72)
Device Class: iPhone14,5 (A2482)

**3. AppDomainGroup and Entitlement Logs:**
AppDomainGroup-243LU875E5.groups.com.apple.podcasts
AppDomainGroup-group.6HB5Y2QTA3.com.psdr.services
AppDomainGroup-group.com.estmob.paprika
Include access times, permissions granted, and internal session routing

**4. Internal Diagnostic and Telemetry Records:**
Any records generated by AWDDiagnosticExtension or AVConference logs
Logs of background telemetry, RTC stream handling, or microphone/camera activation

**5. Security and Privacy Settings Metadata:**
Any logs regarding 'Limit IP Tracking', 'Private Wi-Fi Address', or session relay toggling

**6. Facebook App and Extension Telemetry from System Logs:**
Timestamps of activity on 2024-04-17 23:49:25 (multiple events)
Bundle IDs: com.facebook.Facebook, .NotificationsWidgetExtension, .FBLockscreenWidgetExtension
Request cellular block logs, restriction toggles, and app background activity telemetry

**7. App Installation and Usage Metadata:**
Complete install logs, usage metrics, and app removal data between April 2024 to present

**8. Session/User ID Artifacts:**
Recovered from sandboxed app paths via encrypted backup. Request decoding schema and linkage to any .plist or NSUserDefaults-based logs held by the OS

**9. IGDataUserDefaultsStorage SDK Artifact (Instagram):**
Request internal Apple documentation and OS-level behavior regarding the decoding of IG SDK .plist archives and NSKeyedArchiver files

**10. UUID Memory Mapping and Shared Object Disclosure:**

UUID: referenced across: AccessibilityUIServer, accountsd, accessoryd, activityawardsd, adprivacyd, airplayd, akd, Acrobat

Request identification of the object, system framework, or shared component associated with this UUID and whether it's shared with internal Apple daemons or SDK-based third-party apps

**11. Cost Allocation and Preservation Duty:**

Plaintiff requests that Apple Inc. bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.

This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to matters of constitutional harm, surveillance, and obstruction of court access currently on appeal.

Apple is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:

Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003