# EXHIBIT "AZ"

7:04

< **Manage Access**

## Ongoing Evidence of Noise Harassment & Surveillance – March 2025

Hiran Rodriguez (You)
Owner

**Shared Link**
Anyone with the link can join the album or view it without signing in.    [ Remove ]

People who accessed the album with the link

C    ccisco89@gmail.com

KM    Keith Miller

LM    Lori Mince

MB    Matthew Bondi

QU    Quentin Urquhart

SS    Scott Sternberg