# EXHIBIT "WP"

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>HIRAN RODRIGUEZ | COURT CASE NUMBER<br>2:25-CV-00197 |
| DEFENDANT<br>META PLATFORMS, INC., ET AL | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LCMC HEALTHCARE PARTNERS, LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1100 POYDRAS ST SUITE 2500 NEW ORLEANS, LA 70163

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 27
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 504-203-8459
DATE: 04/04/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 34
District to Serve No. 34
Signature of Authorized USMS Deputy or Clerk
Date: 4-7-25

I hereby certify and return that I ☒ have personally served ☐ have legal evidence of service ☐ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Jerri Lynn Rayes
Date: 5/6/25   Time: 12:45 ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21