# EXHIBIT "WS"

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| META PLATFORMS, INC. | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE KANSAS CITY SOUTHERN RAILWAY COMPANY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
427 WEST 12TH STREET, KANSAS CITY, MO 64105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 27 |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

- FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
- PLAINTIFF REQUESTS THAT A COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND COMPLAINT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE AS EFFECTUATED.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: (504) 203-8459
DATE: 04/04/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 34 | No 45 | | 4-7-25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
*Noah Garcia - Attorney*

Address (complete only if different than shown above)
*[signature], Esq.*

Date: 4/9/25   Time: 1:00 ☒ pm
Signature of U S Marshal or Deputy: *[signature] DUSM*

Costs shown on *attached USMS Cost Sheet* >>

REMARKS:
1 deputy
1.8 miles

RECEIVED
By USMS WMO at 1:30 pm, Apr 07, 2025

w/MO

Form USM-285
Rev. 03/21