# EXHIBIT "WT"

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-197 A(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Kansas City Southern Railway Company
was received by me on *(date)* 4/7/25.

☒ personally served the summons on the individual at *(place)* 427 West 12th St., Kansas City
Noah Garcia – attorney on *(date)* 4/9/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/9/25

_____
Server's signature

Jason Roberts Dixon
Printed name and title

400 E. 9th St. Kansas City, MO
Server's address

Additional information regarding attempted service, etc: