# EXHIBIT "WV"

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-CV-00197 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| META PLATFORMS, INC., ET AL | SUMMONS AND COMPLAINT |

SERVE { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AT&T ENTERPRISES, LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
350 N. St. Paul St., Dallas, TX 75201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| HIRAN RODRIGUEZ<br>820 GROVE AVE, METAIRIE, LA, 70003-7024 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 27 |
| | Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
IF SERVICE IS UNSUCCESFUL, PLEASE ATTEMPT AT AN ALTERNATIVE TIME OR LEAVE NOTICE PER RULE 4.
FOR CORPORATE DEFENDANTS, SERVE THE REGISTERED AGENT.
PLAINTIFF REQUESTS THAT COMPLETED FORM USM-285 ALONG WITH A COPY OF THE EXECUTED SUMMONS AND
COMPLAINT BE RETURNED TO THE PLAINTIFF AS SOON AS SERVICE IS EFFECTUATED.

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 504-203-8459 | 04/03/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 34 | No 77 | | 4-7-25 |

I hereby certify and return that I ☐ have personally served ☐ have legal evidence of service ☐ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

| Name and title of individual served (if not shown above)<br>George Martinez | Date<br>4-17-25 | Time<br>1015 | ☑ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above)<br>CT Corp<br>1999 Bryan St. Sute 900<br>Dallas TX 75201 | Signature of U S Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev 03 21

NITX