# EXHIBIT "WW"

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-197 A(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __AT&T Enterprises__
was received by me on *(date)* __4/7/25__.

☑ I personally served the summons on the individual at *(place)* __CT Corp__
_____ on *(date)* __4/17/25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/17/25__

_____
Server's signature

__JOSEPH UGALDE DUSM__
Printed name and title

__1100 Commerce St Dallas, TX 75242__
Server's address

Additional information regarding attempted service, etc: