# EXHIBIT "WY"

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>HIRAN RODRIGUEZ | COURT CASE NUMBER<br>2:25-CV-00197 |
| DEFENDANT<br>META PLATFORMS, INC., ET AL | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  VERSHA SHERMA (Editor-in-Chief, Teen Vouge (Condé Nast)
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  80 STATE ST, ALBANY, NEW YORK 12207 10TH FLOOR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
HIRAN RODRIGUEZ
820 GROVE AVE
METAIRIE, LA, 70003-7024

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 27
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

If service is unsuccessful, please attempt at an alternative time or leave notice per Rule 4.
For corporate defendants, serve the registered agent.
Plaintiff requests that a competed Form USM-285 along with a copy of the executed summons and complaint be returned to the Plaintiff as soon as Service is effectuated. 80 State St, Albany, New York, 12207 10th Floor Monday-Friday 8:00AM 3:30PM

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: (504) 203-8459
DATE: 04-01-2025

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 52 | *Hector Maes* | 04/01/25 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Legal Representative of CSC
Date: 04/16/2025
Time: 1015 ☒ am ☐ pm
Signature of U.S Marshal or Deputy

Address (complete only different than shown above)

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21