# EXHIBIT "WZ"

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HIRAN RODRIGUEZ | 2:25-cv-00197-JCZ-DPC |
| DEFENDANT | TYPE OF PROCESS |
| Joseph S. Yenni Building 1221 Elmwood Park Blvd, Ste. 701 Jefferson, LA 70123 | SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JEFFERSON PARISH  C/O TONI HURLEY, PARISH ATTORNEY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Joseph S. Yenni Building 1221 Elmwood Park Blvd, Ste. 701 Jefferson, LA 70123

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
HIRAN RODRIGUEZ
820 GROVE AVE, METAIRIE, LA, 70003-7024.

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 27 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Personally hand the documents to Ms. Hurley, Parish Attorney. Politely inform her that she is being served on behalf of Jefferson Parish. Discretion – Do not discuss the case details with staff. Simply request Ms. Hurley's presence. If asked, you may state it's official business for Jefferson Parish that requires her attention. Obtain Information – If Ms. Hurley is out, gather information: Is she out for the day, on vacation, in a meeting, at the West Bank office, etc.? Politely explain that you are required to deliver the papers directly to Ms. Hurley (or an authorized agent) and cannot leave them otherwise.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
*Hiran Rodriguez*
TELEPHONE NUMBER: 5042038459
DATE: 03/09/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk | Date: 3-12-25 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Michael McNab
Date: 5/9/25   Time: 1039  [X] am  [ ] pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jefferson Parish
was received by me on *(date)* 5/9/25

☑ I personally served the summons on the individual at *(place)* 1221 Elmwood Park Blvd, Ste 701 Jefferson, La on *(date)* 5/9/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45.00 for travel and $ 11.20 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/9/25

_____
Server's signature

DVSM Adam Pailet
Printed name and title

500 Poydras St., Nola
Server's address

Additional information regarding attempted service, etc: