# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**HIRAN RODRIGUEZ,**

PLAINTIFF

V.

**META PLATFORMS, INC., *ET AL.***

DEFENDANTS

CIVIL ACTION NO. 2:25-cv-00197

SECTION A

JUDGE JAY C. ZAINEY

DIVISION 2

MAGISTRATE JUDGE

DONNA P. CURRAULT

JURY TRIAL DEMANDED

# MOTION TO SUPPLEMENT THE RECORD WITH EXHIBITS
# REFERENCED IN APPELLATE FILINGS

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 JUN 17 PM12 04
CAROL L. MICHEL, CLERK