

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAN RODRIGUEZ,** | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| **META PLATFORMS, INC.,** *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD

Plaintiff, Hiran Rodriguez, respectfully moves this Honorable Court to supplement the record with newly available evidence arising after dismissal but bearing directly on the constitutional and factual integrity of the proceedings now on appeal to the United States Court of Appeals for the Fifth Circuit, Case No. 25-30297, and also relevant to Plaintiff's pending Writ of Mandamus in Case No. 25-30279. In support thereof, Plaintiff states the following:

## I. Procedural Background

1. On May 22, 2025, this Court entered final judgment dismissing Plaintiff's claims with prejudice. [Rec. Docs. 223, 224].

2. Prior to that judgment, Plaintiff lodged digital and manual evidence with the Clerk, including surveillance videos, forensic data, and notices of harassment. [Rec. Docs. 207–213].

3. Plaintiff filed a Notice of Appeal on May 13, 2025 [Rec. Doc. 211], and the matter is now pending before the Fifth Circuit as Rodriguez v. Meta Platforms, Case No. 25-30297. A related Mandamus Petition, In re Hiran Rodriguez, No. 25-30279, was docketed the same week.

## II. New Evidence – Teladoc Health Record (Exhibit "P")

4. On June 2, 2025, Plaintiff received a medical consultation from Teladoc Health, following a highly disturbing incident on June 1, 2025, where a train operator conducted a prolonged horn blast outside Plaintiff's residence shortly after court activity.

2

5. This incident is part of a broader pattern of intimidation, surveillance, and psychological targeting connected to state actors and corporate defendants.

6. The Teladoc physician diagnosed Plaintiff with:

    • R00.2 – Palpitations

    • F43.0 – Acute Stress Reaction

7. The medical record explicitly acknowledges that the triggering event "felt intentional and targeted," documenting chest pressure, panic, fear, and trauma symptoms.

8. The provider recommended urgent cardiac evaluation and mental health follow-up, making this record highly material to:

    • the integrity of the judicial process,

    • the necessity of equitable relief, and

    • the factual basis for Plaintiff's retaliation, privacy, and surveillance claims.

---

## III. Relief Requested

9. Plaintiff respectfully moves the Court to:

    • Supplement the record with the attached Exhibit "P" (Teladoc Health Record dated June 2, 2025).

3

- Transmit the updated record to the Fifth Circuit for use in Case Nos. 25-30297 and 25-30279.

- Take judicial notice of the escalating retaliation post-dismissal in support of any pending or future motions for injunctive or protective relief.

---

## IV. Reservation of Rights & Jurisdictional Protest

Plaintiff reserves all rights secured under the Constitution for the United States of America, including but not limited to the First, Fourth, Fifth, Sixth, Seventh, and Fourteenth Amendments. No waiver of jurisdiction, consent, or joinder shall be implied from Plaintiff's participation under protest in a forum proceeding under color of law without Article III authority. This filing is not consent to unlawful surveillance, constructive joinder, nor federal preemption in the absence of legislative mandate.

---

## V. Conclusion

WHEREFORE, Plaintiff prays this Honorable Court to grant this motion forthwith and order the supplementation of the official record with Exhibit "P." This Court's acceptance and transmission of this critical new evidence is essential to preserve Plaintiff's constitutional claims, to uphold the due process and integrity of the ongoing appellate proceedings, and to forestall further harm inflicted by continued state and corporate retaliation.

Plaintiff respectfully demands the Court recognize the urgent necessity of this supplementation, reject any attempts to dismiss or undermine the validity of this evidence, and act decisively to safeguard Plaintiff's rights and preserve the evidentiary foundation for justice on appeal.

Plaintiff expressly reserves all rights to pursue any and all available remedies, including injunctive, mandamus, or other extraordinary relief, should this motion be denied or delayed.

Respectfully submitted,

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Pro Se Plaintiff

Date: June 4, 2025

## RESERVATION OF RIGHTS AND NON-CONSENT DECLARATION

Plaintiff expressly reserves all rights, remedies, and protections secured under the Constitution and laws of the United States, including but not limited to those under the First, Fourth, Fifth, Sixth, Seventh, and Fourteenth Amendments. No waiver of any such rights – either substantive or procedural – is intended or implied by the filing of this motion or any previous or future participation in this case. Plaintiff further declares that he does not consent to any proceedings, orders, or requirements that are contrary to or beyond the lawful authority of the Court or that violate his constitutional rights. By submitting this motion, Plaintiff does not consent to the jurisdiction of any magistrate judge on any dispositive matter, and he reserves the right to challenge ex post facto any act which exceeds the Court's jurisdiction or contravenes due process. All objections and exceptions are preserved to the fullest extent of the law.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Supplement the Record was served upon all counsel of record on this 4th day of June, 2025. In light of the Court's filing restrictions (Rec. Docs. 186 and 188), which currently prevent electronic filing by the undersigned, service was effectuated via electronic mail to counsel and staff grouped by law firm as listed below. This includes all attorneys who have appeared, as well as legal assistants and docketing personnel previously associated with filings in this matter, to ensure full and proper notice under Fed. R. Civ. P. 5(b).

Baker Donelson

- ddeamore@bakerdonelson.com

- ekesler@bakerdonelson.com

- lcarlisle@bakerdonelson.com

- psigmon@bakerdonelson.com

- ptorres@bakerdonelson.com

- scefolia@bakerdonelson.com

Breazeale, Sachse & Wilson LLP (BSW LLP)

- eve.masinter@bswllp.com

- jamie.blanchard@bswllp.com

- karen.webre@bswllp.com

- margaret.beyer@bswllp.com

- philip.giorlando@bswllp.com

Jefferson Parish Attorney's Office

- colin.cisco@jeffparish.net

- rharang@jeffparish.net

Adams and Reese LLP

- hailey.cummiskey@arlaw.com

- roland.vandenweghe@arlaw.com

- yvonne.evans@arlaw.com

Courington, Kiefer, Sommers, Marullo & Matherne

- cfalcon@courington-law.com

- ckrake@courington-law.com

- dculotta@courington-law.com

- spratt@courington-law.com

- vmatherne@courington-law.com

Fishman Haygood LLP

• lmince@fishmanhaygood.com

• Scott, Naquin & Wheat

• jenny@snw.law

• katherine@snw.law

• meriem@snw.law

• scott@snw.law

• suzy@snw.law

• teena@snw.law

Phelps Dunbar LLP (PHJ Law)

• edesforges@phjlaw.com

• jnieset@phjlaw.com

Davis Wright Tremaine LLP (DWT)

• christinehanley@dwt.com

• frankromero@dwt.com

• jamesmoon@dwt.com

- tkarlaolivas@dwt.com

- lindsaysamuel@dwt.com

- lit-docket@dwt.com

- tonyafrazier@dwt.com

Irwin, Fritchie, Urquhart & Moore LLC

- ataylor@irwinllc.com

- gurquhart@irwinllc.com

- lrichard@irwinllc.com

- rlotz@irwinllc.com

- starr@irwinllc.com

Executed on June 4, 2025.

Metairie, Louisiana

*Hiran Rodriguez*

/s/ Hiran Rodriguez

Hiran Rodriguez

Pro Se Plaintiff

820 Grove Ave,

Metairie, LA, 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com