# EXHIBIT "P"



You are receiving this fax because one of your patients recently received a telehealth consultation through Teladoc Health. Attached are the Consultation Details to incorporate into their medical record.

This Consultation Details are being faxed to you at the direction of the member and to the fax number provided by the member. If you are not the primary care physician for the member whose records are attached, please securely destroy the document and notify us immediately at the email address listed below.

| Date generated | 06/02/2025 |
| --- | --- |
| Subject | Continuity of Care Record |
| Sender | Teladoc<br>2 Manhattanville Road, Purchase, NY 10577<br>1-800-835-2362<br>https://www.teladochealth.com<br>help@teladochealth.com |

**PROTECTED HEALTH INFORMATION ENCLOSED.** Protected Health Information is personal and sensitive. It is being faxed to you after appropriate authorization from the Individual or under circumstances that do not require Individual authorization. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the Individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

### Electronic Health Record
Date generated: 06/02/2025

**Hiran Rodriguez**
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## The Basics (self reported)

| Question | Answer | Last Modified |
|----------|--------|---------------|
| Height | 6 ft 0 in | 01/16/2025 |
| Weight | 145 lbs | 01/16/2025 |

## General Care (self reported)

| Encounter | Date of Most Recent | Last Modified |
|-----------|--------------------|--------------| 
| Last Visit to Primary Care Physician | 05/29/2024 | 01/16/2025 |

## Health Problems (self reported)

| Condition | Answer | Last Modified |
|-----------|--------|---------------|
| Anxiety | Yes | 01/16/2025 |
| Depression | Yes | 01/16/2025 |
| Headaches/Migraines | Yes | 01/16/2025 |
| Other (Post Trautmatic Stress Disorder (PTSD) YES) | | 01/16/2025 |
| Panic Attacks | Yes | 01/16/2025 |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459  hiranrodriguez@outlook.com

## Medications (self reported)

| Medication | Dosage | Directions | Active | Reported By | Source | Last Modified |
|---|---|---|---|---|---|---|
| Olanzapine 2.5 mg oral tablet | 30 | Take 1 tab(s) orally once a day (in the evening) | Past | Provider | Teladoc Prescribed | 03/29/2025 |
| Chantix Starter Pack 0.5 mg-1 mg oral tablet | 1 | Take 1 tab(s) orally 2 times a day | Past | Provider | Teladoc Prescribed | 01/28/2025 |
| Chantix Starter Pack 0.5 mg-1 mg oral tablet | 1 | As per package directions. | Past | Staff | Teladoc Prescribed | 03/29/2025 |
| Amoxicillin-Clavulanate 875 mg-125 mg oral tablet | 14 | Take 1 tab(s) orally every 12 hours for 7 days | Past | Provider | Teladoc Prescribed | 03/29/2025 |
| Ipratropium Bromide Nasal 21 mcg/inh nasal spray | 1 | Take 2 spray(s) intranasally 3 times a day | Past | Provider | Teladoc Prescribed | 03/29/2025 |
| Benzonatate 100 mg oral capsule | 30 | Take 1 cap(s) orally | Past | Provider | Teladoc Prescribed | 03/29/2025 |

## Allergies

| Type | Allergy | Reaction | Active | Reported By |
|---|---|---|---|---|
| (none reported) | | | | |

## Lab Tests (self reported)

| Test | Date Most Recent | Last Modified |
|---|---|---|
| (none reported) | | |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Social History (self reported)

| Condition | Answer | Last Modified |
|---|---|---|
| Smoke/Use Tobacco | Yes | 01/16/2025 |
| How frequently do you use tobacco? | Daily | 01/16/2025 |
| How many years have you used tobacco? | 1-5 | 01/16/2025 |
| Would you like to quit? | Yes | 01/16/2025 |
| Drink Alcohol | Yes | 01/16/2025 |
| How often do you drink alcohol? | Less than 1 drink per week | 01/16/2025 |
| Traveled Overseas In The Last 2 Months | No | 01/16/2025 |

## Family History (self reported)

| Condition | Relationship | Last Modified |
|---|---|---|
| Diabetes | Grandparent | 01/16/2025 |
| Heart Disease | Parent | 01/16/2025 |
| High Blood Pressure | Parent | 01/16/2025 |
| Anxiety | Parent | 01/16/2025 |
| Panic Attacks | Parent | 01/16/2025 |
| Headaches / Migraines | Parent | 01/16/2025 |
| Depression | Parent | 01/16/2025 |

Electronic Health Record
Date generated: 06/02/2025
Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 1 of 9

## Basic Information

| | | | |
|---|---|---|---|
| | | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | **Phone Number** | 504-203-8459 |
| **Alternative** | Specialist | | |

## Provider Information

| | | | |
|---|---|---|---|
| **Provider Name** | Daniel Deakter | **PCP Name** | |

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.
1945 Lakepointe Dr.
Lewisville, TX 75057

**Phone**    888-402-6916
**Fax**     888-418-2040

## Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical | Consult ID 39852242 | Consult Date 01/13/2025 03:01 PM CST |
| **Symptoms** | |
| **Primary Diagnosis** | F43.22 - Adjustment disorder with anxiety |
| **Secondary Diagnosis** | |
| **Prescription** | (none) |
| **Subjective Component** | 27-year old male presents with 3 year(s) of moderate anxious, worried that is worsening. Patient denies suicidal thoughts (suicide). |
| | The patient is not suicidal, homicidal, but has paranoid ideations but is not hallucinating.? He has never been hospitalized. Past medical history:?depression/anxiety, Migraines, panic attacks Medications: reviewed Past Surgical History: NA Allergies: NKDA |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Objective Note** | Phone consult. Patient is not in distress. With a phone consult exam is limited. Patient is awake alert converses appropriately and speaks in full sentences and does not sound to be in distress. |
| **Assessment Note** | Referred to Teladoc Mental Health<br>I discussed with the patient the limitations of UC Telemedicine.? |
| **Plan** | Referred to Teladoc Mental Health |
| **Followup** | Schedule a psychiatry visit for medication management. |
| **Messages** | (none) |
| **Addendums** | |

## Visit Notes

## Messages

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 2 of 9

### Basic Information

| | | | |
|---|---|---|---|
| | | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | **Phone Number** | 504-203-8459 |
| **Alternative** | Primary Care Physician | | |

### Provider Information

**Provider Name**   Dennis Wayne Garver          **PCP Name**

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.

1945 Lakepointe Dr.

Lewisville, TX 75057

**Phone**   888-402-6916

**Fax**    888-418-2040

| Detailed Information | |
|---|---|
| **Consult Detail** | General Medical | Consult ID 39864561 | Consult Date 01/14/2025 07:00 AM CST |
| **Symptoms** | Ear Ache (Earache) |
| **Primary Diagnosis** | H93.19 - Tinnitus, unspecified ear |
| **Secondary Diagnosis** | |
| **Prescription** | (none) |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 9 of 9

## Basic Information

|  |  |  |  |
|---|---|---|---|
|  |  | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
|  | Metairie | **Date of Birth** | 08/09/1997 |
|  | LA | **Auth Consenter** |  |
|  | 70003 |  |  |
| **Alternative** | Specialist | **Phone Number** | 504-203-8459 |

## Provider Information

**Provider Name**   Annick Hebou              **PCP Name**

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.

1945 Lakepointe Dr.

Lewisville, TX 75057

**Phone**      888-402-6916

**Fax**        888-418-2040

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Subjective Component** | Consult with 27-year-old male. Chief complaint: other.<br>Patient has associated other.<br>Consult with 27-year-old male. Chief complaint: anxiety.<br>Patient has associated other.<br>- Reports distressing event on 06/1/2025 when sitting outside - train operator blasted horn as he passed, felt intentional and targeted<br>- Experienced intense chest pressure, racing heartbeat, panic, fear, ongoing anxiety, trouble calming down<br>- Reports feeling unsafe and vulnerable<br>- Seeking documentation of event in medical record<br>- Wants evaluation for possible trauma or anxiety<br>- Reports still shaking, concerned about cardiac and psychological health risks |
| **Objective Note** | Video consult. Patient is not in distress. |
| **Assessment Note** | Possible anxiety reaction to perceived threatening event<br>- Cardiac symptoms requiring in-person evaluation |
| **Plan** | - Recommended immediate in-person evaluation at Jefferson General Hospital urgent care for assessment of cardiovascular symptoms<br>- Advised to arrange follow-up with Teladoc mental health services for psychological evaluation and possible therapy |
| **Followup** | Your provider recommends that you go to the nearest Urgent Care Center for immediate assistance. |
| **Messages** | - Recommended immediate in-person evaluation at Jefferson General Hospital urgent care for assessment of cardiovascular symptoms<br>- Advised to arrange follow-up with Teladoc mental health services for psychological evaluation and possible therapy |
| **Addendums** | |

## Visit Notes

## Messages

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459  hiranrodriguez@outlook.com

| | |
|---|---|
| **Subjective Component** | 27-year old male presents with 2 month(s) of mild upper respiratory that is not changing. Patient has associated ear ache (earache) (ringing in ears, and mild discomfort). Patient denies rhinorrhea, nasal congestion, and fever greater than 100.4. 27-year old male presents with 2 month(s) of mild upper respiratory that is not changing. Patient has associated ear ache (earache) (ringing in ears, mild discomfort). Patient denies rhinorrhea, nasal congestion, and fever greater than 100.4.<br><br>NKDA<br><br>PMHx: migraines, anxiety/depression, panic attacks<br><br>Meds: list reviewed |
| **Objective Note** | Video consult. Patient is not in distress. no distress |
| **Assessment Note** | Patient with chronic ringing in the ears are the past several months with occasional pain, he associates this with noise from proximal train tracks, not having any upper respiratory symptoms, fevers |
| **Plan** | recommend using hearing protection like earplugs to help minimize noise pollution, given duration of symptoms recommend in-person evaluation with an ear nose and throat specialist to determine if any chronic hearing loss has occurred |
| **Followup** | No further scheduled care is necessary at this time. If you are not better in 10 days, please see the provider of your choice. |
| **Messages** | (none) |
| **Addendums** | |

## Visit Notes


## Messages

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459  hiranrodriguez@outlook.com

## Consultation Details - 3 of 9

### Basic Information

| | | | |
|---|---|---|---|
| | | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | | |
| **Alternative** | Primary Care Physician | **Phone Number** | 504-203-8459 |

### Provider Information

**Provider Name**   Joseph Chu                  **PCP Name**

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.

1945 Lakepointe Dr.

Lewisville, TX 75057

**Phone**   888-402-6916

**Fax**   888-418-2040

### Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical I Consult ID 39885491 I Consult Date 01/14/2025 07:54 PM CST |
| **Symptoms** | Feeling nervous, anxious or on edge |
| **Primary Diagnosis** | F41.1 - Generalized anxiety disorder |
| **Secondary Diagnosis** | |
| **Prescription** | (none) |
| **Subjective Component** | 27-year old male presents with 2 day(s) of moderate anxious, worried that is not changing. Patient has associated feeling nervous, and anxious or on edge. 27-year old male presents with 2 day(s) of moderate anxious, worried that is not changing. Patient has associated feeling nervous, anxious or on edge. pt feels anxious about being harrased. pt seeks medical documentation<br><br>no si or hi. does not feel depressed |
| **Objective Note** | Video consult. Patient is not in distress. Patient is awake and alert. Physical exam is limited due to the nature of telemedicine. |

©2025 Teladoc, Inc.                    Proprietary and Confidential

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Assessment Note** | anxiety |
| **Plan** | rec er uc for in person eval |
| **Followup** | Schedule a psychiatry visit for medication management.<br>Your provider recommends that you go to the nearest Urgent Care Center for immediate assistance. |
| **Messages** | (none) |
| **Addendums** | |

## Visit Notes

## Messages

©2025 Teladoc, Inc.                    Proprietary and Confidential

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 4 of 9

### Basic Information

| | | | |
|---|---|---|---|
| | | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | | |
| **Alternative** | Primary Care Physician | **Phone Number** | 504-203-8459 |

### Provider Information

**Provider Name**   Shreya Lash          **PCP Name**

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.

1945 Lakepointe Dr.

Lewisville, TX 75057

**Phone**   888-402-6916

**Fax**   888-418-2040

### Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical l Consult ID 40049339 l Consult Date 01/22/2025 03:24 PM CST |
| **Symptoms** | Other |
| **Primary Diagnosis** | F41.9 - Anxiety disorder, unspecified |
| **Secondary Diagnosis** | |
| **Prescription** | (none) |
| **Subjective Component** | Consult with 27-year-old male. Chief complaint: other. Patient has associated other.<br><br>Pt requesting psychiatry visit for medication management. No other acute complaints. |
| **Objective Note** | Phone consult. Patient is not in distress. telemedicine visit. no acute distress. awake, alert, and oriented. normal mood and affect. speaking in full sentences. no respiratory distress. |
| **Assessment Note** | Request for psychiatry service for medication management |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Plan** | Advised per Teladoc policy to follow up with Teladoc psychiatrist for the same. Risks, benefits, and alternatives discussed. Patient is aware of the limitations of telemedicine. patient verbalizes understanding and agreement with plan. reviewed patient?s complete medical hx including but not limited to current medications and medication allergies. |
| **Followup** | Schedule a psychiatry visit for medication management. |
| **Messages** | (none) |
| **Addendums** | |

## Visit Notes

## Messages

                    Proprietary and Confidential

Electronic Health Record
Date generated: 06/02/2025
Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 5 of 9

### Basic Information

|  |  | **Name** | Hiran Rodriguez |
|---|---|---|---|
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | | |
| **Alternative** | No Treatment | **Phone Number** | 504-203-8459 |

### Provider Information

| **Provider Name** | Beau F Domangue | **PCP Name** | |
|---|---|---|---|

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.
1945 Lakepointe Dr.
Lewisville, TX 75057

| **Phone** | 888-402-6916 |
|---|---|
| **Fax** | 888-418-2040 |

### Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical | Consult ID 40055691 | Consult Date 01/22/2025 06:07 PM CST |
| **Symptoms** | Cephalgia (Headache) |
| **Primary Diagnosis** | Z00.00 - Encntr for general adult medical exam w/o abnormal findings |
| **Secondary Diagnosis** | |
| **Prescription** | Chantix Starter Pack 0.5 mg-1 mg oral tablet<br>1<br>Take 1 tab(s) orally 2 times a day<br>01/22/2025<br>Beau F Domangue (Provider) |
| **Subjective Component** | 27-year old male presents with 3 year(s) of moderate smoking that is not changing. Patient has associated cephalgia (headache). |
| **Objective Note** | Phone consult. Patient is not in distress. NAD |

### Electronic Health Record
Date generated: 06/02/2025

**Hiran Rodriguez**
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Assessment Note** | Request for smoking cesssation help with chantix |
| **Plan** | Rx Starter pack f/u w pcp |
| **Followup** | No further scheduled care is necessary at this time. If you are not better in 3 days, please see the provider of your choice. |
| **Messages** | (none) |
| **Addendums** | |

## Visit Notes


## Messages

©2025 Teladoc, Inc.                    Proprietary and Confidential

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 6 of 9

### Basic Information

| | | | |
|---|---|---|---|
| | | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | | |
| **Alternative** | No Treatment | **Phone Number** | 504-203-8459 |

### Provider Information

**Provider Name**   Dr. Adrian Michael Pavlick       **PCP Name**

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.

1945 Lakepointe Dr.

Lewisville, TX 75057

**Phone**   888-402-6916

**Fax**   888-418-2040

| Detailed Information | |
|---|---|
| **Consult Detail** | General Medical | Consult ID 40180249 | Consult Date 01/28/2025 11:20 AM CST |
| **Symptoms** | Other |
| **Primary Diagnosis** | F17.298 - Nicotine dependence, oth tobacco product, w oth disorders |
| **Secondary Diagnosis** | |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Prescription** | Chantix Starter Pack 0.5 mg-1 mg oral tablet<br>1<br>As per package directions.<br>01/28/2025<br>Dr. Adrian Michael Pavlick (Provider)<br><br>Chantix Starter Pack 0.5 mg-1 mg oral tablet<br>1<br>As per package directions.<br>01/28/2025<br>Jasmine Polk (Admin)<br><br>Chantix Starter Pack 0.5 mg-1 mg oral tablet<br>1<br>As per package directions.<br>01/30/2025<br>Ashanti Siddiq (Admin) |
| **Subjective Component** | 27-year old male presents with 1 day(s) of moderate smoking that is not changing.<br>Patient has associated other.<br>27-year-old male presents with 1 day(s) of moderate smoking that is not changing.<br><br>Patient has associated other.<br>Patient is trying to quit smoking cigarettes. He was prescribed a Chantix starter pack but the pharmacy did not have it. He is requesting a new prescription to a different pharmacy. |
| **Assessment Note** | No distress during call. Sending new prescription for Chantix to his preferred pharmacy. |
| **Plan** | Medication and follow up precautions. |
| **Followup** | |
| **Messages** | Follow up with your primary care provider to monitor progress. |
| **Addendums** | |

## Visit Notes

## Messages

©2025 Teladoc, Inc.                    Proprietary and Confidential

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459  hiranrodriguez@outlook.com

[Patient: Hiran Rodriguez - 01/30/2025 3:36 PM CST]
Need chantix  prescription sent to Walmart at 8912 Veterans Memorial Blvd, Metairie, LA 70003.

[Teladoc staff: Ashanti S. - 01/30/2025 5:38 PM CST]
Hello Hiran,

We have updated your pharmacy on file and resubmitted your prescription. Please allow at least 20 minutes for processing and follow up with the pharmacy for status updates. Thank you.

©2025 Teladoc, Inc.                Proprietary and Confidential

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 7 of 9

### Basic Information

|  |  |  |  |
|---|---|---|---|
| | | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | | |
| **Alternative** | Urgent care or Retail clinic | **Phone Number** | 504-203-8459 |

### Provider Information

| | | |
|---|---|---|
| **Provider Name** | Dr. Danielle Schroeder | **PCP Name** |

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.

1945 Lakepointe Dr.

Lewisville, TX 75057

| **Phone** | 888-402-6916 |
|---|---|
| **Fax** | 888-418-2040 |

### Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical I Consult ID 40630639 I Consult Date 02/16/2025 04:30 PM CST |
| **Symptoms** | Cough,Nasal Congestion,Ear Ache (Earache),Rhinorrhea |
| **Primary Diagnosis** | H92.03 - Otalgia, bilateral |
| **Secondary Diagnosis** | |

**Electronic Health Record**
Date generated: 06/02/2025

**Hiran Rodriguez**
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Prescription** | Amoxicillin-Clavulanate 875 mg-125 mg oral tablet<br>14<br>Take 1 tab(s) orally every 12 hours for 7 days<br>02/16/2025<br>Dr. Danielle Schroeder (Provider)<br><br><br>Ipratropium Bromide Nasal 21 mcg/inh nasal spray<br>1<br>Take 2 spray(s) intranasally 3 times a day<br>02/16/2025<br>Dr. Danielle Schroeder (Provider)<br><br><br>Benzonatate 100 mg oral capsule<br>30<br>Take 1 cap(s) orally<br>02/16/2025<br>Dr. Danielle Schroeder (Provider) |
| **Subjective Component** | 27-year old male presents with 6 day(s) of moderate nasal congestion that is worsening. Patient has associated ear ache (earache) (tinnitus), rhinorrhea, nasal congestion, and cough. Patient denies fever greater than 100.4, and subjective fever. |
| **Objective Note** | Video consult. Patient is not in distress. Patient awake and alert. |
| **Assessment Note** | Patient presents with changing in hearing following upper respiratory symptoms. |
| **Plan** | Patient started on Augmentin for suspected otitis media. NSAID/Tylenol can be used for pain relief. Please seek in person evaluation with otoscope exam if symptoms fail to resolve in the next 2-3 days. |
| **Followup** | No further scheduled care is necessary at this time. If you are not better in 3 days, please see the provider of your choice. |
| **Messages** | (none) |
| **Addendums** | |

## Visit Notes

**Electronic Health Record**
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Messages

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Objective Note** | Video consult. Patient is not in distress. General: WDWN in NAD. Alert. Appears comfortable and acts normally. No obvious pain or respiratory distress.?<br><br>HEENT: Normocephalic and atraumatic. No conjunctival injection is noted.<br><br>Chest: Visually symmetric expansion. Normal respiratory rate with no apparent retractions. No wheezing or cough during the conversation.??<br><br>Neuro: Alert and oriented. Speech normal. Motor and sensory normal. Gait normal. |
| **Assessment Note** | Anxiety |
| **Plan** | 1. Rest<br>2. Please seek further in person care (PCP, ED or urgent care) if symptoms and/or signs persist or worsen, or new symptoms and/or signs appear.<br><br>The patient voiced understanding and agreement with the plan. |
| **Followup** | No further scheduled care is necessary at this time. If you are not better in 3 days, please see the provider of your choice. |
| **Messages** | (none) |
| **Addendums** | |

## Visit Notes


## Messages

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

## Consultation Details - 8 of 9

### Basic Information

|  |  | **Name** | Hiran Rodriguez |
|---|---|---|---|
| **Address** | 820 Grove Ave | **Gender** | Male |
|  | Metairie | **Date of Birth** | 08/09/1997 |
|  | LA |  |  |
|  | 70003 | **Auth Consenter** |  |
| **Alternative** | No Treatment | **Phone Number** | 504-203-8459 |

### Provider Information

| **Provider Name** | John Haughom | **PCP Name** |
|---|---|---|

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.

1945 Lakepointe Dr.

Lewisville, TX 75057

**Phone**     888-402-6916

**Fax**         888-418-2040

### Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical I Consult ID 41445428 I Consult Date 03/29/2025 04:16 PM CDT |
| **Symptoms** | Anxiety |
| **Primary Diagnosis** | F41.9 - Anxiety disorder, unspecified |
| **Secondary Diagnosis** | |
| **Prescription** | (none) |
| **Subjective Component** | Consult with 27-year-old male. Chief complaint: other. Patient has associated anxiety. Consult with 27-year-old male. Chief complaint: the patient is having "ptsd-like symptoms" . Patient has associated anxiety. The patient is having "PTSD-like symptoms" and he "wants it documented." His primary symptom is anxiety. He otherwise feels well and denies other symptoms including fever, chills, headache, body aches, earache, sore throat, nasal stuffiness, shortness of breath, cough, wheezing or chest pain. |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459  hiranrodriguez@outlook.com

## Consultation Details - 9 of 9

### Basic Information

| | | | |
|---|---|---|---|
| | | **Name** | Hiran Rodriguez |
| **Address** | 820 Grove Ave | **Gender** | Male |
| | Metairie | **Date of Birth** | 08/09/1997 |
| | LA | **Auth Consenter** | |
| | 70003 | | |
| **Alternative** | Specialist | **Phone Number** | 504-203-8459 |

### Provider Information

| | | | |
|---|---|---|---|
| **Provider Name** | Annick Hebou | **PCP Name** | |

**For further Provider information, please contact Teladoc:**

Teladoc Physicians, P.A.
1945 Lakepointe Dr.
Lewisville, TX 75057

**Phone**  888-402-6916
**Fax**  888-418-2040

### Detailed Information

| | |
|---|---|
| **Consult Detail** | General Medical | Consult ID 42616314 | Consult Date 06/02/2025 05:19 PM CDT |
| **Symptoms** | Other |
| **Primary Diagnosis** | R00.2 - Palpitations |
| **Secondary Diagnosis** | F43.0 - Acute stress reaction |
| **Prescription** | (none) |

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459   hiranrodriguez@outlook.com

| | |
|---|---|
| **Subjective Component** | Consult with 27-year-old male. Chief complaint: other. Patient has associated other. Consult with 27-year-old male. Chief complaint: anxiety. Patient has associated other. - Reports distressing event on 06/1/2025 when sitting outside - train operator blasted horn as he passed, felt intentional and targeted - Experienced intense chest pressure, racing heartbeat, panic, fear, ongoing anxiety, trouble calming down - Reports feeling unsafe and vulnerable - Seeking documentation of event in medical record - Wants evaluation for possible trauma or anxiety - Reports still shaking, concerned about cardiac and psychological health risks |
| **Objective Note** | Video consult. Patient is not in distress. |
| **Assessment Note** | Possible anxiety reaction to perceived threatening event - Cardiac symptoms requiring in-person evaluation |
| **Plan** | - Recommended immediate in-person evaluation at Jefferson General Hospital urgent care for assessment of cardiovascular symptoms - Advised to arrange follow-up with Teladoc mental health services for psychological evaluation and possible therapy |
| **Followup** | Your provider recommends that you go to the nearest Urgent Care Center for immediate assistance. |
| **Messages** | - Recommended immediate in-person evaluation at Jefferson General Hospital urgent care for assessment of cardiovascular symptoms - Advised to arrange follow-up with Teladoc mental health services for psychological evaluation and possible therapy |
| **Addendums** | |

## Visit Notes

## Messages

Electronic Health Record
Date generated: 06/02/2025

Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003
504-203-8459  hiranrodriguez@outlook.com

| | |
|---|---|
| **Subjective Component** | Consult with 27-year-old male. Chief complaint: other. Patient has associated other. Consult with 27-year-old male. Chief complaint: anxiety. Patient has associated other. - Reports distressing event on 06/1/2025 when sitting outside - train operator blasted horn as he passed, felt intentional and targeted - Experienced intense chest pressure, racing heartbeat, panic, fear, ongoing anxiety, trouble calming down - Reports feeling unsafe and vulnerable - Seeking documentation of event in medical record - Wants evaluation for possible trauma or anxiety - Reports still shaking, concerned about cardiac and psychological health risks |
| **Objective Note** | Video consult. Patient is not in distress. |
| **Assessment Note** | Possible anxiety reaction to perceived threatening event - Cardiac symptoms requiring in-person evaluation |
| **Plan** | - Recommended immediate in-person evaluation at Jefferson General Hospital urgent care for assessment of cardiovascular symptoms - Advised to arrange follow-up with Teladoc mental health services for psychological evaluation and possible therapy |
| **Followup** | Your provider recommends that you go to the nearest Urgent Care Center for immediate assistance. |
| **Messages** | - Recommended immediate in-person evaluation at Jefferson General Hospital urgent care for assessment of cardiovascular symptoms - Advised to arrange follow-up with Teladoc mental health services for psychological evaluation and possible therapy |
| **Addendums** | |

## Visit Notes

## Messages