Hiran Rodriguez
820 Grove Ave, Metairie, LA, 70003-7024

Clerk of Court
United States District Court for
the Eastern District of Louisiana
500 Poydras Street, New Orleans,
Louisiana, 70130.



RECEIVED
JUN 24 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK