**RECEIVED**

Jun 26 2025

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ,

PLAINTIFF

V.

META PLATFORMS, INC., *ET AL.*

DEFENDANTS

CIVIL ACTION NO. 2:25-cv-00197

SECTION A

JUDGE JAY C. ZAINEY

DIVISION 2

MAGISTRATE JUDGE

DONNA P. CURRAULT

JURY TRIAL DEMANDED

## NOTICE OF OMISSION AND MOTION TO SUPPLEMENT THE RECORD

TO THE HONORABLE CLERK OF COURT AND ALL PARTIES:

NOW INTO COURT, comes Plaintiff Hiran Rodriguez, *pro se*, who files this Notice of Omission and Motion to Supplement the Record.

Plaintiff has previously filed a motion to recuse Judge Jay C. Zainey under 28 U.S.C. §§ 144 and 455 (Rec. Doc. 91) and has consistently reserved all objections to the authority of the presiding judge and subsequent orders issued thereafter. As such, all orders after the recusal motion are void and without jurisdiction.

Plaintiff further notifies the Court that significant and material portions of the record remain omitted or have never been properly docketed, including:

1.  Subpoenas and Riders Omitted (Rec. Doc. 228):

    Subpoenas and riders previously submitted as part of Rec. Doc. 228 in the district court record, comprising 30 pages with exhibit cover included, and containing materials labeled Exhibit A through Exhibit I reflecting Plaintiff's subpoena requests and supporting riders that were omitted from the record and not transmitted to the appellate court.

2.  Omission of JPSO Exhibits (Submitted Feb. 6, 2025):

Plaintiff also submitted critical exhibits relating to Jefferson Parish Sheriff's Office misconduct on February 6, 2025, for inclusion in the record. Email receipt from the Clerk's Office confirms the physical submission of these documents, but these have not been docketed or transmitted to the appellate record.

3.  Additional Exhibits Provided Herewith:

Plaintiff further attaches additional materials necessary for supplementation of the district court record and relevant to the appeal, including:

-   A letter complaint titled "Civil Rights Surveillance & Harassment Complaint - LCMC Unit 156 to the Office of Inspector General and Louisiana Department of Justice Investigations";
-   A report titled "Unauthorized Surveillance, Harassment, Stalking, and Noise Campaigns LCMC Healthcare Partners, LLC";
-   Materials related to filings previously made as Rec. Doc. 10 and Rec. Doc. 11, including photo exhibits omitted from the record. Rec. Doc. 10 was the "Motion for Temporary Restraining Order and Preliminary Injunction Against State Court Proceedings" (filed February 10, 2025). Rec. Doc. 11 was the "Plaintiff's Consolidated Motion for Federal Injunction, Temporary Restraining Order, Suppression of Evidence, Dismissal of State Court Charges, and Appointment of Digital Forensic Investigators with Subpoenas for Meta Platforms, Inc., and LCMC Healthcare Partners, LLC" (filed February 11, 2025);
-   A diagram titled "Appendix A – SDK Surveillance Communication Map," showing the alleged structure and data flow of surveillance activity involving Meta SDK, Instagram, iOS system processes, and private video streams linked to User ID 100000241034887;

- A diagram titled "Exhibit AA – Stalker Sphere Distributed Viewer Ecosystem," depicting the alleged flow and distribution of a Surveillance Stream involving Plaintiff, including rebroadcasts by Meta SDK & LiveOps, connections by law enforcement, and sharing among various influencers, professionals, and public figures;

- A diagram titled "Exhibit JS – Integrated Surveillance and Data-Sharing Network," depicting alleged connections between Meta, Apple, the FBI, JPSO units H043 and H135, satellite monitoring, mobile alerts, and cloud infrastructure;

- A diagram titled "Exhibit JT – Coordinated Digital and Physical Surveillance Operation," showing alleged interaction among Meta, JPSO, FBI, SDK flows, municipal and rail actors, and judicial processes;

- A diagram titled "Exhibit JU – SDK Embedded Applications Data Flow," illustrating data transmission from SDK-embedded applications to private companies and government endpoints;

- A document titled "RE: FOIA-2025-01558 FTC dated April 14, 2025";

- A document titled "Re: Freedom of Information Act ('FOIA') Appeal | FOIA Request No. 2025-01558, dated May 28, 2025";

- A document titled "Re: FOIA-2025-01558, dated June 11, 2025";

- A 48-page document titled "Forensic Digest of Hash-Verified Digital Evidence prepared in accordance with Federal Rules of Evidence 902(13) and 902(14)," summarizing files 001-072 of Plaintiff's evidence submissions;

- A document titled "Spoliation Notice to Jefferson Parish Sheriff's Office (JPSO)," notifying the agency of its obligations to preserve relevant evidence.

These materials are submitted concurrently with this Notice and Motion, for the purpose of ensuring that the district court and appellate records are complete, accurate, and reflective of all relevant filings and evidence.

---

RELIEF REQUESTED

Plaintiff respectfully requests the following relief:

a. Immediate location, docketing, and filing of all subpoena and exhibit pages identified above;

b. Written confirmation from the Clerk that the district court record is complete and accurate;

c. Transmission of a corrected and complete record to the United States Court of Appeals for the Fifth Circuit;

d. Any further relief necessary to prevent prejudice to Plaintiff's appellate rights.

WHEREFORE, Plaintiff moves for an order supplementing the record as outlined above and granting all other appropriate relief.

Respectfully submitted,

Hiran Rodriguez

Hiran Rodriguez

Plaintiff, *Pro Se*

820 Grove Ave

Metairie, LA 70003-7024

Hiran.Rodriguez.prose@mailfence.com

(504) 203-8459

Dated: June 26, 2025

# EXHIBIT "JN"

# CIVIL RIGHTS SURVEILLANCE & HARASSMENT COMPLAINT –
## LCMC Unit 156

To: Office of Inspector General and Louisiana Department of Justice Investigations

Subject: Community Harassment and Unauthorized Surveillance by LCMC Unit 156 and Coordinating Deputies

This complaint pertains to repeated proximity harassment and tactical surveillance activities by LCMC Ambulance Unit 156 operating throughout Metairie, Louisiana since November 2024. Multiple documented incidents have included mobile tailing, unprovoked presence near my residence, and coordinated appearances alongside sheriff's deputies with no medical justification.

Evidence Archive Link:

https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96Hzw

I demand investigation into the misuse of emergency service infrastructure, improper coordination with local law enforcement, and potential civil rights violations.

Respectfully,

Hiran Rodriguez
Facebook UID: 100000241034887
Instagram Account ID: 49033100437
HiranRodriguez@outlook.com
(504) 203-8459
820 Grove Avenue
Metairie, LA 70003-7024

Certified under Statutes at Large and Universal Law, this 2025-05-09.

*Hiran Rodriguez*

8

Hiran Rodriguez

laig@la.gov , admin@ag.louisiana.gov

Hiran Rodriguez                                        , Hiran Rodriguez
                                    , Hiran Rodriguez                                    ,

rodriguezhiran22@gmail.com , sunrisingministries@protonmail.com

Fri, May 9, 2025, 2:00 AM

2025-05-09_LADO-J_Civil_Surveillance_Complaint_LCMCHealthUnit156 .pdf

This message serves as a formal civil complaint concerning sustained noise harassment, unauthorized surveillance, and possible civil rights violations.

Since November 2024, LCMC Ambulance Unit 156 and personnel from East Jefferson Emergency Support Services(LCMC Health) have conducted repeated noise-based harassment and surveillance outside my residence at 820 Grove Avenue, Metairie, LA. This behavior includes tailing, sound blasts, and coordination with local law enforcement.

Attached is the complaint for your review.

**Evidence Archive Link:**

https://1drv.ms/a/c/243992343779c7c4/EvztifyfXCRBscVzHdNVPQwBeuPfbIkspf6yen2us96Hzw

*("Ongoing Evidence of Noise Harassment & Surveillance — March 2025")*

I demand investigation into the misuse of emergency service infrastructure, improper coordination with local law enforcement, and potential civil rights violations.

# EXHIBIT "JO"

10

**Exhibit Evidence for Federal Lawsuit**

Case Title: Unauthorized Surveillance, Harassment, Stalking, and Noise Campaigns

Defendant: LCMC Healthcare Partners, LLC

1. Ownership Evidence of Helicopter N145CH

The helicopter with tail number N145CH is registered to Children's Hospital New Orleans, a subsidiary of LCMC Healthcare Partners, LLC. This connection establishes LCMC Healthcare Partners, LLC as the effective owner of the aircraft. Supporting sources include the FAA registry and FlightAware records.

Supporting Links:

1. FAA Registry:
https://registry.faa.gov/AircraftInquiry/Search/NNumberResult?nNumberTxt=145CH

2. FlightAware:
https://www.flightaware.com/resources/registration/N145CH

3. Children's Hospital - LCMC Health:
https://www.helis.com/database/sqd/Childrens-Hospital-New-Orleans/

2. Flight Activity of Helicopter N145CH

The following screenshots and timeline data show the active flight patterns of N145CH on various dates in February and March 2025. The flights were recorded without disclosed routes, indicating potential unauthorized surveillance.

\\

helicopter N145CH, providing unaltered visual evidence.



### 5. Emotional Distress and Harm Caused

The presence of the helicopter N145CH, associated with LCMC Healthcare Partners, LLC, has caused significant emotional distress and harm to the plaintiff. The repetitive and unexplained flights over the residential area, particularly at night, have been deeply disturbing. The plaintiff experienced fear and anxiety, believing the aircraft could be linked to law enforcement activities, with defendants potentially hiding behind the appearance of legitimate authority to conduct unauthorized surveillance and harassment.

The constant noise from the helicopter, combined with the uncertainty of its intentions, led to a pervasive sense of insecurity and violation of privacy. This pattern of behavior aligns with claims of noise campaigns and stalking, contributing to the plaintiff's emotional distress.

The evidence presented, including flight records, ownership details, and visual confirmation, supports the claim that these actions were deliberate and not incidental. The plaintiff's fear and distress were therefore a direct result of the defendants' actions, warranting legal consideration.



### 4. Conclusion

The presented evidence establishes a link between LCMC Healthcare Partners, LLC and the helicopter N145CH involved in the alleged unauthorized surveillance and noise campaigns. This document serves as an exhibit in the federal lawsuit. The actions of the defendants have resulted in substantial emotional distress, fear, and a violation of the plaintiff's sense of security and privacy.

### Appendix A: Original Security Camera Screenshot

The following is the original, unedited screenshot from the security camera footage taken on 2025-03-03 at 21:05:50

13



**3. Visual Evidence of Helicopter Presence**

Captured images on 2025-03-03 at 21:05:50 PM show a light in the sky identified as the helicopter N145CH. The enhanced version of the image improves visibility of the light source.

14



15



16

# EXHIBIT "JQ"

45

## APPENDIX A – SDK Surveillance Communication Map



46

# EXHIBIT "JR"

47

# EXHIBIT AA – Stalker Sphere Distributed Viewer Ecosystem



48

# EXHIBIT "JS"



50

# EXHIBIT "JT"

51



52

# EXHIBIT "JU"



# EXHIBIT "FO"



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

April 14, 2025

**Sent Via Email**
Hiran Rodriguez
820 Grove Ave,
Metairie, LA 70003
hiranrodriguez@outlook.com

                    Re:    FOIA-2025-01558

Dear Hiran Rodriguez:

This is a response from the Federal Trade Commission ("FTC") to your Freedom of Information
Act ("FOIA") request dated April 22, 2025, seeking access to all records, documents, emails,
reports, or other materials from January 1, 2015, to the present, concerning:

1. Consumer complaints or FTC investigations regarding Meta Platforms, Facebook,
   Instagram, or WhatsApp involving biometric profiling, behavioral surveillance, or
   audio/video recording without consent.
2. Internal memoranda or staff guidance regarding persistent telemetry, Custom Audience
   targeting, or data harvesting SDKs operating on Apple iOS devices.
3. FTC reports or internal documents referencing Hiran Rodriguez (DOB 08/09/1997); or
   usage of behavioral data modeling derived from devices located at 820 Grove Av.,
   Metairie, LA.
4. Enforcement actions proposed or closed, against Meta, Facebook, or Instagram, for
   background surveillance, predictive tracking, or dark patterns that resulted in reputational
   harm to consumers.
5. Any third-party data broker disclosures, FTC complaints, or redress efforts involving
   unauthorized Custom Audience inclusion or inferred targeting of Plaintiff.


        In your FOIA request, you do not provide written assurance of your willingness to pay
fees for processing your request. Instead, you ask that we waive all applicable fees. Fee waivers
may be granted when the disclosure of the requested information is in the public interest because
it is: (1) likely to contribute significantly to public understanding of the operations and activities
of the government, and (2) not primarily in the commercial interest of the requester. Your FOIA
request does not contain sufficient evidence to support the above criteria. So we are denying your
request for a fee waiver because you do not qualify for a fee waiver. *See* 5 U.S.C. § 552
(a)(4)(A)(iii).

        We are also denying your request for expedited treatment because you have not shown
that you meet the standard for such treatment. In order to receive expedited processing, the FOIA
requires the requestor to show "compelling need" for the records. Compelling need can be shown
in two ways: by establishing that failure to obtain the records quickly "could reasonably be

56

FOIA-2025-01072
Nandan Joshi
April 14, 2025
Page 2

expected to pose an imminent threat to the life or physical safety of an individual" or by showing that the requester is a "person primarily engaged in disseminating information" and that an "urgency to inform the public concerning actual or alleged Federal Government activity" exists. *See* 5 U.S.C. § 552 (a)(6)(E)(v). You have not made the required showing.

In the meantime, we will place your request on a 10-day hold, to allow you to provide a fee agreement. You may find more information about how fees are calculated at https://www.ftc.gov/foia/will-i-be-charged-fees. You have currently classified yourself as "other" for fee purposes and while that allows 2 hours of free search and free review, your request is seeking over 10 years of material related to Meta, Facebook, Instagram and WhatsApp and would be insufficient to process this request. If you have any questions about the way we are handling your request or about the FOIA regulations or procedures, please contact Amber Howe at ahowe@ftc.gov.

If you are not satisfied with this response to your request, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580, or via email at FOIAAppeal@ftc.gov, within 90 days of the date of this letter. Please enclose a copy of your original request and a copy of this response.

You also may seek dispute resolution services from the FTC FOIA Public Liaison Richard Gold via telephone at 202-326-3355 or via e-mail at rgold@ftc.gov; or from the Office of Government Information Services via email at ogis@nara.gov, via fax at 202-741-5769, or via mail at National Archives and Records Administration, Office of Government Information Services, 8601 Adelphi Road, College Park, MD 20740. Please note that the FOIA Public Liaison's role relates to comments, questions, or concerns that a FOIA Requester may have with or about the FOIA Response. The FOIA Public Liaison's role does not relate to acting in matters of private controversy nor can they resolve individual complaints.

Sincerely,

*/s/ Burke W. Kappler*[RAE]
Burke W. Kappler
Assistant General Counsel

57

# EXHIBIT "FI"



UNITED STATES OF AMERICA
**Federal Trade Commission**
WASHINGTON, D.C. 20580

Office of the General Counsel
~
Bikram Bandy
Deputy General Counsel for Legal Counsel

May 28, 2025

**Sent via E-Mail**
Hiran Rodriguez
820 Grove Avenue
Metairie, LA 70003
hiranrodriguez@outlook.com

Re:    Freedom of Information Act ("FOIA") Appeal | FOIA Request No. 2025-01558

Dear Hiran Rodriguez:

I am writing as the official designated to review FOIA appeals for the Federal Trade Commission ("FTC").

On April 19, 2025, you submitted a FOIA request that sought all records, documents, emails, reports, or other materials from January 1, 2015, to the present, concerning:

1. Consumer complaints or FTC investigations regarding Meta Platforms, Facebook, Instagram, or WhatsApp involving biometric profiling, behavioral surveillance, or audio/video recording without consent;
2. Internal memoranda or staff guidance regarding persistent telemetry, Custom Audience targeting, or data harvesting SDKs operating on Apple iOS devices;
3. FTC reports or internal documents referencing you or usage of behavioral data modeling derived from devices located at a specified address in Metairie, LA;
4. Enforcement actions, proposed or closed against Meta, Facebook, or Instagram, for background surveillance, predictive tracking, or dark patterns that resulted in reputational harm to consumers; and
5. Any third-party data broker disclosures, FTC complaints, or redress efforts involving unauthorized Custom Audience inclusion or inferred targeting of you.[1]

In your request, you sought both a fee waiver and expedited processing.[2] On April 23, 2025, Assistant General Counsel Burke Kappler denied both requests.[3] As of the date of this determination letter, the request is on hold pending the final determination of this appeal.

On April 25, 2025, you submitted a timely appeal challenging both the denial of your fee

---

[1] Initial Request re: 2025-01558 (Apr. 19, 2025) (hereinafter "Initial Request").
[2] *Id.*
[3] Kappler Denial Letter re: 2025-01558 (Apr. 23, 2025). Although the letter is dated April 14, it was transmitted to you via e-mail on April 23.

59

waiver and request for expedited processing.[4] On appeal, you claim you are "not seeking records 'primarily in a commercial interest' but in pursuit of constitutional rights and public protection," and therefore, should be granted a fee waiver.[5] You also confirm you are "civil plaintiff asserting imminent reputational and privacy-based injury," necessitating expedited processing of your FOIA request.[6] As explained below, the FOIA Unit properly denied your requests for a fee waiver and expedited treatment. Accordingly, I am denying your appeal.

## Request for Fee Waiver is Denied

FOIA requesters are generally required to "pay reasonable costs for search, review, and duplication of the records sought."[7] However, under the FOIA, a fee waiver may be granted only if: (1) the disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government; and (2) is not primarily in the commercial interest of the requester."[8]

To determine whether the requester meets the commercial-interest prong – that records sought are not "primarily in the commercial interest of the requester"[9] – the agency must assess (a) whether the requester has a commercial interest that would be further by the requested disclosure; and, if so, (b) whether that identified commercial interest is the primary interest furthered by the request.[10] If both factors are present, the requester is *not* entitled to a fee waiver.

To determine whether the requester meets the public-interest prong – that records sought are "likely to contribute significantly to public understanding of the operations or activities of the government"[11] – the agency must review whether all four of the following factors are met:

(a) The subject of the requested records concerns "operations or activities of the government"
(b) The disclosure is "likely to contribute" to an understanding of government operations or activities;
(c) The disclosure of information will contribute to "public understanding"; and
(d) The disclosure is likely to contribute "significantly" to public understanding of government operations or activities.[12]

The requester "bears the burden of showing that [the] requirements are met" for a fee waiver by providing a "reasonably detailed and specific" description in the request.[13]

---

[4] Appeal Letter re: 2025-01558 (Apr. 25, 2025) (hereinafter "Appeal").
[5] *Id.* at 3.
[6] *Id.*
[7] *Espinoza v. DOJ*, 20 F. Supp. 3d 232, 242 (D.D.C. 2014) (quoting *Schoenman v. FBI*, 604 F. Supp. 2d 174, 188 (D.D.C. 2009)).
[8] 5 U.S.C. § 552(a)(4)(A)(iii).
[9] *Id.*
[10] 28 C.F.R. § 16.10(k)(2)(iii)(A) & (B); *see Judicial Watch, Inc. v. DOJ*, 122 F. Supp. 2d 5, 8, 11 (D.D.C. 2000) ("*Judicial Watch I*"); *see also* Dep't of Justice, FOIA Update: New Fee Waiver Policy Guidance, FOIA Update Vol. VIII – No. 1 (Jan. 1, 1987).
[11] 5 U.S.C. § 552(a)(4)(A)(iii).
[12] *See Judicial Watch I*, 122 F. Supp. 2d at 8-11.
[13] *Judicial Watch, Inc. v. DOJ*, 185 F. Supp. 2d 54, 60 (D.D.C. 2002) ("*Judicial Watch II*").

2

"[C]onclusory statements are not sufficient to meet this burden,"[14] and "indigence alone does not entitle one to a fee waiver."[15]

Although you assert that a fee waiver should have been granted because your request is not primarily in your commercial interest,[16] you fail to provide any support for your claim. Rather, you admit that you are seeking the records to support your interest as a "plaintiff in an active federal civil rights and consumer surveillance ligation,"[17] a case in which you are seeking in excess of $50 billion in compensatory damages and $100 billion in punitive damages.[18] Moreover, your appeal is devoid of any facts demonstrating that use of the requested documents in your pending civil litigation is not the primary purpose of your request. Merely claiming that your request is not primarily in your commercial interest is not enough, especially given your acknowledgement that you plan to use the requested records to support litigation in which you are seeking billions of dollars in damages. Therefore, you have not met the requirements of the commercial-interest prong.

In addition, despite your claim to the contrary,[19] you have also failed to establish that the disclosure of the information you seek is in the public interest and is likely to contribute significantly to public understanding of the operations or activities of the government. You claim in your appeal that your pending civil litigation is "of urgent public interest as it involves federal consumer protection violations, civil rights injury, and reputational surveillance,"[20] but again you fail to provide the legally required "reasonably detailed and specific" support to establish that the information you seek is likely to contribute significantly to public understanding of the operations or activities of the government as required by the statute. Accordingly, you have not satisfied the public-interest prong necessary to obtain a fee waiver either.

Finally, you cite "indigency"[21] as another basis for your fee waiver but, as noted above, "indigence alone does not entitle [you] to a fee waiver."[22] Therefore, the FOIA Unit correctly denied your fee waiver request.

### **Request for Expedited Processing is Denied**

To be granted expedited processing for a FOIA request, a requester is required to show a "compelling need."[23] To meet this standard a requester must show that either:

(I)     [F]ailure to obtain the requested records on an expedited basis ... could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; or

(II)    [W]ith respect to a request made by a person primarily engaged in disseminating

---

[14] *Id.*

[15] *See, e.g., D.C. Tech. Assistance Org., Inc. v. HUD*, 85 F. Supp. 2d 46, 48 (D.D.C. 2000) (citing *Ely v. Postal Serv.*, 753 F.2d 163, 165 (D.C. Cir. 1985)).

[16] Appeal at 1, 3.

[17] *Id.* at 2-3.

[18] Complaint at 21, *Rodriguez v. Meta Platforms, et al.*, No. 2:25-CV-197 (E.D. La. Jan. 29, 2025), ECF No. 1.

[19] Initial Request at 2.

[20] Appeal at 3.

[21] Initial Request at 2.

[22] *See D.C. Tech. Assistance Org., Inc.*, 85 F. Supp. 2d at 48.

[23] 5 U.S.C. § 552(a)(6)(E)(v).

3

information, [there is an] urgency to inform the public concerning actual or alleged Federal government activity."[24]

Your appeal fails to make either of these showings.

As to the first prong, you do not claim in your appeal that failure to obtain the requested records could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.[25] You do cite "imminent reputational and privacy-based injury" in your appeal,[26] but such non-physical injuries do not represent an imminent threat to life or physical safety required by the FOIA.

As to the second prong, your appeal is devoid of any facts establishing that you are "a person primarily engaged in disseminating information" or that there is an urgency to inform the public concerning actual or alleged government activity.[27] Rather, the record makes quite clear that your primary purpose in seeking the requested records is for your personal use in your pending civil litigation.[28] That is not a compelling need under the FOIA. As such, the FOIA Unit correctly denied your request for expedited processing.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in accord with 5 U.S.C. § 552(a)(4)(B), in a United States District Court in the district where you reside or have your principal place of business, or in the District of Columbia.

Finally, I note that the 2007 FOIA amendments created the Office of Governmental Information Services ("OGIS") to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. *See* https://ogis.archives.gov. Using OGIS services does not affect your right to pursue litigation. OGIS's contact information is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
ogis@nara.gov
phone: 202-741-5770, or toll-free 1-877-684-6448
fax: 202-741-5769.

Sincerely,

**BIKRAM BANDY**

Digitally signed by BIKRAM BANDY
Date: 2025.05.27 23:36:22 -04'00'

Bikram Bandy
Deputy General Counsel for Legal Couns

---

[24] *See* 5 U.S.C. § 552(a)(6)(E)(v).
[25] *See id.* § 552(a)(6)(E)(v)(I).
[26] Appeal at 3.
[27] *See* 5 U.S.C. § 552(a)(6)(E)(v)(II).
[28] Initial Request at 2.

# EXHIBIT "FA"

63



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

June 11, 2025

**<u>Sent Via Email</u>**
Hiran Rodriguez
820 Grove Ave,
Metairie, LA 70003
hiranrodriguez@outlook.com

Re: FOIA-2025-01558

Dear Hiran Rodriguez:

This is a response from the Federal Trade Commission ("FTC") to your Freedom of
Information Act ("FOIA") request dated April 22, 2025, seeking access to all records,
documents, emails, reports, or other materials from January 1, 2015 to the present, concerning:

1. Consumer complaints or FTC investigations regarding Meta Platforms, Facebook,
   Instagram, or WhatsApp involving biometric profiling, behavioral surveillance, or
   audio/video recording without consent;
2. Internal memoranda or staff guidance regarding persistent telemetry, Custom Audience
   targeting, or data harvesting SDKs operating on Apple iOS devices;
3. FTC reports or internal documents referencing b(6) , or
   usage of behavioral data modeling derived from devices located at b(6);
4. Enforcement actions, proposed or closed, against Meta, Facebook, or Instagram, for
   background surveillance, predictive tracking, or dark patterns that resulted in reputational
   harm to consumers; and
5. Any third-party data broker disclosures, FTC complaints, or redress efforts involving
   unauthorized Custom Audience inclusion or inferred targeting of Plaintiff.

We notified you by email dated April 23, 2025 that we were placing your request on hold
because we were denying your request for a fee waiver and expedited-processing and we were
seeking a fee agreement and requesting the request be narrowed. You appealed the decision to
deny your fee waiver and expedited processing. When you received the appeal determination, we
again awaited your response for a fee waiver and narrowing. Because we have not received a
response from you, we have closed our file on the FOIA request. Closure of this file does not
preclude you from submitting other requests in the future.

If you have any questions about the way we handled your request or about the FTC's FOIA
regulations or procedures, please contact Amber Howe at ahowe@ftc.gov. If you are not
satisfied with this response to your request, you may appeal by writing to Freedom of
Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600
Pennsylvania Avenue, NW, Washington, DC 20580, or via email at FOIAAppeal@ftc.gov,
within 90 days of the date of this letter. Please enclose a copy of your original request and a
copy of this response.

64

FOIA-2025-01558
Hiran Rodriguez
June 11, 2025
Page 2

You also may seek dispute resolution services from the FTC FOIA Public Liaison Richard Gold via telephone at 202-326-3355 or via e-mail at rgold@ftc.gov; or from the Office of Government Information Services via email at ogis@nara.gov, via fax at 202-741-5769, or via mail at National Archives and Records Administration, Office of Government Information Services, 8601 Adelphi Road, College Park, MD 20740. Please note that the FOIA Public Liaison's role relates to comments, questions, or concerns that a FOIA Requester may have with or about the FOIA Response. The FOIA Public Liaison's role does not relate to acting in matters of private controversy nor can they resolve individual complaints.

Sincerely,

*/s/ Burke W. Kappler*[kbh]
Burke W. Kappler
Assistant General Counsel

65

# EXHIBIT "FG"

66

# FORENSIC DIGEST OF HASH-VERIFIED DIGITAL EVIDENCE

## Prepared in Accordance with Federal Rules of Evidence 902(13) and 902(14)

**001. File Name: com.apple.ios.StoreKitUIService.imazingapp**

MD5: ae3b0a679c6410bf92a2ece740a08ecd

SHA1: b2bb500f6cc1b2a7313a8873ea87d8f9e40e0860

SHA256: 9be6674db5b3627d0c7e25862c2f2730a6dbd9d7d8dba97c41120ee420d270c7

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 279907 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

1

67

**002. File Name: com.apple.RemoteiCloudQuotaUI.imazingapp**

MD5: d5627e9e286173dafe7f6babdf05625b

SHA1: a16b4800294c8de47939621bce960e8d241c3719

SHA256: d77442f7f8a28354463a37fc05ffbf8bea5fdc3a3a12914e39299dd194728746

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14517 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

2

68

**003. File Name: NewsBreak.imazingapp**

MD5: 7d8134e932b582bdcaff5334f2f991f6

SHA1: 664df38eb9ce732440d4540c6cdf98c1b0dbaf90

SHA256: 9a6f1762befd2a11ac8cb4cf57200b89a36254b8b5de7859b99a96a6392c9ab2

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 23828 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**004. File Name: Send Anywhere.imazingapp**

MD5: fd3ecad3bc568e44d19fe1f4d4e6c92d

SHA1: c3fcf491c60db04b7979a811da4d1c57d2db2b4f

SHA256: 372d46ff4dad20a716ec9cec60282301e9afc0a427225197a39576e6592e159f

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 23913 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

3

69

### 005. File Name: X.imazingapp

MD5: 827b299446e8d66f550597b40fc27d76

SHA1: 3af542ed3352394f7659dab53abd7b5047270855

SHA256: 997edc28eae898252c44d3c1e02a14c6ef1358ee6a92edc264db936b49feff89

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 34887 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

### 006. File Name: com.apple.WritingToolsUIService.imazingapp

MD5: 68fce6851157827081c10cb461c16276

SHA1: 4e531a89d73e89cb25c9c89a9361a7502f72fcf7

SHA256: a8ed8a57a7e1fc1cb655d8b13f656bcc0126ca30413e387dbe4bf02791c3678c

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14537 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

70

**007. File Name: com.apple.WorkoutRemoteViewService.imazingapp**

MD5: d746330d537b6a2e9c60d3cf63bc8635

SHA1: e7c9a07bcf78c32d66fe85a7cdd7d094c37555e3

SHA256: e9c7920d96833bb877ce7a00b7ae006f8ac2e34cdfdfd0828684c6eec9798f26

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14575 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**008. File Name: com.apple.WebSheet.imazingapp**

MD5: 109b10a23ba9fc19f9686cae01462440

SHA1: e3aa9ff8679bee11e500d4a935a3a79eea394f9a

SHA256: a5f7e0ac8536ddecd47d0345691829d4e18f538af0f94c596f7c856c0d2a9af7

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13407 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

71

**009. File Name:**

**com.apple.WebKit.PushBundle.FC01F306AF7141719F5D9EDB19A51DFF.imazingapp**

MD5: 8939bdb7bac42c2f14627afaf73b38c1

SHA1: 6003765fea2d3669b42e47435a1ffcda9b6d57b4

SHA256: c55e0e605dfd190713be68910e46793921a25aeb54f9533c9409a1ae684933d3

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13995 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**010. File Name:**

**com.apple.WebKit.PushBundle.DBD741B065C74C0ABC5335CD5A0B22C3.imazingapp**

MD5: e0ab3e93fe063d957c4e3c0ed2b3afcc

SHA1: 8226f078be2221d62dcd6303b7e45bc85b0451e3

SHA256: b489e9791bc44943a5fac6165be5a75adf04f814861dbeaa9e9dfeec9bef6bdd

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13963 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

72

**011. File Name:**

**com.apple.WebKit.PushBundle.D5A6FC99D0B24406A6F34083AEE63F90.imazingapp**

MD5: 53e6fbfb3c1c1a2e56fc48ca303ac031

SHA1: 28afe1cb4e50248cc7db8ce341afbdf80da03227

SHA256: 5d5c97f7352e1694668d9cf58d8b664cf8da35cdca45ad83f77bb475b42565ce

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13947 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**012. File Name: NetNewsWire.imazingapp**

MD5: 577e00e9f388fbf3de27110e56ace086

SHA1: 2ab720bace30588e4d846a06a6900b9184866ced

SHA256: 495ada6c54228eebe30386af34cd449096aed2929881790dba8543b8fabf3dd1

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 4846661 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

7

73

**013. File Name:**

**com.apple.WebKit.PushBundle.48D29D24AC5C4402864CE3F073AFED46.imazingapp**

MD5: ba15fd8e1624c797035d31ffedf26dc3

SHA1: 4eef68231147fc2e0a7ac56145dc8967dc5393db

SHA256: 7d5ee6f905d74c5551dc3c5b2a319d6fdef97cbdbfd9ab4a7f2a2aad24fb3547

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13931 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**014. File Name:**

**com.apple.WebKit.PushBundle.3820766063A840C48B29EC6DB2A048E4.imazingapp**

MD5: 267c4667ad60ec9108ea6a4238199947

SHA1: 0c9ae31555866e1acb615a2f6fbc5fff3ae78d1c

SHA256: 96a2489bef2966d3e22d38aa072a1567f50c4809b135d2d57350fe5dc3ff7e96

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13947 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

74

**015. File Name:**

**com.apple.WebKit.PushBundle.3565A6188F284BDC9020E4D200866810.imazingapp**

MD5: e26c9de7cdcd72c41828e57acfbd37f6

SHA1: 971b7d76d2eac5205dc6217fb622c5d4056e0e9e

SHA256: 26a503bbb1f9e0c324c9b2e20dafec2e865b417a19df61dcec9edff96621e03b

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 13979 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**016. File Name:**

**com.apple.WebKit.PushBundle.3536752F773C48EEB58466DC8EFBE321.imazingapp**

MD5: eca46b07bdae809450ba4349ca061442

SHA1: 9d068780957484adda41a06b24d1de6ed6692b64

SHA256: d962b82db7d2d1f45471e283337631143f066e95741ec04e958f5cf21c1b642d

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 13995 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

75

**017. File Name:**

**com.apple.WebKit.PushBundle.241D7F62492143999693A87AC1F2F3C2.imazingapp**

MD5: e0ccffe0dc65ec949e66dffa4a35c7a3

SHA1: 3fccca6a732cc250bb2a266541ef7b30e58b7e6f

SHA256: 4cd5217ddec30396ee95ed7fef4d10c4b9932a9775bcaa0f0d61acef1406a1dc

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13979 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**018. File Name:**

**com.apple.WebKit.PushBundle.238F1AFBE5124784BB82294CC84EDA29.imazingapp**

MD5: bb6cf75e973a9590dc8815ff731d546c

SHA1: 7085b25065be2bd3ec9b8f1e03ec501c1a445499

SHA256: 92a1c8f7e3c8eee6d108f443d60dd659be557fe8099e5b87e726430a34d37de4

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13979 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

76

## CHAIN OF CUSTODY SUMMARY

All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. Acquisition and hash calculation took place on June 17, 2025. Each file was immediately transferred and archived in Google Drive at the specified location. No modifications or alterations have occurred since extraction. Chain of custody is documented by the automated logs of both the extraction tool and Google Drive activity. Access is restricted to authorized parties for litigation purposes.

## FEDERAL RULES OF EVIDENCE COMPLIANCE

These exhibits have been collected and processed according to the requirements of Federal Rules of Evidence 902(13) and 902(14). Each file has been hash-verified using SHA-256, SHA-1, and MD5 algorithms. Collection, preservation, and documentation procedures ensure authenticity, integrity, and compliance with federal evidentiary standards for digital evidence. Each step of acquisition and handling is documented and reproducible.

## DECLARATION UNDER PENALTY OF PERJURY

I, Hiran Rodriguez, certify under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. All hash values were computed using industry-standard methods, and the digital evidence described herein remains unaltered since extraction.

Dated: June 17, 2025

s/ Hiran Rodriguez

78

# FORENSIC DIGEST OF HASH-VERIFIED DIGITAL EVIDENCE

## Prepared in Accordance with Federal Rules of Evidence 902(13) and 902(14)

**019. File Name:**

**com.apple.WebKit.PushBundle.CB158F3757F542EEACFFC7EF2B9CE44B.imazingapp**

MD5: 7f66b63cfed65336ee5c5f4eeafb8f17

SHA1: 8cacc78d83a9ccfc2382d2ec9d983a2003395ccb

SHA256: 258d1ebec5fb36cb33c2296c8fa27a03a5c6856d72ad443a4e66f8460d1a98da

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14043 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

79

**020. File Name:**

**com.apple.WebKit.PushBundle.A768D19FE1E14251A9882C88648249FD.imazingapp**

MD5: a4ee84ea8e3045dc369b628bd93224d2

SHA1: 16f0f100a14dd2c0fcd1b01c0765bb9c7c607ccf

SHA256: 6b7dc7f4639b5c34314d21bb616c7a433820605b8585801a7830b5c23df86214

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14011 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**021. File Name:**

**com.apple.WebKit.PushBundle.A691A15126974147ACAEF17021F8BF95.imazingapp**

MD5: 9d00e533fa7c753caf7009b0d7a3d065

SHA1: 0a06181b9baebb7ddcb8039f8b29af6f651ca198

SHA256: e84fb316d8756339507fa07defaa73cd346774ce00919a26fb818cc24c5595ba

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14043 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**022. File Name:**

**com.apple.WebKit.PushBundle.704740B5FD0B4DD7ADC059684F4C2806.imazingapp**

MD5: f388943795bd6528a2d879c6f90ceeee

SHA1: 748dc02560df47c69c1498428597218b64e7cba7

SHA256: 37226321a89d5856bd7796b80af9b6a85b2b67f981ea907fdd659f7d5d832400

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13963 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**023. File Name:**

**com.apple.WebContentFilter.remoteUI.WebContentAnalysisUI.imazingapp**

MD5: 1d8063995ee24ccd8072766a8a30b1e8

SHA1: 5b796243edec97f6263a2e76b2eaceaf9aa7508b

SHA256: bc2498ef633013cc5c9ae75d5b23b49571fe77e908bd0e32551bb43c4a81bc99

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13835 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**024. File Name: com.apple.webapp.imazingapp**

MD5: 2ac0c138558375407e8dc8da36043d95

SHA1: 07bb2b64c28d1f75bfec87091345c75e59b3b441

SHA256: 638654482080d2b7e18347747d3a02070bc5279169c1fb37b9054a406e8ef1ca

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14357 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**025. File Name: com.apple.VSViewService.imazingapp**

MD5: a64771941634c9ab4ce10575f0d5f066

SHA1: 212f7e7ec951629711bee67f40b1be7b5a7cfc22

SHA256: cc54cc4ccc2fc967dfc64e43f123db72ef6c24fa216595351fa9cf20075b1926

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13523 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**026. File Name: com.apple.siri.parsec.HashtagImagesApp.imazingapp**

MD5: 47c4d5de84d41dfe5f81a70100612315

SHA1: ca6b34b2427a60dd344a55cf243fe8a9d682fb4a

SHA256: 4fea52d179b779730fa949ac0d35975132fe401b2ddca3ed1b1d1a1ca561f676

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 16753 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**027. File Name:**

**com.apple.WebKit.PushBundle.640298F6591F4E95B72A813DAB7122BA.imazingapp**

MD5: fc2af18569bc5451dbf26cd699d79041

SHA1: 93ddfceb0758c125b8031903f395d9aded95787a

SHA256: 74bc0c06d2bfce76a4602c089ae4eb814226f777b303686a60900d9c43f4a20c

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 13979 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**028. File Name:**

**com.apple.WebKit.PushBundle.223B39BF5A734A1CB20F2F472B505865.imazingapp**

MD5: 0dc14cec7b68c8be55db5cd7ec64604a

SHA1: 09ece418e217fc03efad469bd2b4a183a50f78e7

SHA256: 9840eb600d515253b240c665733000618b722866cca66e20cf34e36d6e8e6669

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 14331 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

6

84

**029. File Name:**

**com.apple.WebKit.PushBundle.13AB8D8EBDA94B07BEEB3EBA17585037.imazingapp**

MD5: dc6fd71f57803d955c1b4a3f8afacd90

SHA1: 0b2f292e2b1ca3b905fe67c93eebea94d4516ce2

SHA256: 12db622394a948eba28bb1a562d825002906acd5e5797531a708d04b2d80c346

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13979 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**030. File Name:**

**com.apple.WebKit.PushBundle.112B3BB3A7674E59B995C0E3FA922133.imazingapp**

MD5: 621ba43ffa76263ba9217a72dd5d0059

SHA1: 3a38edf1114778b79a92da24d3f84e3f5a2fdd0f

SHA256: 026a5e66bd1fd74b2e82cd7e2473dad331917d4938931effe4deedf2d00b004b

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13947 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

85

**031. File Name:**

**com.apple.WebKit.PushBundle.0ED4A9E5844F45C29F372B5673B1619D.imazingapp**

MD5: 138d4f9b452c9b6c754dd0e5efe28980

SHA1: dfed631d210cf54c2b23605a41c392ad40e67c73

SHA256: be55a026d44a3a518ce5d9142588de4e983a2d4dce9f7540e4fe01642302d93a

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 13963 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**032. File Name:**

**com.apple.WebKit.PushBundle.01B92DE1895A41C79D7E6D4FC80DFE2E.imazingapp**

MD5: 1ec43370b0012ddc80eaead527eb765d

SHA1: 0577aecf6125a6ec51aee0bec1386ca527c1aa65

SHA256: b92a6713128f987068eeb93ec6c21096f128abde2c51c90958a13be4a5eae372

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 13995 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

86

**033. File Name: Support.imazingapp**

MD5: 01a99285e7e9821d5c0030bbc119b38f

SHA1: 7021fe5f5741406e97db32aa1b46177613738594

SHA256: b8a11004f7aef07895e753d90cc4257ed7f69570a1694396acd47257f1abd58b

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 196407 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**034. File Name: com.apple.systemactions.imazingapp**

MD5: 36f1639ef4ea1200dd6af86fd38b88c5

SHA1: 0b6eaf4f58d078457d7c13e55374e5507ef61e18

SHA256: 1cf5bb9bd907931a8de24297c4741f1ceef476123f1667fdf6f69498c6875b81

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14425 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

87

**035. File Name: com.apple.DemoApp.imazingapp**

MD5: a48654acd10bca27f5c2d1871c9d35d3

SHA1: 3c2965a8b2708d89ae3844ad078f3e65517a9797

SHA256: 316e603092da5efb91e5afd4b855cc36609de9167f4155c7679ccd20fe98949e

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13373 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**036. File Name: com.apple.SharingViewService.imazingapp**

MD5: 3229f335a76baffbb650089f348f8f15

SHA1: f70a80eacc921c61bf372ee2043797f7c41213b3

SHA256: 306316306566b9b9bd7db4ae84d979a18d6e9152f47fd153926619ae65001543

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13569 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

## CHAIN OF CUSTODY SUMMARY

All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. Acquisition and hash calculation took place on June 17, 2025. Each file was immediately transferred and archived in Google Drive at the specified location. No modifications or alterations have occurred since extraction. Chain of custody is documented by the automated logs of both the extraction tool and Google Drive activity. Access is restricted to authorized parties for litigation purposes.

## FEDERAL RULES OF EVIDENCE COMPLIANCE

These exhibits have been collected and processed according to the requirements of Federal Rules of Evidence 902(13) and 902(14). Each file has been hash-verified using SHA-256, SHA-1, and MD5 algorithms. Collection, preservation, and documentation procedures ensure authenticity, integrity, and compliance with federal evidentiary standards for digital evidence. Each step of acquisition and handling is documented and reproducible.

## DECLARATION UNDER PENALTY OF PERJURY

I, Hiran Rodriguez, certify under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. All hash values were computed using industry-standard methods, and the digital evidence described herein remains unaltered since extraction.

89

Dated: June 17, 2025

s/ Hiran Rodriguez

90

# FORENSIC DIGEST OF HASH-VERIFIED DIGITAL EVIDENCE

## Prepared in Accordance with Federal Rules of Evidence 902(13) and 902(14)

### 037. File Name: com.apple.SharingUIService.imazingapp

MD5: 23943db1edf7d3ac1467892cb77c0032

SHA1: 7cdfe50a1e54844dce2c4ece9e9cce2dd5777c2b

SHA256: 878375a46889fe2c6567339c474c74371b81b615460438fee79cd4501ad0ee56

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN
Uiap?usp=sharing

File Size: 15626 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

1

**038. File Name: com.apple.shortcuts.runtime.imazingapp**

MD5: 25269b6e5b61e338abb8a3197684165e

SHA1: 6416f827c98331ed07063bcb88ed61d13e5084dc

SHA256: 5d58241f008d48c979b52d3deeea859d0e2dcad5d1b78616b9a8fb013919c06b

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14481 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**039. File Name: com.apple.HearingApp.imazingapp**

MD5: 1717f55608325042379289e2d438b754

SHA1: 16aa35e6187f2f3a9f5c3e88a95c167329156bd5

SHA256: 3c62357909cde1656183d430fcdf77603112138d1e3859e7c71448ea4c71f4b9

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14387 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**040. File Name: com.apple.FunCamera.EmojiStickers.imazingapp**

MD5: d464ca6616ec53d2479917ce2cd8882a

SHA1: 9b1252c3164382108cb47b3d9f428ada92c7b644

SHA256: 8147772bf9c74e82a534a1f4108e672e6aa45fc3b06ad6312ad9c0581c012398

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 16605 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

3

93

**041. File Name: com.apple.FunCamera.TextPicker.imazingapp**

MD5: ba7b98ca35e055e92e7f1c3868120382

SHA1: 598c4ae7749d1b84b754302e300e8eaa5ca56526

SHA256: d73077b6030024702f55e1f9e7f617610358bd731a00e7d61f9db8824b582155

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 16495 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**042. File Name: com.apple.FunCamera.ShapesPicker.imazingapp**

MD5: 27f58aeeabca32d593a27e6d3ba8e8cb

SHA1: a0ce4822bcd69111205d92e85454d6061274f434

SHA256: b5761f1cdc07f6b1b6d0a3575b34f12b1094ee957c731b146b7c0c461d7bf279

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 16547 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**043. File Name: com.apple.ScreenSharingViewService 1.imazingapp**

MD5: 03f136d7e947f6501ae7ba02b1d166d1

SHA1: 06a62ccf6a7f33fca640f5b0c7f6e47a035672f5

SHA256: 7ee34f878d06ae750b35b18ac2858c4e5f8177f1937dac12abad2f5c31b84f19

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13619 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**044. File Name: com.apple.ScreenTimeUnlock.imazingapp**

MD5: e063db18b137ffd3e0632a752077c981

SHA1: 291103d3a47defabb1d9bddccb2ce9568cc9b295

SHA256: 7e0f0c031e987bde1456c8d93accf2eb8498d398af24e0bbed7bf996b5c52f3d

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13527 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

95

**045. File Name: com.apple.ScreenTimeWidgetApplication.imazingapp**

MD5: d059f69200a52e3809b302e831ed652d

SHA1: c9ee5e8a7973ec3ecd2ce00fc7c3fe683571d1d3

SHA256: e9f41629f92f17b56a3a2144d89e3a9c3df013a19323dbfe34c0466bd6620612

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 17987 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**046. File Name: com.apple.ScreenContinuityShell.imazingapp**

MD5: 089435e184f2d8d60431dc6c7154d024

SHA1: fd8abdb1e8f622637d2106cee67e498e1cfa020f

SHA256: fd0f1a1109281af21800cf6bd7a8b43d86c4c5115603c7b58b36c9c47061b118

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13583 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**047. File Name: com.apple.ShortcutsUI.imazingapp**

MD5: 6adecccdec97e01fae60f36cd3c495f4

SHA1: 59db3fe786eb298586568df5a469ee48ecf8a03f

SHA256: 9003660eaf3175d60fd848853d25c3498ce271e40f8b12dedfe0536b8289747e

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 18320 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**048. File Name: com.apple.siri.imazingapp**

MD5: e15ae1e12a347c6f9cdfd31a6a3f0c49

SHA1: a6be659af16068ed200cd42b510e05174ef93cf3

SHA256: 14505c38eaf09f1feec43fb6707387abcf1298d5fe22948595db737f16b0dc57

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 196125 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

97

**049. File Name: com.apple.SIMSetupUIService.imazingapp**

MD5: 7d3c231427cd96779895bf1cd2e4aa71

SHA1: efebb90514a3a5087f9a3012477e80735da9c019

SHA256: 44163d67518aac39154355515678d3c2e6b1f84ebb04d5a5fe100b5d4ec18569

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14481 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**050. File Name: com.apple.ShazamEventsApp.imazingapp**

MD5: 9d8b7297c2a6032675a137d66322b166

SHA1: 19698b11827051a60797618112388ce78df762ad

SHA256: 2b236144023896dadfe4040572fccedfd969745801ef60394201ecfc06c3bbc8

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14461 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**051. File Name: com.apple.SESUIServiceApp.imazingapp**

MD5: 162376c05aebadc820d6d19aa5f3f301

SHA1: 1a57ade335404511ca59ea77e58d885f045994cd

SHA256: 948a1cd44c9bba6144fa7cd2ca5db6cad436162c1702a921830f9270fee9ae8a

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14461 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**052. File Name: com.apple.Sharing.AirDropUI.imazingapp**

MD5: bc8441501cfd722775f143b7ddb1772f

SHA1: 68c3ad7e64d8f5b8d163ae2a02fe3c26312f60f8

SHA256: 8c53581e45ff5a692f4a68bb6a2f490dba6161e2357f41a1ccb3d404d74ac97f

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14465 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

99

**053. File Name: com.apple.ScreenSharingViewService.imazingapp**

MD5: 925a50ff8849b592f7c9a099de5b6a54

SHA1: 8b17e905eb88eeb0e99d72a4456128ca7d8fa7a5

SHA256: dc82aa6017c0c43ec80b905f6a3990d76c63ee6c29302eb381922ec3b1a89624

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13619 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**054. File Name: com.apple.RemotePassUIService.imazingapp**

MD5: 4ee0b38debb36fb3ba6233cca076920e

SHA1: 7ad4d5670911f45a06e4b01e790a0f5a9f8d662c

SHA256: f44e78749f8cd44874f62dfbca3831f0568100c52eb7ed8700fbd6c3cd62c282

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 16895 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

## CHAIN OF CUSTODY SUMMARY

All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. Acquisition and hash calculation took place on June 17, 2025. Each file was immediately transferred and archived in Google Drive at the specified location. No modifications or alterations have occurred since extraction. Chain of custody is documented by the automated logs of both the extraction tool and Google Drive activity. Access is restricted to authorized parties for litigation purposes.

## FEDERAL RULES OF EVIDENCE COMPLIANCE

These exhibits have been collected and processed according to the requirements of Federal Rules of Evidence 902(13) and 902(14). Each file has been hash-verified using SHA-256, SHA-1, and MD5 algorithms. Collection, preservation, and documentation procedures ensure authenticity, integrity, and compliance with federal evidentiary standards for digital evidence. Each step of acquisition and handling is documented and reproducible.

## DECLARATION UNDER PENALTY OF PERJURY

I, Hiran Rodriguez, certify under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. All hash values were computed using industry-standard methods, and the digital evidence described herein remains unaltered since extraction.

Dated: June 17, 2025

s/ Hiran Rodriguez

102

# FORENSIC DIGEST OF HASH-VERIFIED DIGITAL EVIDENCE

## Prepared in Accordance with Federal Rules of Evidence 902(13) and 902(14)

**055. File Name: com.apple.SafetyMonitorApp.imazingapp**

MD5: 411a8751a3c32f59926a14fc88ba3273

SHA1: 91191bd260f4047747c829e5d340d48c5cfc4ccb

SHA256: 6555611a8e5e714d441ab22bbacee5bb9a0409b41af5927068bea5d31376f3ee

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN Uiap?usp=sharing

File Size: 14463 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

1

103

**056. File Name: com.apple.RemoteiCloudQuotaUI.imazingapp**

MD5: d5627e9e286173dafe7f6babdf05625b

SHA1: a16b4800294c8de47939621bce960e8d241c3719

SHA256: d77442f7f8a28354463a37fc05ffbf8bea5fdc3a3a12914e39299dd194728746

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14517 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

104

**057. File Name: com.apple.PreviewShell.imazingapp**

MD5: 07ef8b4308d66b605b4ea6867f4710fc

SHA1: 0f05121123d3d70662a69a5ccd10ece439efb0b9

SHA256: 27074b39fc67e41f59a9abd7478e5b43d784e48efae8792ef6b3b0c38f2775b7

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 30639 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**058. File Name: com.apple.Passwords.imazingapp**

MD5: cc402a3733e1a429cb2fcc39cd761c63

SHA1: 1b6079efa62cbafe24a0b2adaee3bc58cd126062

SHA256: 7d3c270d21f6bc50769d76d05f96955ddb9ae0ac16f4686061817d41ba0c6486

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 19021 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

3

**059. File Name: com.apple.PeopleMessageService.imazingapp**

MD5: b20c1fec6bcc50b2699dd67f42d42387

SHA1: 5e62811f3dc5c40ba29b6d665947abd29aff70f2

SHA256: 1c381fed49eb61f01d8b910c68e891fbba4746dd8e4ee1db8b35c21044597c7c

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 19977 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**060. File Name: com.apple.PosterBoard.imazingapp**

MD5: cb0f9215b5f08d4c95b3dc057d50f967

SHA1: 2e87bb44435b1cb463264fbb79c20e63b2574c30

SHA256: db80394d62eac1132359827096ab20ce109f445dabd2e91432aa64817385f951

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 492497 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

4

106

**061. File Name: com.apple.SafariViewService.imazingapp**

MD5: 479811af3bd9a14bca3506d7047a1fe8

SHA1: 96736d14ad221f3ac467421d828b1833a572c0f4

SHA256: d53f2fc4925661bfea7fe6aad270eb1933f097812bd9299cca4c252ee1cfeff6

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14507 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**062. File Name: com.apple.ScreenshotServicesService.imazingapp**

MD5: b58c9f808005bb989498c55e7a5878f6

SHA1: 7516dc9a315531b6f6ff50bc379adefa54c8da20

SHA256: e8eeb5278c76a91e57810a0849abd9e17215d9adc1e764675f116ca0b2bc3efa

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 16712 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

5

107

**063. File Name: com.apple.mobilemail.imazingapp**

MD5: 4446acf805a236a9d4c06df8dc1a71e7

SHA1: 6d59783a561c12862f4c7176555c21a6022c3059

SHA256: e17c201a68f0904ca1fce8b858a35c3e677b3db55b0a032aa7fd1770500680ea

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 154312 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**064. File Name: com.apple.replaykitangel.imazingapp**

MD5: d37e5428c616c8cac81ece5d720fbaf3

SHA1: 029ab65bcfa43929a04468dc10973086ca3cbc07

SHA256: 7c5ff97e3aac96faeeeaceed0ecfc0415d5e6065e24b37ed4239f72958c567ef

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14443 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

108

**065. File Name: com.apple.podcasts.imazingapp**

MD5: 1c5a852a3eb8cdeca4ef2fb9c1d8e0f5

SHA1: 565c1520416ab3208ed0217322e992b227b5947a

SHA256: d48e972b13becba34660b2e130cf0d0ce0652ff41d08cdd67c929a7f8bf7be47

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 122147 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17


**066. File Name: com.apple.news.imazingapp**

MD5: 4e024039ba60ffc40661153dd6b86009

SHA1: f74958cc6777f94b43759f657ad48f1f0e3f24ba

SHA256: 3ea9ff728de40face26eb6d6d64d823e3fbc091a33c6ce3220ce63e638fef015

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 1836073 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

7

109

**067. File Name: com.apple.NewDeviceSetupUIService.imazingapp**

MD5: 4c0ae94ef5b3299fa727e9727c3d7e74

SHA1: 7b545b8b6c877db3f314d420cfa417ae4a57a972

SHA256: d23ae7d0aa889f0097e60bd9e769780a8a47e6c22e3f8f31b81548b5c94cf4fa

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14557 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**068. File Name: com.apple.NewDeviceOutreachApp.imazingapp**

MD5: 1de68b0301f2546d8c3d74eb8b10e4f3

SHA1: 8374652a84ec6e1055e9cd03fa243cb63fd32121

SHA256: 64e733fea6793224235820a4e75f6e37cb5a9ee63a3bd19b750db2d596893bab

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 14503 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

8

110

**069. File Name: com.apple.mobilephone.imazingapp**

MD5: ca5edb8300cd2be1c924ad726f6914b5

SHA1: bf4a4e22b2f60ebb937c8ef39d8ab4857d9af6f8

SHA256: e3220c2b255abdde8474fcc420946c473feca371ef0ebf4b16bc8abfffbbeb30

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 146703 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

**070. File Name: com.apple.MobileReplayer.imazingapp**

MD5: 7199242844f20a4451d23c4e60711665

SHA1: 151a204613d8ff9c1a62174160c6c7f6fa7a7861

SHA256: 25d7119f4e2a713378a44e5b5d41e3c2b542a0b0b942923818bcc8b332f89922

File Location: Google Drive/Forensic Archive/Forensic_Archive_2025-06-17/Evidence/

Folder URL: https://drive.google.com/drive/folders/1B84VqaQjTwJDy9GAahNeQZWpBTyN

Uiap?usp=sharing

File Size: 13471 bytes

Date Created: 2025-06-17

Date Last Modified: 2025-06-17

Acquisition Date: 2025-06-17

## CHAIN OF CUSTODY SUMMARY

All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. Acquisition and hash calculation took place on June 17, 2025. Each file was immediately transferred and archived in Google Drive at the specified location. No modifications or alterations have occurred since extraction. Chain of custody is documented by the automated logs of both the extraction tool and Google Drive activity. Access is restricted to authorized parties for litigation purposes.

## FEDERAL RULES OF EVIDENCE COMPLIANCE

These exhibits have been collected and processed according to the requirements of Federal Rules of Evidence 902(13) and 902(14). Each file has been hash-verified using SHA-256, SHA-1, and MD5 algorithms. Collection, preservation, and documentation procedures ensure authenticity, integrity, and compliance with federal evidentiary standards for digital evidence. Each step of acquisition and handling is documented and reproducible.

## DECLARATION UNDER PENALTY OF PERJURY

I, Hiran Rodriguez, certify under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. All files listed above were extracted from iOS system containers using iMazing forensic software on an Acer Aspire laptop running Windows 11. The evidence was sourced from an encrypted iTunes backup of my personal iPhone 13. All hash values were computed using industry-standard methods, and the digital evidence described herein remains unaltered since extraction.

11

113

Dated: June 17, 2025

s/ Hiran Rodriguez

12

114

# EXHIBIT "S"

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 25-30279

USDC No. 2:25-CV-197

# EXHIBIT A

116

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

T-Mobile USA, Inc.
Legal Compliance Department
4 Sylvan Way, Parsippany, NJ 07054
legal.intake@t-mobile.com

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

117

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena requests subscriber records, cellular network logs, surveillance triggers, and transmission metadata related to Plaintiff's mobile device and mobile line, pursuant to Fed. R. Civ. P. 45, Rule 37(e), and Plaintiff's constitutional access-to-court rights. These records are critical to tracing SDK-linked transmissions and unauthorized access to audio/video sessions occurring on or about April 15–30, 2025.

**1. Subscriber Information:**
• Phone Number: +1 (504) 203-8459
• IMEI: 359379960968647
• Device UUID: 00008110-0019046E2686601E
• Model: iPhone 13 (Model A2482)
• SIM/ESIM registration logs, device pairings, and activation records

**2. Cellular Session and Network Logs (April 15–30, 2025):**
• IPv4 and IPv6 assignments, DHCP leases, and NAT records
• Cell tower location logs, connection handoffs, and signal routing metadata
• Routing traces to Meta domains including shortwave.instagram.com and fbcdn.net

**3. Transmission Metadata for SDK and Streaming Services:**
• Identify any traffic linked to the following domains:
shortwave.instagram.com, graph.instagram.com, i.instagram.com, rupload.facebook.com, z-p42-chat-e2ee-ig-fallback.facebook.com, push.apple.com, fbcdn.net
• Indicate volume, headers, timestamps, application labels, and routing destinations

**4. Surveillance, Preservation, or Legal Process Requests:**
• Disclose whether T-Mobile received any subpoenas, preservation requests, or legal directives targeting Plaintiff's mobile account, IP history, or device metadata between April 2024 and present

**5. Cost Allocation and Preservation Duty:**
Plaintiff requests that T-Mobile bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to surveillance, SDK routing, and denial of access-to-court rights on appeal.
T-Mobile is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

118

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT B

119

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

New Orleans Public Belt Railroad / Port of New Orleans
Legal Department / Public Records Compliance
1350 Port of New Orleans Place, New Orleans, LA 70130

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

120

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena demands disclosure of records from the New Orleans Public Belt Railroad (NOPB) and Port of New Orleans regarding operations at or near May's Yard, Jefferson Parish, Louisiana. This includes public and non-public activities, surveillance awareness, and operational involvement relating to Plaintiff's documented evidence of repeated audio disturbances and civil harassment. Requests are made under Fed. R. Civ. P. 45 and Rule 37(e).

**1. Train Activity Logs and Crew Movements (January 1, 2023 – Present):**
• Identify all NOPB, CN, Illinois Central, or contractor trains dispatched through or stationed in Jefferson Parish during this period.
• Include GPS logs, dispatch orders, horn records, crew names or contractor IDs, and unit assignments near 820 Grove Ave, Metairie, LA.

**2. Lease, Access, or Shared Yard Agreements:**
• Provide full copies of any operational, storage, lease, or service agreements involving May's Yard between NOPB and CN/Illinois Central.
• Identify all operators, engineers, and companies authorized to operate under those agreements.

**3. Internal and External Communications:**
• Emails, texts, dispatch notes, incident logs, or public complaints mentioning 820 Grove Ave, May's Yard, horn activity, or community disturbances.
• Any investigative responses or acknowledgments between NOPB, Port NOLA, or their affiliates.

**4. Correction and Disclosure of Denial:**
• Provide internal records relating to your public records denial of May 6, 2025, including any staff deliberations, routing, or review of Plaintiff's FOIA.

**5. Cost Allocation and Preservation Duty:**
NOPB and Port of New Orleans are requested to bear reasonable compliance costs unless undue burden is shown. This subpoena is served under Rule 45(d)(2)(B)(ii), Rule 26, and Rule 37(e). NOPB is hereby placed on formal notice to preserve all responsive records and surveillance logs pending federal litigation and appellate review.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

121

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT C

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA
Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**
    Jefferson Parish Sheriff's Office
    Legal Division / Records Department
    1233 Westbank Expressway, Building B, Harvey, LA 70058

**Place of Production:**
    820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**
    June 3, 2025

**Documents or Items to be Produced:**
    SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

123

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena seeks law enforcement video and response data held by the Jefferson Parish Sheriff's Office (JPSO) concerning any patrol, traffic, or officer activity in the vicinity of 820 Grove Avenue, Metairie, LA, from May 1, 2025 to May 17, 2025. These records are relevant to pending federal litigation involving unauthorized surveillance, harassment, and constitutional privacy violations. This request supplements prior public records demands and is issued under Fed. R. Civ. P. 45 and Rule 37(e).

**1. Dashcam or Patrol Car Footage:**
· All in-vehicle dashcam recordings from units operating within a 1-mile radius of 820 Grove Avenue between May 1–17, 2025.
· Include metadata such as timestamps, unit IDs, location triggers, and officer assignments.

**2. Body Camera Footage:**
· Any body-worn video recorded by deputies or officers during activity in or near the subject address.

**3. Dispatch, Call Logs, and Location Triggers:**
· Provide CAD logs, dispatcher records, officer callouts, or geofencing activity logs associated with the address.

**4. Retention Policy and Camera Configuration:**
· Describe the data retention policy applicable to dashcam/bodycam recordings and any overwrite schedules or deletion criteria.

**5. Cost Allocation and Preservation Duty:**
JPSO is requested to bear the cost of reasonable production unless proven unduly burdensome. This subpoena is issued pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b), and Rule 37(e).
JPSO is hereby placed on notice of its continuing obligation to preserve all responsive video and log data until the conclusion of pending federal proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

124

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT D

125

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

    LCMC Healthcare Partners, LLC
    Legal Affairs / Records Compliance
    200 Henry Clay Ave, New Orleans, LA 70118

**Place of Production:**

    820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

    June 3, 2025

**Documents or Items to be Produced:**

    SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

126

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena seeks operational, dispatch, and surveillance metadata from LCMC Healthcare Partners, LLC concerning Unit 156 and any emergency medical or transport vehicles operated near 820 Grove Avenue, Metairie, LA, during the timeframe relevant to active federal litigation. These requests are issued under Fed. R. Civ. P. 45 and Rule 37(e), and build upon the public records demand filed with the Louisiana Department of Justice on May 9, 2025.

**1. Vehicle Identification and Operational Records:**
• Confirm whether LCMC Unit 156 or any affiliated emergency vehicle was deployed, parked, or routed near 820 Grove Ave, Metairie, LA between January 1, 2025 and May 17, 2025.
• Provide vehicle logs, dispatch timestamps, GPS tracks, radio/EMT logs, and operator rosters.

**2. Surveillance or Onboard Camera Footage:**
• Produce all camera footage (dashcam or internal/external surveillance) recorded during such deployments or stationary positions.
• Confirm any offload or third-party retention of such footage, or overwrite/deletion policies in effect.

**3. Policy or Directive References:**
• All written policies, contracts, or training documents that govern Unit 156's operation or response authority in residential zones or non-dispatch circumstances.

**4. Cost Allocation and Preservation Duty:**
LCMC is requested to bear the reasonable cost of production unless undue burden is shown. This demand is issued pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b), and Rule 37(e), as this information pertains to surveillance, constitutional privacy violations, and obstruction of court access.
LCMC is placed on notice of its continuing obligation to preserve all responsive evidence pending federal appeal and Rule 60 proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

127

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT E

128

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

Meta Platforms, Inc.
1601 Willow Road, Menlo Park, CA 94025
or C T Corporation System, 330 N. Brand Blvd., Ste. 700, Glendale, CA 91203

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

129

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

The following documents and electronically stored information are requested from Meta Platforms, Inc. under Fed. R. Civ. P. 45 and Rule 37(e), in connection with federal litigation and an ongoing constitutional appeal.

**1. Subject Account and Session Metadata:**
• Instagram Account ID: 49033100437
• Instagram Username: rodriguezhiran1
• Facebook Account ID: 100000241034887
• Session Identifier (Thread ID): 17843630411636438
• Session Dates: April 15 – April 30, 2025
• Stream Component: IGDirectPrivVideoIngress123
• Encryption Framework: ig_advanced_crypto_transport

**2. Stream Content and Transmission Logs:**
• All audio/video data, thumbnails, or residual content associated with the session
• Session tokens, privilege keys, encryption headers, and viewer traces

**3. Access and Surveillance Metadata:**
• IP addresses, device UUIDs, and timestamps associated with stream initiation
• Logs of any internal Meta employee or system access to this stream
• Viewer lists, stream replays, or hidden access via LiveOps or shadow dashboard

**4. Infrastructure Routing and CDN Logs:**
• Server routing nodes, CDN trace paths, and data center origins (e.g., Menlo Park)
• Routing logs tied to domains such as shortwave.instagram.com and fbcdn.net

**5. Cross-Linked Identifier Records:**
• All connections, messages, or interactions between Account ID 49033100437 and User ID 36315236977872764
• Any machine-processed linkage across Instagram, Facebook, WhatsApp, or Oculus UIDs

**6. SDK-Level and AdvancedCrypto Framework Logs:**
• All session traces, SDK hooks, telemetry layers, and intercepted traffic captured via Meta's SDK
• Logs showing IGDirectPrivVideoIngress123 or AdvancedCrypto triggering, tunneling, or fallback behaviors

**7. Cost Allocation and Preservation Duty:**
Plaintiff requests that Meta bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to matters of surveillance, SDK abuse, and due process obstruction now before the Fifth Circuit.
Meta is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT F

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

Illinois Central Railroad Company (a CN subsidiary)
17641 S. Ashland Ave, Homewood, IL 60430
c/o Registered Agent: Corporation Service Company
450 Laurel Street, 8th Floor, Baton Rouge, LA 70801

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

132

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena demands disclosure of operational, dispatch, and crew identification records from Illinois Central Railroad Company, a subsidiary of Canadian National Railway (CN). The records relate to persistent unauthorized horn activity and operational interference occurring near May's Yard in Jefferson Parish, Louisiana. The evidence includes timestamped video and audio recordings identifying repeated nighttime disturbances from trains suspected to be under CN/Illinois Central authority.

**1. Train Activity Logs (August 1, 2024 – Present):**
• All CN or Illinois Central train movements routed through Jefferson Parish, Louisiana.
• Crew names, contractor affiliations, dispatcher assignments, timestamps, and engine IDs operating near 820 Grove Avenue, Metairie, LA.

**2. Lease and Access Agreements for May's Yard:**
• Full disclosure of lease, joint-use, dispatch, or yard operation agreements with NOPB or any third-party operators involving May's Yard.
• Documents identifying parties authorized to operate, dispatch, or idle locomotives near Plaintiff's residence.

**3. Horn Use Policies and Audio Protocols:**
• Any internal or regulatory policy governing horn use near residential zones, particularly during nighttime hours or low-visibility periods.
• Safety, hazard, or discretion policies that would explain prolonged horn usage within 1-mile of 820 Grove Avenue.

**4. Incident and Complaint Records:**
• All internal records or communications referencing noise complaints, community reports, or recorded disturbances from the vicinity of May's Yard.

**5. Cost Allocation and Preservation Duty:**
Illinois Central is requested to bear reasonable production costs unless deemed unduly burdensome. This demand is made under Rule 45(d)(2)(B)(ii), Rule 26(b), and Rule 37(e).
Illinois Central is hereby placed on formal notice to preserve all responsive records and routing logs pending federal litigation and appellate review.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

133

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT G

134

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

East Jefferson Emergency Support Services
Records or Legal Compliance Office
4200 Houma Blvd, Metairie, LA 70006

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

June 3, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena seeks dispatch and incident response records from East Jefferson Emergency Support Services (EJESS) concerning any activity by emergency vehicles or personnel near 820 Grove Avenue, Metairie, LA, between January 1, 2025 and May 17, 2025. The records sought are essential to Plaintiff's ongoing federal litigation and appeal involving privacy violations, audio harassment, and civil rights obstruction. This demand builds on a Louisiana DOJ public records request dated May 9, 2025.

**1. Deployment and Dispatch Logs:**
• Identify all EJESS or affiliate units that operated near Plaintiff's address during the timeframe above.
• Include full logs of deployments, radio callouts, EMT or vehicle identifiers, and timestamps.

**2. Video or Surveillance Footage:**
• Produce any available dashcam footage, vehicle exterior recordings, or crew-captured images of the area.
• Include retention policies or overwriting timelines applicable to any non-produced footage.

**3. Policies and Authority for Presence:**
• Provide any procedural or policy documents authorizing presence in residential areas without public medical necessity or call origin.

**4. Cost Allocation and Preservation Duty:**
EJESS is requested to bear the cost of reasonable production unless proven unduly burdensome under Rule 45(d)(2)(B)(ii).
All responsive records must be preserved under Rule 37(e) and pending federal appellate review.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

136

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT H

B7

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
# UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA

Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

AT&T Corp. (or AT&T Enterprises LLC)
208 S. Akard St., Dallas, TX 75202
subpoenas@att.com | legalnotices@att.com

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

138

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

This subpoena demands disclosure of broadband network records and subscriber metadata from AT&T;'s fiber/residential service, tied to the Plaintiff's home Wi-Fi network. These records are essential for identifying unauthorized stream access, SDK transmission, and content routing involving Meta infrastructure from Plaintiff's residential AT&T; fiber connection. Requests are made pursuant to Fed. R. Civ. P. 45 and Rule 37(e).

## 1. Subscriber Fiber Service Metadata:
Wi-Fi SSID: ATTrnCKcbFg
Router Gateway: 192.168.1.254
Internal IP Address: 192.168.1.117
IPv6 Addresses:
• 2600:1702:1280:a630:1442:2e99:33e3:806f
• 2600:1702:1280:a630:2c80:a4b:7b33:10cd
• 2600:1702:1280:a630::49
Request full DHCP lease history, NAT tables, device mapping, router logs, and DNS lookup history for this subscriber connection between April 15–30, 2025.

## 2. Stream Transmission and Content Delivery Metadata:
Disclose full session logs and routing telemetry for any connections made to:
Push.apple.com, app-analytics-services.com, b.i.instagram.com, cdn-v4.amp-endpoint3.com, cdn.fbsbx.com, chat-e2ee.facebook.com, developers.facebook.com, graph.instagram.com, i.instagram.com, instagram.fcuz1-1.fna.fbcdn.net, lookaside.facebook.com, msh.amazon.com, ngx-v6.amp-endpoint2.com, push.apple.com, rupload.facebook.com, scontent-atl3-1.cdninstagram.com, scontent-atl3-2.cdninstagram.com, scontent-atl3-3.cdninstagram.com, scontent-hou1-1.cdninstagram.com, scontent.cdninstagram.com, scontent.xx.fbcdn.net, shortwave.instagram.com, video-hou1-1.xx.fbcdn.net, web.facebook.com, www.apple.com, www.facebook.com, www.google.com, www.instagram.com, z-m-cdn.fbsbx.com, z-m-lookaside.facebook.com, z-p3-lookaside.facebook.com, z-p3-rupload.facebook.com, z-p3.www.instagram.com, z-p4-lookaside.facebook.com, z-p4-rupload.facebook.com, z-p4.graph.instagram.com, z-p4.i.instagram.com, z-p4.www.instagram.com, z-p42-chat-e2ee-ig-fallback.facebook.com
Include packet volume, headers, timestamps, and protocol types (WebRTC, QUIC, HTTP/2).

## 3. SDK-Based Traffic from App-Connected Devices:
Identify all traffic sourced from Plaintiff's network and routed to Meta, Branch Metrics, or analytics-based SDK services (April 15–30, 2025).
Specify which endpoints, IP ranges, or backend services received transmissions.

## 4. Surveillance or Government Inquiry Logs:
Disclose whether AT&T; Fiber received any surveillance, data preservation, or legal process requests for Plaintiff's residential account or IP ranges during the period stated.

## 5. Cost Allocation and Preservation Duty:
Plaintiff requests that AT&T; bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to matters of constitutional harm, surveillance, and obstruction of court access currently on appeal.

139

AT&T; is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

140

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT I

141

# SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## UNITED STATES DISTRICT COURT – EASTERN DISTRICT OF LOUISIANA
Civil Action No. 2:25-cv-00197-JCZ-DPC

**Rodriguez v. Meta Platforms, Inc., et al.**

**To:**

Apple Inc.
One Apple Park Way, Cupertino, CA 95014
legal@apple.com | subpoenas@apple.com

**Place of Production:**

820 Grove Ave, Metairie, LA 70003 or hiranrodriguez@outlook.com

**Date of Compliance:**

May 31, 2025

**Documents or Items to be Produced:**

SEE ATTACHED RIDER – EXHIBIT A

Respectfully submitted,
Hiran Rodriguez, Pro Se Plaintiff
820 Grove Ave, Metairie, LA 70003 • hiranrodriguez@outlook.com

142

# EXHIBIT A – SUBPOENA RIDER

Rodriguez v. Meta Platforms, Inc., et al.
Civil Action No. 2:25-cv-00197-JCZ-DPC

The following documents and electronically stored information are requested from Apple Inc., a dismissed defendant currently under appeal in the above-captioned matter. This subpoena is issued pursuant to Fed. R. Civ. P. 45, and is related to evidence subject to Rule 60(d)(3), Rule 37(e), and Plaintiff's constitutional access-to-court rights.

**1. RTC Reporting Log File:**
Filename: RTCReporting_messageLog_2025-05-16-04-55-30
Created: May 16, 2025 at 4:55 AM I Modified: May 16, 2025 I Opened: May 17, 2025
This file appears zero KB; please produce full logging context, intent, and metadata history.

**2. Device and Diagnostic Metadata (related to iPhone 13):**
Serial Number: LV6CG42W4C
Device UUID: 00008110-0019046E2686601E
IMEI: 359379960968647
iOS Version: 18.3.1 (22D72)
Device Class: iPhone14,5 (A2482)

**3. AppDomainGroup and Entitlement Logs:**
AppDomainGroup-243LU875E5.groups.com.apple.podcasts
AppDomainGroup-group.6HB5Y2QTA3.com.psdr.services
AppDomainGroup-group.com.estmob.paprika
Include access times, permissions granted, and internal session routing

**4. Internal Diagnostic and Telemetry Records:**
Any records generated by AWDDiagnosticExtension or AVConference logs
Logs of background telemetry, RTC stream handling, or microphone/camera activation

**5. Security and Privacy Settings Metadata:**
Any logs regarding 'Limit IP Tracking', 'Private Wi-Fi Address', or session relay toggling

**6. Facebook App and Extension Telemetry from System Logs:**
Timestamps of activity on 2024-04-17 23:49:25 (multiple events)
Bundle IDs: com.facebook.Facebook, .NotificationsWidgetExtension, .FBLockscreenWidgetExtension
Request cellular block logs, restriction toggles, and app background activity telemetry

**7. App Installation and Usage Metadata:**
Complete install logs, usage metrics, and app removal data between April 2024 to present

**8. Session/User ID Artifacts:**
Recovered from sandboxed app paths via encrypted backup. Request decoding schema and linkage to any .plist or NSUserDefaults-based logs held by the OS

**9. IGDataUserDefaultsStorage SDK Artifact (Instagram):**
Request internal Apple documentation and OS-level behavior regarding the decoding of IG SDK .plist archives and NSKeyedArchiver files

**10. UUID Memory Mapping and Shared Object Disclosure:**

143

UUID: referenced across: AccessibilityUIServer, accountsd, accessoryd, activityawardsd, adprivacyd, airplayd, akd, Acrobat
Request identification of the object, system framework, or shared component associated with this UUID and whether it's shared with internal Apple daemons or SDK-based third-party apps

**11. Cost Allocation and Preservation Duty:**
Plaintiff requests that Apple Inc. bear the reasonable cost of production and compliance, unless doing so is deemed unduly burdensome by the Court.
This request is made pursuant to Rule 45(d)(2)(B)(ii), Rule 26(b)(1), and Rule 37(e), and relates directly to matters of constitutional harm, surveillance, and obstruction of court access currently on appeal. Apple is further placed on notice of its duty to preserve all responsive records pending further judicial proceedings.

Production shall be made electronically to hiranrodriguez@outlook.com or mailed to:
Hiran Rodriguez, 820 Grove Ave, Metairie, LA 70003

144

# EXHIBIT "T"

145

**Please specify the type of ID you are attaching to this request.:**
Passport/Visa

**Acknowledgement for Passport or Visa - Address Verification Required:**
Yes
You must attach a bill or piece of mail with your current address dated within the last 30 days.

**Acknowledgement for All Requesters - Valid ID Required:**
Yes
If you fail to attach a valid form of identification, this request will not be processed.

New Message     ✕ Return to List

Messages ②                                                              🖶 Print Message

∨ ✉ On 5/19/2025 5:05:17 PM, JPSO Public Records Center wrote:



Thank you for visiting the Jefferson Parish Sheriff's Office Public Records Center.  Your reque
has been received and is being processed in accordance with Louisiana Public Records Law.
Your request was received in this office on 5/19/2025 and assigned the reference number
R036244-051925 for tracking purposes.

**Type of Records:**  Offense/Incident Report

Other (Please specify in the description box below)

**Records Requested:**  Request for Patrol Dashcam, Unit Logs, and Surveillance Footage –
Multiple Incidents

Pursuant to Louisiana Public Records Law, I request all responsive records involving Jefferson
Parish Sheriff's Office patrol activity at or near 820 Grove Ave, Metairie, LA 70003, for the
period from March 2, 2025 through May 19, 2025, including but not limited to the following:
1. All dashcam, bodycam, and external surveillance footage recorded by JPSO Units operating
on Grove Ave or passing 820 Grove Ave on the following dates and approximate times:

146



• March 2, 2025 – 9:17 PM: Incident involving two JPSO vehicles brake-checking, tailing, and obstructing intersections in apparent effort to entrap or provoke stop. (Veterans, Clearview)
• March 29, 2025 – 9:16 AM: Loud siren harassment followed by JPSO vehicle (not confirmed H043) fleeing the scene on video after observing camera. Suspect knowledge of prior misconduct and evasion upon discovery.
• May 19, 2025 – 3:42 PM: JPSO Unit H043 confirmed passing residence and captured on vide during a slow surveillance patrol.
2. Patrol logs, GPS unit trails, shift records, and dispatch logs reflecting unit assignments, proximity to 820 Grove Ave, or directed surveillance.
3. CAD (Computer-Aided Dispatch) entries, internal reports, and communications between dispatch and any JPSO units observed on these dates/times.
4. Any internal memos, notations, or investigative activities tied to these incidents or locatior even if labeled as non-criminal or administrative.

This request directly supports claims in EDLA Case No. 2:25-cv-00197-JCZ-DPC and my pendir Fifth Circuit appeal. If any records are partially exempt, redact and release the remainder. Th request is urgent and directly implicates constitutional rights violations under color of law.

Pursuant to La. R.S. 44:32(C)(1), I request that you notify me in advance of any estimated duplication or retrieval costs exceeding $10.00 before fulfilling this request. I further request that any responsive records be provided in the most economical and electronically accessibl format available, and that inspection rights under Louisiana's Public Records Law be honore( if physical duplication is not necessary.

Respectfully,
Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003

We are in receipt of your public records request sent to the Jefferson Parish Sheriff's Office regarding the above.  Pursuant to your request, we will conduct a search to determine the availability of the records/documents you seek.

We will notify you once we complete our assessment and will let you know when and where the records will be available for your review. Should you require a copy, we will provide you with an estimated cost for the records.

If you have any questions or desire additional information, please contact Central Records at (504)363-5590.

Monitoring the progress of your request is available by using the link below.  Again, thank yo for using the Jefferson Parish Sheriff's Office Public Records Center.

147



Jefferson Parish Sheriff's Office

To monitor the progress or update this request please log into the Public Records Center

On 5/19/2025 5:05:15 PM, Hiran Rodriguez wrote:

148



149



**Transcription**

"Hi, this is Missy. I'm calling from Dr. Harris office. I'm calling in regards to the public records of me. Looks like somebody came out of record. I just wanted to clarify some stuff with you if you could you could...."

Was this transcription useful or not useful?

    

150



NEW ORLEANS, LA
+1 (504) 363-5590

**Yesterday**

10:35 AM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller



151

**[Records Center] Public Records Request :: R036244-051925**

JPSO Public Records Center
hiranrodriguez@outlook.com
Thu, May 22, 2025, 9:36 AM

--- Please respond above this line ---



RE: Public Records Request of May 19, 2025, Reference # R036244-051925

Dear Pro Se Plaintiff Hiran Rodriguez,

The Jefferson Parish Sheriff's Office received a public information request from you on May 19, 2025. Your request mentioned:

**"Request for Patrol Dashcam, Unit Logs, and Surveillance Footage – Multiple Incidents**

**Pursuant to Louisiana Public Records Law, I request all responsive records involving Jefferson Parish Sheriff's Office patrol activity at or near 820 Grove Ave, Metairie, LA 70003, for the period from March 2, 2025 through May 19, 2025, including but not limited to the following:**

**1. All dashcam, bodycam, and external surveillance footage recorded by JPSO Units operating on Grove Ave or passing 820 Grove Ave on the following dates and approximate times:**

**• March 2, 2025 – 9:17 PM: Incident involving two JPSO vehicles brake-checking, tailing, and obstructing intersections in apparent effort to entrap or provoke stop. (Veterans, Clearview)**

**• March 29, 2025 – 9:16 AM: Loud siren harassment followed by JPSO vehicle (not confirmed if H043) fleeing the scene on video after observing camera. Suspect knowledge of prior misconduct and evasion upon discovery.**

**• May 19, 2025 – 3:42 PM: JPSO Unit H043 confirmed passing residence and captured on**

152

video during a slow surveillance patrol.

2. Patrol logs, GPS unit trails, shift records, and dispatch logs reflecting unit assignments, proximity to 820 Grove Ave, or directed surveillance.

3. CAD (Computer-Aided Dispatch) entries, internal reports, and communications between dispatch and any JPSO units observed on these dates/times.

4. Any internal memos, notations, or investigative activities tied to these incidents or locations, even if labeled as non-criminal or administrative.

This request directly supports claims in EDLA Case No. 2:25-cv-00197-JCZ-DPC and my pending Fifth Circuit appeal. If any records are partially exempt, redact and release the remainder. This request is urgent and directly implicates constitutional rights violations under color of law.

Pursuant to La. R.S. 44:32(C)(1), I request that you notify me in advance of any estimated duplication or retrieval costs exceeding $10.00 before fulfilling this request. I further request that any responsive records be provided in the most economical and electronically accessible format available, and that inspection rights under Louisiana's Public Records Law be honored if physical duplication is not necessary.

Respectfully,
Hiran Rodriguez
820 Grove Ave, Metairie, LA 70003"

The Jefferson Parish Sheriff's Office has reviewed its files and has determined there are no responsive documents for the dates provided, March 2, 2025, March 29, 2025, and May 19, 2025.

Sincerely,

Macy Champagne
Admin Only
[INT]

---

To monitor the progress or update this request please log into the Public Records Center



2 / 2

153

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT K

154

**SPOLIATION NOTICE & DEMAND FOR PRESERVATION OF EVIDENCE**

To:
Jefferson Parish Sheriff's Office - Central Records
1233 Westbank Expressway
Harvey, LA 70058

Re: Destruction or Withholding of Public Records - Request No. R036244-051925

Dear Records Custodian,

I am writing to formally object and demand clarification regarding your May 22, 2025 response indicating "no responsive documents" to Public Records Request R036244-051925. This contradicts a verbal confirmation from your office the previous day that "over 30 files or hours of footage" existed in relation to the units and dates requested.

My narrowed request-limited to March 2, March 29, and May 19, 2025-was issued in reliance upon your acknowledgment of existing video or data. A sudden claim that none exists raises the immediate concern of improper suppression, reclassification, or deletion of public records after receipt of a lawful request.

This letter serves as a formal preservation demand under Louisiana Public Records Law (La. R.S. § 44:1 et seq.) and Rule 37(e) of the Federal Rules of Civil Procedure, as this material is now part of:
- A pending federal appeal before the U.S. Court of Appeals for the Fifth Circuit (Case No. 2:25-cv-00197-JCZ-DPC),
- An FAA investigation and civil rights complaint,
- Exhibits and affidavits filed under penalty of perjury in federal court.

Please respond in writing within 3 business days to:
1. Confirm whether any footage or documents were deleted, withheld, or reclassified.
2. Provide a signed record of chain of custody, retention logs, or technical issue (if applicable).
3. Reopen or reprocess Request R036244-051925 based on oral acknowledgment made on or about May 21, 2025.

Failure to respond will result in immediate submission of this notice to:
- The U.S. District Court,
- The Louisiana Legislative Auditor,
- The U.S. Department of Justice - Civil Rights Division,
- The FBI Public Corruption Unit.

155

Sincerely,

/s/ Hiran Rodriguez
Hiran Rodriguez
820 Grove Ave
Metairie, LA 70003
hiranrodriguez@outlook.com
(504) 203-8459

Date: May 22, 2025

*Hiran Rodriguez*

156

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 25-30279
USDC No. 2:25-CV-197

# EXHIBIT L

157



158

Hiran Rodriguez
820 Grove Ave, Metairie,
LA, 70003 - 7024.



URGENT

Apple, Inc.
One Apple Park Way
Cupertino, CA 95014
legal@apple.com | subpoenas@apple.com

HIRAN RODRIGUEZ

820 Grove Ave, Metairie, Louisiana, 70003-7024



**LCMC Healthcare Partners, LLC**
Legal Affairs/Records Compliance
200 Henry Clay Ave,
New Orleans, LA, 70118

HIRAN RODRIGUEZ

820 Grove Ave, Metairie, Louisiana, 70003-7024



**New Orleans Public Belt Railroad**
**Port of New Orleans**
1350 Port of New Orleans Place,
New Orleans, LA, 70130

159



160