

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ, | CIVIL ACTION NO. 2:25-cv-00197 |
| PLAINTIFF | SECTION A |
| | JUDGE JAY C. ZAINEY |
| V. | |
| | DIVISION 2 |
| META PLATFORMS, INC., *ET AL.* | MAGISTRATE JUDGE |
| DEFENDANTS | DONNA P. CURRAULT |
| | |
| | JURY TRIAL DEMANDED |

# NOTICE AND MOTION FOR JUDICIAL RECOGNITION AND PROTECTIVE CLARIFICATION

NOW INTO COURT, comes Plaintiff-Appellant, Hiran Rodriguez, appearing *pro se*, and respectfully submits this revised Notice and Motion for Judicial Recognition and Protective Clarification regarding recent involuntary psychiatric detention and the associated risk of factual mischaracterization during pending federal litigation.

On June 1, 2025, Plaintiff was subjected to a retaliatory train horn blast outside his home, believed to be connected to prior complaints of harassment, surveillance, and obstruction involving the Jefferson Parish Sheriff's Office and other actors named in this civil RICO and constitutional tort action.

On June 5, 2025, at approximately 6:23 PM CDT, Plaintiff called 911 to speak with Deputy Wheelehan of JPSO regarding the June 1 assault (Incident No. D10513-25, Ref. 2271400). The dispatcher informed Plaintiff that the deputy was not available until the next day, so no report was taken. Later that evening, due toescalating physical and psychological pain, Plaintiff presented to Ochsner Medical Center located at 1514 Jefferson Hwy, New Orleans, LA 70121.

On June 6, 2025, Plaintiff was evaluated by Nurse Practitioner Rachel Zeevi and placed on a stretcher for ambulance transport to River Place Behavioral Health in

2

LaPlace, LA. He was involuntarily admitted pursuant to a Physician's Emergency Certificate under Louisiana R.S. 28:53. The certificate documented symptoms including paranoid thoughts, anxiety, chest palpitations, and a belief that he was being harassed with targeted train noise. These beliefs were inaccurately construed as psychiatric delusions,...

- *Rodriguez v. Meta Platforms*, No. 25-30297 (5th Cir.) – appeal of EDLA Case No. 2:25-cv-00197-JCZ-DPC; - *In re: Hiran Rodriguez*, No. 25-30279 (5th Cir.) – Petition for Writ of Mandamus; - *Rodriguez v. Meta Platforms, Inc., et al.*, No. 2:25-cv-00197-JCZ-DPC (E.D. La.) – civil rights and racketeering action.

Plaintiff remained hospitalized from June 6 to June 16, 2025, under involuntary confinement. Discharge instructions and medical records from River Place Behavioral Health confirm the length of confinement and basis of diagnosis. Plaintiff was subsequently scheduled for outpatient follow-up. On June 24, 2025, Plaintiff appeared for an evaluation at Jefferson Parish Human Services Authorities (Jeffcare), located at 3616 South I-10 Service Road, Suite 100.Plaintiff met with Dr. Denny at 7:45 AM and was given a follow-up appointment for one month later to receive an additional injection and continued monitoring....

3

These events show a clear pattern of civil interference: Plaintiff attempted to report a retaliatory event, was denied law enforcement response, and was instead hospitalized under circumstances that risk undermining the credibility of ongoing legal claims.

WHEREFORE, Plaintiff respectfully moves this Court to take judicial notice of the following:

1. Plaintiff is an active *pro se* litigant in federal appellate and district court proceedings; 2. Statements about surveillance, targeted harassment, and digital intrusion relate to documented evidence submitted under seal and do not constitute psychiatric delusion; 3. The 911 call, denied police follow-up, medical escalation, and hospitalization reflect a civil liberties conflict requiring judicial awareness and procedural protection.

Plaintiff prays this Court acknowledge these facts for the record, preserve the evidentiary integrity of all filings, and recognize the legal impact of future psychiatric holds used in proximity to law enforcement misconduct or digital surveillance complaints.

Respectfully submitted,

*Hiran Rodriguez*

s/ Hiran Rodriguez

Hiran Rodriguez, *Pro Se*

820 Grove Avenue

Metairie, LA, 70003-7024

hiranrodriguez@outlook.com

Dated June 27, 2025

## JURISDICTIONAL CONTEXT

This filing is submitted in connection with *Rodriguez v. Meta Platforms, Inc., et al.*, Civil Action No. 2:25-cv-00197-JCZ-DPC (E.D. La.), which remains subject to active appellate review in:

- *Rodriguez v. Meta Platforms, Inc., et al.*, No. 25-30297 (5th Cir.) - *In re: Hiran Rodriguez*, No. 25-30279 (5th Cir.)

Plaintiff files this notice to protect the procedural and evidentiary integrity of the district court record in light of overlapping jurisdictional claims under 28 U.S.C. §§ 1291, 1651, and Rule 10(e) of the Federal Rules of Appellate Procedure. The relief sought herein is intended to support appellate matters currently pending, preserve facts for review, and correct any omissions, misconduct, or irregularities related to the record below.

Plaintiff affirms that the filing is consistent with the supervisory authority of the United States Court of Appeals for the Fifth Circuit and the constitutional guarantees of due process and meaningful review.

## JUDICIAL DISQUALIFICATION NOTICE

Plaintiff Hiran Rodriguez renews his request for immediate judicial disqualification and reassignment under 28 U.S.C. §§ 144 and 455. As detailed in Rec. Doc. 231, Plaintiff filed a Motion to Recuse on March 16, 2025 (Rec. Doc. 91), asserting personal knowledge and specific factual allegations of bias, obstruction, and improper conduct by District Judge Jay C. Zainey.

The Court failed to assign the motion to another judge as required by law. Instead, Judge Zainey improperly ruled on his own disqualification, violating the mandatory recusal process under § 144. All orders issued thereafter—including Rec. Docs. 100, 186, 187, 188, 223, and 224—are therefore void ab initio under controlling precedent.

The record further reflects that a signed Motion to Disqualify, supporting affidavit, and Notice of Judicial Misconduct were hand-delivered to the Clerk's Office on May 1, 2025, yet wrongfully delayed and stamped as received on May 5. These irregularities, combined with the failure to reassign the matter, undermine the legitimacy of all subsequent judicial acts.Plaintiff expressly reserves all rights under the Constitution and reaffirms that he

does not consent to the jurisdiction of any tribunal acting in violation of 28 U.S.C. §§ 144 or 455. The Court must transfer the case to an impartial judge to

restore lawful adjudication and due process.

## RESERVATION OF RIGHTS

Plaintiff expressly reserves all rights under the United States Constitution, federal statutes, and procedural rules, including but not limited to the right to supplement, amend, or withdraw this filing, assert claims under Bivens and RICO, and pursue all appropriate remedies in the event of continued retaliation, procedural misconduct, or judicial irregularity.

This filing is made without waiver of any constitutional, statutory, or equitable argument previously raised or that may be raised in future proceedings. Plaintiff further reserves the right to seek sanctions, relief under Rule 60(b), reassignment of the case, or protective orders where necessary to preserve the fairness and integrity of judicial proceedings.

# CERTIFICATE OF SERVICE

Filed: June 27, 2025

I hereby certify that on June 27, 2025, a true and correct copy of the foregoing

NOTICE AND MOTION FOR JUDICIAL RECOGNITION AND PROTECTIVE CLARIFICATION was:

- Filed electronically through the United States District Court for the Eastern District of Louisiana's EDSS (Electronic Document Submission System);
- Served via United States Mail upon the Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130;
- Served via electronic mail upon the following counsel of record, grouped below by firm:

---

Fransen & Richard, LLC

barcuri@fralawfirm.com

lrodrigue@fralawfirm.com

rcaldwell@fralawfirm.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

ddeamore@bakerdonelson.com

ekesler@bakerdonelson.com

lcarlisle@bakerdonelson.com

psigmon@bakerdonelson.com

ptorres@bakerdonelson.com

scefolia@bakerdonelson.com


Breazeale, Sachse & Wilson, LLP

eve.masinter@bswllp.com

jamie.blanchard@bswllp.com

karen.webre@bswllp.com

margaret.beyer@bswllp.com

philip.giorlando@bswllp.com


Jefferson Parish Attorney's Office

colin.cisco@jeffparish.net

rharang@jeffparish.net


Adams and Reese LLP

hailey.cummiskey@arlaw.com

roland.vandenweghe@arlaw.com

yvonne.evans@arlaw.com


Courington, Kiefer, Sommers, Marullo & Matherne, LLC

cfalcon@courington-law.com

ckrake@courington-law.com

dculotta@courington-law.com

spratt@courington-law.com

vmatherne@courington-law.com


Fishman Haygood, LLP

lmince@fishmanhaygood.com

SNW Law

jenny@snw.law

katherine@snw.law

meriem@snw.law

scott@snw.law

suzy@snw.law

teena@snw.law

Perrier & Lacoste, LLC

edesforges@phjlaw.com

jnieset@phjlaw.com

Davis Wright Tremaine LLP

christinehanley@dwt.com

frankromero@dwt.com

jamesmoon@dwt.com

karlaolivas@dwt.com

lindsaysamuel@dwt.com

lit-docket@dwt.com

tonyafrazier@dwt.com


Irwin Fritchie Urquhart & Moore LLC

ataylor@irwinllc.com

gurquhart@irwinllc.com

lrichard@irwinllc.com

qurquhart@irwinllc.com

rlotz@irwinllc.com

starr@irwinllc.com

---

Respectfully submitted,

Hiran Rodriguez

*Pro Se* Appellant

820 Grove Ave

Metairie, LA 70003-7024

hiranrodriguez@outlook.com

---

Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Hiran Rodriguez*

s/ Hiran Rodriguez

Executed on June 27, 2025.

# [PROPOSED] ORDER ON NOTICE AND MOTION FOR JUDICIAL RECOGNITION AND PROTECTIVE CLARIFICATION

Before the Court is Plaintiff's Notice and Motion for Judicial Recognition and Protective Clarification [Rec. Doc. ___], filed *pro se* on June 27, 2025, seeking judicial acknowledgment of facts surrounding an involuntary psychiatric commitment and its potential implications on pending federal litigation.

IT IS ORDERED that the Court takes judicial notice of the following, as asserted by Plaintiff:

1. That Plaintiff Hiran Rodriguez is currently an active *pro se* litigant in multiple proceedings before this Court and the United States Court of Appeals for the Fifth Circuit;

2. That statements concerning surveillance, harassment, or digital intrusion in this case are connected to evidentiary materials on file and *do not inherently constitute delusional beliefs*;

3. That the involuntary psychiatric commitment initiated after a 911 call on June 5, 2025, arose within the context of a broader pattern of alleged retaliation and that its proximity to these proceedings warrants appropriate judicial caution and procedural safeguards.

IT IS FURTHER ORDERED that this Motion shall be filed into the record and construed as part of the evidentiary context of this matter, without prejudice to any further relief Plaintiff may seek, and without determination as to the merits of any pending claim or defense.

New Orleans, Louisiana, this ___ day of _____, 2025.

_____

UNITED STATES DISTRICT JUDGE