Case 2:25-cv-00197-JCZ-DPC   Document 245   Filed 11/06/25   Page 1 of 7

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Nov 6 2025

CAROL L. MICHEL
CLERK

SP                    Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HIRAN RODRIGUEZ<br>    PLAINTIFF, | *<br>*<br>* | |
| | * | CIVIL ACTION |
| v. | *<br>* | |
| | * | NO: 2:25-cv-00197 |
| | * | |
| META PLATFORMS, INC., APPLE INC., T-MOBILE USA, INC., AT&T ENTERPRISES, LLC, X CORP., a Nevada Corporation, KANSAS CITY SOUTHERN RAILROAD CO., LCMC HEALTHCARE PARTNERS, LLC, THIRD DISTRICT VOLUNTEER FIRE DEPARTMENT, GRAY TELEVISION, INC., THE ASSOCIATED PRESS, JEFFERSON PARISH, JEFFERSON PARISH SHERIFF'S OFFICE, JOSEPH P. LOPINTO, III, ANDRES FUENTES, GLORIA PAXMINO, HALELUYA HADERO, SUSANNE RUST, RYAN MCCAFFERTY, PAUL MACINNES, JONATHAN LIEW, JAMES OCHOA, DEMICIA INMAN, JAMIE SPANGHER, MAYA GEBEILY, VERSHA SHARMA, ELON MUSK, MARK ELLIOTT ZUCKERBERG, AND DOES 1-10 Defendants.<br>    DEFENDANTS. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | SECTION: A(2)<br><br>JUDGE: JAY C. ZAINEY<br><br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT<br><br>JURY TRIAL DEMANDED |

**EMERGENCY MOTION FOR RELIEF FROM JUDGMENT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(d)(3) (FRAUD ON THE COURT)
AND RULE 60(b)(6) (EXTRAORDINARY CIRCUMSTANCES)**

**TO THE HONORABLE COURT:**

Plaintiff Hiran Rodriguez ("Movant"), proceeding *pro se*, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 60(d)(3) and, in the alternative, Rule 60(b)(6), for relief from the final judgment entered on May 22, 2025 (Docs. 223-224). This motion is based on three independent grounds, each of which constitutes fraud on the court or extraordinary circumstances warranting relief:

**GROUND ONE:** On April 30, 2025, this Court entered an order (Doc. 186) that prohibited Movant from filing any motions—including a recusal motion—until after filing an amended complaint. This order violated Movant's statutory and constitutional right to seek judicial disqualification under 28 U.S.C. § 455 and created an unconstitutional catch-22: Movant could not file a recusal motion, yet could not file an amended complaint while believing the presiding judge was biased.

**GROUND TWO:** When Movant attempted to file his recusal motion on May 1, 2025 (the day after the Court's April 30 order), the Clerk's Office refused to docket it pursuant to the Court's instruction that "the Clerk of Court is hereby DIRECTED to reject" any filings except an amended complaint. The motion was not docketed until May 12, 2025 (as Doc. 189), and was never ruled upon before this Court entered final judgment on May 22, 2025.

**GROUND THREE:** This Court entered final judgment on May 22, 2025, while three critical motions remained pending and unresolved: (1) Movant's Motion to Disqualify (Doc. 189), (2) Movant's Rule 60(d)(3) Motion for Relief from Judgment Due to Fraud on the Court (Doc. 201), and (3) Movant's Emergency Motion for Injunctive Relief (Doc. 222). This violated Movant's due process rights and constitutes an abuse of judicial authority.

This sequence of events—ordering that recusal motions be rejected, refusing to rule on recusal and fraud motions when finally filed, and entering final judgment while those motions remained pending—constitutes fraud on the court under Rule 60(d)(3) and, at minimum, extraordinary circumstances warranting relief under Rule 60(b)(6).

In support of this motion, Movant respectfully submits the attached Memorandum of Law and the following exhibits:

**EXHIBIT A:** Doc. 189, Pages 8-9 (Certificate of Service stating May 1, 2025 delivery)

**EXHIBIT B:** Doc. 186 (April 30 Order prohibiting filings except amended complaint)

**EXHIBIT C:** Doc. 188 (May 9 Order reversing course and ordering Clerk to file documents)

**EXHIBIT D:** Docket entries showing pending motions on May 22, 2025

**RESPECTFULLY SUBMMITTED,**

*[signature]*
**HIRAN RODRIGUEZ**
Sun Rising Ministries
820 Grove Avenue
Metairie, Louisiana 70003-7024
Tel. (504) 203-8459
hiranrodriguez@outlook.com
Pro Se Plaintiff

New Orleans, Louisiana, this 31st day of October, 2025.

# CERTIFICATE OF SERVICE

I, HIRAN RODRIGUEZ, hereby certify that on this 31st day of October, 2025, I served a true and correct copy of the foregoing EMERGENCY MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(d)(3) (FRAUD ON THE COURT) AND RULE 60(b)(6) (EXTRAORDINARY CIRCUMSTANCES), along with the Notice of Submission, Memorandum in Support, and Exhibits, on the following parties:

**BY U.S. MAIL, FIRST CLASS, to:**

**Clerk of Court**

United States District Court

Eastern District of Louisiana

500 Poydras Street,

New Orleans, LA 70130

**BY EMAIL to all counsel of record:**

**Blake Arcuri**

barcuri@fralawfirm.com

**Laura Carlisle**

lcarlisle@bakerdonelson.com

**Sophia Cefolia**

scefolia@bakerdonelson.com

**Colin Cisco**

colin.cisco@jeffparish.net

**Hailey Cummiskey**

hailey.cummiskey@arlaw.com

**Philip Giorlando**

philip.giorlando@bswllp.com

**Katherine Gressett**

katherine@snw.law

**Emily Kesler**

ekesler@bakerdonelson.com

**Chloe Krake**

ckrake@courington-law.com

**Eve Masinter**

eve.masinter@bswllp.com

**Valerie Matherne**

vmatherne@courington-law.com

**Loretta Mince**

lmince@fishmanhaygood.com

**Suzanne Montero**

suzy@snw.law

**James Nieset**

jnieset@phjlaw.com

**Laura Rodrigue**

lrodrigue@fralawfirm.com

**Lindsay Samuel**

lindsaysamuel@dwt.com

**Lindsay Richard**

lrichard@irwinllc.com

**Scott Sternberg**

scott@snw.law


**Quentin Urquhart**

qurquhart@irwinllc.com


**Roland Vandenweghe**

roland.vandenweghe@arlaw.com


*[signature: Hiran Rodriguez]*

**HIRAN RODRIGUEZ, Pro Se**

820 Grove Avenue

Metairie, LA 70003-7024

(504) 203-8459

hiranrodriguez@outlook.com

Dated: October 31, 2025