# EXHIBIT A

# CERTIFICATE OF SERVICE

I, Hiran Rodriguez, hereby certify that on this 1st day of May, 2025, I submitted the foregoing Motion to Disqualify Judge Jay C. Zainey, along with this Notice of Submission and Certificate of Service, to the Clerk of Court for the United States District Court, Eastern District of Louisiana in person. A true and correct copy was also served via email on the following counsel of record:

barcuri@fralawfirm.com, lcarlisle@bakerdonelson.com, scefolia@bakerdonelson.com, colin.cisco@jeffparish.net, hailey.cummiskey@arlaw.com, philip.giorlando@bswllp.com, katherine@snw.law, ekesler@bakerdonelson.com, ckrake@courington-law.com, eve.masinter@bswllp.com, vmatherne@courington-law.com, lmince@fishmanhaygood.com, suzy@snw.law, jnieset@phjlaw.com, lrodrigue@fralawfirm.com, lindsaysamuel@dwt.com, lrichard@irwinllc.com, scott@snw.law, qurquhart@irwinllc.com, roland.vandenweghe@arlaw.com

/s/ HIRAN RODRIGUEZ

*Hiran Rodriguez*   HR  04/30/2025

**HIRAN RODRIGUEZ**, *Sui Juris*

820 Grove Avenue

Metairie, LA 70003

(504) 203-8459

hiranrodriguez@outlook.com

Dated: ~~May 1, 2025~~
HR 04/30/2025