# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ | CIVIL ACTION |
| VERSUS | NO. 25-197 |
| META PLATFORMS, INC., ET AL. | SECTION "A" (2) |

## ORDER & REASONS

On March 20, 2025, the Court referred this matter to Magistrate Judge Donna Currault for hearing, including evidentiary hearing if necessary, and a submission of a Report and Recommendation.[1] Accordingly, on April 10, 2025, the Magistrate Judge issued a **Report and Recommendation (Rec. Doc. 137)** with findings as to a statutory frivolousness review conducted pursuant to 28 U.S.C. § 1915.[2] Plaintiff electronically filed a **Petition to Object to Report and Recommendation (Rec. Doc. 139)**[3] on the same day, and the Clerk of Court received his **Motion to Vacate Report and Recommendation (Rec. Doc. 177)** on April 25, 2025.[4]

Magistrate judges are empowered by statute to preside over certain pretrial matters upon appointment by a district judge. *See* 28 U.S.C. § 636(b)(1)(A). A district court evaluating a magistrate judge's recommendation may adopt those portions of the recommendation to which no specific objection is made, as long as those sections are not clearly erroneous. *Id.* § 636(b)(1)(C); Fed. R. Civ. P. 72(b). However, where a party makes "specific, written objections" within fourteen days after being served with a copy of the magistrate judge's recommendations, the district court must undertake a *de novo* review of those contested aspects of the report. Fed. R. Civ. P. 72(b).

---

[1] Rec. Doc. 102.

[2] Upon review of the record, the Magistrate Judge determined that the matter could be resolved without an evidentiary hearing. Rec. Doc. 137, at 1.

[3] His motion notes "All objections are entered in full." Rec. Doc. 139, at 10.

[4] The motion is dated April 19, 2025, within the 14 day window to object.

The Court may then "accept, reject, or modify the recommended decision; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3).

After conducting a *de novo* review of the issues raised by Plaintiff's objections and reviewing the portions of the recommendation to which no specific objection was made for clear error, the Court overrules the objections and adopts the Report and Recommendation as its own.

Accordingly;

**IT IS ORDERED** that Plaintiff's **Motion to Vacate Report and Recommendations (Rec. Doc. 177)** is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Hiran Rodriguez's claims against Meta Platforms, Inc., Apple, Inc., T-Mobile USA Inc, AT&T Enterprises, LLC, X Corp., Kansas City Southern Railway Company, LCMC Healthcare Partners, LLC, Third District Volunteer Fire Department, Gray Local Media, Inc, Associated Press, Jefferson Parish, Jefferson Parish Sheriff's Office, Sheriff Joseph P. Lopinto, III, Andres Fuentes, Gloria Pazmino, Haleluya Hadero, Susanne Rust, Ryan McCafferty, Paul McInnes, Jonathan Liew, James Ochoa, Demicia Inman, Jamie Spangher, Maya Gebeily, Versha Sharma, Elon Musk, and Mark Elliot Zuckerberg are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint within fourteen days of this order's entry. Plaintiff is reminded that Federal Rule of Civil Procedure 8(a)(2) requires that a complaint set forth "a short and plain statement of the claim showing that the pleader is entitled to relief." Conclusory allegations or lengthy factual assertions that do not provide any basis for relief are counterproductive. Failure to file an amended complaint that properly sets forth the necessary facts to support each required element of an asserted claim will

result in dismissal of that claim. Failure to file an amended complaint within 14 days of this order's entry without seeking leave of court for additional time will likewise result in dismissal of Plaintiff's claims.

**IT IS FURTHER ORDERED** that <u>all</u> pending motions in this matter are **DISMISSED WITHOUT PREJUDICE as premature** in light of this order.[5]

**IT IS FURTHER ORDERED** that Plaintiff shall file no additional pleadings, motions, or documents of any kind with this Court in connection with this case until **AFTER** he has filed his amended complaint. If Plaintiff attempts to file any additional pleadings, motions, or other documents of any kind with this Court in violation of the foregoing order, the Clerk of Court is hereby **DIRECTED** to reject such materials.

April 30, 2025

*/s/ Jay C. Zainey*
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[5] Rec. Docs. 30, 32, 36, 39, 44, 53, 56, 58, 59, 64, 73, 75, 76, 81, 82, 83, 84, 85, 86, 89, 90, 94, 99, 111, 114, 115, 116, 118, 121, 122, 125, 127, 130, 133, 146, 149, 155, 158, 164, 177.