# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HIRAN RODRIGUEZ | CIVIL ACTION |
| VERSUS | NO. 25-197 |
| META PLATFORMS, INC., ET AL. | SECTION "A" (2) |

### ORDER

On April 30, 2025, the Court entered an order directing the Clerk of Court to <u>only</u> accept from the plaintiff documents filed in person in the Clerk's Office or received by mail. (Rec. Doc. 187). The plaintiff was advised that any documents that he attempted to file through the EDSS system would not be filed in the record. The Court entered a separate order on April 30, 2025, finding that the plaintiff's complaint was legally frivolous, directing the plaintiff to file an amended complaint under pain of dismissal, and directing that the plaintiff shall file no additional documents of any kind until after he filed his amended complaint. (Rec. Doc. 186). The Court directed the Clerk of Court to reject any material filed in contravention of that order.

After the Court's orders were entered, the plaintiff attempted to file documents electronically through the EDSS system, as well as through other court email accounts that are not used for electronic filing. The plaintiff also submitted documents in person and has submitted documents for filing through the mail, even though he has not moved to amend his complaint.

Accordingly;

**IT IS ORDERED** that the Clerk of Court shall <u>not</u> accept or file <u>any</u> documents received from the plaintiff that are not submitted in hardcopy either in person at the Clerk's

1

Office or through the mail. <u>No electronic submissions of any kind from the plaintiff will be reviewed, processed, opened, or filed into the record by the Clerk of Court and they will not be considered by the Court</u>. The Clerk of Court and her staff shall not be responsible for tracking, logging, processing, maintaining or preserving any documents received from the plaintiff in electronic format.

**IT IS FURTHER ORDERED** that notwithstanding the frivolous nature of this lawsuit, but out of an abundance of caution in light of the plaintiff's constitutional right of access to the courts, the Clerk of Court shall file into the record any documents that are received from the plaintiff in hardcopy (either in person at the Clerk's Office or through the mail), including those received after the Court entered its orders on April 30, 2025. The documents will be filed into the record <u>solely</u> for the purpose of maintaining the record for appeal purposes.

May 9, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE