# EXHIBIT D

| | | |
|---|---|---|
| | 178 (p.2477) | Receipt from EDSS System for Notice Affidavit of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish by Hiran Rodriguez. The password secured pleading was unable to be retrieved and uploaded for filing. (cf) (Entered: 04/29/2025) |
| 04/28/2025 | 179 (p.2478) | NOTICE Affidavit of Material Fact Regarding Jurisdictional Status of Railroad Facilities in Jefferson Parish, La, by Hiran Rodriguez. (cf) (Entered: 04/29/2025) |
| 04/28/2025 | 180 (p.2508) | NOTICE of Pending Criminal Referral Under 18 U.S.C. 2511,2701,1030, by Hiran Rodriguez. (cf) (Entered: 04/29/2025) |
| 04/28/2025 | 181 (p.2521) | Judicial Misconduct Preservation Notice, by Hiran Rodriguez. (cf) (Entered: 04/29/2025) |
| 04/29/2025 | 182 (p.2533) | Receipt from EDSS System for Notice of Filing Affidavit + Noticed Affidavit of Material Fact Regarding Apple Inc. + Exhibit A, by Hiran Rodriguez. The password secured pleading was unable to be retrieved and uploaded for filing. (cf) (Entered: 04/29/2025) |
| 04/30/2025 | 183 (p.2534) | NOTICE of Filing Affidavit, by Hiran Rodriguez. (cf) (Entered: 04/30/2025) |
| 04/30/2025 | 184 (p.2560) | Receipt from EDSS System for Notice of Unauthorized Alteration to Critical Color Exhibits and Demand for Judicial Notice and Corrective Process + Noticed Aff by Hiran Rodriguez. The password secured pleading was unable to be retrieved and uploaded for filing. (cf) (Entered: 04/30/2025) |
| 04/30/2025 | 185 (p.2561) | Receipt from EDSS System for Forensic Re-Submission of Rec. Doc. 183 and Notice of Unauthorized Alteration Under FRE 902(11), 1006 Rule 59(e)/60, by Hiran Rodriguez. The password secured pleading was unable to be retrieved and uploaded for filing. (cf) (Entered: 04/30/2025) |
| 04/30/2025 | 186 (p.2562) | ORDER ADOPTING REPORT AND RECOMMENDATIONS 137 (p.1271) ; ORDERED that 177 (p.2469) MOTION to Vacate Report and Recommendations is DENIED; FURTHER ORDERED that pla's claims are DISMISSED as set forth in document; FURTHER ORDERED that pla may file an amended complaint within 14 days as set forth in document; FURTHER ORDERED that all pending motions are DISMISSED WITHOUT PREJUDICE; FURTHER ORDERED that pla shall file no additional pleadings, motions, or documents of any kind with this Court in connection with this case until AFTER he has filed his amended complaint. If pla attempts to file any additional pleadings, motions, or other documents of any kind with this Court in violation of the order, the Clerk of Court is hereby DIRECTED to reject such materials. Signed by Judge Jay C. Zainey on 4/30/2025. (lag) (Entered: 04/30/2025) |
| 04/30/2025 | 187 (p.2565) | ORDER that, from the date of this order's entry, the Clerk's Office is DIRECTED to only accept documents from Plaintiff that are filed in person at the Pro Se Unit in the Intake area of the Clerk's Office or that are filed by mail to the Clerk's Office. FURTHER ORDERED that any documents Plaintiff attempts to file electronically through the EDSS system shall not be filed in the record. Signed by Judge Jay C. Zainey on 4/30/2025.(lag) (Entered: 04/30/2025) |
| 05/09/2025 | 188 (p.2567) | ORDER that the Clerk of Court shall not accept or file any documents received from the plaintiff that are not submitted in hard copy either in person at the Clerk's Office or through the mail. No electronic submissions of any kind from the plaintiff will be reviewed, processed, opened, or filed into the record by the Clerk of Court and they |

| | | |
|---|---|---|
| | | will not be considered by the Court. FURTHER ORDERED that the Clerk of Court shall file into the record any documents that are received from the plaintiff in hard copy (either in person at the Clerk's Office or through the mail), including those received after the Court entered its orders on April 30, 2025. The documents will be filed into the record solely for the purpose of maintaining the record for appeal purposes. Signed by Judge Jay C. Zainey on 5/9/2025.(lag) (Entered: 05/09/2025) |
| 05/09/2025 | 189 (p.2569) | Motion to Disqualify Judge Jay C. Zainey Pursuant to 28 U.S.C. 455(a) and (b)(1) by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 190 (p.2580) | Declaration of Hiran Rodriguez Regarding Clerks Office Obstruction of Filing by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 191 (p.2589) | NOTICE of Pending Judicial Misconduct Complaint and Notice of Federal Obstruction of Plaintiff's Filing Rights by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 192 (p.2645) | Renewed Motion for Entry of Default Judgment by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 193 (p.2655) | Emergency Motion for Protective Order by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 194 (p.2661) | Declaration of Hiran Rodriguez Regarding Clerk's Office Obstruction of Filings by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 195 (p.2673) | Motion to Vacate all Orders Issued After Filing of Recusal Motion (REC DOC. 91) by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 196 (p.2684) | Renewed Motion for Entry of Default Judgment by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 197 (p.2698) | Declaration of Hiran Rodriguez Regarding Clerks Office Obstruction of Filings by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 198 (p.2710) | Motion for Entry of Rule 54(b) Judgment by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 199 (p.2720) | Plaintiff's Motion to Strike Orders Issued by Judge Jay C. Zainey as Fraudulent and Void by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/09/2025 | 200 (p.2736) | NOTICE OF APPEAL by Hiran Rodriguez. 65 (p.617) ORDER DENYING 77 (p.667) ORDER AND REASONS 100 (p.933) ORDER AND REASONS DENYING 101 (p.939) ORDER AND REASONS DENYING 102 (p.942) ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE 103 (p.943) ORDER AND REASONS 109 (p.977) ORDER 117 (p.1061) ORDER DENYING 186 (p.2562) ORDER ADOPTING REPORT AND RECOMMENDATIONS 187 (p.2565) ORDER. (cf) edit docket text on 5/13/2025 (cf). (Entered: 05/12/2025) |
| 05/09/2025 | 201 (p.2747) | Rule 60(d)(3) Motion for Relief from Judgment Due to Fraud on the Court by Hiran Rodriguez. (cf) (Entered: 05/12/2025) |
| 05/13/2025 | 204 (p.2778) | Exhibit F by Hiran Rodriguez. (cf) (Entered: 05/14/2025) |
| 05/13/2025 | 205 (p.2791) | Freedom of Information Act by Hiran Rodriguez. (cf) (Entered: 05/14/2025) |

| | | |
|---|---|---|
| 05/13/2025 | 206 (p.2808) | Freedom of Information Act by Hiran Rodriguez. (cf) (Entered: 05/14/2025) |
| 05/13/2025 | 207 (p.2811) | NOTICE OF LODGING OF VIDEO EXHIBITS IN SUPPORT OF PREVIOUS FILING. by Hiran Rodriguez. (cf) edit docket text on 5/15/2025 (cf). (Entered: 05/14/2025) |
| 05/13/2025 | 208 (p.2847) | NOTICE of Lodging of Digital Video and Audio Evidence by Hiran Rodriguez. (cf) (Entered: 05/14/2025) |
| 05/13/2025 | 209 (p.2869) | SUPPLEMENTAL NOTICE of Surveillance and Video Evidence by Hiran Rodriguez. (cf) (Main Document 209 replaced on 5/15/2025) (cf). (Entered: 05/14/2025) |
| 05/13/2025 | 210 (p.2918) | Supplemental NOTICE of Active Harassment, Damages, and Preservation of Claims by Hiran Rodriguez. (cf) (Entered: 05/14/2025) |
| 05/13/2025 | 211 (p.2933) | NOTICE OF APPEAL by Hiran Rodriguez. (cf) (Entered: 05/14/2025) |
| 05/13/2025 | 212 | Manual Attachment Received (2 flash drives) re 208 (p.2847) Notice filed by Hiran Rodriguez and 207 (p.2811) Notice filed by Hiran Rodriguez. (bwn) (Entered: 05/15/2025) |
| 05/14/2025 | 202 | Correction of Docket Entry by Clerk re 75 (p.644) MOTION to Strike, 76 (p.656) MOTION for Clarification Regarding Submission of Video Evidence and Request for Sanctions; Note for the record: The Motion for Clarification was received prior to the Motion to Strike. (lag) (Entered: 05/14/2025) |
| 05/14/2025 | 203 | Correction of Docket Entry by Clerk re 75 (p.644) MOTION to Strike; Additional version of this document was received with same content but double-spaced text, per rec. doc. 85 (p.777) MOTION to Correct Docket Entries and Address Clerk's Office Misconduct by Hiran Rodriguez. Additional version with double-spaced text was not entered in the record. Motion at rec. doc. 75 was dismissed without prejudice as premature, per rec. doc. 186. (lag) (Entered: 05/14/2025) |
| 05/20/2025 | 213 (p.2949) | NOTICE of Submission of Digital Evidence Exhibits, by Hiran Rodriguez. (cf) (Entered: 05/20/2025) |
| 05/20/2025 | 214 (p.2985) | NOTICE of Submission of Exhibit A and Exhibit B by Hiran Rodriguez. (cf) (Entered: 05/20/2025) |
| 05/20/2025 | 215 (p.3032) | NOTICE of Non-Consent to Magistrate Jurisdiction and Jurisdictional Challenge Under Article III, by Hiran Rodriguez. (cf) (Main Document 215 replaced on 5/20/2025) (cf). (Entered: 05/20/2025) |
| 05/20/2025 | 216 (p.3038) | Emergency Motion for Temporary Restraining Order, by Hiran Rodriguez. (cf) (Entered: 05/20/2025) |
| 05/21/2025 | 217 (p.3058) | Summons Returned Unexecuted as to Third District Volunteer Fire Department. (lag) (Entered: 05/21/2025) |
| 05/21/2025 | 218 (p.3061) | NOTICE of Filing and Entry into the Record, by Hiran Rodriguez. (cf) (Entered: 05/22/2025) |
| 05/21/2025 | 219 (p.3063) | NOTICE of Filing and Entry into the Record by Hiran Rodriguez. (cf) (Entered: 05/22/2025) |

| | | |
|---|---|---|
| 05/21/2025 | 220 (p.3076) | NOTICE of Filing and Entry into the Record, by Hiran Rodriguez. (cf) (Entered: 05/22/2025) |
| 05/21/2025 | 221 (p.3078) | NOTICE of Filing and Entry into the Entry by Hiran Rodriguez. (cf) (Entered: 05/22/2025) |
| 05/21/2025 | 222 (p.3092) | Emergency Motion for Injunctive Relief and Relief from Judgment Under Rule 60(d)(3), by Hiran Rodriguez. (cf) (Entered: 05/22/2025) |
| 05/22/2025 | 223 (p.3099) | ORDER AND REASONS DISMISSING CASE WITH PREJUDICE. Signed by Judge Jay C. Zainey on 5/22/2025.(my) (Entered: 05/22/2025) |
| 05/22/2025 | 224 (p.3103) | JUDGMENT dismissing the Plaintiff's complaint with prejudice. Signed by Judge Jay C. Zainey on 5/22/2025.(my) (Entered: 05/22/2025) |
| 05/23/2025 | 225 | USCA Case Number 25-30297 appealed to USCA 5th Circuit for 211 (p.2933) Notice of Appeal filed by Hiran Rodriguez (my) (Entered: 05/28/2025) |
| 05/27/2025 | 226 (p.3104) | MOTION to Recognize Actual Notice as Valid Service under Rule 4(e)(1) or in the alternative, to Stay Effect of Rec. Doc. 217 by Hiran Rodriguez. (lag) Image QC'd on 6/18/2025 (cf). (Entered: 05/29/2025) |
| 06/17/2025 | 227 (p.3117) | Motion to Supplement the Record by Hiran Rodriguez. (Attachments: # 1 (p.26) Exhibit A, # 2 (p.63) Exhibit B, # 3 (p.65) Exhibit C, # 4 (p.66) Exhibit D, # 5 (p.68) Exhibit E, # 6 (p.71) Exhibit F, # 7 (p.72) Exhibit G, # 8 (p.74) Exhibit H, # 9 (p.75) Exhibit I, # 10 (p.129) Exhibit J, # 11 (p.138) Exhibit K, # 12 (p.147) Exhibit L, # 13 (p.152) Exhibit M, # 14 (p.160) Exhibit N, # 15 (p.169) Exhibit O, # 16 (p.173) Exhibit P, # 17 (p.177) Exhibit Q, # 18 (p.180) Exhibit R, # 19 (p.183) Exhibit S, # 20 (p.186) Exhibit T, # 21 (p.189) Exhibit U, # 22 (p.192) Exhibit V, # 23 (p.195) Exhibit W, # 24 (p.198) Exhibit X, # 25 (p.201) Exhibit Y, # 26 (p.204) Exhibit Z)(sdp) (Additional attachment(s) added on 6/20/2025: # 28 (p.217) Exhibit BB, # 29 (p.220) Exhibit AL, # 30 (p.227) Exhibit AH) (sdp). (Additional attachment(s) added on 6/20/2025: # 31 (p.237) Exhibit AW, # 32 (p.274) Counter Receipt) (sdp). (Additional attachment(s) added on 6/20/2025: # 33 (p.281) Exhibit AM) (sdp). Modified on 6/20/2025 (sdp). Image QC'd on 6/24/2025 (cf). (Entered: 06/20/2025) |
| 06/17/2025 | 228 (p.3231) | Motion to Supplement the Record with Exhibits Referenced in Appellate Filings by Hiran Rodriguez. (Attachments: # 1 (p.26) Exhibit A, # 2 (p.63) Exhibit B, # 3 (p.65) Exhibit C, # 4 (p.66) Exhibit D, # 5 (p.68) Exhibit E, # 6 (p.71) Exhibit F, # 7 (p.72) Exhibit G, # 8 (p.74) Exhibit H, # 9 (p.75) Exhibit I, # 10 (p.129) Exhibit J, # 11 (p.138) Exhibit K, # 12 (p.147) Exhibit L, # 13 (p.152) Exhibit M, # 14 (p.160) Exhibit N, # 15 (p.169) Exhibit O, # 16 (p.173) Exhibit P, # 17 (p.177) Exhibit Q, # 18 (p.180) Exhibit R, # 19 (p.183) Exhibit S, # 20 (p.186) Exhibit T, # 21 (p.189) Exhibit U, # 22 (p.192) Exhibit V, # 23 (p.195) Exhibit W, # 24 (p.198) Exhibit X, # 25 (p.201) Exhibit Y, # 26 (p.204) Exhibit Z)(sdp) (Additional attachment(s) added on 6/23/2025: # 27 (p.214) Exhibit AA, # 28 (p.217) Exhibit AB, # 29 (p.220) Exhibit AB-2, # 30 (p.227) Exhibit AC, # 31 (p.237) Exhibit AD, # 32 (p.274) Exhibit AE, # 33 (p.281) Exhibit AE-2, # 34 (p.282) Exhibit AF, # 35 (p.288) Exhibit AG, # 36 (p.292) Exhibit AH, # 37 (p.302) Exhibit AI, # 38 (p.311) Exhibit AJ, # 39 (p.322) Exhibit AK, # 40 (p.332) Exhibit AP, # 41 (p.386) Exhibit AU, # 42 (p.390) Exhibit AZ, # 43 (p.400) Exhibit WP, # 44 (p.410) Exhibit WQ, # 45 (p.421) Exhibit WR, # 46 (p.429) Exhibit WS, # 47 (p.432) Exhibit WT, # 48 (p.435) Exhibit WU, # 49 (p.436) Exhibit WV, # 50 (p.437) Exhibit WW, # 51 (p.438) Exhibit WX, # 52 (p.442) Exhibit WY, # 53 (p.444) Exhibit WZ) (sdp). (Additional attachment(s) added on 6/23/2025: # 54 (p.461) Counter Receipt) (sdp) |