HIRAN RODRIGUEZ

820 Grove Avenue, Metairie, Louisiana, 70003-7024

**Clerk of Court**
500 Poydras Street
New Orleans, LA 70130

UNITED STATES
OF AMERICA
FOREVER/USA

UNITED STATES
OF AMERICA
FOREVER/USA

UNITED STATES
OF AMERICA
FOREVER/USA



RECEIVED

NOV 06 2025

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK