# United States Court of Appeals
# for the Fifth Circuit

No. 25-30297

United States Court of Appeals
Fifth Circuit

**FILED**

April 7, 2026

Lyle W. Cayce
Clerk

Hiran Rodriguez,

*Plaintiff—Appellant*,

*versus*

Meta Platforms, Incorporated; Apple, Incorporated; T-Mobile USA, Incorporated; AT&T Enterprises, L.L.C.; Kansas City Southern Railway Company; LCMC Healthcare Partners, L.L.C.; Third District Volunteer Fire Department; Gray Local Media, Incorporated; Associated Press; Jefferson Parish; Jefferson Parish Sheriff's Office; Joseph P. Lopinto, III, *Sheriff*; Andres Fuentes; Gloria Pazmino; Susanne Rust; Ryan McCafferty; Paul MacInnes; Jonathan Liew; James Ochoa; Demicia Inman; Jamie Spangher; Maya Gebeily; Versha Sharma; Elon Musk, *Chief Executive Officer X Corporation*; Mark Elliot Zuckerberg, *Chief Executive Officer Meta Platforms, Incorporated*; Unidentified Parties; Haleluya Hadero; X Corporation, *a Nevada Corporation*, *agent of* Twitter, Incorporated,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:25-CV-197

No. 25-30297

## ON PETITION FOR REHEARING EN BANC

Before CLEMENT, RICHMAN, and WILLETT, *Circuit Judges*.

PER CURIAM:

Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P.40 and 5TH CIR. R.40), the petition for rehearing en banc is DENIED.

_____

*Judges Carolyn Dineen King, James L. Dennis, James C. Ho, and Kurt D. Engelhardt, did not participate in the consideration of the rehearing en banc.