UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2026 APR 16 AM11 11

CAROL L. MICHEL, CLERK

HIRAN RODRIGUEZ       *       CIVIL ACTION NO. 25-197

      *       DIVISION: A(2)

*Plaintiff*       *

      *

v.       *

      *       JUDGE JAY C. ZAINEY

      *

META PLATFORMS INC, ET AL.       *       MAG. JUDGE

      *       DONNA PHILLIPS CURRAULT

*Defendants*       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Hiran Rodriguez appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons entered on April 6, 2026 (Rec. Doc. 247), denying plaintiff's Emergency Motion for Relief from Judgment Under Federal Rule of Civil Procedure 60(d)(3) and Rule 60(b)(6).

The denial of a Rule 60(b) motion is a final, appealable order. Appellant is currently proceeding *in forma pauperis* pursuant to prior orders of this Court and the United States Court of Appeals for the Fifth Circuit in the related appeal, No. 25-30297.

Respectfully Submitted:

*/s/Hiran Rodriguez*

Hiran Rodriguez
820 Grove Ave.,
Metairie, LA 70003-7024
(504) 203-8459