UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ                                          CIVIL ACTION

VERSUS                                                  NO. 25-197

META PLATFORMS, INC., ET AL.                            SECTION "A" (2)

## ORDER

Considering Defendant, X Corp.'s Motion to Withdraw and to Substitute Firm of Record;

**IT IS HEREBY ORDERED** that the law firm of Courington, Kiefer, Sommers, Matherne & Bell, L.L.C. be permitted to withdraw as firm of record, that the law firm of Zuber Lawler LLP be enrolled as firm of record, and attorneys, Valerie Theng Matherne and Chloe L. Krake, be permitted to remain as counsel of record for X Corp.

June 22, 2026

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE